**KERN AUGUSTINE**
**CONROY & SCHOPPMANN, P.C.**
1120 Route 22 East
Bridgewater, New Jersey 08807
(908) 704-8585
Attorneys for Defendant
RC-8060

| | |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>Case No. 2:08-cv-1567 (WJM)<br><br>NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, PURSUANT TO FED. R. CIV. P. 12(b)(6) |

**TO:** **STEPHEN M. CHARME, ESQ.**
Witman Stadtmauer, P.A.
26 Columbia Turnpike
Florham Park, NJ 07932-2246
Attorneys for Plaintiffs

**PLEASE TAKE NOTICE THAT,** on June 2, 2008, at nine o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, counsel for the defendant, Mario A. Criscito, M.D., shall move before the Honorable William J. Martini, U.S.D.J., United States District Court for the District of New Jersey, at the Dr. Martin Luther King, Jr., Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing the plaintiffs' complaint, with prejudice, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT**, in support of the within motion, the moving party shall rely upon the accompanying brief. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** the undersigned requests oral argument on the within motion in the event opposition is timely filed and served.

KERN AUGUSTINE<br>
CONROY & SCHOPPMANN, P.C.<br>
Attorneys for Defendant

By: _____ (R.3.C.)
    Robert J. Conroy

Dated: Bridgewater, New Jersey
       May 7, 2008

## DECLARATION OF FILING AND SERVICE

I hereby certify that the within Notice of Motion, Brief and proposed form of Order were filed electronically this date via the Court's CM/ECF system, with copies simultaneously provided to counsel for the plaintiffs via the same method.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

_____
R. Bruce Crelin

Dated: Bridgewater, New Jersey
       May 7, 2008