## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, DR. ANTHONY J. CASELLA, as trustees of Diagnostics & Clinical Cardiology, P.A. Profit Sharing Plan,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DR. MARIO A. CRISCITO,**<br><br>**Defendant.** | 08-CV-1567 (WJM)<br><br><br>**ORDER** |

Defendant having filed a motion to dismiss; and for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 24th day of June 2008, hereby

**ORDERED** that Defendant's motion is **DENIED**.

s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**