**KERN AUGUSTINE**
**CONROY & SCHOPPMANN, P.C.**
1120 Route 22 East
Bridgewater, New Jersey 08807
(908) 704-8585
Attorneys for Defendant
RC-8922

| | |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant,<br><br>and<br><br>DR. MARIO A. CRISCITO,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AMERICAN PENSION CORPORATION; BRIAN P. WARNOCK and DOMINIQUE SANDRA ECK,<br><br>Third-Party Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>Case No. 2:08-cv-1567 (GEB-MCA)<br><br>ORDER ~~GRANTING~~ *Denying* LEAVE TO FILE THIRD-PARTY, COMPLAINT, PURSUANT TO FED. R. CIV. P. 14(a) |

**THIS MATTER,** having been opened to the Court by Kern Augustine Conroy & Schoppmann, P.C., counsel for the defendant, Dr. Mario A. Criscito ("Dr. Criscito") by way of motion for leave to file a third-party complaint, and this Court having considered the moving papers,

as well as any papers submitted in opposition or in reply, and having heard any oral arguments offered by counsel, on 21 June 2010 and good cause therefor having been shown;

IT IS, on this __21__ day of June, 2010;    Denied.

ORDERED, that Dr. Criscito's motion BE, and hereby IS, ~~GRANTED~~; and it is further

ORDERED, that, within ten (10) days of defendant's counsel's receipt of this executed Order, the original proposed third-party complaint, in the form submitted in support of this motion, shall be electronically filed with the Clerk of the Court and a true copy electronically served upon counsel for the plaintiff and third-party defendants; and it is further

ORDERED, that counsel for the moving party shall serve a true copy of this executed Order upon all counsel of record in this matter within _____ days of counsel's receipt of same.

_____
Hon. Madeline Cox Arleo, U.S.M.J.