**EXHIBIT 1**

WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2246
Telephone: (973) 822-0220
Facsimile: (973) 822-1188
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dr. Fadi Chaaban, Dr. Sabino R. Torre, Dr. Constantinos A. Costeas, and Dr. Anthony J. Casella as trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Mario A. Criscito,<br><br>Defendant. | CASE NO:   O8·1567 (LJh)<br><br>**COMPLAINT** |

Plaintiffs Dr. Fadi Chaaban, residing at 7 Orchard Drive, Montville, New Jersey, Dr.

Sabino R. Torre, residing at 7 Lancer Drive, Short Hills, New Jersey, Dr. Constantinos A.

Costeas, residing at 17 Tara Lane, Montville, New Jersey and Dr. Anthony J. Casella, residing at

28 Holton Lane, Essex Fells, New Jersey as trustees of Diagnostic & Clinical Cardiology, P.A.

Profit Sharing Plan ("Plan"), for their complaint against Dr. Mario A. Criscito, residing at 32

Chelsea Drive, Livingston, New Jersey allege as follows:

### Nature of the Action

1.      This action arises from the fraud and other misconduct that defendant, the former

PLAINTIFF'S
EXHIBIT
CRISCITO 21
12-4-09
PENGAD 800-631-6989

sole trustee of the Plan, a tax qualified pension plan, perpetrated upon the Plan and its participants and beneficiaries in order to enrich himself at their expense by using assets of the Plan for private equity and real estate investments, to pay personal expenses such as country club dues, to borrow money without repaying it, and to increase his personal assets by the diversion of other Plan participants' account balances to his account balance in the Plan, and then subsequently to his personal accounts at financial institutions - - all in violation of his fiduciary duties under the Employees Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq.

2.      Defendant was a cardiologist at a medical group in West Orange, New Jersey, and served as the Plan's sole trustee for over thirty years until he was removed as trustee on July 2, 2007; his employment ended on August 2, 2007. During his tenure as trustee he ensured that nobody at the medical group received any information about his handling of Plan assets, and knowingly, intentionally and fraudulently failed to supply appropriate and correct information to the third-party administrator as to the commingled accounts, i.e., the accounts that were not individually directed.

3.      His most flagrant and audacious diversion of Plan assets for his own personal benefit occurred in early January 2000, when he knowingly, intentionally, and fraudulently misrepresented to the third-party administrator that the 1999 year end values of two commingled accounts at Dean Witter Morgan Stanley and Salomon Smith Barney were approximately $4,000,000 and $800,000 when, in fact, the true values were approximately $13,000,000 and $4,000,000.

4.      He then pressured the other Plan participants to open individually directed accounts in the Plan, which one doctor and thirteen non-doctor employees did.

5. As trustee, defendant then arranged for distributions to be made to such participants'

2

individually directed accounts based on the false, fraudulent, and greatly reduced numbers that he had given to the third-party administrator, thereby drastically shortchanging the participants and keeping the difference for his personal account balance in the Plan.

6. It was not until after defendant's removal as the sole trustee in July 2007, that the current trustees of the Plan had access to information and documents that disclosed defendant's massive fraud and wrongdoing, the full extent of which is still not known.

7. Accordingly, as successor fiduciaries under ERISA, the current trustees of the Plan bring this action pursuant to ERISA on behalf of the Plan and its participants and beneficiaries to recover assets that rightfully belong to the Plan and its participants and beneficiaries, and also to seek related relief, including punitive damages by reason of defendant's massive fraud.

**The Parties**

8. Plaintiff Dr. Fadi Chaaban is a citizen and resident of Montville, New Jersey, and is a cardiologist currently employed by Diagnostic & Clinical Cardiology, P.A., located at 769 Northfield Avenue, Suite 220, West Orange, New Jersey 07052 ("DCC"). Since July 11, 2007, he has been and is a trustee of the Plan.

9. Plaintiff Dr. Sabino R. Torre is a citizen and resident of Short Hills, New Jersey, and is a cardiologist currently employed by DCC. Since July 11, 2007 he has been and is a trustee of the Plan.

10. Plaintiff Dr. Constantinos Costeas is a citizen and resident of Montville, New Jersey, and is a cardiologist currently employed by DCC. Since July 11, 2007 he has been and is a trustee of the Plan.

11. Plaintiff Dr. Anthony J. Casella is a citizen and resident of Essex Fells, New Jersey,

3

and is a cardiologist currently employed by DCC. Since November 15, 2007 he has been and is a trustee of the Plan.

12. Defendant Dr. Mario A. Criscito is a citizen and resident of Livingston, New Jersey. From in or about April 1976 until August 2007 he was employed as a cardiologist by DCC, and until July 2, 2007 was the sole trustee of the Plan, including a predecessor money purchase pension plan that DCC established in 1976, which was converted into the current profit sharing plan in 2005. His employment with DCC ended on August 2, 2007.

### Jurisdiction and Venue

13. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. § 1132(e)(1) and (f), ERISA Section 502(e)(1) and (f) since this action arises under ERISA.

14. This Court has personal jurisdiction over defendant because this is the district where defendant resides, and where he committed numerous breaches of fiduciary duty during his tenure as the Plan's sole trustee.

15. Venue is proper in this district pursuant to 29 U.S.C. § 1132(e)(2), ERISA Section 502(e)(2) because this is the district where at all times the Plan was and is administered, where the defendant's numerous breaches of fiduciary duty took place, and where defendant resides.

### CAUSE OF ACTION

16. In or about 1976, defendant formed DCC and created the "Diagnostic and Clinical Cardiology, P.A. Money Purchase Pension Plan", of which defendant was the sole trustee.

17. In or about January 2005, for tax reasons DCC converted the Money Purchase Pension Plan into a profit sharing plan named "Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan," of which defendant continued to be the sole trustee.

4

18. The Money Purchase Pension Plan and subsequent Profit Sharing Plan are referred to collectively as the "Plan."

19. At all times from the inception of the Plan in 1976 until his removal as trustee in July 2007, defendant was the Plan's sole trustee. He arranged for all information about the Plan to be sent directly to him at his home rather than to the office of DCC, where other Plan participants might have access to it. As described herein, he did so to conceal his use of Plan assets for his own personal benefit in breach of his fiduciary duties under ERISA.

### Defendant Fraudulently Conceals and Wrongfully Takes For Himself Millions of Dollars In Assets of the Plan

#### 1.  The Morgan Stanley Account

20. At all times while he was the sole trustee, defendant unilaterally made all investment decisions for the commingled accounts of the Plan, i.e. accounts in which he and various other employees - - both doctors and non-doctors - - had their money invested, as opposed to individually directed accounts, where the money in each account is for the benefit of only the named participant, who makes his/her own investment decisions.

21. In or about February 1997, as sole trustee of the Plan, defendant established a commingled account for the Plan with Morgan Stanley Dean Witter ("Morgan Stanley Account").

22. As of December 31, 1998 the balance in the Morgan Stanley Account was $2,355,460.58 (Exhibit 1, p. 1). One of the largest holdings was a volatile high tech stock known as Veritas.

23. In or about January 1999, as sole trustee of the Plan defendant purchased substantial additional shares of Veritas for the Morgan Stanley Account.

24. Veritas soared in value during 1999. As a result, as of December 31, 1999 the

5

Morgan Stanley Account had a balance of $12,919,403.12 (Exhibit 2, p. 1). Without the knowledge of the other Plan participants, as sole trustee defendant sold most of the Veritas stock on January 5, 2000 and the balance on January 12, 2000 at a huge profit (Exhibit 3, p. 4).

25. However, in order to retain for his own account balance the lion's share of the increase in the value of the Morgan Stanley Account, defendant knowingly, intentionally, and fraudulently concealed and falsified the true 1999 year-end value of this account that he communicated to the third-party administrator as well as to the other Plan participants.

26. Accordingly, on or about January 13, 2000 - - the day after the last sale of Veritas stock - - defendant knowingly, intentionally, and fraudulently sent a false facsimile to American Pension Corporation ("APC"), the third-party administrator that defendant as sole trustee had selected to assist in administering the Plan.

27. In that facsimile (Exhibit 4) defendant knowingly, intentionally, and fraudulently misrepresented to APC that the 1999 year-end balance for the Morgan Stanley Account was $4,017,942.57, even though the correct balance was $12,919,403.12 (Exhibit 2, p. 1).

28. Defendant knowingly, intentionally, and fraudulently provided no backup to APC for the information in the January 13, 2000 facsimile.

29.    All of the foregoing was unknown to plaintiffs until after July 2007, when defendant was removed as the Plan's sole trustee, and plaintiffs for the first time had access to the information and documents showing defendant's fraudulent activity.

30. As part of his fraudulent scheme to conceal and keep for himself the unreported approximately $9,000,000 increase in the Morgan Stanley Account that occurred during 1999, in January 2000 defendant knowingly, intentionally, and fraudulently misrepresented to the Plan participants that it was in their best interest to establish individually directed accounts, and

6

pressured them to transfer their account balances to accomplish this. In reality, it was in defendant's best interest for them to do so, in order to facilitate his concealment and diversion of the unreported approximately $9,000,000 increase in the Morgan Stanley Account.

31. In reliance on defendant's false and fraudulent misrepresentations, and unaware of the true balance of the Morgan Stanley Account, during the period January through March 2000 Dr. Keith Hawthorne and twelve non-doctor employees established their retirement investments in individually directed accounts at Morgan Stanley. They represented all of the Plan's participants in the commingled Morgan Stanley Account except for defendant and two women - - Antoinette Andriola, formerly Foggio, and Mary Ann Canares, formerly Campos, who had ceased working for DCC. An individually directed account was established for Ms. Canares in 2001.

32. The amount that these participants received from the Morgan Stanley Account for their individually directed accounts at Morgan Stanley were not calculated based on the true 1999 year end balance of that account, but rather on the false and fraudulent understated value that defendant had reported to APC in his facsimile. And in the case of Ms. Canares, defendant caused her to be underpaid by about $9500 even based on his false and fraudulent understated 1999 year end value for the Morgan Stanley Account.

33.    Therefore, as a direct result of defendant's fraud, the participants in the Plan who established their retirement investments in the individually directed accounts at Morgan Stanley did not receive any portion of the unreported approximately $9,000,000 increase, and thus were wrongfully shortchanged as to the distribution that they received.

## 2. The Smith Barney Account

34.    In the same facsimile to APC in which defendant knowingly, intentionally, and fraudulently misrepresented the true balance of the Morgan Stanley Account, he also knowingly,

7

intentionally, and fraudulently misrepresented the true value of the Plan's commingled account at Salomon Smith Barney ("Smith Barney Account").

35.     As of December 31, 1998 the balance in the Smith Barney Account was $660,949.29 (Exhibit 5). Defendant listed the 1999 year end balance in the Smith Barney Account in his facsimile as $798,425.50, when in fact the balance in that account was really $3,924,549.92 (Exhibit 5).

36.     No portion of the Smith Barney Account was ever distributed to any Plan participant other than defendant, who had the balance in that account transferred to his individual IRA account in or about September 2007, which he accomplished by knowingly, intentionally, and fraudulently misrepresenting to Smith Barney that he was still the trustee of the Plan, when in fact he had already been removed as trustee two months earlier.

### Harm To The Plan In Addition To Loss Of Plan Assets Resulting From Defendant's Fraud

37.     In order for the Plan to retain its tax-qualified status, the Plan must be administered as provided by the terms of the Plan, and the Plan participants must be credited with the correct amounts to which they are entitled from the Plan assets.

38.     If participants do not receive the correct amounts to which they are entitled from the Plan assets, then the Plan can lose its tax-qualified status and suffer adverse tax consequences, which would directly impact the Plan by causing its disqualification, which in turn would result in current taxation to the Plan assets. In addition, Plan participants would suffer adverse tax consequences, including but not limited to the inability to retain tax deferred retirement accounts.

39.     In 2000, when defendant fraudulently pressured Plan participants to establish individually directed accounts, the distributions to which these participants were entitled should have been calculated based on assets valued at approximately $17,000,000 - - approximately

8

$13,000,000 for the Morgan Stanley Account and approximately $4,000,000 for the Smith Barney Account.

40. As a direct result of defendant's fraud, however, the false value that he knowingly, intentionally and fraudulently reported for these two accounts was only approximately $4,800,000 - - approximately $4,000,000 for the Morgan Stanley Account and approximately $800,000 for the Smith Barney Account, which caused the participants to be drastically shortchanged - - except for defendant, who fraudulently diverted the remaining Plan assets for his own personal benefit.

41. As a further direct result of defendant's fraud, he knowingly, intentionally and fraudulently caused the Plan to file a false annual tax return for 1999 (known as Form 5500) with governmental agencies that grossly understated the true value of Plan assets for 1999. In addition, he continued to knowingly, intentionally and fraudulently conceal Plan assets and misrepresent the amount of those assets to the third-party administrator, and therefore caused the Plan to file a false Form 5500  in each of the subsequent years that defendant remained as sole trustee.

42. In order to preserve its tax-qualified status, the Plan will have to correct participants' accounts for 1999 and subsequent years, apply to the IRS under the Voluntary Compliance Program for corrective procedures, and file amended 5500 forms for tax years 1999 to the present, all of which will cause the Plan to incur substantial expense.

### Defendant's Withdrawals of Over $2.8 Million in 2000 and 2001 From The Morgan Stanley Account

43. In January 2000 defendant made two separate withdrawals from the Morgan Stanley Account of $950,000 and $150,000.

44. On May 1, 2000, defendant authorized a wire transfer of $75,000 from the Morgan Stanley Account to the Evelyn Langlieb Greer Trust. Since DCC has never had an employee named Evelyn Langlieb Greer, this payment (the purpose of which is unknown) was not proper

9

under the Plan. Through the internet plaintiffs have learned that Ms. Greer is a real estate attorney in Florida and the CEO of Greer Properties, Inc., which is a real estate developer and operator in Florida.

45. Between September 2000 and October 2001 defendant had a total of $1,000,000 wired from the Morgan Stanley Account to his personal joint checking account at Independence Community Bank, now Sovereign Bank.

46. In or about November 2000 defendant authorized a wire transfer of $250,000 from the Morgan Stanley Account to "POSTX Corp., Acct: 1000020403."

47. In or about February 2001 defendant authorized a wire transfer of $265,680 from the Morgan Stanley Account to Citibank/Pillsbury Winthrop LLP Trust Clearing Account.

48. The above two wire transfers are unrelated to the Plan or any valid Plan purpose.

49. In April 2001 defendant arranged for $143,686 to be withdrawn from the Morgan Stanley Account and paid directly to RC Shea Associates for what plaintiffs have since learned was a Toms River real estate investment of defendant unrelated to the Plan or any valid Plan purpose.

### Defendant's Withdrawals and Purchase of a Luxury Home

50. On or about January 14, 2002 defendant arranged for a withdrawal of $6,000,000 from the Morgan Stanley Account. He invested the money in a certificate of deposit in the Plan's name at Independence Community Bank, but no Plan participant other than defendant has ever received any portion of this $6,000,000 or any of the interest that was earned on it.

51. During the period February 2003 through April 2006 defendant put approximately another $3,000,000 into this certificate of deposit. On or about May 6, 2004 defendant took out $3.26 million dollars from this certificate of deposit.

52. On or about May 20, 2004 defendant bought a luxury home in Livingston, New Jersey, where he currently resides, at a cost of at least $2.5 million.

53. In or about 2005 defendant advised the third-party administrator APC that he took a distribution of $4,500,000 from the Morgan Stanley Account. In response APC issued a Form 1099 for that amount, but no taxes were withheld.

54. After defendant's removal as trustee, plaintiffs learned that there was less than $2,000,000 in the Morgan Stanley Account throughout 2005. Defendant has failed and refused to explain to plaintiffs how it was possible for him under those circumstances to receive a distribution in 2005 of $4,500,000 from that account, and where the funds for that alleged distribution came from.

## Other Improper Payments from Assets of the Plan

55. Commencing in December 2001 through and including July 2007, defendant had payments totaling approximately $64,000 made directly from the Plan's Morgan Stanley Account to the Surf Club, a private country club in Florida to which defendant belonged.

56. In addition, during 2003 and 2004 defendant had the following payments made directly from the Morgan Stanley Account: two checks totaling $22,000 to an entity called TRC Holdings; $14,490 to Richard Fairclough, who has never been an employee of DCC; and $10,000 to Short Hills West, LLC, a personal real estate investment of defendant.

57. None of the above payments were for the benefit of the Plan or had any valid Plan purpose, and all were solely for defendant's personal benefit.

