**EXHIBIT 20**

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2008** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | Open to Public Inspection |

**A** For the 2008 calendar year, or tax year beginning 01-01-2008 and ending 12-31-2008

| B Check if applicable | C Name of organization CLARA MAASS MEDICAL CENTER | D Employer identification number |
|---|---|---|
| ☐ Address change | Doing Business As | 22-1500556 |
| ☐ Name change | | E Telephone number |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) Room/suite ONE CLARA MAASS DRIVE | (732) 923-8072 |
| ☐ Termination | | G Gross receipts $ 349,317,861 |
| ☐ Amended return | City or town, state or country, and ZIP + 4 BELLEVILLE, NJ 07109 | |
| ☐ Application pending | | |

| F Name and address of Principal Officer RONALD J DEL MAURO 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 | H(a) Is this a group return for affiliates? ☐ Yes ☑ No |
|---|---|
| I Tax-exempt status ☑ 501(c) ( 3 ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527 | H(b) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list See instructions ) |
| J Website ▶ www sbhcs com | H(c) Group Exemption Number ▶ |

K Type of organization ☑ Corporation ☐ trust ☐ association ☐ other ▶   L Year of Formation 1946   M State of legal domicile NJ

## Part I  Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities THE ORGANIZATION PROVIDES MEDICALLY NECESSARY HEALTH CARE SERVICES TO ALL INDIVIDUALS IN A NON-DISCRIMINATORY MANNER REGARDLESS OR RACE, COLOR, NATIONAL ORIGIN, RELIGION OR ABILITY TO PAY | | |
| 2 | Check this box ☐ if the organization discontinued its operations or disposed of more than 25% of its assets | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 11 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 9 |
| 5 | Total number of employees (Part V, line 2a) | 5 | 3,090 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 345 |
| 7a | Total gross unrelated business revenue from Part VIII, line 12, column (C) | 7a | 99,838 |
| | Net unrelated business taxable income from Form 990-T, line 34 | 7b | -385,599 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 26,951 | 272,065 |
| 9 | Program service revenue (Part VIII, line 2g) | 228,052,033 | 246,455,463 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 1,582,283 | -1,088,064 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 1,297,856 | 2,164,582 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 230,959,123 | 247,804,946 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 200,000 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 108,766,980 | 131,088,012 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | (Total fundraising expenses, Part IX, column (D), line 25 ▶ 0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 121,570,249 | 129,426,379 |
| 18 | Total expenses—add lines 13–17 (must equal Part IX, column (A), line 25) | 230,337,229 | 260,714,391 |
| 19 | Revenue less expenses Subtract line 18 from line 12 | 621,894 | -12,909,445 |

| | | Beginning of Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 156,794,177 | 151,932,000 |
| 21 | Total liabilities (Part X, line 26) | 148,227,942 | 180,542,602 |
| 22 | Net assets or fund balances Subtract line 21 from line 20 | 8,566,235 | -28,610,602 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Please Sign Here | Signature of officer | Date |
|---|---|---|
| | THERESA M COLOGIE VICE PRESIDENT OF FINANCE Type or print name and title | |

| Paid Preparer's Use Only | Preparer's signature ▶ SCOTT J MARIANI | Date | |
|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 WITHUMSMITH+BROWN PC 465 SOUTH STREET SUITE 200 MORRISTOWN, NJ 079606947 | | |

May the IRS discuss this return with the preparer shown above? (See instructions)

Case 2:09-cv-01567-GEB-MCA Document 57-5 Filed 09/17/10 Page 3 of 49 PageID: 1331

**Part VII** Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

## Section A Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed Use Schedule J-2 if additional space is needed

* List all of the organization's current officers, directors, trustees (whether individuals or organizations) and key employees regardless of amount of compensation, and current key employees Enter -0- in columns (D), (E), and (F) if no compensation was paid

* List all of the organization's five current highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

* List all of the organization's former officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

* List all of the organization's former directors or trustees that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☐ Check this box if the organization did not compensate any officer, director, trustee or key employee

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| JOHN HOPKINS , CHAIRMAN - TRUSTEE | 3 0 | X | | X | | | | 0 | 0 | 0 |
| JOSEPH MELONE , VICE CHAIRMAN - TRUSTEE | 3 0 | X | | X | | | | 0 | 0 | 0 |
| PETER NORCIA , TREASURER - TRUSTEE | 3 0 | X | | X | | | | 0 | 0 | 0 |
| MICHAEL PONTORIERO MD , SECRETARY - TRUSTEE | 3 0 | X | | X | | | | 0 | 0 | 0 |
| MARIO A CRISCITO MD , TRUSTEE | 15 0 | X | | | | | | 47,031 | 76,233 | 2,742 |
| HERBERT GLATT , TRUSTEE | 3 0 | X | | | | | | 0 | 0 | 0 |
| JAMES ORSINI MD , TRUSTEE | 3 0 | X | | | | | | 31,154 | 0 | 0 |
| ROBERT GACCIONE , TRUSTEE | 3 0 | X | | | | | | 0 | 0 | 0 |
| ARTHUR LESTER MD , TRUSTEE | 3 0 | X | | | | | | 0 | 0 | 0 |
| BRENT RUDNICK , TRUSTEE | 3 0 | X | | | | | | 0 | 0 | 0 |
| EDWIN AHIRATA MD , TRUSTEE | 3 0 | X | | | | | | 0 | 0 | 0 |
| THOMAS A BIGA , EXECUTIVE DIRECTOR | 55 0 | | | X | | | | 579,672 | 0 | 120,058 |
| THERESA M COLOGIE , CFO, VP | 55 0 | | | X | | | | 272,496 | 0 | 139,900 |
| FRANK NAZZARELLA , VP MEDICAL AFFAIRS | 55 0 | | | X | | | | 304,662 | 0 | 24,347 |
| MARY ELLEN CLYNE , VP PATIENT CARE SERVICES | 55 0 | | | X | | | | 231,829 | 0 | 29,100 |
| JAMES ROLEK , VP HUMAN RESOURCES | 55 0 | | | X | | | | 143,021 | 0 | 27,106 |
| JANE KESSLER , VP FOUNDATION | 55 0 | | | X | | | | 113,027 | 0 | 23,004 |
| KATHLEEN BODEK , EXEC DIR NURSING HOMES | 55 0 | | | | X | | | 220,547 | 0 | 32,441 |
| BRUCE ADLER , CFO, NURSING HOMES | 55 0 | | | | X | | | 114,350 | 0 | 6,579 |
| SUSAN LANZA , ADMINISTRATOR, NURSING HOMES | 55 0 | | | | X | | | 119,476 | 0 | 23,680 |
| CATHY GALLO , VP, NURSING HOMES | 55 0 | | | | X | | | 118,521 | 0 | 8,279 |
| CHERYL CARNES , VP, OPS NURSING HOMES | 55 0 | | | | X | | | 99,215 | 0 | 9,212 |
| TERESA TRIPODI , FORMER CONTROLLER, NURS HOMES | 55 0 | | | | X | | | 81,689 | 0 | 14,640 |
| DAVID P SWEENEY , FORMER CFO NURSING HOMES | 55 0 | | | | X | | | 51,281 | 0 | 8,557 |
| ROBERT BENEDETTI MD , PATHOLOGIST | 55 0 | | | | | X | | 324,381 | 0 | 24,075 |
| JULES PLAFKER MD , PATHOLOGIST | 55 0 | | | | | X | | 244,844 | 0 | 18,624 |
| JOHN K DONAHUE , PATHOLOGIST | 55 0 | | | | | X | | 217,987 | 0 | 16,834 |
| ROLANDO HERNANDEZ , SURGICAL TECHNICIAN | 55 0 | | | | | X | | 191,659 | 0 | 21,815 |
| JOHN SAKELLAKES , CHIEF PHYSICIST | 55 0 | | | | | X | | 190,547 | 0 | 26,786 |

**EXHIBIT 21**

# Form 990

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2002**

Department of the Treasury
Internal Revenue Service

**A** For the 2002 calendar year, or tax year beginning _____, 2002, and ending _____

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization
CLARA MAASS HEALTH SYSTEM, INC.

Number and street (or P O box if mail is not delivered to street address) Room/suite
ONE CLARA MAASS DRIVE

City or town, state or country, and ZIP + 4
BELLEVILLE, NJ 07109

**D** Employer identification number
22-2802778

**E** Telephone number
(973) 450-2000

**F** Accounting method: [ ] Cash [X] Accrual
[ ] Other (specify) ▶

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ)

**G** Web site: ▶ WWW.SBHCS.COM

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return

**H** and **I** are not applicable to section 527 organizations

**H(a)** Is this a group return for affiliates? [ ] Yes [X] No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? [ ] Yes [ ] No
(If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**I** Enter 4-digit GEN ▶

**M** Check ▶ [ ] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **2,207,910**

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions )

| | | | | | |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received STMT 1 | | | | |
| a | Direct public support | 1a | 15,000 | | |
| b | Indirect public support | 1b | | | |
| c | Government contributions (grants) | 1c | 302,817 | | |
| d | Total (add lines 1a through 1c) (cash $ **317,817** noncash $ ) | | | 1d | 317,817. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 90,830. |
| 3 | Membership dues and assessments | | | 3 | |
| 4 | Interest on savings and temporary cash investments | | | 4 | 61 |
| 5 | Dividends and interest from securities | | | 5 | |
| 6a | Gross rents | 6a | 1,350,755 | | |
| b | Less rental expenses | 6b | 934,933 | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c | 415,822. |
| 7 | Other investment income (describe ▶ ) | | | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | | |
| b | Less cost or other basis and sales expenses | 8b | | | |
| c | Gain or (loss) (attach schedule) | 8c | | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d | |
| 9 | Special events and activities (attach schedule) | | | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | | | |
| b | Less direct expenses other than fundraising expenses | 9b | | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | | |
| b | Less cost of goods sold | 10b | | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | | 11 | 448,447. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12 | 1,272,977. |
| 13 | Program services (from line 44, column (B)) | | | 13 | 1,402,207 |
| 14 | Management and general (from line 44, column (C)) | | | 14 | 155,802. |
| 15 | Fundraising (from line 44, column (D)) | | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | | 17 | 1,558,009. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | | 18 | -285,032. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | 4,435,675. |
| 20 | Other changes in net assets or fund balances (attach explanation) | | | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | 21 | 4,150,643. |

