**EXHIBIT 57**

```
 1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
 2                    CIVIL ACTION CASE NO. 2:08-CV-1567
      ------------------------------------------:
 3    DR. FADI CHAABAN; DR. SABINO R. TORRE, DR.  :
      CONSTANTINOS A. COSTEAS and DR. ANTHONY J.  :
 4    CASELLA, as Trustee of Diagnostic & Clinical:
      Cardiology, P.A. Profit Sharing Plan,       :
 5                                                 :
                      Plaintiffs,                  :
 6                                                 :
 7           vs.                                   :
                                                   :
 8    DR. MARIO A. CRISCITO,                       :
                                                   :
 9                    Defendant.                   :
      ------------------------------------------:
10                          Friday, December 11, 2009
11           Deposition of MARIO A. CRISCITO, M.D., VOLUME

12    II, before Nancy A. Miani, a Certified Court Reporter,

13    License No. XI00814, at the offices of WITMAN,

14    STADTMAUER, ESQS, 26 Columbia Turnpike, Florham Park,

15    New Jersey, on Friday, December 11, 2009, at 10 a.m.

16

17

18

19

20
                          MIANI COURT REPORTING
21                      CERTIFIED COURT REPORTERS
                            1741 DANIEL COURT
22                          WALL, NJ  07719
                            (732) 681-4776
23

24

25
```

ORIGINAL

```
 1   A P P E A R A N C E S:

 2   WITMAN, STADTMAUER, ESQS.
     26 Columbia Turnpike
 3   Florham Park, NJ 07932
     By:   STEPHEN M. CHARME, ESQ.
 4   Attorneys for the Plaintiffs

 5   KERN, CONROY & SCHOPPMANN, P.C.
     1120 Route 22 East
 6   Bridgewater, NJ 08807
     BY:   STEVEN KERN, ESQ.
 7   Attorneys for the Defendant

 8   ALSO PRESENT:

 9   Anthony Casella, M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1    that?

2          A.     Yes, sir.

3          Q.     What is the Surf Club?

4          A.     A club, Surf Club.  A club in Florida.

5          Q.     Is it a country club?

6          A.     It's not a country club, it's a Surf

7    Club.  I don't know.  It's on the water, Surf Club.

8          Q.     Do they have a golf course?

9          A.     No, sir.

10         Q.     Do they have a marina?

11         A.     No.

12         Q.     Do they have a pool?

13         A.     Yes.

14         Q.     What other facilities do they have?

15         A.     Eating, restaurants.

16         Q.     Okay.  More than one?

17         A.     Yes.

18         Q.     How many?

19         A.     About four.

20         Q.     Okay.  Are you a member there?

21         A.     Yes, sir.

22         Q.     How long have you been a member there?

23         A.     Several years.

24         Q.     Were you a member in 2001?

25         A.     I believe so.
```

1 A. Yes, sir.

2 Q. Did you direct those transfers?

3 A. They were -- may have.

4 Q. Okay.  Well, it says per letter of

5 authorization.   Are you the one who authorized those

6 transfers?

7 A. May have.

8 Q. Is there anyone else that you know who

9 would have?

10 A. No, sir.

11 Q. Okay.  Do you know the reason those funds

12 were transferred?

13 A. Not off hand.  I may have taken them as a

14 loan.

15 Q. When you say you may have taken them as a

16 loan, are you referring to the same method you used

17 with the withdrawals from Sovereign Bank?

18 A. Yes, sir.

19 Q. So the plan would lend you the money as a

20 loan, and then ultimately -- and you would do what you

21 wanted with the money, and ultimately you would treat

22 it as a distribution?

23 A. Correct.

24 Q. Do you know if that's what you did with

25 those two dollar amounts?

1      A.      May have.

2      Q.      Turn, please, to the next page, which is

3    Bate stamped MC 927.  At the top it stays for month

4    ending May 31, 2000, there is a reference to 11

5    Chadwick Road.  That was your home address in 2000,

6    correct?

7      A.      Yes.

8      Q.      If you look under where it says debits to

9    your account, there's an entry that says withdrawal,

10   $75,000.  Do you see that?

11     A.      Yes.

12     Q.      Okay.  Do you know what that money was

13   for?

14     A.      No, sir.

15     Q.      Do you know if you treated it as a loan?

16     A.      I don't know.  I don't recall offhand.

17     Q.      Okay.  Turn, please, to the next page,

18   which is Bate stamped -- I'm sorry.  Marked MC 930.

19   At the top it says for month ending May 31, 2000, and

20   under withdrawal, it has $75,000, and under initial

21   information, it says B-E-N-E:  Evelyn Langley Greer.

22   Do you see that?

23     A.      Yes.

24     Q.      Do you know what purpose that money was

25   sent for?

1       A.      Not offhand, no.

2       Q.      Do you know who Evelyn Langley Greer is?

3       A.      No.

4       Q.      Never heard of her?

5       A.      No.

6       Q.      Okay.  Turn, please, to the next page,

7    which is MC 956.  It says for the month ending

8    September 30, 2000.  Under debits to your account, on

9    the right side, for withdrawals it says minus

10   $350,000.  Do you see that?

11      A.      Yes, sir.

12      Q.      Do you know what purpose that was for?

13      A.      No, sir.

14      Q.      Do you know where the money went?

15      A.      I may have taken it as a loan.

16      Q.      But do you know what you did with it?

17      A.      No, sir.

18      Q.      Turn, please, to the next page, which is

19   MC 958, and it says wired funds sent, $350,000, and

20   then it says B-E-N-E, Mario A. Criscito.   Do you see

21   that?

22      A.      Yes.

23      Q.      Do you know what purpose that transfer

24   was for?

25      A.      No, sir.

1          Q.      Okay.  Go to the next page, which is MC

2     970.  Under debits to your account, for withdrawals it

3     says minus $250,000.   Do you see that?

4          A.      Yes, sir.

5          Q.      Do you know what purpose that was for?

6          A.      No, sir.

7          Q.      Turn to the next page, which is MC 972.

8     Under withdrawal, it says $250,000, and under

9     additional information, it has Postx Corp, that's

10    P-O-S-T-X Corp.  Do you see that?

11         A.      Yes.

12         Q.      Do you know what Postx Corp. is?

13         A.      It was a venture capital.

14         Q.      Do you know what -- when you say a

15    venture capital, was that something you invested in?

16         A.      Yes, sir.

17         Q.      And so this money was an investment in

18    that?

19         A.      No, it was a loan to me to that.

20         Q.      I'm sorry.  This was a loan to you

21    personally to invest in Postx?

22         A.      Correct.

23         Q.      Did you eventually treat this as a

24    distribution?

25         A.      Yes, sir.

1          Q.      Go, please, to page MC 70.  Under

2     withdrawals, there's $150,000.  Do you know what

3     that's for?

4          A.      No, sir.

5          Q.      Okay.   This also says for month ending

6     January 31, 2001.  There's a reference to Mario A.

7     Criscito, TTEE, and an address of 11 Chadwick Road,

8     Livingston, New Jersey.  That was your address in

9     2001, correct?

10         A.      Correct.

11         Q.      Do you know if this was treated as a

12    distribution ultimately by you?

13         A.      Yes, sir.   Probably.

14         Q.      But do you know for sure?

15         A.      It probably was.  I don't know.  It

16    probably was, but I don't remember.

17         Q.      Okay.   Go to the next page, which is MC

18    78.  Under withdrawals, it says minus 265,680.  Do you

19    know what that was for?

20         A.      Not off hand, no, sir.

21         Q.      Do you know if that was treated as a

22    distribution ultimately?

23         A.      Yes, sir.

24         Q.      It was?

25         A.      Yes.

1    Q.    You're sure?

2    A.    I believe so.

3    Q.    But when you say you believe so, does

4    that mean you're a hundred percent positive?

5    A.    I ain't a hundred percent positive of

6    anything.

7    Q.    Okay.  Turn to the next page, please.  MC

8    81, the top entry, withdrawal, 265,680.  It says

9    Citibank Pillsbury.  Do you know what that refers to?

10   A.    No.

11   Q.    No idea?

12   A.    No idea.

13         (There is a discussion off the record.)

14   Q.    You don't know what Citibank Pillsbury

15   is?

16   A.    No, sir.

17   Q.    Turn to the next page, please, which is

18   MC 84.  Under debits for withdrawals, it says

19   $250,000.  Do you know what that is for?

20   A.    No, sir.

21   Q.    Okay.  Turn to the next page, which is MC

22   86.  At the bottom it says withdrawal, $250,000,

23   B-E-N-E, Mario A. Criscito.  Do you know what that

24   withdrawal is for?

25   A.    Don't know.

1   Q.  Turn to the next page, which is MC 90.

2 Under withdrawals, it says 143,686.01.  Do you know

3 what that's for?

4   A.  No, sir.

5   Q.  Turn to the next page, which is MC 132.

6 Under withdrawals it says $250,000.   Do you know what

7 that is for?

8   A.  No, sir.

9   Q.  Turn to the next page, which is MC 134.

10 Under withdrawals, it says $250,000, B-E-N-E, Mario A.

11 Criscito.   Do you know what that's for?

12   A.  No, sir.

13   Q.  Turn to the next page, which is MC 152.

14 Under withdrawals it says minus 5,218.50.  Do you know

15 what that is for?

16   A.  No, sir.

17    Oh, it says Surf Club.

18   Q.  Because if you look at MC 155, it says

19 funds paid, 5,218.50 paid to Surf Club.   Do you see

20 that?

21   A.  Yes, sir.

22   Q.  That's the same Surf Club we were talking

23 about before?

24   A.  Yes, sir.

25   Q.  Do you know what those funds were paid

1    for?

2         A.      Same.

3         Q.      What, food and --

4         A.      Food, entertainment.

5         Q.      How did it work at the Surf Club in terms

6    of paying for food and entertainment, did you sign a

7    chit?

8         A.      Yes, sir.

9         Q.      Okay.  You didn't use cash?

10        A.      No, sir.

11        Q.      Take a look, please, now we're going into

12   2002, and on page MC 209, it says Mario A. Criscito,

13   TTEE, 11 Chadwick Road, Livingston, New Jersey.  Is

14   that what your home address was in 2002?

15        A.      Yes, sir.

16        Q.      Okay.  If you look under withdrawals, it

17   says $227,500.   Do you know what that was for?

18        A.      No, sir.

19        Q.      Okay.  Turn to the next page, which is MC

20   211, it says funds transferred, 227,500 per letter of

21   authorization.  Was that from you, that letter?

22        A.      I believe so.

23        Q.      Okay.  But you don't know what the

24   purpose of the transfer was for?

25        A.      No, sir.

1    Q.    Okay.   Go to the next page, which is now

2  for 2003, it's MC 279.  Again, it says Mario A.

3  Criscito, TTEE, has an address, 11 Chadwick Road,

4  Livingston, New Jersey.   Did you live there in 2003?

5    A.    Yes, sir.

6    Q.    Under withdrawals, it says 16,597.29.   Do

7  you know what that's for?

8    A.    No, sir.

9    Q.    If you turn the page, there is two checks

10  referenced.   One is for 4,597.29, and the other is for

11  12,000.   This is on page MC 282.   If I do the

12  arithmetic, I believe it adds up to 16,597.29.   Do you

13  agree?

14    A.    Yes.

15    Q.    So the first one says paid to Surf Club.

16  Was this again for food and entertainment?

17    A.    Yes, sir.

18    Q.    The second one says paid to TRC Holding.

19  Do you know what that is?

20    A.    I think it was the corporation for real

21  estate.

22    Q.    Okay.  Were you an investor?

23    A.    Yes, sir.

24    Q.    And where was the real estate?

25    A.    Down the shore.

1      Q.      New Jersey?

2      A.      Yes.

3      Q.      Turn to the next page, which is MC 389.

4  Under withdrawals, it says a million dollars.  Do you

5  see that?

6      A.      Yeah.

7      Q.      Do you know what that money was used for?

8      A.      No, sir.

9      Q.      Okay.  On the next page, which is MC 390,

10 it says wired funds sent, million dollars, then it

11 says B-E-N-E, Diagnostic and Clinical.  Does that

12 refresh your memory as to what the million dollars was

13 for?

14     A.      That account was for the pension fund.

15     Q.      Okay.  When you say for the pension fund,

16 you mean an account, a different account other than

17 this one at Morgan Stanley?

18     A.      This was -- this is Morgan Stanley's

19 account, pension fund, transferring it to my pension

20 fund at -- at --

21     Q.      Sovereign Bank?

22     A.      Sovereign Bank.

23     Q.      Okay.  Let's go to the next page, which

24 starts the year 2004.  Again, a reference to Mario A.

25 Criscito, TTEE, 11 Chadwick Road, Livingston, New

211

1    Jersey.  Was that your home address in 2004?

2         A.    Yes, sir.  You know what, I think so.

3         Q.    As of January 31, 2004, was it your home

4    address?

5         A.    Yes.  I don't know.  I don't know.

6         Q.    Okay.  If you look at Page MC 401, under

7    withdrawals, it says 4,494.  Do you know what that was

8    for?

9         A.    I see it on the other page, Surf Club.

10        Q.    Right.  If you go to the next page, MC

11   403, it says paid to the Surf Club.  Was that again

12   for food and entertainment?

13        A.    Correct.

14        Q.    Turn to the next page, which is

15   withdrawals, 1,207.25.  That's on MC 411.  On MC 413,

16   it says funds paid, 1,207.25, paid to Surf Club?

17        A.    Yes.

18        Q.    This again is for food and entertainment

19   paid to the Surf Club?

20        A.    Right.

21        Q.    Go to the next page, which is MC 439.  It

22   says withdrawals, $2,000.  Do you know what that is

23   for?

