# EXHIBIT 62

DEPOSIT

**Enter Your Account Number**   001

1 1 0 8 0 0 7 0 5 3

☑ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☒ CD

Sign  Diagnostic & Clinical
      Cardiology PA
Address  Pension Fund

Date  9/27/03

⚫ **Independence**
       Community Bank

1071

| | | |
|---|---|---|
| Cash | | |
| Check | 1 850 | 000 |
| | | |
| | | |
| Total | | |
| Less Cash Returned | | |
| Deposit | 850,000 | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

DOLLARS      CENTS

| TOTAL | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

0015        110/03092              1 08007053 001
02/27/2003                        $1,850,000.00        DEPOSIT
            ST                    AVAILABLE             $7,945,194.68
            Cash  $1,850,000.00   BALANCE  $7,945,194.68

INDEPENDENCE COMMUNITY BANK

**PLAINTIFF'S EXHIBIT** 25

CRISCITO
12-11-09

# EXHIBIT 63



**EXHIBIT 64**

DEMPSEY, DEMPSEY & SHEEHAN

# Deed

*14*

This Deed is made on **MAY 0 3 2004**
BETWEEN
SCOTT SPECTOR and PATRICIA SPECTOR, husband and wife

whose post office address is
32 Chelsea Drive, Livingston, NJ

referred to as the Grantor,
AND
MARIO CRISCITO and DONNA CRISCITO, husband and wife

whose post office address is
about to be 32 Chelsea Drive, Livingston, NJ

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.**   The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of
TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000)------------------------------------
The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.**   (N.J.S.A. 46:15-1.1) Municipality of Livingston
Block No. 2400          Lot No. 87          Qualifier No.          Account No.
☐ No property tax identification number is available on the date of this Deed. (Check Box if Applicable.)

**3. Property.**   The Property consists of the land and all the buildings and structures on the land in
the Township          of Livingston
County of Essex          and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)
Being the same premises conveyed to Scott Spector and Patricia Spector, husband and wife, by Deed from Bel
Air Associates, Inc. dated November 2, 1994, and recorded November 4, 1994, in the Essex County Register's
Office in Deed Book 5339 page 164.



| Inst#      1024716            Carole A. Graves | Consideration: | 2500000.00 | R |
| Recorded/Filed   KPJ   1        Essex County Register | County: | 2500.00 | |
| 05/20/2004  10:16:6  Bk 6069 Pg 758 #Pgs_8    sp | State: | 6250.00 | |
| | N.P.R.F.: | 3535.00 | |
| | Realty Tax: | 16875.00 | |
| | Fees: | 80.00 | |

Prepared by: (print signer's name below signature)

Robert W. Dempsey, Esq.

(For Recorder's Use Only)

103U - Deed - Bargain and Sale
Con   to Grantor's Act - Ind.  to Ind.  or Co Inst# 1024716 BK# 6069 PG# 758 LL-STATE Legal
Plain Language Rev. 10/96 Print date 11/96                    of ALL-STATE International, Inc.
(908) 272-0800                    Page 1

# Bill of Sale

This Bill of Sale is made on May 3, 2004

**BY**
**Scott Spector**                              **Patricia Spector**
whose address is
32 Chelsea Drive
Livingston, New Jersey  07039

                                                          referred to as the Seller,

**TO**
**Mario Criscito**                             **Donna Criscito**
whose address is
about to be 32 Chelsea Drive
Livingston, New Jersey  07039

                                                          referred to as the Buyer.

The words "Buyer" and "Seller" include all Buyers and all Sellers listed above.

1.  **Transfer of Ownership.**    The Seller transfers ownership of the Property described below to the Buyer.  The Seller has been paid $ 1,000,000.00  and other good and valuable consideration for making this transfer.

2.  **Property.**    The following Property is sold to the Buyer (referred to hereinafter as the "Property"): All personal property remaining in the real property located  32 Chelsea Drive, Livingston, New Jersey, including, but not limited to, all furnishings, mirrors, rugs, carpets, draperies, lamps, some fixtures, pool furniture and all other items remaining at the above referenced property.  The Sellers represent that there are no liens or other sums due and owing to any other parties with respect to said personal property.

3.  **Promises by Seller.**    The Seller promises that no one else has any legal rights in the Property.  If anyone claims to have legal rights in the Property, the Seller will defend the Buyer against the claim and will pay all costs, attorney fees and damages.

4.  **Signatures.**    The Seller agrees to the terms of this Bill of Sale.  If this Bill of Sale is made by a corporation, its proper corporate officers sign and its corporate seal is affixed hereto.

Witnessed or Attested By:                                          _____ (Seal)
                                                                    Scott Spector
_____                          _____ (Seal)
Robert W. Dempsey, Esq.                                     Patricia Spector

### AFFIDAVIT OF OWNERSHIP

STATE OF NEW JERSEY,
COUNTY OF  UNION                    SS:

**Scott Spector**                          **Patricia Spector**                 say(s) under oath:
        The Seller is the owner of the Property described in this Bill of Sale.  If the Seller is an individual, the Seller is at least 18 years old.  The Seller is in sole possession of this Property.  No other persons have any legal rights or security interest in this Property.  There are no pending lawsuits or judgments against the Seller or other legal obligations which may be enforced against this Property.  No bankruptcy or insolvency proceedings have been started by or against the Seller.

Signed and sworn to before me on   05/03/04            _____
                                                                    Scott Spector
_____                          _____
Robert W. Dempsey, A NJ Attorney                     Patricia Spector
Prepared by:

_____
*Print signer's name below signature*

1202 – Bill of Sale
Ind. or Corp.
Rev 1/01   P 6/01

**Inst# 1024716 BK# 6069 PG# 759** by ALL-STATE LEGAL®
                                          ...sion of ALL-STATE International, Inc.
                                          www.aslegal.com   800.222.0510   Page 1

STATE OF NEW JERSEY, COUNTY OF UNION                          SS:
I CERTIFY that on May 3, 2004
Scott Spector                         Patricia Spector
                                      personally came before me and acknowledged under oath, to my
satisfaction, that this person (or if more than one, each person):
a.  is named in and personally signed this document; and
b.  signed, sealed and delivered this document as his or her act and deed.

_____
Robert W. Dempsey
An Attorney at Law of the State of NJ
*Print name and title below signature*

STATE OF NEW JERSEY, COUNTY OF                               SS:
I CERTIFY that on

                                      personally came before me, and this person acknowledged under oath, to
my satisfaction that:
a.  this person is the                         of
    the corporation named in this document;
b.  this person is the attesting witness to the signing of this document by the proper corporate officer who is
    the                                        of the corporation;
c.  this document was signed and delivered by the corporation as its voluntary act duly authorized by a proper
    resolution of its Board of Directors;
d.  this person knows the proper seal of the corporation which was affixed to this document; and
e.  this person signed this proof to attest to the truth of these facts.


Signed and sworn to before me on            _____

                                            *Print name of attesting witness below signature*

_____


| **Bill of Sale** | DATED: |
|---|---|
| Scott Spector | RECORD AND RETURN TO: |
| Patricia Spector           Seller | Thomas E. Cohn, Esq. |
| TO | WOLF BLOCK BRACH EICHLER |
| Mario Criscito | 101 Eisenhower Parkway |
| Donna Criscito            Buyer | Roseland, NJ   07068 |

1352 – Bill of Sale
Ind. or Corp.
Rev 1/01  P 6/01

Inst# 1024716 BK# 6069 PG# 760
1/05 0425

by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

# HERITAGE ABSTRACT COMPANY

## SCHEDULE A-4
## LEGAL DESCRIPTION

### Commitment No. H-79819

All that tract or parcel of land and premises, situate, lying and being in the Township of Livingston in the County of Essex and State of New Jersey, more particularly described as follows:

Being known and designated as Lot 63 in Block 233D as shown on a certain map entitled, "Final Plat, Bel-Air - Phase Two, Township of Livingston, Essex County, NJ", which map was filed in the Essex County Register's Office on October 16, 1991 as Map No. 3809.

BEING further described as follows:

BEGINNING at a point in the westerly side of Chelsea Drive, said point being where the same is intersected by the dividing line between Lots 62 and 63 in Block 223D as shown on the map above referred and from thence; running

(1) Along said dividing line, South 83 degrees 34 minutes 40 seconds West 268.28 feet to the rear line of Lot 63; thence

(2) Along the same, North 28 degrees 16 minutes 04 seconds West 220.56 feet; thence

(3) South 70 degrees 42 minutes 29 seconds East 68.12 feet; thence

(4) South 86 degrees 37 minutes 16 seconds East 304.00 feet to the westerly side of Chelsea Drive; thence

(5) Along the same in a general southerly direction on a curve to the left having a radius of 725.00 feet an arc length of 124.02 feet to the point and place of BEGINNING.

NOTE FOR INFORMATION ONLY:

Being commonly known as Tax Lot 87 Block 2400 (32 Chelsea Drive) on the Tax Map of the Township of Livingston, Essex County, New Jersey.

Heritage Abstract Company
Phone: 973-540-1345 Fax: 973-292-1799
As Issuing Agent For
NEW JERSEY TITLE INSURANCE COMPANY

DEMPSEY, DEMPSEY & SHEEHAN

The street address of the Property is:
32 Chelsea Drive, Livingston, New Jersey

4. **Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

5. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_____          _____ (Seal)
                                          Scott Spector

_____          _____ (Seal)
Robert W Dempsey                          Patricia Spector

                                          _____ (Seal)


STATE OF NEW JERSEY, COUNTY OF UNION                          SS.
I CERTIFY that on   MAY 0 3 2004
Scott Spector and Patricia Spector, husband and wife

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and.

(c) made this Deed for $ 2,500,000                      as the full and actual consideration paid or to be paid for the
transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

| RECORD AND RETURN TO: |                                         |
| Thomas E. Cohn, Esq. | _____ |
| Wolf Block Brach Eichler | (Print name and title below signature) |
| 101 Eisenhower Parkway | Robert W. Dempsey |
| Roseland, NJ 07068 | Attorney at Law of New Jersey |

# EXHIBIT 65

610 Corporate Drive, Building 6
Reading, PA 19605
Phone: 484-248-1210
Fax: 484-248-1120 or
484-248-1121

 

# Fax

| To: | Stephen M. Charme, Esquire | From: | Mandy Noll |
|---|---|---|---|
| **Fax:** | 973-822-1188 | **Date:** | 8-27-2009 |
| **Phone:** | | **Pages:** | 45 (Including cover sheet) |
| **Re:** | Diagnostic & Clinical Cardiology PA | **CC:** | |

☐ **Urgent**   ☑ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

Fax #2 of 2


PLAINTIFF'S
EXHIBIT
C R I S C I T O 23B
12-4-09

Enter Your Account Number

| 1 | 1 | 0 | 8 | 0 | 0 | 7 | 0 | 5 | 3 | 001 |

☐ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign

Address

Date

**Independence**
Independence Community Bank
NJ Bank & Trust

1071

| Cash | |
|---|---|
| Check | 95,975 |
| | |
| | |
| Total | 9545 |
| Less Cash Returned | |
| Deposit | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

DEPOSIT

---

TOTAL

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

0060
03/18/2005

110/05663

ST
Cash      $95,975.00

1108007053 001
$95,975.00

AVAILABLE BALANCE

DEPOSIT

$4,282,972.14
$4,282,972.14

INDEPENDENCE COMMUNITY BANK

Enter Your Account Number

| 1 | 1 | 0 | 6 | 0 | 1 | 1 | 7 | 2 | 7 |

☒ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign _Home Theater Architects_

Address _Transfer 110800705_

Date _3-25-05_    _3001_

**Independence**
Independence Community Bank
A Bank & Trust

1071

| | | | |
|---|---|---|---|
| Cash | | | |
| Check | | | |
| Transfer | 50,000 | 00 | |
| | | | |
| Total | | | |
| Less Cash Returned | | | |
| Deposit | 50,000 | 00 | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT    DEPOSIT    DEPOSIT

ENTER TOTAL ON THE FRONT OF THIS TICKET

| TOTAL | | |
|---|---|---|
| 0007 06/25/2005 | 110/03092 TOR | 11060 1727  $50,000.00    DEPOSIT    CK |

INDEPENDENCE COMMUNITY BANK

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY
DOLLARS    CENTS

☑004/045

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

Transfer to
1106011727

**FOR:**
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 50,000 | 00

Charge to Account No. 1108007053001

Depositor's
Name  Diagonistic Clinical Cardiology

Supervisor's
Approval

1673 REV. 8/99

0007
03/25/2005

110/03092

TDR    ST
Trans     $50,000.00

1108007053 .001
      $50,000.00          WITH:

INDEPENDENCE C

04005/045

Enter Your Account Number

1 1 0 6 0 1 1 7 2 7

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign ___Home Theatre___

Address ___48 Nicole Dr___

Date ___4-8-05___

**Independence**
Independence Community Bank
3i Bank & Trust

1071

| | | |
|---|---|---|
| Cash | | |
| Check | | |
| | | |
| Total | 150,000 | 00 |
| Less Cash Returned | | |
| Deposit | 150,000 | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

DEPOSIT

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY

| TOTAL | | | | | | | | | | | | | | | | DOLLARS | CENTS |

0029
04/08/2005    110/0524E    1106 1727    DEPOSIT    CK
              10R          $150,000.00

INDEPENDENCE COMMUNITY BANK



**DEPOSIT**    **DEPOSIT**

Enter Your Account Number

1 1 0 8 6 0 7 0 5 2

☐ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☒ CD

Sign  Diagnostic

Address  32 Chelsea

Date  4-8-05

Independence
Independence Community Bank
SI Bank & Trust

1071

| | | |
|---|---|---|
| Cash | | |
| Check | | |
| | | |
| | | |
| Total | 50000 | |
| Less Cash Returned | | |
| Deposit | 500,000 | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

---

INDEPENDENCE COMMUNITY BANK

FOR  AND
110/052146

04/08/2005
0029

$500,000.00
110860705 2 001

DEPOSIT

CD

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

DOLLARS   CENTS

ENTER TOTAL ON THE FRONT OF THIS TICKET

**WITHDRAWAL**

Enter Your Account Number

5 7 0 0 3 4 5 0 4 1     Amt $ 650,000.

