**EXHIBIT 72**

**Form 5500**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210-0110
1210-0089

**2001**

This Form is Open to Public Inspection

## Part I    Annual Report Identification Information

For the calendar plan year 2001 or fiscal plan year beginning _____ and ending _____

A  This return/report is for: 
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify)

B  This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months)

C  If the plan is a collectively-bargained plan, check here ................................................. ►

D  If filing under an extension of time or the DFVC program, check box and attach required information (see instructions) ►

## Part II    Basic Plan Information -- enter all requested information.

**1a** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**1b** Three-digit plan number (PN) ► 002

**1c** Effective date of plan (mo., day, yr.)
04/01/1976

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

769 NORTHFIELD AVENUE

WEST ORANGE                     NJ  07052

**2b** Employer Identification Number (EIN)
22-2323990

**2c** Sponsor's telephone number
973-731-9442

**2d** Business code (see instructions)
621111

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

_____ / 12/15/__
Signature of plan administrator          Date

MARIO CRISCITO, M.D.
Typed or printed name of individual signing as plan administrator

_____ _____
Signature of employer/plan sponsor/DFE      Date

MARIO CRISCITO, M.D.
Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

v4.1                Form **5500** (2001)

0 2 0 1 0 1 0 1 1 0 5

**PLAINTIFF'S EXHIBIT**
CRISCITO /5
12-4-08

PENGAD 800-631-6989

Form 5500 (2001)                                                                    Page 2

| | | Official Use Only |
|---|---|---|
| **3a** Plan administrator's name and address (If same as plan sponsor, enter "Same")<br>SAME | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name,
EIN and the plan number from the last return/report below:

| | **b** EIN |
|---|---|
| **a** Sponsor's name | |
| | **c** PN |

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

WATCHUNG                                    NJ   07069

| | **b** EIN |
|---|---|
| | 22-214110 |
| | **c** Telephone number |
| | 908-757-515 |

| **6** | Total number of participants at the beginning of the plan year | **6** | 23 |
|---|---|---|---|
| **7** | Number of participants as of the end of the plan year (welfare plans complete only lines   7a, 7b, 7c, and 7d) | | |
| **a** | Active participants | **7a** | 24 |
| **b** | Retired or separated participants receiving benefits | **7b** | 0 |
| **c** | Other retired or separated participants entitled to future benefits | **7c** | 1 |
| **d** | Subtotal. Add lines  7a, 7b, and 7c | **7d** | 25 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **7e** | 0 |
| **f** | Total. Add lines  7d and 7e | **7f** | 25 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **7g** | 25 |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **7h** | 0 |
| **i** | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **7i** | 0 |

**8** Benefits provided under the plan (complete   8a through  8c, as applicable)

**a** [X] Pension benefits  (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan
Characteristics Codes printed in the instructions):   [2C]  [2R]  [3E]  [ ]  [ ]  [ ]  [ ]  [ ]

**b** [ ] Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan
Characteristics Codes printed in the instructions):   [ ]  [ ]  [ ]  [ ]  [ ]  [ ]  [ ]

**c** [ ] Fringe benefits (check this box if the plan provides fringe benefits)

| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| (1) [X] Insurance | (1) [X] Insurance |
| (2) [ ] Code section 412(i) insurance contracts | (2) [ ] Code section 412(i) insurance contracts |
| (3) [X] Trust | (3) [X] Trust |
| (4) [ ] General assets of the sponsor | (4) [ ] General assets of the sponsor |



0  2  0  1  0  1  0  2  0  6

Schedule A (Form 5500) 2001

Page 2

Official Use Only

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |



0 6 0 1 0 1 0 2 0 A

Schedule A (Form 5500) 2001

Page 3

| Part II | Investment and Annuity Contract Information |

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end ..........................

**4** Current value of plan's interest under this contract in separate accounts at year end ..........................

**5** Contracts With Allocated Funds

**a** State the basis of premium rates ▶ ON FILE WITH THE DEPT. OF INS.

**b** Premiums paid to carrier ..........................

**c** Premiums due but unpaid at the end of the year .......................... 420

**d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount

Specify nature of costs ▶ N/A

**e** Type of contract   (1) [X] individual policies   (2) [ ] group deferred annuity

(3) [ ] other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here .......................... ▶ [ ]

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract   (1) [ ] deposit administration   (2) [ ] immediate participation guarantee

(3) [ ] guaranteed investment   (4) [ ] other (specify below)

▶

**b** Balance at the end of the previous year ..........................

**c** Additions: (1) Contributions deposited during the year ..........................

(2) Dividends and credits ..........................

(3) Interest credited during the year ..........................

(4) Transferred from separate account ..........................

(5) Other (specify below)

▶

(6) Total additions ..........................

**d** Total of balance and additions (add  b and c )6)) ..........................

**e** Deductions:

(1) Disbursed from fund to pay benefits or purchase annuities during year ..........................

(2) Administration charge made by carrier ..........................

(3) Transferred to separate account ..........................

(4) Other (specify below)

▶

(5) Total deductions ..........................

**f** Balance at the end of the current year (subtract   e (5) from d ) ..........................



0 6 0 1 0 1 0 3 0 B

Schedule A (Form 5500) 2001       Page **4**

Official Use Only

## Part III — Welfare Benefit Contract Information

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

| | | | |
|---|---|---|---|
| **a** Health (other than dental or vision) | **b** Dental | **c** Vision | **d** Life Insurance |
| **e** Temporary disability (accident and sickness) | **f** Long-term disability | **g** Supplemental unemployment | **h** Prescription drug |
| **i** Stop loss (large deductible) | **j** HMO contract | **k** PPO contract | **l** Indemnity contrac |
| **m** Other (specify) ▶ | | | |

**8** Experience-rated contracts

**a** Premiums: (1) Amount received . . . . . . . . . . . .

    (2) Increase (decrease) in amount due but unpaid . . . . . . . . . . . .

    (3) Increase (decrease) in unearned premium reserve . . . . . . . . . . . .

    (4) Earned ((1) + (2) - (3)) . . . . . . . . . . . .

**b** Benefit charges: (1) Claims paid . . . . . . . . . . . .

    (2) Increase (decrease) in claim reserves . . . . . . . . . . . .

    (3) Incurred claims (add (1) and (2)) . . . . . . . . . . . .

    (4) Claims charged . . . . . . . . . . . .

**c** Remainder of premium: (1) Retention charges (on an accrual basis) --

    (A) Commissions . . . . . . . . . . . .

    (B) Administrative service or other fees . . . . . . . . . . . .

    (C) Other specific acquisition costs . . . . . . . . . . . .

    (D) Other expenses . . . . . . . . . . . .

    (E) Taxes . . . . . . . . . . . .

    (F) Charges for risks or other contingencies . . . . . . . . . . . .

    (G) Other retention charges . . . . . . . . . . . .

    (H) Total retention . . . . . . . . . . . .

    (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) . . . . . . . . . . . .

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement

    (2) Claim reserves . . . . . . . . . . . .

    (3) Other reserves . . . . . . . . . . . .

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) . . . . . . . . . . . .

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier . . . . . . . . . . . .

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount . . . . . . . . . . . .

    Specify nature of costs ▶



0 6 0 1 0 1 0 4 0 C

| **SCHEDULE A**<br>**(Form 5500)**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Pension and Welfare Benefits Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974.<br>► **File as an attachment to Form 5500.**<br>► Insurance companies are required to provide this information<br>pursuant to ERISA section 103(a)(2). | Official Use Only<br>OMB No. 1210-0110<br>**2001**<br>This Form is Open to<br>Public Inspection |
|---|---|---|

For calendar year 2001 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

| **B** Three-digit<br>plan number  ► | 002 |
|---|---|

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

---

**Part I**   Information Concerning Insurance Contract Coverage, Fees, and Commissions
Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1** Coverage:

(a) Name of insurance carrier

PROVIDENT MUTUAL

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | 4024790 | 1 | 01/01/2001 | 12/31/2001 |

**2** Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents,
brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.     v4.1     Schedule A (Form 5500) 2001



0 6 0 1 0 1 0 1 0 9

Schedule A (Form 5500) 2001

Page **2**

Official Use Only

**(a)** Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |



0 6 0 1 0 1 0 2 0 A

Schedule A (Form 5500) 2001             Page **3**

| Part II | Investment and Annuity Contract Information | | Official Use Only |
|---|---|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

| | | |
|---|---|---|
| **3** | Current value of plan's interest under this contract in the general account at year end | |
| **4** | Current value of plan's interest under this contract in separate accounts at year end | |
| **5** | Contracts With Allocated Funds | |
| a | State the basis of premium rates ►ON FILE WITH THE DEPT. OF INS. | |
| b | Premiums paid to carrier | |
| c | Premiums due but unpaid at the end of the year | |
| d | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount | |
| | Specify nature of costs ►  N/A | |
| e | Type of contract    (1) [X] individual policies     (2) [ ] group deferred annuity | |
| | (3) [ ] other (specify) ► | |
| f | If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here    ► [ ] | |
| **6** | Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts) | |
| a | Type of contract   (1) [ ] deposit administration      (2) [ ] immediate participation guarantee | |
| | (3) [ ] guaranteed investment      (4) [ ] other (specify below) | |
| | ► | |
| b | Balance at the end of the previous year | |
| c | Additions: (1) Contributions deposited during the year | |
| | (2) Dividends and credits | |
| | (3) Interest credited during the year | |
| | (4) Transferred from separate account | |
| | (5) Other (specify below) | |
| | ► | |
| | (6) Total additions | |
| d | Total of balance and additions (add   b and c )6)) | |
| e | Deductions: | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | |
| | (2) Administration charge made by carrier | |
| | (3) Transferred to separate account | |
| | (4) Other (specify below) | |
| | ► | |
| | (5) Total deductions | |
| f | Balance at the end of the current year (subtract   e (5) from d ) | |



0  6  0  1  0  1  0  3  0  8

Schedule A (Form 5500) 2001

Page 4

| | | Official Use Only |

**Part III**    **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

| a | ☐ Health (other than dental or vision) | b | ☐ Dental | c | ☐ Vision | d | ☐ Life Insurance |
| e | ☐ Temporary disability (accident and sickness) | f | ☐ Long-term disability | g | ☐ Supplemental unemployment | h | ☐ Prescription drug |
| i | ☐ Stop loss (large deductible) | j | ☐ HMO contract | k | ☐ PPO contract | l | ☐ Indemnity contract |
| m | ☐ Other (specify) ► | | | | | | |

**8**   Experience-rated contracts

a   Premiums: (1) Amount received .................

