# Abar Pension Services, Inc.

PENSION, PROFIT SHARING, 401(K) PLAN
DESIGN AND ADMINISTRATION

MIKEL R. UCHITEL, FSA, EA, MSPA
MARK SHEMTOB, ASA, EA, MSPA
SCOTT M. FEIT, CPC, CPA, QKA
PHILIP D. COHELD, EA, MSPA

25B VREELAND ROAD - SUITE 209
FLORHAM PARK, NJ 07932-1900
(973) 660-2100
FAX (973) 660-2111
abar@abarpensioninc.com

April 14, 2010

Stephen M. Charme, Esq.
Witman, Stadtmauer & Michaels, P.A.
26 Columbia Turnpike
Florham Park, NJ 07932

Re:   Diagnostic & Clinical Cardiology, P.A.
      Profit Sharing Plan

Dear Mr. Charme:

This will update my May 28, 2009 report. Based upon our analysis, we concluded that the participants in the pooled account, excluding Dr. Mario A. Criscito, were entitled to an additional $1,681,572.65 as of the beginning of 2000. As of April 30, 2010, the value of their portion of the pooled account, together with interest, accumulated to $3,921,353.69. (Exhibit 4).

Please call if you should have any questions.

Sincerely,

ABAR PENSION SERVICES, INC.

Scott M. Feit, CPC, CPA, QPA, QKA

/sf

**EXHIBIT 4**

Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
Calculation of Lost Interest

| Start | End | Days | Present Value | Interest Rate | Future Value |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | 90 | $1,681,572.65 | 10% | $1,723,429.61 |
| 3/31/2000 | 6/30/2000 | 91 | $1,723,429.61 | 11% | $1,771,208.14 |
| 6/30/2000 | 9/30/2000 | 92 | $1,771,208.14 | 11% | $1,820,858.33 |
| 9/30/2000 | 12/31/2000 | 92 | $1,820,858.33 | 11% | $1,871,900.30 |
| 12/31/2000 | 3/31/2001 | 90 | $1,871,900.30 | 11% | $1,923,359.35 |
| 3/31/2001 | 6/30/2001 | 91 | $1,923,359.35 | 10% | $1,971,907.62 |
| 6/30/2001 | 9/30/2001 | 92 | $1,971,907.62 | 9% | $2,017,145.81 |
| 9/30/2001 | 12/31/2001 | 92 | $2,017,145.81 | 9% | $2,063,421.82 |
| 12/31/2001 | 3/31/2002 | 90 | $2,063,421.82 | 8% | $2,104,524.49 |
| 3/31/2002 | 6/30/2002 | 91 | $2,104,524.49 | 8% | $2,146,916.37 |
| 6/30/2002 | 9/30/2002 | 92 | $2,146,916.37 | 8% | $2,190,642.20 |
| 9/30/2002 | 12/31/2002 | 92 | $2,190,642.20 | 8% | $2,235,258.58 |
| 12/31/2002 | 3/31/2003 | 90 | $2,235,258.58 | 7% | $2,274,170.87 |
| 3/31/2003 | 6/30/2003 | 91 | $2,274,170.87 | 7% | $2,314,204.31 |
| 6/30/2003 | 9/30/2003 | 92 | $2,314,204.31 | 7% | $2,355,394.10 |
| 9/30/2003 | 12/31/2003 | 92 | $2,355,394.10 | 6% | $2,391,283.15 |
| 12/31/2003 | 3/31/2004 | 91 | $2,391,283.15 | 6% | $2,427,220.84 |
| 3/31/2004 | 6/30/2004 | 91 | $2,427,220.84 | 7% | $2,469,830.74 |
| 6/30/2004 | 9/30/2004 | 92 | $2,469,830.74 | 6% | $2,507,359.87 |
| 9/30/2004 | 12/31/2004 | 92 | $2,507,359.87 | 7% | $2,551,864.58 |
| 12/31/2004 | 3/31/2005 | 90 | $2,551,864.58 | 7% | $2,596,288.48 |
| 3/31/2005 | 6/30/2005 | 91 | $2,596,288.48 | 8% | $2,648,586.07 |
| 6/30/2005 | 9/30/2005 | 92 | $2,648,586.07 | 8% | $2,702,529.30 |
| 9/30/2005 | 12/31/2005 | 92 | $2,702,529.30 | 9% | $2,764,528.92 |
| 12/31/2005 | 3/31/2006 | 90 | $2,764,528.92 | 9% | $2,826,556.80 |
| 3/31/2006 | 6/30/2006 | 91 | $2,826,556.80 | 9% | $2,890,689.00 |
| 6/30/2006 | 9/30/2006 | 92 | $2,890,689.00 | 10% | $2,964,465.99 |
| 9/30/2006 | 12/31/2006 | 92 | $2,964,465.99 | 10% | $3,040,125.93 |
| 12/31/2006 | 3/31/2007 | 90 | $3,040,125.93 | 10% | $3,116,009.25 |
| 3/31/2007 | 6/30/2007 | 91 | $3,116,009.25 | 10% | $3,194,661.67 |
| 6/30/2007 | 9/30/2007 | 92 | $3,194,661.67 | 10% | $3,276,196.73 |
| 9/30/2007 | 12/31/2007 | 92 | $3,276,196.73 | 10% | $3,359,812.75 |
| 12/31/2007 | 3/31/2008 | 91 | $3,359,812.75 | 9% | $3,435,833.48 |
| 3/31/2008 | 5/5/2008 | 35 | $3,435,833.48 | 8% | $3,462,216.45 |
| 5/5/2008 distribution of $26,202.74 to Antoinette Andriola | | | | | $3,436,013.71 |
| 5/5/2008 | 6/30/2008 | 56 | $3,436,013.71 | 8% | $3,478,325.83 |
| 6/30/2008 | 9/30/2008 | 92 | $3,478,325.83 | 7% | $3,540,064.83 |
| 9/30/2008 | 12/31/2008 | 92 | $3,540,064.83 | 8% | $3,611,965.68 |
| 12/31/2008 | 3/31/2009 | 90 | $3,611,965.68 | 7% | $3,674,844.26 |
| 3/31/2009 | 6/30/2009 | 91 | $3,674,844.26 | 6% | $3,730,224.53 |
| 6/30/2009 | 9/30/2009 | 92 | $3,730,224.53 | 6% | $3,787,061.82 |
| 9/30/2009 | 12/31/2009 | 92 | $3,787,061.82 | 6% | $3,844,765.13 |
| 12/31/2009 | 3/31/2010 | 90 | $3,844,765.13 | 6% | $3,902,064.69 |
| 3/31/2010 | 4/30/2010 | 30 | $3,902,064.69 | 6% | $3,921,353.69 |

