```
01/13/00    09:42         973 9941906
01/13/2000  09:40   973-9941906           MARIO CRISCITO, M.D.              PAGE  01
```



| | |
|---|---:|
| **MORGAN STANLEY DEAN WITTER:** | $4,017,942.57 |
| **SCHWAB  TRANSFERRED TO DEAN WITTER** | 0.00 |
| **SALOMON SMITH BARNEY** | $ 798,425.50 |
| **NORTH AMERICAN VENTURE:** | $ 50,000.00 |
| **TOTAL:** | $ 4,728067.59 |

**INCLUDED IN DEAN WITTER MONIES IS $98,300.48 OF WHICH $8,300.48 IS FOR THE YEAR 1998 CONTRIBUTIONS HOWEVER DCC PA STILL OWES PENSION PLAN $28,996.88 FOR THE YEAR 1999.**

MARIO A. CRISCITO, M.D.
11 CHADWICK ROAD
LIVINGSTON, N.J. 07039

11724