**STATEMENT OF YOUR ACCOUNT**
FOR MONTH ENDING DECEMBER 31, 1999

Your Financial Advisor
HERBERT A MENDEL
SENIOR VICE PRESIDENT - INVESTMENTS
MORGAN STANLEY DEAN WITTER
FIVE CONCOURSE PARKWAY STE 2000
ATLANTA, GA 30328
(770) 698-2100

(070391903116)
MARIO A CRISCITO TTEE
DIAGNOSTIC & CLINICAL CARDIOLOGY MP
V/A DTD 04/01/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039 1903

Account Number: 769 086347
PAGE 1 OF
FA 070

## ASSET DETAILS

### Your Investments

| | | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|
| 1800 | AMERICA ONLINE INC | | 75 7/8 | 136,575.00 | | |
| 29600 | LUCENT TECHNOLOGIES | | 75 | 2,220,000.00 | 2,368.00 | .10% |
| 300 | NYCAL CP | | N/A | | | |
| 9400 | SANDISK CORP | | 96 1/4 | 904,750.00 | | |
| 67125 | VERITAS SOFTWARE DE | | 143 1/8 | 9,607,265.62 | | |
| 50000 | US TSY NOTE 775 01FB15 | | 101 5/8 | 50,812.50 | 3,875.00 | 7.62% |

Total Value of Priced Investments         $12,919,403.12    $6,243.00

N/A = Not Available

### Custodial Holdings

| | | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | Fund Plan Number |
|---|---|---|---|---|---|---|---|---|
| 33533.31 | MSDW LIQUID ASSET FUND | ILAF | 1.00 | 12/31/99 | 33,533.31 | MSDWT | Reinv/ N/A | 503972647 |

Total Custodial Holdings         $33,533.31

### Asset Summary

| | Value | Est Yrly Income |
|---|---|---|
| Cash | 0.00 | |

Total Account Valuation         $12,952,936.43    $6,243.00

MS - 000163