# SALOMON SMITH BARNEY
A member of citigroup

## Preferred Client Statement
### 1999 Year End Summary

Account Number 416-308833-16 007    Tax ID number 22-2323990

Page 1 of 19

Ref: 00003169 00080592

416M990073083300003169 299380AB01 WEB00416A
DIAGNOSTIC AND CLINICAL
CARDIOLOGY
PA MONEY PURCHASE PENSION PLAN
4/1/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039-1903

416/007

Your Financial Consultant
ALLAN YARKIN
SALOMON SMITH BARNEY INC.
1000 E.HALLANDALE
BEACH BLVD
HALLANDALE FL 33009
Branch Office: 954-457-1500

*Salomon Smith Barney is pleased to provide you with this overview of the year's activity in your account.*
*This information will help you understand the performance of your investments and manage your account with the assistance of your Salomon Smith Barney Financial Consultant.*

*If you have questions about your Year End Summary, call our toll-free number, Monday through Friday, 9:00 a.m. to 5:00 p.m. EST,*
*(888) SEL-1099*

# SALOMON SMITH BARNEY
*A member of citigroup*

## Preferred Client Statement
### 1999 Year End Summary

Ref: 00003169 00080593

Account Number 416-30833-16 007    Tax ID number 22-2323990

Page 2 of 19

### Value of your portfolio

| Description | Amount |
|---|---|
| Accrued money fund dividends | $1.14 |
| Money funds | 2,016.94 |
| Common stocks & options | 3,922,631.84 |
| Value of your account on 12/31/99 | $3,924,649.92 |
| Value of your account on 12/31/98 | $680,949.29 |

### Earnings summary 1999

| Description | Amount |
|---|---|
| Interest | $559.31 |
| Dividends ** | 1,649.67 |
| Total | $2,208.98 |

*If you received accrued interest, it is included in this amount.
**Includes money funds earnings and capital gain distributions.

### Interest you paid 1999

| Description | Amount |
|---|---|
| Accrued interest | $40.08 |

### Summary of miscellaneous tax withheld 1999

The following taxes have been withheld in compliance with U.S. federal or foreign regulations.

| Description | Amount |
|---|---|
| Foreign tax paid | $31.53 |
| Total | $31.53 |