1

1                    UNITED STATES DISTRICT COURT

2                    DISTRICT OF NEW JERSEY

3                    2:08-cv-1567(JAG-MCA)

4

5    DR. FADI CHAABAN, DR. SABINO R. TORRE, :

6    DR. CONSTANTINOS A. COSTEAS and          :

7    DR. ANTHONY J. CASELLA, as trustees of :

8    Diagnostic & Clinical Cardiology, PA,   :

9    Profit Sharing Plan,                     :

10                  Plaintiffs,               :

11          vs.                               :

12   DR. MARIO CRISCITO,                      :

13                  Defendant,                :

14   - - - - - - - - - - - - - - - - - - - -

15            DEPOSITION OF ANTHONY J. CASELLA, MD

16                  THURSDAY, MAY 21, 2009

17

18

19

20            ROSENBERG & ASSOCIATES, INC.

21       Certified Court Reporters & Videographers

22   425 Eagle Rock Ave., Suite 201      575 Madison Ave.

23   Roseland, NJ 07068                New York, NY 10022

24   (973) 228-9100   1-800-662-6878   (212) 868-1936

25            www.rosenbergandassociates.com

1          T R A N S C R I P T  of the stenographic

2     notes of the proceedings in the above-entitled

3     matter, as taken by and before LAURA WESTRA, a

4     Certified Court Reporter and Notary Public of the

5     State of New Jersey, held at the offices of WITMAN

6     STADTMAUER, 26 Columbia Turnpike, Florham Park, New

7     Jersey, on Thursday, May 21, 2009, commencing at

8     10:10 a.m.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2

 3   WITMAN STADTMAUER, PA

 4   Attorneys for Plaintiff/Dr. Casella

 5   26 Columbia Turnpike

 6   Florham Park, New Jersey  07932

 7   BY:  STEPHEN M. CHARME, ESQ.

 8   973-822-0220

 9   scharme@wsmesq.com

10

11   KERN, AUGUSTINE, CONROY & SCHOPPMANN, PC

12   Attorneys for the Defendant

13   1120 Route 22 East

14   Bridgewater, New Jersey 08807

15   BY:  STEVEN I. KERN, ESQ.

16   R. BRUCE CRELIN, ESQ.

17   908-704-8585

18   crelin@drlaw.com

19

20

21

22

23

24

25
```

4

```
 1                         I N D E X

 2

 3    WITNESS

 4

 5    ANTHONY J. CASELLA, MD                    PAGE

 6      BY:  MR. KERN                           5

 7      BY:  MR. CHARME                         125

 8

 9

10                       E X H I B I T S

11

12    NUMBER                 DESCRIPTION        PAGE

13

14    Casella-1  FAX/AMOUNTS REPORTED TO APC    24

15

16

17             (Exhibits retained by counsel.)

18

19

20

21

22

23

24

25
```

1    A N T H O N Y   J.   C A S E L L A, 28 Holton Lane,

2         Essex Fells, New Jersey, is duly sworn by a

3         Notary Public of the State of New Jersey and

4         testifies under oath as follows:

5    DIRECT EXAMINATION BY MR. KERN:

6         Q     Dr. Casella, as you know, my name is

7    Steven Kern.  I represent Mario Criscito in a case

8    that has been brought against him in the Federal

9    District Court captioned Chaaban, Torre, Costeas and

10   Casella as trustees for Diagnostic & Clinical

11   Cardiology, P.A. Profit Sharing Plan versus

12   Criscito.  Are you familiar with the lawsuit,

13   doctor?

14   A    Yes.

15        Q     I am going to ask you a series of

16   questions here today.  If at any point you do not

17   understand my question, you are confused, you feel

18   it is ambiguous or otherwise, please let me know.

19   Otherwise, the answers that you give will be deemed

20   to be responsive to the questions that I have asked

21   you.  You understand that?

22   A    Yes.

23        Q     Have you been deposed before?

24   A    Yes.

25        Q     On how many occasions?

1    Criscito came up with another number?

2    A    Yes.

3         Q    Okay.  Has Ms. Canaras made any claim

4    against the fund?

5    A    Only in that she is a participant, so we

6    are -- this lawsuit is in behalf of the

7    participants.

8         Q    She continues as an employee?

9    A    No, she left.

10        Q    Has she made any claim against you?

11   A    No.

12        Q    Is she aware of the dispute?

13   A    No.

14        Q    Paragraph 36.  Can you explain that to

15   me?

16             MR. CHARME:  Object to the form.

17   A    Well, the records that we have on the Smith

18   Barney account show that there was a certain amount

19   in there from day one and it appears that there were

20   no distributions from the fund until Criscito tried

21   to roll it over into his IRA in 2007.

22        Q    Was that a successful rollover?

23   A    Apparently made a request or rolled it over

24   and then they recouped the money.

25        Q    Who recouped it?

1    A    Smith Barney.

2        Q       What do you mean they recouped it?

3    A    Well, the trustees called them up and told

4    them he wasn't the trustee.

5        Q       So the money still stays in that

6    account?

7    A    Yes.

8        Q       The Smith Barney account, not the

9    Morgan Stanley?

10   A    Smith Barney.

11       Q       Okay.  So when, in paragraph 36, it is

12   alleged that the defendant had the balance of that

13   account transferred to his individual IRA account in

14   or about September 2007, that's not correct?

15              MR. CHARME:   Object to the form.

16   A    No.  I believe it was transferred and Smith

17   Barney recovered it.  Smith Barney sold the -- I am

18   not sure if they sold the securities, but they told

19   us that he was -- went down there in person and

20   removed the money and that they would recoup it.

21       Q       It is your understanding he actually

22   had money in hand and they got it back from him?

23   A    From a telephone conversation that's what I

24   understood, but I didn't see that in writing.  I

25   just know that it was put back into the account.

128

```
1              C E R T I F I C A T E

2

3         I, LAURA WESTRA, a Certified Court Reporter

4    and Notary Public of the State of New Jersey,

5    certify that the foregoing is a true and accurate

6    transcript of the deposition of said witness who was

7    first duly sworn by me, on the date and place

8    hereinbefore set forth.

9         I FURTHER CERTIFY that I am neither attorney

10   nor counsel for, nor related to or employed by, any

11   of the parties to the above action, and further that

12   I am not a relative or employee of any attorney or

13   counsel employed in this action, nor am I

14   financially interested in this case.

15

16

17

18

19

20

21                   LAURA WESTRA, C.C.R.

22                   LICENSE NO. XIO1734

23

24

25
```