Ref: 00007518 00054221

AT SMITH BARNEY

# Client Statement

October 1 - October 31, 2007

Page 1 of 8

Account number 416-30533-16 707

J07000007518 307304AF01 WSC00115A
DIAGNOSTIC AND CLINICAL
CARDIOLOGY PA MPPP 4/1/76
DR MARIO CRISCITO
32 CHELSEA DRIVE
LIVINGSTON NJ 07039-3420

Your Broker/Dealer is
CITIGROUP GLOBAL MKTS INC.
Your Financial Advisor
Allan Yarkin/ Hank Boyce
1000 E.HALLANDALE
BEACH BLVD
HALLANDALE FL 33009
954 457 1560
Email: allan.d.yarkin@smithbarney.com
www.smithbarney.com

Branch Phone: 800 624 0263

Citigroup Global Markets Inc., member NYSE, NASD, other principal exchanges, and the Securities Investor Protection Corporation (SIPC). Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates, and are used and registered throughout the world. Working WealthSM is a service mark of Citigroup Global Markets Inc.

| Account value | Last period | This period | % |
|---|---|---|---|
| Money fund | $2,550.66 | $2,570.94 | .30 |
| Bank Deposit Program℠-principal | 28.12 | 1,120.28 | .13 |
| Common stocks & options | 885,340.46 | 856,826.45 | 99.57 |
| **Total value** | **$887,929.24** | **$860,517.67** | **100.00** |

| Earnings summary | This period | This year |
|---|---|---|
| Other dividends | $0.00 | $32.08 |
| Money fund earnings | 10.28 | 100.77 |
| Bank Deposit Program℠ | .30 | .70 |
| **Total** | **$10.58** | **$133.55** |

| Additional summary information | This period | This year |
|---|---|---|
| FRGN tax withheld | $0.00 | $8.02 |

| Cash, money fund, bank deposits | This period | This year |
|---|---|---|
| Opening balance | $2,588.78 | |
| Securities bought and other subtractions | 0.00 | |
| Securities sold and other additions | 1,120.00 | |
| Withdrawals | (28.14) | (28.14) |
| Money fund earnings reinvested | 10.28 | |
| Money fund transfers | 0.00 | 0.00 |
| Bank Deposit Program℠ interest reinvested | .28 | |
| Bank Deposit Program℠ interest credited | .02 | |
| Closing balance | $3,691.22 | |

A free credit balance in any securities account may be paid to you on demand. Although properly accounted for on our books and records, these funds may be used for our business purposes.

| Portfolio summary | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | $887,929.24 | $955,235.86 |
| Net security deposits/withdrawals | (10,465.23) | (10,465.23) |
| Net cash deposits/withdrawals | (28.14) | (28.14) |
| Beginning value net of deposits/withdrawals | 877,436.87 | 944,742.49 |
| Total value as of 10/31/2007 (excl. accr. int.) | $860,517.67 | $860,517.67 |
| Total return | ($16,918.20) | ($84,224.82) |

citi smith barney

6309

WORKING WEALTH
AT SMITH BARNEY

# Client Statement

October 1 - October 31, 2007

Page 2 of 8

Ref: 00007518 00054222

DIAGNOSTIC AND CLINICAL

Account number 416-30833-16 707

## Gain/loss summary

| | This period | This year |
|---|---|---|
| Realized gain or (loss) | ($1,085.65) | ($1,112.70) LT |
| | | $0.00 ST |
| Unrealized gain or (loss) to date | 203,799.95 | |

## PORTFOLIO DETAILS

Your holdings are valued using the most current prices available to us. In most cases, these values are as of 10/31/07, but in some cases our sources are unable to provide timely information. To see the date of the most recent price update, please view your account online at www.smithbarney.com. Securities purchased or sold are included or excluded in this section as of the trade-date. This section may include securities that have not settled as of this statement closing date. Please see the "Unsettled Purchases/Sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on the statement nor do these prices represent levels at which securities can be bought or sold. Please Note: unrealized gain/(loss) is being shown for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

### Money fund

| Number of shares | Description | Current value | Accrued dividends | Annualized % dividend yield | Anticipated income (annualized) |
|---|---|---|---|---|---|
| 2,570.94 | WESTERN ASSET MONEY MARKET FUND CLASS A | $2,570.94 | | 4.73% | $121.60 |
| Total money fund | | $2,570.94 | $0.00 | 4.73% | $121.60 |

