**Memo From**

BRIAN WARNOCK

9-14-07

PLAINTIFF'S EXHIBIT
Warnock 17
6-16-09

LOOK WHAT

DR CASELLA

FOUND IN THE

2001 FILE.

HOW COULD

WE MISS

THIS?

BIG PROBLEM

25040

*[Partial account statement visible at right margin:]*

RGAN STA.

inancial Advisor
RT A MENDEL
R VICE PRESIDENT - IN\
AN STANLEY DEAN WIT
ONCOURSE PARKWAY
TA, GA   30328
98-2100
count Of:
) A CRISCITO TTEE

Summary

Market Funds
s
ipal Bonds
rate Fixed Income
nment Securities
al Funds
vestment Trusts
icates of Deposit
ties/Insurance

Value                        $441,167.27
                                  592.00
                                    0.00
                                1,345.22
                                3,875.00
                                    0.00
                                    0.00
                                    0.00
                                    0.00
Asset Value                  $446,979.49

ne Summary

y Market Funds
s
ipal Bonds
orate Fixed Income
nment Securities
al Funds
nvestment Trusts
icates of Deposit

Income                       $446,979.49
ble Income                         $0.00
xempt Income

Changes in Asset Value for 2000
Value of Priced Assets 1/01/00     $12,919,403.12
  Securities Bought                  4,341,879.70
  Securities Received                        0.00
  Securities Sold/Redeemed         -13,739,647.80
  Securities Delivered                      0.00
  Transactions at Fund Company            0.00
Change in Value of Priced Assets    -2,065,354.22
Value of Priced Assets 12/31/00      1,456,280.80

Net Change in Asset Value          -11,463,122.32

Total Asset Value as of December 31, 2000   $6,992,297.41

an Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC.

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.

FOR THE PLAN YEAR ENDING:

12/31/0**1**

THESE ARE
COMINGLED ACCOUNT
STATEMENTS RCD
FOR 2001 - PPC WAS
NOT AWARE OF THEM (WE WERE
USING #S PROVIDED BY
MARIO CRISCITO)) STATEMENTS
WERE FOUND BY DR COSGROVE
WHEN HE REVIEWED ALL
FILES IN SUMMER OF 2007
#S DO NOT TIE INTO DR CRISCITO'S
#S THAT HE GAVE US

DIAGN01.MP

2007

THESE ARE STATEMENTS
THAT DR CASELLA LOCATED IN
FILE (APC WAS UNAWARE OF THEM —
USED INFO PROVIDED BY DR CELISCEIV)
THAT DO NOT TIE INTO
MARIOS AS USED TO
SEPARATE ACCOUNTS AS OF
12-31-99 VALUATION