# REGIONAL PROTOTYPE NON-STANDARDIZED
# MONEY PURCHASE SAFE HARBOR PENSION PLAN
# ADOPTION AGREEMENT #02-003

The Employer referred to in Section I.B hereof, hereby adopts this Plan and Trust, a copy of which is attached hereto, as of the Effective Date specified herein, to provide retirement and pre-retirement benefits for its Employees.

**Note to Employer: Failure to complete the Adoption Agreement properly may result in disqualification of the Plan.**

I. Basic Information

    I. A. Plan Information

        1. This plan shall be known as the __DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PENSION PLAN__

        2. This Trust shall be known as the __DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PENSION PLAN__

        3. This Plan is a:

        [ ] a. Newly Adopted Plan

        [x] b. An Amendment and restatement of the __DIAGNOSTIC & CLINICAL CARDIOLOGY PA MONEY PURCHASE PENSION__ Plan which was effective on __April 1, 1976__.

        4. The Effective Date of this Plan is __April 1, 1976__.

        5. The Restatement Effective Date of the Plan is __April 1, 1989__.

        6. The Plan number shall be __002__.

        7. The Plan Year shall be:

            [x] a. the 12 consecutive month period ending on each __December 31__ *

            [ ] b. initially the period commencing on _____ and ending on _____, and thereafter the 12 consecutive month period ending on each _____.

    I. B. Information Relating to Plan Officials

        1. The name of the Employer is __DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.__

---

\* Prior to January 1, 1994, Section 1A(7) shall read "the 12 consecutive month period ending on each March 31. THere shall be a short plan year from April 1, 1993 to December 31, 1993.

7680

I. A. Plan Information        Page 1

Non-Standardized Money Purchase Safe Harbor Pension Plan #02-003

a. Address __769 NORTHFIELD AVENUE__
street address

__WEST ORANGE__, __NJ__, __07052-__
city           state         zip

b. Telephone No.        (201)731-9442

c. Business Code No.    8011

d. Date Business Started       1976

e. Type of Entity:   [x] Corporation              [ ] Partnership
                     [ ] Sole Proprietorship      [ ] S Corporation
                     [ ] other_____

2. The following additional Employers adopt the Plan as Participating Employers:

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____
   f. _____
   g. _____
   h. _____
   i. _____
   j. _____

3. Employer is a member of:

   [ ] Controlled Group    [ ] Affiliated Service Group    [x] Not Applicable

4. Employer's Fiscal Year is 12 consecutive months ending: __December 31__
                                                            month & day

5. Employer's I.D. No.: __22-2323990__

6. The Employer hereby designates the following Trustee(s):

   a. __MARIO CRISCITO, M.D.__
   b. _____
   c. _____
   d. _____

7681

I. B. Information Relating to Plan Officials                Page 2

Non-Standardized Money Purchase Safe Harbor Pension Plan #02-003

e. _____

f. _____

g. _____

h. _____

i. _____

j. _____

7. The Employer hereby designates the following as Plan Administrator:

   [x] a. Employer

   [ ] b. Name: _____

   (If not completed, the Employer shall be designated)

   Address: <u>769 NORTHFIELD AVENUE</u>
   street address
   <u>WEST ORANGE</u>, <u>NJ</u>, <u>07052-</u>
   city            state            zip

   Telephone No.: <u>(201)731-9442</u>

8. The Employer hereby designates the following as the Retirement Committee, to act on behalf of the Plan Administrator (leave blank if no Retirement Committee is appointed):

   a. _____

   b. _____

   c. _____

   d. _____

   e. _____

## II. Plan Definitions

### II. A. Compensation

1.a. Compensation shall include the items specified in Section 2.18 of the Plan. However, if indicated below, for all purposes other than application of Code Section 415, compensation shall be determined without regard to adjustments in taxable wages due to the following salary reductions:

   [ ] (i) under Code Section 401(k)

   [ ] (ii) under Code Section 403(b)

   [x] (iii) under Code Section 125

7682