# ADOPTION AGREEMENT
# FOR THE AMERICAN PENSION CORPORATION PROTOTYPE
# NON-STANDARDIZED MONEY PURCHASE PENSION PLAN

The American Pension Corporation Prototype Non-Standardized Money Purchase Pension Plan ("the Plan") is hereby adopted by:

### Diagnostic & Clinical Cardiology, P.A.
(the "Employer")

The Plan as applicable to the Employer shall be known as:

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan

The Trust shall be known as:

### Diagnostic & Clinical Cardiology, P.A. Money Purchase Plan

The Plan is effective as of: <u>January 1, 2003</u>.

- ☐ a. The Plan is an amendment of a preexisting Plan which was originally effective as of: ___/___/_____
- ☒ b. The Plan is an amendment and restatement of a preexisting Plan which was originally effective as of: <u>April 1, 1976</u>.
- ☐ c. Frozen Plan: This Plan was frozen:
  - ☐ c.1. Effective: ___/___/_____.
  - ☐ c.2. For the Plan Year commencing: ___/___/_____.
- ☒ d. Election to substitute a trust agreement for the trust agreement provided by the Plan Sponsor.
  - ☒ d.1. Use trust agreement provided by the Plan Sponsor.
  - ☐ d.2. Use attached trust agreement in lieu of the trust agreement provided by the Plan Sponsor.

**NOTE:** An executed copy of any amended trust agreement must be attached to this Plan. The Plan and Trust Agreement must be read and construed together. The powers, rights, and responsibilities of the Trustee shall be those specified in the Trust Agreement.

*** CAUTION ***

*FAILURE TO FILL OUT THE ADOPTION AGREEMENT PROPERLY MAY RESULT IN DISQUALIFICATION OF THE PLAN*

PART I.   The following identifying information pertains to the Employer and the Plan and Trust:

| # | Field | Value |
|---|---|---|
| 1 | Employer Address | 769 Northfield Avenue<br>West Orange, NJ 07052 |
| 2. | Employer Telephone | (973) 731-9442 |
| 3. | Employer Tax ID | 22-2323990 |
| 4 | Employer Fiscal Year | 01/01 to 12/31 |
| 5. | Three Digit Plan Number | 002 |
| 6. | Trust ID Number | |
| 7. | Plan Year (Must be 12 consecutive months.) | 01/01 to 12/31 |
| 8 | Short Initial Plan Year | ___/___/_____ to ___/___/_____ |
| 9 | Plan Agent | Diagnostic & Clinical Cardiology, P.A.<br>769 Northfield Avenue<br>West Orange, NJ 07052<br>(973) 731-9442 |
| 10 | Plan Administrator | Diagnostic & Clinical Cardiology, P.A.<br>769 Northfield Avenue<br>West Orange, NJ 07052<br>(973) 731-9442 |
| 11. | Plan Administrator ID Number | 22-2323990 |
| 12. | Plan Trustees | Mario Criscito, M.D.<br>769 Northfield Avenue<br>West Orange, NJ 07052-<br>(973) 731-9442 |
| 13. | IRS Determination Letter Date (Leave blank for a new plan.) | 06/21/1995 |
| 14. | IRS File Folder Number (Leave blank for a new plan.) | 521042933 |

7423

15. Legal Organization of Employer:
    - ☐ a. Sole Proprietorship
    - ☐ b. Partnership
    - ☐ c. C Corporation
    - ☐ d. S Corporation
    - ☐ e. Limited Liability Company (LLC)
    - ☐ f. Limited Liability Partnership (LLP)
    - ☐ g. Not for Profit Corporation
    - ☒ h. Professional Service Corporation
    - ☐ i. Medical Corporation
    - ☐ j. Other - Explain:

16. Business Code                 621111
    (as used on Form 5500; 6 digit NAICS)

17. State of Legal Construction     New Jersey

18. Date Business Commenced         04/01/1976

19. Other Members of a Controlled
    Group or Affiliated Service Group:
    (If any, each member should sign Adoption Agreement or otherwise satisfy applicable participation requirements. May check both controlled group and affiliated service group.)

    Controlled Group:

    - ☒ a. Not Applicable
    - ☐ b. Other Members:

    Affiliated Service Group:

    - ☒ c. Not Applicable
    - ☐ d. Other Members:

7424