**1.2.53 "Offset Percentage":** The percentage of final average compensation offset from Employer derived benefits in a defined benefit plan

    **1.2.54 "Owner-Employee":** An individual who is a sole proprietor or who is a partner owning more than ten (10%) percent of either the capital or profits interest of the partnership

    **1.2.55 "Participant":** Any Eligible Employee who enters the Plan after meeting the requirements of Part 2, Article 1

    **1.2.56 "Plan":** The profit sharing plan for Employees as set forth in this Agreement, together with any amendments or supplements thereto.

    **1.2.57 "Plan Administrator":** The person, persons or entity appointed by the Employer to administer the Plan or, if the Employer fails to make such appointment, the Employer

    **1.2.58 "Plan Year":** The calendar year  In the event that a short Plan Year exists, each Employee shall be credited with a Year of Credited Service, a Year of Eligibility Service, or a Year of Vesting Service if he is credited with Hours of Service equal to the Hours of Service required for a full year multiplied by the number of months in the short Plan Year divided by twelve (12).

    **1.2.59 "Pre-Retirement Survivor Annuity":** A survivor annuity for the life of the surviving spouse (or other Beneficiary) of the Participant purchasable with an amount equal to at least 50% of the vested Account Balance of the Participant as of the date of the Participant's death, reduced if necessary, to reflect any security interest held by the Plan by reason of an outstanding loan to the Participant for which a valid spousal consent has been obtained.

    **1.2.60 "Qualified Domestic Relations Order (QDRO)":** A domestic relations order which creates or recognizes the existence of an Alternate Payee's right to receive all, or a portion of, the benefits payable under this, or any other plan of the Employer, with respect to a Participant and which has been determined by the Plan Administrator to satisfy the conditions of Code section 414(p).

    **1.2.61 "Qualified Joint and Survivor Annuity":** A Joint and Survivor Annuity which is immediately payable and which the Beneficiary is the spouse of the Participant.  The percentage of the survivor annuity shall be 50%.

    **1.2.62 "Qualified Military Service":** Any service in the uniformed services, whether on a voluntary or involuntary basis, including active duty, active duty for training, initial active duty for training, inactive training, full-time National Guard duty, and the period of time a person is absent to determine his fitness to perform any such duty  Uniformed services refers to the Armed Forces, the Army National Guard, the Air National Guard, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

    **1.2.63 "Qualified Pre-Retirement Survivor Annuity":** A Pre-Retirement Survivor Annuity for which the Beneficiary is the spouse of the Participant and the benefit the Participant would have received is a Qualified Joint and Survivor Annuity (or the actuarial equivalent thereof.)

    (a) In the case of a Participant who dies after the date on which the Participant attained the earliest retirement age under the Plan on which he could elect to receive retirement benefits, such survivor annuity shall be immediately payable; and

    (b) In the case of a Participant who dies on or before such date, such survivor annuity shall be an immediate annuity payable commencing in the month in which the Participant would have attained the earliest retirement age under the Plan.

Any security interest held by the Plan due to an outstanding loan to the Participant, for which a valid spousal consent has been obtained, if necessary, shall be taken into account.