Exhibit B


PLAINTIFF'S EXHIBIT
Warneck 1
6-16-09

# LOAN AMORTIZATION SCHEDULE

## DR. MARIO CRISCITO

INITIAL AMOUNT BORROWED:   $250,000.00

LOAN INTEREST RATE:   10 %

DATE OF LOAN:   4 - 1982

| YEAR | PAY NO. | TOTAL PAYMENT | INTEREST PAYMENT | PRINCIPAL PAYMENT | LOAN BALANCE | |
|---|---|---|---|---|---|---|
| 5/1982 | 1 | 2500.00 | 2083.33 | 416.67 | 249,583.33 | |
| 6/1982 | 2 | 2500.00 | 2079.86 | 420.14 | 249,163.19 | |
| 7/1982 | 3 | 2500.00 | 2076.36 | 423.64 | 248,739.55 | |
| 8/1982 | 4 | 2500.00 | 2072.83 | 427.17 | 248,312.38 | |
| 9/1982 | 5 | 2500.00 | 2069.27 | 430.73 | 247,881.65 | |
| 10/1982 | 6 | 2500.00 | 2065.68 | 434.32 | 247,447.33 | yr 1 |
| 11/1982 | 7 | 2500.00 | 2062.06 | 437.94 | 247,009.40 | |
| 12/1982 | 8 | 2500.00 | 2058.41 | 441.59 | 246,567.81 | |
| 1/1983 | 9 | 2500.00 | 2054.73 | 445.27 | 246,122.54 | |
| 2/1983 | 10 | 2500.00 | 2051.02 | 448.98 | 245,673.56 | |
| 3/1983 | 11 | 2500.00 | 2047.28 | 452.72 | 245,220.84 | |
| 4/1983 | 12 | 2500.00 | 2043.51 | 456.49 | 244,764.35 | |
| 5/1983 | 13 | 2500.00 | 2039.70 | 460.30 | 244,304.05 | |
| 6/1983 | 14 | 2500.00 | 2035.87 | 464.13 | 243,839.92 | |
| 7/1983 | 15 | 2500.00 | 2032.00 | 468.00 | 243,371.92 | |
| 8/1983 | 16 | 2500.00 | 2028.10 | 471.90 | 242,900.02 | yr 2 |
| 9/1983 | 17 | 2500.00 | 2024.17 | 475.83 | 242,424.18 | |
| 10/1983 | 18 | 2500.00 | 2020.20 | 479.80 | 241,944.38 | |
| 11/1983 | 19 | 2500.00 | 2016.20 | 483.80 | 241,460.59 | |
| 12/1983 | 20 | 2500.00 | 2012.17 | 487.83 | 240,972.76 | |
| 1/1984 | 21 | 2500.00 | 2008.11 | 491.89 | 240,480.86 | |
| 2/1984 | 22 | 2500.00 | 2004.01 | 495.99 | 239,984.87 | |
| 3/1984 | 23 | 2500.00 | 1999.87 | 500.13 | 239,484.75 | |
| 4/1984 | 24 | 2500.00 | 1995.71 | 504.29 | 238,980.45 | |
| 5/1984 | 25 | 2500.00 | 1991.50 | 508.50 | 238,471.96 | |
| 6/1984 | 26 | 2500.00 | 1987.27 | 512.73 | 237,959.22 | |
| 7/1984 | 27 | 2500.00 | 1982.99 | 517.01 | 237,442.22 | |
| 8/1984 | 28 | 2500.00 | 1978.69 | 521.31 | 236,920.90 | |
| 9/1984 | 29 | 2500.00 | 1974.34 | 525.66 | 236,395.24 | |
| 10/1984 | 30 | 2500.00 | 1969.96 | 530.04 | 235,865.20 | |
| 11/1984 | 31 | 2500.00 | 1965.54 | 534.46 | 235,330.75 | |
| 12/1984 | 32 | 2500.00 | 1961.09 | 538.91 | 234,791.83 | |
| 1/1985 | 33 | 2500.00 | 1956.60 | 543.40 | 234,248.43 | 25000 |
| 2/1985 | 34 | 2500.00 | 1952.07 | 547.93 | 233,700.50 | |
| 3/1985 | 35 | 2500.00 | 1947.50 | 552.50 | 233,148.01 | |

