Exhibit C

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.
MONEY PURCHASE RETIREMENT PLAN

Page 5

### PARTICIPANT LOAN

| | |
|---|---|
| Loan outstanding as of April 1, 1983 | $244,764.34 |
| Less principal repaid | −5,783.89 |
| Loan outstanding as of March 31, 1984: | $238,980.45 |

### LOAN REPAYMENTS MADE DURING YEAR

| | |
|---|---|
| Principal | $ 5,783.89 |
| Interest | 24,216.11 |
| Total payments: | $30,000.00 |



AMERICAN PENSION CORPORATION

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.
MONEY PURCHASE PENSION PLAN                                     Page 2

### PARTICIPANT LOAN

| | |
|---|---|
| Loan outstanding as of March 31, 1984 | $238,980.45 |
| Less principal repaid | 6,389.55 |
| Loan outstanding as of March 31, 1985 | $232,590.90 |

### LOAN REPAYMENTS MADE DURING YEAR

| | |
|---|---|
| Principal | $ 6,389.55 |
| Interest | 23,610.45 |
| TOTAL: | $30,000.00 |

———— AMERICAN PENSION CORPORATION ————

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.
MONEY PURCHASE RETIREMENT PLAN

Page 9

## BALANCE SHEET

### MARCH 31, 1984

**ASSETS:**

| | | |
|---|---:|---:|
| Short Term Income Fund | $ .84 | |
| Dean Witter Account #61533631 | 23,991.96 | |
| Assets at market value | 769,287.50 | |
| Participant loan | 238,980.45 | |
| TOTAL ASSETS: | | $1,032,260.75 |

**LIABILITIES:**

| | | |
|---|---:|---:|
| 1985 Contribution received in advance | $ 11,178.90 | |
| TOTAL LIABILITIES: | | $ 11,178.90 |

**PARTICIPANTS' NET WORTH:**

| | |
|---|---:|
| TOTAL NET WORTH: | 1,021,081.85 |
| TOTAL LIABILITIES & NET WORTH: | $1,032,260.75 |

AMERICAN PENSION CORPORATION

| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. MONEY PURCHASE PENSION PLAN | Page 2 |
|---|---|

### PARTICIPANT LOAN

| | |
|---|---|
| LOAN OUTSTANDING AS OF MARCH 31, 1985: | $232,590.90 |
| LESS PRINCIPAL REPAID | - 27,058.59 |
| LOAN OUTSTANDING AS OF MARCH 31, 1986: | $205,532.31 |

### LOAN REPAYMENTS MADE DURING YEAR

| | |
|---|---|
| PRINCIPAL | $27,058.59 |
| INTEREST | 22,941.41 |
| TOTAL | $50,000.00 |

AMERICAN PENSION CORPORATION

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.
MONEY PURCHASE PENSION PLAN

## TRUST FUND EARNINGS STATEMENT

### MARCH 31, 1985

**TRUST EARNINGS:**

| | |
|---|---:|
| Unrealized gain on investments | $62,583.70 |
| Realized gain on investments | 7,018.06 |
| Participant loan interest | 23,610.45 |
| Stock dividends | 26,535.52 |
| Liquid Assets Fund dividends | 16,837.30 |
| **TOTAL EARNINGS:** | **$136,585.03** |

**EXPENSES & LOSSES:**

None

| | |
|---|---:|
| TOTAL EXPENSES & LOSSES: | .00 |
| TOTAL NET EARNINGS TO BE ALLOCATED AMONG PARTICIPANTS: | $136,585.03 |

AMERICAN PENSION CORPORATION

25404

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.  
MONEY PURCHASE PENSION PLAN                                            Page 5

## BALANCE SHEET

### MARCH 31, 1988

**ASSETS:**

| | |
|---|---:|
| Shearson Lehman | $317,000.00 |
| Dean Witter Money Market Fund | 177,616.45 |
| Participant Loan | 150,791.52 |
| Investments at Market Value | 802,022.27 |
| **TOTAL ASSETS:** | **$1,447,430.24** |

**LIABILITIES:**

| | |
|---|---:|
| 1989 Advance Contribution | $ 15,031.44 |
| **TOTAL LIABILITIES:** | **$ 15,031.44** |

**PARTICIPANTS' NET WORTH:**

| | |
|---|---:|
| Reserved for Pension | $1,432,398.80 |
| **TOTAL NET WORTH:** | **$1,432,398.80** |

Case 2:08-cv-01567-GEB -MCA   Document 62-3   Filed 10/20/10   Page 8 of 10 PageID: 2218

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.  
MONEY PURCHASE PENSION PLAN

Page 1

## BALANCE SHEET

### MARCH 31, 1989

**ASSETS:**

| | |
|---|---:|
| Shearson Lehman | $ 329,669.75 |
| Dean Witter Money Market Fund | 82,243.00 |
| Participant Loan | 107,451.72 |
| Investments at Market Value | 1,067,612.50 |
| TOTAL ASSETS: | $1,586,976.97* |

**LIABILITIES:**

| | |
|---|---:|
| Advance Contribution | $ 27,980.44** |
| Benefit Payable to Alimi | 10,629.22 |
| TOTAL LIABILITIES: | $ 38,609.66 |

**PARTICIPANTS' NET WORTH:**

| | |
|---|---:|
| Participants' Accounts | $1,548,367.31 |
| TOTAL NET WORTH: | $1,548,367.31 |

\*   Does not reflect payment made to Alimi

\*\*  $15,031.44 advance plus $60,000 deposited during the year, less $47,051 for 1989 equals $27,980.44

─── AMERICAN PENSION CORPORATION ───

25495

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.  
MONEY PURCHASE PENSION PLAN                                              Page 1

BALANCE SHEET

MARCH 31, 1990

ASSETS:

| | |
|---|---:|
| Participant Loan | $ 65,439.02 |
| Dean Witter Money Market Fund | 283,830.35 |
| Shearson Lehman | 368,065.03 |
| Investments at Market Value | 980,437.50 |

TOTAL ASSETS:                                                    $1,697,771.90

LIABILITIES:

None

TOTAL LIABILITIES:                                               $         .00

PARTICIPANTS' NET WORTH:

Participants Accounts                          $1,697,771.90

TOTAL NET WORTH:                                                 $1,697,771.90

AMERICAN PENSION CORPORATION

| DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A. | |
|---|---|
| MONEY PURCHASE PENSION PLAN | Page 1 |

## BALANCE SHEET

### MARCH 31, 1991

**ASSETS:**

| | | |
|---|---:|---:|
| Dean Witter Money Market Fund | $ 175,888.64 | |
| Shearson Lehman | 404,567.28 | |
| Investments at Market Value | 1,278,964.50 | |
| TOTAL ASSETS: | | $1,859,420.42 |

**LIABILITIES:**

| | | |
|---|---:|---:|
| Advanced Contribution for plan year ending March 31, 1992 | $ 700.00 | |
| TOTAL LIABILITIES: | | $ 700.00 |

**PARTICIPANTS' NET WORTH:**

| | | |
|---|---:|---:|
| Participant Accounts | $1,858,720.42 | |
| TOTAL NET WORTH: | | $1,858,720.42 |

25533

AMERICAN PENSION CORPORATION