Exhibit D

Money Purchase Pension Fund.
4/1/84 — 3/31/85

Deposited into Liquid Asset Fund.

| | |
|---|---|
| Mario A. Criscito | 30,000.00 |
| From D.C.C.P.A. y/ 1984-85 | 75,000.00 |
| Dividends From Stocks | 26,584.64 |
| Interest From Liquid Asset Funds | 16,837.30 |
| | off misc 49.13 |

Balance in Liquid Asset Fund Inc.
3/31/85   =   ~~36,981.30~~
              38,929.09

Loan to Mario A. Criscito.
Balance of Loan as of 3/31/85 = 232,590.90.



PLAINTIFF'S EXHIBIT
Warnack 3
6-16-09

DCC PA

4/1/85 → 3/31/86

Money Purchase Pension Fund

| | |
|---|---|
| Interest obtained from Money Fund | 17,029.24 |
| Dividend from Stocks & Bonds | 34,887.76 |
| Transfer from DCC PA → Pension | 95,000.00 |
| Transfer from Mario A Anacta → Pension for Loan | 50,000.00 |
| which includes $20,000 towards Principal | |

LOAN: 205,532.31 at End of March 31, 1986
ISRAEL BOND: $25,000

3-31

3-31-86

25432

Participant loan. (205,533.21)

4/1/86 — 3/31/87

Principal.                          12,607.76

Interest                            19,985.68
                                    ─────────
Total                               32,593.44


Participant loan As of 4/1/87 = 192,924.45

Patricia Jan's loan.                167,392.95 —

·  4/1/87 — 3/31/88.

Principal              16,601.43

Interest               15,992.01

Total                  32,593.44

Bal. as of 3/31/88     150,791.52

Dear docks —
Viscito
we should
carry the loan

25475

Participant Loan.

| | |
|---|---|
| Loan Outstanding as of 3/31/88 | 150,791.52 |
| Less Principal Paid | 18,339.80 |
| Loan Outstanding | 132,451.72 |
| Less Principal Paid | 25,000.00 |
| | 107,451.72 |

Loan Repayments Made During Year

| | |
|---|---|
| Principal | 18,339.80 |
| Interest | 14,253.64 |
| Extra Principal | 25,000.00 |
| | 57,593.44 |

Loan Outstanding as of 3/31/89

107,451.72

Participant loan.

Loan Outstanding as of 3/31/89.        107,451.72

~~Large~~
Loan Outstanding as of 3/31/90         100,860.76

        4/1/89 - 3/31/90
Interest    10,448.50
Principal    6,591.76
Total       17,039.76

NOV-13-91 WED 14:59                                                              P.01

PA Pension Fund
4/1/90 – 3/31/91

Assets

        Shearson Lehman            404,567.28
        Dean Witter & Money Market Fund    175,888.64
        Investments at Market Value   1,278,964.50
  3/31/91   Total Assets         (1,859,420.42)
  3/30/90   Total Assets        – 1,697,771.90
                                 + 161,648.52

Income from all

  1991 Contribution deposited 4/1/91–?  (65,000)  (30 + 30
  Net Trust Earnings            96,648.52          + 5/91
                                161,648.52

  3/31/90   Total Assets    1,697,771.90

  3/31/91   Total Assets → 1,859,420.42

                Percent Earning    5.69%    OVER CONTRIB
                                            = 700
                                            ADV CONTRIB
                                            FOR NEXT YR
                         25550

 Mario A. Crisc..to                      5,000..
 Gary  Rojas                     50,000
 L..    Cruz               LOAN HAS BEEN PAID 350   OFF  23,000