Exhibit E

# SALOMON SMITH BARNEY
*A member of citigroup*

## Preferred Client Consolidation Summary
Page 1 of 5
October 30 - December 31, 2000

Ref: 00010776 00093550

416L000073083300010776  300364AP01  WEB00416A
DIAGNOSTIC AND CLINICAL
CARDIOLOGY
PA MONEY PURCHASE PENSION PLAN
4/1/76
11 CHADWICK ROAD
LIVINGSTON NJ  07039-1903

SALOMON SMITH BARNEY INC.
*Your Financial Consultant*

ALLAN YARKIN
1000 E.HALLANDALE
BEACH BLVD
HALLANDALE  FL 33009
954-457-1500

Preferred Client Service Center: 800-232-4454
Branch: 800-624-0263

We have enclosed statements for the following accounts in your consolidated household. "Total Value Comparison" and "Year to Date Summary" may contain information for previously existing accounts which have been recently consolidated. Unpriced securities are not included in the "Net Value" columns. Unless otherwise indicated, values shown are for "This Period".

## Quarterly Summary

| Account Number | Abbreviated Name | Account Type | Net Value Last period | Net Value This period | Net Securities Dep/Wthdwn | Net Capital Deps/Wthdls | Total Income Txbl/Non-Txbl | Asset Appreciation | Unrealized Gain or (Loss) | Adjusted YTD Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 416-30833 | DIAGNOSTIC AND CLINICAL CARDIOLOGY | PCA | $ 5,719,777.15 | $ 3,557,051.05 | $ 0.00 | $ 0.00 | $ 0.00 $ 43.32 | ($ 2,162,769.42) | $ 2,898,893.45 | $ 0.00 ST $ 0.00 LT |
| Total | | | $5,719,777.15 | $3,557,051.05 | $0.00 | $0.00 | $0.00 $43.32 | ($2,162,769.42) | $2,898,893.45 | $0.00 ST $0.00 LT |

### Year to Date Summary

| | |
|---|---|
| Beginning total net value as of 12/31/99 | $ 3,924,549.92 |
| Net security deposits/withdrawals (year to date) | 0.00 |
| Net cash deposits/withdrawals (year to date) | 0.00 |
| Total income (year to date) | 183.92 |
| Asset appreciation (year to date) | (367,682.79) |
| Ending total net value  12/29/00 | $ 3,557,051.05 |
| Year to date total return | (367,498.87) |

### Current Total Asset Allocation Summary

100.0% Equities

Cash represents less than 0.5% of total assets.

### Total Value Comparison

| 12/99 | 3/00 | 6/00 | 9/00 | 12/00 |
|---|---|---|---|---|
| 3.92 | 5.36 | 4.63 | 5.78 | 3.56 |

Units in multiples of 1 million.

6023

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00010776 00093651

## Preferred Client Statement
October 30 - December 31, 2000

Account number 416-30833-16 007

416L0000730833000010776 300364AP01 WEB00416A
DIAGNOSTIC AND CLINICAL
CARDIOLOGY
PA MONEY PURCHASE PENSION PLAN
4/1/76
11 CHADWICK ROAD
LIVINGSTON NJ 07039-1903

SALOMON SMITH BARNEY INC.
*Your Financial Consultant*

ALAN YARKIN
1000 E.HALLANDALE
BEACH BLVD
HALLANDALE FL 33009
954-457-1600

Preferred Client Service Center: 800-232-4454
Branch: 800-624-0263

### Account value

| | Last period | This period | % |
|---|---|---|---|
| Money funds | $2,121.65 | $2,149.45 | .06 |
| Accrued money fund dividends | 4.92 | 0.00 | |
| Common stocks & options | 5,717,650.58 | 3,564,901.60 | 99.94 |
| Net value | $5,719,777.15 | $3,567,051.05 | 100 |

### Earnings summary

| | This period | This year |
|---|---|---|
| Dividends | $15.52 | $62.06 |
| Money funds earnings | 27.80 | 121.86 |
| Total | $43.32 | $183.92 |

### Gain/loss summary

| | This period | This year |
|---|---|---|
| Unrealized gain or (loss) | $2,898,893.45 | Not applicable |

H

6024

# SALOMON SMITH BARNEY
*A member of citigroup*

Ref: 00010776 00093652

## Preferred Client Statement
October 30 – December 31, 2000

Page 3 of 5

**DIAGNOSTIC AND CLINICAL**  Account number 416-30833-16  007

### Cash and money funds balance

| | This period | Year to date |
|---|---:|---:|
| Opening balance | $2,121.65 | |
| Securities bought and other subtractions | -15.52 | |
| Securities sold and other additions | 0.00 | |
| Dividends credited | 15.52 | |
| Money funds earnings reinvested | 27.80 | |
| Closing balance | $2,149.45 | |

### Portfolio summary

| | This period | Year to date |
|---|---:|---:|
| Opening value of securities | 5,719,777.15 | 3,924,549.92 |
| + Opening cash balance | 0.00 | 0.00 |
| = Opening portfolio balance | 5,719,777.15 | 3,924,549.92 |
| Securities deposited/withdrawn net | 0.00 | 0.00 |
| Capital deposited/withdrawn net | 0.00 | 0.00 |
| Adjusted opening value | 5,719,777.15 | 3,924,549.92 |
| Closing value of securities | 3,557,051.05 | 3,557,051.05 |
| + Closing cash balance | 0.00 | 0.00 |
| = Closing portfolio value | 3,557,051.05 | 3,557,051.05 |

Note: Securities deposited/withdrawn net = The value of securities on the day they were debited from or credited to the account as reflected in the "Other security activity" section.
Capital deposited/withdrawn net = Cash withdrawals and deposits, credit card payments, FMA Card activity, checks written, and Money funds/Insured Deposit Account℠ transfers.

