Exhibit J

```
                                                              1

         1               UNITED STATES DISTRICT COURT
         2                  DISTRICT OF NEW JERSEY
         3                   2:08-cv-1567(JAG-MCA)
         4
         5   DR. FADI CHAABAN, DR. SABINO R. TORRE, :
         6   DR. CONSTANTINOS A. COSTEAS and        :
         7   DR. ANTHONY J. CASELLA, as trustees of :
         8   Diagnostic & Clinical Cardiology, PA,  :
         9   Profit Sharing Plan,                   :
        10              Plaintiffs,                 :
        11        vs.                               :
        12   DR. MARIO CRISCITO,                    :
        13              Defendant,                  :
        14   - - - - - - - - - - - - - - - - - - -
        15         DEPOSITION OF ANTHONY J. CASELLA, MD
        16                THURSDAY, MAY 21, 2009
        17
        18
        19
        20             ROSENBERG & ASSOCIATES, INC.
        21        Certified Court Reporters & Videographers
        22    425 Eagle Rock Ave., Suite 201    575 Madison Ave.
        23    Roseland, NJ 07068                New York, NY 10022
        24     (973) 228-9100   1-800-662-6878   (212) 868-1936
        25              www.rosenbergandassociates.com
```

                                                                2

1        T R A N S C R I P T  of the stenographic
2    notes of the proceedings in the above-entitled
3    matter, as taken by and before LAURA WESTRA, a
4    Certified Court Reporter and Notary Public of the
5    State of New Jersey, held at the offices of WITMAN
6    STADTMAUER, 26 Columbia Turnpike, Florham Park, New
7    Jersey, on Thursday, May 21, 2009, commencing at
8    10:10 a.m.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                              3

    1    A P P E A R A N C E S:

    2

    3    WITMAN STADTMAUER, PA

    4    Attorneys for Plaintiff/Dr. Casella

    5    26 Columbia Turnpike

    6    Florham Park, New Jersey  07932

    7    BY:  STEPHEN M. CHARME, ESQ.

    8    973-822-0220

    9    scharme@wsmesq.com

   10

   11    KERN, AUGUSTINE, CONROY & SCHOPPMANN, PC

   12    Attorneys for the Defendant

   13    1120 Route 22 East

   14    Bridgewater, New Jersey 08807

   15    BY:  STEVEN I. KERN, ESQ.

   16    R. BRUCE CRELIN, ESQ.

   17    908-704-8585

   18    crelin@drlaw.com

   19

   20

   21

   22

   23

   24

   25
```

```
                                                                    4

     1                     I N D E X

     2

     3    WITNESS

     4

     5    ANTHONY J. CASELLA, MD                       PAGE

     6      BY:  MR. KERN                              5

     7      BY:  MR. CHARME                            125

     8

     9

    10                     E X H I B I T S

    11

    12    NUMBER                DESCRIPTION            PAGE

    13

    14    Casella-1  FAX/AMOUNTS REPORTED TO APC       24

    15

    16

    17           (Exhibits retained by counsel.)

    18

    19

    20

    21

    22

    23

    24

    25
```

5

```
 1    A N T H O N Y   J.   C A S E L L A, 28 Holton Lane,
 2         Essex Fells, New Jersey, is duly sworn by a
 3         Notary Public of the State of New Jersey and
 4         testifies under oath as follows:
 5    DIRECT EXAMINATION BY MR. KERN:
 6         Q    Dr. Casella, as you know, my name is
 7    Steven Kern.  I represent Mario Criscito in a case
 8    that has been brought against him in the Federal
 9    District Court captioned Chaaban, Torre, Costeas and
10    Casella as trustees for Diagnostic & Clinical
11    Cardiology, P.A. Profit Sharing Plan versus
12    Criscito.  Are you familiar with the lawsuit,
13    doctor?
14    A    Yes.
15         Q    I am going to ask you a series of
16    questions here today.  If at any point you do not
17    understand my question, you are confused, you feel
18    it is ambiguous or otherwise, please let me know.
19    Otherwise, the answers that you give will be deemed
20    to be responsive to the questions that I have asked
21    you.  You understand that?
22    A    Yes.
23         Q    Have you been deposed before?
24    A    Yes.
25         Q    On how many occasions?
```

