**KERN AUGUSTINE**
**CONROY & SCHOPPMANN, P.C.**
1120 Route 22 East
Bridgewater, New Jersey 08807
(908) 704-8585
Attorneys for Defendant
RC-8060

|  |  |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>Case No. 2:08-cv-1567 (GEB - MCA)<br><br>DECLARATION OF KENNETH MARBLESTONE, ESQ. |

**I, KENNETH MARBLESTONE, ESQ.**, of full age, do hereby declare:

1) I am an Attorney-at-Law of the State of New York and the Commonwealth of Pennsylvania, a Member of the MandMarblestone Group llc and a Principal of MandMarblestone, P.C. I have been retained as an expert witness for the defendant in the above-captioned action, Mario A. Criscito, M.D. ("Dr. Criscito"). I make this declaration in support of the defendant's supplemental submission regarding computation of damages.

2) I have reviewed publicly available resources to determine the annual cumulative rate of investment return under the Standard & Poor's 500 Composite Index ("S&P 500") for the year 2010. The S&P 500 Index is regarded as reliable and is generally used in the financial field as an appropriate measure of the average returns on investments when actual data for a particular

investment is not available.

  3) The S&P 500 annual cumulative rate of return for calendar year 2010 was 14.32%.

  4) I declare under penalty of perjury that the foregoing statements made by me are true and correct.

                        */s/ Kenneth Marblestone*
                         Kenneth Marblestone, Esq.

Dated: February 28, 2011