<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED

MAR 3 0 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| DR. FADI CHAABAN, ET AL., | |
| Plaintiffs, | Civ. No. 08-1567 (GEB) |
| v. | ORDER |
| DR. MARIO A. CRISCITO, | |
| Defendant. | |

<u>BROWN, Chief Judge</u>

For the reasons stated by the Court on the record during the teleconference held on March 29, 2011;

IT IS THIS 29th day of March 2011, hereby

ORDERED that Plaintiffs are awarded compensatory damages of $4,117,464.65;

ORDERED that the Clerk of the Court CLOSE this case.

_____
GARRETT E. BROWN, JR., U.S.D.J.