UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Attorneys for Plaintiffs*

RECEIVED
APR - 1 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA)<br><br>**FINAL JUDGMENT<br>(COMPENSATORY DAMAGES)** |

This action having been presented to the Court for disposition by way of cross-motions for Summary Judgment and the Court having issued a Memorandum Opinion and Order (Docket Entries 68 and 69) on January 31, 2011 with respect to the cross-motions that, among other things, directed the parties to submit supplemental briefing with regard to the appropriate calculation of interest to be awarded to Plaintiffs, and the

Court having read and considered the supplemental briefing and having placed its ruling with regard to the total amount of damages awarded to Plaintiffs and against Defendant on the record on March 29, 2011, and an Order with regard to that ruling having been entered on the Docket on March 30, 2011 (Docket Entry 74), and in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure, it is hereby

ORDERED, ADJUDGED and DECREED on this 31st day of MARCH, 2011, that:

1. Judgment be and is hereby entered in favor of Plaintiffs, Dr. Fadi Chaaban, Dr. Sabino R. Torre, Dr. Constantinos A. Costeas, and Dr. Anthony J. Casella as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan, and against Defendant, Dr. Mario A. Criscito, in the sum of $4,117,464.65.

2. In the event Plaintiffs file a motion for an award of attorneys' fees and costs, any such award by the Court will be addressed separately.

3. Post-judgment interest will accrue in accordance with the provisions of 28 U.S.C. §1961.

_____
HON. GARRETT E. BROWN, JR., U.S.D.J.

2