Robert J. Conroy (RC-8060)
Kern Augustine
Conroy & Schoppmann, P.C.
1120 Route 22 East
Bridgewater, NJ 08807
908-704-8585
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>     Plaintiffs,<br><br>  v.<br><br>DR. MARIO A. CRISCITO,<br><br>     Defendant. | Civil Action<br><br>Case No. 2:08-cv-1567 (GEB/MCA)<br><br>NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Dr. Mario A. Criscito, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from a Final Judgment entered in this action on the 31st day of March, 2011 and filed on the 1st day of April, 2011, as well as from all prior interlocutory orders entered in the District Court.

Respectfully submitted,

Kern Augustine
Conroy & Schoppmann, P.C.
1120 Route 22 East
Bridgewater, NJ 08807
Attorneys for Plaintiffs

By: /s/ Robert J. Conroy
    Robert J. Conroy (RC-8060)
    A Member of the Firm

Dated: Bridgewater, New Jersey
       April 25, 2011