UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

*Attorneys for Plaintiffs*

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>        Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA)<br><br><br>**NOTICE OF MOTION<br>FOR AN AWARD OF<br>ATTORNEYS' FEES AND COSTS**<br><br><br>Oral Argument Requested |

**TO:**   Robert J. Conroy, Esq.
R. Bruce Crelin, Esq.
Kern Augustine Conroy & Schoppmann, P.C.
1120 Route 22 East
Bridgewater, New Jersey 08807

**COUNSEL:**

**PLEASE TAKE NOTICE** that on June 6, 2011, at 10:00 a.m., or as soon thereafter as

counsel may be heard, counsel for Plaintiffs shall appear before the Honorable Garrett E. Brown,

Jr., U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an Order awarding Plaintiffs' attorneys' fees and costs pursuant to ERISA § 502(g).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs shall rely upon the Declarations of John M. Agnello, Anthony J. Casella and Stephen M. Charme in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs and Plaintiffs' Brief in Support of Their Motion for an Award of Attorneys' Fees and Costs, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: April 26, 2011

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

By: *s/John M. Agnello*
       John M. Agnello

-and-

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

By: *s/ Stephen M. Charme*
       Stephen M. Charme

*Attorneys for Plaintiffs*