UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

*Attorneys for Plaintiffs*

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>    Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA) |

EXHIBITS A THROUGH I
TO THE DECLARATION OF JOHN M. AGNELLO
IN SUPPORT OF PLAINTIFFS' MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

| Exhibit | Entity | Total |
|---|---|---|
| A | Joy M. Mercer, P.C. | $58,835.50 |
| B | Riker Danzig | $7,042.00 |
| C | Witman Stadtmauer | $450,971.98 |
| D | Carella Byrne | $342,236.26 |
| E | Abar Pension Services, Inc. | $27,978.00 |
| F | Lindabury McCormick | $1,618.12 |
| G | Rosenberg & Associates | $1,054.00 |
| H | Miani Court Reporting | $3,031.70 |
| I | MCD Solutions | $643.02 |
| | **Total:** | **$898,656.61** |