58. Plaintiffs did not learn of any of the foregoing withdrawals and payments until after defendant was removed as trustee in July 2007.

### Defendant's Failure To Follow Tax Procedures

59. When distributions were made from the Plan directly to or for the benefit of the defendant, for each such distribution the Plan was required to withhold 20% of the distribution and file a Form 1099.

60. Based on available records, no Form 1099 was ever issued until defendant reported the alleged 2005 distribution of $4,500,000. Prior distributions to defendant were not reported to the IRS, and no taxes are known to ever have been withheld on any distribution to defendant. In short, besides cheating the Plan participants, defendant may have also cheated governmental taxing authorities.

### Defendant's Unpaid $250,000 Loan From The Plan

61. Subsequent to defendant's removal as the Plan's sole trustee in July 2007, plaintiffs discovered that in 1982 defendant had borrowed $250,000 from the Plan, even though $50,000 was the maximum amount under the Plan that could be borrowed. Based on available records, this loan has not been fully repaid, and defendant still owes the Plan at least $100,000 plus interest for this $250,000 loan.

62. In addition, on at least one occasion DCC overcontributed to the Plan, and defendant improperly directed APC to credit the overpayment in reduction of his personal $250,000 loan.

### Defendant's Failure And Refusal To Account For His Administration Of The Plan

63. As noted, defendant was the sole trustee for the Plan from its inception in April 1976 until his removal in July 2007.

64. During that more than thirty-year period, defendant maintained exclusive access to all information and documents concerning the Plan assets.

12

65. Except for one Plan document and a few 5500 forms that he obtained from APC, defendant has asserted that he has no information and documents relating to his more than thirty-year reign as sole trustee of the Plan.

66. Defendant has failed and refused to account for his administration of the Plan during his more than thirty-year reign as trustee despite plaintiffs' demand that he do so.

67. Defendant has failed to provide any information or documents as to several investments that were part of the Plan's commingled assets, such as North American Venture, which is mentioned in the false and fraudulent January 13, 2000 facsimile (<u>Exhibit 4</u>), and Juniper Enterprises.

<u>**Relevant Statutory Provisions**</u>

68. At all times during the period from April 1976 until his removal as trustee in August 2007, defendant was the sole "named fiduciary" in the Plan documents. 29 U.S.C. § 1102, ERISA Section 402.

69. Defendant was required to discharge his duties with respect to the Plan "solely in the interest of the participants and beneficiaries." 29 U.S.C. § 1104(a)(1), ERISA Section 404(a)(1).

70. As a fiduciary, defendant was not permitted to deal with the assets of the Plan "in his own interest or for his own account." 29 U.S.C. § 1105(b)(1), ERISA Section 406(b)(1).

71. As a direct result of defendant's fraudulent concealment, fraudulent misrepresentations, self-dealing, diversion of Plan assets, and unpaid loan from the Plan, he caused damage to the Plan and its participants and beneficiaries and breached his fiduciary duties under ERISA as the Plan's trustee.

72.  Because of the breach of his fiduciary duties, defendant is "personally liable to make good to such plan any losses to the plan resulting from each such breach, and to restore to such plan any profits of such fiduciary which have been made through use of assets of the plan by the fiduciary..." 29 U.S.C. § 1109(a), ERISA Section 409(a).

73.  Because of defendant's fraud and other misconduct, plaintiffs should be awarded attorney's fees and costs.  29 U.S.C. § 1132(g)(1), ERISA Section 502(g)(1).

74.  As fiduciaries plaintiffs are entitled to "appropriate relief under section 1109 of this title" against defendant for breaching his fiduciary duties.  29 U.S.C. § 1132(a)(2), ERISA Section 502(a)(2).

75.  As fiduciaries plaintiffs are entitled "to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce any provisions of this subchapter or the terms of the plan." 29 U.S.C. § 1132(a), ERISA Section 502(a)(3).

WHEREFORE plaintiffs demand judgment against defendant Dr. Mario A. Criscito as follows:

1.    restitution of all losses to the Plan

2.    disgorgement of all profits that defendant made using assets of the Plan

3.    the imposition of a constructive trust on all real estate or other items in which defendant acquired any right, title or interest through the improper use of Plan assets

4.    a full accounting by defendant of the use of Plan assets during his tenure as the sole trustee of the Plan.

5.    permanent injunctive relief preventing defendant from using or benefiting in any manner whatsoever from Plan assets to which he is not entitled.

6.  attorney's fees and costs

14

7. compensatory damages suffered by the Plan

8. punitive damages by reason of defendant's fraud

9. such other, further, or different relief as the Court deems just or equitable.

WITMAN STADTMAUER, P.A.
Attorneys for Plaintiffs

Dated:  March 27, 2008

By:_____
Stephen M. Charme (SC-6959)

15

PAGE 1

```
--------------------------------------        ------------------------------------------
ACCOUNT NO  FA   PERIOD ENDING                INCOME & CHARGE SUMMARY
--------------------------------------        ------------------------------------------
 769 086347  070   DEC 31 1998                DESCRIPTION          THIS MONTH  YEAR-TO-DATE
--------------------------------------        ------------------------------------------
```

|  |  | THIS MONTH | YEAR-TO-DATE |
|---|---|---|---|
| DIVIDENDS | | 593.00CR | 4,233.75CR |
| INTEREST INCOME | | .00 | 7,727.59CR |
| MARGIN INTEREST | | .00 | .00 |
| ACCRUED BOND INTEREST | | .00 | .00 |

MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MP
V/A DTD 04/01/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039-1903

```
----------------------------------------
        ACCOUNT VALUATION SUMMARY
----------------------------------------
```

```
----------------------------
  YOUR FINANCIAL ADVISOR:
----------------------------
```

| TOTAL VALUE OF PRICED INVESTMENTS | 2,292,295.31 |
|---|---|
| TOTAL VALUE OF CUSTODIAL HOLDINGS | 52,630.68 |
| CLOSING CASH BALANCE | 10,534.79CR |

HERBERT A MENDEL
SENIOR VICE PRESIDENT - INVESTMENTS
MORGAN STANLEY DEAN WITTER
FIVE CONCOURSE PARKWAY STE 3000
ATLANTA, GA       30328
770-698-2200

| TOTAL ACCOUNT VALUATION | 2,355,460.59 |
|---|---|

```
----------------------------------------------------------------------------------
                    YOUR INVESTMENTS AS OF DECEMBER 31 1998
----------------------------------------------------------------------------------
```

| TYPE | LONG OR SHORT | QUANTITY | DESCRIPTION | MONTH END PRICE | MARKET VALUE | EST DIV RATE/ % YIELD | ESTIMATED ANNUAL INCOME | DWR SEC. NO. |
|---|---|---|---|---|---|---|---|---|
| CASH | LONG | 14800 | LUCENT TECHNOLOGIES | 109 15/16 | 1,627,075.00 | .14 | 2,368.09 | ARN85 |
| CASH | LONG | 300 | NYCAL CP | N/A | | | | 56987 |
| CASH | LONG | 9400 | SANDISK CORP | 14 1/8 | 132,775.00 | | | ACP50 |
| CASH | LONG | 1000 | UNICAPITAL CORPORATION | 7 3/8 | 7,375.00 | | | ADL23 |
| CASH | LONG | 7875 | VERITAS SOFTWARE DE | 59 15/16 | 472,007.82 | | | ARG76 |
| CASH | LONG | 50000 | US TSY NOTE    775   01FB15 | 106 1/8 | 53,062.50 | 7.30 | 3,875.00 | 013Y6 |

```
         TOTAL VALUE OF PRICED INVESTMENTS.............  2,292,295.31    .27   6,243.00

                    N/A = NOT AVAILABLE
```

```
----------------------------------------------------------------------------------
  THE CUSTODIAN(S) OF THE INVESTMENTS LISTED BELOW HAVE REPORTED THAT, AS OF THE DATE SHOWN,
  YOUR ACCOUNT, MAINTAINED WITH SUCH CUSTODIAN REFLECTED THE FOLLOWING:
----------------------------------------------------------------------------------
```

| CUST. | FUND | DATE | ACCOUNT NO. | SHARES/UNITS | N.A.V. | VALUE |
|---|---|---|---|---|---|---|
| MSDWT | MSDW LIQUID ASSET FUND | 12-31-98 | 503972647 | 52,630 | 1.00 | 52,630.68 |

```
         TOTAL VALUE OF CUSTODIAL HOLDINGS ............................  52,630.68
```

```
----------------------------------------------------------------------------------
                    DAILY ACTIVITY DURING DECEMBER 1998
----------------------------------------------------------------------------------
```

| DATE | ACTIVITY | DESCRIPTION | PRICE | AMOUNT | CASH BALANCE | TYPE REF NO. |
|---|---|---|---|---|---|---|
| 11/30 | OPENING CASH BALANCE | | | | 79,145.00CR | |
| 12/01 | CHECK | FUNDS PAID | | 100,000.00DR | | C C0950321 |
| | CASH DIVIDEND | LUCENT TECHNOLOGIES | | 592.00CR | | C 33514000 |
| | SOLD | 20107.00 MSDW LIQUID ASSET FUND | 1.00 | 20,807.00CR | 544.00CR | C 33402939 |
| 12/02 | SOLD | 48.00 MSDW LIQUID ASSET FUND | 1.00 | 48.00CR | 592.00CR | C 3353D604 |
| 12/07 | BOUGHT | 592.00 MSDW LIQUID ASSET FUND | 1.00 | 592.00DR | .00 | C 341P2E28 |
| 12/08 | SOLD | 500 AMDOCS LIMITED ORD | 15 5/8 | 7,794.88CR | | C 33780542 |

```
------------------------------------------------                      PAGE   2
ACCOUNT NO  PA   PERIOD ENDING
------------------------------------------------
789 086347  070   DEC 31 1998
------------------------------------------------
```

MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MD

```
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
                        DAILY ACTIVITY DURING DECEMBER 1998
-----------------------------------------------------------------------------
```

| DATE | ACTIVITY | DESCRIPTION | PRICE | AMOUNT | CASH BALANCE | TYPE REP NO. |
|------|----------|-------------|-------|--------|--------------|--------------|
| 12/08 BOUGHT | | 7784.00 NSDW LIQUID ASSET FUND | 1.00 | 7,784.00DR | .88CR | C 34202973 |
| 12/14 BOUGHT | | .88 NSDW LIQUID ASSET FUND | 1.00 | .88DR | .00 | C 340IP41S |
| 12/30 SOLD | | 500 ZIFF-DAVIS INC | 21 1/8 | 10,534.79CR | 10,534.79CR | C 390LL345 |
| 12/31 CLOSING CASH BALANCE | | | | | 10,534.79CR | |

```
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
                      SUPPLEMENTAL TAX INFORMATION
-----------------------------------------------------------------------------
```

|  | TOTAL THIS MONTH | TOTAL YEAR-TO-DATE |
|--|------------------|--------------------|
| U.S. TREASURY COUPON INTEREST............0.00...3,875.00 | | |

THE SUPPLEMENTAL TAX INFORMATION PROVIDED ABOVE SHOULD BE USED ONLY
AS A GUIDE. A COMPLETE 1099 WILL BE SENT TO YOU.

```
-----------------------------------------------------------------------------
                          IMPORTANT MESSAGES
-----------------------------------------------------------------------------
```

IF YOU WISH TO BORROW, MORGAN STANLEY DEAN WITTER'S MARGIN LOAN RATE AS OF 12/31 IS  8.13% TO  9.67%

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 1999

PAGE 1 OF

Account Number
769 086147

FA 070

**Your Financial Advisor**
HERBERT A MENDEL
SENIOR VICE PRESIDENT - INVESTMENTS
MORGAN STANLEY DEAN WITTER
FIVE CONCOURSE PARKWAY STE 2600
ATLANTA, GA          30328
(770) 698-2100

(07039190311G)

MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MD
V/A DTD 06/01/74
11 CHADWICK ROAD
LIVINGSTON NJ 07039 1901

**ASSET DETAILS**

| Your Investments | | | Current Price | | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|---|
| 1600 | AMERICA ONLINE INC | | 75 7/8 | | 136,375.00 | | |
| 29600 | LUCENT TECHNOLOGIES | | 75 | | 2,220,000.00 | | |
| 300 | MYCAL CF | | N/A | | | | .10% |
| 9400 | SANDISK CORP | | 96 1/4 | | 904,750.00 | 2,366.00 | |
| 67125 | VERITAS SOFTWARE SE | | 143 3/8 | | 9,607,285.42 | | |
| 50000 | US TSY NOTE | 775 | 01FB15 | 101 5/8 | | 50,912.50 | 3,075.00 | 7.62% |
| | | | | | | $6,243.00 | .04% |
| **Total Value of Priced Investments** | | | | | $12,919,402.12 | | |

N/A = Not Available

| Custodial Holdings | | Symbol | Current Price | Date | | Value | Dividend Cap Gains Option | Est Yrly Income | Fund Plan Number |
|---|---|---|---|---|---|---|---|---|---|
| 33533.33 | MSDW LIQUID ASSET FUND | 1LAF | 1.00 | 12/31/99 | | 33,533.33 | Reinv/ N/A | | 503923447 |
| **Total Custodial Holdings** | | | | | | $33,533.33 | | | |

**Asset Summary**

| | | Value | | Est Yrly Income |
|---|---|---|---|---|
| | Cash | 0.00 | | |
| | | | | $6,243.00 |
| **Total Account Valuation** | | $12,952,936.45 | | |

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 1999

**MARIO A CRISCITO TTEE**
DIAGNOSTIC & CLINICAL CARDIOLOGY MP

PAGE 2 OF
Account Number
769 086347         PA   070

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | YTD Items | Amount | Cash Balance |
|------|----------|----------|-------------|-------|-----------|--------|--------------|
|      |          |          | CLOSING BALANCE AS OF 11/30 |   |   |        | .00 |
| 12/01 | Dividend |         | LUCENT TECHNOLOGIES |   |   | +592.00 | +592.00 |
| 12/06 | Bought  | 592.00   | MSDW LIQUID ASSET FUND | 1.00 |   | -592.00 | .00 |
| 12/31 | Dividend |         | MSDW LIQUID ASSET FUND |   |   | +149.25 |     |
|       | Direct Purchase | 149.250 | MSDW LIQUID ASSET FUND | 1.00 |   | -149.25 | .00 |
|       |          |          | REINVESTMENT |   |   |        | .00 |
|       |          |          | CLOSING BALANCE AS OF 12/31 |   |   |        |     |

Morgan Stanley Dean Witter Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Items | Reinvest Dividends | Features |
|---|---|---|---|---|---|
| MSDW LIQUID ASSET FUND | 8,220.18 | 0.00 | 0.00 |  |  |
| Totals | $8,220.18 | $0.00 | $0.00 |  |  |

**MSDW LIQUID ASSET FUND**

Following are the Fund's 10-day average annualized yields during the past quarter: October 4.56%, November 5.15% and December 5.29%.

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 1995

MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MD

PAGE 3 OF
Account Number     PA   070
769 080347

**Income Summary**

|  | This Month | Year-to-Date |  | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends |  |  |  |  |  |
| Accrued Bond Interest | 741.25 | 10,580.10 | Interest | .00 | 3,875.00 |
|  | .00 |  | Margin Interest | .00 | .00 |

**Tax Information**

|  | This Month | Year-to-Date |
|---|---|---|
| U.S. Treasury Coupon Interest | .00 | 3,875.00 |

**Messages**

For tax year 1995, clients invested in networked external mutual funds will receive two tax reports. One will come from the fund company and will reflect income and distributions for the period from January 1, 1995 up until the conversion date. The second report will be supplied from Morgan Stanley Dean Witter and will cover the period starting at the time of the conversion until December 31, 1995. Clients should retain both of these reports for their tax records. Beginning with tax year 2000, clients will receive one income and distribution report from Morgan Stanley Dean Witter.

If you wish to borrow, Morgan Stanley Dean Witter's Margin loan rate as of 12/31 is 8.07% to 10.61%.