RECEIVED
NOV 20 2003
IRS-OSC 354
OGDEN UT

For Paperwork Reduction Act Notice, see the separate Instructions

JSA
2E1010 1 000

Form **990** (2002)

18

PI 39

SCANNED DEC 12 2003

Clara Maass Health System, Inc
FEID 22-2802778
Federal Form 990, Part V
For the Year Ended December 31, 2002

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Patrick Ciccone, M D | Secretary | 1-5 per week or as needed | None | None | None |
| Mario Crescito, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J Del Mauro | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Gisat | Trustee | 1-5 per week or as needed | None | None | None |
| Venkat Gandhi, M D | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Thomas Kelaher | Chairman | 1-5 per week or as needed | None | None | None |
| James Orsen, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Barry H  Ostrowsky | Vice Chairman | 1-5 per week or as needed | None | None | None |
| John K  Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Hal Wolkoff  Ph D | Treasurer | 1-5 per week or as needed | None | None | None |
| Robert Geccone | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lester M D | Trustee | 1-5 per week or as needed | None | None | None |

All officers, directors and trustees can be reached at the following address

c/o Clara Maass Health System, Inc
One Clara Maass Drive
Belleville, NJ 07109

PI 40

**EXHIBIT 22**

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

## 2003



**A** For the 2003 calendar year, or tax year beginning _____, 2003, and ending _____

| B Check if applicable | Please use IRS label or print or type See Specific Instructions | C Name of organization | | D Employer Identification number |
|---|---|---|---|---|
| ☐ Address change | | **CLARA MAASS HEALTH SYSTEM, INC.** | | 22-2802778 |
| ☐ Name change | | Number and street (or P O box if mail is not delivered to street address) | Room/suite | E Telephone number |
| ☐ Initial return | | **ONE CLARA MAASS DRIVE** | | **(973) 450-2000** |
| ☐ Final return | | City or town, state or country, and ZIP + 4 | | F Accounting method: ☐ Cash ☒ Accrual |
| ☐ Amended return | | **BELLEVILLE, NJ 07109** | | ☐ Other (specify) ▶ |
| ☐ Application pending | | | | |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ **WWW.SBHCS.COM**

**J** Organization type (check only one) ▶ ☒ 501(c) ( **3** ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

**H** and **I** are not applicable to section 527 organizations

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**I** Group Exemption Number ▶

**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 2,405,472.

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions )

| | | | | |
|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received  **STMT 1** | | | |
| a | Direct public support | 1a | 15,000. | |
| b | Indirect public support | 1b | | |
| c | Government contributions (grants) | 1c | 314,553. | |
| d | Total (add lines 1a through 1c) (cash $ 329,553. noncash $ ) | | 1d | 329,553. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 144,375. |
| 3 | Membership dues and assessments | | 3 | |
| 4 | Interest on savings and temporary cash investments | | 4 | 20. |
| 5 | Dividends and interest from securities | | 5 | |
| 6a | Gross rents | 6a | 1,421,360. | |
| b | Less rental expenses | 6b | 941,818. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | 6c | 479,542. |
| 7 | Other investment income (describe ▶ ) | | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| b | Less cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | 11 | 510,164. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | 12 | 1,463,654. |
| 13 | Program services (from line 44, column (B)) | | 13 | 1,283,226. |
| 14 | Management and general (from line 44, column (C)) | | 14 | 142,581. |
| 15 | Fundraising (from line 44, column (D)) | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | | 17 | 1,425,807. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | 37,847. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 4,150,643. |
| 20 | Other changes in net assets or fund balances (attach explanation) | | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 4,188,490. |

Legend labels: SCANNED DEC 09 '04 (left margin); Revenue; Expenses; Net Assets

RECEIVED NOV 1 8 2004 OGDEN, UT  313  IRS-OGS

For Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2003)

JSA
3E1010 2 000

S-13   22

Clara Maass Health System, Inc.
FEID: 22-2802778
Federal Form 990, Part V
For the Year Ended December 31, 2003

List of Officers/Board of Trustees

| Name | Title | Average Hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Thomas Kelaher | Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Barry H Ostrowsky * | Vice Chairman - Trustee | 1-5 per week or as needed | None | None | None |
| Patrick Ciccone, M D | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Hal Wolkoff, Ph D | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Mano Crescio, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J Del Mauro * | Trustee | 1-5 per week or as needed | None | None | None |
| Robert Gaccione | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lesler, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Malone | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Norca | Trustee | 1-5 per week or as needed | None | None | None |
| James Oram, M D | Trustee | 1-5 per week or as needed | None | None | None |
| John K Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Brent Rudnick | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement

All officers, directors and trustees can be reached at the following address.

c/o Clara Maass Health System, Inc
One Clara Maass Drive
Belleville, NJ 07109

PI 42

# EXHIBIT 23

Form **990**

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2004**

Department of the Treasury
Internal Revenue Service

**A** For the 2004 calendar year, or tax year beginning _____ , 2004, and ending _____

| B Check if applicable | C Name of organization | D Employer Identification number |
|---|---|---|
| Address change | CLARA MAASS HEALTH SYSTEM, INC. | 22-2802778 |
| Name change | Number and street (or P O box if mail is not delivered to street address) Room/suite | E Telephone number |
| Initial return | ONE CLARA MAASS DRIVE | (973) 450-2000 |
| Final return | City or town, state or country, and ZIP + 4 | F Accounting method: Cash [ ] Accrual [X] |
| Amended return | BELLEVILLE, NJ 07109 | Other (specify) ▶ |
| Application pending | | |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**G** Website: ▶ WWW.SBHCS.COM

**H and I are not applicable to section 527 organizations**

H(a) Is this a group return for affiliates? [ ] Yes [X] No
H(b) If "Yes," enter number of affiliates ▶ _____
H(c) Are all affiliates included? [ ] Yes [ ] No
(If "No," attach a list. See instructions)
H(d) Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**I** Group Exemption Number ▶ _____

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

**M** Check ▶ [ ] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **2,447,911.**

**Part I** Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 18 of the instructions )

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received **STMT 1** | | |
| a | Direct public support . . . . . . . . . . . | 1a | 10,000. | |
| b | Indirect public support . . . . . . . . . . | 1b | | |
| c | Government contributions (grants) . . . . . | 1c | 329,147. | |
| d | Total (add lines 1a through 1c) (cash $ ___ 329,147. ___ noncash $ ___ ) | 1d | 329,147. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) . . . . . | 2 | 142,106. |
| 3 | Membership dues and assessments . . . . . . . . . . . . . . . | 3 | |
| 4 | Interest on savings and temporary cash investments . . . . . . . . . . | 4 | 8. |
| 5 | Dividends and interest from securities . . . . . . . . . . . . . . | 5 | |
| 6 a | Gross rents . . . . . . . . | 6a | 1,408,469. | |
| b | Less rental expenses . . . . . . | 6b | 1,434,486. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) . . . . . . . . | 6c | -26,017. |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8 a | Gross amount from sales of assets other than inventory | (A) Securities / 8a | (B) Other / | |
| b | Less cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) . . . . . . . . | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ [ ] | | |
| a | Gross revenue (not including $ ___ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses . . . | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) . . . . | 9c | |
| 10 a | Gross sales of inventory, less returns and allowances . . . . . . | 10a | | |
| b | Less cost of goods sold . . . . | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) . . . . . . . . . . . . . | 11 | 559,181. |
| 12 | **Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11)** . . . . | 12 | 1,013,425. |
| 13 | Program services (from line 44, column (B)) . . . . . . . . . . . | 13 | |
| 14 | Management and general (from line 44, column (C)) . . . . . . . . | 14 | 965,010. |
| 15 | Fundraising (from line 44, column (D)) . . . . . . . . . . . . | 15 | 107,225. |
| 16 | Payments to affiliates (attach schedule) . . . . . . . . . . . . | 16 | |
| 17 | **Total expenses (add lines 16 and 44, column (A))** . . . . . . . . . | 17 | 1,072,235. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) . . . . . . | 18 | -58,810. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) . . | 19 | 4,188,490. |
| 20 | Other changes in net assets or fund balances (attach explanation) . . . . . | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) . . | 21 | 4,129,680. |

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

Form **990** (2004)

JSA
1E1010 1 000

DDQOTK  U600                    V04-8

SCANNED MAY 30 2005

RECEIVED
MAY 30 2005
OGDEN, UT



PI 43

Clara Maass Health System, Inc.
FEID: 22-2902778
Federal Form 990, Part V
For the Year Ended December 31, 2004

List of Officers/Board of Trustees

| Name | Title | Average hours | Compensation | Benefit Plan Contributions | Expense Account |
|---|---|---|---|---|---|
| Thomas Kelaher | Chairman - Trustee | 1-5 per week or as needed | None | None * | None |
| Barry H Ostrowsky * | Vice Chairman - Trustee | 1-5 per week or as needed | None * | None * | None * |
| Patrick Ciccone, M D | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Hal Wolkoff, Ph D | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Mario Criscito, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Ronald J Del Mauro * | Trustee | 1-5 per week or as needed | None * | None * | None * |
| Robert Geccone | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| John Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lester, M D | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Melone | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Nonca | Trustee | 1-5 per week or as needed | None | None | None |
| James Oram, M D | Trustee | 1-5 per week or as needed | None | None | None |
| John K Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Brent Rudnick | Trustee | 1-5 per week or as needed | None | None | None |

* See attached statement 14s

All officers, directors and trustees can be reached at the following address.

c/o Clara Maass Health System, Inc
One Clara Maass Drive
Belleville, NJ 07109

STATEMENT 14

PI 44

**EXHIBIT 24**

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2005** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | Open to Public Inspection |

**A** For the 2005 calendar year, or tax year beginning _____ , 2005, and ending _____

| **B** Check if applicable | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| Address change | CLARA MAASS HEALTH SYSTEM, INC. | 22-2802779 |
| Name change | Number and street (or P O box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| Initial return | ONE CLARA MAASS DRIVE | | (973) 450-2000 |
| Final return | City or town, state or country, and ZIP + 4 | | **F** Accounting method: ☐ Cash ☒ Accrual |
| Amended return | BELLEVILLE, NJ 07109 | | ☐ Other (specify) ▶ |
| Application pending | | |

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website ▶ WWW.SBHCS.COM

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶ N/A
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization chooses to file a return, be sure to file a complete return. Some states require a complete return.