24        A.    No, sir.

25        Q.    Go to the next page, which is MC 473.  It

1   says withdrawals, 14,490.  Do you know what that's

2   for?

3          A.      No, sir.

4          Q.      Okay.  If you turn to the next page,

5   which is MC 476, it says funds paid, 14,490, paid to

6   Richard Fairclough, F-A-I-R-C-L-O-U-G-H.  Who is he?

7          A.      I have no idea.

8          Q.      No idea?

9          A.      No.

10         Q.      Do you believe these funds were paid to

11  him without your authorization?

12         A.      I doubt it.

13         Q.      Okay.  But sitting here today, you don't

14  know who he is?

15         A.      No.

16         Q.      Turn to the next page, please, which is

17  MC 487.  Under withdrawals, it says $10,000, and on

18  the following page, MC 490, it says funds paid,

19  $10,000, paid to Short Hills West, LLC.  Do you see

20  that?

21         A.      Yes, sir.

22         Q.      What is Short Hills West, LLC?

23         A.      A real estate organization.

24         Q.      It says LLC.  Were you a member?

25         A.      Yes, sir.

213

1       Q.      Was this an investment?

2       A.      May have been a cash call.

3       Q.      You don't remember?

4       A.      No.

5       Q.      Turn to the next page, please, which is

6    MC 501.  If you look, it says withdrawals, $10,000,

7    and then if you go to the page after that, which is MC

8    503, it says funds paid, $10,000 to TRC Holding.  Is

9    that the same TRC Holding you mentioned before?

10      A.      Yes, sir.

11      Q.      Do you know what this $10,000 was for?

12      A.      Expenses.  I don't know.

13      Q.      You don't know?

14      A.      No.  Don't know.

15      Q.      We're now going into 2005.  On MC 548,

16   under securities delivered, there's a reference to AIM

17   Technology B, amount $76,022.05.  Do you know what

18   that's for?

19      A.      No, sir.

20      Q.      Turn to the next page, which is MC 599,

21   under withdrawals, it says $5,000, and on the next

22   page after that, MC 602, it says funds paid, $5,000,

23   paid to Surf Club.  So was this for food and

24   entertainment again?

25      A.      I guess.

214

1        Q.      We're now going to 2006, which starts

2    with MC 1138.   It says withdrawals, 6,652.04, and on

3    the next page, MC 1141, it says funds paid, 6,652.04

4    paid to Surf Club.   Is that again for food and

5    entertainment?

6        A.      Yes, sir.

7        Q.      Now, let me go back a moment, please, to

8    MC 599.   There's now a reference on here to 32 Chelsea

9    Drive, Livingston, New Jersey.   In May of 2005, was

10   that your home address?

11       A.      Yes, sir.

12       Q.      Okay.   And on Page MC 1138, there's a

13   reference to 32 Chelsea Drive.   Was that your home

14   address in 2006?

15       A.      Yes, sir.

16       Q.      Turn, please, to Page MC 1231.   Under

17   debits, it says withdrawals, 200,941 and then if you

18   turn the page to MC 1233, there are two transfers that

19   add up to 200,941.01.   Do you see that?

20       A.      Yes.

21       Q.      And for additional information, it says

22   direct rollover.   Do you see that?

23       A.      Yes.

24       Q.      Okay.   Where was that money rolled over

25   to?

1     A.     An IRA.

2     Q.     Do you know where?

3     A.     At -- where is this coming from?

4     Q.     This is from Morgan Stanley.

5     A.     Oh, probably an IRA at Morgan Stanley.

6     Q.     Okay.  Turn, please, to Page MC 1234.

7  And under securities delivered, there is a series of

8  transfers, actually the first four to Account

9  769086649.  Do you see that?

10    A.     Yes, sir.

11    Q.     Do you know whose account that is?

12    A.     No.

13    Q.     Okay.  And down below, it says, there's

14  two transfers that say 769-086649-000.  Do you know if

15  that's a different account from the other four

16  transfers?

17    A.     I don't think so.   No.

18    Q.     You don't know whose account that is?

19    A.     That may be the IRA.

20    Q.     Okay.  The same account where you said

21  the, on MC 1233, the 200,941.01 was rolled over?

22    A.     The prior page?

23    Q.     Yes.  MC 1233.

24    A.     I believe so, yes.

25    Q.     Okay.

216

1          Q.      Did you have more than one IRA at Morgan

2    Stanley in 2006?

3          A.      No.

4          Q.      If you turn to the next page, which is MC

5    1235, it says total securities delivered minus

6    1,403,544.33.  Do you see that?

7          A.      Yes.

8          Q.      Were those all delivered to an IRA at

9    Morgan Stanley?

10         A.      Yes, sir.

11         Q.      Turn to the next page, which is MC 1255.

12   Under withdrawals it says minus $20,000, and then on

13   the next page, MC 1257, it has funds transferred,

14   $10,000 per letter of authorization, and then

15   underneath that, $10,000 rollover.  Do you see those

16   entries?

17         A.      Yes, sir.

18         Q.      Okay.  Do you know what the $10,000 per

19   letter of authorization was used for?

20         A.      Not offhand, no, sir.

21         Q.      Okay.  And the 10,000 rollover you

22   believe was to an IRA at Morgan Stanley?

23         A.      I --

24         Q.      It has 769086649-0 as the account number?

25         A.      Yes.

1  Q.  Am I correct that as to all of the

2 withdrawals, Morgan Stanley didn't hold back any money

3 from you, you got the full amount of the withdrawals?

4  A.  Correct.

5  Q.  Okay.  Do you know if a Form 1099 was

6 issued for any of these withdrawals?

7  A.  I don't believe so.

8  Q.  Do you know if you told anyone at

9 American Pension Corporation about any of these

10 withdrawals?

11  A.  I don't believe so.

12  Q.  Let me ask you a question.  Any time that

13 there's a payment to the Surf Club, is that for food

14 and entertainment?

15  A.  I believe so.

16  Q.  Okay.  Are there any other expenses that

17 you incurred at the Surf Club other than for food and

18 entertainment?

19  A.  I don't believe so.

20  Q.  Okay.   Going back to Criscito Exhibit

21 33, the earliest account statement here on the first

22 page, which is MC 997, is for June 30, 1999.  Do you

23 see that date?

24  A.  Yes, sir.

25  Q.  Do you recall if you took any

1    Exhibit 13 reflects withdrawals from both Sovereign

2    Bank and Morgan Stanley that you treated as

3    distributions?

4          A.      I believe so.

5          Q.      Have you ever added up the total amount

6    of withdrawals that you treated as distributions from

7    Sovereign Bank?

8          A.      No.

9          Q.      Have you ever added up the total amount

10   of withdrawals from Morgan Stanley that you treated as

11   distributions?

12         A.      As of now, no.

13         Q.      At any earlier time, did you?

14         A.      I don't believe so.  I don't know.  I

15   don't know.  I don't believe so.

16         Q.      So sitting here today, you don't know

17   what the total amount of the withdrawals from

18   Sovereign Bank and Morgan Stanley that you treated as

19   distributions add up to?

20         A.      Correct.

21         Q.      Okay.  You don't know if that number is

22   more or less or the same as the four and a half

23   million dollar 1099 form that was filed?

24         A.      I can't recall, right, correct.

25         Q.      Okay.  Turn to the next page, please,

221

1    which is Bate stamped 25703, which actually looks like

2    the same note duplicated twice.  Is that your

3    handwriting?

4         A.    Yes.  Looks like it.

5         Q.    Okay.  And there's a reference here, it

6    says Evelyn Langley Greer trust, and then underneath

7    that it says R-E-F, colon, Cylex, C-Y-L-E-X.  Do you

8    know why Cylex is?

9         A.    Defunct company, I think.

10        Q.    And what about the Evelyn Langley Greer

11   trust, what is that?

12        A.    I have no idea.  I don't know.

13        Q.    When you say Cylex is a defunct company,

14   is that something you invested in?

15        A.    I believe so.

16        Q.    Do you know what business Cylex was in?

17        A.    No.

18        Q.    You got the full amount of the $75,000

19   without any withholding, correct?

20        A.    Correct.

21        Q.    Go to the next document, please, which is

22   Bate stamped 25704.  Once again, this looks like the

23   same document was reproduced twice.  There is a line

24   that says authorization, and underneath that it has

25   client signature, and to the right, there's a

1    security corporation.

2        Q.    Is it something you invested in?

3        A.    Yes.

4        Q.    So the amount here is $265,680.  Was this

5    an investment?

6        A.    Correct.

7        Q.    Did you get the money back?

8        A.    No.

9        Q.    No?

10       A.    No.

11       Q.    Do you know if you deducted that as a

12   loss?

13       A.    I don't know.  I don't know.

14       Q.    Turn to the next page, please, which is

15   Bate stamped 25707.  Is this your writing on this

16   page?

17       A.    It appears to be.

18       Q.    Turn to the next page, please, which is

19   Bate stamped 25708.  Who is the law firm R. C. Shea,

20   S-H-E-A, & Associates.

21       A.    Where is that?

22       Q.    That's on the fourth line.

23       A.    Oh.  He was the real estate lawyer.

24       Q.    Okay.  I forgot to ask.  Did you prepare

25   this?

1          A.      I don't recall, but --

2          Q.      Is that your signature?

3          A.      It appears to be, looks like it.

4          Q.      Okay.  You say a real estate lawyer.

5    For what?

6          A.      The -- for the real estate in -- real

7    estate for down the shore.

8          Q.      Okay.  Was this a legal fee?

9          A.      I don't -- I don't know.

10         Q.      Okay.   I mean as opposed to an

11   investment, that you were putting money into escrow?

12         A.      I don't think it was a -- it may have

13   been, but I don't think it was a legal fee.  I hope

14   not.

15         Q.      Okay.  Do you think this was a deposit or

16   a payment for a property?

17         A.      May have been.

18         Q.      But you don't know?

19         A.      No.

20         Q.      Okay.  The property down the shore, did

21   you ever acquire an ownership interest in it?

22         A.      That was an ownership, yes.

23         Q.      Do you still own it?

24         A.      No.

25         Q.      Did you sell it?

1    A.    I got out.

2    Q.    When you say you got out, were you bought

3    out?

4    A.    I was bought out.

5    Q.    When was that?

6    A.    Several years ago.   I don't recall off

7    hand.

8    Q.    Were you paid to be bought out?

9    A.    I believe so.

10   Q.    Do you remember how much?

11   A.    No, I do not.

12   Q.    Do you remember what you did with the

13   money when you were bought out?

14   A.    I probably spent it.

15   Q.    Okay.  As opposed to depositing it into

16   either the Morgan Stanley pension account or the

17   Sovereign pension account?

18   A.    I don't think so.

19   Q.    The next page, 25709, there's an address,

20   at least it appears to be of 244 Main Street, Toms

21   River, New Jersey.  Do you see that, under payee?

22   A.    Oh, yes.

23   Q.    Have you ever been to that address?

24   A.    May have.

25   Q.    Did you ever go to the law -- well, let

1      Q.      Was he bought out?

2      A.      I don't know if he was ever bought out,

3   no.

4      Q.      It says Bajeac, et al.  Who were the

5   other investors besides you and Dr. Bajeac?

6      A.      His other associate.  I don't recall his

7   name.

8      Q.      Okay.  What kind of real estate was this?

9      A.      Vacant land.

10      Q.      Do you know if it was ever developed?

11      A.      They were going to.  I don't know if they

12   did or not.

13      Q.      It wasn't developed by the time you got

14   out?

15      A.      No, sir.

16      Q.      Turn to the next page, which is Bate

17   stamped 25714.  At the top it says Mario A. Criscito,

18   and then underneath, handwritten, it says to Herb

19   Mendel.  Is that your writing?

20      A.      It appears to be.

21      Q.      Above the name where it says thank you,

22   Mario A. Criscito, is that your signature?

23      A.      May be.

24      Q.      You're not sure?

25      A.      I'm not sure.

1       Q.      Do you remember sending this to Herb

2   Mendel around the date that's on there, January 7,

3   2002?

4       A.      No, sir.

5       Q.      Okay.  It says:  "Dear Herb, please be so

6   kind as to" --

7       A.      No, it was sent to me, not to Herb

8   Mendel.

9       Q.      No, the letter.

10      A.      Oh, okay.

11      Q.      Let me ask it again.

12              Do you remember sending this letter to

13  Herb Mendel around the date it was written?

14      A.      I may have.

15      Q.      Okay.  It says:  "Dear Herb, please be so

16  kind as to send me a check for $20,000 made to the

17  'Surf Club' from Acc. No. 769-086347-070."  Do you see

18  that?

19      A.      Yes, sir.

20      Q.      Do you know what account that was?

21      A.      No.

22      Q.      Was that $20,000 for food and

23  entertainment?

24      A.      Probably -- I don't know.  May have been,

25  may not have been.  I don't know.  I don't recall.

1          Q.      Did you have to pay annual dues at the

2     Surf Club?

3          A.      2002?  I don't think so.

4          Q.      Okay.  You don't know what that 20,000

5     was for?

6          A.      Not offhand, no.

7          Q.      Is there a reason that you had the check

8     sent to you instead of directly to the Surf Club?

9          A.      No.

10         Q.      Turn to the next page, which is Bate

11    stamped 25715.  Is that your handwriting where it says

12    "to H. Mendel"?

13         A.      May have been, yes.

14         Q.      Is that your signature above the name

15    Mario A. Criscito?

16         A.      May have been.

17         Q.      Did you send this to, this letter to Mr.

18    Mendel around the date on it, January 8, 2002?

19         A.      I believe so.

20         Q.      Okay.  This says  --

21         A.      May have been.  I don't know.  Go ahead.

22         Q.      Okay.   This again asks him for a check

23    for the Surf Club, do you see that?

24         A.      Yes, sir.

25         Q.      This check is for 2,218.85.  Do you know

1      what that was for?