☒ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Pay the amount of

six hundred fifty thousand 00/100

Sign _____   Date _____

Address Livingston _____

**Independence** Community Bank

1072

TNT. 1106011727
1108007053001

---

INDEPENDENCE COMMUNITY BANK

| | | | | | |
|---|---|---|---|---|---|
| | | | Trans | $650,000.00 | |
| CK | WITHDRAWAL | $650,000.00 | TOR | | |
| | | 5700345041 | 110/052248 | 04/08/2005 | |
| | | | | | 0029 |

DEPOSIT

Enter Your Account Number

| 5 | 7 | 0 | 0 | 3 | 4 | 5 | 0 | 4 |
|---|---|---|---|---|---|---|---|---|

☑ Checking ☐ Passbook Savings ☐ Statement Savings ☐ CD

From: 1108007053001

Sign Maria Cusato

Address 32 Chelsea Dr.

Date 5/2/2005

**Independence**
Community Bank

1071

| Cash | |
|---|---|
| Check | 100,000 |
| | |
| | |
| Total | 100,000 |
| Less Cash Returned | |
| Deposit | 100,000 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

---

ENTER TOTAL ON THE FRONT OF THE TICKET

| TOTAL | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

0006
05/02/2005    110/05663
TCR

570034504    $100,000.00    DEPOSIT    CX

INDEPENDENCE COMMUNITY BANK

PLEASE ENDORSE ALL CHECKS. LIST CHECKS SINGLY.

DOLLARS    CENTS

**WITHDRAWAL FROM**
**INDEPENDENCE**
**COMMUNITY BANK**

To : 570034504

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 100,000 —

5-2-2005

Charge to Account No. 1108007053001

Depositor's Name ___ Diagnostic c Clinical

Supervisor's Approval ___

1073 REV. 6/99

0006
05/02/2005

110/05663

TOR   ST
Trans   $100,000.00

1108007053 001
$100,000.00

WITHI

INDEPENDENCE (

Enter Your Account Number

| 1 | 1 | 0 | 6 | 0 | 1 | 1 | 7 | 2 | 7 |

☑ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Sign _Home Theater Architects_

Address _48 Nicole Dr_

Date _5/24/05_

**Independence**
Community Bank
1071

| | | |
|---|---|---|
| Cash | | |
| Check | 200,000 | — |
| | | |
| Total | 200,000 | — |
| Less Cash Returned | | |
| Deposit | 200,000 | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

F7 110F007053001

DEPOSIT          DEPOSIT

---

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

| TOTAL | | DOLLARS | CENTS |
|---|---|---|---|

0039          110/05563          106011727
05/24/2005                        $200,000.00          DEPOSIT          CK
                    TOR

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

To: 11060 11727

5/24/05

AMOUNT $ 200000

Charge to Account No. 1108007053001

Depositor's
Name ___ Diagnostic & Clinical Card.

Supervisor's
Approval ___

1073 REV. 6/99

0039
05/24/2005

110/05663

TOR   ST
Trans   $200,000.00

1108007053 001
$200,000.00

WITH

INDEPENDENCE

**DEPOSIT**

Enter Your Account Number

| 3 | 7 | 0 | 0 | 3 | 4 | 3 | 0 | 4 |
|---|---|---|---|---|---|---|---|---|

☒ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign _Maria Crisafi_

Address _32 Chelsea Drive_

Date _6/10/05_

**Independence** Community Bank

1071

| Cash | |
|------|------|
| Check | 100,000 |
| | |
| Total | 100,000 — |
| Less Cash Returned | |
| Deposit | 100,000 — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

**DEPOSIT**

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

To: 570034584

6/10/05

Charge to Account No. 110806 7053 001

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 100,000

Depositor's Name   Diagnostic & Clinical Card.

Supervisor's Approval

1073 REV. 6/99

INDEPENDENCE C

WITH          $100,000.00          Trans
              110806 7053 001       101  ST     110/0524B          06/10/2005
                                                                   1015
                          $100,000.00

Enter Your Account Number

1 1 0 6 0 1 1 7 2 7

☐ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Sign _____

Address _____

Date _____ 7/15/05 _____

**Independence** Community Bank

1071

| Cash | | |
|------|------|------|
| Check | 04,000 | — |
| | | |
| Total | | |
| Less Cash Returned | | |
| Deposit | 100000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT   DEPOSIT

WITHDRAWAL FROM
INDEPENDENCE
COMMUNITY BANK

TUT- 11060117727

FOR:
- [ ] RETURNED CHECK
- [ ] LOAN DELINQUENCY
- [ ] DIVIDEND REMITTANCE
- [ ] PRINCIPAL PAYOUT
- [ ] PREM. PAYT.-S.B.L.I.

AMOUNT $ 100,000 —

Charge to Account No. 11080070530001

Depositor's Name ____

Supervisor's Approval ____

1073 REV. 6/99

INDEPENDENCE

Trans $100,000.00
TOR ST
07/15/2005
$100,000.00
1108007053 001
113/05706

Enter Your Account Number

| 5 | 7 | 0 | 0 | 3 | 4 | 5 | 0 | 4 |

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign _Maria Crisaito_

Address _32 chelsea Dr_

Date _8/5/2005_

**Independence** Community Bank

1071

| Cash | |
|---|---|
| Check | 166 706 87 |
| Total | 166 706 87 |
| Less Cash Returned | |
| Deposit | 166 706 87 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY

DEPOSIT

DEPOSIT

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**
To: 5ƶ0O 34 SO4

8/5/2005

FOR:

☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 166 706.87

Charge to Account No. ＄10800705300l

Depositor's
Name   Maria Criscolo / Diagnostic cl.

Supervisor's
Approval

1073 REV. 6/69

INDEPENDENCE CI

Trans $166,706.87
$166,706.87    FOR    ST
110/052048    $166,706.87    WITHD
110800705J 001

08/05/2005
0001

**DEPOSIT**

Enter Your Account Number

`1 1 0 6 0 1 1 7 2 7`

☒ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Sign  *Home Theater Assoc*

Address _____

Date  *9-14-05*

**Independence**
Independence Community Bank
A Bank & Trust

1071

| | | |
|---|---|---|
| Cash | | |
| Check | *transfer from* | |
| | *110 800 105 3001* | |
| Total | | |
| Less Cash Returned | | |
| Deposit | 100,000 | 00 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

**DEPOSIT**

---

ENTER TOTAL ON THE FRONT OF THIS TICKET

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

| | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | | | | | | | | | | | | |
| | | 0004 | | | 110/05189 | | | | 06011727 | | | | | | | | | | | |
| | | 09/14/2005 | | | TDR | | | | $100,000.00 | | | | | DEPOSIT | | | | CA | | |

INDEPENDENCE COMMUNITY BANK

Enter Your Account Number

Amt $ _____

☐ Checking  ☐ Passbook   ☐ Statement   ☐ CD
             Savings       Savings

Pay the amount of _____

0004
09/14/2005        110/05189        1108007053 001
              TOR   ST              $100,000.00        WITHDRAWAL   CD
Sign _____  Trans  $100,000.00        Date _____

Address _____          INDEPENDENCE COMMUNITY BANK

**Independence**
Community Bank

1072

WITHDRAWAL FROM
INDEPENDENCE
COMMUNITY BANK

Transfer to

1106011727

authorization
attached

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $100,000 00

Charge to Account No. 1108007053001

Depositor's
Name     Mario A. Criscito, M.D.

Supervisor's
Approval _____

1073 REV. 6/99

WITHDRAWAL

# MARIO A. CRISCITO, M.D.

9/14/2005

Dear Miss Peers,

Please be so kind as to

Transfer one hundred Thousand dollars ($100,000.°°/100)

from my Acct # 0110800705300/ into

Home Theater Architect  Acc# 1106011727

Thank you
Jao A Cesui

FAx # 973-535 1293
None # 973 5350578

32 CHELSEA DRIVE LIVINGSTON, NEW JERSEY 07039-3420
TEL. 973-994-9880; FAX. 973-994-1906

W021/045

Enter Your Account Number

5 7 0 0 3 4 5 0 7

☐ Checking  ☐ Passbook  ☐ Statement  ☐ CD
Savings  Savings

Sign **Mario Crisci to**

Address _____

Date **11-28-05**

**Independence.**
Independence Community Bank
of Bank & Trust

1071

| | |
|---|---|
| Cash | |
| Check | 100,000 |
| Transfer from CD 11300501135 | |
| Total | |
| Less Cash Returned | |
| Deposit | 100,000 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

ENTER TOTAL ON THE FRONT OF THIS TICKET

| | TOTAL | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0079 | | | 110/05.77 | | | | | 1108007053 001 | | | | | | | | | PLEASE ENDORSE ALL CHECKS CHECKS LIST SINGLY | |
| | | 11/28/2005 | | | TOR ST Trans | $100,000.00 | | | | $100,000.00 | | | | | WITHDRAWAL | | CD | | | |

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
**INDEPENDENCE
COMMUNITY BANK**

Transfer to

5 7003450 4

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 100,000 —

Charge to Account No. 1/ 0 80070 5 3 00 ,

Depositor's
Name ___ Mario Criscito

Supervisor's
Approval ___

1073 REV. 6/99

0079          110/05177          570034504
11/28/2005                      $100,000.00    DEPO:
              TOR

                                INDEPENDENCE (

DEPOSIT

Enter Your Account Number

5 7 0 0 3 4 5 0 4

☐ Checking ☐ Passbook Savings ☐ Statement Savings ☐ CD

Sign [signature]

Address

Date 12/10/05

Independence
Independence Community Bank
at Dime & Trust

1071

| | | |
|---|---|---|
| Cash | | |
| Check | | |
| | 150,000 | — |
| | | |
| Total | | |
| Less Cash Returned | | |
| Deposit | 150,000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

DEPOSIT

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 0037 | |
| 2 | 12/10/2005 | |
| 3 | | |
| 4 | | |
| 5 | 110/05476 TOR | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | 57003450 | |
| 11 | 4 $150,000.00 | |
| 12 | INDEPENDENCE COMMUNITY BANK | |
| 13 | | |
| 14 | DEPOSIT | |
| 15 | | |
| 16 | | |
| 17 | CR | |
| 18 | | |
| TOTAL | | |

ENTER TOTAL ON THE FRONT OF THIS TICKET

**WITHDRAWAL**

Enter Your Account Number

| 1 | 1 | 0 | 8 | 0 | 0 | 7 | 0 | 5 | 3 | 00 |

Amt $ 150,000 00

☐ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☒ CD

Deposit into
570034504

Pay the amount of

One hundred fifty thousand

Sign _____   Date 12/10/05

Address _____

**Independence.**
Independence Community Bank
'9 Rent A Trust

1072

**WITHDRAWAL**

82-2323990

G037
12/10/2005

110/05476
TOR   ST
Trans   $150,000.00

1108007053 001
$150,000.00

WITHDRAWAL   CD

INDEPENDENCE COMMUNITY BANK

DEPOSIT

Enter Your Account Number
5 1 0 0 3 4 6 0 4

☐ Checking ☐ Passbook Savings ☐ Statement Savings ☐ CD

Sign [signature]

Address 32 Chelsea Dr..