     (2) Increase (decrease) in amount due but unpaid .................

     (3) Increase (decrease) in unearned premium reserve .................

     (4) Earned ((1) + (2) - (3)) .................

b   Benefit charges: (1) Claims paid .................

     (2) Increase (decrease) in claim reserves .................

     (3) Incurred claims (add (1) and (2)) .................

     (4) Claims charged .................

c   Remainder of premium: (1) Retention charges (on an accrual basis) --

     (A) Commissions .................

     (B) Administrative service or other fees .................

     (C) Other specific acquisition costs .................

     (D) Other expenses .................

     (E) Taxes .................

     (F) Charges for risks or other contingencies .................

     (G) Other retention charges .................

     (H) Total retention .................

     (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)

d   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement .................

     (2) Claim reserves .................

     (3) Other reserves .................

e   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) .................

**9**   Nonexperience-rated contracts:

a   Total premiums or subscription charges paid to carrier .................

b   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount .................

   Specify nature of costs ►



0 6 0 1 0 1 0 4 0 C

**SCHEDULE I**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Financial Information -- Small Plan

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2001**

This Form is Open
to Public Inspection.

For calendar year 2001 or fiscal plan year beginning _____ and ending _____

**A**  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**C**  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**B**  Three-digit
plan number  ▶   002

**D**  Employer Identification Number
22-2323990

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you are filing as a small plan under the 80-120 participant rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

**Part I**   **Small Plan Financial Information**

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year. Combine the value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees during this plan year to pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers.   Round off amounts to the nearest dollar.

**1**  Plan Assets and Liabilities:

|  |  |  | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 1a | 10,344,625 | 8,879,198 |
| b | Total plan liabilities | 1b |  |  |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 10,344,625 | 8,879,198 |

**2**  Income, Expenses, and Transfers for this Plan Year:

|  |  |  | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | Contributions received or receivable |  |  |  |
|  | (1) Employers | 2a(1) | 472895 |  |
|  | (2) Participants | 2a(2) |  |  |
|  | (3) Others (including rollovers) | 2a(3) |  |  |
| b | Noncash contributions | 2b |  |  |
| c | Other income | 2c | -1,938,322 |  |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) | 2d |  | -1,465,42? |
| e | Benefits paid (including direct rollovers) | 2e |  |  |
| f | Corrective distributions (see instructions) | 2f |  |  |
| g | Certain deemed distributions of participant loans (see instructions) | 2g |  |  |
| h | Other expenses | 2h |  |  |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) | 2i |  |  |
| j | Net income (loss) (subtract line 2i from line 2d) | 2j |  | 0 |
| k | Transfers to (from) the plan (see instructions) | 2k |  | -1,465,427 |

**3**  Specific Assets: If the plan held assets at anytime during the plan year in any of the following categories, check "Yes" and enter the current value of any assets remaining in the plan as of the end of the plan year. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions.

|  |  |  | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Partnership/joint venture interests | 3a |  | X |  |
| b | Employer real property | 3b |  | X |  |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v4.1    Schedule I (Form 5500) 2001



2 0 0 1 0 1 0 1 0 1 5

Schedule I (Form 5500) 2001      Page 2

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| 3c | Real estate (other than employer real property) | 3c | | X | |
| d | Employer securities | 3d | | X | |
| e | Participant loans | 3e | | X | |
| f | Loans (other than to participants) | 3f | | X | |
| g | Tangible personal property | 3g | | X | |

## Part II   Transactions During Plan Year

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| 4 | During the plan year: | | | | |
| a | Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-102? (See instructions) | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance | 4b | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? | 4c | | X | |
| d | Did the plan engage in any nonexempt transaction with any party-in-interest? | 4d | | X | |
| e | Was the plan covered by a fidelity bond? | 4e | X | | 350000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | 4h | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? | 4i | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | 4j | | X | |
| k | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? If no, attach the IQPA's report. (See instructions for conditions to be eligible for waiver.) | 4k | X | | |

5a Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year .......... ☐ Yes ☒ No   Amount

5b If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| | | |





2 0 0 1 0 1 0 2 0 6

| SCHEDULE P (FORM 5500) | Annual Return of Fiduciary of Employee Benefit Trust | Official Use Only |
|---|---|---|
| | This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a). | OMB No. 1210-0110 |
| | Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a). | **2001** |
| Department of the Treasury Internal Revenue Service | ► File as an attachment to Form 5500 or 5500-EZ. | This Form is Open to Public Inspection. |

For trust calendar year 2001 or fiscal year beginning _____ and ending _____

**1a** Name of trustee or custodian

MARIO CRISCITO, M.D.

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

769 NORTHFIELD AVENUE

**c** City or town, state, and ZIP code

WEST ORANGE          NJ    07052

**2a** Name of trust

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**b** Trust's employer identification number          22-2323990

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? ........................................................................................ ☒ Yes   ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ..................................................................................... ►          22-2323990

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

**Signature of fiduciary** ►                                                          Date ►

For the Paperwork Reduction Notice and OMB Control Numbers,                v4.1                Schedule P (Form 5500) 200~
see the instructions for Form 5500 or 5500-EZ.





**SCHEDULE R
(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an Attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2001**

**This Form is Open to
Public Inspection.**

For calendar year 2001 or fiscal plan year beginning _____ , and ending _____

| A Name of plan | B Three-digit |
|---|---|
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | plan number  ▶  002 |

| C Plan sponsor's name as shown on line 2a of Form 5500 | D Employer Identification Number |
|---|---|
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | 22-2323990 |

## Part I  Distributions

All references to distributions relate only to payments of benefits during the plan year.

1  Total value of distributions paid in property other than in cash or the forms of property specified in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1** $

2  Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits).

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

3  Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

## Part II  Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

4  Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)? . . . . . . . . . . . . ☐ Yes ☒ No ☐ N/A
If the plan is a defined benefit plan, go to line 7.

5  If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver . . . . . . . . . . . . . . . ▶ Month _____ Day_____ Year _____
If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule.

| | | |
|---|---|---|
| 6a Enter the minimum required contribution for this plan year | **6a** $ | 472895 |
| b Enter the amount contributed by the employer to the plan for this plan year | **6b** $ | 472895 |
| c Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) | **6c** $ | 0 |

If you completed line 6c, do not complete the remainder of this schedule.

7  If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? . . . . . . . ☐ Yes ☐ No ☐ N/A
Do not complete line 8, if the plan is a multiemployer plan or a plan with 100 or fewer participants during the prior plan year (see inst.).

8  Is the employer electing to compute minimum funding for this plan year using the transitional rule provided in Code section 412(l)(11) and ERISA section 302(d)(11)? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ N/A

## Part III  Amendments

9  If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v4.1   Schedule R (Form 5500) 2001

2 2 0 1 0 1 0 1 0 7

| **SCHEDULE T (Form 5500)** | **Qualified Pension Plan Coverage Information** | Official Use Only |
|---|---|---|

This form is required to be filed under section 6058(a) of the Internal Revenue Code (the Code).

**Department of the Treasury Internal Revenue Service**

► File as an attachment to Form 5500.

OMB No. 1210-0110

**2001**

This Form is Open to Public Inspection.

For calendar year 2001 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit plan number ► 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Note:** If the plan is maintained by:
- More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).
- An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1a** Name of participating employer

**1b** Employer identification number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:
**a** The number of QSLOBs that the employer operates is _____
**b** The number of such QSLOBs that have employees benefiting under this plan is _____
**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? . . . ☐ Yes ☐ No
**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.
►

**3** Exceptions -- Check the box before each statement that describes the plan or the employer. Also see instructions.
**If you check any box, do not complete the rest of this Schedule.**
**a** ☐ The employer employs only highly compensated employees (HCEs).
**b** ☐ No HCEs benefited under the plan at anytime during the plan year.
**c** ☐ The plan benefits only collectively-bargained employees.
**d** ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.
**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v4.1   Schedule T (Form 5500) 2001



2 8 0 1 0 1 0 1 0 D

Schedule T (Form 5500) 2001                                                    Page **2**

Official Use Only

**4**   Enter the date the plan year began for which coverage data is being submitted.   Month  01   Day  01   Year  2001

**a**   Did any leased employees perform services for the employer at any time during the plan year?  . . . . .   ☐ Yes  ☒ No

**b**   In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4),

does the employer aggregate plans? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☒ No

**c**   Complete the following:

(1)   Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including

leased employees and self-employed individuals   . . . . . . . . . . . . . . . . . . . . . . . .   **c(1)**   24

(2)   Number of excludable employees as defined in IRS regulations (see instructions) . . . . . . . . . . . . . . . .   **c(2)**   0

(3)   Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1))   . . . . . . . . . . . .   **c(3)**   24

(4)   Number of nonexcludable employees (line 4c(3)) who are HCEs   . . . . . . . . . . . . . . . . .   **c(4)**   12

(5)   Number of nonexcludable employees (line 4c(3)) who benefit under the plan   . . . . . . . . . . . .   **c(5)**   23

(6)   Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs   . . . . . . . . . . . .   **c(6)**   12

**d**   Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the

information on lines 4c and 4d pertains (see instructions)   ▶ _____   **d**   91.7   %

**e**   Identify any disaggregated part of the plan and enter the ratio percentage or exception (see instructions).

| | Disaggregated part: | Ratio Percentage: | Exception: |
|---|---|---|---|
| (1) | _____ | _____ | _____ |
| (2) | _____ | _____ | _____ |
| (3) | _____ | _____ | _____ |

**f**   This plan satisfies the coverage requirements on the basis of (check one):   (1) ☒ the ratio percentage test   (2) ☐ average benefit test



2 8 0 1 0 1 0 2 0 E

Form **5558**
(Rev. June 2001)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File Certain Employee Plan Returns

► For Paperwork Reduction Act Notice, see instructions on back.