**Interest =      $2,239,781**

√₂

Interest was calculated using the Voluntary Fiduciary Correction Program (VFCP)
Online Calculator provided by the U.S. Department of Labor - EBSA.
Using IRC 6621(c)(1) underpayment rates

# Abar Pension Services, Inc.

PENSION, PROFIT SHARING, 401(K) PLAN
DESIGN AND ADMINISTRATION

MIKEL R. UCHITEL, FSA, EA, MSPA
MARK SHEMTOB, ASA, EA, MSPA
SCOTT M. FEIT, CPC, CPA, QKA
PHILIP D. COFIELD, EA, MSPA

25B VREELAND ROAD - SUITE 209
FLORHAM PARK, NJ 07932-1900
(973) 660-2100
FAX: (973) 660-2111
abar@abarpensioninc.com

May 28, 2009

Stephen M. Charme, Esq.
Witman, Stadtmauer & Michaels, P.A.
26 Columbia Turnpike
Florham Park, NJ 07932

Re:    Diagnostic & Clinical Cardiology, P.A.
       Profit Sharing Plan

Dear Mr. Charme:

The following is a summary of the work performed by my office with regard to the Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan (formerly the Diagnostic and Clinical Cardiology, P.A Money Purchase Pension Plan, which was converted into the profit sharing plan in 2005). For the plan year ending December 31, 1995, we determined the ending balance of each participant's account. We started with the participants' balances as of December 31, 1994, which we obtained from the 1994 valuation of American Pension Corporation, whom you have advised was the third party administrator for the plan. We updated each participant's account with any contributions and distributions for the year. A gain (or loss) was allocated to each participant's account based upon the performance of the funds in the plan. We then performed the same procedure for the plan years ending December 31, 1996, 1997, 1998 and 1999. The summaries of the participants' accounts for the years 1995 to 1999 are attached (Exhibit 1). We based the fair market value of the assets for each year upon the investment company's brokerage statements if they were available, or if not we used the valuations of American Pension Corporation.

The 1999 valuation has been revised subsequent to the original report prepared by my office. Since the initial report was prepared, information was obtained on two investments that should have been included in the valuation of the commingled account. These investments, the AIM Global Telecomm Fund and the Latin American Fund had market values of $107,221 and $43,254.45, respectively, as of December 31, 1999.

For the 2000 plan year, we updated each participant's account to reflect the distributions made from the pooled account to their segregated account (Exhibit 2). For those participants who did not receive the full amount of their distribution to which they were entitled, and therefore still had a balance in the pooled account after the distributions were made, we updated their account balance with interest to March 31, 2009. The interest was calculated using the Voluntary Fiduciary Correction Program (VFCP) Online Calculator provided by the U.S. Department of Labor. The interest calculation was updated since the last calculation prepared to reflect a distribution of $26,202.74 on May 5, 2008 to a participant in the plan.

Based upon our analysis, we concluded that the participants in the pooled account, excluding Dr. Mario A. Criscito, were entitled to an additional $1,681,572.65 as of the beginning of 2000. As of March 31 2009, the value of their portion of the pooled account, together with interest, accumulated to $3,674,844.26. (Exhibit 3).

Please call if you should have any questions.