### Bank Deposit Program℠

Balances are FDIC insured up to $100,000 per institution, subject to combined total of all your deposits, including those outside this account.

| Principal | Description | Current value | Accrued interest | Annualized % return | Anticipated income (annualized) |
|---|---|---|---|---|---|
| 1,120.28 | CITIBANK NA SOUTH DAKOTA BANK DEPOSIT PROGRAM | $1,120.28 | | 4.73% | $52.98 |
| Total Bank Deposit Program | | $1,120.28 | $0.00 | 4.73% | $52.98 |

citi smith barney

6310

Ref: CCC07518 CC054223

# Client Statement

AT SMITH BARNEY

October 1 - October 31, 2007

Page 3 of 8

DIAGNOSTIC AND CLINICAL

Account number 416-30833-16  707

## Common stocks & options

Citi Investment Research and independent, third-party research ratings may be shown for certain securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Because the research report contains more complete information regarding the analyst's opinions, analysis, and ratings, you should read the entire research report and not infer its contents from the rating. Citi Investment Research stock recommendations include an investment rating and risk rating. The Investment Rating Code (1, 2 or 3) is a function of Citi Investment Research's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and a Risk Rating. The Risk Rating (L, M, H or S) represents the stock's expected risk, taking into account price volatility and fundamental criteria. Please refer to the end of this statement for a guide describing Citi Investment Research ratings. Independent, third-party research ratings have been normalized by such third-party providers to a 1 (Buy), 2 (Hold), and 3 (Sell). Citi Investment Research is not the author of, does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of the independent, third-party research. Except as noted by an asterisk (*), each independent research provider was selected by an independent Consultant as required under the Global Research Analyst Settlement.

| Quantity | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | | Average % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96.3711 | ALCATEL-LUCENT ADR | ALU | 01/27/99 | $ 19,994.71 | $ 207.886 | $ 9.69 | $ 933.84 | ($ 19,060.87) | LT | | |
| 54.6103 | Rating: Citigroup : 1H | | 01/27/99 | 11,342.44 | 208.108 | 9.69 | 529.17 | (10,813.27) | LT | | |
| | Argus : 2 | | | | | | | | | | |
| | Morningstar : 1 | | | | | | | | | | |
| | S&P : 2 | | | | | | | | | | |
| 1.0186 | Reinvestments to date | | | 92.66 | 90.967 | 9.69 | 9.87 | (82.79) | LT | | |
| 1.6896 | Reinvestments to date | | | 24.05 | 14.234 | 9.69 | 16.37 | (7.68) | ST | | |
| 153.8896 | | | | 31,453.86 | 204.868 | | 1,489.25 | (29,964.81) | | 3.632 | 54.10 |
| 27.2629 | LSI CORP | LSI | 01/27/99 | 3,986.78 | 146.914 | 6.60 | 179.94 | (3,806.84) | LT | | |
| 15.449 | Rating: S&P* : 2 | | 01/27/99 | 2,261.59 | 147.071 | 6.60 | 101.96 | (2,159.63) | LT | | |
| .2881 | Reinvestments to date | | | 18.46 | 64.074 | 6.60 | 1.90 | (16.56) | LT | | |
| 43 | | | | 6,266.83 | 145.74 | | 283.80 | (5,983.03) | | | |
| 45,530 | SYMANTEC CORP | SYMC | 01/14/99 | 615,305.81 | 13.514 | 18.78 | 855,053.40 | 239,747.59 | LT | | |
| | Rating: Citigroup : 1M | | | | | | | | | | |
| | Argus : 2 | | | | | | | | | | |
| | S&P : 2 | | | | | | | | | | |

| Total common stocks & options | | | | $653,026.50 | | | $856,826.45 | $203,807.63 | LT | .93 | $184.10 |
| Total portfolio value | | | | $ 653,026.50(?) | | | $ 856,826.45 | $ 203,807.63 | ST | .02 | $528.98(?) |
| | | | | | | | | $203,807.63 | LT | | $1,120.00 |