| MO YEAR | PAY NO. | TOTAL PAYMENT | INTEREST PAYMENT | PRINCIPAL PAYMENT | LOAN BALANCE |
|---|---|---|---|---|---|
| 5/1985 | 37 | 2500.00 | 1938.26 | 561.74 | 232,029.17 |
| 6/1985 | 38 | 2500.00 | 1933.58 | 566.42 | 231,462.74 |
| 7/1985 | 39 | 2500.00 | 1928.86 | 571.14 | 230,891.60 |
| 8/1985 | 40 | 2500.00 | 1924.10 | 575.90 | 230,315.69 |
| 9/1985 | 41 | 2500.00 | 1919.30 | 580.70 | 229,734.99 |
| 10/1985 | 42 | 2500.00 | 1914.46 | 585.54 | 229,149.45 |
| 11/1985 | 43 | 2500.00 | 1909.58 | 590.42 | 228,559.03 |
| 12/1985 | 44 | 2500.00 | 1904.66 | 595.34 | 227,963.69 |
| 1/1986 | 45 | 2500.00 | 1899.70 | 600.30 | 227,363.39 |
| 2/1986 | 46 | 2500.00 | 1894.69 | 605.31 | 226,758.08 |
| 3/1986 | 47 | 2500.00 | 1889.65 | 610.35 | 226,147.73 |
| 4/1986 | 48 | 2500.00 | 1884.56 | 615.44 | 225,532.30 |
| 5/1986 | 49 | 2500.00 | 1879.44 | 620.56 | 224,911.73 |
| 6/1986 | 50 | 2500.00 | 1874.26 | 625.74 | 224,286.00 |
| 7/1986 | 51 | 2500.00 | 1869.05 | 630.95 | 223,655.05 |
| 8/1986 | 52 | 2500.00 | 1863.79 | 636.21 | 223,018.84 |
| 9/1986 | 53 | 2500.00 | 1858.49 | 641.51 | 222,377.33 |
| 10/1986 | 54 | 2500.00 | 1853.14 | 646.86 | 221,730.47 |
| 11/1986 | 55 | 2500.00 | 1847.75 | 652.25 | 221,078.23 |
| 12/1986 | 56 | 2500.00 | 1842.32 | 657.68 | 220,420.54 |
| 1/1987 | 57 | 2500.00 | 1836.84 | 663.16 | 219,757.38 |
| 2/1987 | 58 | 2500.00 | 1831.31 | 668.69 | 219,088.69 |
| 3/1987 | 59 | 2500.00 | 1825.74 | 674.26 | 218,414.43 |
| 4/1987 | 60 | 2500.00 | 1820.12 | 679.88 | 217,734.55 |
| 5/1987 | 61 | 2500.00 | 1814.45 | 685.55 | 217,049.01 |
| 6/1987 | 62 | 2500.00 | 1808.74 | 691.26 | 216,357.75 |
| 7/1987 | 63 | 2500.00 | 1802.98 | 697.02 | 215,660.73 |
| 8/1987 | 64 | 2500.00 | 1797.17 | 702.83 | 214,957.90 |
| 9/1987 | 65 | 2500.00 | 1791.32 | 708.68 | 214,249.22 |
| 10/1987 | 66 | 2500.00 | 1785.41 | 714.59 | 213,534.63 |
| 11/1987 | 67 | 2500.00 | 1779.46 | 720.54 | 212,814.08 |
| 12/1987 | 68 | 2500.00 | 1773.45 | 726.55 | 212,087.54 |
| 1/1988 | 69 | 2500.00 | 1767.40 | 732.60 | 211,354.93 |
| 2/1988 | 70 | 2500.00 | 1761.29 | 738.71 | 210,616.22 |
| 3/1988 | 71 | 2500.00 | 1755.14 | 744.86 | 209,871.36 |
| 4/1988 | 72 | 2500.00 | 1748.93 | 751.07 | 209,120.29 |