### Portfolio details

*The values of your holdings are as of 12/29/00. Please note, unrealized gain/(loss) is being prepared for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.*

### Money funds

| Number of shares | Description | Current value | | | | | | Annualized % dividend Yield/Anticipated Income (annualized) |
|---|---|---:|---|---|---|---|---|---:|
| 2,149.45 | SB MONEY FUNDS CASH PORT CL A | $2,149.45 | | | | | | 6.09% $130.90 |
| **Total money funds** | | **$2,149.45** | | | | | | **$130.90** |

### Common stocks & options

*Please refer to the back of page 1 for definitions of research ratings.*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Accrued dividends | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---:|---:|---:|---:|---:|---:|---|---|
| 40.7869 | AVAYA INC | 01/27/99 | $1,404.80 | $34.81 | $10.313 | | $420.64 | ($984.16) | LT | |
| 23.1126 | SYMBOL: AV | 01/27/99 | 796.90 | 34.848 | 10.313 | | 238.36 | (558.54) | LT | |
| .035 | Reinvestments to date | | 1.58 | 45.142 | 10.313 | | .36 | (1.22) | LT | |
| .0655 | Reinvestments to date | | 2.37 | 36.183 | 10.313 | | .68 | (1.69) | ST | |
| 64 | | | 2,205.66 | 34.463 | | $0.00 | 660.04 | (1,545.61) | | |
| 494.6809 | LUCENT TECHNOLOGIES INC | 01/27/99 | 24,506.38 | 49.543 | 13.50 | | 6,678.19 | (17,830.19) | LT | |
| 280.3191 | SYMBOL: LU Research rating:3/H | 01/27/99 | 13,902.92 | 49.596 | 13.50 | | 3,784.31 | (10,118.61) | LT | |
| .4245 | Reinvestments to date | | 27.74 | 65.347 | 13.50 | | 5.73 | (22.01) | LT | |

6025

# SALOMON SMITH BARNEY
A member of citigroup

## Preferred Client Statement
October 30 - December 31, 2000

Ref: 0010776 00093653

Page 4 of 6

**DIAGNOSTIC AND CLINICAL**  Account number 416-30833-16 007

## Common stocks & options *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Quantity | Current value | Unrealized gain/(loss) | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| | LUCENT TECHNOLOGIES INC SYMBOL: LU Research rating:3/H | | | $32.617 | $13.50 | 49.534 | | $23.33 | |
| | 1.7279 Reinvestments to date | | | | | | | ($33.03) ST | |
| 777.1524 | | | | | | | 38,496.40 | 10,491.58 (28,003.84) | .592 62.17 |
| 40,500 | VERITAS SOFTWARE CORP SYMBOL: VRTS Research rating:1/H | 01/14/99 | 615,307.10 | 15.179 | 87.50 | | 3,543,750.00 | 2,928,442.90 LT | |
| Total common stocks and options | | | ($656,008.15) | | | | $3,554,901.60 | $34.72 ST $2,898,926.17 LT | 0.00 $62.17 |
| Total portfolio value | | | $3,669,157.60 | | | | $3,557,051.06 | $34.72 ST $2,898,926.17 LT | 0.00 $193.07 |

## Investment activity

### Transaction details

| Date | Activity | Description | Comment | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/01/00 | Fee | LUCENT TECHNOLOGIES INC DIVIDEND REINVESTMENT FEE | | | | $-.82 |
| 12/01/00 | Reinvest | LUCENT TECHNOLOGIES INC WITHDRAWAL, PENDING REINVEST | | | | -14.70 |
| 12/04/00 | Reinvest | LUCENT TECHNOLOGIES INC REINVESTMENT SHS FOR 12/01/00 REINVESTED AMOUNT $14.70 | | .9333 | 15.75 | 0.00 |
| Total securities bought and other subtractions | | | | | | $-15.52 |
| Total securities sold and other additions | | | | | | $0.00 |

## Dividends

### Earnings details

*The tax status of earnings is reliable to the best of our knowledge. Taxable and non-taxable designations refer to the federal income tax status of your securities not of your account.*

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 12/01/00 | LUCENT TECHNOLOGIES INC | CASH DIV ON 776.2191 SHS | $15.52 | | $15.52 |
| Total dividends earned | | | $15.52 | $0.00 | $15.52 |

6026

## SALOMON SMITH BARNEY
*A member of citigroup*

## Preferred Client Statement
October 30 - December 31, 2000

Page 5 of 5

Ref: 00010776 00093654

Account number 416-30833-16 007

### DIAGNOSTIC AND CLINICAL

**Money funds earnings**

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 11/10/00 | SB MONEY FUNDS CASH PORT CL A | REINVESTED FOR PERIOD 10/16/00-11/12/00 28 DAYS AVERAGE YIELD 6.11 %. | $9.88 | | $9.88 |
| 12/08/00 | SB MONEY FUNDS CASH PORT CL A | REINVESTED FOR PERIOD 11/13/00-12/10/00 28 DAYS AVERAGE YIELD 6.10 %. | 10.03 | | 10.03 |
| 12/29/00 | SB MONEY FUNDS CASH PORT CL A | REINVESTED FOR PERIOD 12/11/00-01/01/01 22 DAYS AVERAGE YIELD 6.09 %. | 7.89 | | 7.89 |
| Total earnings from money funds | | | $27.80 | $0.00 | $27.80 |

6027