```
 1   '99 that aren't mentioned, and there are other
 2   mutual funds out there that is not -- they are not
 3   mentioned on the sheet, so --
 4        Q    Just the ways we have already talked
 5   about?
 6   A    Yes.
 7        Q    Okay.  Paragraph 28.  To your
 8   knowledge, did APC ever request backup for the
 9   January 13, 2000 facsimile?
10   A    There are several letters in the APC files
11   over the years requesting that he send the brokerage
12   statements, and he never did.
13        Q    Was there any communication asking for
14   brokerage statements for backup for the January
15   13th?
16   A    No.
17        Q    And in fact, in February, APC received
18   statements from Morgan Stanley, correct?
19   A    Yes.
20        Q    February 2000, correct?
21   A    Yes.
22        Q    Prior to 2007 did you or anyone else at
23   DCC, other than Dr. Criscito, ever ask for any
24   information from APC?
25   A    No.  The only information that we would ask
```

78

```
 1   for would be if an employee wanted to take their
 2   money out because they were no longer with the
 3   company, what was the protocol.  We asked them to
 4   prepare 1099s if somebody took money out.  Things
 5   like that.  I mean, it had nothing to do with --
 6        Q     Did APC ever refuse to provide any
 7   information requested by you or anybody else at DCC?
 8   A     I never requested information about anybody's
 9   accounts.  I never --
10        Q     I understand you may not have asked for
11   it.
12   A     Right.
13        Q     My question is was there any time you
14   asked for anything from APC that APC refused to
15   provide because they said to you, I can't give it to
16   you because Dr. Criscito said not to?
17   A     I can think of one occasion in 2004 when Mario
18   changed his address.  They tried to deliver the 5500
19   form to his house FedEx, and he always did it at the
20   last minute, so it was gonna be late.  And they
21   called the office and said, we tried to deliver it
22   to his house.  We couldn't.  And I said, well, he
23   moved.  He never gave them the address.  I said,
24   well, why don't you deliver it to the office?  And
25   they said, absolutely not.  Dr. Criscito gets
```

79

1   everything to his house.
2       Q    Any other times?
3   A    There were no other times when I asked for
4   information about anybody's account.
5       Q    Did you ever ask Dr. Criscito for
6   information concerning any of the accounts?
7   A    No.
8       Q    Did you ever ask Morgan Stanley for any
9   information from any of the accounts?
10  A    No.
11      Q    Did you ever ask Schwab for any
12  information concerning any of the accounts?
13  A    No.
14      Q    To your knowledge, did anyone at DCC
15  request any information from any of these entities
16  concerning any of these accounts, other than the
17  segregated?
18  A    My practice administrator, prior to his being
19  segregated, asked Criscito on several occasions how
20  much his fund was worth because he never received
21  any statements.  And after he asked him about a
22  third time Criscito took his hand and wrote down the
23  amount on the back of his hand and said, that's your
24  amount.
25      Q    That will be Mr. Brown?

128

1        C E R T I F I C A T E
2
3        I, LAURA WESTRA, a Certified Court Reporter
4   and Notary Public of the State of New Jersey,
5   certify that the foregoing is a true and accurate
6   transcript of the deposition of said witness who was
7   first duly sworn by me, on the date and place
8   hereinbefore set forth.
9        I FURTHER CERTIFY that I am neither attorney
10  nor counsel for, nor related to or employed by, any
11  of the parties to the above action, and further that
12  I am not a relative or employee of any attorney or
13  counsel employed in this action, nor am I
14  financially interested in this case.
15
16
17
18
19
20
21            LAURA WESTRA, C.C.R.
22            LICENSE NO. XIO1734
23
24
25