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JANUARY 31, 2000

Your Financial Advisor
HERBERT A NEIDEL
SENIOR VICE PRESIDENT - INVESTMENTS
MORGAN STANLEY DEAN WITTER
FIVE CONCOURSE PARKWAY STE 2000
ATLANTA, GA         30328
(770) 698-2100

**Asset Summary**

| | Value | % of Assets |
|---|---|---|
| Money Market Funds | $5,740,133.76 | 57.0% |
| Stocks | 4,273,825.00 | 42.5 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 0.00 | 0.0 |
| Government Securities | 58,607.50 | 0.5 |
| Unit Inv Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificate of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| Asset Value | $10,072,636.26 | 100.0% |
| Cash | 0.00 | |
| Total Asset Value | $10,072,636.26 | |

**Income Summary**

| | This Month | Year To Date |
|---|---|---|
| Money Market Funds | $19,876.93 | $19,876.93 |
| Stocks | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 |
| Unit Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificate of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| Total Income | $19,876.93 | $19,876.93 |
| Taxable Income | $19,876.93 | $19,876.93 |
| Tax Exempt Income | $0.00 | $0.00 |

PAGE 1 OF

Account Number
769 098347        PA   070

(070313103116)

MARIO A CRISCITO THE
DIAGNOSTIC & CHEMICAL CARDIOLOGY MF
U/A DTD 04/01/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039 1902

**Activity Summary**

| | |
|---|---|
| Total Asset Value December 31 1999 | $13,953,916.43 |
| Cash/Money Market Activity for January | |
| Closing Balance 12/31 | $33,533.31 |
| Credits To Your Account | |
| Dividends and Interest | 18,071.23 |
| Deposits | 36,923.40 |
| Sales Proceeds/Redemptions | 13,617,400.55 |
| Other Credits | 0.00 |
| Total Credits | 13,674,911.44 |
| Debits To Your Account | |
| Withdrawals | -1,617,762.33 |
| Funds to Purchase Securities | -6,341,073.70 |
| Other Debits | 0.00 |
| Total Debits | -5,955,621.01 |
| Closing Balance 1/31 | 5,740,133.76 |

| Net Change Cash/Money Market Activity | 5,714,390.45 |
|---|---|
| Changes in Asset Value for January | |
| Value of Priced Assets 12/31 | $13,932,403.12 |
| Securities Bought | 6,341,073.70 |
| Securities Received | 0.00 |
| Securities Sold/Redeemed | -13,617,400.55 |
| Securities Delivered | 0.00 |
| Transactions at Fund Company | 0.00 |
| Change in Value of Priced Assets | -1,319,362.37 |
| Value of Priced Assets 1/31 | 4,334,512.50 |
| Net Change in Asset Value | -9,594,980.62 |
| Total Asset Value as of January 31 2000 | $10,072,636.26 |

0959

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JANUARY 31, 2000

WAIRO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MY

ASSET DETAILS

PAGE 2 OF
Account Number
749 086157    PA    070

| Cash and Money Market Funds | | Amount | Pct of Assets | Net Yrly Income | | | Annualized 30 Day Yield |
|---|---|---|---|---|---|---|---|
| CASH | | .00 | --- | --- | | | |
| MSDW LIQUID ASSET FUND | | 5,746,123.76 | 57.0% | 311,568 | | | MSDW Liquid Asset Fund.............. 5.43% |
| | | | | | | | MSDW Tax Free Income Tr............. 2.46% |
| Total Cash and Money Market Funds | | $5,746,123.76 | 57.0% | $311,568 | | | MSDW Gv Gvt Sypmkt................ 4.08% |
| | | | | | | | MSDW CA Tax Free Daily............. 2.16% |
| Net Change Since Last Statement | | $5,716,590.45 | | | | | MSDW New York Money Tr............. 3.28% |

| Stocks | Current Price | Value | Pct of Assets | Net Yrly Income | Dividend Yield | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|
| Common Stocks | | | | | | | |
| 1,800  AMERICA ONLINE INC | 57  1/2 | 103,400.00 | 1.1% | 0 | 0.00% | AOL | |
| 29,600  LUCENT TECHNOLOGIES | 55  1/2 | 1,642,800.00 | 16.3% | 2,368 | .14% | LU | Next Dividend Payable 03/01/00 |
| 10,300  MYCAL CP | N/A | 0.00 | N/A | 0 | 0.00% | MYCL | |
| 10,000  QUALCOMM INC | 137  7/8 | 1,370,000.00 | 13.1% | 0 | 0.00% | QCOM | |
| 9,100  BANDPIRE CORP | 135  7/8 | 1,236,433.00 | 13.5% | 0 | 0.00% | BNDE | |
| Total Stocks | | $4,273,833.00 | 43.5% | $2,368 | .05% | | |
| Net Change Since Last Statement | | -6,594,765.62 | | | | | |

| Government Securities | Current Price | Value | Pct of Assets | Net Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| Treasury Securities | | | | | | | |
| 50,000  UNITED STATES TREASURY NOTE  7.750% FEB/AUG 15 DUE 02/15/01 | 101  3/8 | 50,687.50 | 0.5% | 3,875 | 7.64% | 1.773 | YIELD TO MATURITY  6.363% MOODY AAA  S&P AAA ISSUE 02/15/91 CUSIP 912827ZX3 |
| Total Government Securities | | $50,687.50 | 0.5% | $3,875 | 7.64% | $1.773 | |
| Net Change Since Last Statement | | -525.00 | | | | | |

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JANUARY 31, 2000

MARIO A CHICCINO DDS
DIAGNOSTIC & CLINICAL CARDIOLOGY MF

PAGE 3 OF
ACCOUNT Number
769 086347    PA    076

Asset Summary

| | Value | Net Yrly Income |
|---|---|---|
| TOTAL ASSET VALUE | $10,072,636.26 | |
| Total Net Change in Priced Assets Since Last Statement | -$4,896,890.62 | $217,791 |

Morgan Stanley Dean Witter Margin Loan Rates

| Loan Amount | Rate |
|---|---|
| $0 - 24,999 ......... | 10 5/8% |
| $25,000 - 49,999 ...... | 10 1/8% |
| $50,000 - 99,999 ...... | 9 3/8% |
| $100,000 & over ....... | 8 7/8% |

EFFECTIVE DATE: November 17, 1999
PREVIOUS CHANGE: August 25, 1999

CREDITS TO YOUR ACCOUNT

Dividends and interest

| Date | Activity | Description | Amount | Income Category |
|---|---|---|---|---|
| 01-31 | Dividend | MSDW LIQUID ASSET FUND | 19,076.23 | Money Market Funds |
| | | Total Dividends and Interest | 19,076.23 | |

See Income Summary on page 1 for the month to date and year to date amounts per income category.

Deposits

| Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|
| 01-21 | Branch Deposit | FUNDS RECEIVED | 35,830.66 | |
| 01-21 | Branch Deposit | FUNDS RECEIVED | 1,102.92 | |
| | | Total Deposits | $36,933.58 | Year To Date    $36,933.58 |

0961

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JANUARY 31, 2000

MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MP

PAGE 6 OF
Account Number
769 066167        FA 070

### Sales Proceeds/Redemptions

| Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|
| 01-05 | Sold | 5,000 | VERITAS SOFTWARE DE | 140 3/8 | 701,601.63 | |
| 01-05 | Sold | 5,000 | VERITAS SOFTWARE DE | 140 1/8 | 700,351.67 | |
| 01-05 | Sold | 7,000 | VERITAS SOFTWARE DE | 140 1/16 | 980,884.86 | |
| 01-05 | Sold | 14,000 | VERITAS SOFTWARE DE | 140 | 1,960,004.84 | |
| 01-05 | Sold | 5,000 | VERITAS SOFTWARE DE | 139 3/4 | 2,339,125.40 | |
| 01-05 | Sold | 21,000 | VERITAS SOFTWARE DE | 139 | 496,416.73 | |
| 01-05 | Sold | 2,125 | VERITAS SOFTWARE DE | 139 3/8 | 2,926,977.21 | |
| 01-13 | Sold | 6,000 | VERITAS SOFTWARE DE | 139 1/2 | 296,351.40 | |
| 01-13 | Sold | 12,000 | VERITAS SOFTWARE DE | 138 3/4 | 835,369.56 | |
| 01-13 | Sold | 8,000 | VERITAS SOFTWARE DE | 138 3/8 | 662,560.20 | |

Total Sales Proceeds/Redemptions       11,617,400.95        Year To Date   11,617,400.95

Total Credits To Your Account           611,674,211.46       Year To Date   611,674,211.46

### DEBITS TO YOUR ACCOUNT

### Withdrawals

| Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|
| 01-05 | Transfer | FUNDS TRANSFERRED | 930,000.00 | PER LETTER OF AUTHORIZATION TO 769-071R250-3 |
| 01-05 | Transfer | FUNDS TRANSFERRED | 330,000.00 | PER LETTER OF AUTHORIZATION TO 769-300624-3 |
| 01-25 | Check | FUNDS PAID | 51,879.38 | PAID TO CHASE MANHATTAN BANK |
| 01-25 | Check | FUNDS PAID | 740.19 | PAID TO MARK MORAN MD |
| 01-25 | Transfer | TRANSFER OF FUNDS | 20,861.53 | RECLOVER TO 769-013116-0 |
| 01-25 | Transfer | FUNDS TRANSFERRED | 52,706.15 | PER LETTER OF AUTHORIZATION TO 769-013115-0 |
| 01-25 | Transfer | FUNDS TRANSFERRED | 30,000.00 | PER LETTER OF AUTHORIZATION TO 769-013124-0 |
| 01-25 | Transfer | FUNDS TRANSFERRED | 295,643.09 | PER LETTER OF AUTHORIZATION TO 769-013126-0 |
| 01-26 | Check | TRANSFER OF FUNDS | 65,894.79 | RECLOVER TO 769-013157-0 |

Total Withdrawals        -1,617,741.31        Year To Date   -1,617,741.31

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JANUARY 31, 2000

MARIO A CHIRITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MP

PAGE 5 OF
Account Number
749 088147                                    FA  070

**Funds to Purchase Securities**

| Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|
| 01-07 | Bought | 4,000 | VERITAS SOFTWARE DE | 137 3/4 | 551,200.00 | |
| 01-07 | Bought | 3,000 | VERITAS SOFTWARE DE | 137 1/2 | 412,616.00 | |
| 01-07 | Bought | 2,000 | VERITAS SOFTWARE DE | 137 1/4 | 274,600.00 | |
| 01-07 | Bought | 1,000 | VERITAS SOFTWARE DE | 137 | 137,000.00 | |
| 01-07 | Bought | 6,000 | VERITAS SOFTWARE DE | 134 1/8 | 805,050.00 | |
| 01-07 | Bought | 4,000 | VERITAS SOFTWARE DE | 134 1/16 | 536,453.15 | |
| 01-07 | Bought | 10,000 | ORALCOM INC | 142 7/16 | 1,424,577.35 | |

Total Funds to Purchase Securities

Total Debits To Your Account                                  -4,341,579.70   Year To Date   -4,341,579.70

ADDITIONAL ACCOUNT INFORMATION                               -5,959,631.01   Year To Date   -5,959,631.01

**Money Market**

| Date | Activity | Description | YTD Dividends | YTD Cap Gains | Price | YTD Number | Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|
| | | Closing Balance 12/31 | | | | | 33,533.31 | |
| 01-06 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 3,940,398.00 | |
| 01-10 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 0.64 | |
| 01-14 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 2,235,522.00 | |
| 01-18 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 0.41 | |
| 01-28 | Automatic Redemption | MSDW LIQUID ASSET FUND | | | | | -631,847.00 | |
| 01-26 | Automatic Redemption | MSDW LIQUID ASSET FUND | | | | | -45,895.00 | |
| 01-27 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 36,934.00 | |
| 01-31 | Dividend Reinvestment | MSDW LIQUID ASSET FUND | | | | | 19,876.93 | |
| 01-31 | Automatic Investment | MSDW LIQUID ASSET FUND | | | | | 0.27 | |
| | | Closing Balance 1/31 | | | | | 5,749,123.76 | |

**Morgan Stanley Dean Witter Fund Summary**

| | YTD Dividends | YTD Cap Gains | YTD Number | Features |
|---|---|---|---|---|
| MSDW LIQUID ASSET FUND | 19,876.93 | 0.00 | 0.00 | Reinvest Dividends |
| Totals | $19,876.93 | $0.00 | $0.00 | |

For Morgan Stanley Dean Witter Mutual Fund Account Information, call 1-800-869-NEWS(6397).

0963

01/13/00    09:42
01/13/2000  09:40   973-9941906        973 9941906
                                            MARIO CRISCITO,M.D.                    PAGE  01



**MORGAN STANLEY DEAN WITTER:**                          $4,017,942.57
**SCHWAB   TRANSFERRED TO DEAN WITTER**
**SALOMON SMITH BARNEY**                                      0.00
**NORTH AMERICAN VENTURE:**                         $   798,425.50
                                    **TOTAL:**      $    50,000.00
                                                   $ 4,728067.59

**INCLUDED IN DEAN WITTER MONIES IS $98,300.48 OF WHICH
$8,300.48 IS FOR THE YEAR 1998 CONTRIBUTIONS HOWEVER DCC
PA STILL OWES PENSION PLAN $28,996.88 FOR THE YEAR 1999.**

**MARIO A. CRISCITO, M.D.
11 CHADWICK ROAD
LIVINGSTON, N.J. 07039**

11724

smith barney

citi smith barney

## Preferred Client Consolidation Summary
### November 29 - December 31, 1999

Page 1 of 19.

Ref. 00000026 00000000...

WORKING WEALTH.
A SMITH BARNEY

416L9900727272101000000026 307365RM01 RP1F0001A
DIAGNOSTIC AND CLINICAL
CARDIOLOGY
PA MONEY PURCHASE PENSION PLAN
4/11/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039-1903

SALOMON SMITH BARNEY INC.
Your Financial Consultant

ALLAN YARKIN
1000 E HALLANDALE
BEACH BLVD
HALLANDALE FL 33009
954-457-1500

(800) 232-484
Branch: 800-624-0263

We have enclosed statements for the following accounts in your consolidated household. "Quarterly Total Value Comparison" and "Year to Date Summary" may contain information for previously existing accounts which have been recently consolidated. Unpriced securities are not included in the "Net Value" columns.

| Account Number | Abbreviated Name | Account Type | Net Value Last period | Net Value This period | Net Securities Dep/Withdrwn This period | Net Capital Deps/Wndls This period | Total Income This period | Asset Appreciation This period | Unrealized Gain or (Loss) | Adjusted YTD Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 416-30033 | DIAGNOSTIC AND CLINICAL CARDIOLOGY | PCA | $ 2,680,338.64 | $ 3,924,549.92 | $ 0.00 | $ 0.00 | $ 28.22 | $ 1,034,183.06 | $ 3,266,558.84 | ($ 83,336.25 |
| **Total** | | | **$ 2,680,338.64** | **$ 3,924,549.92** | **$ 0.00** | **$ 0.00** | **$ 28.22** | **$ 1,034,183.06** | **$ 3,266,558.84** | **($ 83,336.25** |

### Quarterly Summary

### Year to Date Summary

| | |
|---|---|
| Beginning total net value as of 12/31/98 | $ 660,949.29 |
| Net security deposits/withdrawals (year to date) | 0.00 |
| Net cash deposits/withdrawals (year to date) | 5.28 |
| Total income (year to date) | 2,206.98 |
| Asset appreciation (year to date) | 3,261,386.37 |
| Ending total net value 12/31/99 | $ 3,924,549.92 |
| Year to date total return | 3,263,595.35 |

### Current Total Asset Allocation Summary

100.0% Equities

Cash represents less than 0.6% of total assets.

### Quarterly Total Value Comparison

4.00
3.00
2.00
1.00
0.00

| .651 | .735 | .860 | 1.44 | 3.92 |
|---|---|---|---|---|
| 12/98 | 3/99 | 6/99 | 9/99 | 12/99 |

Units in multiples of 1 million.

### WITMAN STADTMAUER, P.A.
#### COUNSELLORS AT LAW
#### 26 COLUMBIA TURNPIKE
#### FLORHAM PARK, N.J. 07932-2246

ONARD J. WITMAN*
ARY D. STADTMAUER*
RBARA S. MURRAY
EPHEN M. CHARME*
WIS COHN
RA S. SINHA
LIE D. ROSEN*
AINE M. COHENO
THERINE ROMANIA*
RISTOPHER DeFILIPPIS O

J & NY
J & FL

(973) 822-0220
FACSIMILE
(973) 822-1188
www.wsmesq.com

March 27, 2008

**VIA LAWYERS SERVICE**
William T. Walsh, Clerk
United States District Court
District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:   Dr. Fadi Chaaban, et al v. Dr. Mario A. Criscito
       File No. 8570-001

Dear Mr. Walsh:

We represent plaintiffs-Trustees of the Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan in this action.

Please find enclosed an original and two (2) copies of the following pleadings and papers that are submitted for filing: (1) complaint; (2) civil cover sheet; and (3) summons. Please file the enclosed pleadings and documents and return filed copies to our office in the enclosed self-addressed, stamped envelope. We are also enclosing a CD-Rom of the foregoing pleadings and documents. Please find our firm check in the amount of $350.00 made payable to the Clerk, United States District Court to cover the filing fees. Thank you.