**I** Group Exemption Number ▶
**M** Check ▶ ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶    2,528,962.

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | |
| a | Direct public support | 1a | 10,000. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | 334,839. |
| d | Total (add lines 1a through 1c) (cash $ 344,839. noncash $ ) | 1d | 344,839. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 168,591. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 12. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | 1,445,069. |
| b | Less rental expenses | 6b | 1,669,525. |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | -224,456. |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities / 8a | (B) Other |
| b | Less cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 570,451. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 859,437. |
| 13 | Program services (from line 44, column (B)) | 13 | 1,007,940. |
| 14 | Management and general (from line 44, column (C)) | 14 | 111,993. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 1,119,933. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -260,496. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 4,129,680. |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 5 | 20 | -9,000. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 3,860,184. |

RECEIVED
NOV 2 4 2006
OGDEN, UT
665    IRS-OSC

SCANNED DEC 2 1 2006

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2005)

JSA
5E1010 2.000

DDQ07K 765H

3

STATEMENT 14

Clara Maass Health System, Inc.
FEIN: 22-1500350
Federal Form 990, Part V
For the Year Ended December 31, 2005

Current List of Officers, Directors, Trustees and Key Employees

| Name | Title | Average Hours | Compensation | Benefit Plans | Expense Account |
|---|---|---|---|---|---|
| Thomas F. Kelaher, Esq. | Chairman - Trustee | 1-5 per week or as needed | None * | None * | None * |
| Barry H. Ostrowsky, Esq. * | Vice Chairman - Trustee | 1-5 per week or as needed | None * | None * | None * |
| Patrick R. Gioscose, M.D. | Secretary - Trustee | 1-5 per week or as needed | None | None | None |
| Hal Weitzel, Ph.D. | Treasurer - Trustee | 1-5 per week or as needed | None | None | None |
| Mario A. Criscito, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| Robert Gaccione | Trustee | 1-5 per week or as needed | None | None | None |
| Herbert Glatt | Trustee | 1-5 per week or as needed | None | None | None |
| John K. Hopkins | Trustee | 1-5 per week or as needed | None | None | None |
| Arthur Lesher, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| Joseph Malone | Trustee | 1-5 per week or as needed | None | None | None |
| Peter Nerole | Trustee | 1-5 per week or as needed | None | None | None |
| James Orabel, M.D. | Trustee | 1-5 per week or as needed | None | None | None |
| John R. Roessner, III | Trustee | 1-5 per week or as needed | None | None | None |
| Brent N. Reddick | Trustee | 1-5 per week or as needed | None | None | None |

* Please refer to statement 14a for our response to Part V-A, question 75c.

* Barry H. Ostrowsky

All officers, directors and trustees can be reached at the following address:

c/o Clara Maass Health System, Inc.
One Clara Maass Drive
Belleville, NJ 07109

**EXHIBIT 25**

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2006**

Department of the Treasury
Internal Revenue Service

**A** For the 2006 calendar year, or tax year beginning _____ , 2006, and ending _____

| B Check if applicable | Please use IRS label or print or type See Specific Instructions | **C** Name of organization CLARA MAASS HEALTH SYSTEMS, INC. | | **D** Employer identification number 22-2802778 |
|---|---|---|---|---|
| Address change | | Number and street (or P O box if mail is not delivered to street address) ONE CLARA MAASS DRIVE | Room/suite | **E** Telephone number (973) 450-2000 |
| Name change | | City or town, state or country, and ZIP + 4 BELLEVILLE, NJ 07109 | | **F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶ |
| Initial return | | | | |
| Final return | | | | |
| Amended return | | | | |
| Application pending | | | | |

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ WWW.SBHCS.COM

**H** and **I** are not applicable to section 527 organizations

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** If "Yes," enter number of affiliates ▶ N/A
**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**I** Group Exemption Number ▶

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000. A return is not required, but if the organization chooses to file a return be sure to file a complete return.

**M** Check ▶ ☐ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts. Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 2,580,135.

### Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | | | | |
| **a** | Contributions to donor advised funds | 1a | | | | |
| **b** | Direct public support (not included on line 1a) | 1b | 38,451. | | | |
| **c** | Indirect public support (not included on line 1a) | 1c | | | | |
| **d** | Government contributions (grants) (not included on line 1a) | 1d | 308,412. | | | |
| **e** | Total (add lines 1a through 1d) (cash $ 346,863. noncash $ _____ ) | | | | 1e | 346,863. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | 153,250. |
| 3 | Membership dues and assessments | | | | 3 | |
| 4 | Interest on savings and temporary cash investments | | | | 4 | 19. |
| 5 | Dividends and interest from securities | | | | 5 | |
| **6 a** | Gross rents | 6a | 1,475,656. | | | |
| **b** | Less rental expenses | 6b | 1,971,276. | | | |
| **c** | Net rental income or (loss) Subtract line 6b from line 6a | | | | 6c | -495,620. |
| 7 | Other investment income (describe ▶ ) | | | | 7 | |
| **8 a** | Gross amount from sales of assets other than inventory | (A) Securities | | (B) Other | | |
| | then inventory | 8a | | | | |
| **b** | Less cost or other basis and sales expenses | 8b | | | | |
| **c** | Gain or (loss) (attach schedule) | 8c | | | | |
| **d** | Net gain or (loss) Combine line 8c, columns (A) and (B) | | | | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ▶ ☐ | | | | | |
| **a** | Gross revenue (not including $ _____ of contributions reported on line 1b) | 9a | | | | |
| **b** | Less direct expenses other than fundraising expenses | 9b | | | | |
| **c** | Net income or (loss) from special events Subtract line 9b from line 9a | | | | 9c | |
| **10 a** | Gross sales of inventory, less returns and allowances | 10a | | | | |
| **b** | Less cost of goods sold | 10b | | | | |
| **c** | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | | | 11 | 604,339. |
| 12 | Total revenue. Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | | | 12 | 608,850. |
| 13 | Program services (from line 44, column (B)) | | | | 13 | 1,008,593. |
| 14 | Management and general (from line 44, column (C)) | | | | 14 | 112,065. |
| 15 | Fundraising (from line 44, column (D)) | | | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | | | 16 | |
| 17 | Total expenses Add lines 16 and 44, column (A) | | | | 17 | 1,120,658. |
| 18 | Excess or (deficit) for the year Subtract line 17 from line 12 | | | | 18 | -511,799. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | | 19 | 3,860,184. |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 4 | | | | 20 | 8,000. |
| 21 | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | | | | 21 | 3,356,385. |

RECEIVED
744
NOV 27 2007
IRS-OSC
OGDEN, UT

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2006)

JSA
6E1010 2.000

DDQ07E 765E

3

PH47

CLARA MAASS HEALTH SYSTEM, INC.                    22-2802778

FORM 990, PART V-A - CURRENT OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| MARIO A CRISCITO MD ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| ROBERT GIACCONE ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| ROBERT GLATT ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| JOHN N HOPKINS ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| ARTHUR LESTER MD ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| JOSLYN MELONE ONE CLARA MAASS DRIVE BELLEVILLE, NJ 07109 | TRUSTEE 3.00 | NONE | NONE | NONE |
| PETER MONCIA | TRUSTEE 3.00 | NONE | NONE | NONE |

32                                    STATEMENT 12

DOC9XK 765H

**EXHIBIT 26**

Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements

Form **990**

Department of the Treasury Internal Revenue Service

OMB No 1545-0047

**2007**

Open to Public Inspection

**A** For the 2007 calendar year, or tax year beginning 01-01-2007 and ending 12-31-2007

**B** Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return
- ☑ Amended return
- ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization
CLARA MAASS HEALTH SYSTEM INC

Number and street (or P O box if mail is not delivered to street address) Room/suite
ONE CLARA MAASS DRIVE

City or town, state or country, and ZIP + 4
BELLEVILLE, NJ 07109

**D** Employer identification number
22-2802778

**E** Telephone number
(973) 450-2000

**F** Accounting method ☐ Cash ☑ Accrual
☐ Other (specify) ►

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

**G** Web site: ► WWW.SBHCS.COM

**J** Organization type (check only one) ► ☑ 501(c) (3) ◄ (insert no) ☐ 4947(a)(1) or ☐ 527

**K** Check here ► ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ► 2,667,854

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No
**H(b)** If "Yes" enter number of affiliates ►
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No
**I** Group Exemption Number ►
**M** Check ► ☐ if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**Part I** Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the Instructions.)