2            A.      The same.   Same.

3            Q.      What's --

4            A.      Entertainment, food.

5            Q.      Turn to the next page, which is Bate

6      stamped 25717.  Is this your writing?

7            A.      It appears to be.

8            Q.      Is that your signature?

9            A.      May be.

10           Q.      You're not sure?

11           A.      No.

12           Q.      Is there a reason at this point you asked

13     Herb to transfer $250,000 to Independence Community

14     Bank?

15           A.      Not that I can recall, no.

16           Q.      Turn the page, please.

17           A.      Uh-hum.

18           Q.      Is this your writing?

19           A.      May be.

20           Q.      Is that your signature toward the bottom?

21           A.      May be.

22           Q.      Can you read what this says?

23           A.      "Dear Herb Mendel, please," I think it

24     says "forward me a check for $1,342.70 from DCC P.A.

25     Pension Fund.  Make the check payable to Surf Club."

1     Q.    And then underneath, you said it appears

2  to be your signature, underneath the word "thanks"?

3     A.    Right.

4     Q.    Underneath that, what does it say?

5     A.    DCC P.A. Pension Fund Trustee.

6     Q.    Okay.    And then what does it says below

7  that?

8     A.    "P.S., send it to my home address."

9     Q.    Is there a reason you wanted it sent to

10  your home address?

11    A.    No.

12    Q.    Were the other members of DCC aware of

13  your membership in the Surf Club?

14    A.    I have no idea.

15    Q.    Did you ever tell them about it?

16    A.    I have no idea.

17    Q.    Okay.    Turn to the next page, please,

18  which is Bate stamped 25719.    Is this your writing?

19    A.    May have been.    May be.

20    Q.    You're not sure?

21    A.    No.

22    Q.    This asks, again, for a check from the

23  pension fund for $4,597.29 made out to the Surf Club,

24  correct?

25    A.    Correct.

232

1      Q.      And then the P.S. says to also send the

2  check for $12,000 made out to TRC Holding, correct?

3      A.      Correct.

4      Q.      There is two signatures on this, one

5  after the request for the Surf Club, and a second

6  after the request for the 12,000.  Are those your

7  signatures?

8      A.      May be.

9      Q.      Is there a reason that you were asking

10 Herb Mendel to send you checks payable to the Surf

11 Club instead of paying them out of your own personal

12 checking account?

13     A.      Well, I did a lot of entertaining for

14 doctors.  I did a lot of entertaining for doctors,

15 used to come down there and whatnot, referrals, and I

16 would -- took it out of there.

17     Q.      Okay.  Turn to the next page, please,

18 which is Bate stamped 2570.  Is this your writing?

19     A.      Appears to be.

20     Q.      It says "dear Marysue."  Is that Marysue

21 McCarthy?

22     A.      Yes, I believe so.

23     Q.      And then this asks for $14,490 to Richard

24 Fairclough.  Do you see that?

25     A.      Yes.

1    Q.    Is that your signature?

2    A.    Appears to be.

3    Q.    I'm not sure if I asked you before, do

4    you know who Richard Fairclough is?

5    A.    No.

6    Q.    No.  Okay.  Turn to the next page,

7    please, which is Bate stamped 25722.  Is this your

8    writing?

9    A.    Appears to be.

10   Q.    Does that appear to be your signature?

11   A.    May be.

12   Q.    Who is the Jane that you are saying,

13   "dear Jane"?

14   A.    I don't know.

15   Q.    Okay.  Turn to Page 2574.  Is this your

16   handwriting?

17   A.    Appears to be.

18   Q.    There is an address here of Champlain

19   Towers North, Apartment 110, 8877 Collins Avenue, Surf

20   Side, Florida.  Do you see that?

21   A.    Yes.

22   Q.    Was that a condominium?

23   A.    Yes.

24   Q.    Did you own it?

25   A.    Yes.

1          <u>C E R T I F I C A T I O N</u>

2

3

4

5          I, NANCY A. MIANI, a Certified Court Reporter

6    and a Notary Public, License No. XI00814, do hereby

7    certify that the foregoing witness, MARIO A. CRISCITO,

8    M.D., was duly sworn by me on the date indicated, and

9    that the foregoing is a true and accurate

10   transcription of my stenographic notes.

11          I further certify that I am not employed by

12   nor related to any party to this action.

13

14

15

16   _____
     NANCY A. MIANI, C.S.R.
17   LICENSE NO. XI00814

18

19

20

21

22

23

24

25

**EXHIBIT 58**

# Evelyn Langlieb Greer

**Director**
Fusion Telecommunications International Inc
New York , NY
Sector: TECHNOLOGY / Wireless Communications

**59 Years Old**
Ms. Greer has served as a Director since January 1999. Ms. Greer is the President of Greer Properties, Inc., a Florida-based commercial real estate development company she founded in 1976 which develops and operates shopping centers, and is a partner in the law firm of Hogan, Greer & Shapiro, P.A. Ms. Greer serves on the Board of Directors and Executive Committee of the Adrienne Arsht Performing Arts Center of Miami-Dade County, on the Board of Teachers for America-Miami, on the Board of The Company?s Kids, Inc. and as a member of the Miami-Dade Cultural Affairs Council. She is Vice Chair of the Columbia Law School Board of Visitors, was a Director of City National Bank of Florida, N.A. from 2000 to 2008 and was a member of the Board of Trustees of Barnard College from 1994 to 2004. From 2004 to 2008, Ms. Greer was an elected member of the Miami-Dade County School Board, the 4th largest school system in the United States, and from 1996-2004 she served as the first Mayor of the Village of Pinecrest, Florida.

## Director Compensation (Fusion Telecommunications International Inc)

| | |
|---|---|
| Fees earned or paid in cash | $0.00 |
| Stock awards | $0.00 |
| Option awards (in $) | $1,687.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$1,687.00** |

**EXHIBIT 59**

   

Home | About The Club | Amenities | Membership | Catering | Guest Information

**Welcome to The Surf Club**

Welcome to The Surf Club!

**5 Star Amenities**

- ✓ Luxury Swimming Pool
- ✓ Fine Beachside Dining
- ✓ Steps from the Tide
- ✓ Resort Style Accomodations
- ✓ Clubhouse and Cabanas
- ✓ Close to the world famous Bal Harbour Shops



**Member Login**

Username:

Password:

Log In

☐ Remember my ID
Forgot your password?

**Contact The Surf Club**

9011 Collins Avenue
Surfside, Florida 33154

**Phone:** 305-866-2481

1 of 1








| Home | About The Club | Amenities | Membership | Catering | Guest Information |

## About The Club

# Miami Beach

**History**                                                                                                   Image

Since 1930 the Surf Club has been Miami's premier address for the very finest in dining and dancing in an atmosphere of elegant sophistication.

The club's glittering early parties hosted world famous personalities such as the Duke and Duchess of Windsor, Douglas Fairbanks, Jr., and General Douglas MacArthur. The parties played host to Metropolitan Opera soprano Lily Pons, New York chanteuse Hildegarde, and Elizabeth Taylor.

Other early guests include Winston Churchill, who painted seascapes from his Surf Club cabana, and 1950s General Motors' Chairman Charles Wilson. Wilson displayed the new car models each fall for the press and dealers in the Club's grand ballrooms.

In recent years, entertainer Tony Bennett sang for a club party, and the club has played host to Senator and Mrs. Robert Dole, former Vice President Dan Quayle, television journalist David Brinkley, and world famous singer Julio Iglesias.

The newly renovated Surf Club enters the twenty-first century as Miami's most elegant address for major charity balls for up to eight hundred people, as well as for lovely wedding receptions, intimate dinner parties, and business luncheons and meetings.

In addition to the excellent entertainment facilities, the Surf Club offers its members and guests the opportunity to stay at the Club, their 'home away from home.'

                                        Image                                                    Image

**EXHIBIT 60**

610 Corporate Drive, Building 6
Reading, PA 19605
Phone: 484-248-1210
Fax: 484-248-1120 or
      484-248-1121



# Fax

| To: | Stephen M. Charme, Esquire | From: | Mandy Noll |
|---|---|---|---|
| Fax: | 973-822-1188 | Date: | 8-27-2009 |
| Phone: | | Pages: | 48 (Including cover sheet) |
| Re: | Diagnostic & Clinical Cardiology PA | CC: | |

☐ **Urgent**     ☑ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

**•Comments:**

Fax #1 of 2

PLAINTIFF'S
EXHIBIT
CRISCITO 23A
12-4-09


# Sovereign Bank

August 27, 2009

Witman Stadtmauer, P.A.
Attn: Stephen M. Charme, Esquire
26 Columbia Turnpike
Florham, NJ 07932-2246

RE: Dr. Fadi Chaaban, et al. vs. Dr. Mario A. Criscito
Our File No.: 200908050485

Dear Mr. Charme,

Pursuant to the Subpoena that was served on Sovereign Bank in reference to the accounts of Diagnostic & Clinical Cardiology P.A., enclosed are copies of the following records:

<u>Time Deposit Account #1108007053001</u>
Closed account report dated 8-21-06
History from 6-4-02 to 6-30-05
History from 8-1-05 to 7-31-06
Trial balances from 7-1-05 to 7-31-05
Trial balances from 8-1-06 to 8-21-06
Deposits and deposited items from 7-1-02 to 8-21-06
Withdrawals from 7-1-02 to 8-21-06
Signature card and supporting documents unavailable

Please be advised that our retention period for deposit account information is seven years. All available transactions have been sent to you.

Should you have any questions, please contact me at 484-248-1210.

Very Truly Yours,

Mandy Noll
Legal Specialist III

# Invoice

Date: August 27, 2009

Sovereign Bank
Attn: Legal Orders 10-610-RS1
610 Corporate Dr., Building 6
Reading, PA 19605
484-248-1205

TO:
Witman Stadtmauer P.A.
Attn: Stephen M. Charme, Esquire
26 Columbia Turnpike
Florham, NJ 07932-2246

RE:   Dr. Fadi Chaaban, et al. vs. Dr. Mario A. Criscito
      Our File # 200908050485

| QTY | | DESCRIPTION | COST | TOTAL |
|---|---|---|---|---|
| 3 | hours | Research and processing fees | $20.00 | $60.00 |
| 88 | pages | Pages 1 - 100 | $1.00 | $88.00 |
| 0 | pages | Pages 101 - 500 | $0.25 | $0.00 |
| 1 | | Shipping | $5.00 | $5.00 |

| | |
|---|---|
| SUB-TOTAL | $153.00 |
| AMT RECEIVED | $55.00 |
| TOTAL DUE | $98.00 |

The bank has complied with your request and prompt attention to payment is greatly appreciated.  Please make your check payable to Sovereign Bank and remit to the address listed above.

## AFFIDAVIT OF RECORD CUSTODIAN

I, the undersigned, being duly sworn according to law, depose and say that I am a duly authorized Custodian of Records for Sovereign Bank with the authority to certify said records, and I hereby certify to the following:

1. The records attached hereto are true and correct copies of the records in my custody, and the records attached hereto contain any and all markings, characters, symbols, notations, legends, printings, writings, illustrations, photographs, photo reproduction and/or any other graphic representation appearing on the original records in my custody.

2. That, including this certification, all records which are in my custody, have been photocopied at my office, in my presence, and at my direction and under my supervision.

3. That unless qualified in paragraph (5), all records produced in my presence were prepared in the ordinary course of business by authorized personnel at or near the time of the act, condition, or event; and

4. A careful search has been made by me or at my direction for records, pertaining to Account # 1108007053001 and the records produced constitute and are all the records of the individual or individuals so identified.

5. Additional comments:

   _____

   _____

   _____

6. I declare that the foregoing facts as are within my personal knowledge are true and correct and the other facts contained herein are true and correct to the best of my knowledge, information and belief.