Date 1/27/06

Independence

1071

| | |
|---|---|
| Cash | |
| Check | 100,000 — |
| | |
| | |
| Total | |
| Less Cash Returned | |
| Deposit | |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

DEPOSIT

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

DOLLARS CENTS

INDEPENDENCE COMMUNITY BANK

01/27/2006

$100,000.00

DEPOSIT

CK

TOTAL

ENTER TOTAL ON THE FRONT OF THIS TICKET

**WITHDRAWAL**

Enter Your Account Number

1 1 0 8 0 0 7 0 5 3      Amt $ 100,000

☐ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Pay the amount of

one hundred thousand on|oo

Sign _____   Date 1/27/06

Address 32 chelsea Dr Livingston

**Independence**
Independent Community Bank
a Bank & Trust

· 1072

**WITHDRAWAL**

INDEPENDENCE COMMUNITY BANK

01/27/2006            110/0547b            0023

                      FOR   3T
                      Trans   $100,000.00

CD      WITHDRAWAL      $100,000.00            $100,000.00
                        110807053 001

**DEPOSIT**

Enter Your Account Number

1 1 0 6 0 1 1 5 2 7

☐ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign  Home Theater

Address

Date  2-8-06

**Independence**
Independence Community Bank
& Trust

1071

| Cash | |
|---|---|
| Check | transfer |
| | |
| Total | |
| Less Cash Returned | |
| Deposit | 15,000 00 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

**DEPOSIT**

WITHDRAWAL FROM
INDEPENDENCE
COMMUNITY BANK

Transfer to
1106011727
As Per Dr. Criscito
By phone w/M. Cocozziello

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☐ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.I.

AMOUNT $ 15,000 00

Charge to Account No. 1108007053001

Depositor's Name   Diagnostic & Clinical Cardiology

Supervisor's Approval

1073 REV. 6/99

---

**WITHDRAWAL**

Enter Your Account Number

Amt $ _____

☐ Checking   ☐ Passbook Savings   ☐ Statement Savings   ☐ CD

Pay the amount of

0054   110/05946        1108007053 001
02/08/2006                            $15,000.00        WITHDRAWAL   CD
Sign _____        TOR  9T               Date _____
                    Trans    $15,000.00

Address _____                    INDEPENDENCE COMMUNITY BANK

1072   Independence
       Community Bank

**WITHDRAWAL**

DEPOSIT

Enter Your Account Number

`1 1 0 6 0 1 1 7 2 7`

☑ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Sign _Home Theater_

Address _____

Date _2 - 9 - 06_

**Independence**
Independence Community Bank
21 Branch Street

1071

DEPOSIT

| | |
|---|---|
| Cash | |
| Check | |
| | |
| | |
| Total | |
| Less Cash Returned | |
| Deposit | 35000 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

DEPOSIT

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

DOLLARS    CENTS

0008
02/09/2006        1 9/05476        :106011727
705.                          $35,000.00        DEPOSIT        CA

INDEPENDENCE COMMUNITY BANK

WITHDRAWAL FROM
INDEPENDENCE
COMMUNITY BANK

Transfer to

110 60 11727

Call from Dr. Crisito
With Mira Cocozziello

FOR:
☐ RETURNED CHECK
☐ LOAN DELINQUENCY
☐ DIVIDEND REMITTANCE
☒ PRINCIPAL PAYOUT
☐ PREM. PAYT.-S.B.L.

AMOUNT $ 35,000

Charge to Account No. 110-8007053001

Depositor's Name    Diagnostic & Clinical Cardiology

Supervisor's Approval    Maria Tuto Zuello

1073 REV. 6/99

---

**WITHDRAWAL**

Enter Your Account Number

☐☐☐☐☐☐☐☐☐☐

Amt $ _____

☐ Checking    ☐ Passbook Savings    ☐ Statement Savings    ☐ CD

Pay the amount of

0006
02/09/2006    115/05476        1108007053 001
Sign _____        TOR  BT        $35,000.00    WITHDRAWAL    CC
                   Trans  $35,000.00                        Date _____

Address _____                    INDEPENDENCE COMMUNITY BANK

1072    ● Independence
            Community Bank

**WITHDRAWAL**

DEPOSIT

Enter Your Account Number

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 1 | 1 | 0 | 8 | 0 | 0 | 7 | 0 | 5 |

2001

☐ Checking ☐ Passbook Savings ☐ Statement Savings ☒ CD

Sign [signature]

Address

Date 4/5/06

Independence

1071

| | | |
|---|---|---|
| Cash | | |
| Check | 66,000 | — |
| | | |
| | | |
| Total | | |
| Less Cash Returned | | |
| Deposit | 66,000 | — |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE TERMS AND CONDITIONS OF I.C.B.'S FUNDS AVAILABILITY.

DEPOSIT

PLEASE ENDORSE ALL CHECKS
CHECKS LIST SINGLY

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 0010 04/06/2006 | |
| 2 | | |
| 3 | | |
| 4 | 110/05946 | |
| 5 | ST Trans | |
| 6 | | |
| 7 | $66,000.00 | |
| 8 | | |
| 9 | 1108007053 001 | |
| 10 | $66,000.00 AVAILABLE BALANCE | |
| 11 | | |
| 12 | | |
| 13 | $3,858,629.45 | |
| 14 | $3,858,629.45 | |
| 15 | DEPOSIT | |
| 16 | | |
| 17 | | |
| 18 | | |
| TOTAL | | |

INDEPENDENCE COMMUNITY BANK

ENTER TOTAL ON THE FRONT OF THIS TICKET

WITHDRAWAL

Enter Your Account Number

| 0 | 5 | 7 | 0 | 0 | 3 | 4 | 5 | 0 | 4 |

Amt $ 66,000.00

☒ Checking  ☐ Passbook Savings  ☐ Statement Savings  ☐ CD

Pay the amount of

On Usc# 5330    TNT  1108007053 001

| 0010 04/06/2006 | 110/05946 | 0570034504 $66,000.00 | ON US # WITHDRAWAL | 5330 CK |

Sign _____    Date _____

Address _____

INDEPENDENCE COMMUNITY BANK

**Independence** Community Bank

1072

WITHDRAWAL





SAVINGS WITHDRAWAL
CD

ACCOUNT NUMBER * 1 1 0 8 0 0 7 0 5 3 0 0 1          DATE 5-5-06

NAME Diagnostic & Clinical Cardiology          $ 100,000 00
Mario Coscito, Trustee

One hundred Thousand ——— DOLLARS

ALL ITEMS SUBJECT TO RULES AND REGULATIONS
PERTAINING TO SAVINGS ACCOUNTS.

Transfer to NON NEGOTIABLE 4504

Independence
Independence Community Bank
Of Bank Is Brave

SIGNATURE

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT
TO THE PERSONS AUTHORIZED ON THE ACCOUNT.

⑆5319⑈09501⑆

INDEPENDENCE COMMUNITY BANK

05/05/2006        110/05946        110800705 3 001        WITHDRAWAL        CD
0100              TON   ST        $100,000.00
                  Trans
                  $100,000.00



**Independence**

TELLER CHECK

332691247

Pay To The
Order Of   SHORT HILLS WEST

Date   08/03/2006

***Twenty Thousand Dollars***

MEMO  Di Sisceto



0064906

6103756486

SAVINGS WITHDRAWAL          Short hills West

ACCOUNT NUMBER * 1 1 0 0 0 0 7 0 53 001          DATE 6-3-06

NAME Diagnostic & Clinical          $ 20000 00
Cardiology

Twenty Thousand          DOLLARS

ALL ITEMS SUBJECT TO RULES AND REGULATIONS
PERTAINING TO SAVINGS ACCOUNTS.          NON NEGOTIABLE

Independence
Independence Community Bank
M Bank & Trust

SIGNATURE

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT
TO THE PERSONS AUTHORIZED ON THE ACCOUNT

1:5319"0950I:

INDEPENDENCE COMMUNITY BANK

| | | | | | |
|---|---|---|---|---|---|
| | | BALANCE $3,772,152.20 | | | |
| CD | WITHDRAWAL $1,772,152.20 | AVAILABLE $20,000.00 | 1S | 1OR | 06/03/2006 |
| | | 1108007053 001 | 110/05946 | | 0012 |

PERSONAL CHECKING ACCOUNT DEPOSIT TICKET

NAME  Mario Criscito

ACCOUNT NUMBER

*570034504

DATE  7-5-06

PAYMENT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Independence**
Independence Community Bank
NJ Bank & Trust

⑆5319⑈0630⑆

CASH —

CHECKS

Transfer from 110800705.3001

CHECKS OR TOTAL FROM OTHER SIDE —

SUB TOTAL —

LESS CASH —

NET PAYMENT  $  130,000.00

SAVINGS WITHDRAWAL

ACCOUNT NUMBER * VO800910033001   DATE 6/30/06

NAME DIAGLOSTIC + CLINICAL Cardiology   $ 130,000.00

One hundred Thirty thousand : 00/100 DOLLARS

ALL ITEMS SUBJECT TO RULES AND REGULATIONS
PERTAINING TO SAVINGS ACCOUNTS.

**Independence**
Independence Community Bank
of Bank & Trust

Transfer
to
57003504

I:5319m09501:

NON NEGOTIABLE

SIGNATURE

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT
TO THE PERSONS AUTHORIZED ON THIS ACCOUNT.

NAME *Conza Builders, LLC*

ACCOUNT NUMBER ★ *1 1 0 8 0 1 9 0 8 2 0 0 1*

CURRENCY ► *Transfer*

COINS ► *from*

CHECKS ► *110.800.7053001*

**SAVINGS DEPOSIT** DATE *7-14-06*

ALL ITEMS ARE SUBJECT TO OUR RULES AND REGULATIONS PERTAINING TO SAVINGS ACCOUNTS. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

SUB TOTAL ►

LESS CASH ►

**Independence**
An Independence Community Bank
To Peace & Trust

$ *262,000.00*

⑆5319⑈0750⑆

INDEPENDENCE COMMUNITY BANK

CD          DEPOSIT          $262,000.00          ON   OR          07/14/2006
                             110801908Z 001       110/05946          0038

**SAVINGS WITHDRAWAL**

ACCOUNT NUMBER * 1110800795300 1   DATE 7-14-06

NAME *Mario Crisafo Pension Fund* $ 262,000.00

*Two Hundred Sixty two Thousand* DOLLARS

ALL ITEMS SUBJECT TO RULES AND REGULATIONS PERTAINING TO SAVINGS ACCOUNTS.

**NON NEGOTIABLE**

**Independence**
Independence Community Bank
of Bank & Trust

*Transfer to 110801908 200 1*

SIGNATURE X

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT TO THE PERSONS AUTHORIZED ON THE ACCOUNT

:5319 0950:

INDEPENDENCE COMMUNITY BANK

07/14/2006
4936
110/05946

TOA  ST  TXT  Trans
$262,000.00

11080070053 001
$262,000.00

WITHDRAWAL  CD
$262,000.00

NAME _Corza Builders LLC_

ACCOUNT NUMBER ★ _110:8019389:001_

**SAVINGS**
**DEPOSIT**   DATE _2-4-08_

ALL ITEMS ARE SUBJECT TO OUR RULES AND REGULATIONS PERTAINING TO SAVINGS ACCOUNTS
DEPOSITS MAY NOT BE MADE ABLE FOR IMMEDIATE WITHDRAWAL

**Independence**
Independent Community Bank
& Bank & Trust

I:5319III0750I:

CURRENCY ►
COINS ►
CHECKS ► 30 000 00
SUB TOTAL ►
☐ LESS CASH ►
$ 30 000 00

INDEPENDENCE COMMUNITY BANK

| | | | FOR | |
| CD | DEPOSIT | $30,000.00 | GN | 08/04/2006 |
| | | 110801938 001 | 110/05986 | 0011 |

SAVINGS WITHDRAWAL · · · Tr. to 110 80/938800/

ACCOUNT NUMBER * 1 0 1 0 0 7 0 5 3 0 0 1

DATE 8-4-06

NAME Diagnostic & clinical
Mario Crisuto Treaty

$ 3 0 0 0 0 0 0

Thirty Thousand and 00/100 DOLLARS

ALL ITEMS SUBJECT TO RULES AND REGULATIONS
PERTAINING TO SAVINGS ACCOUNTS.

NON NEGOTIABLE

**Independence**
Independence Community Bank
at Bank in Town

SIGNATURE

WITHDRAWALR ARE PERMITTED ONLY THROUGH PAYMENT
TO THE PERSONS AUTHORIZED ON THE ACCOUNT.