**File With IRS Only**

File before the normal due date of the Form 5500, 5500-EZ, or 5330 (see instructions)

| | |
|---|---|
| Name of filer, plan administrator, or plan sponsor (see instructions) | Filer's Identifying Number—Check applicable box and enter number (see instructions). |
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | [X] Employer identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see Specific Instructions. |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) | ► 22-2323990 _____ OR |
| 769 NORTHFIELD AVENUE | [ ] Social security number (see Specific Instructions) |
| City or town, state, and ZIP code | |
| WEST ORANGE, NJ  07052 | |

**1** I request an extension of time until __10__ / __15__ / __2002__ to file (check appropriate box(es)):
month   day   year

**a** [X] Form 5500 or 5500-EZ (no more than 2½ months).

The application is automatically approved to the date shown on line 1 (above) if: (1) box 1a is checked, (2) the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and (3) the date on line 1 is no more than 2½ months after the normal due date.

You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

**b** [ ] Form 5330 (no more than 6 months). Payment amount attached is $ _____ (see instructions)

**2** Complete the following for the plan(s) covered by this application (see How To File):

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | | | | 0 0 2 | 12 | 31 | 2001 |
| | | | | : : | | | |
| | | | | : : | | | |

**3** State in detail why you need the extension (if line 1b is checked) _____
_____
_____

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

Signature ► *John N. Chenlik*　　　　　Date ► _____

| | To Be Completed by the IRS if line 1b is checked ▼ |
|---|---|
| Notice to Applicant | [ ] This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. (You must attach an approved copy of this form to each Form 5330 that was granted an extension.) |
| To Be Completed by the IRS if Line 1b Is Checked | [ ] The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to ........................................................ **(You must attach an approved copy of this form to each Form 5330 that was granted an extension.)** |
| | [ ] The application for an extension for Form 5330 **is not approved,** because it was filed after the normal due date of the return. (A 10-day grace period is not granted.) |
| | [ ] This application for an extension for Form 5330 **is not approved,** because |
| | [ ] The application was not signed. |
| | [ ] No reason was given on this application or the reason was not acceptable. |
| | [ ] No payment was attached for the tax due on Form 5330. |
| | [ ] Other ► ........................................................ |
| | A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. (You must attach a copy of this form to each return you file that is granted a grace period.) |

By: _____

_____          _____
(Date)                         (Director)

Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.

| Please Print or Type | Name |
|---|---|
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) |
| | City or town, state, and ZIP code |

MGA

Form **5558** (Rev. 6-2001)

**EXHIBIT 73**

8403740074
887 02 0001

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>► Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br><br>**2002**<br><br>This Form is Open to Public Inspection |
|---|---|---|

**Part I   Annual Report Identification Information**

For the calendar plan year 2002 or fiscal plan year beginning _____ and ending _____

A   This return/report is for:   (1) ☐ a multiemployer plan;   (2) ☒ a single-employer plan (other than a multiple-employer plan);   (3) ☐ a multiple-employer plan; or   (4) ☐ a DFE (specify) _____

B   This return/report is:   (1) ☐ the first return/report filed for the plan;   (2) ☐ an amended return/report;   (3) ☐ the final return/report filed for the plan;   (4) ☐ a short plan year return/report (less than 12 months).

C   If the plan is a collectively-bargained plan, check here ................................. ►☐

D   If filing under an extension of time or the DFVC program, check box and attach required information (see instructions) .... ►☒

**Part II   Basic Plan Information — enter all requested information.**

| 1a  Name of plan<br>DIAGNOSTIC & CLINICAL CARDIOLOGY,<br>P.A. MONEY PURCHASE PLAN | 1b  Three-digit<br>plan number (PN) ► | 002 |
|---|---|---|
| | 1c  Effective date of plan (mo., day, yr.)<br>04/01/1976 | |

| 2a  Plan sponsor's name and address (employer, if for a single-employer plan)<br>(Address should include room or suite no.)<br>DIAGNOSTIC & CLINICAL CARDIOLOGY<br>CARDIOLOGY, P.A.<br><br>769 NORTHFIELD AVENUE<br><br>WEST ORANGE                    NJ   07052 | 2b  Employer Identification Number (EIN)<br>22-2323990 |
|---|---|
| | 2c  Sponsor's telephone number<br>973-731-9442 |
| | 2d  Business code (see instructions)<br>621111 |

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and, to the best of my knowledge and belief, it is true, correct and complete.

SIGN HERE

Signature of plan administrator _____   Date 10/1/03   MARIO CRISCITO, M.D.
Type or print name of individual signing as plan administrator

SIGN HERE

Signature of employer/plan sponsor/DFE _____   Date 10/1/03   MARIO CRISCITO, M.D.
Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        v5.0        Form 5500 (2002)

0 2 0 2 3 0 0 1 0 8

PLAINTIFF'S EXHIBIT
CRISCITO 16
12-4-09

Form 5500 (2002)                                                          Page 2

```
8403740074
087 02 0002
IRS Use Only
```

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")
SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:
**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address
AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

WATCHUNG                        NJ   07069

**b** EIN   22-2141197

**c** Telephone number   908-757-5151

**6** Total number of participants at the beginning of the plan year ........ | **6** | 33

**7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d)

| | | |
|---|---|---|
| **a** Active participants | **7a** | |
| **b** Retired or separated participants receiving benefits | **7b** | 30 |
| **c** Other retired or separated participants entitled to future benefits | **7c** | 0 |
| **d** Subtotal. Add lines 7a, 7b, and 7c | **7d** | 2 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **7e** | 32 |
| **f** Total. Add lines 7d and 7e | **7f** | 0 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **7g** | 32 |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **7h** | 0 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **7i** | 0 |

**8** Benefits provided under the plan (complete 8a and 8b as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): 2C  2R  3E

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions):

**9a** Plan funding arrangement (check all that apply)
(1) ☒ Insurance
(2) ☐ Code section 412(i) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
(1) ☒ Insurance
(2) ☐ Code section 412(i) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

0 2 0 2 3 0 0 2 0 9

Form 5500 (2002)                                                                 Page 3

```
8403740074
087.02.0003
```
Official Use Only

**10   Schedules attached** (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a   Pension Benefit Schedules**

(1) ☒      R    (Retirement Plan Information)

(2) ☒  __1__  T    (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan
is relying on coverage testing information for a
prior year, enter the year . . . . . . . . . ▶

(3) ☐      B    (Actuarial Information)

(4) ☐      E    (ESOP Annual Information)

(5) ☐      SSA (Separated Vested Participant Information)

**b   Financial Schedules**

(1) ☐      H    (Financial Information)

(2) ☒      I    (Financial Information – Small Plan)

(3) ☒  __2__  A    (Insurance Information)

(4) ☐      C    (Service Provider Information)

(5) ☐      D    (DFE/Participating Plan Information)

(6) ☐      G    (Financial Transaction Schedules)

(7) ☒  __1__  P    (Trust Fiduciary Information)




0 2 0 2 3 0 0 3 0 A

84037400740
087.02.0020
03

M. R. ......
11 Chadwick Rd
Livingston N.J.
07019



NABA
P.O. BOX 7043
LAWRENCE, KS 66044-7043

7 9 9 9 0 0 0 1 0 Z

Form **5558**
(Rev. June 2001)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time
## To File Certain Employee Plan Returns

**For Paperwork Reduction Act Notice, see instructions on back.**

File before the normal due date of the Form 5500, 5500-EZ, or 5330 (see instructions)

Name of filer, plan administrator, or plan sponsor (see instructions)
**DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.**

Number, street, and room or suite no. (if a P.O. box, see instructions.)
**769 NORTHFIELD AVENUE**

City or town, state, and ZIP code
**WEST ORANGE, NJ  07052**

File With IRS Only

Filer's Identifying Number—Check applicable box and enter number (see instructions)

☒ Employer identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see Specific Instructions.
**22-2323990** ——OR

☐ Social security number (see Specific Instructions)

**1**  I request an extension of time until  **10** / **15** / **2003**  to file (check appropriate box(es)).
                                month   day   year

**a** ☒ Form 5500 or 5500-EZ (no more than 2½ months).

The application is automatically approved to the date shown on line 1 (above) if: (1) box 1a is checked, (2) the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and (3) the date on line 1 is no more than 2½ months after the normal due date.

You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

**b** ☐ Form 5330 (no more than 6 months). Payment amount attached is $ _____

**2**  Complete the following for the plan(s) covered by this application (see How To File).  ——————— (see instructions)

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | x | | | 0 0 2 | 12 | 31 | 2002 |
| | | | | | | | |
| | | | | | | | |

**3**  State in detail why you need the extension (if line 1b is checked) _____

_____

_____

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

Signature  *John M. Chaplik*                          Date  **JUL 1 1 2003**

| | |
|---|---|
| Notice to Applicant | **To Be Completed by the IRS if line 1b is checked**
☐ This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. (You must attach an approved copy of this form to each Form 5330 that was granted an extension.) |
| To Be Completed by the IRS if Line 1b is Checked | ☐ The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to ...................................................... This application is approved of this form to each Form 5330 that was granted an extension.) (You must attach an approved copy of this form to each Form 5330 that was granted an extension.)
☐ The application for an extension for Form 5330 is not approved, because it was filed after the normal due date of the return. (A 10-day grace period is not granted.)
☐ This application for an extension for Form 5330 is not approved, because
   ☐ The application was not signed.
   ☐ No reason was given on this application or the reason was not acceptable.
   ☐ No payment was attached for the tax due on Form 5330.
   ☐ Other ...................................................................
   A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. (You must attach a copy of this form to each return you file that is granted a grace period.) |

_____        _____                    By: _____
(Date)                    (Director)

Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.

| Please Print or Type | Name _____ |
|---|---|
| | Number, street, and room or suite no. (if a P.O. box, see instructions.) |
| | City or town, state, and ZIP code |

MGA

Form **5558** (Rev. 6-2001)

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

► File as an attachment to Form 5500.

► Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

840374 0074
087 02 0004
Official Use Only

OMB No. 1210-0110

**2002**

This Form is Open to Public Inspection

For calendar year 2002 or fiscal plan year beginning _____ and ending _____

A  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

B  Three-digit plan number ► 002

C  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

D  Employer Identification Number
22-2323990

**Part I**  **Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

1  Coverage:

(a)  Name of insurance carrier

NEW YORK LIFE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | P8102530 | 1 | 01/01/2002 | 12/31/2002 |

2  Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.          v5 0          Schedule A (Form 5500) 2002



0 6 0 2 3 0 0 1 0 C

Schedule A (Form 5500) 2002

Page 2

340374 0074
087.02 0005
Official Use Only

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agents, brokers or other
persons to whom commissions or fees were paid

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |



0 6 0 2 3 0 0 2 0 D

Schedule A (Form 5500) 2002        Page **3**

8403740074
087 02 0006
For Use Only

## Part III   Investment and Annuity Contract Information

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

3   Current value of plan's interest under this contract in the general account at year end ...............

4   Current value of plan's interest under this contract in separate accounts at year end ...............

5   Contracts With Allocated Funds

   a   State the basis of premium rates   ▶ ON FILE WITH THE DEPT. OF INS.

   b   Premiums paid to carrier ......................................

   c   Premiums due but unpaid at the end of the year ...........................     42000

   d   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount ........................

     Specify nature of costs ▶ N/A

   e   Type of contract    (1) ☒ individual policies    (2) ☐ group deferred annuity

     (3) ☐ other (specify) ▶

   f   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ...... ▶ ☐

6   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   a   Type of contract   (1) ☐ deposit administration    (2) ☐ immediate participation guarantee

     (3) ☐ guaranteed investment    (4) ☐ other (specify below) ▶

   b   Balance at the end of the previous year ..........................

   c   Additions: (1) Contributions deposited during the year

     (2) Dividends and credits

     (3) Interest credited during the year

     (4) Transferred from separate account

     (5) Other (specify below) ▶

     (6) Total additions ..........................

   d   Total of balance and additions (add   b and c )

   e   Deductions:

     (1) Disbursed from fund to pay benefits or purchase annuities during year .....

     (2) Administration charge made by carrier

     (3) Transferred to separate account

     (4) Other (specify below) ▶

     (5) Total deductions ..........................

   f   Balance at the end of the current year (subtract   e (5) from d ).



0 6 0 2 3 0 0 3 0 E

Schedule A (Form 5500) 2002          Page **4**

`840374 0074`
`087.02.0007`
*Official Use Only*

**Part III**   **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

- a ☐ Health (other than dental or vision)
- b ☐ Dental
- c ☐ Vision
- d ☐ Life insurance
- e ☐ Temporary disability (accident and sickness)
- f ☐ Long-term disability
- g ☐ Supplemental unemployment
- h ☐ Prescription drug
- i ☐ Stop loss (large deductible)
- j ☐ HMO contract
- k ☐ PPO contract
- l ☐ Indemnity contract
- m ☐ Other (specify) ▶

**8**   Experience-rated contracts

   a   Premiums: (1) Amount received ...................................................

       (2) Increase (decrease) in amount due but unpaid ....................

       (3) Increase (decrease) in unearned premium reserve ...............

       (4) Earned ((1) + (2) - (3)) ........................................................

   b   Benefit charges: (1) Claims paid ...............................................

       (2) Increase (decrease) in claim reserves ................................

       (3) Incurred claims (add (1) and (2)) .........................................

       (4) Claims charged ..................................................................

   c   Remainder of premium: (1) Retention charges (on an accrual basis) —

       (A) Commissions ......................................................................

       (B) Administrative service or other fees .....................................

       (C) Other specific acquisition costs ...........................................

       (D) Other expenses ..................................................................

       (E) Taxes ................................................................................

       (F) Charges for risks or other contingencies ..............................

       (G) Other retention charges .....................................................

       (H) Total retention ...................................................................

       (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)

   d   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement

       (2) Claim reserves ...................................................................

       (3) Other reserves ...................................................................

   e   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)

**9**   Nonexperience-rated contracts:

   a   Total premiums or subscription charges paid to carrier ...............

   b   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...............
Specify nature of costs ▶

`0 6 0 2 3 0 0 4 0 F`

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

## Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

```
840374 0074
087.02.0008
```
Official Use Only

OMB No. 1210-0110

**2002**

This Form is Open to Public Inspection

For calendar year 2002 or fiscal plan year beginning _____ and ending _____

A  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

B  Three-digit plan number  ▶  002

C  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

D  Employer Identification Number
22-2323990

### Part I   Information Concerning Insurance Contract Coverage, Fees, and Commissions

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

1  Coverage:

(a)  Name of insurance carrier

PROVIDENT MUTUAL

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| | | 4024790 | 1 | 01/01/2002 | 12/31/2002 |

2  Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.   v5.0   Schedule A (Form 5500) 2002



0 6 0 2 3 0 0 1 0 C

Schedule A (Form 5500) 2002                                                    Page 2

```
8403740074
087 02 0009
```
Official Use Only

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | | |
|---|---|---|---|---|
| **(b) Amount of commissions paid** | **Fees paid** | | | **(e) Organization code** |
| | (c) Amount | (d) Purpose | | |
| | | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | | |
|---|---|---|---|---|
| **(b) Amount of commissions paid** | **Fees paid** | | | **(e) Organization code** |
| | (c) Amount | (d) Purpose | | |
| | | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | | |
|---|---|---|---|---|
| **(b) Amount of commissions paid** | **Fees paid** | | | **(e) Organization code** |
| | (c) Amount | (d) Purpose | | |
| | | | | |



0 6 0 2 3 0 0 2 0 D

Schedule A (Form 5500) 2002

Page **3**

340374 0074
087 02 0010

**Plan #**   **Investment and Annuity Contract Information**

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

| | | |
|---|---|---|
| **3** | Current value of plan's interest under this contract in the general account at year end | |
| **4** | Current value of plan's interest under this contract in separate accounts at year end | |
| **5** | Contracts With Allocated Funds | |
| a | State the basis of premium rates ▶ON FILE WITH THE DEPT. OF INS. | |
| b | Premiums paid to carrier | |
| c | Premiums due but unpaid at the end of the year | 0 |
| d | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount | |
| | Specify nature of costs ▶ N/A | |

e   Type of contract   (1) ☒ individual policies   (2) ☐ group deferred annuity
    (3) ☐ other (specify) ▶

f   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ............... ▶ ☐

**6**   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

a   Type of contract   (1) ☐ deposit administration   (2) ☐ immediate participation guarantee
    (3) ☐ guaranteed investment   (4) ☐ other (specify below)
    ▶

b   Balance at the end of the previous year
c   Additions: (1) Contributions deposited during the year
    (2) Dividends and credits
    (3) Interest credited during the year
    (4) Transferred from separate account
    (5) Other (specify below)
    ▶
    (6) Total additions
d   Total of balance and additions (add  b and c )
e   Deductions:
    (1) Disbursed from fund to pay benefits or purchase annuities during year
    (2) Administration charge made by carrier
    (3) Transferred to separate account
    (4) Other (specify below)
    ▶
    (5) Total deductions
f   Balance at the end of the current year (subtract   e (5) from d )



0 6 0 2 3 0 0 3 0 E

Schedule A (Form 5500) 2002

Page **4**

`3403740074`
`087 02 0011`
For Official Use Only

| **Part II** | **Welfare Benefit Contract Information** |
| --- | --- |

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

- a ☐ Health (other than dental or vision)
- b ☐ Dental
- c ☐ Vision
- d ☐ Life insurance
- e ☐ Temporary disability (accident and sickness)
- f ☐ Long-term disability
- g ☐ Supplemental unemployment
- h ☐ Prescription drug
- i ☐ Stop loss (large deductible)
- j ☐ HMO contract
- k ☐ PPO contract
- l ☐ Indemnity contract
- m ☐ Other (specify) ▶

**8** Experience-rated contracts

a Premiums: (1) Amount received ..............................................................................

  (2) Increase (decrease) in amount due but unpaid ..................................

  (3) Increase (decrease) in unearned premium reserve ............................

  (4) Earned ((1) + (2) - (3)) ......................................................................

b Benefit charges: (1) Claims paid ............................................................

  (2) Increase (decrease) in claim reserves ..............................................

  (3) Incurred claims (add (1) and (2)) ......................................................

  (4) Claims charged ................................................................................

c Remainder of premium: (1) Retention charges (on an accrual basis) --

  (A) Commissions ....................................................................................

  (B) Administrative service or other fees ..................................................

  (C) Other specific acquisition costs ........................................................

  (D) Other expenses ................................................................................

  (E) Taxes ..............................................................................................

  (F) Charges for risks or other contingencies ..........................................

  (G) Other retention charges ....................................................................

  (H) Total retention ................................................................................

  (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)

d Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement

  (2) Claim reserves ................................................................................

  (3) Other reserves ................................................................................

e Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)

**9** Nonexperience-rated contracts:

a Total premiums or subscription charges paid to carrier ..................................

b If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount

  Specify nature of costs ▶

`0 8 0 2 3 0 0 4 0 F`

840374 0074
087.02.0012

**SCHEDULE I**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Financial Information -- Small Plan

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2002**

This Form is Open
to Public Inspection.