Sincerely,

ABAR PENSION SERVICES, INC.

Scott M. Feit, CPC, CPA, QPA, QKA

/sf

# EXHIBIT 1

**Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan**
**Summary of Participant Accounts**
**From January 1, 1995 to December 31, 1995**

| Participant Name | Prior Balance | Contribution | Gains/Losses | Ending Balance | % | Vested Balance |
|---|---|---|---|---|---|---|
| **Campos, Mary Ann** | | | | | | |
| Employer | 3,870.90 | 3,897.08 | 547.30 | 8,315.28 | 100% | 8,315.28 |
| **Cortes, Maria** | | | | | | |
| Employer | 8,151.38 | 6,188.00 | 1,152.50 | 15,491.88 | 100% | 15,491.88 |
| **Criscito, Mario** | | | | | | |
| Employer | 1,998,874.30 | 30,000.00 | 282,615.86 | 2,311,490.16 | 100% | 2,311,490.16 |
| Rollover | 418,316.33 | 0.00 | 59,144.70 | 477,461.03 | 100% | 477,461.03 |
| Total | 2,417,190.63 | 30,000.00 | 341,760.56 | 2,788,951.19 | | 2,788,951.19 |
| **Cruz, Awylda** | | | | | | |
| Employer | 22,648.23 | 5,599.12 | 3,202.18 | 31,449.53 | 100% | 31,449.53 |
| **Difazio (Gencarelli), Lisa** | | | | | | |
| Employer | 9,682.73 | 5,399.20 | 1,369.02 | 16,450.95 | 100% | 16,450.95 |
| **Foggio, Antoinette** | | | | | | |
| Employer | 5,138.70 | 0.00 | 726.55 | 5,865.25 | 100% | 5,865.25 |
| Rollover | 7,116.20 | 0.00 | 1,006.14 | 8,122.34 | 100% | 8,122.34 |
| Total | 12,254.90 | 0.00 | 1,732.69 | 13,987.59 | | 13,987.59 |
| **Fox (Vitale), Dianne** | | | | | | |
| Employer | 16,986.58 | 2,919.41 | 2,401.69 | 22,307.68 | 100% | 22,307.68 |
| **Gonnella, Renee** | | | | | | |
| Employer | 971.75 | 2,704.36 | 137.39 | 3,813.50 | 100% | 3,813.50 |
| **Hawthorne, Keith** | | | | | | |
| Employer | 60,729.54 | 30,000.00 | 8,586.39 | 99,315.93 | 100% | 99,315.93 |
| **Hayes, Barbara** | | | | | | |
| Employer | 19,346.07 | 0.00 | 2,735.29 | 22,081.36 | 100% | 22,081.36 |
| Rollover | 4,866.83 | 0.00 | 688.11 | 5,554.94 | 100% | 5,554.94 |
| Total | 24,212.90 | 0.00 | 3,423.40 | 27,636.30 | | 27,636.30 |
| **Grand Total** | 2,576,699.54 | 86,707.17 | 364,313.12 | 3,027,719.83 | | 3,027,719.83 |

## Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
## Summary of Participant Accounts
### From January 1, 1996 to December 31, 1996

| Participant Name | Prior Balance | Contribution | Gains/Losses | Ending Balance | Vested % | Vested Balance |
|---|---|---|---|---|---|---|
| **Campos, Mary Ann** | | | | | | |
| Employer | 8,315.28 | 1,299.48 | 561.75 | 10,176.51 | 100% | 10,176.51 |
| **Cortes, Maria** | | | | | | |
| Employer | 15,491.88 | 6,545.00 | 1,046.58 | 23,083.46 | 100% | 23,083.46 |
| **Criscito, Mario** | | | | | | |
| Employer | 2,311,490.16 | 30,000.00 | 156,157.06 | 2,497,647.22 | 100% | 2,497,647.22 |
| Rollover | 477,461.03 | 0.00 | 32,255.78 | 509,716.81 | 100% | 509,716.81 |
| Total | 2,788,951.19 | 30,000.00 | 188,412.84 | 3,007,364.03 | | 3,007,364.03 |
| **Cruz, Awylda** | | | | | | |
| Employer | 31,449.53 | 7,055.00 | 2,124.63 | 40,629.16 | 100% | 40,629.16 |
| **Difazio (Gencarelli), Lisa** | | | | | | |
| Employer | 16,450.95 | 6,562.00 | 1,111.37 | 24,124.32 | 100% | 24,124.32 |
| **Foggio, Antoinette** | | | | | | |
| Employer | 5,865.25 | 0.00 | 396.24 | 6,261.49 | 100% | 6,261.49 |
| Rollover | 8,122.34 | 0.00 | 548.72 | 8,671.06 | 100% | 8,671.06 |
| Total | 13,987.59 | 0.00 | 944.96 | 14,932.55 | | 14,932.55 |
| **Fox (Vitale), Dianne** | | | | | | |
| Employer | 22,307.68 | 1,122.00 | 1,507.04 | 24,936.72 | 100% | 24,936.72 |
| **Gonnella, Renee** | | | | | | |
| Employer | 3,813.50 | 4,420.00 | 257.63 | 8,491.13 | 100% | 8,491.13 |
| **Hawthorne, Keith** | | | | | | |
| Employer | 99,315.93 | 30,000.00 | 6,709.48 | 136,025.41 | 100% | 136,025.41 |
| **Hayes, Barbara** | | | | | | |
| Employer | 22,081.36 | 0.00 | 1,491.75 | 23,573.11 | 100% | 23,573.11 |
| Rollover | 5,554.94 | 0.00 | 375.27 | 5,930.21 | 100% | 5,930.21 |
| Total | 27,636.30 | 0.00 | 1,867.02 | 29,503.32 | | 29,503.32 |
| **Roelke, Marc** | | | | | | |
| Employer | 0.00 | 30,000.00 | 0.00 | 30,000.00 | 100% | 30,000.00 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1996 to December 31, 1996