### TRANSACTION DETAILS

All transaction supplements are based on trade date

#### Investment activity

| Date | Activity | Description | | | | Quantity | | | Price | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/07 | Merger | AVAYA INC | | | | -64 | | | | | $ 1,120.00 |
| Total securities bought and other subtractions | | | | | | | | | | | $ 0.00 |
| Total securities sold and other additions | | | | | | | | | | | $ 1,120.00 |

citi smith barney

6311

AT SMITH BARNEY

# Client Statement
October 1 - October 31, 2007

Page 4 of 8

Ref: 00007518 00054224

*DIAGNOSTIC AND CLINICAL*

Account number 416-30833-16 707

## Other security activity

| Date | Activity | Description | Quantity | Value |
|---|---|---|---|---|
| 10/16/07 | Withdrawal | ALCATEL-LUCENT ADR<br>FROM 416-30833-01<br>TO 416-6B419-01<br>DIRECT ROLLOVER DIST-IRA | -153.6896 | $ -1,429.31 |
| 10/16/07 | Withdrawal | AVAYA INC<br>FROM 416-30833-01<br>TO 416-6B419-01<br>DIRECT ROLLOVER DIST-IRA | -64 | -1,107.84 |
| 10/16/07 | Withdrawal | LSI CORP<br>FROM 416-30833-01<br>TO 416-6B419-01<br>DIRECT ROLLOVER DIST-IRA | -43 | -313.90 |
| 10/16/07 | Withdrawal | SYMANTEC CORP<br>FROM 416-30833-01<br>TO 416-6B419-01<br>DIRECT ROLLOVER DIST-IRA | -45,530 | -942,471.00 |
| 10/16/07 | Deposit | ALCATEL-LUCENT ADR<br>FROM 416-6B419-01<br>TO 416-30833-01<br>ROLLOVER CONTRIBUTION<br>REVERSE DISTRIBUTION | 153.6896 | 1,430.85 |
| 10/16/07 | Deposit | AVAYA INC<br>FROM 416-6B419-01<br>TO 416-30833-01<br>ROLLOVER CONTRIBUTION<br>REVERSE DISTRIBUTION | 64 | 1,111.68 |
| 10/16/07 | Deposit | LSI CORP<br>FROM 416-6B419-01<br>TO 416-30833-01<br>ROLLOVER CONTRIBUTION<br>REVERSE DISTRIBUTION | 43 | 315.19 |
| 10/16/07 | Deposit | SYMANTEC CORP<br>FROM 416-6B419-01<br>TO 416-30833-01<br>ROLLOVER CONTRIBUTION<br>REVERSE DISTRIBUTION | 45,530 | 931,999.10 |

Net value of securities deposited/(withdrawn) + capital contributions $ -10,465.23

citi smith barney

6312

Ref: 00007518 00054225

**AT SMITH BARNEY**

# Client Statement
October 1 - October 31, 2007

*DIAGNOSTIC AND CLINICAL*    Account number 416-30833-16 707

### Withdrawals

| Date | Activity | Description | Reference no. | Amount |
|---|---|---|---|---|
| 10/16/07 | TRF | 0.02 | 416-6B419-1-6 | .02 |
| | TO A/C | | | |
| 10/16/07 | | FROM 416-30833-01 | | 28.12 |
| | | TO 416-6B419-01 | | |
| | | CASH JOURNAL FROM IDA | | |
| | | DIRECT ROLLOVER DIST-IRA | | |
| | | Total withdrawals | | $28.14 |

### Money fund activity

Opening money fund balance    $2,560.66

*All transactions are traded at $1.00 per share.*

| Date | Activity | Description | Reference no. | Amount |
|---|---|---|---|---|
| 10/16/07 | Withdrawal | WESTERN ASSET MONEY MARKET FUND CLASS A FROM 416-30833-01 TO 416-6B419-01 DIRECT ROLLOVER DIST-IRA | | -2,560.66 |
| 10/18/07 | Deposit | WESTERN ASSET MONEY MARKET FUND CLASS A FROM 416-6B419-01 ROLLOVER CONTRIBUTION REVERSE DISTRIBUTION | | 2,560.66 |
| | | MONEY FUND EARNINGS REINVESTED (SEE DETAILS UNDER EARNINGS DETAILS) | | 10.28 |
| | | Closing balance | | $2,570.94 |
| | | Total money fund transfers | | $0.00 |

### Bank Deposit Program℠ activity

*The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from your Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.*

Opening balance    $28.12

| Date | Activity | Description | Amount |
|---|---|---|---|
| 10/16/07 | Withdrawal | BANK DEPOSIT PROGRAM | -28.12 |
| 10/29/07 | Autodeposit | BANK DEPOSIT PROGRAM | 1,120.00 |
| | | BANK DEPOSIT PROGRAM INTEREST CREDITED (SEE DETAILS UNDER EARNINGS DETAILS) | .28 |
| | | Closing balance | $1,120.28 |

citi smith barney

6313

**Client Statement**
October 1 - October 31, 2007

Ref: CC007518 CC054226

AT SMITH BARNEY

Page 6 of 8

DIAGNOSTIC AND CLINICAL

Account number 416-30833-16 707

## EARNINGS DETAILS

The tax status of earnings is available to the best of our knowledge. Taxable and non-taxable designations refer to the federal income tax status of your securities, not of your account.