| MO YEAR | PAY NO. | TOTAL PAYMENT | INTEREST PAYMENT | PRINCIPAL PAYMENT | LOAN BALANCE |
|---|---|---|---|---|---|
| 5/1988 | 73 | 2500.00 | 1742.67 | 757.33 | 208,362.96 |
| 6/1988 | 74 | 2500.00 | 1736.36 | 763.64 | 207,599.31 |
| 7/1988 | 75 | 2500.00 | 1729.99 | 770.01 | 206,829.31 |
| 8/1988 | 76 | 2500.00 | 1723.58 | 776.42 | 206,052.88 |
| 9/1988 | 77 | 2500.00 | 1717.11 | 782.89 | 205,269.99 |
| 10/1988 | 78 | 2500.00 | 1710.58 | 789.42 | 204,480.58 |
| 11/1988 | 79 | 2500.00 | 1704.00 | 796.00 | 203,684.58 |
| 12/1988 | 80 | 2500.00 | 1697.37 | 802.63 | 202,881.95 |
| 1/1989 | 81 | 2500.00 | 1690.68 | 809.32 | 202,072.63 |
| 2/1989 | 82 | 2500.00 | 1683.94 | 816.06 | 201,256.57 |
| 3/1989 | 83 | 2500.00 | 1677.14 | 822.86 | 200,433.71 |
| 4/1989 | 84 | 2500.00 | 1670.28 | 829.72 | 199,603.99 |
| 5/1989 | 85 | 2500.00 | 1663.37 | 836.63 | 198,767.36 |
| 6/1989 | 86 | 2500.00 | 1656.39 | 843.61 | 197,923.75 |
| 7/1989 | 87 | 2500.00 | 1649.36 | 850.64 | 197,073.12 |
| 8/1989 | 88 | 2500.00 | 1642.28 | 857.72 | 196,215.39 |
| 9/1989 | 89 | 2500.00 | 1635.13 | 864.87 | 195,350.52 |
| 10/1989 | 90 | 2500.00 | 1627.92 | 872.08 | 194,478.44 |
| 11/1989 | 91 | 2500.00 | 1620.65 | 879.35 | 193,599.10 |
| 12/1989 | 92 | 2500.00 | 1613.33 | 886.67 | 192,712.42 |
| 1/1990 | 93 | 2500.00 | 1605.94 | 894.06 | 191,818.36 |
| 2/1990 | 94 | 2500.00 | 1598.49 | 901.51 | 190,916.85 |
| 3/1990 | 95 | 2500.00 | 1590.97 | 909.03 | 190,007.82 |
| 4/1990 | 96 | 2500.00 | 1583.40 | 916.60 | 189,091.22 |
| 5/1990 | 97 | 2500.00 | 1575.76 | 924.24 | 188,166.98 |
| 6/1990 | 98 | 2500.00 | 1568.06 | 931.94 | 187,235.04 |
| 7/1990 | 99 | 2500.00 | 1560.29 | 939.71 | 186,295.33 |
| 8/1990 | 100 | 2500.00 | 1552.46 | 947.54 | 185,347.79 |
| 9/1990 | 101 | 2500.00 | 1544.56 | 955.44 | 184,392.35 |
| 10/1990 | 102 | 2500.00 | 1536.60 | 963.40 | 183,428.96 |
| 11/1990 | 103 | 2500.00 | 1528.57 | 971.43 | 182,457.53 |
| 12/1990 | 104 | 2500.00 | 1520.48 | 979.52 | 181,478.01 |
| 1/1991 | 105 | 2500.00 | 1512.32 | 987.68 | 180,490.33 |
| 2/1991 | 106 | 2500.00 | 1504.09 | 995.91 | 179,494.41 |
| 3/1991 | 107 | 2500.00 | 1495.79 | 1004.21 | 178,490.20 |
| 4/1991 | 108 | 2500.00 | 1487.42 | 1012.58 | 177,477.62 |

| MO YEAR | PAY NO. | TOTAL PAYMENT | INTEREST PAYMENT | PRINCIPAL PAYMENT | LOAN BALANCE |
|---|---|---|---|---|---|
| 5/1991 | 109 | 2500.00 | 1478.98 | 1021.02 | 176,456.60 |
| 6/1991 | 110 | 2500.00 | 1470.47 | 1029.53 | 175,427.07 |
| 7/1991 | 111 | 2500.00 | 1461.89 | 1038.11 | 174,388.96 |
| 8/1991 | 112 | 2500.00 | 1453.24 | 1046.76 | 173,342.21 |
| 9/1991 | 113 | 2500.00 | 1444.52 | 1055.48 | 172,286.72 |
| 10/1991 | 114 | 2500.00 | 1435.72 | 1064.28 | 171,222.45 |
| 11/1991 | 115 | 2500.00 | 1426.85 | 1073.15 | 170,149.30 |
| 12/1991 | 116 | 2500.00 | 1417.91 | 1082.09 | 169,067.21 |
| 1/1992 | 117 | 2500.00 | 1408.89 | 1091.11 | 167,976.10 |
| 2/1992 | 118 | 2500.00 | 1399.80 | 1100.20 | 166,875.91 |
| 3/1992 | 119 | 2500.00 | 1390.63 | 1109.37 | 165,766.54 |
| 4/1992 | 120 | 2500.00 | 1381.39 | 1118.61 | ⟦164,647.93⟧ |
| TOTALS: | 120 | 302500.00 | 216019.99 | 250000.00 | |

25003