Very truly yours,

Lewis Cohn

LC:km
Enclosures

Case 2:08-cv-01567-JAG-MCA    Document 1-3ö ö Filed 03/28/2008    Page 1 of 1

# CIVIL COVER SHEET

**JS 44** (Rev. 12/07, NJ 1/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

CHAABAN, Dr. Fadi; TORRE, Dr. Sabino R.;
COSTEAS, Dr. Costantinos A.; and
CASELLA, Dr. Anthony J. as Plan Trustees

## DEFENDANTS

CRISCITO, Dr. Mario A.

**(b)** County of Residence of First Listed Plaintiff ___

County of Residence of First Listed Defendant ___

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

scharme@wsmesq.com

**(c)** Attorney's (Firm Name, Address, Telephone Number, and Email Address)
Witman Stadtmauer, P.A.  (973) 822-0220
26 Columbia Turnpike, Florham Park, NJ 07932

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☒ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1331 and 1132(e)(1) and (f)

Brief description of cause:
29 USC 409  Breach of fiduciary duty under ERISA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ___

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) (See instructions)

JUDGE: WITMAN STADTMAUER, P.A. ___   DOCKET NUMBER ___

Explanation: ___

DATE 5/27/08

SIGNATURE OF ATTORNEY OF RECORD
Stephen M Charme

# EXHIBIT 2

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | | **2003** |

**A** For the 2003 calendar year, or tax year beginning **11/01**, 2003, and ending **10/31/2004**

| B Check if applicable: | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization **THE SAINT BARNABAS PHYSICIAN PARTNERSHIP HEALTH PLAN TRUST** | | | **D** Employer identification number **43-1968315** |
|---|---|---|---|---|---|
| ☐ Address change | | Number and street (or P.O. box if mail is not delivered to street address) **242 OLD NEW BRUNSWICK ROAD** | | Room/suite | **E** Telephone number **(792) 981-7930** |
| ☐ Name change | | | | | |
| ☐ Initial return | | City or town, state or country, and ZIP + 4 **PISCATAWAY, NJ 08854** | | | **F** Accounting method: ☐ Cash ☒ Accrual |
| ☐ Final return | | | | | |
| ☐ Amended return | | | | | |
| ☐ Application pending | | | | | |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**H** and **I** are not applicable to section 527 organizations.
**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**G** Website: ▶ **N/A**
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)
**J** Organization type (check only one) ▶ ☒ 501(c) ( **9** ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No
**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.
**I** Group Exemption Number ▶
**M** Check ▶ ☐ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **3,914,318.**

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ _____ noncash $ _____) | 1d | |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 3,909,562. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 4,756. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| b | Less: cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 3,914,318. |
| 13 | Program services (from line 44, column (B)) | 13 | 3,509,542. |
| 14 | Management and general (from line 44, column (C)) | 14 | |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 3,509,542. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 404,776. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 328,831. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 733,607. |

**RECEIVED MAR 2 5 2005 OGDEN, UT**

SCANNED APR 28 2005

For Paperwork Reduction Act Notice, see the separate instructions.
Form **990** (2003)

JSA
3E1010 2.000

32763B U600          V03-8

52 P
PI 8

The Saint Barnabas Physician Partnership Health Plan Trust
FEID: 43-1868315
Federal Form 990, Part V
For the Year Ended October 31, 2004

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|------|-------|---------------|--------------|----------------------------|-----------------|
| Mario Criscito, M.D.<br>5 Franklin Avenue, Suite 502<br>Belleville, NJ 07109 | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Annette Catino<br>242 Old New Brunswick Road<br>Piscataway, NJ 08854 | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Barry H. Ostrowsky, Esq.<br>95 Old Short Hills Road<br>West Orange, NJ 07052 | Trustee | 1-5 per week or as needed | None | None | None |

STATEMENT 4

PI 2

**EXHIBIT 3**

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2004** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | Open to Public Inspection |

**A** For the 2004 calendar year, or tax year beginning **11/01** 2004, and ending **10/31/2005**

| **B** Check if applicable | | **C** Name of organization **THE SAINT BARNABAS PHYSICIAN PARTNERSHIP HEALTH PLAN TRUST** | | **D** Employer identification number **43-1968315** |
|---|---|---|---|---|
| ☒ Address change | Please use IRS label or print or type. See Specific Instructions | Number and street (or P O box if mail is not delivered to street address) **30 KNIGHTSBRIDGE ROAD** | Room/suite | **E** Telephone number **(792) 981-7930** |
| ☐ Name change ☐ Initial return ☐ Final return ☐ Amended return ☐ Application pending | | City or town, state or country, and ZIP + 4 **PISCATAWAY, NJ 08854** | | **F** Accounting method ☐ Cash ☒ Accrual ☐ Other (specify) ▶ |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ **N/A**

**H** and **I** are not applicable to section 527 organizations.
**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**J** Organization type (check only one) ▶ ☒ 501(c) ( 9 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Group Exemption Number ▶
**M** Check ▶ ☒ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **4,748,178.**

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions.)

| | | | |
|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | |
| **a** | Direct public support | 1a | |
| **b** | Indirect public support | 1b | |
| **c** | Government contributions (grants) | 1c | |
| **d** | Total (add lines 1a through 1c) (cash $ _____ noncash $ _____) | 1d | |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 4,723,214. |
| **3** | Membership dues and assessments | 3 | |
| **4** | Interest on savings and temporary cash investments | 4 | 24,964. |
| **5** | Dividends and interest from securities | 5 | |
| **6 a** | Gross rents | 6a | |
| **b** | Less rental expenses | 6b | |
| **c** | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| **7** | Other investment income (describe ▶ ) | 7 | |
| **8 a** | Gross amount from sales of assets other than inventory | (A) Securities 8a / (B) Other | |
| **b** | Less cost or other basis and sales expenses | 8b | |
| **c** | Gain or (loss) (attach schedule) | 8c | |
| **d** | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| **9** | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | |
| **a** | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| **b** | Less direct expenses other than fundraising expenses | 9b | |
| **c** | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| **10 a** | Gross sales of inventory, less returns and allowances | 10a | |
| **b** | Less cost of goods sold | 10b | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| **11** | Other revenue (from Part VII, line 103) | 11 | |
| **12** | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 4,748,178. |
| **13** | Program services (from line 44, column (B)) | 13 | 4,431,111. |
| **14** | Management and general (from line 44, column (C)) | 14 | |
| **15** | Fundraising (from line 44, column (D)) | 15 | |
| **16** | Payments to affiliates (attach schedule) | 16 | |
| **17** | Total expenses (add lines 16 and 44, column (A)) | 17 | 4,431,111. |
| **18** | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 317,067. |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 733,676. |
| **20** | Other changes in net assets or fund balances (attach explanation) | 20 | |
| **21** | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 1,050,743. |

RECEIVED
SEP 25 2006
OGDEN, UT

SCANNED OCT 1 0 2006

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2004)

JSA
4E1010 1 000

32763B  U600                 V04-8

THE SAINT BARNABAS PHYSICIAN                                                43-1968315

FORM 990, PART V - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| BARRY H. OSTROWSKY, ESQ. 30 KNIGHTSBRIDGE ROAD | PRESIDENT - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| PISCATAWAY, NJ 08854 | | | | |
| MARIO CRISCITO, M.D. 30 KNIGHTSBRIDGE ROAD | VICE PRES. - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| PISCATAWAY, NJ 08854 | | | | |
| ANNETTE CATINO 30 KNIGHTSBRIDGE ROAD | TREASURER - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| PISCATAWAY, NJ 08854 | | | | |
| GRAND TOTALS | | NONE | NONE | NONE |

32763B U600                                    V04-8                        STATEMENT 5

PI 4

**EXHIBIT 4**

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2005**

Open to Public Inspection

**A** For the 2005 calendar year, or tax year beginning **11/01**, 2005, and ending **12/31/2005**

**B** Check if applicable:
- [X] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization **THE SAINT BARNABAS PHYSICIAN PARTNERSHIP HEALTH PLAN TRUST**

Number and street (or P.O. box if mail is not delivered to street address) **30 KNIGHTSBRIDGE ROAD**   Room/suite

City or town, state or country, and ZIP + 4 **PISCATAWAY NJ 08854**

**D** Employer identification number **43-1968315**

**E** Telephone number **(792) 981-7930**

**F** Accounting method: [ ] Cash [X] Accrual [ ] Other (specify) ▶

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ **N/A**

**H** and **I** are not applicable to section 527 organizations.
**H(a)** Is this a group return for affiliates? [ ] Yes [X] No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? [ ] Yes [ ] No
(If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**J** Organization type (check only one) ▶ [X] 501(c) ( 9 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**I** Group Exemption Number ▶

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization chooses to file a return, be sure to file a complete return. Some states require a complete return.

**M** Check ▶ [X] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 9b, and 10b to line 12 ▶ **970,267.**

## Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received. | | | |
| a | Direct public support | 1a | | |
| b | Indirect public support | 1b | | |
| c | Government contributions (grants) | 1c | | |
| d | Total (add lines 1a through 1c) (cash $ ___ noncash $ ___) | | 1d | |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 961,052. |
| 3 | Membership dues and assessments | | 3 | |
| 4 | Interest on savings and temporary cash investments | | 4 | 9,215. |
| 5 | Dividends and interest from securities | | 5 | |
| 6 a | Gross rents | 6a | | |
| b | Less: rental expenses | 6b | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | 6c | |
| 7 | Other investment income (describe ▶ ___ ) | | 7 | |
| 8 a | Gross amount from sales of assets other than inventory | (A) Securities 8a / (B) Other | | |
| b | Less: cost or other basis and sales expenses | 9b | | |
| c | Gain or (loss) (attach schedule) | 9c | | |
| d | Net gain or (loss) (combine line 8c, column (A) and (B)) | | 8d | |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ [ ] | | | |
| a | Gross revenue (not including $ ___ of contributions reported on line 1a) | 9a | | |
| b | Less: direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | 9c | |
| 10 a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less: cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | 12 | 970,267. |
| 13 | Program services (from line 44, column (B)) | | 13 | 839,422. |
| 14 | Management and general (from line 44, column (C)) | | 14 | |
| 15 | Fundraising (from line 44, column (D)) | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | 17 | 839,422. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | 130,845. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 1,050,743. |
| 20 | Other changes in net assets or fund balances (attach explanation) | | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 1,181,588. |

Revenue — Expenses — Net Assets

RECEIVED SEP 2 5 2006 OGDEN, UT   NJ-OSC / IRS-OSC

SCANNED OCT 05 2005

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2005)

JSA
5E1010 2 000

32763B U600        V05-6.5

Pt 5

5

THE SAINT BARNABAS PHYSICIAN                                    43-1968315

FORM 990, PART V-A - CURRENT OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| BARRY H. OSTROWSKY, ESQ. 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ 08854 | PRESIDENT - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| MARIO CRISCITO, M.D. 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ 08854 | VICE PRES. - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| ANNETTE CATINO 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ 08854 | TREASURER - TRUSTEE 1-5 PER WK | NONE | NONE | NONE |
| GRAND TOTALS | | NONE | NONE | NONE |

32763B U600                          V05-6.5                    STATEMENT 4

PI 6

**EXHIBIT 5**

Form **990**

### Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2006**

Department of the Treasury
Internal Revenue Service

**A** For the 2006 calendar year, or tax year beginning _____, 2006, and ending _____

| | |
|---|---|
| **B** Check if applicable | Address change / Name change / Initial return / Final return / Amended return / Application pending |
| **C** Name of organization THE SAINT BARNABAS PHYSICIAN PARTNERSHIP HEALTH PLAN TRUST | **D** Employer Identification number 42-1968215 |
| Number and street (or P.O. box if mail is not delivered to street address)  Room/suite 30 KNIGHTSBRIDGE ROAD | **E** Telephone number (732) 981-7930 |
| City or town, state or country, and ZIP + 4 PISCATAWAY, NJ 08854 | **F** Accounting method: ☐ Cash ☐ Accrual ☐ Other (specify) ▶ |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**H** and **I** are not applicable to section 527 organizations.

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**G** Website: ▶ N/A

**J** Organization type (check only one) ▶ ☒ 501(c) ( 9 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000. A return is not required, but if the organization chooses to file a return, be sure to file a complete return.

**I** Group Exemption Number ▶

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 6,396,150.

### Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | |
|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | |
| **a** | Contributions to donor advised funds | 1a | |
| **b** | Direct public support (not included on line 1a) | 1b | |
| **c** | Indirect public support (not included on line 1a) | 1c | |
| **d** | Government contributions (grants) (not included on line 1a) | 1d | |
| **e** | Total (add lines 1a through 1d) (cash $ ___ noncash $ ___ ) | | 1e |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 6,339,043. |
| **3** | Membership dues and assessments | | 3 | |
| **4** | Interest on savings and temporary cash investments | | 4 | 57,107. |
| **5** | Dividends and interest from securities | | 5 | |
| **6a** | Gross rents | 6a | |
| **b** | Less rental expenses | 6b | |
| **c** | Net rental income or (loss) Subtract line 6b from line 6a | | 6c |
| **7** | Other investment income (describe ▶ ___ ) | | 7 |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| **b** | Less cost or other basis and sales expenses | 8b | |
| **c** | Gain or (loss) (attach schedule) | 8c | |
| **d** | Net gain or (loss) Combine line 8c, columns (A) and (B) | | 8d |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | |
| **a** | Gross revenue (not including $ ___ of contributions reported on line 1b) | 9a | |
| **b** | Less direct expenses other than fundraising expenses | 9b | |
| **c** | Net income or (loss) from special events Subtract line 9b from line 9a | | 9c |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | |
| **b** | Less cost of goods sold | 10b | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | 10c |
| **11** | Other revenue (from Part VII, line 103) | | 11 |
| **12** | Total revenue. Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | 12 | 6,396,150. |
| **13** | Program services (from line 44, column (B)) | | 13 | 6,922,431. |
| **14** | Management and general (from line 44, column (C)) | | 14 | |
| **15** | Fundraising (from line 44, column (D)) | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | 16 | |
| **17** | Total expenses. Add lines 16 and 44, column (A) | | 17 | 6,922,431. |
| **18** | Excess or (deficit) for the year. Subtract line 17 from line 12 | | 18 | -526,281. |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 1,181,588. |
| **20** | Other changes in net assets or fund balances (attach explanation) | | 20 | |
| **21** | Net assets or fund balances at end of year. Combine lines 18, 19, and 20 | | 21 | 655,307. |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2006)

JSA
6E1010 2.000

32763B 765B

5

RECEIVED NOV 19 2007 OGDEN   SCANNED DEC 1 8 2007

PT7

THE SAINT BARNABAS PHYSICIAN                                    43-1960315

FORM 990, PART V-A - CURRENT OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| BARRY H. OSTROWSKY, ESQ.<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | PRESIDENT - TRUSTEE<br>3.00 | NONE | NONE | NONE |

PLEASE REFER TO THE SAINT BARNABAS CORPORATION FORM 990 FOR THE
COMPENSATION AND EMPLOYEE BENEFIT PLAN CONTRIBUTION AMOUNTS OF THE
PRESIDENT - TRUSTEE OF THIS ORGANIZATION.

| | | | | |
|---|---|---|---|---|
| MARIO CRISCITO, M.D.<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | VP - TRUSTEE<br>3.00 | NONE | NONE | NONE |
| ANNETTE CATINO<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | TREASURER - TRUSTEE<br>3.00 | NONE | NONE | NONE |
| | GRAND TOTALS | NONE | NONE | NONE |

19                                              STATEMENT  6

32763B 765H

PI 8

**EXHIBIT 6**

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | | **2007** |
| Department of the Treasury Internal Revenue Service | | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | | |

**A** For the 2007 calendar year, or tax year beginning     01/01, 2007, and ending     01/01/2007

| **B** Check if applicable | Please use IRS label or print or type See Specific Instructions | **C** Name of organization  THE SAINT BARNABAS PHYSICIAN PARTNERSHIP HEALTH PLAN TRUST | **D** Employer identification number  43-1968315 |
|---|---|---|---|
| Address change | | Number and street (or P O box if mail is not delivered to street address)  30 BRIGHTBRIDGE ROAD    Room/suite | **E** Telephone number  (732) 981-7930 |
| Name change | | | |
| Initial return | | City or town, state or country, and ZIP + 4  PISCATAWAY, NJ 08854 | **F** Accounting method: ☐ Cash ☒ Accrual  ☐ Other (specify) ▶ |
| ☒ Termination | | | |
| Amended return | | | |
| Application pending | | ● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ). | **H** and **I** are not applicable to section 527 organizations  **H(a)** Is this a group return for affiliates? ☐ Yes ☒ No |
| | | | **H(b)** If "Yes," enter number of affiliates ▶ |