| | | | | |
|---|---|---|---:|---:|
| 1 | Contributions, gifts, grants, and similar amounts received | | | |
| a | Contributions to donor advised funds | 1a | | |
| b | Direct public support (not included on line 1a) | 1b | 34,992 | |
| c | Indirect public support (not included on line 1a) | 1c | | |
| d | Government contributions (grants) (not included on line 1a) | 1d | 334,609 | |
| e | Total (add lines 1a through 1d) (cash $ 369,601 noncash $ ) | | 1e | 369,601 |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | 182,895 |
| 3 | Membership dues and assessments | | 3 | |
| 4 | Interest on savings and temporary cash investments | | 4 | 19 |
| 5 | Dividends and interest from securities | | 5 | |
| 6a | Gross rents | 6a | 1,505,275 | |
| b | Less rental expenses | 6b | 1,886,039 | |
| c | Net rental income or (loss) subtract line 6b from line 6a | | 6c | -380,764 |
| 7 | Other investment income (describe ► ) | | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| b | Less cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) Combine line 8c, columns (A) and (B) | | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from gaming, check here ► ☐ | | | |
| a | Gross revenue (not including $ of contributions reported on line 1b) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events Subtract line 9b from line 9a | | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | 11 | 610,064 |
| 12 | Total revenue Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | 12 | 781,815 |
| 13 | Program services (from line 44, column (B)) | | 13 | 1,028,983 |
| 14 | Management and general (from line 44, column (C)) | | 14 | 114,770 |
| 15 | Fundraising (from line 44, column (D)) | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | 16 | |
| 17 | Total expenses Add lines 16 and 44, column (A) | | 17 | 1,143,753 |
| 18 | Excess or (deficit) for the year Subtract line 17 from line 12 | | 18 | -361,938 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 3,356,385 |
| 20 | Other changes in net assets or fund balances (attach explanation) | | 20 | |
| 21 | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | | 21 | 2,994,447 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form 990 (2007)

PI 49

**Additional Data**

Software ID:
Software Version:
EIN:  22-2802778
Name:  CLARA MAASS HEALTH SYSTEM INC

Form 990, Part V-A - Current Officers, Directors, Trustees, and Key Employees:

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0- .) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| THOMAS F KELAHER ESQ<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | CHAIRMAN - TRUSTEE<br>3 0 | 0 | 0 | 0 |
| BARRY H OSTROWSKY ESQ<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | VICE CHAIRMAN - TRUSTEE<br>3 0 | 0 | 0 | 0 |
| PATRICK N CICCONE MD<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | SECRETARY - TRUSTEE<br>3 0 | 0 | 0 | 0 |
| HAL WOLKOFF PHD<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TREASURER - TRUSTEE<br>3 0 | 0 | 0 | 0 |
| MARIO A CRISCITO MD<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| ROBERT GACCIONE<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| HERBERT GLATT<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| JOHN N HOPKINS<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| ARTHUR LESTER MD<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |
| JOSEPH MELONE<br>ONE CLARA MAASS DRIVE<br>BELLEVILLE, NJ 07109 | TRUSTEE<br>3 0 | 0 | 0 | 0 |

CLARA MAASS HEALTH SYSTEM INC

PI 50

**EXHIBIT 27**

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493316031712

| Form **990** | Return of Organization Exempt From Income Tax | OMB No 1545-0047 |
|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

**2008**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2008 calendar year, or tax year beginning 01-01-2008 and ending 12-31-2008

| B Check if applicable | C Name of organization CLARA MAASS HEALTH SYSTEM INC | D Employer identification number |
|---|---|---|
| ☐ Address change | | 22-2802778 |
| ☐ Name change | Doing Business As | E Telephone number |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) Room/suite ONE CLARA MAASS DRIVE | (732) 923-8072 |
| ☐ Termination | | |
| ☐ Amended return | City or town, state or country, and ZIP + 4 BELLEVILLE, NJ 07109 | G Gross receipts $ 2,760,790 |
| ☐ Application pending | | |

**F** Name and address of Principal Officer
RONALD J DEL MAURO
95 OLD SHORT HILLS ROAD
WEST ORANGE, NJ 07052

**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No

**I** Tax-exempt status ☑ 501(c) ( 3 ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527

**H(b)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list See instructions )

**J** Web site: ▶ WWW.SBHCS.COM

**H(c)** Group Exemption Number ▶

**K** Type of organization ☑ Corporation ☐ trust ☐ association ☐ other ▶

**L** Year of Formation 1995 | **M** State of legal domicile NJ

## Part I Summary

| | | | | |
|---|---|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities THE ORGANIZATION SUPPORTS THE CHARITABLE PURPOSES, PROGRAMS AND ACTIVITIES OF CLARA MAASS MEDICAL CENTER, A RELATED INTERNAL REVENUE CODE SECTION 501(C)(3) TAX-EXEMPT ORGANIZATION AND ITS AFFILIATES | | | |
| **2** | Check this box ☐ if the organization discontinued its operations or disposed of more than 25% of its assets | | | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) | **3** | | 11 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | | 10 |
| **5** | Total number of employees (Part V, line 2a) | **5** | | 0 |
| **6** | Total number of volunteers (estimate if necessary) | **6** | | 37 |
| **7a** | Total gross unrelated business revenue from Part VIII, line 12, column (C) | **7a** | | 93,515 |
| **b** | Net unrelated business taxable income from Form 990-T, line 34 | **7b** | | -133,687 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 369,601 | 0 |
| **9** | Program service revenue (Part VIII, line 2g) | 182,895 | 558,577 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 19 | 12 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 229,300 | 236,723 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 781,815 | 795,312 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 0 | 0 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| **b** | (Total fundraising expenses, Part IX, column (D), line 25 ▶) | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 1,143,753 | 1,181,500 |
| **18** | Total expenses—add lines 13–17 (must equal Part IX, column (A), line 25) | 1,143,753 | 1,181,500 |
| **19** | Revenue less expenses Subtract line 18 from line 12 | -361,938 | -386,188 |

| | | Beginning of Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 16,729,909 | 38,229,842 |
| **21** | Total liabilities (Part X, line 26) | 13,735,462 | 35,308,846 |
| **22** | Net assets or fund balances Subtract line 21 from line 20 | 2,994,447 | 2,920,996 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

**Please Sign Here**

Signature of officer

THERESA COLOGIE VP FINANCE
Type or print name and title

**Paid Preparer's Use Only**

| Preparer's signature ▶ SCOTT J MARIANI | Date |
|---|---|

Firm's name (or yours if self-employed), address, and ZIP + 4
WITHUMSMITHBROWN PC
465 SOUTH STREET SUITE 200
MORRISTOWN, NJ 079606947

May the IRS discuss this return with the preparer shown above? (See instructions)

Form 990 (2008)

**Part VII   Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Page 7

## Section A Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

1a Complete this table for all persons required to be listed  Use Schedule J-2 if additional space is needed

* List all of the organization's current officers, directors, trustees (whether individuals or organizations) and key employees regardless of amount of compensation, and current key employees  Enter -0- in columns (D), (E), and (F) if no compensation was paid

* List the organization's five current highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

* List all of the organization's former officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

* List all of the organization's former directors or trustees that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☑ Check this box if the organization did not compensate any officer, director, trustee or key employee

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| JOHN HOPKINS , CHAIRMAN - TRUSTEE | 30 | X | | X | | | | 0 | 0 | 0 |
| JOSEPH MELONE , VICE CHAIRMAN - TRUSTEE | 30 | X | | X | | | | 0 | 0 | 0 |
| PETER NORCIA , TREASURER - TRUSTEE | 30 | X | | X | | | | 0 | 0 | 0 |
| MICHAEL PONTORIERO MD , SECRETARY - TRUSTEE | 30 | X | | X | | | | 0 | 0 | 0 |
| MARIO A CRISCITO MD , TRUSTEE | 30 | X | | | | | | 0 | 123,264 | 2,742 |
| HERBERT GLATT , TRUSTEE | 30 | X | | | | | | 0 | 0 | 0 |
| JAMES ORSINI MD , TRUSTEE | 30 | X | | | | | | 0 | 31,154 | 0 |
| ROBERT GACCIONE , TRUSTEE | 30 | X | | | | | | 0 | 0 | 0 |
| ARTHUR LESTER MD , TRUSTEE | 30 | X | | | | | | 0 | 0 | 0 |
| BRENT RUDNICK , TRUSTEE | 30 | X | | | | | | 0 | 0 | 0 |
| EDWIN AMRATIA MD , TRUSTEE | 30 | X | | | | | | 0 | 0 | 0 |

PI 52

**EXHIBIT 28**

# Saint Barnabas Health Care System
# Board of Trustees

Albert R. Gamper, Jr. – *Chairman*
Vincent J. Apruzzese, Esq. – *Vice Chairman*
Thomas F. Kelaher, Esq. – *Vice Chairman*
Richard O'Neill – *Secretary*
Richard J. Kogan – *Treasurer*

Ronald J. Del Mauro – *President & CEO*

| | |
|---|---|
| Doris L. Beck | Gary Lotano |
| Marc E. Berson | William B. McGuire, Esq. |
| Joseph Buckelew | John P. Meyerholz |
| Frank Cocco, M.D. | Richard O'Neil |
| Mario A. Criscito, M.D. | Barry H. Ostrowsky, Esq. |
| Alan E. Davis, Esq. | Mark D. Pilla |
| John A. Ernst, III | Kenneth A. Rosen, Esq. |
| Herbert Glatt | Raymond F. Shea Jr., Esq. |
| Alan Helfman, M.D. | Morton A. Siegler |
| LeRoy J. Herbert | James S. Vaccaro |
| John N. Hopkins | Daniel J. Vitale, CPA |
| Stephen V. Lane, Jr. | |



# Saint Barnabas Health Care System Board of Trustees

Albert R. Gamper, Jr. – *Chairman*
Ronald J. Del Mauro – *President & CEO*
Vincent J. Apruzzese, Esq. – *Vice Chairman*
Thomas F. Kelaher, Esq. – *Vice Chairman*
Richard O'Neill – *Vice Chairman*
Richard J. Kogan – *Vice Chairman*