EXECUTED ON: __8-27-09__   __Reading PA__
              Date              Location

__Kelly Koehler__   _____
Print or type name

__Team Leader__        __8.27-09__
Title and position

__Kelly Koehler__   __Tabita E. Raicu__
Signature

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tabita E. Raicu, Notary Public
City Of Reading, Berks County
My Commission Expires Sept. 9, 2009
Member, Pennsylvania Association of Notaries

```
BANK      04                        SAVINGS/TIME DEPOSIT          *ST41NV  *   PAGE NO           60
                                    INDEPENDENCE                  MONDAY       PROCESS DATE 09/21/2006
                                    CLOSED TODAY                               PROCESS THRU 09/21/2006


BANK      04                  *** BRANCH    110  LIVINGSTON
------------ ----- -------------------  ------------ ----- --------------------

ACCOUNT NUMBER   NAME AND ADDRESS          --DATES---                 -TYPE-         ----PHONE----
  TAX ID NUMBER                            LAST TRAN   TRAN AMOUNT  TRAN CD SYS PSSBK   HOME          CLUB
  PLAN ID                                  OPEN        YTD INTEREST POOLED ACCT  OID OFFICE      EMP/OFF
                                           CLOSED      YTD PENALTY  CAUTION  GL RA TY STATUS    RSW APPL

 1108007053001   DIAGNOSTIC & CLINICAL CARDIOLOGY PA  08/21/2006  3,388,916.11  0204 100  YES 9739940650   0
  22-2323990     PENSION FUND                         06/04/2002    119,395.20   NO  660   NO 9739941906   0
                 TRUSTEE, MARIO CRISCITO              08/21/2006         0.00    NO   01      REDEEMED    CD
                 32 CHELSEA DR
                 LIVINGSTON NJ  07039
```

## SAVINGS/TIME DEPOSIT — INDEPENDENCE COMMUNITY BANK — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 50542  
PROCESS DATE 04/26/04  
PROCESS THRU 04/26/04

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT | SEQ | BALANCE | DESCRIPTION / SOURCE | TRC NBR | BRN / STAMP |
|---------|------|----|--------|-----|-----|---------|----------------------|---------|-------------|
| 011080007053001 | 06/04/02 | 0102 (DB) | 6,091,424.29 | 00000 | 22039 | 6,091,424.29 | TRANSFER DEP | TRC NBR: 5248 | BRN: 110  06/04/02 10.46 |
| 011080007053001 | 06/30/02 | GT01 | 21,732.69 | | | 6,113,156.96 | INTEREST EARNED | | |
| 011080007053001 | 07/30/02 | GT01 | 26,013.40 | | | 6,139,170.36 | INTEREST EARNED | | |
| 011080007053001 | 08/30/02 | GT01 | 26,124.09 | | | 6,165,294.45 | INTEREST EARNED | | |
| 011080007053001 | 09/30/02 | GT01 | 25,387.22 | | | 6,190,681.67 | INTEREST EARNED | | |
| 011080007053001 | 10/30/02 | GT01 | 26,343.28 | | | 6,217,024.95 | INTEREST EARNED | | |
| 011080007053001 | 11/30/02 | GT01 | 25,600.23 | | | 6,242,625.18 | INTEREST EARNED | | |
| 011080007053001 | 12/30/02 | GT01 | 26,564.33 | | | 6,269,189.51 | INTEREST EARNED | | |
| TOTAL | | | .00 | | 0 (CR) | 6,269,189.51 | 8 | | |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE COMMUNITY BANK — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 58125  
PROCESS DATE 04/26/04  
PROCESS THRU 04/26/04

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT | SEQ | BALANCE | DESCRIPTION / SOURCE | TRC NBR | BRN / STAMP |
|---------|------|----|--------|-----|-----|---------|----------------------|---------|-------------|
| 011080007053001 | 01/25/03 | 0202 | 12,894.25 | 00000 | 15226 | 6,282,083.76 | PD INT-PENALTY | TRC NBR: 3092 | BRN: 110 CLS-N  01/25/03 8.19 |
| 011080007053001 | 01/25/03 | 0100 | 200,032.87 | 00000 | 15429 | 6,281,850.89 | CASH DEP | TRC NBR: 3092 | BRN: 110  01/25/03 8.19 |
| 011080007053001 | 01/22/04 | 0202 | 13,343.00 | | | 6,095,194.68 | TRANSFER WDL  WAIVE: PENALTY-N  FED TX-Y | TRC NBR: 5248 | BRN: 110 CLS-N  02/27/03 8.22 |
| 011080007053001 | 01/22/04 | 0100 | 1,850,000.00 | 00000 | 21396 | 7,945,194.68 | CASH DEP | TRC NBR: 3092 | BRN: 110 |
| 011080007053001 | 12/30/03 | GT01 | 23,675.54 | | | 6,968,870.22 | INTEREST EARNED | | |
| 011080007053001 | 11/29/03 | GT01 | 33,910.04 | | | 7,968,580.89 | INTEREST EARNED | | |
| 011080007053001 | 10/30/03 | GT01 | 34,194.56 | | | 8,002,780.26 | INTEREST EARNED  WAIVE: PENALTY-N  FED TX-Y | | |
| 011080007053001 | 09/29/03 | GT01 | 34,213.36 | | | 8,035,733.80 | INTEREST EARNED | | |
| 011080007053001 | 08/29/03 | GT01 | 34,481.47 | | | 8,069,158.36 | INTEREST EARNED | | |
| 011080007053001 | 07/30/03 | GT01 | 34,230.05 | | | 8,109,156.41 | INTEREST EARNED | | |
| 011080007053001 | 06/30/03 | GT01 | 33,230.05 | | | 8,137,638.88 | INTEREST EARNED | | |
| 011080007053001 | 05/30/03 | 0202 | 200,000.55 | 00000 | 26972 | 7,937,639.33 | TRANSFER WDL  WAIVE: PENALTY-N  FED TX-Y | | |
| TOTAL | | | | | S 25546 | | | | |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE COMMUNITY BANK — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 18152  
PROCESS DATE 04/03/06  
PROCESS THRU 04/03/06

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT | SEQ | BALANCE | DESCRIPTION / SOURCE | TRC NBR | BRN / STAMP |
|---------|------|----|--------|-----|-----|---------|----------------------|---------|-------------|
| 011080007053001 | 08/30/03 | GT01 | 34,573.41 | | | 7,972,212.74 | INTEREST EARNED  WAIVE: PENALTY-N | | |
| 011080007053001 | 09/19/03 | 0202 | 20,275.20 | 00000 | 21191 | 7,992,987.94 | INTEREST EARNED | TRC NBR: 5248 | BRN: 110 CLS-N  W/D TYPE-PARTL  09/19/03 10.22 |
| 011080007053001 | 09/19/03 | 0202 | 150,000.00 | | | 7,842,987.94 | TRANSFER WDL  WAIVE: PENALTY-N  FED TX-Y | | |
| 011080007053001 | 10/10/03 | GT01 | 11,826.29 | | | 7,854,814.23 | INTEREST EARNED | | |
| 011080007053001 | 10/10/03 | GT01 | 10,766.66 | | | 7,865,580.89 | INTEREST EARNED  CHECK WDL | TRC NBR: 5248 | BRN: 110 CLS-N  W/D TYPE-PARTL  10/10/03 13.26 |
| 011080007053001 | 10/10/03 | 0201 | 74,867.00 | 00000 | 23714 | 7,790,713.89 | CHECK WDL  WAIVE: PENALTY-N  FED TX-Y | | |
| 011080007053001 | 11/29/03 | GT01 | 22,442.37 | | | 7,813,156.26 | INTEREST EARNED | | |
| 011080007053001 | 12/26/03 | GT01 | 34,172.72 | | | 7,845,328.98 | INTEREST EARNED | | |
| 011080007053001 | 12/26/03 | 0100 | 1,000,183.16 | 00000 | 23132 | 8,879,398.43 | CASH DEP | TRC NBR: 3092 | BRN: 110  12/26/03 12.14 |
| 011080007053001 | 01/07/04 | 0202 | 34,069.45 | | | 3,235,309.34 | INTEREST EARNED  TRANSFER WDL  WAIVE: PENALTY-N  FED TX-Y | TRC NBR: 3092 | BRN: 110 CLS-N  W/D TYPE-PARTL  01/07/04 8.33 |
| 011080007053001 | 01/22/04 | 0100 | 625,100.42 | | | | CASH DEP | TRC NBR: 3092 | BRN: 110  01/22/04 8.33 |
| 011080007053001 | 01/30/04 | GT01 | | | | | INTEREST EARNED  WAIVE: PENALTY-N  FED TX-Y  3 | | BRN: 110 CLS-N  W/D TYPE-PARTL  01/30/04 10.25 |
| TOTAL | | | 10,648.88  250,000.00 | | 1 (CR) | 8,667,009.02  37,610.59 | | | |

| TOTAL (summary) | | | AMOUNT | | | BALANCE | | | |
|-----------------|--|--|--------|--|--|---------|--|--|--|
| | | 0100 | 232.87 | | 0202 | 8,655,360.14 | | | |
| | | 0100 | 250,000.00 | | | 8,656,360.14 | | | |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 02/28/04 TOTAL | GT01 (DB) | 34,402.27 .00 | 0 (CR) | 8,701,411.29 34,402.27 | INTEREST EARNED 1 | *STS01004* | PROCESS DATE THRU 04/03/06 PROCESS DATE THRU 04/04/06 16883 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 03/30/04 TOTAL | GT01 (DB) | 36,925.85 .00 | 0 (CR) | 8,738,337.14 36,925.85 | INTEREST EARNED 1 | *STS01004* | BRN: 110  04/02/06  8.20 CLS-N  W/D TYPE-PARTL 23719 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY COMMUNITY BANK

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I 0110800705300I | 04/02/04 04/02/04 | GT01 0202 GT02 0202 | 2,387.68 100,000.00 | 00000 30232 | 8,740,724.82 8,640,724.82 | | *STS01004* | PROCESS DATE THRU 05/29/04 PROCESS DATE THRU 05/29/04 18268 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 04/29/04 TOTAL | GT01 (DB) | 33,112.99 100,000.00 | 1 (CR) | 8,673,837.81 35,500.67 | WAIVE: PENALTY-N  TRC NBR: 5384  FED TX-Y INTEREST EARNED 2 | *STS01004* | BRN: 110  04/02/04  8.20 CLS-N  W/D TYPE-PARTL 17554 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I 0110800705300I | 05/06/04 05/06/04 | GT01 0202 GT02 0202 | 7,112.13 3,259,143.02 | 00000 23454 | 8,680,949.94 5,421,806.92 | INTEREST EARNED 1 TRANSFER WDL  TRC NBR: 5663  FED TX-Y | *STS01004* | PROCESS DATE THRU 06/30/04 PROCESS DATE THRU 06/30/04 23661 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 05/29/04 TOTAL | GT01 (DB) | 18,547.49 3,259,143.02 | 1 (CR) | 5,440,354.41 25,659.62 | WAIVE: PENALTY-N  TRC NBR: CLS-N INTEREST EARNED 2 | *STS01004* | BRN: 110  05/06/04  13.25 CLS-N  W/D TYPE-PARTL 25956 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 06/29/04 TOTAL | GT01 (DB) | 22,340.75 .00 | 0 (CR) | 5,462,695.16 22,340.75 | INTEREST EARNED 1 | *STS01004* | PROCESS DATE THRU 07/31/04 PROCESS DATE THRU 07/31/04 28988 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 07/30/04 TOTAL | GT01 (DB) | 23,181.84 .00 | 0 (CR) | 5,485,877.00 23,181.84 | INTEREST EARNED 1 | *STS01004* | PROCESS DATE THRU 08/31/04 PROCESS DATE THRU 08/31/04 25956 |

SAVINGS/TIME DEPOSIT
INDEPENDENCE
MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | PAGE NO PROCESS DATE THRU |
|------|---------|------|-----|--------|---------|---------|----------------------|---|---------------------------|
| 04 | 0110800705300I | 08/30/04 TOTAL | GT01 (DB) | 23,280.21 .00 | 0 (CR) | 5,509,157.21 23,280.21 | INTEREST EARNED 1 | *STS01004* | PROCESS DATE THRU 09/30/04 PROCESS DATE THRU 09/30/04 28988 |

```
BANK    04

ACCOUNT  0110800705300I    DATE 09/29/04   TC GT01 (DB)   AMOUNT 22,623.29    SAVINGS/TIME DEPOSIT
                                                                              INDEPENDENCE
                                                                              MONTHLY ACCOUNT HISTORY
                                                          BAT 0  SEQ          BALANCE 5,531,780.50    DESCRIPTION / SOURCE            *ST5O1OO4*   PAGE NO     110
                                                          0  (CR)             22,623.29               INTEREST EARNED                             PROCESS DATE 10/30/04
                                                                                                      1                                          PROCESS THRU 10/30/04   34257

ACCOUNT  0110800705300I    DATE 10/30/04   TC GT01 (DB)   AMOUNT 23,475.01                            DESCRIPTION / SOURCE            *ST5O1OO4*   PAGE NO     110
                                                                              BALANCE                 INTEREST EARNED                             PROCESS DATE 11/30/04
                                                          0  (CR)             5,555,255.51            1                                          PROCESS THRU 11/30/04   28323
                                                                              23,475.01

ACCOUNT  0110800705300I    DATE 11/01/04   TC 0202       AMOUNT 23,475.01     SAVINGS/TIME DEPOSIT
         TOTAL                                                                INDEPENDENCE
                                                                              MONTHLY ACCOUNT HISTORY
                                                          BAT 00000  SEQ 38985 BALANCE 5,531,780.50  DESCRIPTION / SOURCE            *ST5O1OO4*   PAGE NO     110
                                                                                                      TRANSFER WDL   TRC NBR: 5663               BRN: 011    01/01/04   8.10
                                                                                                      WAIVE: PENALTY-N   FED TX-Y               CLS-N      W/D TYPE-PARTL   27,431

ACCOUNT  0110800705300I    DATE 11/29/04   TC GT01 (DB)   AMOUNT 22,719.42    DESCRIPTION / SOURCE
         TOTAL                                            1  (CR)             23,475.01               INTEREST EARNED                *ST5O1OO4*   PAGE NO     110
                                                                              22,719.42               1
                                                                              5,554,499.92

ACCOUNT  0110800705300I    DATE 12/30/04   TC GT01 (DB)   AMOUNT 23,571.42    SAVINGS/TIME DEPOSIT
                           TOTAL           GT01                               INDEPENDENCE
                                           GT01                               MONTHLY ACCOUNT HISTORY
                                                          BAT 0  SEQ          BALANCE 5,578,071.34   DESCRIPTION / SOURCE            *ST5O1OO4*   PAGE NO     110
                                                          0  (CR)             23,571.42               INTEREST EARNED                             PROCESS DATE 01/31/05
                                                                              37.07                   1                                          PROCESS THRU 01/31/05   32673
                                                                              8,772.38

BANK    04

ACCOUNT  0110800705300I    DATE 01/07/05   TC 0201       AMOUNT 5,000.00      DESCRIPTION / SOURCE
                                                          BAT 00000  SEQ 32977 BALANCE 5,573,071.34  CHECK WDL      TRC NBR: 5663    *ST5O1OO4*   PAGE NO     011
                                                                                                      WAIVE: PENALTY-N   FED TX-Y               BRN: 011   01/07/05   8.28
                                                                                                                                                CLS-N      W/D TYPE-PARTL  31616

ACCOUNT  0110800705300I    DATE 01/07/05   TC 0201       AMOUNT 20,000.00    BAT 00000  SEQ 32976    BALANCE 5,553,071.34  WAIVE: PENALTY-N  TRC NBR: 5663  BRN: 011   01/07/05   8.30
                                                                                                                          FED TX-Y                        CLS-N      W/D TYPE-PARTL

ACCOUNT  0110800705300I    DATE 01/21/05   TC 0202       AMOUNT 50,000.00    BAT 00000  SEQ 28080    BALANCE 5,503,071.34  WAIVE: PENALTY-N  TRC NBR: 5248  BRN: 011   01/21/05   13.58
                                                                                                                          FED TX-Y                        CLS-N      W/D TYPE-PARTL

ACCOUNT  0110800705300I    DATE 01/29/05   TC 0202       AMOUNT 23,583.49    BAT  3  (CR)             BALANCE 5,526,654.83  TRANSFER WDL  TRC NBR: 5248     BRN: 011   01/07/05   13.58
         TOTAL                             GT01                 75,000.00                             23,583.49            WAIVE: PENALTY-N   FED TX-Y     CLS-N      W/D TYPE-PARTL

BANK    04

ACCOUNT  0110800705500I    DATE 12/30/04   TC GT01 (DB)   AMOUNT 23,571.42   SAVINGS/TIME DEPOSIT
                           TOTAL           GT01                               INDEPENDENCE
                                           GT01                               MONTHLY ACCOUNT HISTORY
                                                          BAT 0  SEQ          BALANCE 23,571.42       DESCRIPTION / SOURCE           *ST5O1OO4*   PAGE NO     011
                                                                              8,772.38               INTEREST EARNED                             PROCESS DATE 02/10/05
                                                                                                                                                PROCESS THRU 03/31/05   2G427

BANK    04

ACCOUNT  0110800705300I    DATE 01/07/05   TC 0201       AMOUNT 4,449.59                             DESCRIPTION / SOURCE
                                           0202                               SAVINGS/TIME DEPOSIT   INTEREST EARNED                *ST5O1OO4*   PAGE NO     011
                                                          BAT 00000  SEQ 21405 BALANCE 5,416,256.84                                             BRN: 011   02/10/05   7.47
                                                                                4,230,106.84         TRANSFER WDL  TRC NBR: 5605    FED TX-Y    CLS-N      W/D TYPE-PARTL
                                                                                                      WAIVE: PENALTY-N

ACCOUNT  01108007053001    DATE 02/16/05   TC 0202       AMOUNT 1,186,150.00 BAT 00000  SEQ 23303   BALANCE 5,534,230.25   DESCRIPTION / SOURCE  *ST5O1OO4*  PAGE NO     011
                                                                                                     5,411,807.25          TRANSFER WDL  TRC NBR: 5605       BRN: 011   02/16/05  10.55
                                                                                                                           WAIVE: PENALTY-N  FED TX-Y       CLS-N      W/D TYPE-PARTL

ACCOUNT  01108007053001    DATE 02/18/05   TC GT01       AMOUNT 1-159.01     BAT 00000  SEQ 32976    BALANCE 4,231,265.85  INTEREST EARNED  TRC NBR: 5663    BRN: 011   02/16/05  10.55
                                                                                                                          WAIVE: PENALTY-N  FED TX-Y

ACCOUNT  01108007053001    DATE 02/18/05   TC 0202       AMOUNT 50,000.00    BAT 00000  SEQ 28425    BALANCE 4,231,265.85  TRANSFER WDL  TRC NBR: 5248       BRN: 011   02/18/05   8.36
                                                                                                     4,181,265.85         WAIVE: PENALTY-N  FED TX-Y        CLS-N      W/D TYPE-PARTL

ACCOUNT  01100007053001    DATE 02/26/05   TC GT01       AMOUNT 5,731.29     BAT  3  (CR)            BALANCE 4,186,997.14  INTEREST EARNED
         TOTAL                             GT01                1,358,573.00                           18,915.31            4
```

## SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 33920  
PROCESS DATE THRU 04/20/05  
PROCESS DATE THRU 05/31/05

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 0110800070053001 | 03/18/05 | GT01 0100 | 95,975.00 | 00000 3045 | 4,282,972.14 | CASH DEP  TRC NBR: 5663 | BRN: 011 CLS-N | 05/02/05 |
| | 0110800070053001 | 03/25/05 | GT01 0100 | 14,454.70 | | 4,297,426.84 | INTEREST EARNED  TRC NBR: 3092 FED TX-Y | BRN: 011 CLS-N | 03/18/05 W/D TYPE-PARTL |
| | 0110800070053001 | 03/25/05 | GT01 0202 | 50,000.00 | 00000 27445 | 4,247,426.84 | TRANSFER WDL  TRC NBR: 3092 FED TX-Y | | |
| | | 03/30/05 TOTAL | GT01 (DB) | 3,492.23  50,000.00 | 1 (CR) | 4,250,919.07  113,921.93 | WAIVE: PENALTY-N  INTEREST EARNED 3 | | 03/25/05 10.45 |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 27884  
PROCESS DATE THRU 05/31/05

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 0110800070053001 | 04/08/05 | GT01 0102 | 500,000.00 | 00000 32790 | 4,750,919.07 | TRANSFER DEP  TRC NBR: 5248 | BRN: 011 CLS-N | 04/08/05 |
| | 0110800070053001 | 04/29/05 | GT01 0100 | 19,013.30 | | 4,769,932.37 | INTEREST EARNED | BRN: 011 CLS-N | 9.25 |
| | | 04/29/05 TOTAL | GT01 (DB) | .00 | 0 (CR) | 519,013.30 | WAIVE: PENALTY-N  INTEREST EARNED 2 | | |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 27027  
PROCESS DATE THRU 06/30/05

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 0110800070053001 | 05/02/05 | GT01 0102 | 1,306.92 | 00000 33760 | 4,771,239.29 | INTEREST EARNED  TRC NBR: 5663 | BRN: 011 CLS-N | 05/02/05  8.03 |
| | 0110800070053001 | 05/02/05 | GT01 0202 | 100,000.00 | | 4,671,239.29 | TRANSFER WDL  TRC NBR: 5663 FED TX-Y | | W/D TYPE-PARTL |
| | 0110800070053001 | 05/24/05 | GT01 0100 | 14,097.97 | 00000 22444 | 4,685,337.26 | INTEREST EARNED  TRC NBR: 5663 | BRN: 011 CLS-N | 05/24/05  12.35 |
| | 0110800070053001 | 05/24/05 | GT01 0202 | 200,000.00 | | 4,485,337.26 | TRANSFER WDL  TRC NBR: 5663 FED TX-Y | | W/D TYPE-PARTL |
| | | 05/28/05 TOTAL | GT01 (DB) | 4,302.78  300,000.00 | 2 (CR) | 4,489,640.04  19,707.67 | WAIVE: PENALTY-N  INTEREST EARNED 3 | | |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 33608  
PROCESS DATE THRU 07/30/05

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 0110800070053001 | 06/10/05 | GT01 0100 | 6,153.08 | 00000 28188 | 4,495,794.02 | INTEREST EARNED  TRC NBR: 5248 | BRN: 011 CLS-N | 06/10/05  8.23 |
| | 0110800070053001 | 06/10/05 | GT01 0202 | 100,000.00 | | 4,407,852.98 | TRANSFER WDL  TRC NBR: 5248 FED TX-Y | | W/D TYPE-PARTL |
| | | 06/29/05 TOTAL | GT01 (DB) | 12,058.96  100,000.00 | 1 (CR) | 4,407,852.98  18,212.94 | WAIVE: PENALTY-N  INTEREST EARNED 2 | | |

## SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

*STS01004*  
PAGE NO 26746  
PROCESS DATE THRU 09/30/05

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 0110800070053001 | 08/05/05 | GT01 0102 | 2,964.09 | 00000 28911 | 4,329,354.46 | INTEREST EARNED | BRN: 011 CLS-N | 7.50 |
| | 0110800070053001 | 08/05/05 | GT01 0202 | 166,706.87 | | 4,162,647.59 | TRANSFER WDL | BRN: 011 CLS-N | 08/05/05 W/D TYPE-PARTL |
| | | 08/30/05 TOTAL | GT01 (DB) | 14,851.28  166,706.87 | 1 (CR) | 4,177,498.87  17,815.37 | | | |

### SAVINGS/TIME DEPOSIT — INDEPENDENCE — MONTHLY ACCOUNT HISTORY

| BANK | ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|---|
| 04 | 0110800705300 1 | 09/14/05 09/14/05 | GT01 0202 | 8,018.78 / 100,000.00 | 00000 19581 | 4,185,517.65 / 4,085,517.65 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5189; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED  *STSO1004* | PAGE NO 011  PROCESS DATE 09/14/05  PROCESS THRU 10/31/05  32797  8.02  W/D TYPE-PARTL  CLS-N  BRN: 011 |
|  | 0110800705300 1 | 09/29/05 TOTAL | GT01 (DB) | 8,963.77 / 100,000.00 | 1 (CR) | 4,094,481.42 / 16,982.55 | INTEREST EARNED |  |
| 04 | 0110800705300 1 | 10/28/05 TOTAL | GT01 (DB) | 17,423.30 / .00 | 0 (CR) | 4,111,904.72 / 17,423.30 | INTEREST EARNED 1  *STSO1004* | PAGE NO 011  PROCESS DATE 11/30/05  PROCESS THRU 11/30/05  25860  W/D TYPE-PARTL  CLS-N  BRN: 011 |
|  | 0110800705300 1 | 11/28/05 11/28/05 | GT01 0202 | 15,600.89 / 100,000.00 | 00000 25007 | 4,127,705.61 / 4,027,705.61 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5177; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED  *STSO1004* | PAGE NO 011  PROCESS DATE 11/28/05  PROCESS THRU 11/30/05  25139  W/D TYPE-PARTL  CLS-N  BRN: 011 |
|  | 0110800705300 1 | 11/29/05 TOTAL | GT01 (DB) | 1,103.55 / 100,000.00 | 1 (CR) | 4,028,809.16 / 16,904.44 | INTEREST EARNED 2 |  |
| 04 | 0110800705300 1 | 12/10/05 12/10/05 | GT01 0202 | 5,522.32 / 150,000.00 | 00000 17809 | 4,034,331.48 / 3,884,331.48 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5476; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED  *STSO1004* | PAGE NO 011  PROCESS DATE 12/10/05  PROCESS THRU 01/31/06  32973  11.56  W/D TYPE-PARTL  CLS-N  BRN: 011 |
|  | 0110800705300 1 | 12/30/05 TOTAL | GT01 (DB) | 11,189.43 / 150,000.00 | 1 (CR) | 3,895,520.91 / 16,711.75 | INTEREST EARNED |  |
|  | 0110800705300 1 | 01/27/06 01/27/06 | GT01 0202 | 14,433.78 / 100,000.00 | 00000 29966 | 3,909,954.69 / 3,809,954.69 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5476; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED 2  *STSO1004* | PAGE NO 011  PROCESS DATE 12/28/05  PROCESS THRU 02/28/06  25690  W/D TYPE-PARTL  CLS-N  BRN: 011 |
|  | 0110800705300 1 | 01/30/06 TOTAL | GT01 (DB) | 2,008.07 / 100,000.00 | 1 (CR) | 3,812,042.76 / 16,521.85 | TRANSFER WDL TRC NBR: 5476; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED  *STSO1004* | PAGE NO 011  PROCESS DATE 01/27/06  PROCESS THRU 02/28/06  10.52  W/D TYPE-PARTL  CLS-N  BRN: 011 |
| 04 | 0110800705300 1 | 02/08/06 02/08/06 | GT01 0202 | 4,179.59 / 15,000.00 | 00000 20624 | 3,815,222.35 / 3,801,222.35 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5946; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED | PAGE NO 011  PROCESS DATE 02/08/06  PROCESS THRU 03/31/06  24303  11.53  W/D TYPE-PARTL |
|  | 0110800705300 1 | 02/09/06 02/09/06 | GT01 0202 | 520.71 / 35,000.00 | 00000 22727 | 3,801,743.06 / 3,766,743.06 | INTEREST EARNED; TRANSFER WDL TRC NBR: 5476; WAIVE: PENALTY-N FED TX-Y; INTEREST EARNED 3 | PAGE NO 011  PROCESS DATE 02/09/06  PROCESS THRU 03/31/06  8.55  W/D TYPE-PARTL |
|  | 0110800705300 1 | 02/27/06 TOTAL | GT01 (DB) | 9,815.95 / 50,000.00 | 2 (CR) | 3,776,559.01 / 14,516.25 |  |  |

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 03/30/06 | GT01 (DB) | 16,070.44 | 0 0 (CR) | 3,792,629.45  16,070.44 | INTEREST EARNED 1 | PAGE NO 32451  PROCESS DATE 04/29/06  PROCESS THRU 04/29/06 |

SAVINGS/TIME DEPOSIT INDEPENDENCE MONTHLY ACCOUNT HISTORY   *STS01004*

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 04/06/06 | 0102 | 66,000.00 | 0 27016 | 3,858,629.45 | TRANSFER DEP  TRC NBR: 5946 | PAGE NO 25118 |
| 0110800705300L | 04/29/06 | GT01 | 15,834.48 |  | 3,874,463.93 | INTEREST EARNED 2 | PROCESS DATE 05/05/06 |
|  | TOTAL | (DB) | .00 |  | 81,834.48 |  | PROCESS THRU 05/31/06 |

BRN: 011  04/06/06   8.03   CLS-N  W/D TYPE-PARTL

SAVINGS/TIME DEPOSIT INDEPENDENCE MONTHLY ACCOUNT HISTORY   *STS01004*

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 05/05/06 | 0102 | 2,654.46 | 00000 31217 | 3,877,118.39 | INTEREST EARNED | PAGE NO 25527 |
| 0110800705300L | 05/05/06 | 0202 | 106,000.00 |  | 3,777,118.39 | WAIVE: PENALTY-N  FED TX-Y | PROCESS DATE 06/30/06 |
|  | TOTAL | (DB) | 100,000.00 |  |  |  | PROCESS THRU 06/30/06 |