⑆5319⑈0950⑆

INDEPENDENCE COMMUNITY BANK

| 08/04/2006 | 110/05986 | 110007053 001 | $30,000.00 | WITHDRAWAL | CD |
|------------|-----------|----------------|------------|------------|-----|
| 0011 | | | $30,000.00 | | |
| | FOR ST | 12 | Trans | | |

PERSONAL CHECKING ACCOUNT DEPOSIT TICKET

NAME  Mario Criscito

ACCOUNT NUMBER

* 05700345 04

DATE  8-21-06

PAYMENT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Independence**
Independence Community Bank
Member FDIC

1:5319 0630 1:

CASH —

CHECKS  888,916.94

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL —

LESS CASH —

NET
PAYMENT  $ 388,916.94



NAME  Mario A. Crisato, IRA Trust

ACCOUNT NUMBER ★  11080195112001

CURRENCY

COINS $ 3,000,000.00

CHECKS

**SAVINGS DEPOSIT**  DATE  8-21-06

ALL ITEMS ARE SUBJECT TO OUR RULES AND REGULATIONS APPLYING TO SAVINGS ACCOUNTS. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUB TOTAL ▶

Independence
Independence Community Bank

LESS CASH ▶

$ 3,000,000.00

⑆5319⑈0750⑆

POD 409    REV. 4/04    Y4VAN1326

---

INDEPENDENCE COMMUNITY BANK

DEPOSIT                    BALANCE
$3,000,000.00    AVAILABLE    $3,000,000.00
11080195112 001    $3,000,000.00    $3,000,000.00

SOR    ST    CK    Checks $3,000,000.00
110/05986/05835

08/21/2006
0021

**SAVINGS WITHDRAWAL**

ACCOUNT NUMBER * 110 700 70 53 001    DATE 8/ /06

NAME Mario Criscito Trustee    $ BB 388 9 16 11

D.C.C Pension Fund

Three Million Three Hundred Eighty Eight Thousand Nine hundred sixteen & 11/100

ALL ITEMS SUBJECT TO RULES AND REGULATIONS
PERTAINING TO SAVINGS ACCOUNTS.    **NON NEGOTIABLE**

**Independence**

CK# _____    SIGNATURE _____

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT
TO THE PERSONS AUTHORIZED ON THE ACCOUNT

⑆5319⑈0950⑆    CK, # _____

INDEPENDENCE COMMUNITY BANK

CD    WITHDRAWAL    $3,388,916.11    CL ST TGR    08/21/2006
110080070253 001    110/05986    0017

**EXHIBIT 66**

## Instructions to Participant

**Note** If you postponed making a contribution to your IRA or certain retirement plans, in the box to the left of box 10, there should be a reason code, the year to which the contribution was credited, and the amount of the contribution.

The information on Form 5498 is submitted to the Internal Revenue Service by the trustee or issuer of your individual retirement arrangement (IRA) to report contributions, including any catch-up contributions, and the fair market value of the account. For information about IRAs, see Pub. 590, Individual Retirement Arrangements (IRAs), and Pub. 560, Retirement Plans for Small Business (SEP, SIMPLE, and Qualified Plans)

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows traditional IRA contributions for 2006 you made in 2006 and through April 16, 2007. These contributions may be deductible on your Form 1040 or 1040A. However, if you or your spouse was an active participant in an employer's pension plan, these contributions may not be deductible. This box does not include amounts in boxes 2–4 and 6–10.

**Box 2.** Shows any rollover, including a direct rollover to a traditional IRA or Roth IRA, you made in 2006. It does not show any amounts you converted from your traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA. They are shown in box 3. See the Form 1040 or 1040A instructions for information on how to report rollovers. If you have ever made any nondeductible contributions to your traditional IRA or SEP IRA and you did not roll over the total distribution, use Form 8606, Nondeductible IRAs, to figure the taxable amount. If property was rolled over, see Pub 590.

**Box 3** Shows the amount converted from a traditional IRA, SEP IRA or SIMPLE IRA to a Roth IRA in 2006. Use Form 8606 to figure the taxable amount.

contribution (plus earnings) from one type of IRA to another. See Pub 590

**Box 5.** Shows the fair market value of your account at year end. However, if a decedent's name is shown, the amount reported may be the FMV on the date of death if the FMV shown is zero for a decedent, the executor or administrator of the estate may request a date-of-death value from the financial institution

**Box 6.** For endowment contracts only, shows the amount allocable to the cost of life insurance. Subtract this amount from your allowable IRA contribution included in box 1 to compute your IRA deduction

**Box 7.** May show the kind of IRA reported on this Form 5498

**Box 8.** Shows SEP contributions made in 2006, including contributions made in 2006 for 2005, but not including contributions made in 2007 for 2006 If made by your employer, do not deduct on your income tax return If you made the contributions as a self-employed person (or partner), they may be deductible See Pub. 560

**Box 9.** Shows SIMPLE contributions made in 2006. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560

**Box 10.** Shows Roth IRA contributions you made in 2006 and through April 16, 2007 Do not deduct on your income tax return

**Box 11.** If the box is checked, you must take a required minimum distribution (RMD) for 2007 An RMD may be required even if the box is not checked. The amount, or offer to compute the amount, and date of the RMD will be furnished to you by January 31 either on Form 5498 (in the blank box to the left of box 10) or in a separate statement If you do not take the RMD for 2007, you are subject to a 50% excise tax on the amount not distributed See Pub. 590 for details

---

☐ **CORRECTED** (if checked)

| TRUSTEE'S or ISSUER'S name, street address city state and ZIP code | 1 IRA contributions (other than amounts in boxes 2–4 and 6–10) | OMB No 1545-0747 | |
|---|---|---|---|
| SOVEREIGN BANK<br>10-411-IR1<br>PO BOX 12646<br>READING PA 19612-2646 | $<br>2 Rollover contributions<br>$ **3,000,000.00** | **2006**<br>Form 5498 | **IRA Contribution Information** |

| TRUSTEE'S or ISSUER'S federal identification no | PARTICIPANT'S social security number | 3 Roth IRA conversion amount | 4 Recharacterized contributions | |
|---|---|---|---|---|
| 23-1237295 | 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 | $ | $ | **Copy B** |
| PARTICIPANT'S name, street address city, state, and ZIP code | | 5 Fair market value of account<br>$ **3,057,809.41** | 6 Life insurance cost included in box 1<br>$ | **For Participant** |
| MARIO A CRISCITO IRA TR<br>32 CHELSEA DR<br>LIVINGSTON NJ 07039-3420 | | 7 IRA ☒   SEP ☐   SIMPLE ☐   Roth IRA ☐ | | **This information is being furnished to the Internal Revenue Service.** |
| | | 8 SEP contributions<br>$ | 9 SIMPLE contributions<br>$ | |
| Account number (see instructions)<br>1144305764 | | 10 Roth IRA contributions<br>$ | 11 If checked, required minimum distribution for 2007 ☐ | |

Form 5498                                (keep for your records)          Department of the Treasury - Internal Revenue Service

**EXHIBIT 67**





SAVINGS WITHDRAWAL

ACCOUNT NUMBER

Independence

NON NEGOTIABLE

25328

**EXHIBIT 68**

Do Not Staple    6969

**Form 1096**
Department of the Treasury
Internal Revenue Service

OMB No. 1545-0108

## Annual Summary and Transmittal of U.S. Information Returns

**2005**
(Rev. March 2005)

FILER'S name
Diagnostic & Clinical Cardiology
P.A. Profit Sharing Plan

Street address (including room or suite number)
769 Northfield Avneue, Suite 220

City, state, and ZIP code
West Orange, NJ  07052

*Faxed & Mailed 10-13-06*

| Name of person to contact | Telephone number | For Official Use Only |
|---|---|---|
| Brian Warnock | ( 908) 757-5151  x103 | |
| Email address | Fax number ( 908) 757-9644 | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 76-0810624 | | 1 | $ 0.00 | $ 4510543.84 |

Enter an "X" in only one box below to indicate the type of form being filed.    If this is your final return, enter an "X" here ............ ▶ ☐

| W-2G 32 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-H 71 | 1099-INT 92 | 1099-LTC 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 5498 28 | 5498-ESA 72 | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                    Title ▶                    Date ▶

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically or magnetically. For magnetic media, see Form 4804, Transmission of Information Returns Reported Magnetically; for electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement, a Coverdell ESA, an HSA, an Archer MSA (including a Medicare Advantage MSA); certain corporations; certain donees of motor vehicles, boats, and airplanes; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 with Forms 1099, 1098, or W-2G by February 28, 2006. File Form 1096 with Forms 5498, 5498-ESA, and 5498-SA by May 31, 2006.

## Where To File

Send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following Internal Revenue Service Center address |
|---|---|
| Alabama, Arizona, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Texas, Virginia | Austin, TX 73301 |
| Arkansas, Connecticut, Delaware, Kentucky, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, West Virginia | Cincinnati, OH 45999 |
| Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Wisconsin | Kansas City, MO 64999 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G.

39-1908647

Form **1096** (Rev. 3-2005)

25009

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| Diagnostic & Clinical Cardiology P.A. Profit Sharing Plan 769 Northfield Avenue, Suite 220 West Orange, NJ 07052 | $ 4510543.84 | 2005 | |
| | 2a Taxable amount $ 0.00 | Form 1099-R | |

| | 2b Taxable amount not determined ☐ | Total distribution ☒ | Copy C |
|---|---|---|---|
| PAYER'S Federal identification number 76-0810624 | RECIPIENT'S identification number 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 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ |

For Recipient's Records

| RECIPIENT'S name, address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | This information is being furnished to the Internal Revenue Service. |
|---|---|---|---|
| Mario Criscito 32 Chelsea Drive Livingston, NJ 07039-3420 | 7 Distribution code(s) G | IRA/ SEP/ SIMPLE ☐ | 8 Other $ % |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |

| Account number (see instructions) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
|---|---|---|---|
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**        MGA        (keep for your records)        Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| Diagnostic & Clinical Cardiology P.A. Profit Sharing Plan 769 Northfield Avenue, Suite 220 West Orange, NJ 07052 | $ 4510543.84 | 2005 | |
| | 2a Taxable amount $ 0.00 | Form 1099-R | |

| | 2b Taxable amount not determined ☐ | Total distribution ☒ | Copy 2 |
|---|---|---|---|
| PAYER'S Federal identification number 76-0810624 | RECIPIENT'S identification number 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 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ |

File this copy with your state, city, or local income tax return, when required.

| RECIPIENT'S name, address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
|---|---|---|---|
| Mario Criscito 32 Chelsea Drive Livingston, NJ 07039-3420 | 7 Distribution code(s) G | IRA/ SEP/ SIMPLE ☐ | 8 Other $ % |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |

| Account number (see instructions) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
|---|---|---|---|
| 25010 | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**        MGA        Department of the Treasury - Internal Revenue Service

B2664        NTF 0487        WONEPERF

**EXHIBIT 69**

# American Pension Corporation

### 1375 PLAINFIELD AVENUE ● WATCHUNG, NEW JERSEY 07069
### (908) 757-5151 ● Facsimile (908) 757-9644

November 13, 2007

Joy M. Mercer, Esq.
Joy M. Mercer, P.C.
30 Columbia Turnpike
Florham Park, New Jersey 07932



Re:  Diagnostic & Clinical Cardiology, P.A.
      Profit Sharing Plan

Dear Ms. Mercer:

I received your letter of November 9, 2007 regarding Diagnostic & Clinical Cardiology. We are in the process of going through our files to accumulate the documentation that you have requested.

Regarding Item #4 of your letter, enclosed is a blank Benefit Election package, which is used by Diagnostic & Clinical Cardiology for plan distributions. Typically, the completed Election Forms are sent to Mary Sue McCarthy, to us, or to Diagnostic & Clinical Cardiology, P.A. The general procedure is, after our office reviews the Election Forms to make sure they are complete, Mary Sue McCarthy generates a letter of instruction which is signed by the Trustees. She then arranges to make the distribution from Morgan Stanley.

In the case of Mario Criscito, who was the Plan Trustee, he apparently provided the instructions for his own rollover directly to Morgan Stanley. He did not provide us with a copy of his Election Form, but did have Election Forms available to use.

Dr. Criscito did provide us with the dollar amount that was rolled over and we used that information to provide the 1099-R Form. While we certainly prefer that all Election Forms pass through our office, Dr. Criscito was the Plan Trustee, and, as such, had the authority to instruct Morgan Stanley to make the distribution. The only distribution for Dr. Criscito that we were aware of was the distribution of $4,510,543.84. As such, that was the only 1099-R prepared for him by our office. I am unaware of what institution the rollover was made to, but I believe it was made to Morgan Stanley. Mary Sue McCarthy should have that information.

Dr. Casella has been to our office several times, and has had complete access to all of our files. In the process, a number of questions have come up which only Dr. Criscito, and possibly Morgan Stanley, have the answers to.

- 2 -

In the meantime, as I have assured Dr. Casella and the Plan Trustees on more than one occasion, you have our full cooperation. As you know, our responsibility is to the current Trustees, and we will do whatever we can to answer any questions you may have.

Sincerely,

Brian P. Warnock
Vice-President

BPW/sjl

cc: Fadi Chaaban, M.D. (Plan Trustee)
    Constantinos A. Costeas, M.D. (Plan Trustee)
    Sabino R. Torre, M.D. (Plan Trustee)
    Gary Rogal, M.D., President
    Anthony Casella, M.D.
    Mr. Mark Brown
    Mr. Peter V. S. Coughlan, President
    Ms. Dominique Eck, Pension Consultant

d&cc/8

25119

**EXHIBIT 70**

8403730103
040.03.0001
02

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Pension and Welfare Benefits Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br><br>**1999**<br><br>This Form is Open to<br>Public Inspection |
|---|---|---|

**Part I**    **Annual Report Identification Information**

For the calendar plan year 1999 or fiscal plan year beginning      and ending

**A**   This return/report is for:   (1) ☐ a multiemployer plan;     (3) ☐ a multiple-employer plan;
      (2) ☒ a single-employer plan (other than a    (4) ☐ a DFE (specify) _____
          multiple-employer plan);

**B**   This return/report is:   (1) ☐ the first return/report filed for the plan;    (3) ☐ the final return/report filed for the plan;
      (2) ☐ an amended return/report;      (4) ☐ a short plan year return/report (less than 12 months).