For calendar year 2002 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit
plan number ▶  002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you are filing as a small plan under the 80-120 participants rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

## Part I   Small Plan Financial Information

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year.  Combine the value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees during this plan year to pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers.   Round off amounts to the nearest dollar.



| 1 | Plan Assets and Liabilities: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 1a | 8879198 | 8117946 |
| b | Total plan liabilities | 1b | | |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 8879198 | 8117946 |
| 2 | Income, Expenses, and Transfers for this Plan Year: | | (a) Amount | (b) Total |
| a | Contributions received or receivable | | | |
| | (1) Employers | 2a(1) | 619049 | |
| | (2) Participants | 2a(2) | | |
| | (3) Others (including rollovers) | 2a(3) | | |
| b | Noncash contributions | 2b | | |
| c | Other income | 2c | -1318968 | |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) | 2d | | -699919 |
| e | Benefits paid (including direct rollovers) | 2e | 19333 | |
| f | Corrective distributions (see instructions) | 2f | | |
| g | Certain deemed distributions of participant loans (see instructions) | 2g | | |
| h | Other expenses | 2h | 42000 | |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) | 2i | | 61333 |
| j | Net income (loss) (subtract line 2i from line 2d) | 2j | | -761252 |
| k | Transfers to (from) the plan (see instructions) | 2k | | |

3   Specific Assets: If the plan held assets at anytime during the plan year in any of the following categories, check "Yes" and enter the current value of any assets remaining in the plan as of the end of the plan year.  Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions.

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Partnership/joint venture interests | 3a | | X | |
| b | Employer real property | 3b | | X | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.      v5.0      Schedule I (Form 5500) 2002



2 0 0 2 3 0 0 1 0 8

Schedule I (Form 5500) 2002

Page 2

8403740074
087.02.0013
Official Use Only

| | | Yes | No | Amount |
|---|---|---|---|---|
| 3c | Real estate (other than employer real property) | | X | |
| d | Employer securities | | X | |
| e | Participant loans | | X | |
| f | Loans (other than to participants) | | X | |
| g | Tangible personal property | | X | |

## Part III  Transactions During Plan Year

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| 4a | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? | | X | |
| d | Did the plan engage in any nonexempt transaction with any party-in-interest? | | X | |
| e | Was the plan covered by a fidelity bond? | X | | |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | | X | 350000 |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | | X | |
| k | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? If no, attach the IQPA's report or 2520.104-50 statement. (See instructions on waiver eligibility and conditions.) | X | | |

5a  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year

5b  If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)    ☐ Yes  ☒ No   Amount

5b(1)  Name of plan(s)

5b(2)  EIN(s)

5b(3)  PN(s)

2 0 0 2 3 0 0 2 0 9

**SCHEDULE P
(FORM 5500)**

Department of the Treasury
Internal Revenue Service

# Annual Return of Fiduciary
## of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

► File as an attachment to Form 5500 or 5500-EZ.

340374 0074
087 02 0014

*Official Use Only*

OMB No. 1210-0110

**2002**

This Form is Open to Public Inspection.

For trust calendar year 2002 or fiscal year beginning _____ and ending _____

**1a** Name of trustee or custodian

MARIO CRISCITO, M.D.

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

769 NORTHFIELD AVENUE

**c** City or town, state, and ZIP code

WEST ORANGE          NJ    07052

**2a** Name of trust
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**b** Trust's employer identification number          22-2323990

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? ........................................................... ☒ Yes  ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ► 22-2323990

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

**SIGN HERE**  Signature of fiduciary ►



Date ► 10/15/03

For the Paperwork Reduction Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ.

v5.0

Schedule P (Form 5500) 2002



2 6 0 2 3 0 0 1 0 E

8403740074
087.02.0015
*Official Use Only*

**SCHEDULE R**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits
Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an Attachment to Form 5500.

OMB No. 1210-0110

## 2002

This Form is Open to Public Inspection.

For calendar year 2002 or fiscal plan year beginning _____ and ending _____

| A Name of plan | B Three-digit | |
|---|---|---|
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN | plan number ▶ | 002 |
| C Plan sponsor's name as shown on line 2a of Form 5500 | D Employer Identification Number | |
| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | 22-2323990 | |

## Part I   Distributions

All references to distributions relate only to payments of benefits during the plan year.

1 Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ............................................................ | 1 | $

2 Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits). ▶  22-2323990

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

3 Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ............................................................ | 3 |



## Part II   Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

4 Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)? ............ ☐ Yes ☐ No ☐ N/A
   If the plan is a defined benefit plan, go to line 7.

5 If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver ............... ▶ | Month | Day | Year
   If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule.

| | | |
|---|---|---|
| 6a Enter the minimum required contribution for this plan year | 6a $ | 619049 |
| b Enter the amount contributed by the employer to the plan for this plan year | 6b $ | 619049 |
| c Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) | 6c $ | 0 |

   If you completed line 6c, do not complete the remainder of this schedule.

7 If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ........ ☐ Yes ☐ No ☐ N/A

## Part III   Amendments

8 If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions) ............................................................ ☐ Yes ☐ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.   v5.0   Schedule R (Form 5500) 2002



2 2 0 2 3 0 0 1 0 A

8403740074
087 02 0016

Official Use Only

**SCHEDULE T**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

# Qualified Pension Plan Coverage Information

This form is required to be filed under section 6058(a) of the
Internal Revenue Code (the Code).

► File as an attachment to Form 5500.

OMB No. 1210-0110

## 2002

This Form is Open to
Public Inspection.

For calendar year 2002 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**B** Three-digit
plan number ► 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

Note: If the plan is maintained by:

● More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).

● An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1a** Name of participating employer

**1b** Employer identification number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:
**a** The number of QSLOBs that the employer operates is _____
**b** The number of such QSLOBs that have employees benefiting under this plan is _____
**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? ☐ Yes ☐ No
**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.
►

**3** Exceptions – Check the box before each statement that describes the plan or the employer. Also see instructions.
*If you check any box, do not complete the rest of this Schedule.*
**a** ☐ The employer employs only highly compensated employees (HCEs).
**b** ☐ No HCEs benefited under the plan at anytime during the plan year.
**c** ☐ The plan benefits only collectively-bargained employees.
**d** ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.
**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   √5 0   Schedule T (Form 5500) 2002



2 8 0 2 3 0 0 1 0 G

Schedule T (Form 5500) 2002           Page **2**

```
840374 0074
087 02 0017
```

**4**   Enter the date the plan year began for which coverage data is being submitted.     Month **01**   Day **01**   Year **2002**

Official Use Only

**a**   Did any leased employees perform services for the employer at any time during the plan year? .......... ☐ Yes ☒ No

**b**   In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4), does the employer aggregate plans? ................................................. ☐ Yes ☒ No

**c**   Complete the following:

(1)   Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including leased employees and self-employed individuals .

| | |
|---|---|
| c(1) | 32 |
| c(2) | 0 |
| c(3) | 32 |
| c(4) | 13 |
| c(5) | 30 |
| c(6) | 13 |

(2)   Number of excludable employees as defined in IRS regulations (see instructions) ....................

(3)   Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1)) ..........................

(4)   Number of nonexcludable employees (line 4c(3)) who are HCEs ..................................

(5)   Number of nonexcludable employees (line 4c(3)) who benefit under the plan ......................

(6)   Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs ........................

**d**   Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the information on lines 4c and 4d pertains (see instructions)   ▶

| | |
|---|---|
| d | 89.5 % |

**e**   Identify any disaggregated part of the plan and enter the ratio percentage or exception (see instructions).

| Disaggregated part: | Ratio Percentage: | Exception: |
|---|---|---|
| (1) _____ | _____ | _____ |
| (2) _____ | _____ | _____ |
| (3) _____ | _____ | _____ |

**f**   This plan satisfies the coverage requirements on the basis of (check one):    (1) ☒ the ratio percentage test    (2) ☐ average benefit test





2 8 0 2 3 0 0 2 0 H

**EXHIBIT 74**

```
84043654
147.06.0001
03
```

**Form 5500**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2003**

This Form is Open to Public Inspection.

### Annual Report Identification Information

For the calendar plan year 2003 or fiscal plan year beginning _____ and ending _____

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ........................................................... ►☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ►☐

### Basic Plan Information — enter all requested information.

**1a** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**1b** Three-digit plan number (PN) ► | 002

**1c** Effective date of plan (mo., day, yr.)
04/01/1976

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

769 NORTHFIELD AVENUE

WEST ORANGE          NJ    07052

**2b** Employer Identification Number (EIN)
22-2323990

**2c** Sponsor's telephone number
973-731-9442

**2d** Business code (see instructions)
621111

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

SIGN HERE

Signature of plan administrator _____ Date 10/15/04     MARIO CRISCITO, M.D.
Type or print name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE _____ Date 10/15/04     MARIO CRISCITO, M.D.
Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     v6.1     Form 5500 (2003)

```
0  2  0  3  6  5  0  1  0  H
```

PLAINTIFF'S EXHIBIT
FENGAD 800-631-6989
CRISCITO 17
12-4-09

Form 5500 (2003)                                                                 Page **2**

```
84043654
147.06.0002
03
```
Official Use Only

| 3a | Plan administrator's name and address (if same as plan sponsor, enter "Same") | 3b | Administrator's EIN |
|----|---|----|---|
| | SAME | 3c | Administrator's telephone number |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

| | | b EIN | |
|---|---|---|---|
| a | Sponsor's name | | |
| | | c PN | |

**5** Preparer information (optional)     a  Name (including firm name, if applicable) and address

AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

WATCHUNG           NJ    07069

| | | b EIN | |
|---|---|---|---|
| | | | 22-2141197 |
| | | c Telephone number | |
| | | | 908-757-5151 |

| | | | |
|---|---|---|---|
| **6** | Total number of participants at the beginning of the plan year | 6 | 43 |
| **7** | Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| a | Active participants | 7a | 38 |
| b | Retired or separated participants receiving benefits | 7b | 0 |
| c | Other retired or separated participants entitled to future benefits | 7c | 4 |
| d | Subtotal. Add lines 7a, 7b, and 7c | 7d | 42 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | 7e | 0 |
| f | Total. Add lines 7d and 7e | 7f | 42 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 7g | 42 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 7h | 0 |
| i | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | 7i | 0 |