| Participant Name | Prior Balance | Contribution | Gains/Losses | Ending Balance | % | -----Vested----- Balance |
|---|---|---|---|---|---|---|
| **Grand Total** | 3,027,719.83 | 117,003.48 | 204,543.30 | 3,349,266.61 | | 3,349,266.61 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1997 to December 31, 1997

| Participant Name | Prior Balance | Contribution | Gains/Losses | Ending Balance | % | -----Vested----- Balance |
|---|---|---|---|---|---|---|
| **Banks, Wisteria** | | | | | | |
| Employer | 0.00 | 4,142.22 | 0.00 | 4,142.22 | 100% | 4,142.22 |
| **Brown, Mark** | | | | | | |
| Employer | 0.00 | 13,500.14 | 0.00 | 13,500.14 | 100% | 13,500.14 |
| **Campos, Mary Ann** | | | | | | |
| Employer | 10,176.51 | 0.00 | 1,235.57 | 11,412.08 | 100% | 11,412.08 |
| **Cortes, Maria** | | | | | | |
| Employer | 23,083.46 | 6,790.48 | 2,802.65 | 32,676.59 | 100% | 32,676.59 |
| **Criscito, Mario** | | | | | | |
| Employer | 2,497,647.22 | 30,000.00 | 303,248.77 | 2,830,895.99 | 100% | 2,830,895.99 |
| Rollover | 509,716.81 | 0.00 | 61,886.64 | 571,603.45 | 100% | 571,603.45 |
| Total | 3,007,364.03 | 30,000.00 | 365,135.41 | 3,402,499.44 | | 3,402,499.44 |
| **Cruz, Awylda** | | | | | | |
| Employer | 40,629.16 | 7,283.14 | 4,932.94 | 52,845.24 | 100% | 52,845.24 |
| **Difazio (Gencarelli), Lisa** | | | | | | |
| Employer | 24,124.32 | 7,130.82 | 2,929.02 | 34,184.16 | 100% | 34,184.16 |
| **Dimitrion, Marianne** | | | | | | |
| Employer | 0.00 | 4,667.52 | 0.00 | 4,667.52 | 100% | 4,667.52 |
| **Foggio, Antoinette** | | | | | | |
| Employer | 6,261.49 | 0.00 | 760.23 | 7,021.72 | 100% | 7,021.72 |
| Rollover | 8,671.06 | 0.00 | 1,052.79 | 9,723.85 | 100% | 9,723.85 |
| Total | 14,932.55 | 0.00 | 1,813.02 | 16,745.57 | | 16,745.57 |
| **Fox (Vitale), Dianne** | | | | | | |
| Employer | 24,936.72 | 0.00 | 3,027.66 | 27,964.38 | 100% | 27,964.38 |
| **Gonnella, Renee** | | | | | | |
| Employer | 8,491.13 | 4,260.03 | 1,030.94 | 13,782.10 | 100% | 13,782.10 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1997 to December 31, 1997

| Participant Name | Prior Balance | Contribution | Gains/Losses | Ending Balance | -----Vested----- % | Balance |
|---|---|---|---|---|---|---|
| **Hawthorne, Keith** | | | | | | |
| Employer | 136,025.41 | 30,000.00 | 16,515.36 | 182,540.77 | 100% | 182,540.77 |
| **Hayes, Barbara** | | | | | | |
| Employer | 23,573.11 | 0.00 | 2,862.10 | 26,435.21 | 100% | 26,435.21 |
| Rollover | 5,930.21 | 0.00 | 720.01 | 6,650.22 | 100% | 6,650.22 |
| Total | 29,503.32 | 0.00 | 3,582.11 | 33,085.43 | | 33,085.43 |
| **Roelke, Marc** | | | | | | |
| Employer | 30,000.00 | 30,000.00 | 3,642.41 | 63,642.41 | 100% | 63,642.41 |
| **Grand Total** | 3,349,266.61 | 137,774.35 | 406,647.09 | 3,893,688.05 | | 3,893,688.05 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1998 to December 31, 1998