### Money fund earnings

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 10/31/07 | WESTERN ASSET MONEY MARKET FUND CLASS A | REINVESTED FOR PERIOD 10/01/07-10/31/07 31 DAYS AVERAGE YIELD 4.73 % | $10.28 | | $10.28 |
| Total earnings from money fund | | | $10.28 | $0.00 | $10.28 |

### Bank Deposit Program℠ Interest
This section contains interest credited to your account. Accrued interest is not included. See Portfolio details section for accrued interest information.

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 10/16/07 | CITIBANK NA BANK DEPOSIT PROGRAM | FULL RDM ACCRUED INTEREST | $.02 | | $.02 |
| 10/31/07 | CITIBANK NA SOUTH DAKOTA BANK DEPOSIT PROGRAM | REINVESTED FOR PERIOD 10/01/07-10/31/07 31 DAYS AVERAGE YIELD 4.73 % | .28 | | .28 |
| Total Bank Deposit Program interest credited to account | | | | | $.02 |
| Total Bank Deposit Program interest reinvested | | | | | $.28 |
| Total Bank Deposit Program Interest earned | | | $.30 | $0.00 | $.30 |

## GAIN/LOSS DETAILS

Please note, this material is being prepared for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor. Trades are allocated using the FIFO (first in-first-out) method. Day traders should therefore not rely on this section for day trading results. Your reinvestment activity has been summarized. Single lines have been designated to distinguish Short-term (ST) or Long-term (LT) information. Detailed information will be available at year-end in your 1099 Year-end summary.

### Realized gain or loss

| Description | Original trade date | Closing trade date | Quantity | Purchase price | Sale price | Cost basis | Proceeds | Realized gain or (loss) |
|---|---|---|---|---|---|---|---|---|
| AVAYA INC | 01/27/99 | 10/26/07 Tender | 40.7659 | $34.81 | | $1,404.80 | $713.77 | ($691.03) LT |
| | 01/27/99 | 10/26/07 Tender | 23.1126 | 34.848 | | 796.90 | 404.47 | (392.43) LT |
| | Reinvestments | 10/26/07 Tender | .1005 | 39.303 | | 3.95 | .76 | (2.19) LT |
| Total | | | 64 | | | $2,205.65 | $1,120.00 | ($1,085.65) |

citi smith barney

6314

Ref: 00007518 00054227

**WORKING WEALTH**
AT SMITH BARNEY

## Client Statement
October 1 - October 31, 2007

Page 7 of 8

*DIAGNOSTIC AND CLINICAL*

Account number 416-30833-16  707

### Realized gain or loss *continued*

| Description | Original trade date | Closing trade date | Quantity | Purchase price | Sale price | Cost basis | Proceeds | Realized gain or (loss) | |
|---|---|---|---|---|---|---|---|---|---|
| LSI LOGIC CORP | 01/27/99 | 04/03/07 Cash in lieu | .1268 | $146.914 | | $18.54 | $1.32 | ($17.22) | LT |
| | 01/27/99 | 04/03/07 Cash in lieu | .0719 | 147.071 | | 10.52 | .75 | (9.77) | LT |
| | Reinvestments | 04/03/07 Cash in lieu | .0013 | 53.846 | | .07 | .01 | (.06) | LT |
| | Total | | .2 | | | $29.13 | $2.08 | ($27.05) | |

| | | |
|---|---|---|
| Total Long Term this period | | ($1,086.86) |
| Total realized gain or (loss) - this period | $2,206.85 | $1,120.00 | ($1,086.86) |
| Total Long Term - year-to-date | | ($1,112.70) |
| Total Short Term - year-to-date | | $0.00 |
| Total realized gain or (loss) - year-to-date | $2,234.78 | $1,122.08 | ($1,112.70) |

citi smith barney

6315