**G** Website: ▶ N/A

**H(c)** Are all affiliates included? ☐ Yes ☐ No  (If "No," attach a list. See instructions)

**J** Organization type (check only one) ▶ ☒ 501(c) ( 9 ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**I** Group Exemption Number ▶

**M** Check ▶ ☒ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶

## Part I    Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | |
|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | |
| **a** | Contributions to donor advised funds | 1a | |
| **b** | Direct public support (not included on line 1a) | 1b | |
| **c** | Indirect public support (not included on line 1a) | 1c | |
| **d** | Government contributions (grants) (not included on line 1a) | 1d | |
| **e** | Total (add lines 1a through 1d) (cash $        noncash $        ) | | 1e |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 |
| **3** | Membership dues and assessments | | 3 |
| **4** | Interest on savings and temporary cash investments | | 4 |
| **5** | Dividends and interest from securities | | 5 |
| **6 a** | Gross rents | 6a | |
| **b** | Less: rental expenses | 6b | |
| **c** | Net rental income or (loss) Subtract line 6b from line 6a | | 6c |
| **7** | Other investment income (describe ▶        ) | | 7 |
| **8 a** | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| **b** | Less cost or other basis and sales expenses | 8b | |
| **c** | Gain or (loss) (attach schedule) | 8c | |
| **d** | Net gain or (loss). Combine line 8c, columns (A) and (B) | | 8d |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | |
| **a** | Gross revenue (not including $        of contributions reported on line 1b) | 9a | |
| **b** | Less: direct expenses other than fundraising expenses | 9b | |
| **c** | Net income or (loss) from special events. Subtract line 9b from line 9a | | 9c |
| **10 a** | Gross sales of inventory, less returns and allowances | 10a | |
| **b** | Less: cost of goods sold | 10b | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | 10c |
| **11** | Other revenue (from Part VII, line 103) | | 11 |
| **12** | Total revenue. Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | 12 |
| **13** | Program services (from line 44, column (B)) | | 13 | NONE |
| **14** | Management and general (from line 44, column (C)) | | 14 | |
| **15** | Fundraising (from line 44, column (D)) | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | 16 | |
| **17** | Total expenses Add lines 16 and 44, column (A) | | 17 | NONE |
| **18** | Excess or (deficit) for the year. Subtract line 17 from line 12 | | 18 | NONE |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 655,307. |
| **20** | Other changes in net assets or fund balance (attach explanation)    STMT 1 | | 20 | -655,307. |
| **21** | Net assets or fund balances at end of year. Combine lines 18, 19, and 20 | | 21 | |

RECEIVED
NOV 17 2008
OGDEN, UT

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.       Form **990** (2007)

JSA
7E1010 2 000

32763B 765E

GAP    3    5

THE SAINT BARNABAS PHYSICIAN                                                     43-1968315

FORM 990, PART V-A - CURRENT OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND AVERAGE HOURS PER WEEK DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| BARRY H. OSTROWSKY, ESQ.<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | PRESIDENT - TRUSTEE | NONE | NONE | NONE |
| PLEASE REFER TO THE SAINT BARNABAS CORPORATION FORM 990 FOR THE COMPENSATION AND EMPLOYEE BENEFIT PLAN CONTRIBUTION AMOUNTS OF THE PRESIDENT - TRUSTEE OF THIS ORGANIZATION. | | | | |
| MARIO CRISCITO, M.D.<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | VP - TRUSTEE | NONE | NONE | NONE |
| PLEASE REFER TO THE CLARA MAAS MEDICAL CENTER FORM 990 FOR THE COMPENSATION AND EMPLOYEE BENEFIT PLAN CONTRIBUTION AMOUNTS OF THE VP - TRUSTEE OF THIS ORGANIZATION. | | | | |
| ANNETTE CATINO<br>30 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | TREASURER - TRUSTEE | NONE | NONE | NONE |
| GRAND TOTALS | | NONE | NONE | NONE |

18                                                                                STATEMENT 6

32763B 765H

PI 10

**EXHIBIT 7**

Form **990**

**Return of Organization Exempt From Income Tax**

OMB No. 1545-0047

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

**2002**

Department of the Treasury
Internal Revenue Service

**A** For the 2002 calendar year, or tax year beginning _____, 2002, and ending _____

| B | Check if applicable: | C | Name of organization | | D | Employer identification number |
|---|---|---|---|---|---|---|
| | Address change | Please use IRS label or print or type. See Specific Instructions | SAINT BARNABAS CORPORATION | | | 22-2405279 |
| | Name change | | Number and street (or P O box if mail is not delivered to street address) | Room/suite | E | Telephone number |
| | Initial return | | 95 OLD SHORT HILLS ROAD | | | (973) 322-4254 |
| | Final return | | City or town, state or country, and ZIP + 4 | | | |
| | Amended return | | WEST ORANGE, NJ 07052 | | F Accounting method: | Cash ☒ Accrual |
| | Application pending | | | | Other (specify) ▶ | |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

| | | H and I are not applicable to section 527 organizations |
|---|---|---|
| **G** Web site: ▶ WWW.SBHCS.COM | | **H(a)** Is this a group return for affiliates? ☐ Yes ☒ No |
| **J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527 | | **H(b)** If "Yes," enter number of affiliates ▶ |
| **K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return. | | **H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions) |
| | | **H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No |
| | | **I** Enter 4-digit GEN ▶ |
| **L** Gross receipts Add lines 6b, 8b, 9b and 10b to line 12 ▶ 29,200,364 | | **M** Check ▶ ☒ if the organization is not required to attach Sch B (Form 990, 990 EZ, or 990 PF) |

**Part I** Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received STMT 1 | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | 29,225,073 |
| d | Total (add lines 1a through 1c) (cash $ 29,225,073 noncash $ ) | 1d | 29,225,073 |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 244,485 |
| 5 | Dividends and interest from securities | 5 | 1,817,491 |
| 6 a | Gross rents | 6a | |
| b | Less rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ▶ STMT 3 ) | 7 | -1,006,685 |
| 8 a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| b | Less cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, column (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | |
| b | Less direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10 a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 29,280,364 |
| 13 | Program services (from line 44, column (B)) | 13 | 28,483,293 |
| 14 | Management and general (from line 44, column (C)) | 14 | 3,164,810 |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 31,648,103 |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -2,367,739 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 18,577,000 |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 4 | 20 | -31,090,821 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | -14,881,560 |

DEC 15 '03 FILMED

RECEIVED
NOV 3 1 2003
OGDEN, UT

For Paperwork Reduction Act Notice, see the separate instructions.

JSA
2E1010 1 000

Form **990** (2002)

Saint Barnabas Corporation
FEID 22-2466270

For the Year Ended December 31, 2002

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Ronald J. Del Mauro * | President/CEO | 1-40 per week or as needed | | | |
| Albert R. Gamper, Jr | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Vincent J. Apruzzese, Esq | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Thomas F. Kelleher, Esq | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Harold E. Kekosky | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Roland J. Kiogan | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Don L. Beck | Trustee | 1-3 per week or as needed | None | None | None |
| Mara E. Benun | Trustee | 1-3 per week or as needed | None | None | None |
| Joseph Buckley | Trustee | 1-3 per week or as needed | None | None | None |
| John S. Chelsty | Trustee | 1-3 per week or as needed | None | None | None |
| Mauro A. Cincilla, MD | Trustee | 1-3 per week or as needed | None | None | None |
| Alan E. Davis, Esq | Trustee | 1-3 per week or as needed | None | None | None |
| John A. Emst III | Trustee | 1-3 per week or as needed | None | None | None |
| Herbert Glel | Trustee | 1-3 per week or as needed | None | None | None |
| Larry J. Herbert | Trustee | 1-3 per week or as needed | None | None | None |
| John M. Hopkins | Trustee | 1-3 per week or as needed | None | None | None |
| Stephen V. Lane, Jr | Trustee | 1-3 per week or as needed | None | None | None |
| Gary Lozano | Trustee | 1-3 per week or as needed | None | None | None |
| Robert Menna | Trustee | 1-3 per week or as needed | None | None | None |
| William B. MacGuire, Esq | Trustee | 1-3 per week or as needed | None | None | None |
| John P. Meyerholz | Trustee | 1-3 per week or as needed | None | None | None |
| Richard O'Niel | Trustee | 1-3 per week or as needed | None | None | None |
| Barry H. Ostrowsky, Esq * | Exec. VP/General Counsel | 1-40 per week or as needed | None | None | None |
| Mark D. Pelo * | Executive VP - Trustee | 1-5 per week or as needed | None | None | None |
| Kenneth A. Rosen, Esq | Trustee | 1-3 per week or as needed | None | None | None |
| Raymond F. Shea, Jr, Esq | Trustee | 1-3 per week or as needed | None | None | None |
| David Sokol | Trustee | 1-3 per week or as needed | None | None | None |
| Morton A. Segler | Trustee | 1-3 per week or as needed | None | None | None |
| Daniel J. Viele C.P.A. | Trustee | 1-3 per week or as needed | None | None | None |

All officers, directors and trustees can be reached at the following address

c/o Saint Barnabas Corporation
95 Old Short Hills Road
West Orange  NJ 07052

* See attached statement

PI 12

**EXHIBIT 8**

# Form 990

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2003**

Department of the Treasury
Internal Revenue Service

**A** For the 2003 calendar year, or tax year beginning _____, 2003, and ending _____

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

**C** Name of organization
SAINT BARNABAS CORPORATION

Number and street (or P O box if mail is not delivered to street address)  Room/suite
95 OLD SHORT HILLS ROAD

City or town, state or country, and ZIP + 4
WEST ORANGE, NJ 07052

**D** Employer Identification number
22-2405279

**E** Telephone number
(973) 322-4045

**F** Accounting method: [ ] Cash [ ] Accrual [ ] Other (specify) ▶

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ WWW.SBHCS.COM

**H(a)** Is this a group return for affiliates? [ ] Yes [X] No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? [ ] Yes [ ] No (If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

**I** Group Exemption Number ▶

**M** Check ▶ [ ] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶   94,088,938.

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions)

| | | | |
|---|---|---|---:|
| 1 | Contributions, gifts, grants, and similar amounts received STMT 1 | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | 84,532,700. |
| c | Government contributions (grants) | 1c | 5,000,000. |
| d | Total (add lines 1a through 1c) (cash $ 89,532,700. noncash $ ) | 1d | 89,532,700. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 4,241,315. |
| 5 | Dividends and interest from securities | 5 | 32,788. |
| 6a | Gross rents | 6a | |
| b | Less rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income STMT 3 | 7 | 282,135. |
| 8a | Gross amount from sales of assets other than inventory (A) Securities (B) Other | 8a | |
| b | Less cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ [ ] | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 94,088,938. |
| 13 | Program services (from line 44, column (B)) | 13 | 81,625,401. |
| 14 | Management and general (from line 44, column (C)) | 14 | 9,059,490. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 90,684,891. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 3,404,047. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | -14,881,560. |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 6 , STMT 7. | 20 | -38,990,857. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | -50,468,370. |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2003)

JSA
3E1010 2.000

SCANNED DEC 03 2004

RECEIVED
NOV. 17. 2004.
OGDEN, UT

PI 13

B-7 93-23
9 NE 93-23

Saint Barnabas Corporation
FEID: 22-2462579

For the Year Ended December 31, 2002

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Ronald J Del Mauro * | President/CEO - Trustee | 1-70 per week or as needed | None | None | None |
| Barry H Ostrowsky, Esq * | Exec. VP/General Counsel | 1-60 per week or as needed | None | None | None |
| Mark D Pitts * | Executive VP - Trustee | 1-50 per week or as needed | None | None | None |
| Albert R Gamper, Jr. | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Vincent J Aprazzese, Esq | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Thomas F Keleher, Esq | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Richard O'Neil | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Dena L Aragon | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Marc E Berson | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Buckelew | Trustee | 1-5 per week or as needed | None | None | None |
| John S Christy | Trustee | 1-5 per week or as needed | None | None | None |
| Mario A Crescas, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Alan E Davis, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| Kathleen Dunn | Trustee | 1-5 per week or as needed | None | None | None |
| John A Ernst, III | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Gold | Trustee | 1-5 per week or as needed | None | None | None |
| LaRoy J Harbert | Trustee | 1-5 per week or as needed | None | None | None |
| John N Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Harold E Kennedy | Trustee | 1-5 per week or as needed | None | None | None |
| Stephen V Lane, Jr. | Trustee | 1-5 per week or as needed | None | None | None |
| George Laufenberg | Trustee | 1-5 per week or as needed | None | None | None |
| Gary Lotano | Trustee | 1-5 per week or as needed | None | None | None |
| Robert Marks | Trustee | 1-5 per week or as needed | None | None | None |
| William B McGuire, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| John P Meyerholz | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Narcus | Trustee | 1-5 per week or as needed | None | None | None |
| Kenneth A Rosen, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| Raymond F Shea, Jr, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| David Sockol | Trustee | 1-5 per week or as needed | None | None | None |
| Morton A Siegler | Trustee | 1-5 per week or as needed | None | None | None |
| Daniel J Walsh, C P A | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement

All officers, directors and trustees can be reached at the following address

c/o Saint Barnabas Corporation
95 Old Short Hills Road
West Orange, NJ 07052

# EXHIBIT 9

# Form 990

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2004**

Department of the Treasury
Internal Revenue Service

**A** For the 2004 calendar year, or tax year beginning _____, 2004, and ending _____

**C** Name of organization

**SAINT BARNABAS CORPORATION**

Number and street (or P.O. box if mail is not delivered to street address)

**95 OLD SHORT HILLS ROAD**

City or town, state or country, and ZIP + 4

**WEST ORANGE, NJ 07052**

**D** Employer identification number

**22-2405279**

**E** Telephone number

**(973) 322-4045**

**G** Website: ▶ **WWW.SBHCS.COM**

**J** Organization type (check only one) ▶ [X] 501(c)( 3 ) ◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **103,720,001.**

## Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: STMT 1 | | | | |
| a | Direct public support | 1a | | | |
| b | Indirect public support | 1b | 94,462,458. | | |
| c | Government contributions (grants) | 1c | 3,000,000. | | |
| d | Total (add lines 1a through 1c) (cash $ 97,462,458. noncash $ ) | | | 1d | 97,462,458. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 1,099,068. |
| 3 | Membership dues and assessments | | | 3 | |
| 4 | Interest on savings and temporary cash investments | | | 4 | 5,064,147. |
| 5 | Dividends and interest from securities | | | 5 | 4,532. |
| 6a | Gross rents | 6a | | | |
| b | Less rental expenses | 6b | | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c | |
| 7 | Other investment income (describe ▶ STMT 5) | | | 7 | 89,796. |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | | |
| b | Less: cost or other basis and sales expenses | 8b | | | |
| c | Gain or (loss) (attach schedule) | 8c | | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d | |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ [ ] | | | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | | | |
| b | Less: direct expenses other than fundraising expenses | 9b | | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | | |
| b | Less: cost of goods sold | 10b | | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12 | 103,720,001. |
| 13 | Program services (from line 44, column (B)) | | | 13 | 88,746,082. |
| 14 | Management and general (from line 44, column (C)) | | | 14 | 9,860,677. |
| 15 | Fundraising (from line 44, column (D)) | | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | | 17 | 98,606,759. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | | 18 | 5,113,242. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | -50,468,370. |
| 20 | Other changes in net assets or fund balances (attach explanation)   STMT 6   STMT 7 | | | 20 | -20,665,872. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | 21 | -66,021,000. |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form 990 (2004)

SCANNED DEC 01 2005
RECEIVED
OGDEN, UT

DDQ082 U600          V04-8

PI 15

STATEMENT 17

Saint Barnabas Corporation
FED: 22-3408279
Federal Form 990, Part V
For the Year Ended December 31, 2004