Doris L. Beck
Marc E. Berson
Joseph Buckelew
Mario A. Criscito M.D.
Alan E. Davis Esq.
John A. Ernst III
Herbert Glatt
Alan Helfman, M.D.
LeRoy J. Herbert
John N. Hopkins
Stephen V. Lane Jr.
Gary Lotano

Joseph Mauriello
William B. McGuire Esq.
John P. Meyerholz
Barry H. Ostrowsky Esq.
Mark D. Pilla
Kenneth A. Rosen Esq.
Raymond F. Shea Jr., Esq.
Morton A. Siegler
James S. Vaccaro
Daniel J. Vitale, CPA
Ronald Weinberg, MD



# Saint Barnabas Health Care System Board of Trustees

Albert R. Gamper, Jr. – *Chairman*
Ronald J. Del Mauro – *CEO*
Vincent J. Apruzzese, Esq. – *Vice Chairman*
Thomas F. Kelaher, Esq. – *Vice Chairman*
Richard O'Neill – *Vice Chairman*
Richard J. Kogan – *Vice Chairman*

| | |
|---|---|
| Doris L. Beck | Stephen V. Lane, Jr. |
| Marc E. Berson | Gary Lotano |
| Joseph Buckelew | Joseph Mauriello |
| Mario A. Criscito, M.D. | William B. McGuire, Esq. |
| Alan E. Davis, Esq. | John P. Meyerholz |
| John A. Ernst III | Barry H. Ostrowsky, Esq. |
| Anne Evans-Estabrook | Mark D. Pilla |
| Herbert Glatt | Kenneth A. Rosen, Esq. |
| Alan Helfman, M.D. | Raymond F. Shea, Jr., Esq. |
| LeRoy J. Herbert | Morton A. Siegler |
| John N. Hopkins | James S. Vaccaro |
| Rev. Reginald Jackson | Daniel J. Vitale, CPA |
| Donald Jump | Ronald Weinberg, MD |



**EXHIBIT 29**

# Clara Maass Medical Center Board of Trustees

### Officers

Thomas Kelaher, Esq. – *Chairman*

Peter Norcia – *Vice Chairman*

John N. Hopkins – *Treasure*

Michael A. Pontoriero, M.D. – *Secretary*

### Members

Mario A. Criscito, M.D.

Herbert Glatt

James M. Orsini, M.D.

Robert Gaccione, Esq.

Arthur I. Lester, M.D.

Joseph Melone

Brent Rudnick

Edwin Amirata,  M.D.



Pl 56

# Clara Maass Medical Center
# Board of Trustees

## Officers

John Hopkins – *Chairman*

Joseph Melone – *Vice Chairman*

Peter Norcia – *Treasurer*

Michael A. Pontoriero, M.D. – *Secretary*

## Members

Edwin Amirata,  M.D.

Mario Criscito, M.D.

Robert Gaccione, Esq.

Herbert Glatt

Arthur Lester, M.D.

James Orsini, M.D.

Brent Rudnick



**EXHIBIT 30**



YEAR END REPORT | 2006

"HEALTH PLANS THAT CARE ABOUT YOUR HEALTH CARE"

QUALCARE, INC.

## PRESIDENT'S MESSAGE

Looking back, there is no question 2006 was a strategically important year for QualCare, and our continued success is a credit to each and every member of the QualCare team. Our employees, management team and Board were the combined reason why QualCare was honored as one of NJBIZ's Best Places to Work in 2006.

We started off the year with the relocation of our headquarters to a new facility in Piscataway. This new facility not only allowed us to implement new technologies, but also realigned departments for operating efficiency and gave us appropriate space for future growth. It was a critical move that has laid the groundwork for us to serve all of our clients, old and new, with the highest level of quality and efficiency.

QualCare also saw the addition of several new, significant clients in 2006. Among them, the PMA Insurance Group and PMA Management Corp, East Orange General Hospital, the County of Morris, Englewood Hospital and Medical Center, Local 318 Health and Welfare Fund, and the Monmouth and Ocean School Districts. In addition, Holy Name Hospital joined QualCare's network of hospitals and physicians, giving our members access to yet another excellent New Jersey hospital. Interestingly enough not only is QualCare adding hospitals, but we also have more physicians

and ancillary health care providers in our network than ever before. I believe that this is a reflection of two factors: one, our ongoing commitment to give members even broader access to high quality medical care; and two, our corporate philosophy that the health care community is our partner in delivering care.

I am also pleased to highlight the merger of the Saint Barnabas Physician Partnership Health Plan and Affiliated Physician MEWA Health Plan memberships into one health plan. This merger creates the largest physician sponsored health plan in New Jersey with more than 500 physician practices enrolled and a total membership exceeding 3,500 covered lives. The merged entity, the Affiliated Physician MEWA Health Plan, is a Plan that continues to be managed by physicians for physicians. Additionally, two significant new sponsors were added in 2006, Hackensack University Medical Center's medical and dental staff and the Medical Society of New Jersey, both of which will add to Affiliated's growth and success in 2007.

Also of note in 2006 was the implementation of QualCare's online claims and eligibility look-up. This new feature allows QualCare providers and members to have twenty-four hour, secure access to confirm eligibility and claims status. Making this

information available was the first step in our effort to eventually offer a comprehensive, virtual medical record to our members and up-to-date medical information to our providers. The feedback we have received from users has been overwhelmingly positive.

The QualCare Virtual Medical Record Project is a primary focus for QualCare going forward. Over the course of 2006, QualCare invested in technology solutions that will go beyond the claims/eligibility look-up. I believe that in order to render the best care, patients and their providers need to have an accurate picture of a patient's medical history. With on-line access to the QualCare Virtual Medical Records, complications like drug interactions or allergies, chronic illness or pain, and major changes in a person's overall health will be documented and available to patients to share with their physicians. As with all new initiatives, there are some challenges to overcome before fully implementing this initiative — in particular, securing patient data so that each member's privacy is fully protected. That said, we are confident this challenge will be met and that our members will soon realize the benefits of accessing their QualCare medical history. We expect this information will ultimately make them more knowledgeable healthcare consumers.

On a separate note, Governor Corzine asked me to serve on the New Jersey Government Efficiency and Reform Commission's Health Care Task Force to study potential changes in New Jersey's health care system. The primary focus of this Task Force was State programs that finance health care. In particular, we were asked to look at Medicaid and the State Employee's Health Benefits Programs and to make recommendations on how the state can achieve better efficiencies. It was a privilege to serve on this task force as our State is grappling with difficult health care issues. I am hopeful our recommendations aid in addressing some of these issues.

Looking forward, I anticipate there will be a healthy discussion in 2007 about universal health care coverage. New Jersey has 1.8 million uninsured residents and various solutions are under consideration. The one that is receiving the most attention mandates health coverage, similar to car insurance. Under this proposal, residents would be required to enroll in a health plan and pay a premium calculated on their age and ability to pay. Its general tenets seem roughly similar to the Massachusetts model. As with many of these alternatives, the financing mechanism is often not detailed during the early stages of the issue and I will be tracking this discussion closely.

In addition to the dialogue over universal health coverage, 2007 is likely to see a public discussion about hospital consolidation. Late in 2006, Governor Corzine established the Commission on Rationalizing New Jersey's Health Care Resources, which is tasked with analyzing the capacity and financial stability of New Jersey's hospitals. The potential exists that some New Jersey hospitals may be recommended for closure in an effort to streamline the health care delivery system. This also is a topic I will be carefully following throughout the year.

As QualCare heads into 2007, I am confident we will have another year of steady growth. I believe our corporate goal of giving members access to the best possible health care at a reasonable rate is at the heart of our success. As a provider-owned company that comes naturally and it is why we are in business. I look forward to a good year ahead and extend my personal thanks to the many people who have helped QualCare along the way this past year.

Annette Catino
President and CEO

## CHAIRMAN'S MESSAGE

As the Chairman of QualCare's distinguished Board of Directors, I am proud to report on another successful year. Fifteen years ago we set out with the goal of offering a viable, provider driven health plan alternative in the marketplace for private and public employers. More than a decade later, not only is QualCare providing an alternative, but we are the fourth largest managed care company in New Jersey. All of this is a testament to QualCare's genuine commitment to partnering with New Jersey's provider community and giving our members access to the best possible health care.

As I reflect on the past year, I think it is important to note several honors QualCare received in 2006. First and foremost, QualCare, Inc. was selected by the NJBIZ as one of the Best Places to Work in New Jersey. This designation recognizes and honors the best places of employment in the Garden State.

Of equal consequence was the selection of our President and Chief Executive Officer, Annette Catino, as one of New Jersey's 50 Best Women in Business by NJBIZ. This award honors New Jersey's most dynamic women business leaders who have been making headlines in their field. And lastly, President/CEO Catino was awarded the 2006 EPIC (Exemplary People Impacting the Community) Award by The Institute of Nursing, New Jersey State Nurses Association. This award is given to those who make extraordinary contributions to health care and the nursing profession in New Jersey. Ultimately, the fact that both the employees and leadership of QualCare were honored by the business and provider community speaks volumes about the quality of our company.

In 2007, we anticipate seeing continued, steady growth. Our network, which includes 88 hospitals and 19,000 physicians and ancillary health care providers, allows us to continue to deliver high quality, patient- focused health plans and workers' compensation programs everyday. As Chairman, I am proud to be part of QualCare and feel confident that going forward we will continue to serve our members and health plan sponsors with excellence.

John K. Lloyd
Chairman of the Board

# OWNERS OF QUALCARE, INC.

Bayonne Medical Center

Bon Secours New Jersey Health System, Inc.

Cathedral Health System

Hackensack University Medical Center

Meridian Health

Jersey Shore University Medical Center

Ocean Medical Center

Riverview Medical Center

Pascack Valley Hospital

Raritan Bay Medical Center

Raritan Bay Physician Hospital Organization, Inc.