BRN: 011  05/05/06  13.13   CLS-N   W/D TYPE-PARTL

SAVINGS/TIME DEPOSIT INDEPENDENCE MONTHLY ACCOUNT HISTORY   *STS01004*

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 05/30/06 | GT01 (DB) | 13,475.82 | 1 (CR) | 3,790,594.21  16,130.28 | INTEREST EARNED 2 | PAGE NO 31884  PROCESS DATE 07/31/06  PROCESS THRU 07/31/06 |
|  | TOTAL |  | 100,000.00 |  |  |  |  |

BRN: 011  06/03/06   8.20   CLS-N   W/D TYPE-PARTL

SAVINGS/TIME DEPOSIT INDEPENDENCE MONTHLY ACCOUNT HISTORY   *STS01004*

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 06/03/06 | GT01 | 1,557.99 | 00000 23582 | 3,792,152.20 | CHECK WDL  TRC NBR: 5946 | PAGE NO 24747 |
| 0110800705300L | 06/03/06 | 0201 | 20,000.00 |  | 3,772,152.20 | WAIVE: PENALTY-N  FED TX-Y | PROCESS DATE 08/31/06 |
|  | TOTAL | (DB) | 20,000.00 | 1 (CR) | 3,796,128.87  15,534.66 | INTEREST EARNED 2 | PROCESS THRU 08/31/06 |

BRN: 011  07/05/06  10.55   CLS-N   W/D TYPE-PARTL

SAVINGS/TIME DEPOSIT INDEPENDENCE MONTHLY ACCOUNT HISTORY

BANK 04

| ACCOUNT | DATE | TC | AMOUNT | BAT SEQ | BALANCE | DESCRIPTION / SOURCE | PAGE NO / PROCESS |
|---|---|---|---|---|---|---|---|
| 0110800705300L | 07/05/06 | GT01 | 2,593.95 | 00000 26888 | 3,788,722.82 | INTEREST EARNED | PAGE NO |
| 0110800705300L | 07/05/06 | 0202 | 130,000.00 |  | 3,658,722.82 | WAIVE: PENALTY-N  TRC NBR: 9482  FED TX-Y |  |
| 0110800705300L | 07/14/06 | 0102 | 4,513.22 | 00000 29567 | 3,663,236.04 | TRANSFER DEP  TRC NBR: 5946 |  |
| 0110800705300L | 07/14/06 | 0202 | 262,000.00 |  | 3,401,236.04 | WAIVE: PENALTY-N  FED TX-Y |  |
| 0110800705300L | 07/29/06 | GT01 (DB) | 7,929.38 |  | 3,409,165.42 | INTEREST EARNED 3 |  |
|  | TOTAL |  | 392,000.00 | 2 (CR) | 15,036.55 | WAIVE: PENALTY-N |  |

BRN: 011  07/14/06   9.58   CLS-N   W/D TYPE-PARTL

RANK   04

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU FRIDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/01/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 13,266.67 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/01/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | YTD INTEREST BALANCE | PROJECTED ACCRUED 1,207.71 | 4,299,466.92 | | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 1,207.71 | | | | | 42148 |
| | | | | | | | | | 1 |

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU SATURDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/02/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 15,078.86 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/04/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | PROJECTED ACCRUED 3,019.90 | 4,301,279.11 | RA | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 3,019.90 | | | | | 42161 |
| | | | | | | | | | 1 |

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU TUESDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/05/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 15,683.98 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/05/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | PROJECTED ACCRUED 3,624.13 | 4,301,883.34 | RA | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 3,624.13 | | | | | 42178 |
| | | | | | | | | | 1 |

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU WEDNESDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/06/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 16,287.40 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/06/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | PROJECTED ACCRUED 4,228.44 | 4,302,487.65 | RA | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 4,228.44 | | | | | 42127 |
| | | | | | | | | | 1 |

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU THURSDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/07/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 16,891.80 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/07/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | PROJECTED ACCRUED 4,832.84 | 4,303,092.05 | RA | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 4,832.84 | | | | | 42135 |
| | | | | | | | | | 1 |

---

**BANK 04**

| ACCOUNT NUMBER 11080070S3001 | SYS ACT 100 | ACCR RATE 5.000000 | CURRENT BALANCE 4,407,852.98 | SAVINGS/TIME DEPOSIT INDEPENDENCE | CLOSING BALANCE | *ST3IIU FRIDAY | NO OF ACCS | PAGE NO PROCESS | DATE 07/08/2005 |
| SHORT NAME CARDIOLOGY DI | ACT 660 | TERM 60 MOS | AVAILABLE BALANCE 4,407,852.98 | COMBINED BALANCE 17,496.28 | YTD INTEREST PAID 117,379.64 | PROCESS | | | | AP NR THRU 07/08/2005 |
| CD/PSBK CUST 011080070S3 | | TOTAL CURR BAL | | PROJECTED ACCRUED 5,437.32 | 4,303,696.53 | | PROCESS | C **CODES*** |
| | | | | TOTAL ACCR INT 5,437.32 | | | | | 42146 |
| | | | | | | | | | 1 |

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000                              COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS                                YTD INTEREST PAID
CD/PSBK CUST 0110807053    TOTAL CURR BAL                        PROJECTED ACCRUED
                                                                 TOTAL ACCR INT

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,407,852.98          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,407,852.98          YTD INTEREST PAID    117,379.64
CD/PSBK CUST 0110807053    TOTAL CURR BAL  18,705.48             PROJECTED ACCRUED    6,646.52
                                           4,407,852.98          TOTAL ACCR INT

CLOSING BALANCE    RA    4,304,905.73    *ST3IIU    PAGE NO    42143
                                          SATURDAY   PROCESS   DATE  07/09/2005
                                          6,646.52  * PROCESS  THRU  07/10/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,407,852.98          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,407,852.98          YTD INTEREST PAID    117,379.64
CD/PSBK CUST 0110807053    TOTAL CURR BAL  19,310.21             PROJECTED ACCRUED    7,251.25
                                           4,407,852.98          TOTAL ACCR INT

CLOSING BALANCE    RA    4,305,510.46    *ST3IIU    PAGE NO    42150
                                          SUNDAY     PROCESS   DATE  07/10/2005
                                                    * PROCESS  THRU  07/11/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,407,852.98          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,407,852.98          YTD INTEREST PAID    117,379.64
CD/PSBK CUST 0110807053    TOTAL CURR BAL  19,915.01             PROJECTED ACCRUED    7,856.05
                                           4,407,852.98          TOTAL ACCR INT

CLOSING BALANCE    RA    4,306,115.26    *ST3IIU    PAGE NO    42162
                                          MONDAY     PROCESS   DATE  07/11/2005
                                                    * PROCESS  THRU  07/12/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,407,852.98          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,407,852.98          YTD INTEREST PAID    117,379.64
CD/PSBK CUST 0110807053    TOTAL CURR BAL  20,519.99             PROJECTED ACCRUED    8,460.95
                                           4,407,852.98          TOTAL ACCR INT

CLOSING BALANCE    RA    4,306,720.16    *ST3IIU    PAGE NO    42164
                                          TUESDAY    PROCESS   DATE  07/12/2005
                                                    * PROCESS  THRU  07/13/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,407,852.98          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,407,852.98          YTD INTEREST PAID    117,379.64
CD/PSBK CUST 0110807053    TOTAL CURR BAL  21,124.88             PROJECTED ACCRUED    9,065.92
                                           4,407,852.98          TOTAL ACCR INT

CLOSING BALANCE    RA    4,307,325.13    *ST3IIU    PAGE NO    42174
                                          WEDNESDAY  PROCESS   DATE  07/13/2005
                                                    * PROCESS  THRU  07/14/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

BANK 04

ACCOUNT NUMBER      SYS    ACCR RATE       CURRENT BALANCE       SAVINGS/TIME DEPOSIT
SHORT NAME          ACT    TERM            AVAILABLE BALANCE     INDEPENDENCE
1108007053001       100    5.000000        4,316,918.90          COMBINED TRIAL BALANCE
CARDIOLOGY DI       660    60 MOS          4,316,918.90          YTD INTEREST PAID    126,445.56
CD/PSBK CUST 0110807053    TOTAL CURR BAL  591.36                PROJECTED ACCRUED    591.36
                                           4,316,918.90          TOTAL ACCR INT       591.36

CLOSING BALANCE    RA    4,209,882.97    *ST3IIU    PAGE NO    42177
                                          THURSDAY   PROCESS   DATE  07/14/2005
                                          9,065.92  * FRIDAY   THRU  07/15/2005
                                                      NO OF ACCS  AP  **CODES***
                                                                  NR
                                                                  C
                                                                  1

CLOSING BALANCE    RA    9,065.92    *ST3IIU    PAGE NO
                                      FRIDAY     PROCESS
                                    * PROCESS
                                      NO OF ACCS
                                      591.36

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,214,024.75   *ST31IU   NO OF ACCS   PAGE NO         42229
                 AVAILABLE BALANCE  4,316,918.90                                           FRIDAY                PROCESS DATE    07/22/2005
                 COMBINED BALANCE   4,733.14                                                      *            PROCESS THRU    07/22/2005
                 SAVINGS/TIME DEPOSIT                                                                           **CODES***
                 INDEPENDENCE                                                                                   AP
                 YTD INTEREST PAID  126,445.56                                                                  NR
                 PROJECTED ACCRUED  4,733.14                                                                    C
                 TOTAL ACCR INT     4,733.14                                                                    1
```

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,213,432.82   *ST31IU   NO OF ACCS   PAGE NO         42221
                 AVAILABLE BALANCE  4,141.21                                               THURSDAY              DATE    07/21/2005
                 COMBINED BALANCE   4,141.21                                                      *            THRU    07/21/2005
                 SAVINGS/TIME DEPOSIT                                                                           **CODES***
                 INDEPENDENCE                                                                                   AP
                 YTD INTEREST PAID  126,445.56                                                                  NR
                 PROJECTED ACCRUED  4,141.21                                                                    C
                 TOTAL ACCR INT     4,141.21                                                                    1
```

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,212,840.98   *ST31IU    NO OF ACCS   PAGE NO         42220
                 AVAILABLE BALANCE  3,549.37                                               WEDNESDAY              DATE    07/20/2005
                 COMBINED BALANCE   3,549.37                                                      *             THRU    07/20/2005
                 SAVINGS/TIME DEPOSIT                                                                            **CODES***
                 INDEPENDENCE                                                                                    AP
                 YTD INTEREST PAID  126,445.56                                                                   NR
                 PROJECTED ACCRUED  3,549.37                                                                     C
                 TOTAL ACCR INT     3,549.37                                                                     1
```

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,212,249.21   *ST31IU   NO OF ACCS   PAGE NO         42201
                 AVAILABLE BALANCE  2,957.60                                               TUESDAY               DATE    07/19/2005
                 COMBINED BALANCE   2,957.60                                                      *            THRU    07/19/2005
                 SAVINGS/TIME DEPOSIT                                                                           **CODES***
                 INDEPENDENCE                                                                                   AP
                 YTD INTEREST PAID  126,445.56                                                                  NR
                 PROJECTED ACCRUED  2,957.60                                                                    C
                 TOTAL ACCR INT     2,957.60                                                                    1
```

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,211,657.53   *ST31IU   NO OF ACCS   PAGE NO         42188
                 AVAILABLE BALANCE  2,365.92                                               MONDAY                DATE    07/18/2005
                 COMBINED BALANCE   2,365.92                                                      *            THRU    07/18/2005
                 SAVINGS/TIME DEPOSIT                                                                           **CODES***
                 INDEPENDENCE                                                                                   AP
                 YTD INTEREST PAID  126,445.56                                                                  NR
                 PROJECTED ACCRUED  2,365.92                                                                    C
                 TOTAL ACCR INT     2,365.92                                                                    1
```

```
BANK  04

ACCOUNT NUMBER   1108007053001      SYS ACT 100    ACCR RATE  5.000000
SHORT NAME                          ACT     600    TERM       60 MOS
CARDIOLOGY DI
CO/PSBK CUST 0110800705 3           TOTAL CURR BAL

                 CURRENT BALANCE    4,316,918.90        CLOSING BALANCE    4,211,065.93   *ST31IU   NO OF ACCS   PAGE NO         42177
                 AVAILABLE BALANCE  1,774.32                                               SATURDAY              DATE    07/16/2005
                 COMBINED BALANCE   1,774.32                                                      *            THRU    07/17/2005
                 SAVINGS/TIME DEPOSIT                                                                           **CODES***
                 INDEPENDENCE                                                                                   AP
                 YTD INTEREST PAID  126,445.56                                                                  NR
                 PROJECTED ACCRUED  1,774.32                                                                    C
                 TOTAL ACCR INT     1,774.32                                                                    1
```

4015/048

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 126,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 3,917.23
YTD INTEREST PAID 3,917.23
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,215,208.84   RA   *ST3I1U SATURDAY *   NO OF ACCS   PAGE NO   42223
PROCESS DATE 07/23/2005
PROCESS THRU 07/24/2005
PROCESS **CODES***
AP
NR
C
1

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 101 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 126,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 6,509.40
YTD INTEREST PAID 6,509.40
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,215,801.01   RA   *ST3I1U MONDAY *   NO OF ACCS   PAGE NO   42225
PROCESS DATE 07/25/2005
PROCESS THRU 07/25/2005
PROCESS **CODES***
AP
NR
C
1

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 101 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 126,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 7,101.65
YTD INTEREST PAID 7,101.65
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,216,393.26   RA   *ST3I1U TUESDAY *   NO OF ACCS   PAGE NO   42230
PROCESS DATE 07/26/2005
PROCESS THRU 07/26/2005
PROCESS **CODES***
AP
NR
C
1

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 101 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 126,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 7,693.99
YTD INTEREST PAID 7,693.99
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,216,985.60   RA   *ST3I1U WEDNESDAY *   NO OF ACCS   PAGE NO   42218
PROCESS DATE 07/27/2005
PROCESS THRU 07/27/2005
PROCESS **CODES***
AP
NR
C
1

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 101 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 126,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 8,286.40
YTD INTEREST PAID 8,286.40
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,217,578.01   RA   *ST3I1U THURSDAY *   NO OF ACCS   PAGE NO   42213
PROCESS DATE 07/28/2005
PROCESS THRU 07/28/2005
PROCESS **CODES***
AP
NR
C
1

BANK 04

ACCOUNT NUMBER 1108007053001
SHORT NAME
CARDIOLOGY DI
CO/PSBK CUST 0110800705

SYS ACT 100 660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
PROJECTED ACCRUED 128,445.56
TOTAL ACCR INT

CURRENT BALANCE 4,316,918.90
AVAILABLE BALANCE 4,316,918.90
COMBINED BALANCE 8,878.89
YTD INTEREST PAID 8,878.89
PROJECTED ACCRUED
4,316,918.90

CLOSING BALANCE 4,218,170.50   RA   *ST3I1U FRIDAY *   NO OF ACCS   PAGE NO   42220
PROCESS DATE 07/29/2005
PROCESS THRU 07/29/2005
PROCESS **CODES***
AP
NR
C
1