**C**   If the plan is a collectively-bargained plan, check here ............................................... ▶☐

**D**   If you filed for an extension of time to file, check the box and attach a copy of the extension application ............... ▶☐

**Part II**    **Basic Plan Information** — enter all requested information.

| **1a** Name of plan<br>DIAGNOSTIC & CLINICAL CARDIOLOGY,<br>P.A. MONEY PURCHASE PLAN | **1b** Three-digit<br>plan number (PN) ▶    002 |
|---|---|
|  | **1c** Effective date of plan (mo., day, yr.)<br>04/01/1976 |

| **2a** Plan sponsor's name and address (employer, if for a single-employer plan)<br>(Address should include room or suite no.)<br>DIAGNOSTIC & CLINICAL CARDIOLOGY<br>CARDIOLOGY, P.A.<br><br><br>769 NORTHFIELD AVENUE<br><br><br>WEST ORANGE                    NJ   07052 | **2b** Employer Identification Number (EIN)<br>22-2323990 |
|---|---|
|  | **2c** Sponsor's telephone number<br>973-731-9442 |
|  | **2d** Business code (see instructions)<br>621111 |

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of plan administrator     Date     MARIO CRISCITO, M.D.
                                Typed or printed name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE   Date    MARIO CRISCITO, M.D.
                                Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers,    see the instructions for Form 5500.    v2.3    Form **5500** (1999)

0 2 9 9 1 8 0 1 4 Y

**PLAINTIFF'S**
**EXHIBIT**
CRISCITO 13
12-4-09

8403730103
040.03.0002
02

*Official Use Only*

**Form 5500 (1999)**        Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")<br>SAME | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below.

| | |
|---|---|
| **a** Sponsor's name | **b** EIN |
| | **c** PN |

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address
AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

                 WATCHUNG       NJ    07069

**b** EIN      22-2141197

**c** Telephone no.     908-757-5151

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 24 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| **a** Active participants | **7a** | 15 |
| **b** Retired or separated participants receiving benefits | **7b** | 0 |
| **c** Other retired or separated participants entitled to future benefits | **7c** | 9 |
| **d** Subtotal. Add lines 7a, 7b, and 7c | **7d** | 24 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **7e** | 0 |
| **f** Total. Add lines 7d and 7e | **7f** | 24 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **7g** | 24 |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **7h** | 0 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **7i** | 0 |

**8** Benefits provided under the plan (complete   8a through 8c, as applicable)

**a** [X] Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):   [ 2C ]   [ 2G ]   [ 3F ]   [ ] [ ] [ ] [ ]

**b** [ ] Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):   [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**c** [ ] Fringe benefits (check this box if the plan provides fringe benefits)

**9a** Plan funding arrangement (check all that apply)

   (1) [X] Insurance
   (2) [ ] Section 412(i) insurance contracts
   (3) [X] Trust
   (4) [ ] General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

   (1) [X] Insurance
   (2) [ ] Section 412(i) insurance contracts
   (3) [X] Trust
   (4) [ ] General assets of the sponsor

0 2 9 9 1 8 0 2 4 Z

8403730103
040.03.0003
02

**Form 5500 (1999)**                           Page **3**

Official Use Only

**10**   Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a**   **Pension Benefit Schedules**

(1)   [X]      R    (Retirement Plan Information)

(2)   [X]   1   T    (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year .................... ▶

(3)   [ ]      B    (Actuarial Information)

(4)   [ ]      E    (ESOP Annual Information) *

(5)   [ ]      SSA   (Separated Vested Participant Information)

**b**   **Financial Schedules**

(1)   [ ]      H    (Financial Information)

(2)   [X]      I    (Financial Information – Small Plan)

(3)   [X]   2   A    (Insurance Information)

(4)   [ ]      C    (Service Provider Information)

(5)   [ ]      D    (DFE/Participating Plan Information)

(6)   [ ]      G    (Financial Transaction Schedules)

(7)   [X]   1   P    (Trust Fiduciary Information)

**c**   **Fringe Benefit Schedule**

[ ]      F    (Fringe Benefit Plan Annual Information)



0 2 9 9 1 8 0 3 4

8403730103
040.03.0018
02



OCT 19 2000

7 9 9 9 0 0 0 1 0 Z

```
8403730103
040.03.0004
02
```

## SCHEDULE A
### (Form 5500)
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

## Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**1999**

This Form is Open to
Public Inspection

For the calendar year 1999 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit
plan number ▶ | 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Part I**   **Information Concerning Insurance Contract Coverage, Fees, and Commissions.**
Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1**   Coverage:

(a) Name of insurance carrier

PROVIDENT MUTUAL

| (b) EIN | (c) NAIC code | (d) Contract or Identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---------|---------------|---------------------------------------|------------------------------------------------------------------------------|-------------------------|----------|
| | | | | (f) From | (g) To |
| | | 4024790 | 1 | 01/01/1999 | 12/31/1999 |

**2**   Insurance fees and commissions paid to agents, brokers, and other persons:

**Totals**

| Amount of commissions paid | Fees paid / Amount |
|----------------------------|--------------------|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers,   see the Instructions for Form 5500.   v2.3   Schedule A (Form 5500) 1999



```
0 6 9 9 1 8 0 1 4
```

8403739103
040.03.0005
02

Official Use Only

**Schedule A (Form 5500) 1998**          **Page 2**

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |



0 8 9 9 1 8 0 2 4 S

```
8403730103
040.03.0006
02
```
Official Use Only

Schedule A (Form 5500) 1999                                                      Page 3

| Part II | Investment and Annuity Contract Information |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

| | | |
|---|---|---|
| 3 | Current value of plan's interest under this contract in the general account at year end ........................... | |
| 4 | Current value of plan's interest under this contract in separate accounts at year end ........................... | |
| 5 | Contracts With Allocated Funds | |
| a | State the basis of premium rates ►ON FILE WITH THE DEPT. OF INS. | |
| b | Premiums paid to carrier.............................................................................. | 15,000 |
| c | Premiums due but unpaid at the end of the year ............................................... | 0 |
| d | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount .............................................. | 0 |
| | Specify nature of costs ► N/A | |
| e | Type of contract   (1)[X] individual policies      (2)[ ] group deferred annuity | |
| | (3)[ ] other (specify) ► | |
| f | If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here .......... ►[ ] | |
| 6 | Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts) | |
| a | Type of contract   (1)[ ] deposit administration        (2)[ ] immediate participation guarantee | |
| | (3)[ ] guaranteed investment        (4)[ ] other (specify below) | |
| | ► | |



| | | |
|---|---|---|
| b | Balance at the end of the previous year ................................................................ | |
| c | Additions: (1) Contributions deposited during the year ..................... | |
| | (2) Dividends and credits ............................................. | |
| | (3) Interest credited during the year ................................... | |
| | (4) Transferred from separate account ................................ | |
| | (5) Other (specify below) ............................................ | |
| | ► | |
| | (6) Total additions .................................................. | |
| d | Total of balance and additions (add  b and c (6))................................................. | |
| e | Deductions: | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year ..... | |
| | (2) Administration charge made by carrier ................................. | |
| | (3) Transferred to separate account ...................................... | |
| | (4) Other (specify below) .............................................. | |
| | ► | |
| | (5) Total deductions ...................................................... | |
| f | Balance at the end of the current year (subtract   e (5) from d) .................................... | |

```
0 6 9 9 1 8 0 3 4 /
```

```
8403730103
040.03.0007
02
```
Official Use Only

Schedule A (Form 5500) 1990                                                    Page 4

**Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a ☐ | Health (other than dental or vision) | b ☐ | Dental | c ☐ | Vision | d ☐ | Life Insurance |
| e ☐ | Temporary disability (accident and sickness) | f ☐ | Long-term disability | g ☐ | Supplemental unemployment | h ☐ | Prescription drug |
| i ☐ | Stop loss (large deductible) | j ☐ | HMO contract | k ☐ | PPO contract | l ☐ | Indemnity contract |
| m ☐ | Other (specify) ▶ | | | | | | |

**8**   Experience-rated contracts

**a**   Premiums: (1) Amount received ....................................

(2) Increase (decrease) in amount due but unpaid  ....................

(3) Increase (decrease) in unearned premium reserve  ....................

(4) Earned ((1) + (2) - (3))  ....................................

**b**   Benefit charges: (1) Claims paid ....................................

(2) Increase (decrease) in claim reserves ..............................

(3) Incurred claims (add (1) and (2))  ................................

(4) Claims charged  ....................................

**c**   Remainder of premium: (1) Retention charges (on an accrual basis) --

(A) Commissions ....................................

(B) Administrative service or other fees ........................

(C) Other specific acquisition costs ............................

(D) Other expenses ....................................

(E) Taxes ....................................

(F) Charges for risks or other contingencies ......................

(G) Other retention charges ............................

(H) Total retention ....................................

(2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) ............

**d**   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ............

(2) Claim reserves ....................................

(3) Other reserves ....................................

**e**   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)  ....................

**9**   Nonexperience-rated contracts:

**a**   Total premiums or subscription charges paid to carrier ....................................

**b**   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ............

Specify nature of costs ▶ _____

0 6 9 8 1 8 0 4 4 +

8403730103
040.03.0008
02

**SCHEDULE A
(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**1999**

This Form is Open to Public Inspection

For the calendar year 1999 or fiscal plan year beginning _____, and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit plan number ▶ | 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions.**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1** Coverage:

(a) Name of insurance carrier

NEW YORK LIFE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | P8102530 | 1 | 01/01/1999 | 12/31/1999 |

**2** Insurance fees and commissions paid to agents, brokers, and other persons:

**Totals**

| Amount of commissions paid | Fees paid / Amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers,   see the Instructions for Form 5500.   v2.3   Schedule A (Form 5500) 1999



0 6 9 9 1 8 0 1 4

8403730103
040.03.0009
02
Official Use Only

Schedule A (Form 5500) 1999                                        Page 2

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |



0 6 9 9 1 8 0 2 4 5

8403730103
040.03.0010
02

Official Use Only

**Schedule A (Form 5500) 1999**                                    Page **3**

| Part II | Investment and Annuity Contract Information |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

3  Current value of plan's interest under this contract in the general account at year end . . . . . . . . . . . . . . . . . . . . |  |

4  Current value of plan's interest under this contract in separate accounts at year end . . . . . . . . . . . . . . . . . . |  |

5  Contracts With Allocated Funds

a  State the basis of premium rates  ►ON FILE WITH THE DEPT. OF INS.

b  Premiums paid to carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42,000 |

c  Premiums due but unpaid at the end of the year  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |

d  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition
or retention of the contract or policy, enter amount  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
Specify nature of costs  ►  N/A   .

e  Type of contract   (1) ☒ individual policies        (2) ☐ group deferred annuity
(3) ☐ other (specify)  ►

f  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here   . . . . . . . . . ►☐

6  Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

a  Type of contract   (1) ☐ deposit administration         (2) ☐ immediate participation guarantee
(3) ☐ guaranteed investment              (4) ☐ other (specify below)
►

b  Balance at the end of the previous year  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |

c  Additions: (1) Contributions deposited during the year  . . . . . . . . . . . . . . . . . . . . . |  |
(2) Dividends and credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
(3) Interest credited during the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
(4) Transferred from separate account  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
(5) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
►
(6) Total additions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |

d  Total of balance and additions (add  b  and c (6)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |

e  Deductions:
(1) Disbursed from fund to pay benefits or purchase annuities during year   . . . . . |  |
(2) Administration charge made by carrier  . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
(3) Transferred to separate account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
(4) Other (specify below)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
►
(5) Total deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |

f  Balance at the end of the current year (subtract   e (5) from d ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |



0  6  9  9  1  8  0  3  4  /

```
8403730103
040.03.0011
02
```
Official Use Only

**Schedule A (Form 5500) 1999**                                                        Page **4**

**Part III**   **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

| | | | |
|---|---|---|---|
| a ☐ Health (other than dental or vision) | b ☐ Dental | c ☐ Vision | d ☐ Life insurance |
| e ☐ Temporary disability (accident and sickness) | f ☐ Long-term disability | g ☐ Supplemental unemployment | h ☐ Prescription drug |
| i ☐ Stop loss (large deductible) | j ☐ HMO contract | k ☐ PPO contract | l ☐ Indemnity contract |
| m ☐ Other (specify) ▶ | | | |

**8**   Experience-rated contracts

**a**   Premiums: (1) Amount received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (2) Increase (decrease) in amount due but unpaid . . . . . . . . . . . . . . . . . . . . .

 (3) Increase (decrease) in unearned premium reserve . . . . . . . . . . . . . . . . . . . .

 (4) Earned ((1) + (2) - (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b**   Benefit charges: (1) Claims paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (2) Increase (decrease) in claim reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (3) Incurred claims (add (1) and (2)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (4) Claims charged . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**c**   Remainder of premium: (1) Retention charges (on an accrual basis) --

 (A) Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (B) Administrative service or other fees . . . . . . . . . . . . . . . . . . . . . . . . . .

 (C) Other specific acquisition costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (D) Other expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (E) Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (F) Charges for risks or other contingencies . . . . . . . . . . . . . . . . . . . . . .