**8** Benefits provided under the plan (complete **8a** and **8b** as applicable)

a ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions):  `2C` `2R` `3E` ☐ ☐ ☐ ☐ ☐ ☐ ☐

b ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions):  ☐ ☐ ☐ ☐ ☐ ☐ ☐

| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| (1) ☒ Insurance | (1) ☒ Insurance |
| (2) ☐ Code section 412(i) insurance contracts | (2) ☐ Code section 412(i) insurance contracts |
| (3) ☒ Trust | (3) ☒ Trust |
| (4) ☐ General assets of the sponsor | (4) ☐ General assets of the sponsor |

v6.1

`0 2 0 3 6 5 0 2 0 1`

```
84043654
147.06.0003
03
```

Official Use Only

Form 5500 (2003)

Page **3**

**10**  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a  Pension Benefit Schedules**

(1) [X]          **R**   (Retirement Plan Information)

(2) [X]      1   **T**   (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan
is relying on coverage testing information for a
prior year, enter the year ............................. ►

(3) [ ]          **B**   (Actuarial Information)

(4) [ ]          **E**   (ESOP Annual Information)

(5) [ ]          **SSA** (Separated Vested Participant Information)

**b  Financial Schedules**

(1) [ ]          **H**   (Financial Information)

(2) [X]          **I**   (Financial Information – Small Plan)

(3) [X]      1   **A**   (Insurance Information)

(4) [ ]          **C**   (Service Provider Information)

(5) [ ]          **D**   (DFE/Participating Plan Information)

(6) [ ]          **G**   (Financial Transaction Schedules)

(7) [X]      1   **P**   (Trust Fiduciary Information)

v6.1





0  2  0  3  6  5  0  3  0  J

84943654
147.06.0016
03

Crisito Dr
32 Chelsea Dr
Livingston NJ
07039

OCT 21 2004

2004    OCT    2004    PWBA    2004    OCT    2004    OCT
               P.O BOX 7043
               LAWRENCE, KS 66044-7043

66044+7043 59

7 9 9 9 0 0 0 1 0 Z

| Form **5558** | **Application for Extension of Time** | 84043654 |
|---|---|---|
| (Rev. June 2001) | **To File Certain Employee Plan Returns** | 147 005 005 OMB No. 1545-0212 |
| Department of the Treasury Internal Revenue Service | ► For Paperwork Reduction Act Notice, see instructions on back. | 03 **File With IRS Only** |

| File before the normal due date of the Form 5500, 5500-EZ, or 5330 (see instructions) | Name of filer, plan administrator, or plan sponsor (see instructions)<br>DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.<br>Number, street, and room or suite no. (if a P.O. box, see instructions.)<br>769 NORTHFIELD AVENUE<br>City or town, state, and ZIP code<br>WEST ORANGE, NJ 07052 | Filer's identifying Number—Check applicable box and enter number (see instructions)<br>☒ Employer identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see Specific Instructions.<br>► 22-2323998 ──OR──<br>☐ Social security number (see Specific Instructions) |

**1**  I request an extension of time until ___18_ / _15_ / _2004_ to file (check appropriate box(es)).
month   day   year

**a** ☒ Form 5500 or 5500-EZ (no more than 2½ months).

The application is automatically approved to the date shown on line 1 (above) if: (1) box 1a is checked, (2) the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and (3) the date on line 1 is no more than 2½ months after the normal due date.

You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

**b** ☐ Form 5330 (no more than 6 months). Payment amount attached is $ _____

**2**  Complete the following for the plan(s) covered by this application (see How To File).

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| DIAGNOSTIC & CLINICAL CARDIOLOGY,<br>P.A. MONEY PURCHASE PLAN | X | | | 0 0 2 | 12 | 31 | 2003 |
| | | | | | | | |
| | | | | | | | |

**3**  State in detail why you need the extension (if line 1b is checked)

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

John N. Chaplik

Signature ►   _John N. Chaplik_                        Date ►  07/09/2004

| Notice to Applicant<br><br>To Be Completed by the IRS if Line 1b is Checked | **To Be Completed by the IRS if line 1b is checked ▼**<br>☐ This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. (You must attach an approved copy of this form to each Form 5330 that was granted an extension.)<br>☐ The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to ............................................................................................... (You must attach an approved copy of this form to each Form 5330 that was granted an extension.)<br>☐ The application for an extension for Form 5330 is not approved, because it was filed after the normal due date of the return. (A 10-day grace period is not granted.)<br>☐ This application for an extension for Form 5330 is not approved, because<br>    ☐ The application was not signed.<br>    ☐ No reason was given on this application or the reason was not acceptable.<br>    ☐ No payment was attached for the tax due on Form 5330.<br>    ☐ Other ►<br>A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. (You must attach a copy of this form to each return you file that is granted a grace period.)<br><br>_____ (Date)    _____ (Director)    By: _____ |

**Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.**

| Please Print or Type | Name |
|---|---|
| | Number, street, and room or suite no. (if a P.O. box, see instructions.) |
| | City or town, state, and ZIP code |

MCA

Form **5558** (Rev. 6-2001)

84043854
147.06.0004
03

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

OMB No. 1210-0110

**2003**

This Form is Open to Public Inspection.

Official Use Only

For calendar plan year 2003 or fiscal plan year beginning _____ and ending _____

A  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHAS

B  Three-digit plan number ▶  002

C  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

D  Employer Identification Number
22-2323990

**Part I**  **Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

1  Coverage:

(a) Name of insurance carrier

NEW YORK LIFE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---------|---------------|---------------------------------------|------------------------------------------------------------------------------|-------------------------|--|
| | | | | (f) From | (g) To |
| | | P8102530 | 1 | 01/01/2003 | 12/31/2003 |

2  Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|----------------------------------|--------------------------|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v6.1   Schedule A (Form 5500) 2003





0 6 0 3 8 5 0 1 0 L

84043654
147.06.0005
03
Official Use Only

Schedule A (Form 5500) 2003                                                   Page  2

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |

v6.1





0 6 0 3 6 5 0 2 0 M

84043654
147.08 .0006
03
Official Use Only

Schedule A (Form 5500) 2003        Page 3

## Investment and Annuity Contract Information

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end ........................

**4** Current value of plan's interest under this contract in separate accounts at year end ........................

**5** Contracts With Allocated Funds

   **a** State the basis of premium rates ►ON FILE WITH THE DEPT. OF INS.

   **b** Premiums paid to carrier ................................................................    42000

   **c** Premiums due but unpaid at the end of the year .........................................

   **d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition
      or retention of the contract or policy, enter amount ...................................

      Specify nature of costs ► N/A

   **e** Type of contract   (1) ☒ individual policies    (2) ☐ group deferred annuity

      (3) ☐ other (specify) ►

   **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ............. ► ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   **a** Type of contract   (1) ☐ deposit administration    (2) ☐ immediate participation guarantee
      (3) ☐ guaranteed investment    (4) ☐ other (specify below)
      ►

   **b** Balance at the end of the previous year ................................................

   **c** Additions: (1) Contributions deposited during the year ................................

      (2) Dividends and credits .................................

      (3) Interest credited during the year .................................

      (4) Transferred from separate account .................................

      (5) Other (specify below)
      ►

      (6) Total additions ........................................

   **d** Total of balance and additions (add   b and c (6)) ........................

   **e** Deductions:

      (1) Disbursed from fund to pay benefits or purchase annuities during year ........

      (2) Administration charge made by carrier .................................

      (3) Transferred to separate account .................................

      (4) Other (specify below)
      ►

      (5) Total deductions .................................

   **f** Balance at the end of the current year (subtract   e (5) from d ........

v6.1



0 6 0 3 6 5 0 3 0 N

```
84043654
147.06 .0007
03
```

Schedule A (Form 5500) 2003

Page **4**

Official Use Only

## Part III  Welfare Benefit Contract Information

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**  Benefit and contract type (check all applicable boxes)

- a ☐ Health (other than dental or vision)
- b ☐ Dental
- c ☐ Vision
- d ☐ Life insurance
- e ☐ Temporary disability (accident and sickness)
- f ☐ Long-term disability
- g ☐ Supplemental unemployment
- h ☐ Prescription drug
- i ☐ Stop loss (large deductible)
- j ☐ HMO contract
- k ☐ PPO contract
- l ☐ Indemnity contract
- m ☐ Other (specify) ▶

**8**  Experience-rated contracts

a  Premiums: (1) Amount received .............................................

  (2) Increase (decrease) in amount due but unpaid ...............

  (3) Increase (decrease) in unearned premium reserve .............

  (4) Earned ((1) + (2) - (3)) ..............................................

b  Benefit charges: (1) Claims paid ..........................................

  (2) Increase (decrease) in claim reserves ............................

  (3) Incurred claims (add (1) and (2)) .................................

  (4) Claims charged .......................................................

c  Remainder of premium: (1) Retention charges (on an accrual basis) —

  (A) Commissions ........................................................

  (B) Administrative service or other fees .............................

  (C) Other specific acquisition costs .................................

  (D) Other expenses .....................................................

  (E) Taxes ...............................................................

  (F) Charges for risks or other contingencies ........................

  (G) Other retention charges ...........................................

  (H) Total retention .....................................................

  (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)

d  Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ....

  (2) Claim reserves ......................................................

  (3) Other reserves ......................................................

e  Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)

**9**  Nonexperience-rated contracts:

a  Total premiums or subscription charges paid to carrier .........

b  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...............

  Specify nature of costs ▶

v6.1

0  6  0  3  6  5  0  4  0  0

```
84043654
147.06.0008
03
```

**SCHEDULE I**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Financial Information -- Small Plan

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2003**

This Form is Open to Public Inspection.