| Participant Name | Prior Balance | Contribution | Gains / Losses | Transfers | Distributions | Ending Balance | Vested % | Vested Balance |
|---|---|---|---|---|---|---|---|---|
| **Banks, Wisteria** | | | | | | | | |
| Employer | 4,142.22 | 0.00 | 566.15 | 0.00 | 0.00 | 4,708.37 | 100% | 4,708.37 |
| **Brown, Mark** | | | | | | | | |
| Employer | 13,500.14 | 14,478.21 | 1,845.16 | 0.00 | 0.00 | 29,823.51 | 100% | 29,823.51 |
| **Campos, Mary Ann** | | | | | | | | |
| Employer | 11,412.08 | 0.00 | 1,559.77 | 0.00 | 0.00 | 12,971.85 | 100% | 12,971.85 |
| **Cortes, Maria** | | | | | | | | |
| Employer | 32,676.59 | 7,144.42 | 4,466.15 | 0.00 | 0.00 | 44,287.16 | 100% | 44,287.16 |
| **Criscito, Mario** | | | | | | | | |
| Employer | 2,830,895.99 | 30,000.00 | 373,251.61 | 0.00 | (100,000.00) | 3,134,147.60 | 100% | 3,134,147.60 |
| Rollover | 571,603.45 | 0.00 | 78,125.24 | 0.00 | 0.00 | 649,728.69 | 100% | 649,728.69 |
| Total | 3,402,499.44 | 30,000.00 | 451,376.85 | 0.00 | (100,000.00) | 3,783,876.29 | | 3,783,876.29 |
| **Cruz, Awylda** | | | | | | | | |
| Employer | 52,845.24 | 0.00 | 7,222.75 | 0.00 | 0.00 | 60,067.99 | 100% | 60,067.99 |
| **Difazio (Gencarelli), Lisa** | | | | | | | | |
| Employer | 34,184.16 | 7,119.09 | 4,672.20 | 0.00 | 0.00 | 45,975.45 | 100% | 45,975.45 |
| **Dimitrion, Marianne** | | | | | | | | |
| Employer | 4,667.52 | 3,488.23 | 637.94 | 0.00 | 0.00 | 8,793.69 | 100% | 8,793.69 |
| **Foggio, Antoinette** | | | | | | | | |
| Employer | 7,021.72 | 0.00 | 959.71 | 0.00 | 0.00 | 7,981.43 | 100% | 7,981.43 |
| Rollover | 9,723.85 | 0.00 | 1,329.03 | 0.00 | 0.00 | 11,052.88 | 100% | 11,052.88 |
| Total | 16,745.57 | 0.00 | 2,288.74 | 0.00 | 0.00 | 19,034.31 | | 19,034.31 |
| **Fox (Vitale), Dianne** | | | | | | | | |
| Employer | 27,964.38 | 0.00 | 3,822.10 | 0.00 | 0.00 | 31,786.48 | 100% | 31,786.48 |
| **Gonnella, Renee** | | | | | | | | |
| Employer | 13,782.10 | 2,223.26 | 1,883.70 | 0.00 | 0.00 | 17,889.06 | 100% | 17,889.06 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1998 to December 31, 1998

| Participant Name | Prior Balance | Contribution | Gains / Losses | Transfers | Distributions | Ending Balance | -----Vested-----  % | Balance |
|---|---|---|---|---|---|---|---|---|
| **Hawthorne, Keith** | | | | | | | | |
| Employer | 182,540.77 | 30,000.00 | 24,949.18 | 0.00 | 0.00 | 237,489.95 | 100% | 237,489.95 |
| **Hayes, Barbara** | | | | | | | | |
| Employer | 26,435.21 | 0.00 | 3,613.10 | 0.00 | 0.00 | 30,048.31 | 100% | 30,048.31 |
| Rollover | 6,650.22 | 0.00 | 908.93 | 0.00 | 0.00 | 7,559.15 | 100% | 7,559.15 |
| Total | 33,085.43 | 0.00 | 4,522.03 | 0.00 | 0.00 | 37,607.46 | | 37,607.46 |
| **Roberts, Kim** | | | | | | | | |
| Employer | 0.00 | 3,847.27 | 0.00 | 0.00 | 0.00 | 3,847.27 | 100% | 3,847.27 |
| **Roelke, Marc** | | | | | | | | |
| Employer | 63,642.41 | 0.00 | 497.84 | (60,000.00) | 0.00 | 4,140.25 | 100% | 4,140.25 |
| **Grand Total** | 3,893,688.05 | 98,300.48 | 510,310.56 | (60,000.00) | (100,000.00) | 4,342,299.09 | | 4,342,299.09 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1999 to December 31, 1999