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contribution | Expense Account |
|---|---|---|---|---|---|
| Ronald J Del Mauro* | President/CEO - Trustee | 1-70 per week or as needed | None | None | None |
| Barry H Ostrowsky, Esq * | Exec. VP/General Counsel | 1-70 per week or as needed | None | None | None |
| Matt D Pitts* | Executive VP - Trustee | 1-70 per week or as needed | None | None | None |
| Albert R Gamper, Jr | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Vincent J Agoglanza, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| Thomas F Kelaher, Esq | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Richard O'Neil | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Richard J Kogan | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Dom L Rock | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Marc E Berson | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Buckelew | Trustee | 1-5 per week or as needed | None | None | None |
| John S Chrisby | Trustee | 1-5 per week or as needed | None | None | None |
| Mary A Cimalio M D | Trustee | 1-5 per week or as needed | None | None | None |
| Alan E Davis, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| Kathleen Dunn | Trustee | 1-5 per week or as needed | None | None | None |
| John A Ernst, III | Trustee | 1-5 per week or as needed | None | None | None |
| John Forsman | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| LeRoy J Herbert | Trustee | 1-5 per week or as needed | None | None | None |
| John M Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Harold E Kennedy | Trustee | 1-5 per week or as needed | None | None | None |
| Stephen V Luna, Jr | Trustee | 1-5 per week or as needed | None | None | None |
| George Laufenberg | Trustee | 1-5 per week or as needed | None | None | None |
| Gary Lotano | Trustee | 1-5 per week or as needed | None | None | None |
| Robert Marks | Trustee | 1-5 per week or as needed | None | None | None |
| William B McGuire, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| John P Meyerhofer | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Norco | Trustee | 1-5 per week or as needed | None | None | None |
| Kenneth A Rosen, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| Raymond F Shea, Jr, Esq | Trustee | 1-5 per week or as needed | None | None | None |
| David Sebel | Trustee | 1-5 per week or as needed | None | None | None |
| Morton A Segler | Trustee | 1-5 per week or as needed | None | None | None |
| Daniel J Walsh, C.P.A | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement 17a

All officers, directors and trustees can be reached at the following address.

c/o Saint Barnabas Corporation
95 Old Short Hills Road
West Orange, NJ 07052

PI 16

**EXHIBIT 10**

efile GRAPHIC print - DO NOT PROCESS | As Filed Data | DLN: 93490317007056

| Form **990** | | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2005** |
| Department of the Treasury Internal Revenue Service | | ▶The organization may have to use a copy of this return to satisfy state reporting requirements | Open to Public Inspection |

**A** For the 2005 calendar year, or tax year beginning 01-01-2005 and ending 12-31-2005

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization SAINT BARNABAS CORPORATION | **D** Employer identification number 22-2405279 |
|---|---|---|---|
| ☐ Address change | | Number and street (or P O box if mail is not delivered to street address) Room/suite 95 OLD SHORT HILLS ROAD | **E** Telephone number (973) 322-4045 |
| ☐ Name change | | | |
| ☐ Initial return | | City or town, state or country, and ZIP + 4 WEST ORANGE, NJ 07052 | |
| ☐ Final return | | | |
| ☐ Amended return | | | **F** Accounting method ☐ Cash ☑ Accrual |
| ☐ Application pending | | | ☐ Other (specify) ▶ |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**H and I are not applicable to section 527 organizations.**

**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No

**H(b)** If "Yes" enter number of affiliates ▶

**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions )

**G** Web site: ▶ WWW SBHCS COM

**J** Organization type (check only one) ▶ ☑ 501(c) (3) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☐ No

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

**I** Group Exemption Number ▶

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 108,180,373

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | | |
|---|---|---|---|---:|---:|
| **1** | Contributions, gifts, grants, and similar amounts received | | | | |
| **a** | Direct public support | 1a | | | |
| **b** | Indirect public support | 1b | 103,013,797 | | |
| **c** | Government contributions (grants) | 1c | | | |
| **d** | Total (add lines 1a through 1c) (cash $ 103,013,797 noncash $ ) | | | 1d | 103,013,797 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | |
| **3** | Membership dues and assessments | | | 3 | |
| **4** | Interest on savings and temporary cash investments | | | 4 | 5,007,333 |
| **5** | Dividends and interest from securities | | | 5 | 4,632 |
| **6a** | Gross rents | 6a | | | |
| **b** | Less rental expenses | 6b | | | |
| **c** | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c | |
| **7** | Other investment income (describe ▶ ) | | | 7 | 154,611 |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities | (B) Other | | |
| | | 8a | | | |
| **b** | Less cost or other basis and sales expenses | 8b | | | |
| **c** | Gain or (loss) (attach schedule) | 8c | | | |
| **d** | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d | |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶☐ | | | | |
| **a** | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | | | |
| **b** | Less direct expenses other than fundraising expenses | 9b | | | |
| **c** | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | | | |
| **b** | Less cost of goods sold | 10b | | | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | | 11 | |
| **12** | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12 | 108,180,373 |
| **13** | Program services (from line 44, column (B)) | | | 13 | 274,851,809 |
| **14** | Management and general (from line 44, column (C)) | | | 14 | 30,539,090 |
| **15** | Fundraising (from line 44, column (D)) | | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | | 16 | |
| **17** | Total expenses (add lines 16 and 44, column (A)) | | | 17 | 305,390,899 |
| **18** | Excess or (deficit) for the year (subtract line 17 from line 12) | | | 18 | -197,210,526 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | -66,021,000 |
| **20** | Other changes in net assets or fund balances (attach explanation) | | | 20 | -50,965,474 |
| **21** | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | 21 | -314,197,000 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat No 11282Y   Form **990** (2005)

PI 17

**Form 990, Part V-A – Current Officers, Directors, Trustees, and Key Employees:**

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| JOSEPH BUCKELEW 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| JOHN S CHALSTY 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| MARIO A CRISCITO M D 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| ALAN E DAVIS ESQ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| KATHLEEN DUNN 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | INVITEE 3 | 0 | 0 | 0 |
| JOHN A ERNST III 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| HERBERT GLATT 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| LEROY J HERBERT 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| JOHN N HOPKINS 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |
| HAROLD E KENNEDY 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 | 0 | 0 | 0 |

**EXHIBIT 11**

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2006**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2006 calendar year, or tax year beginning 01-01-2006 and ending 12-31-2006

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization SAINT BARNABAS CORPORATION | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | | | 22-2405279 |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address) Room/suite 95 OLD SHORT HILLS ROAD | **E** Telephone number |
| ☐ Initial return | | | (973) 322-4045 |
| ☐ Final return | | City or town, state or country, and ZIP + 4 WEST ORANGE, NJ 07052 | **F** Accounting method ☐ Cash ☑ Accrual |
| ☑ Amended return | | | ☐ Other (specify) ► |
| ☐ Application pending | | | |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**G** Web site ► WWW SBHCS COM

**J** Organization type (check only one) ► ☑ 501(c) (3) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Check here ► ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ► 120,585,360

**H** and **I** are not applicable to section 527 organizations

**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No

**H(b)** If "Yes" enter number of affiliates ►

**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list See instructions )

**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**I** Group Exemption Number ►

**M** Check ► ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | | |
|---|---|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | | | |
| **a** | Contributions to donor advised funds | 1a | | | |
| **b** | Direct public support (not included on line 1a) | 1b | | | |
| **c** | Indirect public support (not included on line 1a) | 1c | 106,950,982 | | |
| **d** | Government contributions (grants) (not included on line 1a) | 1d | | | |
| **e** | Total (add lines 1a through 1d) (cash $ 106,950,982 noncash $ ) | | | 1e | 106,950,982 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 5,867,904 |
| **3** | Membership dues and assessments | | | 3 | |
| **4** | Interest on savings and temporary cash investments | | | 4 | 5,516,474 |
| **5** | Dividends and interest from securities | | | 5 | |
| **6a** | Gross rents | 6a | | | |
| **b** | Less rental expenses | 6b | | | |
| **c** | Net rental income or (loss) subtract line 6b from line 6a | | | 6c | |
| **7** | Other investment income (describe ► ) | | | 7 | |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities | (B) Other | | |
| | | 8a | 2,250,000 | | |
| **b** | Less cost or other basis and sales expenses | 8b | 0 | | |
| **c** | Gain or (loss) (attach schedule) | 8c | 2,250,000 | | |
| **d** | Net gain or (loss) Combine line 8c, columns (A) and (B) | | | 8d | 2,250,000 |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ►☐ | | | | |
| **a** | Gross revenue (not including $ of contributions reported on line 1b) | 9a | | | |
| **b** | Less direct expenses other than fundraising expenses | 9b | | | |
| **c** | Net income or (loss) from special events Subtract line 9b from line 9a | | | 9c | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | | | |
| **b** | Less cost of goods sold | 10b | | | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | | 11 | |
| **12** | Total revenue Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | | 12 | 120,585,360 |
| **13** | Program services (from line 44, column (B)) | | | 13 | 135,208,733 |
| **14** | Management and general (from line 44, column (C)) | | | 14 | 15,023,191 |
| **15** | Fundraising (from line 44, column (D)) | | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | | 16 | |
| **17** | Total expenses Add lines 16 and 44, column (A) | | | 17 | 150,231,924 |
| **18** | Excess or (deficit) for the year Subtract line 17 from line 12 | | | 18 | -29,646,564 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | -314,197,000 |
| **20** | Other changes in net assets or fund balances (attach explanation) | | | 20 | 51,916,825 |
| **21** | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | | | 21 | -291,926,739 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form **990** (2006)

PI 19

**Form 990, Part V-A – Current Officers, Directors, Trustees, and Key Employees:**

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| MARIO A CRISCITO MD ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| ALAN E DAVIS ESQ ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| JOHN A ERNST III ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| HERBERT GLATT ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| LEROY J HERBERT ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| JOHN N HOPKINS ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| THEODORE A JAKUBOWSKI ED D ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | INVITEE 3 0 | 0 | 0 | 0 |
| HAROLD E KENNEDY ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| STEPHEN V LANE JR ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |
| GARY LOTANO ⑮ 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | TRUSTEE 3 0 | 0 | 0 | 0 |

PI 20

**EXHIBIT 12**

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No 1545-0047 |
|---|---|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

**2007**

Department of the Treasury
Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

Open to Public Inspection

**A** For the 2007 calendar year, or tax year beginning 01-01-2007 and ending 12-31-2007

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization SAINT BARNABAS CORPORATION | | **D** Employer identification number 22-2405279 |
|---|---|---|---|---|
| ☐ Address change | | | | |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address) Room/suite 95 OLD SHORT HILLS ROAD | | **E** Telephone number (973) 322-4045 |
| ☐ Initial return | | | | |
| ☐ Final return | | City or town, state or country, and ZIP + 4 WEST ORANGE, NJ 07052 | | **F** Accounting method ☐ Cash ☑ Accrual ☐ Other (specify) ▶ |
| ☐ Amended return | | | | |
| ☐ Application pending | | | | |

● **Section 501(c)(3)** organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ▶ WWW SBHCS COM

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No
**H(b)** If "Yes" enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**J** Organization type (check only one) ▶ ☑ 501(c) (3) ◀ (insert no ) or ☐ 4947(a)(1) or ☐ 527

**I** Group Exemption Number ▶

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 137,831,326

| Part I | | Revenue, Expenses, and Changes in Net Assets or Fund Balances *(See the instructions.)* | | |
|---|---|---|---|---|
| | 1 | Contributions, gifts, grants, and similar amounts received | | |
| | a | Contributions to donor advised funds | 1a | |
| | b | Direct public support (not included on line 1a) | 1b | |
| | c | Indirect public support (not included on line 1a) | 1c | |
| | d | Government contributions (grants) (not included on line 1a) | 1d | 152,981 |
| | e | **Total** (add lines 1a through 1d) (cash $ 152,981 noncash $ ) | 1e | 152,981 |
| | 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 129,720,174 |
| | 3 | Membership dues and assessments | 3 | |
| | 4 | Interest on savings and temporary cash investments | 4 | 7,941,749 |
| | 5 | Dividends and interest from securities | 5 | |
| | 6a | Gross rents | 6a | |
| | b | Less rental expenses | 6b | |
| | c | Net rental income or (loss) subtract line 6b from line 6a | 6c | |
| | 7 | Other investment income (describe ▶ ) | 7 | 16,422 |
| | 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| | b | Less cost or other basis and sales expenses | 8b | |
| | c | Gain or (loss) (attach schedule) | 8c | |
| | d | Net gain or (loss) Combine line 8c, columns (A) and (B) | 8d | |
| | 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶☐ | | |
| | a | Gross revenue (not including $ of contributions reported on line 1b) | 9a | |
| | b | Less direct expenses other than fundraising expenses | 9b | |
| | c | Net income or (loss) from special events Subtract line 9b from line 9a | 9c | |
| | 10a | Gross sales of inventory, less returns and allowances | 10a | |
| | b | Less cost of goods sold | 10b | |
| | c | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | 10c | |
| | 11 | Other revenue (from Part VII, line 103) | 11 | |
| | 12 | **Total revenue** Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | 12 | 137,831,326 |
| | 13 | Program services (from line 44, column (B)) | 13 | 134,308,180 |
| | 14 | Management and general (from line 44, column (C)) | 14 | 14,923,181 |
| | 15 | Fundraising (from line 44, column (D)) | 15 | |
| | 16 | Payments to affiliates (attach schedule) | 16 | |
| | 17 | **Total expenses** Add lines 16 and 44, column (A) | 17 | 149,231,361 |
| | 18 | Excess or (deficit) for the year Subtract line 17 from line 12 | 18 | -11,400,035 |
| | 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | -291,926,739 |
| | 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 20,863,774 |
| | 21 | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | 21 | -282,463,000 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.      Cat No 11282Y      Form **990** (2007)

PI 21

**Form 990, Part V-A – Current Officers, Directors, Trustees, and Key Employees:**

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| MARIO A CRISCITO MD 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| ALAN E DAVIS ESQ 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| ALAN HELFMAN MD 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| GARY LOTANO 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| WILLIAM B MCGUIRE ESQ 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| JOHN P MEYERHOLZ 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| KENNETH A ROSEN ESQ 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| RAYMOND F SHEA JR ESQ 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| JAMES VACCARO 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| DANIEL J VITALE CPA 🖊️<br>95 OLD SHORT HILLS ROAD<br>WEST ORANGE, NJ 07052 | TRUSTEE<br>3 0 | 0 | 0 | 0 |

**EXHIBIT 13**

OMB No 1545-0047

# Form 990

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements

## 2008

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2008 calendar year, or tax year beginning 01-01-2008 and ending 12-31-2008

| **B** Check if applicable | | **C** Name of organization SAINT BARNABAS CORPORATION | | **D** Employer identification number |
| --- | --- | --- | --- | --- |
| ☐ Address change | Please use IRS label or print or type. See Specific Instructions. | | | 22-2409279 |
| ☐ Name change | | Doing Business As | | **E** Telephone number |
| ☐ Initial return | | Number and street (or P O box if mail is not delivered to street address) Room/suite 95 OLD SHORT HILLS ROAD | | (732) 923-6072 |
| ☐ Termination | | | | **G** Gross receipts $ 123,243,377 |
| ☐ Amended return | | City or town, state or country, and ZIP + 4 WEST ORANGE, NJ 07052 | | |
| ☐ Application pending | | | | |

| **F** Name and address of Principal Officer RONALD J DEL MAURO 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | **H(a)** Is this a group return for affiliates? ☐ Yes ☑ No |
| --- | --- |
| **I** Tax-exempt status ☑ 501(c)( 3 ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527 | **H(b)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list See instructions ) |
| **J** Web site: ► WWW SBHCS COM | **H(c)** Group Exemption Number ► |

| **K** Type of organization ☑ Corporation ☐ trust ☐ association ☐ other ► | **L** Year of Formation 1982 | **M** State of legal domicile NJ |
| --- | --- | --- |

## Part I Summary

| | | | |
| --- | --- | --- | --- |
| 1 | Briefly describe the organization's mission or most significant activities THE ORGANIZATION IS THE PARENT ENTITY OF THE SAINT BARNABAS HEALTH CARE SYSTEM AND ITS AFFILIATES, A TAX-EXEMPT NOT FOR-PROFIT INTEGRATED HEALTH CARE DELIVERY SYSTEM | | |
| 2 | Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its assets | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 19 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 14 |
| 5 | Total number of employees (Part V, line 2a) | 5 | 0 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 0 |
| 7a | Total gross unrelated business revenue from Part VIII, line 12, column (C) | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0 |

| | | Prior Year | Current Year |
| --- | --- | --- | --- |
| **Revenue** | 8 Contributions and grants (Part VIII, line 1h) | 152,981 | 2,002,239 |
| | 9 Program service revenue (Part VIII, line 2g) | 129,720,174 | 118,837,115 |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 7,958,171 | 2,404,023 |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 0 |
| | 12 Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 137,831,326 | 123,243,377 |
| **Expenses** | 13 Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 0 | 0 |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | b (Total fundraising expenses, Part IX, column (D), line 25 ► 0 | | |
| | 17 Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 149,231,361 | 160,234,036 |
| | 18 Total expenses—add lines 13–17 (must equal Part IX, column (A), line 25) | 149,231,361 | 160,234,036 |
| | 19 Revenue less expenses Subtract line 18 from line 12 | -11,400,035 | -36,990,659 |

| **Net Assets or Fund Balances** | | Beginning of Year | End of Year |
| --- | --- | --- | --- |
| | 20 Total assets (Part X, line 16) | 924,841,030 | 922,141,341 |
| | 21 Total liabilities (Part X, line 26) | 1,207,304,030 | 1,299,147,341 |
| | 22 Net assets or fund balances Subtract line 21 from line 20 | -282,463,000 | -377,006,000 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer)

| Please Sign Here | Signature of officer | Date |
| --- | --- | --- |
| | THOMAS G SCOTT CPA SENIOR VP FINANCE/CFO Type or print name and title | |

| Paid Preparer's Use Only | Preparer's signature SCOTT J MARIANI | Date | |
| --- | --- | --- | --- |
| | Firm's name (or yours if self-employed), address, and ZIP + 4 WITHUMSMITHBROWN PC 465 SOUTH STREET SUITE 200 MORRISTOWN, NJ 079086947 | | |