Robert Wood Johnson University Hospital

Robert Wood Johnson University Hospital at Rahway

Saint Barnabas Health Care System

Saint Clare's Health Services

Saint Clare's Physician Associates

Saint Joseph's Regional Medical Center

Trinitas Hospital

Wayne General Physician Hospital Organization, Inc.

## COMPANY HISTORY

QualCare was founded in 1991 as part of St. Clare's Riverside Medical Center. In 1993 the company was reorganized and the executives of seven major competing hospital systems and physician organizations agreed to invest in a Preferred Provider Organization (PPO) committed to offering quality, cost-effective health care benefits. The company's ownership was expanded in 1995 to its present day form whereby New Jersey's 14 major hospital systems and physician organizations are our sponsors.

Over the course of sixteen years, QualCare has become the largest provider-owned managed care company in New Jersey with 600,000 members and a network of 88 hospitals and more than 19,000 physicians and ancillary health care providers. Headquartered in Piscataway, the company is a full-service managed care organization that offers self-funded PPO, HMO Network, Point of Service (POS) Network and Open Access Health Plans, Third Party Administrative (TPA) services, Network Access, Utilization Management, Out-of-

Network Negotiations and Managed Workers' Compensation services including Medical Bill Review and Re-Pricing, Claims Administration (TPA), Provider Network Access, and Nurse Case Management.

## HEALTH PLANS 2006: PPO, HMO NETWORK, POS NETWORK AND OPEN ACCESS

QualCare ended 2006 with the largest membership numbers in our 16 year history. At year end, nearly 600,000 employees were enrolled in our self-funded health plans making QualCare the largest provider-owned managed care company in New Jersey. This growth was largely the result of several new clients coming on board, including two hospitals, and new employee enrollment among existing customers.

As in the past, all four plan designs — the PPO, HMO Network, POS Network and Open Access — continued to outperform the rate of the industry and posted only single digit renewal

numbers at year end. Throughout the year, we saw an acute interest in consumer driven features and products. Among those that garnered the most attention were our newly designed claims and eligibility look-up, the Subimo Healthcare Advisor and our disease management program "Keeping In Touch™". Based on this positive feedback, QualCare is now working to introduce a Virtual Medical Record. We believe this is the next step in providing our members and employers with the best possible health care.

QualCare is committed to putting our member's health care first; that philosophy is the foundation of our success. Looking forward, we believe that model will deliver the best possible care to our clients at the most reasonable rate. For more information about any of these products, please feel free to call Jerry Eisenberg, Assistant Vice President, Sales at 732.562.2814.

## WORKERS' COMPENSATION

QualCare's Workers' Compensation Division had another significant growth year with the addition of an important strategic partner, the PMA Insurance Group; our selection as the provider network for the County of Morris; and our assignment to 65 new Monmouth and Ocean School Districts by the New Jersey School Board Association Insurance Group (NJSBAIG).

PMA Insurance Group, a multi-lines property and casualty insurer, as well as its affiliate, PMA Management Corp., a third party administrator (TPA), provide workers' compensation policies and self-insured programs to approximately 160,000 employees in New Jersey. After a year long review of QualCare and its competition, PMA Insurance Group selected QualCare as their exclusive provider network for all their New Jersey workers'

compensation business. This strategic alliance has married PMA's well known and respected claims administration platform with QualCare's comprehensive and competitively priced provider network. The end result is an exceptional workers' compensation product for New Jersey employers; we are proud to have PMA as our partner. In addition, QualCare was awarded the contract for provider network access in the County of Morris. The County has more than 3,600 employees (fulltime and seasonal) and has an aggressive workers' compensation program in place. QualCare was selected based on its competitive pricing and is pleased to be serving the County and its workforce.

On a separate note, the NJSBAIG assigned 65 new school districts to QualCare, augmenting the more than 80 school districts QualCare already serves throughout the State of New Jersey. Under this agreement, QualCare will now provide managed care services, network access and medical bill review services to school boards who are members of NJSBAIG's Monmouth-Ocean Insurance Sub Fund. These new districts were added as a result of the significant cost savings that QualCare achieved for NJSBAIG over the last two years through effective cost management and provider contracting. QualCare is very proud of its record with the school boards and looks forward to serving their needs in the future.

QualCare approaches 2007 with great optimism. We believe our philosophy of balancing the concerns of the injured worker, the provider and employer ensures quality medical care is delivered in an expeditious manner at competitive rates. We also believe it is the reason for the Division's continued success. If you have any questions or would like more information about our Workers' Compensation products, please call us at 732.981.7915.

# PHYSICIAN TESTIMONIAL: DR. JONATHAN QUEVEDO

Dear QualCare:

I would like to take my hat off to you for consistently putting the well-being of the patient first.

I have a very active practice in Edison, New Jersey, and work with most of the major health plans in this State. In my experience, QualCare stands apart in its commitment to placing member's health care needs at the center of its decision-making. I find it a real delight to work with a health plan that is interested primarily in making sure that members get appropriate, quality care.

I also have found your employees to be very professional in their work with my medical office. They are prompt, patient and informative in their responses — I can tell you that is not always the case with your competitors. And when I have had the need to speak with your Medical Director Dr. Fisher, it has been a pleasure to have an intelligent interaction with someone who seeks appropriate care for the patient and approves that care, as long as it can be justified. The end result is that my office is always pleased to learn a patient is covered by you.

In the changing world of medicine, I commend your continued focus on a patient's health. QualCare is definitely in a league far above the others. Thank you for all you do.

Sincerely,

Dr. Jonathan Quevedo
JFK Johnson Rehabilitation Institute
Department of Physical Medicine & Rehabilitation
Edison, New Jersey

# MARK S. CUKIERMAN, M.D., MEDICAL DIRECTOR



This year QualCare was pleased to welcome Mark S. Cukierman, M.D. as a new Medical Director to serve alongside our current Medical Director, Bruce Fisher, M.D., FACP. Dr. Cukierman will aid in supervising Medical Policy, Case Management, Utilization Management, Disease Management and Quality Management Programs within both the Workers' Compensation Division and QualCare's traditional group health programs. As part of those duties, he also will help manage and integrate clinical quality assurance with patient care delivery. For the last six years, Dr. Cukierman served as the Senior Medical Director at H.I.P Health Plan of New York. He also practiced internal medicine and primary care/ambulatory medicine for 10 years in Mahwah and West Orange, New Jersey. QualCare is proud to have Dr. Cukierman as a member of our team.

# PHYSICIAN SPONSORED MEWA HEALTH PLANS

QualCare's Physician Sponsored Multiple Employer Welfare Arrangement (MEWA) Health Plans, the Saint Barnabas Physician Partnership Health Plan and the Affiliated Physicians Health Plan MEWA, led off the year by receiving their MEWA registration from the Department of Banking and Insurance (DOBI). This registration is granted once DOBI confirms that the MEWA is in compliance with the Department's financial and organizational standards.

Later in 2006, QualCare's two MEWA Health Plans agreed to merge their membership into one health plan and retain the title of the Affiliated Physician MEWA Health Plan. This merger created the largest physician sponsored health plan in New Jersey with more than 500 physician practices enrolled and a total membership exceeding 3,500 covered lives.

Both MEWA health plans came to the merger with a successful history, having generated refunds for their members each plan year and limiting premium increases to single digits. That said, the merger gives the Affiliated MEWA even greater leverage in the marketplace so physician and dental offices can continue to realize the savings and generous benefits usually reserved for large employers.

The institutional sponsors of this physician centered health plan include some of New Jersey's premier medical institutions and organizations. This support and the MEWA in gaining recognition in the marketplace and the addition of New Jersey dentists and the Medical Society of New Jersey's sponsorship helped open up the plan to physicians and dentists statewide.

The institutions who have been sponsors and advocates for our physician sponsored health plans include:

- Atlantic Health System
- Hackensack University Medical Center
  Medical and Dental Staff
- IPA of North Jersey
- Medical Society of New Jersey
- Meridian Health
- Morris Area IPA
- Mountainside IPA
- Northwest Physician Organization
- Robert Wood Johnson Health Network
  ◦ CentraState Medical Center
  ◦ Raritan Bay Medical Center
  ◦ Robert Wood Johnson University Hospital
  ◦ RWJ at Rahway
  ◦ RWJ at Hamilton
- Saint Barnabas Health Care System
- Trinitas Hospital
- VISTA IPA

The merged entity, the Affiliated Physician MEWA Health Plan, continues to be managed by physicians for physicians and therefore members have a say in how their health plan is administered. With the merger completed, QualCare believes 2007 will bring continued success for the MEWA's members in terms of competitive rates and excellent care. If you have questions about this health plan, please don't hesitate to call a QualCare MEWA Representative at 888.670.8135, option 6.

# CHARITY CARE SERVICE PROGRAM



*Welcome to the QUALCARE Golf Outing*
QUALCARE QUALCARE LADIES LINKS FOR BETTER HEALTH

Over the last decade many hospitals in the tri-state region have begun to pay physicians for providing care to uninsured patients, or are under tremendous pressure to do so. In response to this trend, QualCare established the Charity Care Service Program in 2000 which distributes a portion of each hospital's charity care dollars to hospital physicians for their professional services. Currently, we administer payments of behalf of twelve hospitals in New Jersey. This translated into QualCare processing more than 25,300 charity care claims and releasing over $2.9 million in charity care payments to physicians in 2006.

The Charity Care Service Program has three distinct services: medical record review and cost projection; fee schedule development and physician contracting; claims administration. All three services are structured to track care and appropriately compensate hospital physicians.

In addition to Charity Care Claims administration, QualCare processes claims for hospital based physicians who are reimbursed by the hospital under all inclusive per diem rates. Most hospitals that have this type of arrangement process claims using either an Excel or Access database. This will ultimately lead to overpayments because of physician unbundling, duplicate claims and a host of other scenarios that an experienced TPA will identify and deny for payment, which will go right to the hospitals bottom line.