```
BANK  04                                    SAVINGS/TIME DEPOSIT          *ST31IU *        PAGE NO                    42218
                                            INDEPENDENCE                  SATURDAY         PROCESS DATE 07/30/2005
                                                                                          PROCESS THRU 07/31/2005
                                                                                          **CODES***

ACCOUNT NUMBER    SYS  ACCR RATE    CURRENT BALANCE      COMBINED TRIAL BALANCE
SHORT NAME        ACT  TERM         AVAILABLE BALANCE    YTD INTEREST PAID
11080705001       100  5.000000       4,326,390.37       PROJECTED ACCRUED
CARDIOLOGY DI     660  60 MOS         10,064.12            135,917.03
CD/PSBK CUST 0110800705J  TOTAL CURR BAL  4,326,390.37        592.65      TOTAL ACCR INT

                                                                      CLOSING BALANCE    RA             AP     C
                                                                       4,219,355.73      592.65   NO OF ACCS   NR
                                                                                                               1
```

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

SYS ACT 100
660
ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,409,165.42
AVAILABLE BALANCE    3,409,165.42
                     8,863.46
3,409,165.42  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     109,934.08
PROJECTED ACCRUED     934.08
TOTAL ACCR INT

CLOSING BALANCE  RA   3,325,301.56

*ST3IIU   *
TUESDAY

NO OF ACCS

PAGE NO       34935
PROCESS
PROCESS
DATE 08/01/2006
THRU 08/01/2006
**CODES***
NR
C
1

---

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,409,165.42
AVAILABLE BALANCE    3,409,165.42
                     9,330.60
3,409,165.42  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     109,644.51
PROJECTED ACCRUED     1,401.22
TOTAL ACCR INT

CLOSING BALANCE  RA   3,325,768.70

*ST3IIU   *
WEDNESDAY

NO OF ACCS

PAGE NO       34955
PROCESS
PROCESS
DATE 08/02/2006
THRU 08/02/2006
**CODES***
NR
C
1

---

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,409,165.42
AVAILABLE BALANCE    3,409,165.42
                     9,797.60
3,409,165.42  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     109,644.51
PROJECTED ACCRUED     1,868.42
TOTAL ACCR INT

CLOSING BALANCE  RA   3,326,235.90

*ST3IIU   *
THURSDAY

NO OF ACCS

PAGE NO       34969
PROCESS
PROCESS
DATE 08/03/2006
THRU 08/03/2006
**CODES***
NR
C
1

---

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,381,033.84
AVAILABLE BALANCE    3,381,033.84
                     463.15
3,381,033.84  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     111,512.93
PROJECTED ACCRUED     463.15
TOTAL ACCR INT

CLOSING BALANCE  RA   3,297,202.72

*ST3IIU   *
FRIDAY

NO OF ACCS

PAGE NO       34985
PROCESS
PROCESS
DATE 08/04/2006
THRU 08/04/2006
**CODES***
NR
C
1

---

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,381,033.84
AVAILABLE BALANCE    3,381,033.84
                     1,389.65
3,381,033.84  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     111,512.93
PROJECTED ACCRUED     1,389.65
TOTAL ACCR INT

CLOSING BALANCE  RA   3,298,129.22

*ST3IIU   *
SATURDAY

NO OF ACCS

PAGE NO       34993
PROCESS
PROCESS
DATE 08/05/2006
THRU 08/06/2006
**CODES***
AP
NR
C
1

---

BANK    04

ACCOUNT NUMBER   1108007053001
SHORT NAME       SYS ACT 100
CARDIOLOGY DI    660
CO/PSBK CUST 0110800007053

ACCR RATE 5.000000
TERM 60 MOS
TOTAL CURR BAL

CURRENT BALANCE      3,381,033.84
AVAILABLE BALANCE    3,381,033.84
                     1,853.00
3,381,033.84  TOTAL CURR BAL

SAVINGS/TIME DEPOSIT
INDEPENDENCE
COMBINED TRIAL BALANCE
YTD INTEREST PAID     111,512.93
PROJECTED ACCRUED     1,853.00
TOTAL ACCR INT

CLOSING BALANCE      3,298,592.57

*ST3IIU   *
MONDAY

NO OF ACCS

PAGE NO       35010
PROCESS
PROCESS
DATE 08/07/2006
THRU 08/07/2006
**CODES***
AP
NR
C
1

```
BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         2,316.41            PROJECTED ACCRUED           2,316.41
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,299,055.98   RA   *ST31IU TUESDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/08/2006   THRU 08/08/2006   **CODES***   AP NR C   J5029   1


BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         2,779.88            PROJECTED ACCRUED           2,779.88
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,299,519.45   RA   *ST31IU WEDNESDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/09/2006   THRU 08/09/2006   **CODES***   AP NR C   35046   1


BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         3,243.84            PROJECTED ACCRUED           3,243.42
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,299,982.99   RA   *ST31IU THURSDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/10/2006   THRU 08/10/2006   **CODES***   AP NR C   35067   1


BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         3,707.02            PROJECTED ACCRUED           3,707.02
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,300,446.59   RA   *ST31IU FRIDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/11/2006   THRU 08/11/2006   **CODES***   AP NR C   35088   1


BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         4,634.41            PROJECTED ACCRUED           4,634.41
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,301,373.98   RA   *ST31IU SATURDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/12/2006   THRU 08/13/2006   **CODES***   AP NR C   35093   1


BANK  04

ACCOUNT NUMBER  110800705J001          SYS          ACCR RATE          CURRENT BALANCE      SAVINGS/TIME DEPOSIT
SHORT NAME                             ACT   100     TERM   5.000000    AVAILABLE BALANCE    INDEPENDENCE
CARDIOLOGY DI                                660            60 MOS       3,381,033.84         COMBINED TRIAL BALANCE   3,381,033.84
CO/PSBK CUST 0110800705J                             TOTAL CURR BAL      3,381,033.84        YTD INTEREST PAID         111,512.93
                                                                         5,098.20            PROJECTED ACCRUED           5,098.20
                                                                         3,381,033.84        TOTAL ACCR INT

      CLOSING BALANCE   3,301,837.77   RA   *ST31IU MONDAY   *   NO OF ACCS
      PAGE NO PROCESS   DATE 08/14/2006   THRU 08/14/2006   **CODES***   AP NR C   35106   1
```

401 3/043

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35127 | |
| 1108007053001 | 100 | 5.000000 | 3,381,033.84 | INDEPENDENCE | CLOSING BALANCE | DATE 08/15/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 111,512.93 | | THRU 08/15/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 3,381,033.84 | PROJECTED ACCRUED 5,562.05 | 3,302,301.62 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU TUESDAY | AP NR C | |
| | | | | 5,562.05 | | NO OF ACCS 1 | |

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35140 | |
| 1108007053001 | 100 | 5.000000 | 3,381,033.84 | INDEPENDENCE | CLOSING BALANCE | DATE 08/16/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 111,512.93 | | THRU 08/16/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 3,381,033.84 | PROJECTED ACCRUED 111,512.93 | 3,302,765.54 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU WEDNESDAY | AP NR C | |
| | | | | 6,025.97 | | NO OF ACCS 1 | |

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35159 | |
| 1108007053001 | 100 | 5.000000 | 3,381,033.84 | INDEPENDENCE | CLOSING BALANCE | DATE 08/17/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 111,512.93 | | THRU 08/17/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 3,381,033.84 | PROJECTED ACCRUED 111,512.93 | 3,303,229.52 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU THURSDAY | AP NR C | |
| | | | | 6,489.95 | | NO OF ACCS 1 | |

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35178 | |
| 1108007053001 | 100 | 5.000000 | 3,381,033.84 | INDEPENDENCE | CLOSING BALANCE | DATE 08/18/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 111,512.93 | | THRU 08/18/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 3,381,033.84 | PROJECTED ACCRUED 6,953.99 | 3,303,693.56 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU FRIDAY | AP NR C | |
| | | | | 6,953.99 | | NO OF ACCS 1 | |

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35184 | |
| 1108007053001 | 100 | 5.000000 | 3,381,033.84 | INDEPENDENCE | CLOSING BALANCE | DATE 08/19/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 111,512.93 | | THRU 08/20/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 3,381,033.84 | PROJECTED ACCRUED 7,882.27 | 3,304,621.84 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU SATURDAY | AP NR C | |
| | | | | 7,882.27 | | NO OF ACCS 1 | |

---

BANK 04

| ACCOUNT NUMBER | SYS | ACCR RATE | CURRENT | | | | |
|---|---|---|---|---|---|---|---|
| SHORT NAME | ACT | TERM | AVAILABLE BALANCE | SAVINGS/TIME DEPOSIT | | PAGE NO 35206 | |
| 1108007053001 | 100 | 5.000000 | 0.00 | INDEPENDENCE | CLOSING BALANCE | DATE 08/21/2006 | |
| CARDIOLOGY DI | 660 | 60 MOS | COMBINED BALANCE | YTD INTEREST PAID 119,395.20 | | THRU 08/21/2006 | |
| CO/PSBK CUST 0110800705053 | | TOTAL CURR BAL | 0.00 | PROJECTED ACCRUED 0.00 | 0.00 RA | **CODES*** | |
| | | | | TOTAL ACCR INT | *ST31IU MONDAY | AP CR C | |
| | | | | 0.00 | | NO OF ACCS 1 | |



**WITHDRAWAL FROM**
**INDEPENDENCE**
**COMMUNITY BANK**

TO: 5700 34509

1/25/2003

**FOR:**
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 200,000

Charge to Account No. 1108007053001

Depositor's Name   Mario Crucito Pension Fund

Supervisor's Approval

1073 REV. 6/99

```
0005            110/03092/03092    1108007053 001         WITH
01/25/2003      01/15/2003          $200,000.00
                EFF    SOR    ST
                Trans    $200,000.00

                                            INDEPENDENCE C
```



DEPOSIT

Enter Your Account Number

001

| 1 | 1 | 0 | 8 | 0 | 0 | 7 | 0 | 5 | 3 |

☒ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☒ CD

Sign _Diagnostic & Clinical_
_Cardiology PA_
Address _Pension Fund_

Date _9/27/03_

**Independence**
Community Bank

1071

| | |
|---|---|
| Cash | |
| Check | 1850 000. 00 |
| | |
| | |
| | |
| **Total** | |
| Less Cash Returned | |
| **Deposit** | 850 000 00 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

---

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY

DOLLARS          CENTS

| | |
|---|---|
| TOTAL | |
| 0015 02/27/2003 | |
| ST | |

110/03092

Cash $1,850,000.00

1108007053 001
$1,850,000.00
AVAILABLE
BALANCE

DEPOSIT
$7,945,194.68
$7,945,194.68

INDEPENDENCE COMMUNITY BANK



PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

to: 5700 34 504

8/29/2003

FOR:
- ☐ RETURNED CHECK
- ☐ LOAN DELINQUENCY
- ☐ DIVIDEND REMITTANCE
- ☐ PRINCIPAL PAYOUT
- ☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 200,000 55

Charge to Account No. 110800 705 300 1

Depositor's
Name      Diagnostic e Clinical Card.

Supervisor's
Approval

1073 REV. 6/99

-0058
08/29/2003

110/03092

ST
Trans    $200,000.55

1108007053 001
$200,000.55          W11

**INDEPENDENCE**





VPL 67 043

0079
10/10/2003       110/05248

                 TOR   ST

1108007053 001
$74,867.00
AVAILABLE                WITHDRAWAL        CD
BALANCE       $7,790,713.89
              $7,790,713.89

INDEPENDENCE COMMUNITY BANK

**DEPOSIT**

Enter Your Account Number

| 1 | 1 | 0 | 8 | 0 | 0 | 7 | 0 | 5 | 3 | 001 |

☐ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign Diagnostic & clinical care

Address 111 chadwick Road

Date 12/26/2003

**Independence** Community Bank

1071

| | |
|---|---|
| Cash | |
| Check | 1,000,000 |
| | |
| | |
| Total | 1,000,000 |
| Less Cash Returned | |
| Deposit | 1,000,000 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT**

Debit G1. 110127



| ENTER TOTAL ON THE FRONT OF THIS TICKET | TOTAL | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | | DOLLARS | PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0005 12/26/2003 | | 110/03092 | | | | 110800705 3 001 $1,000,000.00 | | | | | | | |
| | | | ST Cash $1,000,000.00 | | | | AVAILABLE BALANCE | $8,845,328.98 $8,845,328.98 | DEPOSIT | | CD | | CENTS | |

INDEPENDENCE COMMUNITY BANK