 (G) Other retention charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (H) Total retention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) . . . . . . . . . . . .

**d**   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement . . . . . . . . . . .

 (2) Claim reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 (3) Other reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**e**   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) . . . . . . . . . . . . . . . . . . . . .

**9**   Nonexperience-rated contracts:

**a**   Total premiums or subscription charges paid to carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b**   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount . . . . . . . . . . . . . .

Specify nature of costs ▶ _____

```
                    0  6  9  9  1  8  0  4  4  +
```

```
8403730103
040.03.0012
02
```
Official Use Only

**SCHEDULE I
(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Financial Information – Small Plan

This schedule is required to be filed under Section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the
Internal Revenue Code (the Code).

► File as an attachment to Form 5500.

OMB No. 1210-0110

**1999**

This Form is Open
to Public Inspection.

For calendar year 1999 or fiscal plan year beginning _____ and ending _____

A  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

B  Three-digit
plan number  ►  002

C  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

D  Employer Identification Number
22-2323990

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you
are filing as a small plan under the 80-120 participant rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

## Part I    Small Plan Financial Information

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year. Combine the
value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees during this plan year to
pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and
any payments/receipts to/from insurance carriers.    Round off amounts to the nearest dollar.

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1** | **Plan Assets and Liabilities:** | | | |
| a | Total plan assets ................................................ | 1a | 6,601,582 | 8,194,766 |
| b | Total plan liabilities ............................................. | 1b | | |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 6,601,582 | 8,194,766 |
| **2** | **Income, Expenses, and Transfers for this Plan Year:** | | **(a) Amount** | **(b) Total** |
| a | Contributions received or receivable | | | |
| | (1) Employers .................................................. | 2a(1) | 318,831 | |
| | (2) Participants ............................................... | 2a(2) | | |
| | (3) Others (including rollovers) ............................ | 2a(3) | | |
| b | Noncash contributions ........................................ | 2b | | |
| c | Other income ................................................... | 2c | 1,331,353 | |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) .......... | 2d | | 1,650,184 |
| e | Benefits paid (including direct rollovers) ..................... | 2e | | |
| f | Corrective distributions (see instructions) ..................... | 2f | | |
| g | Certain deemed distributions of participant loans (see instructions) .... | 2g | | |
| h | Other expenses ................................................ | 2h | 57,000 | 57,000 |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) ................. | 2i | | 1,593,184 |
| j | Net income (loss) (subtract line 2i from line 2d) ................ | 2j | | 1,593,184 |
| k | Net transfers................................................... | 2k | | 0 |

**3**   Specific Assets: If the plan held any assets in one or more of the following specific categories, check yes and enter the current value as of the
end of the plan year. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a
line-by-line basis unless the trust meets one of the specific exceptions described in the instructions.

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Partnership/joint venture interests ........................................... | 3a | | X | |
| b | Employer real property .......................................................... | 3b | | X | |

For Paperwork Reduction Act Notice and OMB Control Numbers,    see the Instructions for Form 5500.    v2.3    Schedule I (Form 5500) 1999



```
2 0 9 9 1 8 0 1 4 Y
```

8403730103
040.03.0013
02
Official Use Only

Schedule I (Form 5500) 1999                                                      Page 2

| | | Yes | No | Amount |
|---|---|---|---|---|
| 3c | Real estate (other than employer real property) .............................. | 3c | | X | |
| d | Employer securities ......................................................... | 3d | | X | |
| e | Participant loans ........................................................... | 3e | | X | |
| f | Loans (other than to participants) .......................................... | 3f | | X | |
| g | Tangible personal property .................................................. | 3g | | X | |

## Part II  Transactions During Plan Year

| | | Yes | No | Amount |
|---|---|---|---|---|
| 4 | During the plan year: | | | | |
| a | Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-1027 (See instructions) ...................... | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance ................................ | 4b | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? ............................................................... | 4c | | X | |
| d | Did the plan engage in any nonexempt transaction with any party-in-interest? ............. | 4d | | X | |
| e | Was the plan covered by a fidelity bond? ..................................... | 4e | X | | 350,000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................... | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ................... | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? .... | 4h | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? ................... | 4i | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought the control of the PBGC? ................................ | 4j | | X | |

5a Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that
reverted to the employer this year ....................................... ☐ Yes ☒ No  Amount

5b If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities
were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

2 0 9 9 1 6 0 2 4 Z

8403730103
040.03.0014
02

**SCHEDULE P
(FORM 5500)**

Department of the Treasury
Internal Revenue Service

**Annual Return of Fiduciary
of Employee Benefit Trust**

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

▶ File as an attachment to Form 5500 or 5500-EZ.

Official Use Only

OMB No. 1210-0110

**1999**

This Form is Open to
Public Inspection.

For trust calendar year 1999 or fiscal year beginning _____, and ending _____

**1a** Name of trustee or custodian

MARIO CRISCITO, M.D.

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

769 NORTHFIELD AVENUE

**c** City or town, state, and ZIP code

WEST ORANGE          NJ   07052

**2a** Name of trust
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**b** Trust's employer identification number          22-2323990

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? .................................................... ☒ Yes ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ................................................................. ▶ | 22-2323990

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

Signature of fiduciary ▶                          Date ▶ 10/1/1200

For the Paperwork Reduction Notice and OMB Control Numbers, see the Instructions for Form 5500 or 5500-EZ.          v2.3          Schedule P (Form 5500) 1999



2699180147

840373 0103
040.03 .0015
02

Official Use Only

## SCHEDULE R
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

## Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the
Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the
Internal Revenue Code (the Code).

▶ File as an Attachment to Form 5500.

OMB No. 1210-0110

### 1999

This Form is Open to
Public Inspection.

For calendar year 1999 or fiscal plan year beginning _____ and ending _____

| A | Name of plan | B | Three-digit | | |
|---|---|---|---|---|---|
| | DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | | plan number ▶ | | 002 |
| C | Plan sponsor's name as shown on line 2a of Form 5500 | D | Employer Identification Number | | |
| | DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | | 22-2323990 | | |

## Part I   Distributions

All references to distributions relate only to payments of benefits during the plan year.

1   Total value of distributions paid in property other than in cash, annuity contracts, or publicly traded
    employer securities ....................................................................... | 1 | $

2   Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries
    during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts
    of benefits). _____

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

3   Number of participants (living or deceased) whose benefits were distributed in a single sum, during
    the plan year ........................................................................... | 3 |

## Part II   Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue
Code or ERISA section 302, skip this Part)

4   Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)?  ............  | Yes | ☒ No | | N/A
    If the plan is a defined benefit plan, go to line 7.

5   If a waiver of the minimum funding standard for a prior year is being amortized in this
    plan year, see instructions, and enter the date of the ruling letter granting the waiver  .............. ▶  Month _____ Day _____ Year _____
    If you completed line 5, complete lines 3, 9, and 10 of Schedule B and _____ do not complete the remainder of this schedule.

6a  Enter the minimum required contribution for this plan year  ........................................ | 6a | $ | 318,831
 b  Enter the amount contributed by the employer to the plan for this plan year  ......................... | 6b | $ | 318,831
 c  Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left
    of a negative amount)  .................................................................. | 6c | $ | 0
    If you completed line 6c, do not complete the remainder of this schedule.

7   If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing
    automatic approval for the change, does the plan sponsor or plan administrator agree with the change?  ...........  | Yes | No | N/A
    Do not complete line 8, if the plan is a multiemployer plan or a plan with 100 or fewer participants during the prior plan year (see inst.).

8   Is the employer electing to compute minimum funding for this plan year using the transitional rule
    provided in Code section 412(l)(11) and ERISA section 302(d)(11)?  ......................................  | Yes | No | N/A

## Part III   Amendments

9   If this is a defined benefit pension plan, were any amendments adopted during this plan year that
    increased the value of benefits? (see instructions)  ...............................................  | Yes | No

For Paperwork Reduction Act Notice and OMB Control Numbers,   see the instructions for Form 5500.   v2.3   Schedule R (Form 5500) 1999

2 2 9 9 1 8 0 1 4 -

8403730103
040.03.0016
02

Official Use Only

## SCHEDULE T
## (Form 5500)

Department of the Treasury
Internal Revenue Service

## Qualified Pension Plan Coverage Information

This form is required to be filed under section 6058(a) of the
Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

OMB No. 1210-0110

## 1999

This Form is Open
to Public Inspection.

For calendar year 1999 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit plan number ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

Note: If the plan is maintained by:

More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for
each employer (see the instruction for line 1).

An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for
each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively-bargained employees of an employer   participating
in a plan maintained by more than one employer, enter the name and EIN of the participating employer.

**1a** Name of participating employer

**1b** Employer identification number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:

**a** The number of QSLOBs that the employer operates is _____

**b** The number of such QSLOBs that have employees benefiting under this plan is _____

**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? . . . ☐ Yes ☐ No

**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates. ▶

**3** Exceptions -- Check the box before each statement that describes the plan or the employer.
If you check any box, do not complete the rest of this Schedule.

**a** ☐ The employer employs only highly compensated employees (HCEs).

**b** ☐ No HCEs benefited under the plan at anytime during the plan year.

**c** ☐ The plan benefits only collectively-bargained employees.

**d** ☒ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)),
including leased employees and self-employed individuals.

**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers,   see the Instructions for Form 5500.   v2.3   Schedule T (Form 5500) 1999



2 8 9 9 1 8 0 1 4 %

8403730103
040.03.0017
02
Official Use Only

**Schedule T (Form 5500) 1999**                                                 **Page 2**

| | |
|---|---|

**4**   Enter the date the plan year began for which coverage data is being submitted.     Month ____ Day ____ Year ____

**a**   Did any leased employees perform services for the employer at any time during the plan year?     ☐ Yes ☐ No

**b**   In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4),
does the employer aggregate plans?     ☐ Yes ☐ No

**c**   Complete the following:

  (1)   Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including
        leased employees and self-employed individuals     **c(1)** _____

  (2)   Number of excludable employees as defined in IRS regulations (see instructions)     **c(2)** _____

  (3)   Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1))     **c(3)** _____

  (4)   Number of nonexcludable employees (line 4c(3)) who are HCEs     **c(4)** _____

  (5)   Number of nonexcludable employees (line 4c(3)) who benefit under the plan     **c(5)** _____

  (6)   Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs     **c(6)** _____

**d**   Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the
information on lines 4c and 4d pertains (see instructions)  ▶  _____     **d** _____ %

**e**   Identify any disaggregated part of the plan and enter its ratio percentage:

  (1)   Disaggregated part: _____   Ratio Percentage:   **e(1)** _____ %

  (2)   Disaggregated part: _____   Ratio Percentage:   **e(2)** _____ %

  (3)   Disaggregated part: _____   Ratio Percentage:   **e(3)** _____ %

**f**   This plan satisfies the coverage requirements on the basis of (check one):   ☐ the ratio percentage test   ☐ average benefit test



2  8  9  9  1  8  0  2  4  0

**EXHIBIT 71**

3 4 0 3 7 2 1 9 8 2
3 9 7 . 0 6 . 0 0 0 1
0 3

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan
This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2000**

This Form is Open to
Public Inspection

### Part I    Annual Report Identification Information

For the calendar plan year 2000 or fiscal plan year beginning _____ and ending _____

A  This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

B  This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report,
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

C  If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►☐

D  If you filed for an extension of time to file, check the box and attach a copy of the extension application . . . . . . . . ►☒

### Part II    Basic Plan Information — enter all requested information.

**1a** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY,
P.A. MONEY PURCHASE PLAN

**1b** Three-digit
plan number (PN)  ►  002

**1c** Effective date of plan (mo , day, yr.)
04/01/1976

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no )
DIAGNOSTIC & CLINICAL CARDIOLOGY
CARDIOLOGY, P.A.