For calendar year 2003 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHA

**B** Three-digit plan number ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you are filing as a small plan under the 80-120 participant rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

**Part I  Small Plan Financial Information**

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year. Combine the value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees during this plan year to pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers.   Round off amounts to the nearest dollar.

| 1 | Plan Assets and Liabilities: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 1a | 8117946 | 8462930 |
| b | Total plan liabilities | 1b | 0 | |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 8117946 | 8462930 |
| 2 | Income, Expenses, and Transfers for this Plan Year: | | (a) Amount | (b) Total |
| a | Contributions received or receivable | | | |
| | (1) Employers | 2a(1) | 720018 | |
| | (2) Participants | 2a(2) | | |
| | (3) Others (including rollovers) | 2a(3) | | |
| b | Noncash contributions | 2b | | |
| c | Other income | 2c | -316903 | |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) | 2d | | 403115 |
| e | Benefits paid (including direct rollovers) | 2e | 16131 | |
| f | Corrective distributions (see instructions) | 2f | | |
| g | Certain deemed distributions of participant loans (see instructions) | 2g | | |
| h | Other expenses | 2h | 42000 | |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) | 2i | | 58131 |
| j | Net income (loss) (subtract line 2i from line 2d) | 2j | | 344984 |
| k | Transfers to (from) the plan (see instructions) | 2k | | |

**3** Specific Assets: If the plan held assets at anytime during the plan year in any of the following categories, check "Yes" and enter the current value of any assets remaining in the plan as of the end of the plan year. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions.

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Partnership/joint venture interests | 3a | | X | |
| b | Employer real property | 3b | | X | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v6.1   Schedule I (Form 5500) 2003





84943654
147.06.0009
03

Schedule I (Form 5500) 2003
Page **2**

Official Use Only

| | | Yes | No | Amount |
|---|---|---|---|---|
| 3c | Real estate (other than employer real property) | | X | |
| d | Employer securities | | X | |
| e | Participant loans | | X | |
| f | Loans (other than to participants) | | X | |
| g | Tangible personal property | | X | |

## Part III — Transactions During Plan Year

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| 4a | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a.) | | X | |
| e | Was the plan covered by a fidelity bond? | X | | 350000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | | X | |
| k | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? If no, attach the IQPA's report or 2520.104-50 statement. (See instructions on waiver eligibility and conditions.) | X | | |

5a  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year  ☐ Yes  ☒ No  Amount

5b  If during this year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

5b(1)  Name of plan(s)

5b(2)  EIN(s)

5b(3)  PN(s)

v6.1

2 0 0 3 6 5 0 2 0 1

84043654
147.06.0010
03

**SCHEDULE P
(FORM 5500)**

# Annual Return of Fiduciary
## of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an
annual information return from every section 401(a) organization exempt from tax
under section 501(a).

Filing this form will start the running of the statute of limitations under section
6501(a) for any trust described in section 401(a) that is exempt from tax under
section 501(a).

► File as an attachment to Form 5500 or 5500-EZ.

Department of the Treasury
Internal Revenue Service

Official Use Only

OMB No. 1210-0110

**2003**

This Form is Open to
Public Inspection.

For trust calendar year 2003 or fiscal year beginning _____ and ending _____

**1a** Name of trustee or custodian

MARIO CRISCITO, M.D.

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

769 NORTHFIELD AVENUE

**c** City or town, state, and ZIP code

WEST ORANGE          NJ    07052

**2a** Name of trust
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PLAN

**b** Trust's employer identification number          22-2323990

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required
to be reported by the plan(s)? ............................................................... ☒ Yes ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500
or 5500-EZ ............................................................... ►          22-2323990

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

Signature of
fiduciary ►                    Date ► 10/15/__

For the Paperwork Reduction Notice and OMB Control Numbers,
see the instructions for Form 5500 or 5500-EZ.

v6.1

Schedule P (Form 5500) 2003



2  6  0  3  6  5  0  1  0  N

84043654
147.06.0011
03

Official Use Only

## SCHEDULE R
## (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

► File as an Attachment to Form 5500.

OMB No. 1210-0110

## 2003

This Form is Open to Public Inspection.

For calendar year 2003 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHAS

**B** Three-digit plan number ► 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

### Part I   Distributions

All references to distributions relate only to payments of benefits during the plan year.

1 Total value of distributions paid in property other than in cash or the forms of property specified in the instructions .................................................. | 1 | $

2 Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits).  22-2323990

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

3 Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ...................................... | 3 |

### Part II   Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

4 Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)? ............. ☐ Yes  ☒ No  ☐ N/A

If the plan is a defined benefit plan, go to line 7.

5 If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver ................... ► Month _____ Day _____ Year _____

If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule.

6a Enter the minimum required contribution for this plan year .................................. | 6a | $ |

b Enter the amount contributed by the employer to the plan for this plan year ...................... | 6b | $ | 720018

c Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ....................... | 6c | $ | 0

If you completed line 5c, do not complete the remainder of this schedule.

7 If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ........ ☐ Yes  ☐ No  ☐ N/A

### Part III   Amendments

8 If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions) ........................... ☐ Yes  ☐ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v6.1    Schedule R (Form 5500) 2003





2 2 0 3 6 5 0 1 0   J

```
84943654
147.08.0012
03
```

**SCHEDULE T**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

# Qualified Pension Plan Coverage Information

This form is required to be filed under section 6058(a) of the
Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

| Official Use Only |
|---|
| OMB No. 1210-0110 |
| **2003** |
| This Form is Open to Public Inspection. |

For calendar year 2003 or fiscal plan year beginning _____ and ending _____

**A**  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE

| **B**  Three-digit plan number ▶ | 002 |
|---|---|

**C**  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

| **D**  Employer identification Number |
|---|
| 22-2323990 |

**Note:** If the plan is maintained by:

● More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).

● An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1**  If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1a**  Name of participating employer

**1b**  Employer identification number

**2**  If the employer maintaining the plan operates QSLOBs, enter the following information:
**a**  The number of QSLOBs that the employer operates is _____
**b**  The number of such QSLOBs that have employees benefiting under this plan is _____
**c**  Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? ☐ Yes ☐ No
**d**  If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.
▶ _____

**3**  Exceptions — Check the box before each statement that describes the plan or the employer. Also see instructions.
**If you check any box, do not complete the rest of this Schedule.**
**a**  ☐ The employer employs only highly compensated employees (HCEs).
**b**  ☐ No HCEs benefited under the plan at anytime during the plan year.
**c**  ☐ The plan benefits only collectively-bargained employees.
**d**  ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.
**e**  ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     v6.1     Schedule T (Form 5500) 2003





84043654
147.06 0013
03

Schedule T (Form 5500) 2003 Page **2**

Official Use Only

| | | |
|---|---|---|
| **4** | Enter the date the plan year began for which coverage data is being submitted. | Month **31** Day **31** Year **2003** |
| a | Did any leased employees perform services for the employer at any time during the plan year? . . . . . . . . . . . . . . . . | ☐ Yes ☒ No |
| b | In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4), does the employer aggregate plans? . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes ☒ No |
| c | Complete the following: | |

|  |  |  |
|---|---|---|
| (1) Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including leased employees and self-employed individuals . . . . . . . . . . . . . | c(1) | 38 |
| (2) Number of excludable employees as defined in IRS regulations (see instructions) . . . . . . . . . . | c(2) | 0 |
| (3) Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1)) . . . . . . . . . . . | c(3) | 38 |
| (4) Number of nonexcludable employees (line 4c(3)) who are HCEs . . . . . . . . . . . . . . | c(4) | 14 |
| (5) Number of nonexcludable employees (line 4c(3)) who benefit under the plan . . . . . . . . | c(5) | 36 |
| (6) Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs . . . . . . . . . . | c(6) | 14 |
| **d** Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the information on lines 4c and 4d pertains (see instructions) ▶ | **d** | 91.7 % |

e  Identify any disaggregated part of the plan and enter the ratio percentage or exception (see instructions).



Disaggregated part:                Ratio Percentage:                Exception:

(1) _____          _____          _____
(2) _____          _____          _____
(3) _____          _____          _____

**f**  This plan satisfies the coverage requirements on the basis of (check one):     (1) ☒ the ratio percentage test     (2) ☐ average benefit test

v8.1



2 8 0 3 6 5 0 2 0 0

**EXHIBIT 75**

## Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2004**

This Form is Open to Public Inspection.

**Part I    Annual Report Identification Information**

For the calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

A  This return/report is for:  (1) ☐ a multiemployer plan;  (3) ☐ a multiple-employer plan; or
(2) ☒ a single-employer plan (other than a multiple-employer plan);  (4) ☐ a DFE (specify) _____

B  This return/report is:  (1) ☐ the first return/report filed for the plan;  (3) ☐ the final return/report filed for the plan;
(2) ☐ an amended return/report;  (4) ☐ a short plan year return/report (less than 12 months).

C  If the plan is a collectively-bargained plan, check here ..................................................... ► ☐

D  If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ► ☐

**Part II    Basic Plan Information** — enter all requested information. ► ☒

| 1a  Name of plan | 1b  Three-digit plan number (PN) ► | 002 |
|---|---|---|

**1a** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY,
P.A. MONEY PURCHASE PLAN

**1b** Three-digit plan number (PN) ► **002**

**1c** Effective date of plan (mo., day, yr.)
04/01/1976

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

DIAGNOSTIC & CLINICAL
CARDIOLOGY, P.A.

769 NORTHFIELD AVENUE

WEST ORANGE          NJ   07052-0000

**2b** Employer Identification Number (EIN)
22-2323990

**2c** Sponsor's telephone number
973-731-9442

**2d** Business code (see instructions)
621111

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

SIGN HERE

Signature of plan administrator _____  Date 10/14/__  MARIO CRISCITO, M.D.
Type or print name of individual signing as plan administrator

SIGN HERE

Signature of employer/plan sponsor/DFE _____  Date 10/14/__  MARIO CRISCITO, M.D.
Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        v7.2        Form **5500** (2004)

PLAINTIFF'S EXHIBIT
CRISCITO 16
12-4-09

0 2 0 4 1 0 0 1 0 8

OCT 1 2005

**SCHEDULE I**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Financial Information – Small Plan

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to Public Inspection.

For calendar year 2004 or fiscal plan year beginning _____ and ending _____

**A**  Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHA

**B**  Three-digit plan number ▶ | 002

**C**  Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D**  Employer Identification Number
22-2323990

Complete Schedule I if the plan covered fewer than 100 participants as of the beginning of the plan year. You may also complete Schedule I if you are filing as a small plan under the 80-120 participant rule (see instructions). Complete Schedule H if reporting as a large plan or DFE.