| Participant Name | Prior Balance | Contribution | Gains / Losses | Distributions | Ending Balance | Vested % | Vested Balance |
|---|---|---|---|---|---|---|---|
| **Banks, Wisteria** | | | | | | | |
| Employer | 4,708.37 | 0 00 | 14,450 61 | 0 00 | 19,158 98 | 100% | 19,158 98 |
| **Brown, Mark** | | | | | | | |
| Employer | 29,823 51 | 16,491 56 | 91,532 33 | 0 00 | 137,847 40 | 100% | 137,847 40 |
| **Campos, Mary Ann** | | | | | | | |
| Employer | 12,971 85 | 0 00 | 39,812 34 | 0 00 | 52,784 19 | 100% | 52,784 19 |
| **Chaaban, Fadi** | | | | | | | |
| Employer | 0 00 | 30,000 00 | 0 00 | 0 00 | 30,000 00 | 100% | 30,000 00 |
| **Cortes, Marin** | | | | | | | |
| Employer | 44,287.16 | 6,536 84 | 135,923 19 | 0 00 | 186,747 19 | 100% | 186,747 19 |
| **Criscito, Mario** | | | | | | | |
| Employer | 3,134,147.60 | 30,000 00 | 9,235,474 85 | (125,000 00) | 12,274,622 45 | 100% | 12,274,622 45 |
| Rollover | 649,728.69 | 0.00 | 1,994,103 90 | 0 00 | 2,643,832 59 | 100% | 2,643,832 59 |
| Total | 3,783,876 29 | 30,000 00 | 11,229,578 75 | (125,000 00) | 14,918,455 04 | | 14,918,455 04 |
| **Cruz, Awylda** | | | | | | | |
| Employer | 60,067 99 | 0 00 | 184,356 66 | 0 00 | 244,424 65 | 100% | 244,424 65 |
| **Difazio (Gencarelli), Lisa** | | | | | | | |
| Employer | 45,975.45 | 0.00 | 141,104 78 | 0 00 | 187,080 23 | 100% | 187,080 23 |
| **Dimitrion, Marianne** | | | | | | | |
| Employer | 8,793 69 | 0 00 | 26,989 01 | 0 00 | 35,782 70 | 100% | 35,782 70 |
| **Foggio, Antoinette** | | | | | | | |
| Employer | 7,981 43 | 0 00 | 24,496 07 | 0 00 | 32,477 50 | 100% | 32,477 50 |
| Rollover | 11,052 88 | 0 00 | 33,922 76 | 0 00 | 44,975 64 | 100% | 44,975 64 |
| Total | 19,034 31 | 0 00 | 58,418 83 | 0 00 | 77,453 14 | | 77,453 14 |
| **Fox (Vitale), Dianne** | | | | | | | |
| Employer | 31,786 48 | 0 00 | 97,556 94 | 0 00 | 129,343 42 | 100% | 129,343 42 |

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 1999 to December 31, 1999

| Participant Name | Prior Balance | Contribution | Gains / Losses | Distributions | Ending Balance | % | Vested Balance |
|---|---|---|---|---|---|---|---|
| **Gonnella, Renee** | | | | | | | |
| Employer | 17,889.06 | 345.39 | 54,903.91 | 0.00 | 73,138.36 | 100% | 73,138.36 |
| **Hawthorne, Keith** | | | | | | | |
| Employer | 237,489.95 | 30,000.00 | 728,888.30 | 0.00 | 996,378.25 | 100% | 996,378.25 |
| **Hayes, Barbara** | | | | | | | |
| Employer | 30,048.31 | 0.00 | 92,222.26 | 0.00 | 122,270.57 | 100% | 122,270.57 |
| Rollover | 7,559.15 | 0.00 | 23,200.04 | 0.00 | 30,759.19 | 100% | 30,759.19 |
| Total | 37,607.46 | 0.00 | 115,422.30 | 0.00 | 153,029.76 | | 153,029.76 |
| **McAllister, Charese** | | | | | | | |
| Employer | 0.00 | 5,623.09 | 0.00 | 0.00 | 5,623.09 | 100% | 5,623.09 |
| **Roberts, Kim** | | | | | | | |
| Employer | 3,847.27 | 0.00 | 11,807.78 | 0.00 | 15,655.05 | 100% | 15,655.05 |
| **Roelke, Marc** | | | | | | | |
| Employer | 4,140.25 | 0.00 | 12,706.98 | 0.00 | 16,847.23 | 100% | 16,847.23 |
| **Grand Total** | 4,342,299.09 | 118,996.88 | 12,943,452.71 | (125,000.00) | 17,279,748.68 | | 17,279,748.68 |