May the IRS discuss this return with the preparer shown above? (See instructions)

PI 23

**Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

### Section A Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

1a Complete this table for all persons required to be listed Use Schedule J-2 if additional space is needed
• List all of the organization's current officers, directors, trustees (whether individuals or organizations) and key employees regardless of amount of compensation, and current key employees Enter -0- in columns (D), (E), and (F) if no compensation was paid
• List the organization's five current highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations
• List all of the organization's former officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations
• List all of the organization's former directors or trustees that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations
List persons in the following order individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons
☑ Check this box if the organization did not compensate any officer, director, trustee or key employee

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| ALBERT E GARCIA II , PL CHAIRMAN - TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| VINCENT J APPRUZZESE ESQ , VICE CHAIRMAN - TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| THOMAS F KOLIWER , VICE CHAIRMAN - TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| RICHARD J BOODLE , VICE CHAIRMAN - TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| RICHARD RUSSELL , VICE CHAIRMAN - TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| MARC S BERSON , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| JOSEPH BUCCELLATO , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| MARIO A CRIENCIO MD , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| ALAN E DOSES ESQ , TRUSTEE | 36 | X | | | | | | | 123,366 | 2,743 |
| RONALD J DEL MAURO , TRUSTEE - PRESIDENT/CEO | 55 | X | | X | | | | | 0 | 0 |
| ALAN E HOLYAND MD , TRUSTEE | 36 | X | | | | | | | 3,007,670 | 908,157 |
| GARY LANDA , TRUSTEE | 36 | X | | | | | | | 30,000 | 2,743 |
| JOSEPH MAHONKLO , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| WILLIAM R RICKLESS ESQ , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| JOHN P PETRONIELLO , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| KENNETH A ACKER ESQ , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| RAYMOND F ENGLER MD ESQ , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| JAMES S VACCARO , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| RONALD R WECHSLER MD , TRUSTEE | 36 | X | | | | | | | 0 | 0 |
| GARY M CHRISWSKY ESQ , EXECUTIVE VP/GENERAL COUNSEL | 55 | | | X | | | | | 26,400 | 2,743 |
| MARK D FELIX , EXECUTIVE VP OPERATIONS | 55 | | | X | | | | | 1,602,998 | 360,907 |
| FRED H MCGEE , EXECUTIVE VICE PRESIDENT | 55 | | | X | | | | | 1,436,611 | 179,476 |
| THOMAS H SCOTT CPA , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 439,499 | 28,417 |
| SIDNEY EINBINDER , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 845,344 | 29,901 |
| DAVID A HERMAN ESQ , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 602,099 | 36,307 |
| CATHERINE ADORNA , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 552,472 | 32,536 |
| ELAINE PEITLER , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 593,626 | 18,525 |
| ARTHUR ROSENBERG , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 408,345 | 41,168 |
| JONATHAN N OKENQUIST , SENIOR VICE PRESIDENT | 55 | | | X | | | | | 396,326 | 34,235 |
| FREDERICK HURLBUT , VICE PRESIDENT | 55 | | | X | | | | | 363,691 | 33,497 |
| NANCY E HOLECEK , V P NURSING | 55 | | | X | | | | | 713,618 | 23,913 |
| DAVID M ROSEN , VICE PRESIDENT | 55 | | | X | | | | | 576,062 | 41,777 |
| ALLEN H ROWLEY , VICE PRESIDENT | 55 | | | X | | | | | 391,360 | 77,262 |
| YLORIE MAXINE KINSMANN , VICE PRESIDENT | 55 | | | X | | | | | 231,716 | 13,740 |
| MICHAEL DUFFEE , VICE PRESIDENT | 55 | | | X | | | | | 235,832 | 33,537 |
| ANTHONY E PALMIERI , VICE PRESIDENT | 55 | | | X | | | | | 236,386 | 27,207 |
| MICHAEL V EDWARDS , VICE PRESIDENT | 55 | | | X | | | | | 236,010 | 29,219 |
| RICHARD HENNINGER , VICE PRESIDENT | 55 | | | X | | | | | 225,028 | 34,618 |
| PATRICK DOWNES , VICE PRESIDENT | 55 | | | X | | | | | 207,166 | 26,904 |
| ELLEN GREENE , VICE PRESIDENT | 55 | | | X | | | | | 207,146 | 26,730 |
| THOMAS DESTHOND , VICE PRESIDENT | 55 | | | X | | | | | 195,326 | 19,463 |
| ELIZABETH CELLINI , VICE PRESIDENT | 55 | | | X | | | | | 185,626 | 27,586 |
| JUDITH MUNDY , VICE PRESIDENT | 55 | | | X | | | | | 177,545 | 38,702 |
| ROBERT PELLECCHIA , VICE PRESIDENT | 55 | | | X | | | | | 171,360 | 24,958 |
| VERONICA CHARLES , VICE PRESIDENT | 55 | | | X | | | | | 168,052 | 6,672 |
| BEATRICE ABELIR , VICE PRESIDENT | 55 | | | X | | | | | 145,530 | 27,208 |
| PATRICIA COOK , VICE PRESIDENT | 55 | | | X | | | | | 117,111 | 10,607 |
| DEREK SHEPHARD , VICE PRESIDENT | 55 | | | X | | | | | 102,666 | 25,666 |
| MAUREEN MARGING , VICE PRESIDENT | 55 | | | X | | | | | 65,223 | 6,080 |
| SUSAN J CHILDRESCK , TREASURER | 55 | | | X | | | | | 54,827 | 6,037 |
| JOSEPH SULLIVAN , CHIEF INFORMATION OFFICER | 55 | | | X | | | | | 256,729 | 34,700 |
| CRAIG SAUNDERS MD , DIRECTOR | 55 | | | | X | | | | 512,526 | 25,247 |
| SHOBKANT MALBORDKAR MD , PHYSICIAN | 55 | | | | X | | | | 1,662,292 | 227,474 |
| REGINA BIBLE , MANAGER | 55 | | | | X | | | | 524,136 | 29,411 |
| ROBIN FILIPONE , DIRECTOR MD | 55 | | | | X | | | | 211,762 | 11,748 |
| MARK MOSKOWITZ , ASSOCIATE COUNSEL | 55 | | | | X | | | | 210,579 | 22,636 |
| JOHN A FOREMAN JR , FORMER SENIOR VICE PRESIDENT | 0 | | | | | | X | | 564,122 | 16,563 |

# EXHIBIT 14

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2002**

**A** For the 2002 calendar year, or tax year beginning _____, 2002, and ending _____

| B Check if applicable | | C Name of organization | D Employer identification number |
|---|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See specific instructions. | CLARA MAASS MEDICAL CENTER | 22-1500556 |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address)   Room/suite | E Telephone number |
| ☐ Initial return | | ONE CLARA MAASS DRIVE | (973) 450-2009 |
| ☐ Final return | | City or town, state or country, and ZIP + 4 | |
| ☐ Amended return | | BELLEVILLE, NJ 07109 | Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ► |
| ☐ Application pending | | | |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ► WWW.SBHCS.COM

**J** Organization type (check only one) ► ☒ 501(c) ( 3 ) ◄ (insert no) ☐ 4947(a)(1) or ☐ 527

**K** Check here ► ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**H** and **I** are not applicable to section 527 organizations

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ►
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list. See instructions.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**I** Enter 4-digit GEN ►

**L** Gross receipts. Add lines 6b, 9b, and 10b to line 12 ► | **169,749,507**

**M** Check ► ☒ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**Part I** Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ _____ noncash $ _____) | | 1d |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 167,434,194 |
| 3 | Membership dues and assessments | | 3 | |
| 4 | Interest on savings and temporary cash investments | | 4 | 419,201 |
| 5 | Dividends and interest from securities | | 5 | 6,077 |
| 6a | Gross rents | 6a | 797,760 | |
| b | Less rental expenses | 6b | 797,760 | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | 6c | |
| 7 | Other investment income (describe ► STMT 1 ) | | 7 | 78,198 |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| b | Less cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | 8d | |
| 9 | Special events and activities (attach schedule) | | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | 11 | 1,013,277 |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | 12 | 168,951,747 |
| 13 | Program services (from line 44, column (B)) | | 13 | 157,499,766 |
| 14 | Management and general (from line 44, column (C)) | | 14 | 17,499,978 |
| 15 | Fundraising (from line 44, column (D)) | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | 17 | 174,999,744 |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | -6,047,997 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 20,887,381 |
| 20 | Other changes in net assets or fund balances (attach explanation)   STMT 2   STMT 3 | | 20 | -11,193,337 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 3,646,047 |

RECEIVED
NOV 20 2003
OGDEN, UT
IRS OSC 354

SCANNED DEC 12 2003

For Paperwork Reduction Act Notice, see the separate instructions

Form **990** (2002)

JSA
2E1010 1.000

Clara Maass Medical Center
FEID: 22-1500556
Federal Form 990, Part V
For the Year Ended December 31, 2002

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Thomas A Biga | Executive Director | 45-55 per week or as needed | $ 288,055 | $ 28,806 | None |
| Garrick Stoldt | VP, Finance | 45-55 per week or as needed | $ 216,239 | $ 21,624 | None |
| Mary Ellen Clyne | VP, Patient Care Services | 45-55 per week or as needed | $ 145,848 | $ 14,585 | None |
| Richard Salhany | VP, Operations | 45-55 per week or as needed | $ 118,166 | $ 11,817 | None |
| Frank Mazzarella, M D | VP, Medical Affairs | 45-55 per week or as needed | $ 232,678 | $ 23,288 | None |
| Theresa M Cologne | VP, Finance | 45-55 per week or as needed | $ 50,250 | $ 5,025 | None |
| Patrick Ciccone, M D | Secretary | 1-5 per week or as needed | None | None | None |
| Marco Crisceto, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J Del Mauro | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| Venkat Gandhi, M D | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Thomas Kelaher | Chairman | 1-5 per week or as needed | None | None | None |
| James Orsini, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Barry H Ostrowsky | Vice Chairman | 1-5 per week or as needed | None | None | None |
| John K Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Hal Wolkoff, Ph D | Treasurer | 1-5 per week or as needed | None | None | None |
| Robert Gaccione | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lesser, M D | Trustee | 1-5 per week or as needed | None | None | None |

All officers, directors and trustees can be reached at the following address

c/o Clara Maass Medical Center
One Clara Maass Drive
Belleville, NJ 07109

**EXHIBIT 15**

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2003**

**A** For the 2003 calendar year, or tax year beginning _____ 2003, and ending _____

**B** Check if applicable:
Address change
Name change
Initial return
Final return
Amended return
Application pending

**C** Name of organization
CLARA MAASS MEDICAL CENTER

Number and street (or P.O. box if mail is not delivered to street address)     Room/suite
ONE CLARA MAASS DRIVE

City or town, state or country, and ZIP + 4
BELLEVILLE, NJ 07109

**D** Employer identification number
22-1500556

**E** Telephone number
(973) 450-2000

Accounting method:  Cash  ☒ Accrual
 Other (specify) ▶

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ WWW.SBHCS.COM

**H and I are not applicable to section 527 organizations**
**H(a)** Is this a group return for affiliates?  Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included?  Yes  No
(If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling?  Yes ☒ No

**J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no)  4947(a)(1) or  527

**K** Check here ▶  if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Group Exemption Number ▶

**M** Check ▶  if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶  173,319,299.

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received STMT 1 | | | |
| a | Direct public support | 1a | 21,567. | |
| b | Indirect public support | 1b | | |
| c | Government contributions (grants) | 1c | | |
| d | Total (add lines 1a through 1c) (cash $ 21,567.  noncash $ ) | | | 1d  21,567. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2  171,224,470. |
| 3 | Membership dues and assessments | | | 3 |
| 4 | Interest on savings and temporary cash investments   STMT 2 | | | 4  351,502. |
| 5 | Dividends and interest from securities   STMT 3 | | | 5  1,241. |
| 6a | Gross rents | 6a | 817,704. | |
| b | Less rental expenses | 6b | 817,704. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c |
| 7 | Other investment income (describe ▶  STMT 4 ) | | | 7  17,122. |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| b | Less cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶  | | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c |
| 11 | Other revenue (from Part VII, line 103) | | | 11  885,693. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12  172,501,595. |
| 13 | Program services (from line 44, column (B)) | | | 13  161,108,470. |
| 14 | Management and general (from line 44, column (C)) | | | 14  17,900,934. |
| 15 | Fundraising (from line 44, column (D)) | | | 15 |
| 16 | Payments to affiliates (attach schedule) | | | 16 |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | | 17  179,009,404. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | | 18  -6,507,809. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19  3,646,047. |
| 20 | Other changes in net assets or fund balances (attach explanation)   STMT 5 | | | 20  3,689,532. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | 21  827,770. |

RECEIVED
NOV 19 2004
313
IRS-OGS
OGDEN, UT

For Paperwork Reduction Act Notice, see the separate instructions.

JSA
3E1010 2.000

Form **990** (2003)

DDQ0TC  U600               V03-8

3-13

20

PI 27

Clara Maass Medical Center
FEID: 22-1500856
Federal Form 990, Part V
For the Year Ended December 31, 2003

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|------|-------|---------------|--------------|---------------------------|-----------------|
| Thomas A Biga | Executive Director | 50-60 per week | $286,501 | $79,120 ** | None |
| Theresa M Cologie | CFO | 50-60 per week | $304,663 | $14,289 | None |
| Thomas Kelaher | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Barry H Ostrowsky * | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Patrick Cuccone, M D | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Hal Wolkoff, Ph D | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Mano Cracio, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J Del Mauro * | Trustee | 1-5 per week or as needed | None | None | None |
| Robert Gaccione | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Gladt | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lester, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Malone | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Norca | Trustee | 1-5 per week or as needed | None | None | None |
| James Oram, M D | Trustee | 1-5 per week or as needed | None | None | None |
| John K Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Brent Rudnick | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement

** The employee benefit plan contribution amounts include both vested and unvested benefits   The unvested benefit contribution amounts are subject to forfeiture
   Accordingly, this individual may never actually receive the unvested amounts

All officers, directors and trustees can be reached at the following address   c/o Clara Maass Medical Center
                                                                              One Clara Maass Drive
                                                                              Belleville, NJ 07109

PI 28

**EXHIBIT 16**

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2004**



**A** For the 2004 calendar year, or tax year beginning _____, 2004, and ending _____

| B Check if applicable | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | CLARA MAASS MEDICAL CENTER | 22-1500556 |
| ☐ Name change | Number and street (or P O box if mail is not delivered to street address)  Room/suite | E Telephone number |
| ☐ Initial return | ONE CLARA MAASS DRIVE | (973) 450-2000 |
| ☐ Final return | City or town, state or country, and ZIP + 4 | F Accounting method: ☐ Cash ☐ Accrual |
| ☐ Amended return | BELLEVILLE, NJ 07109 | ☐ Other (specify) ► |
| ☐ Application pending | | |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ► WWW.SBHCS.COM

**H** and I are not applicable to section 527 organizations

H(a) Is this a group return for affiliates? ☐ Yes ☒ No
H(b) If "Yes," enter number of affiliates ►
H(c) Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list. See instructions)
H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**J** Organization type (check only one) ► ☒ 501(c) ( 3 ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**I** Group Exemption Number ►

**K** Check here ► ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**M** Check ► ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts. Add lines 6b, 8b, 9b, and 10b to line 12 ► **200,467,421.**

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received  STMT 1 | | |
| a | Direct public support | 1a | 98,962. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ 98,962. noncash $ ) | 1d | 98,962. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 201,101,780. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments  STMT 2 | 4 | 581,567. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | 1,145,999. |
| b | Less: rental expenses | 6b | 1,145,999. |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ►  STMT 4 ) | 7 | -4,961,000. |
| 8a | Gross amount from sales of assets other than inventory — (A) Securities / (B) Other: 40,642. | | |
| b | Less: cost or other basis and sales expenses — (B) Other: | | |
| c | Gain or (loss) (attach schedule) — (B) Other: 40,642. | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | 40,642. |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ► ☐ | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 2,459,471. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 199,321,422. |
| 13 | Program services (from line 44, column (B)) | 13 | 174,858,155. |
| 14 | Management and general (from line 44, column (C)) | 14 | 19,428,683. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 194,286,838. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 5,034,584. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 827,770. |
| 20 | Other changes in net assets or fund balances (attach explanation)  STMT 5   STMT 6 | 20 | 3,859,443. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 9,721,797. |

RECEIVED NOV [ ] 2005  ODEM-UT

Net SCANNED DEC 15 2005

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2004)

JSA
4E1010 1 000

DDQ0TC  U600

V04-8

PI 29

Clara Maass Medical Center
FEID: 22-1500666
Federal Form 990, Part V
For the Year Ended December 31, 2004

List of Officers/Board of Trustees

| Name | Title | Average hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Thomas A. Biga | Executive Director | 50-60 per week | $352,280 | $78,940 ** | None |
| Theresa M. Cologne | CFO | 50-60 per week | $235,600 | $14,100 | None |
| Thomas Kelaher | Chairman - Trustee | 1-5 per week or as needed | None * | None | None * |
| Barry H. Ostrowsky, Esq. * | Vice Chairman - Trustee | 1-5 per week or as needed | None * | None * | None * |
| Hal Wolkoff, Ph.D. | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Patrick Caccone, M.D. | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Mario Criscito, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J. Del Mauro * | Trustee | 1-5 per week or as needed | None * | None * | None * |
| Robert Gaccione | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lester, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Malone | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Norcia | Trustee | 1-5 per week or as needed | None | None | None |
| James Oraini, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| John K. Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Brent Rudnick | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement 18a

** The employee benefit plan contribution amounts include both vested and unvested benefits.  The unvested benefit contribution amounts are subject
to a substantial risk of complete forfeiture. Accordingly, this individual may never actually receive the unvested amounts.