Ultimately, over the last six years QualCare's Charity Care Service Program has been very effective in equipping hospitals with a fair, workable compensation model for their physicians. For more information about this service, please call Kevin Joyce, Vice President, Provider Services, at 732.562.2811.

# CLIENT TESTIMONIAL: PATRICK KAY

Dear QualCare:

As you well know, I am a heart transplant survivor and for more than a year I was in and out of various hospitals. In the eighteen months that I waited for a heart to become available, I needed the constant attention of my physicians, my family and of you, my health plan. The situation was uncertain and without well-coordinated care at home and in the hospital, I could have lost my life.

I am writing to tell you how thankful I am that I had QualCare through that difficult time. Your staff reached out to me often and was thoughtful, compassionate, and respectful during some very stressful moments. They always had a kind word and sound advice. At the end of the day, it was obvious to me that your staff was genuinely concerned about my care and was looking out for my best interests.

My personal thanks to all those who helped me through a very difficult time. QualCare's team is truly outstanding.

With warm regards,

Patrick Kay



ЬЗ

## DISEASE MANAGEMENT PROGRAM: KEEPING IN TOUCH™

At the start of 2005, QualCare began offering a diabetes disease management program, one of QualCare's "Keeping In Touch™" products that promotes the health and well being of our members. The diabetes disease management program helps patients with underlying chronic diseases manage their care. The program's goal is to assist patients avoid major complications associated with their illness.

Over the course of 2006, we doubled both the number of program enrollees and our total client count. We attribute this growth to the overwhelming success of QualCare's diabetes disease management effort. Diabetes mellitus is among the most obvious and natural targets of the program since compliance with basic medical care can result in significantly healthier patients.

In 2006 the employers who implemented "Keeping In Touch™" Diabetes Disease Management had QualCare identify members with diabetes and seek to enroll those individuals in a voluntary disease management effort. The goal was to encourage member's compliance with their physician's plan of care and to heighten awareness of blood sugar levels. In the long run, this type of compliance will reduce the severe complications of diabetes, such as coronary heart disease, leg amputations, blindness, and kidney failure.

The results of the Program were impressive. Members welcomed its assistance, advocacy, and structure. We expect as the popularity of this effort grows, employers will be able to quantify the program's success in terms of overall employee health i.e. absenteeism, critical illness, and overall cost reductions in health plans. If you are interested in learning more about QualCare's "Keeping In Touch™" Diabetes Disease Management Program or other QualCare "Keeping In Touch™" health promotion programs, please call Sharon Seitzman at 732.981.7904.

## 2006 AWARDS AND NOTABLE EVENTS

- *QualCare Inc. Named Best Place to Work in New Jersey 2006*

- *Annette Catino Named one of New Jersey's 50 Best Women in Business*

- *QualCare's primary corporate cause, the LIFE Event (LPGA Pros In the Fight to Eradicate Breast Cancer) Raises Half a Million in a Single Day*

- *Dr. Bruce Fisher, Medical Director has been named one of America's Top Physicians by Consumers' Research Council of America for a second consecutive year*

- *Annette Catino named to Governor Corzine's New Jersey Government Efficiency and Reform Commission's Health Care Task Force*

- *Annette Catino Awarded 2006 EPIC (Exemplary People Impacting the Community) Award by The Institute of Nursing, New Jersey State Nurses Association*







PI 65

# COMPANY OFFICERS



**Annetta Catino**
President and Chief Executive Officer

**John McSorley**
Executive Vice President and
Chief Financial Officer

**Sharon Salzmann**
Executive Vice President and
Chief Operating Officer

**Jennifer Beck**
Vice President,
Business Development and
External Affairs

**Janet Baggia**
Vice President
Finance

**Allison Hofmann**
Vice President
Client Services

**Kevin Joyce**
Vice President
Provider Services

**Ann Noble**
Vice President
Workers' Compensation

**Charlene Renollet**
Vice President
Operations

# BOARD OF DIRECTORS 2006

**Kenneth Bateman**
President
Somerset Medical Center

**Vincent J. Bocchino**
President
Managed Health Care Alliance

**John Bruno**
Vice President, Human Resources
St. Joseph's Healthcare System

**Annetta Catino**
President & Chief Executive Officer
QualCare, Inc.

**Mario A. Criscito, MD**
President
The Saint Barnabas Physician Partnership

**Edward F. Curley**
Vice President, Managed Care
Bon Secours New Jersey Health System, Inc.

**Michael R. D'Agnes**
Chair, Finance Committee
President & Chief Executive Officer
Raritan Bay Medical Center

**Robert H. Evans**
President and Chief Operating Officer
Bayonne Medical Center

**John J. Farizan, MD – Physician Director**
Practicing Physician in Passaic County
Internal Medicine/Gastroenterology

**John J. Gantner**
Treasurer
Robert Wood Johnson University Hospital

**Robert Garrett**
Vice Chair, Board of Directors
Executive Vice President, Operations
Hackensack University Medical Center

**John Grywalski**
Executive Vice President & Chief Operating Officer
Catholic Health and Human Services
Cathedral Healthcare System

**Harold P. Hegstrom**
Executive Vice President & Chief Financial Officer
Hackensack University Medical Center

**Jerome Levine, MD Physician Director**
Chief of Infectious Disease Division
Hackensack University Medical Center

**John K. Lloyd**
Chair, Board of Directors
President
Meridian Health

**Joseph Marsicovete**
Vice President, Administration & Regulatory Services
Saint Clare's Health System

**Carl O'Brien**
Assistant Vice President, Business Planning &
Development
Robert Wood Johnson University Hospital

**Barry H. Ostrowsky**
Executive Vice President & General Counsel
Saint Barnabas Health Care System

**Gilbert Poon, MD**
President
Saint Clare's Physician Organization, Inc.

**Carl Porcaro, MD Physician Director**
Practicing Physician in Essex County
Internal Medicine

**Richard S. Schachter, DPM Physician Director**
Practicing Physician in Middlesex County
Podiatry

**John E. Sindoni**
Vice President, Human Resources
Meridian Health

**Kirk C. Tice**
President & Chief Executive Officer
Robert Wood Johnson University Hospital at Rahway

**Kenneth M. Cearny**
Board Member Emeritus

PI 66

# QUALCARE HOSPITAL NETWORK



1 **Saint Clare's Health System**
  • Saint Clare's Hospital - Denville
  • Saint Clare's Hospital - Dover
  • Saint Clare's Hospital - Sussex

2 **Hackettstown Community Hospital**

3 **Passaic Beth Israel Regional Medical Center**

4 **Newton Memorial Hospital**

5 **Chilton Memorial Hospital**

6 **St. Joseph's Wayne Hospital**

7 **Warren Hospital**

8 **Hunterdon Medical Center**

9 **Somerset Medical Center**

10 **University Medical Center at Princeton**

11 **Capital Health System**

12 **Robert Wood Johnson University Hospital**
  • New Brunswick • Hamilton • Rahway

13 **Saint Peter's University Hospital**

14 **CentraState Medical Center**

15 **Virtua Health**
  • Memorial Hospital of Burlington County
  • West Jersey Health System
  • Voorhees • Marlton • Berlin

16 **Cooper Health System**

17 **Memorial Hospital of Salem County**

18 **Underwood Memorial Hospital**

19 **South Jersey Healthcare**
  • Regional Hospital / Bridgeton
  • Regional Hospital / Elmer
  • South Jersey Hospital / Vineland
  • Newcomb

20 **Cape Regional Medical Center**

21 **Southern Ocean County Hospital**

22 **Hackensack University Medical Center***

23 **St. Joseph's Regional Medical Center***

24 **Atlantic Health System**
  • Hackensack Memorial Hospital
  • Mountainside Hospital
  • Overlook Hospital

25 **Saint Barnabas Health Care System**
  • Saint Barnabas Medical Center • Clara Maass Medical Center
  • Union Hospital • Newark Beth Israel Medical Center
  • Monmouth Medical Center • Community Medical Center
  • Kimball Medical Center

26 **St. Mary's Hospital / Passaic**

27 **Pascack Valley Hospital**

28 **Holy Name Hospital**

29 **Trinitas Hospital**

30 **Englewood Hospital & Medical Center**

31 **Hoboken University Medical Center**

32 **Cathedral Healthcare System**
  • Columbus Hospital • Saint James Hospital
  • Saint Michael's Medical Center

33 **Barnert Hospital**

34 **Christ Hospital**

35 **Palisades Medical Center**

36 **Bayonne Medical Center**

37 **Raritan Bay Medical Center**
  • Perth Amboy • Old Bridge

38 **Solaris Health System**
  • JFK Medical Center
  • Muhlenberg Regional Medical Center

39 **The Valley Hospital**

40 **Meridian Health**
  • Jersey Shore University Medical Center
  • Riverview Medical Center
  • Ocean Medical Center

41 **UMDNJ–University Hospital**

42 **Shore Memorial Hospital**

43 **Children's Specialized Hospital**
  • Mountainside • Toms River

44 **Deborah Heart and Lung Center**

45 **Atlantic City Medical Center**
  • City Division • Mainland Division

*Designated NJDHSS children's specialty acute care hospital.

**EXHIBIT 31**



Northern New Jersey - Morris, Essex and Union Edition | March 2006

VOL. 3, NO.

# M.D. NEWS

A BUSINESS AND LIFESTYLE MAGAZINE FOR PHYSICIANS

Men's Health

Benign Prostatic Hyperplasia

False Hope and Litigation

Selecting Long-Term Care

Asset Protection

The Efficient Medical Office

## Mario A. Criscito, M.D., of Diagnostic & Clinical Cardiology

A Full and Fascinating Life of

cover
story

# Mario A. Criscito, M.D., of Diagnostic & Clinical Cardiology

## A Full and Fascinating Life of Giving Back to the Community

By Michael Goldberg



PHOTO BY MICHAEL GOLDBERG

Dr. Criscito next to the plaque honoring Clara Maass at the medical center named after her.