```
{1120} OMAD:              20031226B1Q1371D00007912261206FT01
*##*#*#*#*#*#*#


#### 02 #### FT PROD ####     FT INCOMING        ####NORMAL MSG/ACCTG ENTRY####
{3100} Sender: 021001088 MARINE NYC              {2000} Amount:    $1,000,000.00
{3400} Receiver: 226071211 INDEPENDENCE SAV      {3600} Bus Function Code: CTR
{1510} Type Code:         1000
{3700} Charges:          S
{5000} Originator:        D7690863470
                          MARIO A CRISCITO TTEE
                          U/A DTD 04/01/76
                          11 CHADWICK ROAD
                          LIVINGSTON NJ 07039-1903
{5100} Originator's FI:   D000135798
                          MORGAN STANLEY DW INC
                          CLIENT WIRE ACCOUNT
                          195 BROADWAY 17TH FL
                          NEW YORK NY 10007
{5200} Instructing FI:    BMSNYUS33DWD
                          MORGAN STANLEY AND CO INC
                          1 PIERREPONT PLAZA
                          BROOKLYN NY 11201

{4200} Beneficiary:       D1108007053001
                          DIAGNOSTIC CLINICAL
                          CARDIOLOGY
                          MARIO A CRISCITO TRUSTEE
                          11 CHADWICK RD
{6500} FI to FI Info:     (BKCD)CRED
{1520} IMAD:              20031226B1Q8984C001624
{3320} Sender Ref:        360IS84453900000
{1110} Timestamp:         12261208FT01
{1120} OMAD:              20031226B1Q1371D00008012261208FT01
*#*#*#*#*#*#*#*#


Statistics for session 2:

        Number of Host Application messages processed:    3
Number of Host Service (DFS, ...) messages processed:     0
        Number of Acknowledgement messages processed:     0
                                                       ------
              Total Incoming queue count processed:       3

FEDLINE Incoming Processor (FLIP) ended normally.
```



Enter Your Account Number

| | | | | | | | |
|5|7|0|0|3|4|5|0|4|

☑ Checking ☐ Passbook Savings ☐ Statement Savings ☐ CD

Sign Mario A. Criscito

Address 11 Chadwick Rd

Date 1/22/2004

**Independence** Community Bank

1071

Fc: 110 900 7053 00 1

| Cash | | |
|------|------|---|
| Check | 250,000 | — |
| Total | 250,000 | — |
| Less Cash Returned | | |
| Deposit | 250,000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.S FUNDS AVAILABILITY

0029   01/22/2004   110705218   $1.00807053 001   $250,000.00   WITHDRAWAL   CD
Tot Trans   $250,000.00

INDEPENDENCE COMMUNITY BANK

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

WITHDRAWAL FROM
**INDEPENDENCE**
**COMMUNITY BANK**

TO: 570034504

1/22/2004

FOR:

☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $250.00

Charge to Account No. 1108 007 0553 001

Depositor's Name _Diagnostic & Clinical Card._

Supervisor's Approval _____

1073 REV. 6/99

0029     106795248     570034504
01/22/2004                      $250,900.00     DE
TOR

INDEPENDENCI

4031/043

Enter Your Account Number

5 7 0 0 3 4 5 0 4

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign Maria Cuscito

Address 11 Chadwick Rd.

Date 9/2/2004

**Independence** Community Bank

1071

| | | |
|---|---|---|
| Cash | | |
| Check | 100,00 | — |
| | | |
| | | |
| Total | 100,000 | — |
| Less Cash Returned | | |
| Deposit | 100,000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT    DEPOSIT

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 0015 04/02/2004 | | | | 110/05384 TOR | | | | | 570034504 $100,000.00 | | | | | | DEPOSIT | | CK | |

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY    DOLLARS    CENTS

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM *No penalty*
INDEPENDENCE
COMMUNITY BANK

TO : 570034504

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

5/2/2004

AMOUNT $ 100,000  —

Charge to Account No. 110800 70 53 001

Depositor's
Name    Diagnostic  E  Clinical Card.

Supervisor's
Approval

1073 REV. 6/99

0015
04/02/2004

110/05384

TOR   ST
Trans    $100,000.00

1108007053 001
$100,000.00          WI:

INDEPENDENCE

**DEPOSIT**

Enter Your Account Number

5 7 0 0 3 4 5 0 4

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign _Mario Criscito_

Address _11 Chadwick Rd_

Date _5-6-04_

**Independence** Community Bank

1071

| | | |
|---|---|---|
| Cash | | |
| Check | 3259143 | 02 |
| Total | 3259143 | 02 |
| Less Cash Returned | | |
| Deposit | 3259143 | 02 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT**

ENTER TOTAL ON THE FRONT OF THIS TICKET

TOTAL

0056 05/06/2004    110/05663    57003-504 $3,259,143.02    DEPOSIT    CK

INDEPENDENCE COMMUNITY BANK

PLEASE ENDORSE ALL CHECKS CHECK'S LIST SINGLY

DOLLARS    CENTS

WITHDRAWAL FROM
INDEPENDENCE
COMMUNITY BANK

TNT: 570034504

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

3,259,143.02
AMOUNT $

Charge to Account No. 1108 00 7053 001

Depositor's Name Diagnostic & Clinical

Supervisor's Approval

1073 REV. 6/99

0056-
05/06/2004

110/05665

TOR    ST
Trans  $3,259,143.02

1108007053 001
$3,259,143.02           K1

INDEPENDENCE

Enter Your Account Number

| 5 | 7 | 0 | 0 | 3 | 4 | 5 | 0 | 4 |

☒ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign    Diagnostic

Address   11 Chadwick

Date   11-1-04

**Independence**
Community Bank

1071

| | |
|---|---|
| Cash | |
| Check | |
| | |
| | |
| Total | 23475.01 |
| Less Cash Returned | |
| Deposit | 23475.01 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT**

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

| | DOLLARS | CENTS |
|---|---|---|
| TOTAL | | |
| 18 | | |
| 17 | | |
| 16 | | |
| 15 | | |
| 14 | | |
| 13 | | |
| 12 | | |
| 11 | | |
| 10 | 110/05465 | |
| 9 | 78A | |
| 8 | | |
| 7 | | |
| 6 | | |
| 5 | 570034504 | |
| 4 | $23,475.01 | |
| 3 | | |
| 2 | DEPOSIT | |
| 1 | C.K | |

0016
11/01/2004

INDEPENDENCE COMMUNITY BANK

Enter Your Account Number

| 1 | 1 | 0 | 8 | 6 | 0 | 7 | 0 | 5 | 3 | 001 |

Amt $ ___23,475 01___

☐ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☑ CD

AC

Pay the amount of

Twenty three thou. four hun. seventy five 01/

Sign _____   Date 11/1/04

Address 11 Chadwick Rd

🏛 **Independence**
Community Bank

1072

---

0016
11/01/2004

110/05663

1108007053 001
$23,475.01

TOR   ST
Trans   $23,475.01

WITHDRAWAL   CD

INDEPENDENCE COMMUNITY BANK

**TELLER CHECK**

## Independence

206557986

Pay To The Order Of    SURF CLUB

Date    01/07/2005

***Five Thousand Dollars***

Memo

Drawer, Independence Community Bank

:254399: :102000479: 2500 2065579869:    /0000500000/

559234

0677413529

1017
5.7009

2000522634

6102179289

IPS

**WITHDRAWAL**

Enter Your Account Number

`1 1 1 0 8 0 0 7 0 5 B`   Amt $ 5,000.—

☒ Checking   ☐ Passbook   ☐ Statement   ☐ CD
Savings              Savings

Pay the amount of

.

Sign _____   Date 1/7/05

Address_____

**Independence**
Community Bank

1072

**WITHDRAWAL**

---

0019
01/07/2005

110/05663/05248

SOR   ST

1108007053 001
        $5,000.00     WITHDRAWAL   CD
AVAILABLE   $5,573,071.34
BALANCE     $5,573,071.34

INDEPENDENCE COMMUNITY BANK



**WITHDRAWAL**

Enter Your Account Number

1 1 0 8 0 0 7 0 5 3    Amt $ 20,000 00

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Pay the amount of

Sign _____   Date 1/7/04

Address _____

**Independence**
Community Bank

1072

**WITHDRAWAL**

```
0021          110/05663/05248    110B007053 001
01/07/2005                          $20,000.00    WITHDRAWAL   CD
              SOR   ST            AVAILABLE    $5,553,071.34
                                  BALANCE      $5,553,071.34

                                  INDEPENDENCE COMMUNITY BANK
```

W041/048





WITHDRAWAL

Enter Your Account Number

1 1 0 8 0 0 7 0 5 3 001   Amt $ 50,000 —

☑ Checking   ☐ Passbook Savings   ☒ Statement Savings   ☐ CD

Pay the amount of

Fifty Thousand and 00/100

Sign

Date 1/21/05

Address Livingston

**Independence** Community Bank

TNT 110601172?

1072

WITHDRAWAL

0087   110705248   1108007053 001
01/21/2005   ST   $50,000.00   WITHDRAWAL   CD
Trans   $50,000.00

INDEPENDENCE COMMUNITY BANK

Enter Your Account Number

| | 5 | 7 | 0 | 0 | 3 | 4 | 5 | 0 | 4 | |

☑ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Sign _Mario Ciscito_

Address _32 Chelsea Dr._

Date _2/10/05_

🍂 **Independence**
Independence Community Bank
Member FDIC

1071

| | |
|---|---|
| Cash | |
| Check | 122.423 — |
| | |
| Total | 122.423 — |
| Less Cash Returned | |
| Deposit | 122.423 — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | |
| 0019 02/10/2005 | | 110/05605 TOR | | | 570034504 $122,423.00 | | DEPOSIT | CK | |

INDEPENDENCE COMMUNITY BANK

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

DOLLARS   CENTS

ENTER TOTAL ON THIS FRONT OF THIS TICKET

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

TO: 570 034504

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

2/10/05

AMOUNT $ 122,423 —

Charge to Account No. 1108007053001

Depositor's
Name   Diagnostic e' Clinical Card.

Supervisor's
Approval

1073 REV. 6/99

0019
02/10/2005

110/05605

TOR ST.
Trans   $122,423.00

1108007053 001
$122,423.00      WITH

INDEPENDENCE I

Enter Your Account Number

`5 7 0 0 3 4 5 0 4`

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign ~~Diagnostic~~ Maria Cusato

Address 82    Chelsea Dr

Date 9/16/05

**Independence**
Independence Community Bank
SI Bank & Trust

1071

F? 110800705300/

| | | |
|---|---|---|
| Cash | | |
| Check | 1 186, 150 | — |
| | | |
| Total | 1 186, 150 | — |
| Less Cash Returned | | |
| Deposit | 1, 186, 150 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

ENTER TOTAL ON THE FRONT OF THIS TICKET

TOTAL

002E
02/16/2005

110/05663
TDR

57003450A
$1,186,150.00

DEPOSIT

CK

PLEASE ENDORSE ALL CHECKS
CHECKS LEFT SINGLY

DOLLARS

CENTS

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

To: 570034504

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 1,186,150 —

2/16/05

Charge to Account No. 1108007053001

Depositor's
Name  Diagnostic + Clinical (Doctor Cuscito)

Supervisor's
Approval

1073 REV. 6/99

0028
02/16/2005

110/05663

TOR   ST
Trans $1,186,150.00

1108007053 001
$1,186,150.00

WITH

INDEPENDENCE

Enter Your Account Number

| 1 | 1 | 0 | 6 | 0 | 1 | 1 | 9 | 2 | 7 |
|---|---|---|---|---|---|---|---|---|---|

☑ Checking ☐ Passbook Savings ☐ Statement Savings ☐ CD

Sign _Home Theater_

Address _Livingston_

Date _2/18/05_

**Independence** Community Bank

1071

TO: 110800 705301

| | | |
|---|---|---|
| Cash | | |
| Check | 50,000 | — |
| | | |
| Total | 50,000 | — |
| Less Cash Returned | | |
| Deposit | 50,000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT** **DEPOSIT**

INDEPENDENCE COMMUNITY BANK

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY

| | DOLLARS | CENTS |
|---|---|---|
| 00 | 02/18/2005 | |
| 0014 | | |
| 01 | 110 052AP | |
| 02 | | |
| 03 | TOR | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | 110601192 | |
| 11 | $50,000 00 | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | DEPOSIT | |
| 18 | | |
| TOTAL | 01 | |

**WITHDRAWAL FROM**
**INDEPENDENCE**
**COMMUNITY BANK**

To: 11060 11727

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

2/18/05

| AMOUNT $50,000 | – |

Charge to Account No. 40800 7053001

Depositor's
Name _____ Dissgratid & Clinical Card.

Supervisor's
Approval _____

1073 REV. 8/99

INDEPENDENCE 1

$50,000.00   Trans
         1ST   TOR
$50,000.00
110080705300 1              110/025248              02/18/2005
WITH                                                    004

**EXHIBIT 61**

# MARIO A. CRISCITO

### January 14, 2002

**DEAR HERB,**

**PLEASE BE SO KIND AS TO SEND ME A CHECK FOR $ 6,000,000.00 SIX MILLION DOLLARS FROM ACC. NO. 769-086347-070**

**THANK YOU,**

**MARIO A. CRISCITO**

PLAINTIFF'S
EXHIBIT
CRISCITO 22
12-4-09

11 CHADWICK ROAD  LIVINGSTON, NEW JERSEY 07039-1903
TEL. 973-994-0650;  FAX. 973-994-1906

25716