769 NORTHFIELD AVENUE

WEST ORANGE                              NJ   07052

**2b** Employer Identification Number (EIN)
22-2323990

**2c** Sponsor's telephone number
973-731-9442

**2d** Business code (see instructions)
621111

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

X _____ Signature of plan administrator   Date 8/10/02   MARIO CRISCITO, M.D.
Typed or printed name of individual signing as plan administrator

X _____ Signature of employer/plan sponsor/DFE   Date 10/07/02   MARIO CRISCITO, M.D.
Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v3.2    Form **5500** (2000)



0 2 0 0 1 8 0 1 4 G



PLAINTIFF'S
EXHIBIT
CRISCITO 14
12-4-09

```
3 49372 1982
397.06.0002
03
```

Form 5500 (2000)  ·  Page 2

Official Use Only

| 3a | Plan administrator's name and address (if same as plan sponsor, enter "Same") | 3b | Administrator's EIN |
|---|---|---|---|
| SAME | | 3c | Administrator's telephone number |

4  If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

| a | Sponsor's name | b | EIN |
|---|---|---|---|
| | | c | PN |

5  Preparer information (optional)    a  Name (including firm name, if applicable) and address

AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

WATCHUNG                                                            NJ    07069

| | | b | EIN |
|---|---|---|---|
| | | | 22-2141197 |
| | | c | Telephone number |
| | | | 908-757-5151 |

| 6 | Total number of participants at the beginning of the plan year | 6 | 26 |
|---|---|---|---|
| 7 | Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| a | Active participants | 7a | 16 |
| b | Retired or separated participants receiving benefits | 7b | 0 |
| c | Other retired or separated participants entitled to future benefits | 7c | 1 |
| d | Subtotal. Add lines 7a, 7b, and 7c | 7d | 17 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | 7e | 0 |
| f | Total. Add lines 7d and 7e | 7f | 17 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 7g | 17 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 7h | 0 |
| i | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | 7i | 0 |

8  Benefits provided under the plan (complete   8a through 8c, as applicable)

a  [X] Pension benefits  (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions):   [2C]  [2G]  [3E]  [ ]  [ ]  [ ]  [ ]

b  [ ] Welfare benefits  (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions):   [ ]  [ ]  [ ]  [ ]  [ ]  [ ]

c  [ ] Fringe benefits (check this box if the plan provides fringe benefits)

| 9a | Plan funding arrangement (check all that apply) | 9b | Plan benefit arrangement (check all that apply) |
|---|---|---|---|
| (1) [X] | Insurance | (1) [X] | Insurance |
| (2) [ ] | Section 412(i) insurance contracts | (2) [ ] | Section 412(i) insurance contracts |
| (3) [X] | Trust | (3) [X] | Trust |
| (4) [ ] | General assets of the sponsor | (4) [ ] | General assets of the sponsor |

0 2 0 0 1 8 0 2 4 H

349372 1982
397.06.0003
03

Form 5500 (2000)                                                    Page **3**

Official Use Only

**10**  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a**  **Pension Benefit Schedules**

| | | | |
|---|---|---|---|
| (1) | [X] | R | (Retirement Plan Information) |
| (2) | [X] | **1** T | (Qualified Pension Plan Coverage Information) |

If a Schedule T is not attached because the plan
is relying on coverage testing information for a
prior year, enter the year ................... ▶

| | | | |
|---|---|---|---|
| (3) | [ ] | B | (Actuarial Information) |
| (4) | [ ] | E | (ESOP Annual Information) |
| (5) | [ ] | SSA | (Separated Vested Participant Information) |

**b**  **Financial Schedules**

| | | | |
|---|---|---|---|
| (1) | [ ] | H | (Financial Information) |
| (2) | [X] | I | (Financial Information -- Small Plan) |
| (3) | [X] | **2** A | (Insurance Information) |
| (4) | [ ] | C | (Service Provider Information) |
| (5) | [ ] | D | (DFE/Participating Plan Information) |
| (6) | [ ] | G | (Financial Transaction Schedules) |
| (7) | [X] | **1** P | (Trust Fiduciary Information) |

**c**  **Fringe Benefit Schedule**

| | | | |
|---|---|---|---|
| | [ ] | F | (Fringe Benefit Plan Annual Information) |



0  2  0  0  1  8  0  3  4  f

940372 1982
397.06.0022
03



799900010Z

# American Pension Corporation

1375 PLAINFIELD AVENUE   ●   WATCHUNG, NEW JERSEY 07069
(908) 757-5151   ●   Facsimile (908) 757-9644

***** ATTACHMENT TO FORM 5558 *****

The attached form 5558 was timely filed by American Pension Corporation prior to July 31, 2001.  Unfortunately a number of 5558 forms were inadvertently mailed to the DOL where the 5500 forms are processed rather than to the IRS. This was an honest mistake and it is understandable how this snafu occurred.

The error in the mailing address was discovered on July 27, 2001 just prior to the filing deadline.  We promptly filed signed copies of all of the extensions with the Internal Revenue Service.

Apparently the DOL forwarded a large batch of the 5558's to the IRS well after the July 31st deadline.  Although it would have been nice had the IRS considered the forms to have been timely filed, they apparently used the date that they received the forms from the Department of Labor rather than the actual mailing date.  As a result, the IRS mailed out letters denying several extensions.

To sum up, while the original filing of the extension may have been denied by the IRS, a second filing was made prior to July 31st.  Since the IRS no longer acknowledges timely filed extensions, the purpose of this letter is to advise you that an extension was timely filed and is, therefore, automatically approved.

Kindly mark your records to indicate that a valid extension was timely filed extending the deadline to October 15, 2001.  Please do not assess any penalty charges as there obviously was a reasonable cause for any delay in the IRS receiving the original 5558.  Again, whether or not the IRS received the original filing from the DOL by July 31st, a second filing was made prior to July 31st.

Please contact our office should you have any questions.  Your cooperation in this matter is greatly appreciated.

Sincerely,

Brian P. Warnock
Vice President

# American Pension Corporation

349372 1982
397.06.0020
03

1375 PLAINFIELD AVENUE ● WATCHUNG, NEW JERSEY 07069
(908) 757-5151 ● Facsimile (908) 757-9644

### SEPTEMBER 11, 2001 TERRORIST ATTACK

TO:  DEPARTMENT OF LABOR

RE:  NOTICE 2001-61 and
     NOTICE 2001-63
     TERRORIST ATTACK

American Pension Corporation, the third party administrator that prepared the
attached 5500 form, is located in New Jersey, approximately 25 miles away from
New York City.  All of our employees have friends, neighbors, and family mem-
bers who were affected, directly or indirectly, by the terrorist attack on the
World Trade Center.

The attack resulted in a loss of work hours as well as a temporary disruption
of our phone, fax, and mail service.  There was also a general loss of produc-
tivity in our office, as we dealt with the shock of the day's events.  Lately,
even the simple act of opening the day's mail has been slowed down as we hear
daily reports of Anthrax being sent through the mail.  As a result, despite
our best efforts, we were unable to complete the 5500 forms prior to the fil-
ing deadline.

We, therefore, request that any penalties for late filing be abated.  Your co-
operation and understanding in this matter is greatly appreciated.

Sincerely,

Brian P. Warnock
Vice President

Form **5558**
(Rev. May 2000)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time
## To File Certain Employee Plan Returns

▶ For Paperwork Reduction Act Notice, see instructions on back.

840372 1982
OMB No. 05-0021
03

**File With IRS Only**

File before the normal due date of the Form 5500, 5500-EZ or 5330 (see instructions)

Name of filer, plan administrator, or plan sponsor (see instructions)
Diagnostic & Clinical Cardiology PA

Number, street, and room or suite no. (if a P.O. box, see instructions)
11 Chadwick Road

City or town, state, and ZIP code
Livingston, NJ 07039

Filer's Identifying Number—Check applicable box and enter number (see instructions).

☒ Employer identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see specific instructions.
▶ 22-2323990 _____ OR

☐ Social security number (see Specific Instructions)
▶ _____

**1** I request an extension of time until ____10__ / __15__ / __01__ to file (check appropriate box(es)).
month   day   year

**a** ☒ Form 5500 or 5500-EZ (no more than 2½ months).

The application IS automatically approved to the date shown on line 1 (above) if: (1) box 1a is checked, (2) the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and (3) the date on line 1 is no more than 2½ months after the normal due date.

You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

**b** ☐ Form 5330 (no more than 6 months). Payment amount attached is $ _____ (see instructions)

**2** Complete the following for the plan(s) covered by this application (see How To File):

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | X | | | 0 0 1 | 12 | 31 | 00 |
| | | | | : : | | | |
| | | | | : : | | | |

**3** State in detail why you need the extension (if line 1b is checked) _____

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

Signature ▶ — *John N. Cheplik*       Date ▶ JUL 1 8 2001

Notice to Applicant

**To Be Completed by the IRS if line 1b is checked ▼**

☐ This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. (You MUST attach an approved copy of this form to each Form 5330 that was granted an extension.)

☐ The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to .............................................................. (You MUST attach an approved copy of this form to each Form 5330 that was granted an extension.)

☐ The application for an extension for Form 5330 IS NOT approved, because it was filed after the normal due date of the return. (A 10-day grace period IS NOT granted.)

☐ This application for an extension for Form 5330 IS NOT approved, because
  ☐ The application was not signed.
  ☐ No reason was given on this application or the reason was not acceptable.
  ☐ No payment was attached for the tax due on Form 5330.
  ☐ Other ▶
A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. (You MUST attach a copy of this form to each return you file that is granted a grace period.)

To Be Completed by the IRS if line 1b is checked

_____ (Date)       _____ (Director)       By: _____

Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.

Please Print or Type

Name _____

Number, street, and room or suite no. (if a P.O. box, see instructions.) _____

City or town, state, and ZIP code _____

MGA

Form **5558** (Rev. 5-2000)

849372 1982
397.06.0004
03

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2000**

This Form is Open to
Public Inspection

For the calendar year 2000 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit
plan number ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Part I**   **Information Concerning Insurance Contract Coverage, Fees, and Commissions.**
Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

1  Coverage:

(a) Name of insurance carrier

NEW YORK LIFE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | P8102530 | 1 | 01/01/2000 | 12/31/2000 |

2  Insurance fees and commissions paid to agents, brokers, and other persons:

| Totals | |
|---|---|
| Amount of commissions paid | Fees paid / Amount |
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.   v3.2   Schedule A (Form 5500) 2000



0 6 0 0 1 8 0 1 4 K

849372 1988
397.06.0005
03

Official Use Only

Schedule A (Form 5500) 2000                                                    Page  2

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |



0 6 0 0 1 8 0 2 4 L

8493721982
397.06.0006
03

Official Use Only

Schedule A (Form 5500) 2000                                                      Page 3

**Part III    Investment and Annuity Contract Information**

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

| | | |
|---|---|---|
| 3 | Current value of plan's interest under this contract in the general account at year end .................... | |
| 4 | Current value of plan's interest under this contract in separate accounts at year end ........ .............. | |
| 5 | **Contracts With Allocated Funds** | |
| a | State the basis of premium rates ▶ ON FILE WITH THE DEPT. OF INS. | |
| b | Premiums paid to carrier ............................................................................... | |
| c | Premiums due but unpaid at the end of the year ................................................... | 42000 |
| d | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount ............ ............................. ...... Specify nature of costs ▶ N/A | |

e   Type of contract    (1) [X] individual policies        (2) [ ] group deferred annuity
    (3) [ ] other (specify) ▶

f   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ............ ▶ [ ]

6   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

a   Type of contract   (1) [ ] deposit administration        (2) [ ] immediate participation guarantee
    (3) [ ] guaranteed investment        (4) [ ] other (specify below)
    ▶

| | | |
|---|---|---|
| b | Balance at the end of the previous year ............................................... | |
| c | Additions: (1) Contributions deposited during the year ................ .......... | |
| | (2) Dividends and credits ............... ............. | |
| | (3) Interest credited during the year ................................. | |
| | (4) Transferred from separate account ................................. | |
| | (5) Other (specify below) ........................................ | |
| | ▶ | |
| | (6) Total additions ................................................. | |
| d | Total of balance and additions (add  b and c (6))................. ........... | |
| e | Deductions: | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year ... | |
| | (2) Administration charge made by carrier ............................... | |
| | (3) Transferred to separate account ................................... | |
| | (4) Other (specify below) ............................................ | |
| | ▶ | |
| | (5) Total deductions ................................... | |
| f | Balance at the end of the current year (subtract   e (5) from d )................. | |



0 6 0 0 1 8 0 3 4 M

```
8403721982
397.06.0007
03
```

Schedule A (Form 5500) 2000 _____     Page 4

Official Use Only

| Part III | **Welfare Benefit Contract Information** |

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

a ☐ Health (other than dental or vision)   b ☐ Dental   c ☐ Vision   d ☐ Life insurance
e ☐ Temporary disability (accident and sickness)   f ☐ Long-term disability   g ☐ Supplemental unemployment   h ☐ Prescription drug
i ☐ Stop loss (large deductible)   j ☐ HMO contract   k ☐ PPO contract   l ☐ Indemnity contract
m ☐ Other (specify) ►

**8** Experience-rated contracts

a Premiums: (1) Amount received ...........................................
  (2) Increase (decrease) in amount due but unpaid ......................
  (3) Increase (decrease) in unearned premium reserve ... .................
  (4) Earned ((1) + (2) - (3)) ......... ......... ......... ......... .....

b Benefit charges: (1) Claims paid .... ........... ........ .. .........
  (2) Increase (decrease) in claim reserves .... ............ ........
  (3) Incurred claims (add (1) and (2)) ......................... ..
  (4) Claims charged ......................................... ..............

c Remainder of premium: (1) Retention charges (on an accrual basis) –
  (A) Commissions ............................................. .......
  (B) Administrative service or other fees .............................
  (C) Other specific acquisition costs .................................
  (D) Other expenses .................................................
  (E) Taxes .. .......................................................
  (F) Charges for risks or other contingencies ....... ................
  (G) Other retention charges ........................................
  (H) Total retention .................................................
  (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) ... ......

d Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ..... ....
  (2) Claim reserves ..................................................... ...........
  (3) Other reserves .......................................... ........................... . .

e Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) ..... .................