## Part I   Small Plan Financial Information

Report below the current value of assets and liabilities, income, expenses, transfers and changes in net assets during the plan year. Combine the value of plan assets held in more than one trust. Do not enter the value of the portion of an insurance contract that guarantees, during this plan year to pay a specific dollar benefit at a future date. Include all income and expenses of the plan including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers.   Round off amounts to the nearest dollar.

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1** | Plan Assets and Liabilities: | | | |
| a | Total plan assets | 1a | 8462930 | 9565020 |
| b | Total plan liabilities | 1b | 0 | 0 |
| c | Net plan assets (subtract line 1b from line 1a) | 1c | 8462930 | 9565020 |
| **2** | Income, Expenses, and Transfers for this Plan Year: | | (a) Amount | (b) Total |
| a | Contributions received or receivable | | | |
| | (1) Employers | 2a(1) | | |
| | (2) Participants | 2a(2) | 767706 | |
| | (3) Others (including rollovers) | 2a(3) | | |
| b | Noncash contributions | 2b | | |
| c | Other income | 2c | | |
| d | Total income (add lines 2a(1), 2a(2), 2a(3), 2b, and 2c) | 2d | 376384 | |
| e | Benefits paid (including direct rollovers) | 2e | | 1144090 |
| f | Corrective distributions (see instructions) | 2f | | |
| g | Certain deemed distributions of participant loans (see instructions) | 2g | | |
| h | Other expenses | 2h | | |
| i | Total expenses (add lines 2e, 2f, 2g, and 2h) | 2i | 42000 | |
| j | Net income (loss) (subtract line 2i from line 2d) | 2j | | 42000 |
| k | Transfers to (from) the plan (see instructions) | 2k | | 1102090 |
| **3** | Specific Assets: If the plan held assets at anytime during the plan year in any of the following categories, check "Yes" and enter the current value of any assets remaining in the plan as of the end of the plan year. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions. | | | |

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Partnership/joint venture interests | 3a | | X | |
| b | Employer real property | 3b | | X | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.

v7.2      Schedule I (Form 5500) 2004



2 0 0 4 1 0 0 1 0 8

Form 5500 (2004)

Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address (If same as plan sponsor, enter "Same")<br>SAME | **3b** Administrator's EIN | Official Use Only |
| | **3c** Administrator's telephone number | |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

AMERICAN PENSION CORPORATION

1375 PLAINFIELD AVENUE

WATCHUNG            NJ   07069-0000

**c** PN

**b** EIN    22-2141197

**c** Telephone number   908-757-5151

| | | | |
|---|---|---|---|
| **6** Total number of participants at the beginning of the plan year | | **6** | 49 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines     7a, 7b, 7c, and 7d) | | | |
| **a** Active participants | | **7a** | 45 |
| **b** Retired or separated participants receiving benefits | | **7b** | 0 |
| **c** Other retired or separated participants entitled to future benefits | | **7c** | 4 |
| **d** Subtotal. Add lines 7a, 7b, and 7c | | **7d** | 49 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | | **7e** | 0 |
| **f** Total. Add lines 7d and 7e | | **7f** | 49 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | | **7g** | 49 |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | | **7h** | 0 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | | **7i** | 0 |

**8** Benefits provided under the plan (complete   8a and  8b  as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions):
| 2C | 2R | 3E | | | | | |
|---|---|---|---|---|---|---|---|

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions):
| | | | | | | | |
|---|---|---|---|---|---|---|---|

**9a** Plan funding arrangement (check all that apply)
- (1) ☒ Insurance
- (2) ☐ Code section 412(i) insurance contracts
- (3) ☒ Trust
- (4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
- (1) ☒ Insurance
- (2) ☐ Code section 412(i) insurance contracts
- (3) ☒ Trust
- (4) ☐ General assets of the sponsor

0 2 0 4 1 0 0 2 0 9

Form 5500 (2004)                                                                                    Page **3**

Oficial Use Only

**10**   Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a**   **Pension Benefit Schedules**

(1) [X]   R   (Retirement Plan Information)

(2) [X] __1__ T   (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year  . . . . . . . . . . . . . ▶

(3) [ ]   B   (Actuarial Information)

(4) [ ]   E   (ESOP Annual Information)

(5) [ ]   SSA (Separated Vested Participant Information)

**b**   **Financial Schedules**

(1) [ ]   H   (Financial Information)

(2) [X]   I   (Financial Information -- Small Plan)

(3) [X] __1__ A   (Insurance Information)

(4) [ ]   C   (Service Provider Information)

(5) [ ]   D   (DFE/Participating Plan Information)

(6) [ ]   G   (Financial Transaction Schedules)

(7) [X] __1__ P   (Trust Fiduciary Information)



0 2 0 4 1 0 0 3 0 A

**SCHEDULE R**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an Attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to Public Inspection.

For calendar year 2004 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHAS

**B** Three-digit plan number ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

## Part I  Distributions

All references to distributions relate only to payments of benefits during the plan year.

1 Total value of distributions paid in property other than in cash or the forms of property specified in the instructions .................................................... | 1 | $

2 Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (If more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits).

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

3 Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ...................................................... | 3 |

## Part II  Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.)

4 Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)?  ........  ☐ Yes ☒ No ☐ N/A
   If the plan is a defined benefit plan, go to line 7.

5 If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver
   If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule.  ▶ Month _____ Day _____ Year _____

6a Enter the minimum required contribution for this plan year | 6a | $
 b Enter the amount contributed by the employer to the plan for this plan year | 6b | $ | 767706
 c Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) | 6c | $ | 767706
   If you completed line 6c, do not complete the remainder of this schedule. | | | 0

7 If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ........  ☐ Yes ☐ No ☐ N/A

## Part III  Amendments

8 If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions) ........................  ☐ Yes ☐ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.      v7.2      Schedule R (Form 5500) 2004





2 2 0 4 1 0 0 1 0 A

| SCHEDULE T (Form 5500) | **Qualified Pension Plan Coverage Information** | Official Use Only |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under section 6058(a) of the Internal Revenue Code (the Code). | OMB No. 1210-0110 **2004** |
| | ▶ **File as an attachment to Form 5500.** | This Form is Open to Public Inspection. |

For calendar year 2004 or fiscal plan year beginning _____ and ending _____

**A** Name of plan
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE

**B** Three-digit plan number ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

**D** Employer Identification Number
22-2323990

**Note: If the plan is maintained by:**

● More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).

● An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1a** Name of participating employer

**1b** Employer identification number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:

**a** The number of QSLOBs that the employer operates is _____

**b** The number of such QSLOBs that have employees benefiting under this plan is _____

**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis?   ... ☐ Yes  ☐ No

**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.

**3** Exceptions — Check the box before each statement that describes the plan or the employer. Also see instructions. If you check any box, do not complete the rest of this Schedule.

**a** ☐ The employer employs only highly compensated employees (HCEs).

**b** ☐ No HCEs benefited under the plan at anytime during the plan year.

**c** ☐ The plan benefits only collectively-bargained employees.

**d** ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.

**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v7.2    Schedule T (Form 5500) 2004





2 8 0 4 1 0 0 1 0 G

Schedule T (Form 5500) 2004                                                    Page **2**

**4**   Enter the date the plan year began for which coverage data is being submitted.

Month 01   Day 01   Year 2004

**Official Use Only**

**a**   Did any leased employees perform services for the employer at any time during the plan year? ......................  ☐ Yes  ☒ No

**b**   In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4), does the employer aggregate plans? ...................................................................................  ☐ Yes  ☒ No

**c**   Complete the following:

| | | |
|---|---|---:|
| (1) Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including leased employees and self-employed individuals ......... | c(1) | 46 |
| (2) Number of excludable employees as defined in IRS regulations (see instructions)..................... | c(2) | 1 |
| (3) Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1)) .................... | c(3) | 45 |
| (4) Number of nonexcludable employees (line 4c(3)) who are HCEs ...................... | c(4) | 15 |
| (5) Number of nonexcludable employees (line 4c(3)) who benefit under the plan ................ | c(5) | 44 |
| (6) Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs ....................... | c(6) | 15 |

**d**   Enter the plan's ratio percentage and, if applicable, identify the disaggregated part of the plan to which the information on lines 4c and 4d pertains (see instructions) ▶

| | |
|---|---:|
| d | 96.7 % |

**e**   Identify any disaggregated part of the plan and enter the ratio percentage or exception (see instructions).

| Disaggregated part: | Ratio Percentage: | Exception: |
|---|---|---|
| (1) _____ | _____ | _____ |
| (2) _____ | _____ | _____ |
| (3) _____ | _____ | _____ |

**f**   This plan satisfies the coverage requirements on the basis of (check one):   (1) ☒ the ratio percentage test   (2) ☐ average benefit test



2  8  0  4  1  0  0  2  0  H

Schedule I (Form 5500) 2004

Page **2**

Official Use Only

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| 3c | Real estate (other than employer real property) | 3c | | X | |
| d | Employer securities | 3d | | X | |
| e | Participant loans | 3e | | X | |
| f | Loans (other than to participants) | 3f | | X | |
| g | Tangible personal property | 3g | | X | |

## Part II  Transactions During Plan Year

**4** During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by the participants' account balance | 4b | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? | 4c | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a.) | 4d | | X | |
| e | Was the plan covered by a fidelity bond? | 4e | X | | |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 4f | | X | 350000 |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | 4h | | X | |
| i | Did the plan at any time hold 20% or more of its assets in any single security, debt, mortgage, parcel of real estate, or partnership/joint venture interest? | 4i | | X | |
| j | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | 4j | | X | |
| k | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? If no, attach the IQPA's report or 2520.104-50 statement. (See instructions on waiver eligibility and conditions.) | 4k | X | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year  ☐ Yes  ☒ No  Amount

**5b** If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| | | |

200410020 9