# EXHIBIT 2

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
### Summary of Participant Accounts
### From January 1, 2000 to December 31, 2000

| Participant Name | Prior Balance | Contribution | Gains / Losses | Transfers | Distributions | Ending Balance | -----Vested----- % | Balance |
|---|---|---|---|---|---|---|---|---|
| **Banks, Wisteria** | | | | | | | | |
| Employer | 19,158 98 | 0 00 | 0 00 | 0 00 | (5,748 63) | 13,410 35 | 100% | 13,410 35 |
| **Brown, Mark** | | | | | | | | |
| Employer | 137,847.40 | 0 00 | 0.00 | (52,706.15) | 0 00 | 85,141 25 | 100% | 85,141 25 |
| **Campos, Mary Ann** | | | | | | | | |
| Employer | 52,784.19 | 0 00 | 0.00 | (4,669.97) | 0.00 | 48,114 22 | 100% | 48,114.22 |
| **Chaaban, Fadi** | | | | | | | | |
| Employer | 30,000.00 | 0.00 | 0.00 | (30,000 00) | 0.00 | 0 00 | 100% | 0 00 |
| **Cortes, Maria** | | | | | | | | |
| Employer | 186,747 19 | 0 00 | 0.00 | (56,606 41) | 0.00 | 130,140 78 | 100% | 130,140 78 |
| **Criscito, Mario** | | | | | | | | |
| Employer | 12,274,622 45 | 0 00 | 0.00 | 0 00 | (1,775,000 00) | 10,499,622 45 | 100% | 10,499,622 45 |
| Rollover | 2,643,832 59 | 0 00 | 0 00 | 0 00 | 0 00 | 2,643,832 59 | 100% | 2,643,832 59 |
| Total | 14,918,455 04 | 0 00 | 0 00 | 0 00 | (1,775,000 00) | 13,143,455 04 | | 13,143,455 04 |
| **Cruz, Awylda** | | | | | | | | |
| Employer | 244,424.65 | 0.00 | 0 00 | 0 00 | (65,894 79) | 178,529 86 | 100% | 178,529.86 |
| **Difazio (Gencarelli), Lisa** | | | | | | | | |
| Employer | 187,080 23 | 0.00 | 0.00 | 0 00 | (51,875 58) | 135,204 65 | 100% | 135,204 65 |
| **Dimitrion, Marianne** | | | | | | | | |
| Employer | 35,782.70 | 0.00 | 0.00 | 0 00 | (10,688 83) | 25,093.87 | 100% | 25,093.87 |
| **Foggio, Antoinette** | | | | | | | | |
| Employer | 32,477.50 | 0.00 | 0.00 | 0 00 | 0 00 | 32,477 50 | 100% | 32,477.50 |
| Rollover | 44,975 64 | 0.00 | 0.00 | 0 00 | 0 00 | 44,975 64 | 100% | 44,975 64 |
| Total | 77,453 14 | 0.00 | 0.00 | 0 00 | 0 00 | 77,453 14 | | 77,453 14 |
| **Fox (Vitale), Dianne** | | | | | | | | |
| Employer | 129,343 42 | 0.00 | 0.00 | 0 00 | (34,024 59) | 95,318 83 | 100% | 95,318 83 |
| **Gonnella, Renee** | | | | | | | | |
| Employer | 73,138 36 | 0.00 | 0.00 | 0 00 | (20,861 51) | 52,276 85 | 100% | 52,276.85 |

**Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan**
**Summary of Participant Accounts**
**From January 1, 2000 to December 31, 2000**

| Participant Name | Prior Balance | Contribution | Gains / Losses | Transfers | Distributions | Ending Balance | Vested % | Vested Balance |
|---|---|---|---|---|---|---|---|---|
| **Hawthorne, Keith** | | | | | | | | |
| Employer | 996,378 25 | 0 00 | 0 00 | (295,663 09) | 0 00 | 700,715 16 | 100% | 700,715 16 |
| **Hayes, Barbara** | | | | | | | | |
| Employer | 122,270.57 | 0 00 | 0 00 | 0 00 | (39,973 51) | 82,297.06 | 100% | 82,297 06 |
| Rollover | 30,759.19 | 0 00 | 0 00 | 0 00 | 0.00 | 30,759.19 | 100% | 30,759 19 |
| Total | 153,029.76 | 0 00 | 0.00 | 0 00 | (39,973 51) | 113,056.25 | | 113,056 25 |
| **McAllister, Charese** | | | | | | | | |
| Employer | 5,623 09 | 0 00 | 0.00 | (5,623 09) | 0 00 | 0 00 | 100% | 0 00 |
| **Roberts, Kim** | | | | | | | | |
| Employer | 15,655 05 | 0.00 | 0 00 | 0 00 | (4,644 65) | 11,010.40 | 100% | 11,010 40 |
| **Roelke, Marc** | | | | | | | | |
| Employer | 16,847 23 | 0.00 | 0 00 | (740.19) | 0 00 | 16,107 04 | 100% | 16,107 04 |
| **Grand Total** | 17,279,748.68 | 0.00 | 0.00 | (446,008.90) | (2,008,712 09) | 14,825,027 69 | | 14,825,027 69 |

This summary excludes any contributions and earnings allocation for the 2000 plan year.