All officers, directors and trustees can be reached at the following address:

c/o Clara Maass Medical Center
One Clara Maass Drive
Belleville, NJ 07109

STATEMENT 18

PI 30

**EXHIBIT 17**

| Form **990** | Return of Organization Exempt From Income Tax | OMB No 1545-0047 |
|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

**2005**

Open to Public Inspection

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

Department of the Treasury Internal Revenue Service

**A** For the 2005 calendar year, or tax year beginning 01-01-2005 and ending 12-31-2005

| B Check if applicable | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See Specific Instructions. | CLARA MAASS MEDICAL CENTER | 22-1500556 |
| ☐ Name change | Number and street (or P O box if mail is not delivered to street address) Room/suite | | |
| ☐ Initial return | ONE CLARA MAASS DRIVE | |
| ☐ Final return | City or town, state or country, and ZIP + 4 | E Telephone number |
| ☐ Amended return | BELLEVILLE, NJ 07109 | (973) 450-2008 |
| ☐ Application pending | | F Accounting method ☐ Cash ☑ Accrual ☐ Other (specify) ▶ |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ▶ www.sbhcs.com

**J** Organization type (check only one) ▶ ☑ 501(c) (3) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data  Some states require a complete return.

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 211,331,338

**H** and **I** are not applicable to section 527 organizations

H(a) Is this a group return for affiliates? ☐ Yes ☑ No
H(b) If "Yes" enter number of affiliates ▶
H(c) Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list  See instructions)
H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**I** Group Exemption Number ▶

**M** Check ▶ ☐ if the organization is not required to attach Sch  B (Form 990, 990-EZ, or 990-PF)

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | |
|---|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | | |
| **a** | Direct public support | 1a | | |
| **b** | Indirect public support | 1b | | |
| **c** | Government contributions (grants) | 1c | 126,384 | |
| **d** | Total (add lines 1a through 1c) (cash $ 126,384  noncash $ ) | | 1d | 126,384 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 208,820,218 |
| **3** | Membership dues and assessments | | 3 | |
| **4** | Interest on savings and temporary cash investments | | 4 | 411,954 |
| **5** | Dividends and interest from securities | | 5 | |
| **6a** | Gross rents | 6a | 1,207,513 | |
| **b** | Less  rental expenses | 6b | 1,207,513 | |
| **c** | Net rental income or (loss) (subtract line 6b from line 6a) | | 6c | |
| **7** | Other investment income (describe ▶ ) | | 7 | |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities | (B) Other | |
| | | 8a | | |
| **b** | Less  cost or other basis and sales expenses | 8b | | |
| **c** | Gain or (loss) (attach schedule) | 8c | | |
| **d** | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | 8d | |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶☐ | | | |
| **a** | Gross revenue (not including $ of contributions reported on line 1a) | 9a | | |
| **b** | Less  direct expenses other than fundraising expenses | 9b | | |
| **c** | Net income or (loss) from special events (subtract line 9b from line 9a) | | 9c | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | | |
| **b** | Less  cost of goods sold | 10b | | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | 11 | 765,269 |
| **12** | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | 12 | 210,123,825 |
| **13** | Program services (from line 44, column (B)) | | 13 | 190,176,588 |
| **14** | Management and general (from line 44, column (C)) | | 14 | 21,130,728 |
| **15** | Fundraising (from line 44, column (D)) | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | 16 | |
| **17** | Total expenses (add lines 16 and 44, column (A)) | | 17 | 211,307,316 |
| **18** | Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | -1,183,491 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 9,721,797 |
| **20** | Other changes in net assets or fund balances (attach explanation) | | 20 | -8,269,924 |
| **21** | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 268,382 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    Cat No 11282Y    Form **990** (2005)

PI 31

## Form 990, Part V-A - Current Officers, Directors, Trustees, and Key Employees:

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| THOMAS A BIGA ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | EXECUTIVE DIRECTOR 55 | 374,576 | 87,978 | 0 |
| THERESA M COLOGIE ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CFO 55 | 249,100 | 15,065 | 0 |
| THOMAS F KELAHER ESQ ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CHAIRMAN - TRUSTEE 3 | 0 | 0 | 0 |
| BARRY H OSTROWSKY ESQ ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VICE CHAIR - TRUSTEE 3 | | 0 | 0 |
| PATRICK N CICCONE M D ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | SECRETARY - TRUSTEE 3 | 0 | 0 | 0 |
| HAL WOLKOFF PH D ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TREASURER - TRUSTEE 3 | 0 | 0 | 0 |
| MARIO A CRISCITO M D ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 | 45,000 | 0 | 0 |
| ROBERT GACCIONE ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 | | 0 | 0 |
| HERBERT GLATT ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 | 0 | 0 | 0 |
| JOHN N HOPKINS ☎ ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 | 0 | 0 | 0 |

PI 32

**EXHIBIT 18**

| Form **990** | Return of Organization Exempt From Income Tax | | OMB No 1545-0047 |
|---|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | | **2006** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | | Open to Public Inspection |

**A** For the 2006 calendar year, or tax year beginning 01-01-2006 and ending 12-31-2006

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization CLARA MAASS MEDICAL CENTER | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | | | 22-1500556 |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address) Room/suite ONE CLARA MAASS DRIVE | **E** Telephone number |
| ☐ Initial return | | | (973) 450-2008 |
| ☐ Final return | | City or town, state or country, and ZIP + 4 BELLEVILLE, NJ 07109 | **F** Accounting method ☐ Cash ☑ Accrual |
| ☐ Amended return | | | ☐ Other (specify) ▶ |
| ☐ Application pending | | | |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**H and I are not applicable to section 527 organizations**

**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No
**H(b)** If "Yes" enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**G** Web site: ▶ www.sbhcs.com

**I** Group Exemption Number ▶

**J** Organization type (check only one) ▶ ☑ 501(c) (3) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 219,788,887

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | |
|---|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | | |
| **a** | Contributions to donor advised funds | 1a | | |
| **b** | Direct public support (not included on line 1a) | 1b | | |
| **c** | Indirect public support (not included on line 1a) | 1c | | |
| **d** | Government contributions (grants) (not included on line 1d) | 1d | 36,289 | |
| **e** | Total (add lines 1a through 1d) (cash $ 36,289 noncash $ ) | | 1e | 36,289 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 215,875,391 |
| **3** | Membership dues and assessments | | 3 | |
| **4** | Interest on savings and temporary cash investments | | 4 | 771,753 |
| **5** | Dividends and interest from securities | | 5 | |
| **6a** | Gross rents | 6a | 1,233,009 | |
| **b** | Less rental expenses | 6b | 1,233,009 | |
| **c** | Net rental income or (loss) subtract line 6b from line 6a | | 6c | |
| **7** | Other investment income (describe ▶ ) | | 7 | 868,815 |
| **8a** | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| **b** | Less cost or other basis and sales expenses | 8b | | |
| **c** | Gain or (loss) (attach schedule) | 8c | | |
| **d** | Net gain or (loss) Combine line 8c, columns (A) and (B) | | 8d | |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | | |
| **a** | Gross revenue (not including $ of contributions reported on line 1b) | 9a | | |
| **b** | Less direct expenses other than fundraising expenses | 9b | | |
| **c** | Net income or (loss) from special events Subtract line 9b from line 9a | | 9c | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | | |
| **b** | Less cost of goods sold | 10b | | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | 11 | 1,003,630 |
| **12** | Total revenue Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | 12 | 218,555,878 |
| **13** | Program services (from line 44, column (B)) | | 13 | 197,915,273 |
| **14** | Management and general (from line 44, column (C)) | | 14 | 21,990,586 |
| **15** | Fundraising (from line 44, column (D)) | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | 16 | |
| **17** | Total expenses Add lines 16 and 44, column (A) | | 17 | 219,905,859 |
| **18** | Excess or (deficit) for the year Subtract line 17 from line 12 | | 18 | -1,349,981 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 268,382 |
| **20** | Other changes in net assets or fund balances (attach explanation) | | 20 | 13,268,474 |
| **21** | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | | 21 | 12,186,875 |

*Revenue* (side label for lines 1–12)
*Expenses* (side label for lines 13–17)
*Net Assets* (side label for lines 18–21)

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form **990** (2006)

PI 33

**Form 990, Part V-A - Current Officers, Directors, Trustees, and Key Employees:**

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| THOMAS A BIGA 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | EXECUTIVE DIRECTOR 55 0 | 676,720 | 94,970 | 0 |
| THERESA M COLOGIE 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CFO 55 0 | 240,230 | 123,023 | 0 |
| FRANK MAZZARELLA 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VPMA 55 0 | 267,533 | 23,422 | 0 |
| MARY E CLYNE 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VP, NURSING 55 0 | 189,697 | 20,943 | 0 |
| THOMAS F KELAHER ESQ 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CHAIRMAN - TRUSTEE 3 0 | 0 | 0 | 0 |
| BARRY H OSTROWSKY ESQ 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VICE CHAIRMAN - TRUSTEE 3 0 | 0 | 0 | 0 |
| PATRICK N CICCONE MD 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | SECRETARY - TRUSTEE 3 0 | 0 | 0 | 0 |
| HAL WOLKOFF PHD 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TREASURER - TRUSTEE 3 0 | 0 | 0 | 0 |
| MARIO A CRISCITO MD 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 0 | 45,000 | 1,350 | 0 |
| ROBERT GACCIONE 🖘 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 0 | 0 | 0 | 0 |

PI 34

**EXHIBIT 19**

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | | **2007** |
| Department of the Treasury Internal Revenue Service | | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | | Open to Public Inspection |

**A** For the 2007 calendar year, or tax year beginning 01-01-2007 and ending 12-31-2007

| **B** Check if applicable | Please use IRS label or print or type. See Specific Instructions. | **C** Name of organization CLARA MAASS MEDICAL CENTER | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | | | 22-1500556 |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address) Room/suite ONE CLARA MAASS DRIVE | **E** Telephone number (973) 450-2008 |
| ☐ Initial return | | | |
| ☐ Final return | | City or town, state or country, and ZIP + 4 BELLEVILLE, NJ  07109 | **F** Accounting method ☐ Cash ☑ Accrual ☐ Other (specify) ▶ |
| ☐ Amended return | | | |
| ☐ Application pending | | | |

◆ **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**G** Web site: ▶ www.sbhcs.com

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No
**H(b)** If "Yes" enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**J** Organization type (check only one) ▶ ☑ 501(c) ( 3 ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527

**I** Group Exemption Number ▶

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 231,668,244

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | | |
|---|---|---|---|---|---|
| **1** | Contributions, gifts, grants, and similar amounts received | | | | |
| a | Contributions to donor advised funds | 1a | | | |
| b | Direct public support (not included on line 1a) | 1b | | | |
| c | Indirect public support (not included on line 1a) | 1c | | | |
| d | Government contributions (grants) (not included on line 1a) | 1d | 26,951 | | |
| e | Total (add lines 1a through 1d) (cash $ 26,951 noncash $ ) | | | 1e | 26,951 |
| **2** | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 228,052,033 |
| **3** | Membership dues and assessments | | | 3 | |
| **4** | Interest on savings and temporary cash investments | | | 4 | 718,912 |
| **5** | Dividends and interest from securities | | | 5 | |
| 6a | Gross rents | 6a | 709,121 | | |
| b | Less rental expenses | 6b | 709,121 | | |
| c | Net rental income or (loss) subtract line 6b from line 6a | | | 6c | |
| **7** | Other investment income (describe ▶ ) | | | 7 | 863,371 |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities | (B) Other | | |
| | | 8a | | | |
| b | Less cost or other basis and sales expenses | 8b | | | |
| c | Gain or (loss) (attach schedule) | 8c | | | |
| d | Net gain or (loss) Combine line 8c, columns (A) and (B) | | | 8d | |
| **9** | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | | | |
| a | Gross revenue (not including $ of contributions reported on line 1b) | 9a | | | |
| b | Less direct expenses other than fundraising expenses | 9b | | | |
| c | Net income or (loss) from special events Subtract line 9b from line 9a | | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | | |
| b | Less cost of goods sold | 10b | | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | | 10c | |
| **11** | Other revenue (from Part VII, line 103) | | | 11 | 1,297,856 |
| **12** | Total revenue Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | | 12 | 230,959,123 |
| **13** | Program services (from line 44, column (B)) | | | 13 | 207,303,482 |
| **14** | Management and general (from line 44, column (C)) | | | 14 | 23,033,747 |
| **15** | Fundraising (from line 44, column (D)) | | | 15 | |
| **16** | Payments to affiliates (attach schedule) | | | 16 | |
| **17** | Total expenses Add lines 16 and 44, column (A) | | | 17 | 230,337,229 |
| **18** | Excess or (deficit) for the year Subtract line 17 from line 12 | | | 18 | 621,894 |
| **19** | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | 12,186,875 |
| **20** | Other changes in net assets or fund balances (attach explanation) | | | 20 | -4,242,534 |
| **21** | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | | | 21 | 8,566,235 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. | Cat No 11282Y | Form **990** (2007)

PI 35

**Form 990, Part V-A – Current Officers, Directors, Trustees, and Key Employees:**

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| THOMAS A BIGA 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | EXECUTIVE DIRECTOR 55 0 | 329,396 | 76,362 | 0 |
| THERESA M COLOGIE 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CFO 55 0 | 228,580 | 92,110 | 0 |
| FRANK MAZZARELLA MD 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VPMA 55 0 | 268,689 | 20,176 | 0 |
| MARY E CLYNE 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VP, NURSING 55 0 | 204,738 | 23,467 | 0 |
| THOMAS F KELAHER ESQ 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | CHAIRMAN - TRUSTEE 3 0 | 0 | 0 | 0 |
| BARRY H OSTROWSKY ESQ 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | VICE CHAIRMAN - TRUSTEE 3 0 | 0 | 0 | 0 |
| PATRICK N CICCONE MD 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | SECRETARY - TRUSTEE 3 0 | 0 | 0 | 0 |
| JOHN N HOPKINS 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TREASURER - TRUSTEE 3 0 | 0 | 0 | 0 |
| MARIO A CRISCITO MD 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 0 | 45,000 | 0 | 0 |
| ROBERT GACCIONE 🖉 ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3 0 | 0 | 0 | 0 |

PI 36