Mario A. Criscito, M.D., is a busy man, both professionally and in a myriad of personal and business interests. As director of critical care at Clara Maass Medical Center in Belleville, an affiliate of The Saint Barnabas Healthcare System, and the president of Diagnostic & Clinical Cardiology, P.A., one of the largest private cardiology practices in New Jersey, he has a long record of professional achievement. His personal mission in life is focused on serving the public in matters of medicine. Additionally, he somehow finds time for a myriad of interests outside of medicine. Many people have hobbies. Dr. Criscito takes things to a new and higher level, persistently becoming expert at those things he focuses on.

Dr. Criscito's professional life centers on an interest in noninvasive cardiac testing and clinical cardiology, including cardiac critical care. In the CCU, he has established protocols for physicians with specific guidelines for diabetes, cardiac and pulmonary cases. Dr. Criscito manages a full patient load, something he still loves, utilizing echocardiography, nuclear stress testing, holter monitors, event recorders and BP monitoring for patient evaluation. His main concern in medicine is the limited recognition that women receive in cardiology. In the United States, 250,000 women die each year of cardiovascular disease, five times the rate of deaths from breast cancer. Dr. Criscito is concerned there is limited public awareness of this problem, which he would like to help change. He attributes these deaths to a lack of awareness on the part of women, who are unaware of the risk factors, including diabetes, hypertension, metabolic diseases, post-menopausal state, weight, smoking, limited activity and diet. As more and more women enter the workforce, time limitations



and poor lifestyle have increased the cardiac risks these women face. He would like to help begin an aggressive public campaign to create a stronger awareness of these potential problems.

In his role as director of critical care, Dr. Criscito has been working on a new program for Clara Maass Medical Center entitled "Rapid Response Team." Clinical research includes evaluating the effect of implementing an RRT which has demonstrated reductions in hospital mortality of inpatients and hospital length of stay, as well as significant reductions in the incidence of acute respiratory failure, severe sepsis, stroke and acute renal failure in hospitalized patients. Studies show that the successful implementation of RRT can reduce the number of hospital deaths by nearly 40 percent. After two months of planning at Clara Maass Medical Center, this program has a projected start date of March 1, 2006. Goals were established to provide rapid treatment to prevent or stop hospital complications from occurring, to reduce the incidence of cardiopulmonary arrests outside the ICU, reduce the number of unexpected transfers into the ICU, and reduce the numbers of patient readmissions to the ICU within 48 hours. Comprised of a team that includes a medical house officer, critical care nurse, respiratory therapist, nursing supervisor or manager, and other specially trained clinicians, the team has been specially trained to immediately respond to and quickly assess at-risk patients.

**Left:** Dr. Criscito's practice is one of the main benefactors of the Clara Maass Medical Center, part of the Saint Barnabas Hospital Group.

**Below:** Thomas Biga, executive director of Clara Maass Medical Center, meets with Dr. Criscito in Mr. Biga's office.





Dr. Criscito's long record of serving the public and the medical profession is second to none. Recently, he was appointed by the governor of New Jersey as one of the 12 physicians on the state board of medical examiners. He recently was elected secretary of the board, effective January 2006. The state board determines licensing, quality issues, abuses, impairments, penalties and punishments regarding physicians. Its primary mission is to preserve the safety, welfare and health of the citizens of New Jersey. Upon receiving this honor, Dr. Criscito commented, "I am committed to the practice of medicine and to ensuring the public that physicians are qualified, competent and honest. It is an honor and a privilege to receive this appointment and I am humbled by the enormous responsibility and the difficult work that is board service."

Dr. Criscito has also served as president of the New Jersey Cardiology Network. This organization of cardiologists throughout New Jersey lobbied insurance companies to take care of cardiac patients. The organization was comprised of all high-quality, board-certified cardiologists. He also currently serves as a member of the United States Congressional Medicare Advisory Panel, which advises and consults on issues in health care. Additionally, he serves as a member of The

**Left:** Dr. Criscito and Mr. Biga stand in front of the Clara Maass Medical Center Benefactor Board, where Dr. Criscito's practice, Diagnostic & Clinical Cardiology, is honored as a benefactor of the medical center.

**Below:** Dr. Criscito finds time to unwind through his love of speed. He stands with his Ferrari, custom designed by Enzo Ferrari himself.



PHOTOS BY MICHAEL GOLDBERG



PHOTO BY MICHAEL GOLDBERG

Dr. Criscito's love of tradition and family has fostered a strong interest in food and wine. His homemade wines, prosciutto and other delicacies are displayed on the roof of his Ferrari.

Council on Geriatric Cardiology, medical advisor to Essex County, medical advisor for the American Heart Association, and is a member of the board of trustees of Clara Maass Medical Center.

Physicians in New Jersey are well aware of the size and scope of The Saint Barnabas Corporation, the parent company of seven acute care hospitals, including Clara Maass Medical Center, ambulatory care centers, nursing homes and rehabilitation centers, behavioral health, home care and hospice services. It is the largest in the state, and one of the larger health care organizations in the country. Dr. Criscito is the only physician currently serving on the corporation's board of trustees. A member for the past five years, the board determines policy for the entire Saint Barnabas System, including growth, strategic planning, quality issues, protocols and credential issues. They pride themselves on setting the standards for a disaster-preparedness program, working in conjunction with other state hospital systems for uniform efforts to be utilized in cases of domestic terrorism or disaster.

The Saint Barnabas Physician Partnership and Multiple Employee Welfare Association (MEWA) is a major insurance carrier, serving the professional employees of the Saint Barnabas Corporation. Serving as the chairman of MEWA, Dr. Criscito takes pride in the high (98 percent) level of satisfaction found between patients and physicians. With a short turnaround time for physicians to be paid on claims, and with a yearly dividend to members of 4—5 percent on their premiums,

there is good reason for this satisfaction. The group also takes pride in the low length of hospital stays and the good rapport between physicians and case managers.

There is much more to Dr. Criscito's life besides medicine. He is a complex individual with many other interests. Tradition in life is most important to Dr. Criscito. Family and friends are most welcome in his home, his only rule being, "You must bring your children." To maintain Dr. Criscito's Italian traditions, he began studying wine making. In 1987, to follow in his father's footsteps, he began learning as much as he could about the proper ways to make wine at home. After reading about 100 books on the subject, Dr. Criscito was ready to begin his first vintage. He says, "The first few years were not drinkable, despite my telling everyone it was delicious. My friends drank it politely at first, but it was really terrible. It was a learning process." He now modestly describes the wine as "pretty good"; his friends describe it as "incredible." Crushing cabernet sauvignon, merlot and cabernet franc, he now makes the legal limit of wine at home in a classic Bordeaux blend. He also produces chardonnay yearly. The wines are aged in authentic French, American and Italian oak barrels, and are, in fact, some of the best I've tasted. Additionally, he continues tradition at home by producing his own aged prosciutto, salami and a barrel-aged fine balsamic vinegar, which even he admits is "excellent."

Dr. Criscito is gregarious, his personality and warmth fill a room, attracting many people to him. This is clearly shown in a story he related about his relationship with Enzo Ferrari, the former patriarch of the Ferrari Automobile Company. "I was in medical school in Padova, Italy, and took a weekend trip to Venice. Somehow, I ended up meeting Mr. Ferrari there. We kept in touch and a friendship developed. We communicated regularly. Years later, my brother Herb, who is a nuclear physicist, was vacationing in Italy and somehow also meets Enzo Ferrari. When Mr. Ferrari heard my brother's last name he asked if he was related to me and quickly discovered the relationship. He immediately called me to tell me about the encounter. He then told me, 'Mario, I'm going to build you a car.' This was in 1986, about a year before Enzo Ferrari passed away. When the car was ready, I went to the factory, where I was greeted by the chief engineer of Ferrari. He described how Mr. Ferrari would visit the automobile factory at least twice a week to see the progress of the



An expert in audio and video design, Dr. Criscito opened Home Theater Architects, one of the premier home theater design showrooms in New Jersey.

car being built, and how he would regularly make changes to the auto, upgrading and customizing it, doubling the horsepower of the 12-cylinder engine, changing the interior, etc. The staff at the factory had no idea who the car they were building was for, but everyone knew it was to be special." Dr. Criscito is still the proud owner of a factory custom built, one-of-a-kind 1987 Ferrari Testarossa.

Dr. Criscito is also a businessman, with diverse professional interests outside of medicine. As a builder, he is developing multiple commercial and residential properties in New Jersey and Florida. He is also involved with others in developing a 10-acre parcel of land adjoining Saint Barnabas Medical Center in Livingston into a mixed-use, commercial and residential property which will include a medical office building and an adult high-end condominium project. He is also currently building a development of 13 luxury homes in Island Heights, NJ. Additionally, his long-term interest in home theater led him to open a high-end audio/video store in Fairfield, NJ. The store is mostly run by Herb Criscito, Mario's brother.

Speed is something important to a man with so many ventures and only 24 hours in a day. Besides fast cars and motorcycles, Dr. Criscito enjoys unwinding by participating in offshore boat racing. He has been clocked at over 100 mph on the water in his 42-foot Fountain racing boat.

It isn't often one has the opportunity to meet a true renaissance man, someone with the drive, intensity, spirit, intelligence, sense of commitment, family and tradition that is found in Dr. Criscito. It is even less often that it comes in a package filled with humor, warmth and kindness. Where Dr. Mario Criscito finds the time and energy for diverse interests, dedication to his profession, his family and community, the ability to fit so much into one day, and still do each segment well is a mystery. The state's residents are most fortunate for his countless contributions and philanthropic endeavors. Somehow, though, he does do many things and they are done with the same level of dedication. New Jersey *is* most fortunate for this unique individual. ∎

Inside Home Theater Architects is a series of viewing/listening rooms set up as if they were in a home.



PHOTOS BY MICHAEL GOLDBERG