**9** Nonexperience-rated contracts:

a Total premiums or subscription charges paid to carrier ................................. .................
b If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ............
Specify nature of costs ►

```
0  6  0  0  1  8  0  4  4  N
```

840372 1982
397.06.0008
03

**SCHEDULE A**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

## Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2000.**

This Form is Open to
Public Inspection

For the calendar year 2000 or fiscal plan year beginning _____ ,and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit
plan number ▶ | 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Part I**  **Information Concerning Insurance Contract Coverage, Fees, and Commissions.**
Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1** Coverage:

(a) Name of insurance carrier

PROVIDENT MUTUAL

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | 4024790 | 1 | 01/01/2000 | 12/31/2000 |

**2** Insurance fees and commissions paid to agents, brokers, and other persons:

| Totals | |
|---|---|
| Amount of commissions paid | Fees paid / Amount |
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v3.2    Schedule A (Form 5500) 2000



0 6 0 0 1 8 0 1 4 K

Schedule A (Form 5500) 2000

Page 2

Official Use Only

(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |



0 6 0 0 1 8 0 2 4 L

3493721982
397.08.0010
03

Schedule A (Form 5500) 2000        Page **3**

Official Use Only

**Part II**    **Investment and Annuity Contract Information**

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3**   Current value of plan's interest under this contract in the general account at year end ............................

**4**   Current value of plan's interest under this contract in separate accounts at year end ............................

**5**   Contracts With Allocated Funds

**a**   State the basis of premium rates   ▶ON FILE WITH THE DEPT. OF INS.

**b**   Premiums paid to carrier .... ............................................................          0

**c**   Premiums due but unpaid at the end of the year ............................................

**d**   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount ............................................

Specify nature of costs   ▶   N/A

**e**   Type of contract   (1) [X] individual policies     (2) [ ] group deferred annuity

     (3) [ ] other (specify) ▶

**f**   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here .......... ▶ [ ]

**6**   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a**   Type of contract   (1) [ ] deposit administration     (2) [ ] immediate participation guarantee

     (3) [ ] guaranteed investment     (4) [ ] other (specify below)

     ▶

**b**   Balance at the end of the previous year .....................................

**c**   Additions: (1) Contributions deposited during the year ....................

     (2) Dividends and credits ................................................

     (3) Interest credited during the year .....................

     (4) Transferred from separate account .....................

     (5) Other (specify below) ..........................................

     ▶

     (6) Total additions .................................................

**d**   Total of balance and additions (add b and c (6))................................

**e**   Deductions:

     (1) Disbursed from fund to pay benefits or purchase annuities during year ....

     (2) Administration charge made by carrier .....................

     (3) Transferred to separate account .........................

     (4) Other (specify below) ..........................................

     ▶

     (5) Total deductions ...............................................

**f**   Balance at the end of the current year (subtract   e(5) from d )..............................



0 5 0 0 1 8 0 3 4 M

349 372 1982
397 06 0011
03

**Schedule A (Form 5500) 2000**                                              Page 4

Official Use Only

| **Part III** | **Welfare Benefit Contract Information** |

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| a ☐ Health (other than dental or vision) | b ☐ Dental | c ☐ Vision | d ☐ Life insurance |
| e ☐ Temporary disability (accident and sickness) | f ☐ Long-term disability | g ☐ Supplemental unemployment | h ☐ Prescription drug |
| i ☐ Stop loss (large deductible) | j ☐ HMO contract | k ☐ PPO contract | l ☐ Indemnity contract |
| m ☐ Other (specify) ▶ | | | |

**8**   Experience-rated contracts

a  Premiums. (1) Amount received ...................................
   (2) Increase (decrease) in amount due but unpaid ..................
   (3) Increase (decrease) in unearned premium reserve ..............
   (4) Earned ((1) + (2) - (3)) ...................................

b  Benefit charges: (1) Claims paid ...............................
   (2) Increase (decrease) in claim reserves ........................
   (3) Incurred claims (add (1) and (2)) .............................
   (4) Claims charged ..........................................

c  Remainder of premium: (1) Retention charges (on an accrual basis) –
   (A) Commissions ............................................
   (B) Administrative service or other fees .........................
   (C) Other specific acquisition costs ............................
   (D) Other expenses .........................................
   (E) Taxes ...............................................
   (F) Charges for risks or other contingencies ......................
   (G) Other retention charges ..................................
   (H) Total retention .........................................
   (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) ...........

d  Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ...........
   (2) Claim reserves ........................................
   (3) Other reserves .........................................

e  Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) ............

**9**   Nonexperience-rated contracts:

a  Total premiums or subscription charges paid to carrier ...........................

b  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...........
   Specify nature of costs ▶ _____

_____

0 6 0 0 1 8 0 4 4 N

```
8403721982
397.06.0012
03
```

| **SCHEDULE I**<br>**(Form 5500)**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Pension and Welfare Benefits Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information -- Small Plan**<br>This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br>► File as an attachment to Form 5500. | Official Use Only<br>OMB No. 1210-0110<br>**2000**<br>This Form is Open to Public Inspection. |
|---|---|---|

For calendar year 2000 or fiscal plan year beginning _____ and ending _____

| A  Name of plan<br>DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | B  Three-digit<br>plan number  ► | 002 |
|---|---|---|
| C  Plan sponsor's name as shown on line 2a of Form 5500<br>DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | D  Employer Identification Number<br>22-2323990 | |

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you are filing as a small plan under the 80-120 participant rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

**Part I    Small Plan Financial Information**

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year.  Combine the value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees during this plan year to pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers.   Round off amounts to the nearest dollar.

| 1 | Plan Assets and Liabilities: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 1a | 8,194,766 | 10,344,625 |
| b | Total plan liabilities | 1b | | |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 8,194,766 | 10,344,625 |
| 2 | Income, Expenses, and Transfers for this Plan Year: | | (a) Amount | (b) Total |
| a | Contributions received or receivable | | | |
| | (1)  Employers | 2a(1) | 364952 | |
| | (2)  Participants | 2a(2) | | |
| | (3)  Others (including rollovers) | 2a(3) | | |
| b | Noncash contributions | 2b | | |
| c | Other income | 2c | 2,065,289 | |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) | 2d | | 2,430,241 |
| e | Benefits paid (including direct rollovers) | 2e | 238382 | |
| f | Corrective distributions (see instructions) | 2f | | |
| g | Certain deemed distributions of participant loans (see instructions) | 2g | | |
| h | Other expenses | 2h | 42000 | |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) | 2i | | 280382 |
| j | Net income (loss) (subtract line 2i from line 2d) | 2j | | 2,149,859 |
| k | Transfers to (from) the plan (see instructions) | 2k | | |

| 3 | Specific Assets: If the plan held assets at anytime during the plan year in any of the following categories, check "Yes" and enter the current value of any assets remaining in the plan as of the end of the plan year. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions. | | | |
|---|---|---|---|---|
| | | | Yes | No | Amount |
| a | Partnership/joint venture interests | 3a | | X | |
| b | Employer real property | 3b | | X | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        v3 2        Schedule I (Form 5500) 2000



```
2 0 0 0 1 8 0 1 4 G
```

```
8403721982
397.06.0013
03
```

**Schedule I (Form 5500) 2000**                                Page **2**

Official Use Only

| | | Yes | No | Amount |
|---|---|---|---|---|
| **3c** | Real estate (other than employer real property) | | X | |
| d | Employer securities | | X | |
| e | Participant loans | | X | |
| f | Loans (other than to participants) | | X | |
| g | Tangible personal property | | X | |

**Part II    Transactions During Plan Year**

**4**  During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| a | Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-102? (See instructions) **4a** | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance **4b** | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? **4c** | | X | |
| d | Did the plan engage in any nonexempt transaction with any party-in-interest? **4d** | | X | |
| e | Was the plan covered by a fidelity bond? **4e** | X | | 350000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? **4f** | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? **4g** | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? **4h** | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? **4i** | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? **4j** | | X | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year .............. [ ] Yes  [X] No   Amount

**5b** If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

**5b(1)** Name of plan(s)                **5b(2)** EIN(s)                **5b(3)** PN(s)

```
2 0 0 0 1 8 0 2 4 H
```

840372 1982
397.06.0014
03

**SCHEDULE P**
**(FORM 5500)**

Department of the Treasury
Internal Revenue Service

# Annual Return of Fiduciary
# of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

► File as an attachment to Form 5500 or 5500-EZ.

Official Use Only

OMB No. 1210-0110

**2000**

This Form is Open to Public Inspection.

For trust calendar year 2000 or fiscal year beginning _____ and ending _____

**1a** Name of trustee or custodian

MARIO CRISCITO, M.D.

**b** Number, street, and room or suite no (if a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

769 NORTHFIELD AVENUE

**c** City or town, state, and ZIP code

WEST ORANGE         NJ     07052

**2a** Name of trust

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**b** Trust's employee identification number          22-2323990

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? .................................................................  ☒ Yes   ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ .....................................................................  ►   22-2323990

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.



Signature of fiduciary ►                                                      Date ► 10/23/01

For the Paperwork Reduction Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ.                v3.2                Schedule P (Form 5500) 2000

2 6 0 0 1 8 0 1 4 M

349372 1982
357.06.0015
03

**SCHEDULE R**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an Attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

## 2000

This Form Is Open to Public Inspection.

For calendar year 2000 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit plan number ▶ | 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

## Part I   Distributions

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions .......... | **1** | $

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits). 22-2323990

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year .......... | **3**

## Part II   Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

**4** Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)? .......... ☐ Yes ☐ No ☐ N/A
If the plan is a defined benefit plan, go to line 7.

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver
If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule. ▶ Month _____ Day _____ Year _____

**6a** Enter the minimum required contribution for this plan year | **6a** | $

**b** Enter the amount contributed by the employer to the plan for this plan year .......... | **6b** | $

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) | **6c** | $
If you completed line 6c, do not complete the remainder of this schedule.

**7** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change, does the plan sponsor or plan administrator agree with the change? .......... ☐ Yes ☐ No ☐ N/A
Do not complete line 8, if the plan is a multiemployer plan or a plan with 100 or fewer participants during the prior plan year (see inst.).

**8** Is the employer electing to compute minimum funding for this plan year using the transitional rule provided in Code section 412(l)(11) and ERISA section 302(d)(11)? .......... ☐ Yes ☐ No ☐ N/A

## Part III   Amendments

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions) .......... ☐ Yes ☐ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v3 2   Schedule R (Form 5500) 2000



2 2 0 0 1 8 0 1 4 1

8493721982
397.06.0018
03

## SCHEDULE T
### (Form 5500)

Department of the Treasury
Internal Revenue Service

# Qualified Pension Plan Coverage Information

This form is required to be filed under section 6058(a) of the
Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

## 2000

This Form is Open to
Public Inspection.

For calendar year 2000 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit plan number ▶     002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

Note: If the plan is maintained by:

More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).

An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1a** Name of participating employer

**1b** Employer identification number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:

**a** The number of QSLOBs that the employer operates is _____

**b** The number of such QSLOBs that have employees benefiting under this plan is _____

**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? ... ☐ Yes  ☐ No

**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.
▶

**3** Exceptions — Check the box before each statement that describes the plan or the employer. Also see instructions.
If you check any box, do not complete the rest of this Schedule.

**a** ☐ The employer employs only highly compensated employees (HCEs).

**b** ☐ No HCEs benefited under the plan at anytime during the plan year.

**c** ☐ The plan benefits only collectively-bargained employees.

**d** ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.

**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v2.3    Schedule T (Form 5500) 2000



2 8 0 0 1 8 0 1 4 0

340372 1982
397.06.0017
03

Schedule T (Form 5500) 2000        Page **2**

Official Use Only

**4**   Enter the date the plan year began for which coverage data is being submitted.   Month `01`   Day `01`   Year `2000`

**a**   Did any leased employees perform services for the employer at any time during the plan year?      ☐ Yes ☒ No

**b**   In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4), does the employer aggregate plans?      ☐ Yes ☒ No

**c**   Complete the following:

| | | |
|---|---|---:|
| (1) Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including leased employees and self-employed individuals | **c(1)** | 17 |
| (2) Number of excludable employees as defined in IRS regulations (see instructions) | **c(2)** | 0 |
| (3) Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1)) | **c(3)** | 17 |
| (4) Number of nonexcludable employees (line 4c(3)) who are HCEs | **c(4)** | 4 |
| (5) Number of nonexcludable employees (line 4c(3)) who benefit under the plan | **c(5)** | 16 |
| (6) Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs | **c(6)** | 4 |

**d**   Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the information on lines 4c and 4d pertains (see instructions)   ▶      | **d** | 92.3 % |

**e**   Identify any disaggregated part of the plan and enter the ratio percentage or exception (see instructions)

| | | |
|---|---|---:|
| (1) Disaggregated part: _____ | Ratio % or Exception: **e(1)** | % |
| (2) Disaggregated part: _____ | Ratio % or Exception: **e(2)** | % |
| (3) Disaggregated part: _____ | Ratio % or Exception: **e(3)** | % |

**f**   This plan satisfies the coverage requirements on the basis of (check one):   ☒ the ratio percentage test   ☐ average benefit test



2 8 0 0 1 8 0 2 4 P