Dr. Criscito's balance net of the pooled account distributions that took place in the year 2000    = $13,143,455.04
All other participant balances net of the pooled account distributions that took place in the year 2000 = $ 1,681,572.65
                                                                                          Total        $14,825,027.69

# EXHIBIT 3

Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan
Calculation of Lost Interest

| Start | End | Days | Present Value | Interest Rate | Future Value |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | 90 | $1,681,572.65 | 10% | $1,723,429.61 |
| 3/31/2000 | 6/30/2000 | 91 | $1,723,429.61 | 11% | $1,771,208.14 |
| 6/30/2000 | 9/30/2000 | 92 | $1,771,208.14 | 11% | $1,820,858.33 |
| 9/30/2000 | 12/31/2000 | 92 | $1,820,858.33 | 11% | $1,871,900.30 |
| 12/31/2000 | 3/31/2001 | 90 | $1,871,900.30 | 11% | $1,923,359.35 |
| 3/31/2001 | 6/30/2001 | 91 | $1,923,359.35 | 10% | $1,971,907.62 |
| 6/30/2001 | 9/30/2001 | 92 | $1,971,907.62 | 9% | $2,017,145.81 |
| 9/30/2001 | 12/31/2001 | 92 | $2,017,145.81 | 9% | $2,063,421.82 |
| 12/31/2001 | 3/31/2002 | 90 | $2,063,421.82 | 8% | $2,104,524.49 |
| 3/31/2002 | 6/30/2002 | 91 | $2,104,524.49 | 8% | $2,146,916.37 |
| 6/30/2002 | 9/30/2002 | 92 | $2,146,916.37 | 8% | $2,190,642.20 |
| 9/30/2002 | 12/31/2002 | 92 | $2,190,642.20 | 8% | $2,235,258.58 |
| 12/31/2002 | 3/31/2003 | 90 | $2,235,258.58 | 7% | $2,274,170.87 |
| 3/31/2003 | 6/30/2003 | 91 | $2,274,170.87 | 7% | $2,314,204.31 |
| 6/30/2003 | 9/30/2003 | 92 | $2,314,204.31 | 7% | $2,355,394.10 |
| 9/30/2003 | 12/31/2003 | 92 | $2,355,394.10 | 6% | $2,391,283.15 |
| 12/31/2003 | 3/31/2004 | 91 | $2,391,283.15 | 6% | $2,427,220.84 |
| 3/31/2004 | 6/30/2004 | 91 | $2,427,220.84 | 7% | $2,469,830.74 |
| 6/30/2004 | 9/30/2004 | 92 | $2,469,830.74 | 6% | $2,507,359.87 |
| 9/30/2004 | 12/31/2004 | 92 | $2,507,359.87 | 7% | $2,551,864.58 |
| 12/31/2004 | 3/31/2005 | 90 | $2,551,864.58 | 7% | $2,596,288.48 |
| 3/31/2005 | 6/30/2005 | 91 | $2,596,288.48 | 8% | $2,648,586.07 |
| 6/30/2005 | 9/30/2005 | 92 | $2,648,586.07 | 8% | $2,702,529.30 |
| 9/30/2005 | 12/31/2005 | 92 | $2,702,529.30 | 9% | $2,764,528.92 |
| 12/31/2005 | 3/31/2006 | 90 | $2,764,528.92 | 9% | $2,826,556.80 |
| 3/31/2006 | 6/30/2006 | 91 | $2,826,556.80 | 9% | $2,890,689.00 |
| 6/30/2006 | 9/30/2006 | 92 | $2,890,689.00 | 10% | $2,964,465.99 |
| 9/30/2006 | 12/31/2006 | 92 | $2,964,465.99 | 10% | $3,040,125.93 |
| 12/31/2006 | 3/31/2007 | 90 | $3,040,125.93 | 10% | $3,116,009.25 |
| 3/31/2007 | 6/30/2007 | 91 | $3,116,009.25 | 10% | $3,194,661.67 |
| 6/30/2007 | 9/30/2007 | 92 | $3,194,661.67 | 10% | $3,276,196.73 |
| 9/30/2007 | 12/31/2007 | 92 | $3,276,196.73 | 10% | $3,359,812.75 |
| 12/31/2007 | 3/31/2008 | 91 | $3,359,812.75 | 9% | $3,435,833.48 |
| 3/31/2008 | 5/5/2008 | 35 | $3,435,833.48 | 8% | $3,462,216.45 |
| 5/5/2008 | distribution of $26,202.74 to Antoinette Andriola | | | | $3,436,013.71 |
| 5/5/2008 | 6/30/2008 | 56 | $3,436,013.71 | 8% | $3,478,325.83 |
| 6/30/2008 | 9/30/2008 | 92 | $3,478,325.83 | 7% | $3,540,064.83 |
| 9/30/2008 | 12/31/2008 | 92 | $3,540,064.83 | 8% | $3,611,965.68 |
| 12/31/2008 | 3/31/2009 | 90 | $3,611,965.68 | 7% | $3,674,844.26 |

**Interest =**        **$1,993,272**

Interest was calculated using the Voluntary Fiduciary Correction Program (VFCP)
Online Calculator provided by the U.S. Department of Labor - EBSA.
Using IRC 6621(c)(1) underpayment rates