## EXHIBIT A

### JOY M. MERCER, P.C.

| Tab | Bill Date | Legal Fees | Costs | Total Fees and Costs | Hrs. JMM | Hrs. DAR |
|---|---|---|---|---|---|---|
| 1 | 10-01-07 | $2,737.50 | $68.44 | $2,805.94 | 7.3 | ----------- |
| 2 | 11-01-07 | $7,062.50 | $176.56 | $7,239.06 | 17.3 | 4.6 |
| 3 | 12-03-07 | $16,037.50 | $448.75 | $16,486.25 | 31.7 | 33.2 |
| 4 | 1-02-08 | $11,500.00 | $573.18 | $12,073.18 | 22.6 | 24.2 |
| 5 | 2-04-08 | $11,804.00 | $3,634.97 | $15,438.97 | 18.9 | 34.1 |
| 6 | 3-05-08 | $1,677.00 | $88.39 | $1,765.39 | 4.2 | 0.3 |
| 7 | 4-01-08 | $2,990.00 | $111.13 | $3,101.13 | 6.7 | 2.9 |
| 8 | 5-01-08 | $1,352.00 | $52.22 | $1,404.22 | 3.0 | 1.4 |
| 9 | 6-02-08 | $3,175.00 | $79.38 | $3,254.38 | 6.5 | 5.9 |
| 10 | 7-01-08 | $500.00 | $12.50 | $512.50 | 1.0 | 1.0 |
| Totals: | | $58,835.50 | $5,245.52 | **$64,081.02** | 119.2 | 107.6 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Diagnostic and Clinical Cardiology, P.A.                                    Page: 1
769 Northfield Avenue                                           October 01, 2007
Auite 220                                              Account No:     167-11M
West Orange  NJ  07052                                 Statement No:       2223

Attn: Dr. Gary J. Rogal, M.D.

Re:  Benefits Advice

<u>Fees</u>

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/02/2007 | JMM | Review correspondence from C. Detrizio. | 375.00 | 0.20 | 75.00 |
| 09/04/2007 | JMM | Telephone conference with Dr. Casella re review of plan records, allocation of earnings and forfeitures; Draft notice and demand letter to M. Criscito; Review file. | 375.00 | 1.60 | 600.00 |
| 09/05/2007 | JMM | Review correspondence from trustees and C. Detrizio re demand letter to M. Criscito; Review, revise letter; Respond to C. Detrizio re trust accounting; Review plan on payment of expenses; Telephone conference with Dr. Rogal on the allocation of forfeitures and current year earnings. | 375.00 | 1.40 | 525.00 |
| 09/16/2007 | JMM | Draft correspondence to Dr. Rogal; Review correspondence. | 375.00 | 0.10 | 37.50 |
| 09/17/2007 | JMM | Telephone conference with Dr. Rogal re documents from trustee, missing funds, allocation of earnings. | 375.00 | 0.10 | 37.50 |
| 09/20/2007 | JMM | Review plan document re earnings allocations, timing of distributions, valuation date, separate accounts; Meeting with Dr. Rogal, Dr. Casella re potential issues, statute of limitations, fiduciary liability; Draft correspondence to C. Detrizio, J. Wells re DCC potential claims. | 375.00 | 3.20 | 1,200.00 |
| 09/21/2007 | JMM | Review, respond to correspondence (2) from Dr. Rogal re APC responsibility and liability. | 375.00 | 0.40 | 150.00 |

Diagnostic and Clinical Cardiology, P.A.

Re: Benefits Advice

Page. 2
October 01, 2007
Account No: 167-11M
Statement No: 2223

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 09/28/2007 |  |  |  |  |  |
| JMM | Telephone conference with Dr. Casella re follow up demand to Mario; Draft correspondence to C. Detrizio; Telephone conference with C. Detrizio re status and need for follow up on demand. |  |  |  |  |
|  | For Current Services Rendered |  | 375.00 | 0.30 | 112.50 |
|  |  |  |  | 7.30 | 2,737.50 |

| Fee Summary |  |  |  |  |
|---|---|---|---|---|
| Timekeeper | | Hours | Rate | Total |
| Joy M. Mercer | | 7.30 | $375.00 | $2,737.50 |

### Disbursements

| 09/30/2007 | Telephone, Copy and Fax |  |
|---|---|---|
|  | Total Disbursements | 68.44 |
|  |  | 68.44 |
|  | Total Current Work | 2,805.94 |
|  | Previous Balance | $5,304.38 |

### Payments

| 09/06/2007 | Retainer | -10,000.00 |
|---|---|---|
|  | Credit Balance | -$1,889.68 |
|  | Total Credit Balance | -$1,889.68 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Diagnostic and Clinical Cardiology, P.A.
769 Northfield Avenue
Auite 220
West Orange  NJ  07052

Attn: Dr. Gary J. Rogal, M.D.

Re:  Benefits Advice

|  |  | Page: 1 |
|---|---|---|
|  |  | November 01, 2007 |
|  | Account No: | 167-11M |
|  | Statement No: | 2257 |

<u>Fees</u>

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/01/2007<br>JMM | Draft letter to A. Pope re request for records; Review ERISA record retention obligations; Review, revise letter; Draft e-mail to A. Pope. | 375.00 | 2.20 | 825.00 |
| 10/09/2007<br>JMM | Telephone conference with Dr. Rogal re statements from Morgan Stanley; Review correspondence. | 375.00 | 0.10 | 37.50 |
| 10/10/2007<br>JMM | Telephone conference with MS McCarty; Telephone conference with M. DeMichele (Morgan Stanley) re copies of records; Draft correspondence to Dr. Rogal, Dr Casella. | 375.00 | 0.50 | 187.50 |
| 10/12/2007<br>JMM | Telephone conference with C. Detrizio re follow up on request for pension documents; Telephone conference with  D. Pinto (Morgan Stanley) re request for records; Reivew correspondence, respond (2). | 375.00 | 0.50 | 187.50 |
| 10/15/2007<br>JMM | Telephone conference with A. Pope re request for documents; Draft correspondence to DCC; Review correspondence; Telephone conference with M. DeMichele re document request; Consider claims issues . | 375.00 | 0.80 | 300.00 |
| 10/16/2007<br>DAR | Correspond with M. DeMichele (Morgan Stanley) re plan documentation; Correspond with D. Pinto (Morgan Stanley) re Plan documentation; Office conference with JMM. | 125.00 | 0.20 | 25.00 |
| 10/17/2007<br>JMM | Office conference with DAR re response from Morgan |  |  |  |

Diagnostic and Clinical Cardiology, P.A.

Re: Benefits Advice

Page: 2
November 01, 2007
Account No:    167-11M
Statement No:      2257

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Stanley; Review correspondence from T. Cassella, consider issues. | 375.00 | 0.20 | 75.00 |
| | DAR | Telephone conference with D. DeFalco (Morgan Stanley) re status of document request, timing. | 125.00 | 0.40 | 50.00 |
| 10/18/2007 | JMM | Telephone conference with C. Detrizio re proposed letter to Smith Barney; Telephone conference with Dr. Casella re back up on account, position with Smith Barney, Morgan Stanley, information from Bank; Telephone conference with Dr. Casella re demand to Morgan Stanley; Consider issues. | 375.00 | 1.20 | 450.00 |
| 10/19/2007 | JMM | Telephone conference with M. Cobert re potential litigation; Telephone conference with G. Rogal re potential claim against Morgan Stanley; Draft correspondence to A. Pope; Telephone conference with D. DeFalco re receipt of records; Draft correspondence to Doctors, M. Cobert re Morgan Stanley documents; Draft demand letter to A. Pope re distribution and request for documents; Review plan on need for more time to determine benefit amount. | 375.00 | 3.00 | 1,125.00 |
| | DAR | Correspond with D. DeFalco (Morgan Stanley) re receipt of requested documents; Office conference with JMM. | 125.00 | 0.20 | 25.00 |
| 10/22/2007 | JMM | Review, revise letter to A. Pope on plan distributions; Review, respond to correspondence; Draft correspondence to trustees on demand letter; Office conference with DAR re information from Morgan Stanley; Review file; Respond to Dr. Casella on Plan Administrator . | 375.00 | 1.90 | 712.50 |
| | DAR | Telephone conference with D. DeFalco re Wednesday receipt of required document; Telephone conference with Dr. Casella re letter request to Morgan Stanley; Office conference with JMM; Correspond with D. DeFalco re trustee address; Review plan document re plan administrator. | 125.00 | 1.40 | 175.00 |
| 10/23/2007 | JMM | Telephone conference with Dr. Rogal re plan administrator; Review, revise letter to A. Pope; Office conference with DAR re response from Morgan Stanley. | 375.00 | 0.70 | 262.50 |
| | DAR | Correspond with A. Pope re 3rd Demand for Documents; Telephone conference with D. DeFalco re status of document request; Correspond with Dr. Casella and Dr. Rogal re status of Morgan Stanley document request, meeting with M. Cobert on Thursday. | 125.00 | 1.00 | 125.00 |

Diagnostic and Clinical Cardiology, P.A.

Page: 3
November 01, 2007
Account No: 167-11M
Statement No: 2257

Re: Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| **10/24/2007** | | | | |
| JMM | Office conference with DAR re information from Morgan Stanley; Review correspondence from Dr. Torre re request for information; Review correspondence from Dr. Rogal; Draft correspondence to M. Cobert. | 375.00 | 0.30 | 112.50 |
| DAR | Correspond with M. Cobert re meeting; Office conference with JMM re status of document requests from Morgan Stanley. | 125.00 | 0.50 | 62.50 |
| **10/25/2007** | | | | |
| JMM | Telephone conference with C. Detrizio (2) re status of plan claims, potential conflict conference with Dr. Rogal, Dr. Casella, M. Cobert, potential claim against Morgan Stanley, APC, insurance claims; Research ERISA statute of limitations; Draft correspondence to clients, Riker, M. Cobert. | 375.00 | 3.80 | 1,425.00 |
| **10/26/2007** | | | | |
| JMM | Telephone conference with S. Mints re information from Dr. Criscito; Office conference with DAR re recovery of documents from Morgan Stanley; Draft correspondence to S. Mints; Review file for document demands; Draft correspondence to client re contacts from S. Mints and Morgan Stanley. | 375.00 | 1.30 | 487.50 |
| **10/28/2007** | | | | |
| JMM | Review, respond to correspondence from Dr. Rogal, Dr. Casella, C. Detrizio, M. Cobert. | 375.00 | 0.20 | 75.00 |
| **10/29/2007** | | | | |
| JMM | Review correspondence from Dr. Casella, respond; Office conference with DAR re letter to Morgan Stanley; Review correspondence from D. DeFalco. | 375.00 | 0.60 | 225.00 |
| DAR | Office conference with JMM; Review Casella summary of documents received from Morgan Stanley; Prepare requests to Morgan Stanley for additional documents. | 125.00 | 0.70 | 87.50 |
| **10/31/2007** | | | | |
| DAR | Telephone conference with Beth of M. Cobert's office re documents received from Morgan Stanley; Office conference with JMM. | 125.00 | 0.20 | 25.00 |
| | For Current Services Rendered | | 21.90 | 7,062.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 17.30 | $375.00 | $6,487.50 |
| Debra A. Russenberger | 4.60 | 125.00 | 575.00 |

Diagnostic and Clinical Cardiology, P.A.

Page: 4
November 01, 2007
Account No:      167-11M
Statement No:         2257

Re:  Benefits Advice

## Disbursements

| 10/31/2007 | Telephone, Copy and Fax | 176.56 |
| | Total Disbursements | 176.56 |
| | Total Current Work | 7,239.06 |
| | Previous Balance | -$1,889.68 |
| | Balance Due | $5,349.38 |
| | Please Remit | $5,349.38 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike - Suite 203
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

New Jersey Cardiology Associates
375 Mt. Pleasant Avenue
West Orange  NJ  07052

Attn: Dr. Gary J. Rogal, M.D.

Page: 1
December 03, 2007
Account No:     167-11M
Statement No:       2296

Re:  Plan Administration

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/02/2007** | | | | |
| JMM | Review brokerage statements and notes; Draft correspondence to Dr Casella (2). | 375.00 | 2.20 | 825.00 |
| **11/05/2007** | | | | |
| JMM | Review correspondence on investment accounts; Telephone conference with C. Detrizio, J. Wells on fiduciary litigation. | 375.00 | 0.30 | 112.50 |
| **11/06/2007** | | | | |
| JMM | Office conference with DAR re account statements; Review materials; Conference with Dr. Casella, M. Cobert re potential claims; Review of information received. | 375.00 | 3.70 | 1,387.50 |
| **11/07/2007** | | | | |
| JMM | Review file; Draft correspondence to Morgan Stanley, APC, S. Mints re additional information; Draft notice and request for additional information to Smith Barney, Sovereign Bank; Telephone conference with M. Cobert, L. Witman re potential litigation; Office conference with DAR re plan records, letters requesting additional information. | 375.00 | 3.50 | 1,312.50 |
| DAR | Research Form 1099-R, codes; Review documents for missing information; Office conference with JMM; Review file re document requests; Telephone conference with Dr. Casella re Smith Barney contact information; Office conference with JMM. | 125.00 | 5.90 | 737.50 |
| **11/08/2007** | | | | |
| JMM | Review, revise letters, telephone conference with M. Cobert, L. Witman, S. Charme, re: potential litigation; draft correspondence on follow up letters; office conference with DAR, review fidelity bond. | 375.00 | 2.80 | 1,050.00 |
| DAR | Review files re document requests to Smith Barney, Morgan Stanley, Sovereign Bank, American Pension, S. Mints; ████████ process, ██████████████ Office conference with JMM. | 125.00 | *3.60* | *450.00* |

New Jersey Cardiology Associates

Re:  Plan Administration

Page: 2
December 03, 2007
Account No:    167-11M
Statement No:    2296

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/09/2007 | ■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ | ■■■ |
| DAR | Review files; Prepare correspondence to Smith Barney, Morgan Stanley, Sovereign Bank, American Pension, S. Mints. | | 125.00 | 3.00 | 375.00 |
| 11/12/2007 JMM | Meeting with L. Witman, S. Charme, M. Cobert, re: potential plan litigation, statute of limitations, coordination of DCC suit, review correspondence from Dr. Casella, telephone conference with Dr. Casella, re; preparation of documents, meeting with trustees and litigators. | | 375.00 | 3.80 | 1,425.00 |
| 11/13/2007 JMM | Review 5500 and worksheets. | | 375.00 | 0.80 | 300.00 |
| 11/14/2007 JMM | Meeting with Dr. Casella, Dr. Rogal, the trustees, L. Witman, S. Charme, M. Cobert, re; potential litigation; telephone conference with Detrizio, re: status; telephone conference with S. Mints, re: timeline for documents, review file, draft correspondence to client, counsel, review correspondence, review fidelity bond. | | 375.00 | 3.40 | 1,275.00 |
| | ■■ ■■■■■■■■■■■■■ | | ■■■ | ■■■ | ■■■ |
| 11/15/2007 JMM | ■■■■■■■■■■■■■■■■■■■■■■■■■ office conference with S. Charme on withdrawal requests, notice of improper withdrawals; review correspondence from American Pension. | | 375.00 | *1.20* | *450.00* |
| DAR | Review files; Office conference with JMM and S. Charme re litigation issues. | | 125.00 | 2.50 | 312.50 |
| 11/16/2007 JMM | Review correspondence from Dr. Casella on Smith Barney account; telephone conference with M. Cobert, re: Smith Barney; review correspondence from Morgan Stanley; telephone conference with Dr. Casella, re: account information, trustee addition; draft correspondence to trustees, counsel on responses to document request. | | 375.00 | 1.50 | 562.50 |
| DAR | Review document requests, responses and documents produced; Prepare follow-up document requests American Pension, Morgan Stanley, Sheila Mints, Esq., Sovereign Bank, and Smith Barney. | | 125.00 | 2.90 | 362.50 |
| 11/18/2007 JMM | Review correspondence from Dr. Casella; send demand letters to S. Charme. | | 375.00 | 0.30 | 112.50 |

New Jersey Cardiology Associates

Page: 3
December 03, 2007
Account No:  167-11M
Statement No:  2296

Re: Plan Administration

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 11/19/2007 | | | | | |
| | JMM | Review Smith Barney statements. | 375.00 | 0.50 | 187.50 |
| | DAR | Review correspondence for privilege communications; Office conference with JMM. | 125.00 | 2.10 | 262.50 |
| 11/20/2007 | | | | | |
| | JMM | Review trustee appointment; Draft correspondence to S. Charme. | 375.00 | 0.10 | 37.50 |
| | DAR | Prepare trustee acceptance for Dr. Casella; Office conference with JMM; Confer with S. Charme re documents, privilege; Review file re documents requests; Office conference with L. Cohen re document production. | 125.00 | 1.80 | 225.00 |
| 11/21/2007 | | | | | |
| | JMM | Office conference with DAR, re: drafts of letters to brokers demanding documents; review Morgan Stanley response. | 375.00 | 0.40 | 150.00 |
| | DAR | Correspond with Dr. Casella re trusteeship acceptance; Office conference with JMM; Review, organize documents produced. | 125.00 | 2.70 | 337.50 |
| 11/26/2007 | | | | | |
| | JMM | Review correspondence; office conference with DAR, re: request for information, review, revise demand letters. | 375.00 | 3.30 | 1,237.50 |
| | DAR | Review documents produce, responses to document requests; Prepare follow-up letters to document requests to American Pension, Morgan Stanley, Sheila Mints, Esq., Sovereign Bank, and Smith Barney; Telephone conference with Dr. Casella re Sovereign Bank account numbers; Office conference with JMM. | 125.00 | 7.00 | 875.00 |
| 11/27/2007 | | | | | |
| | JMM | Telephone conference with Dr. Casella, re: transfers and withdrawals; telephone conference with M. Cobert, re: demand letters, deadline. | 375.00 | 2.00 | 750.00 |
| | DAR | Review, revise document requests; Prepare service; Office conference with JMM. | 125.00 | 1.70 | 212.50 |
| 11/29/2007 | | | | | |
| | JMM | Review correspondence from Smith Barney; Send correspondence to trustees; Consider asset protection; Telephone conference with S. Charme re protecting plan assets where self-directed; Review correspondence from APC; Review fiduciary case law. | 375.00 | 1.60 | 600.00 |
| 11/30/2007 | | | | | |
| | JMM | Conference with S. Charme re fiduciary litigation claims; Send correspondence on APC. | 375.00 | 0.30 | 112.50 |
| | | For Current Services Rendered | | 64.90 | $16,037.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 31.70 | $375.00 | $11,887.50 |
| Debra A. Russenberger | 33.20 | 125.00 | $ 4,150.00 |

New Jersey Cardiology Associates

Page: 4
December 03, 2007
Account No:    167-11M
Statement No:    2296

Re:  Plan Administration

Disbursements

| 11/30/2007 | Telephone, Copy and Fax | | 448.75 |
| | Total Disbursements | | 448.75 |
| | Total Current Work | $16,486.25 | |
| | Previous Balance | | $5,349.38 |
| | Balance Due | | $23,748.13 |
| | Please Remit | | $23,748.13 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

|  |  |
|---|---|
| | Page: 1 |
| Diagnostic and Clinical Cardiology, P.A. | January 02, 2008 |
| 769 Northfield Avenue | Account No:   167-11M |
| Auite 220 | Statement No:   2324 |
| West Orange  NJ 07052 | |

Attn: Dr. Gary J. Rogal, M.D.


Re:  Benefits Advice


Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| **12/03/2007** | | | | | |
| | JMM | Review correspondence from APC. | 375.00 | 0.20 | 75.00 |
| **12/04/2007** | | | | | |
| | JMM | Telephone conference with S. Mints re response to document request; Draft correspondence to trustees; Office conference with DAR re follow up demand to Smith Barney. | 375.00 | 0.40 | 150.00 |
| | DAR | Review Smith Barney document production dated 11/28/07; Prepare additional document request; Office conference with JMM; Prepare letter to Dr. Casella re Smith Barney documents | 125.00 | 3.70 | 462.50 |
| **12/05/2007** | | | | | |
| | DAR | Review documents produced by American Pension Corporation; Correspond with Dr. Casella, M. Cobert and S. Charme re APC documents; Telephone conference with S. Charme re management of document productions; Office conference with JMM. | 125.00 | 2.70 | 337.50 |
| **12/06/2007** | | | | | |
| | JMM | Telephone conference with D. DeFalco re document request; Draft correspondence to Dr. Casella re participant account numbers; Review and reply. | 375.00 | 0.50 | 187.50 |
| | DAR | Review Smith Barney documents; Prepare reply; Office conference with JMM. | 125.00 | 1.90 | 237.50 |
| **12/07/2007** | | | | | |
| | JMM | Review correspondence from C. Detrizio re request for documents from APC; Draft correspondence; Office conference with  DAR re correspondence to D. DeFalco; Review account records; Revise demand letter to Smith Barney; Office conference with DAR re materials provided by Smith Barney; Review file; Draft correspondence to Dr. Casella; Review correspondence from APC. | 375.00 | 2.00 | 750.00 |

Diagnostic and Clinical Cardiology, P.A.

Page: 2
January 02, 2008
Account No: 167-11M
Statement No: 2324

Re: Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| DAR | Review Smith Barney Account documents; Prepare follow-up letter to Smith Barney; correspond with D. DeFalco re participant names and account numbers; Office conference with JMM. | 125.00 | 2.10 | 262.50 |
| **12/10/2007** | | | | |
| JMM | Telephone conference with B. Warnock re release of documents; Telephone conference with I. Bashi re missing records; Review, revise letter to Smith Barney demanding documents; Telephone conference with S. Charme re documents; Review, draft correspondence to trustees; Review correspondence from Dr. Casella. | 375.00 | 1.20 | 450.00 |
| DAR | Draft Letter to S. Charme, M. Cobert re APC document production; Office conference with JMM; Correspond with doctors, M. Cobert, S. Charme re additional documents, Smith Barney reply. | 125.00 | 1.90 | 237.50 |
| **12/11/2007** | | | | |
| JMM | Review changes to demand letter; Telephone conference with S. Charme re letter to Smith Barney; Telephone conference with M. Cobert re Smith Barney demand, responsibility to diversify; Revise Smith Barney letter. | 375.00 | 0.80 | 300.00 |
| **12/12/2007** | | | | |
| JMM | Telephone conference with B. Warnock re commingled account worksheet; Telephone conference with S. Charme re disclosure; Telephone conference with B. Warnock re back up account statements; Telephone conference with I. Bashi re 1099 forms and Smith Barney statements; Review correspondence from B. Warnock; Conference with M. Cobert re arbitration complaint, review plan, review ERISA provisions, discuss other concerns. | 375.00 | 2.40 | 900.00 |
| **12/13/2007** | ███████████████████████████████████████ | ████ | ████ | ████ |
| **12/14/2007** | | | | |
| JMM | Review correspondence from Dr. Casella; Conference with I. Bashi re 5500; Telephone conference with S. Mints re documents; Draft correspondence to trustees on documents. | 375.00 | 0.60 | 225.00 |
| **12/17/2007** | | | | |
| JMM | Telephone conference with S. Mints re document request, additional information; Review letter; Draft | | | |

Page: 3
January 02, 2008
Account No:     167-11M
Statement No:        2324

Diagnostic and Clinical Cardiology, P.A.

Re:  Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| DAR | correspondence to trustees re response from S. Mints; Review correspondence from Morgan Stanley; Review correspondence; Telephone conference with Dr. Rogal; Draft correspondence to M. Cobert, trustees re Morgan Stanley role; Telephone conference with L. Cohn. Telephone conference with L. Cohen re S. Mints production; Review APC production; Prepare additional document request; Office conference with JMM; Review Mints production; Review Morgan Stanley production. | 375.00 | 2.20 | 825.00 |
| | | 125.00 | 3.40 | 425.00 |
| **12/18/2007** | | | | |
| DAR | Research re North American Venture Capital Fund; Office conference with JMM; Prepare letter to M. Cobert re Morgan Stanley production. | 125.00 | 0.80 | 100.00 |
| **12/19/2007** | | | | |
| JMM | Office conference with DAR re information request from B. Warnock, follow up with Morgan Stanley; Telephone conference with Dr. Rogal; Telephone conference with L. Cohn. | 375.00 | 0.60 | 225.00 |
| DAR | Review APC production, 11/27/07 request; Review 1099s and claim forms; Prepare response; Office conference with JMM; Telephone conference with D. DeFalco re documents on individual accounts. | 125.00 | 4.30 | 537.50 |
| **12/20/2007** | | | | |
| JMM | Conference with  L. Cohn re Dr. communications; Review materials from S. Mints; Office conference with DAR re document request; Review I. Bashi notes on missing documents; Telephone conference with I. Bashi re distribution to Criscito, missing information; Draft letter to S. Mints re document request. | 375.00 | 1.20 | 450.00 |
| DAR | Review documents produced by S. Mints; Office conference with JMM; Conference with I. Bashi. | 125.00 | 1.90 | 237.50 |
| **12/21/2007** | | | | |
| JMM | Review, revise letter to S. Mints re documents; Review, revise letter to B. Warnock; Telephone conference with L. Cohn re correspondence; Review I. Bashi's list of missing documents; Conference with I. Bashi re additional information needed; Draft correspondence to Dr. Casella, M. Cobert. | 375.00 | 2.50 | 937.50 |
| **12/26/2007** | | | | |
| JMM | Review, respond to correspondence from Dr. Casella; Revise letter to S. Mints. | 375.00 | 0.40 | 150.00 |
| **12/27/2007** | | | | |
| JMM | Review correspondence from S. Mints re documents; Send correspondence to S. Charme, M. Cobert; Telephone conference with S. Charme re response to | | | |

Diagnostic and Clinical Cardiology, P.A.

Page: 4
January 02, 2008
Account No: 167-11M
Statement No: 2324

Re: Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| DAR | S. Mints; Draft letter to S. Mints; Conference with I. Bashi re Sovereign Bank statements; Review Sovereign statements; Draft letter to Sovereign; Review complaint against Morgan Stanley. Correspond with S. Charme re fiduciary responsibilities cases; Office conference with JMM; Review file re Sovereign Bank statements. | 375.00  125.00 | 2.80  0.90 | 1,050.00  112.50 |

12/28/2007
| JMM | Research; Draft reply to M. Cobert on arbitration complaint; Review plan; Review file for Sovereign documents; Conference with I. Bashi (3) re information from Dr. Casella, additional information required from Sovereign; Review 5500s; Draft correspondence to S. Mints re missing documents; Draft correspondence to Dr. Casella re participant statements and forms 5500s; Revise letter to S. Mints on document request; Review, respond to correspondence from Dr. Rogal; Draft letter to Sovereign Bank on missing information; Review account statements; Draft correspondence to I. Bashi re open issues; Draft correspondence to S. Charme re S. Mints; Draft correspondence to Dr. Casella re Sovereign accounts; Telephone conference with S. Mints re delivery. | 375.00 | 4.60 | 1,725.00 |
| DAR | Telephone call to D. DeFalco (Morgan Stanley) re status of response to document requests; Draft letter to S. Mints re document request. | 125.00 | 0.60 | 75.00 |

12/31/2007
| JMM | Telephone conference with M. Cobert re FINRA complaint. | 375.00 | 0.20 | 75.00 |
| | For Current Services Rendered | | ~~46.80~~ | ~~$11,500.00~~ |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | ~~22.60~~ | $375.00 | ~~$8,475.00~~ |
| Debra A. Russenberger | 24.20 | 125.00 | 3,025.00 |

Disbursements

| 11/09/2007 | Federal Express | 16.89 |
|---|---|---|
| 11/09/2007 | Federal Express | 23.94 |
| 11/09/2007 | Federal Express | 16.89 |
| 11/09/2007 | Federal Express | 16.89 |
| 11/09/2007 | Federal Express | 16.89 |
| 11/09/2007 | Federal Express | 16.89 |
| 11/27/2007 | Federal Express | 21.14 |
| 11/27/2007 | Federal Express | 14.50 |
| 11/27/2007 | Federal Express | 14.50 |
| 11/27/2007 | Federal Express | 14.50 |
| 11/27/2007 | Federal Express | 14.63 |
| 12/04/2007 | Federal Express | |

Diagnostic and Clinical Cardiology, P.A.

Page: 5
January 02, 2008
Account No:      167-11M
Statement No:         2324

Re:  Benefits Advice

| | | |
|---|---|---|
| 12/04/2007 | Federal Express | 14.63 |
| 12/04/2007 | Federal Express | 14.63 |
| 12/07/2007 | Federal Express | 24.26 |
| 12/12/2007 | Federal Express | 21.33 |
| 12/26/2007 | Federal Express | 13.79 |
| 12/31/2007 | Telephone, Copy and Fax | 296.88 |
| | Total Disbursements | 573.18 |
| | Total Current Work | $12,073.18 |
| | Previous Balance | ~~$23,748.13~~ |

Payments

| | | |
|---|---|---|
| 12/11/2007 | Payment | ~~5,349.38~~ |
| | Balance Due | ~~$30,846.93~~ |
| | Please Remit | ~~$30,846.93~~ |

*New amount*

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Page: 1
February 04, 2008
Account No:     167-11M
Statement No:          2357

Diagnostic and Clinical Cardiology, P.A.
769 Northfield Avenue
Auite 220
West Orange  NJ  07052

Attn: Dr. Gary J. Rogal, M.D.

Re:  Benefits Advice

<u>Fees</u>

| | | Rate | Hours | |
|---|---|---|---|---|
| 01/02/2008 | | | | |
| JMM | Review Morgan Stanley complaint; Telephone conference with Beth at M. Cobert's office; Draft correspondence to S. Charme re response to S. Mints; Telephone conference with S. Charme (2) re participant statements, response to S. Mints, account information to I. Bashi; Telephone conference with Dr. Casella re participant statements, response to S. Mints, other investment houses; Review account summary with Dr. Casella and S. Charme; Conference with I. Bashi re transfers to Sovereign Bank, 2nd account, other investment firms; Telephone conference with M. Cobert re complaint, fiduciary role of MS. | 390.00 | 2.50 | 975.00 |
| 01/03/2008 | | | | |
| JMM | Telephone conference with M. Cobert re MS complaint; Review documents from S. Mints; Telephone conference with M. Cobert re MS administration involvement; Telephone conference with S. Charme re lack of investment statements; Telephone conference with Dr. Casella re communications from MS, records of distributions; Conference with I. Bashi re deposits and withdrawals from Sovereign, MS distributions; Draft letter to S. Mints. | 390.00 | 1.80 | 702.00 |
| 01/06/2008 | | | | |
| JMM | Review, revise letters to Sovereign Bank, S Mints re missing documents. | 390.00 | 0.50 | 195.00 |
| 01/07/2008 | | | | |
| JMM | Review, revise letters to Sovereign Bank, S Mints re missing documents. | 390.00 | 1.00 | 390.00 |
| 01/08/2008 | | | | |
| JMM | Conference with S. Charme, L. Witman, I. Bashi, Pete re plan valuation reports; Telephone conference with | | | |

Page: 2
February 04, 2008
Account No:    167-11M
Statement No:    2357

Diagnostic and Clinical Cardiology, P.A.

Re:  Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| | Dr. Casella re census information, timing of deposits; Review file re open issues from APC. | 390.00 | 2.20 | 858.00 |
| DAR | Review file; Review prior document request to S. Mints; Draft response to S. Mints re request for information; Office conference with JMM; Telephone conference with D. DeFalco's office re non receipt of documents promised; Office conference with JMM; Correspond with Dr. Casella re Mints production cover letter. | 130.00 | 5.50 | 715.00 |

**01/09/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| JMM | Telephone conference with  S. Charme re information from Dr. Casella, S. Mints, APC; Conference with I. Bashi re Morgan Stanley information; Telephone conference with Beth at M. Cobert's office re Morgan Stanley spreadsheets; Telephone conference with M. Cobert re APC documents; Telephone conference with L. Witman, I. Bashi re census information, timing of deposits; Review employee census information from Dr. Casella; Review, revise letter to S. Mints re missing documents; Draft correspondence to S. Charme, Dr. Casella re request to S. Mints; Telephone conference with S. Charme re request; Telephone conference with I. Bashi re missing documents; Telephone conference with B. Warnock (APC) re 2006 valuation, 2000 distributions, old loan, participant statements; Draft memo to file and circulate. | 390.00 | 3.70 | 1,443.00 |
| DAR | Review Morgan Stanley account records re Charles Schwab account information; Office conference with JMM; Correspond with Dr. Casella, M. Cobert, and S. Charme re S. Mints letter. | 130.00 | 3.90 | 507.00 |

**01/10/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| JMM | Review correspondence from S. Charme, Dr. Casella; Review changes per M. Cobert; Telephone conference with S. Charme re request for new information from S. Mints; Review, revise letter; Review status report; Office conference with DAR re outstanding information; Draft letter to Smith Barney. | 390.00 | 1.40 | 546.00 |
| DAR | Review correspondence from M. Cobert, S. Charme re Mints document request; Review Mints request; Office conference with JMM; Review documents requests, documents produced; Prepare status report; Office conference with JMM; Prepare follow-up letter to Smith Barney re document requests. | 130.00 | 6.40 | 832.00 |

**01/11/2008**

JMM    Telephone conference with M. Cocozziello (Sovereign Bank) re additional information; Telephone conference with Dr. Casella re responses from Sovereign Bank, Morgan Stanley, S. Mints, request to APC; Telephone conference with B. Warnock re files; Draft memo to all on contacts; Draft memo on Sovereign Bank

Diagnostic and Clinical Cardiology, P.A.

Page: 3
February 04, 2008
Account No:     167-11M
Statement No:     2357

Re:  Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| | conversation. | 390.00 | 1.10 | 429.00 |
| DAR | Telephone conference with D. DeFalco (Morgan Stanley) (2) re whereabouts of documents; Telephone conference with M. Wagner (Smith Barney) re status of document requests; Telephone conference with Sovereign Bank re status of document requests; Office conference with JMM; Correspond with Dr. Casella, M. Cobert, S. Charme re status of Morgan Stanley document requests. | 130.00 | 1.60 | 208.00 |
| **01/14/2008** | | | | |
| JMM | Telephone conference with D. Moore (Sovereign Bank) re response to request; Review correspondence from Dr. Casella; Draft correspondence. | 390.00 | 0.30 | 117.00 |
| DAR | Review correspondence from S. Mints re document requests; Office conference with JMM; Correspond with Dr. Casella, M. Cobert, S Charme re Mints letter; Review file re Smith Barney 1099; Correspond with D. Moore (Sovereign Bank) re document requests, 1099; Office conference with JMM. | 130.00 | 4.30 | 559.00 |
| **01/15/2008** | | | | |
| JMM | Office conference with DAR re review Morgan Stanley documents, obtain APC documents. | 390.00 | 0.30 | 117.00 |
| DAR | Correspond with S. Charme re Morgan Stanley Documents; Office conference with JMM; Telephone conference with M. Cobert re Morgan Stanley documents; Telephone conference with S. Charme re processing of MS documents; Telephone conference with Dr. Casella re MS document ; Office conference with JMM; Telephone conference with B. Warnock (APC) re logistics for document duplication; Telephone conference with S. Charme re logistics for copying APC documents; Telephone conference with M. Cobert's office re copying of APC; Telephone conference with MCD re copying logistics. | 130.00 | 5.60 | 728.00 |
| **01/16/2008** | | | | |
| JMM | Telephone conference with S. Charme re Morgan Stanley documents, recovery of additional materials, litigation support. | 390.00 | 0.30 | 117.00 |
| DAR | Telephone conference with MCD re receipt and processing of APC documents; Office conference with JMM. | 130.00 | 0.80 | 104.00 |
| **01/17/2008** | | | | |
| DAR | Review correspondence from B. Warnock; Telephone conference with JMM re APC documents; Correspond with S. Charme. | 130.00 | 1.20 | 156.00 |
| **01/21/2008** | | | | |
| DAR | Telephone conference with MCD re return of APC | | | |

Diagnostic and Clinical Cardiology, P.A.

Re:  Benefits Advice

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | original documents; Telephone conference with B. Warnock re confirming return of original document from MCD. | 130.00 | 0.40 | 52.00 |
| 01/22/2008 | JMM | Telephone conference with S. Charme (2) re APC role; Telephone conference with B. Warnock re recalculations; Telephone conference with Dr. Casella re 2007 plan administration; Review correspondence; Draft correspondence to I. Bashi re 2007 distributions; Draft correspondence to Dr. Casella. | 390.00 | 1.20 | 468.00 |
|  | DAR | Telephone conference with D. DeFalco re production of canceled checks; Telephone conferences with S. Charme (4) re APC document production; Correspond with Dr. Casella, M. Cobert, S. Charme re APC 1/16/08 Foggio documents; Telephone conference with MCD (4) re duplication of APC documents. | 130.00 | 1.90 | 247.00 |
| 01/23/2008 | JMM | Review correspondence from B. Warnock re amendment; Draft correspondence to S. Charme; Telephone conference with S. Charme re APC and 2007 administration; Draft correspondence to Dr. Casella; Telephone conference with B. Warnock re assistance. | 390.00 | 0.80 | 312.00 |
| 01/25/2008 | JMM | Telephone conference with Dr. Casella re distributions from plan, tax id #s, notice on distribution process; Office conference with DAR re follow up; Draft correspondence on S. Mints response. | 390.00 | 0.40 | 156.00 |
|  | DAR | Correspond with Dr. Casella, M. Cobert, S. Charme re correspondence from B. Warnock (APC). | 130.00 | 0.50 | 65.00 |
| 01/29/2008 | JMM | Telephone conference with D. DeFalco re request for documents; Draft correspondence to S. Charme, M. Cobert, re Morgan Stanley; Review correspondence from D. DeFalco. | 390.00 | 0.40 | 156.00 |
|  | DAR | Telephone conference with D. Moore (Sovereign Bank) re status of response to document requests; Correspond with S. Mints re response to document request past due as of 1.25.08; Correspond with D. DeFalco re status of canceled checks to be produced; Office conference with JMM. | 130.00 | 1.20 | 156.00 |
| 01/30/2008 | DAR | Office conference with JMM; Correspond with Dr. Casella, M. Cobert. S. Charme re amended 5500 from APC; Review correspond from S. Charme. | 130.00 | 0.80 | 104.00 |
|  | JMM | Draft correspondence to S. Charme re request for information; Review file; Review plan on timing of |  |  |  |

Diagnostic and Clinical Cardiology, P.A.

Page: 5
February 04, 2008
Account No:      167-11M
Statement No:         2357

Re:  Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| | distributions. | 390.00 | 0.80 | 312.00 |
| 01/31/2008 | | | | |
| JMM | Draft correspondence to Dr. Casella re distributions. | 390.00 | 0.20 | 78.00 |
| | For Current Services Rendered | | 53.00 | 11,804.00 |

### Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 18.90 | $390.00 | $7,371.00 |
| Debra A. Russenberger | 34.10 | 130.00 | 4,433.00 |

### Disbursements

| | | | |
|---|---|---|---|
| 01/07/2008 | Federal Express | | 24.86 |
| 01/08/2008 | Federal Express | | 15.83 |
| 01/10/2008 | Federal Express | | 23.42 |
| 01/22/2008 | Photocopy charges - MCD | | 624.08 |
| 01/24/2008 | Photocopy charges - APC | | 293.93 |
| 01/29/2008 | Photocopy charges  - Morris Cty Duplicating - APC and Morgan Stanley documents | | 2,357.75 |
| 01/31/2008 | Telephone, Copy and Fax | | 295.10 |
| | Total Disbursements | | 3,634.97 |
| | Total Current Work | | 15,438.97 |
| | Previous Balance | | $30,846.93 |

### Payments

| | | |
|---|---|---|
| 01/21/2008 | Payment | -18,398.75 |
| | Balance Due | $27,887.15 |
| | Please Remit | $27,887.15 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Diagnostic and Clinical Cardiology, P.A.
769 Northfield Avenue
Auite 220
West Orange  NJ  07052

Attn: Dr. Gary J. Rogal, M.D.

Page: 1
March 05, 2008
Account No:  167-11M
Statement No:  2390

Re:  Benefits Advice

<u>Fees</u>

| | | Rate | Hours | |
|---|---|---|---|---|
| **02/01/2008** | | | | |
| JMM | Telephone conference with DAR re S. Mints response, consider response. | 390.00 | 0.20 | 78.00 |
| **02/04/2008** | | | | |
| JMM | Review correspondence from S. Mints; Telephone conference with S. Charme. | 390.00 | 0.20 | 78.00 |
| **02/05/2008** | | | | |
| JMM | Telephone conference with S. Charme re response to S. Mints, follow up with Smith Barney and Sovereign, MS paperwork; Telephone conference with Dr. Casella re MS process, notice to all investment providers re consents for distributions; Draft correspondence to Dr. Casella re distributions from plan accounts; Review file. | 390.00 | 1.40 | 546.00 |
| **02/06/2008** | | | | |
| JMM | Contact Sovereign Bank re requested materials. | 390.00 | 0.10 | 39.00 |
| **02/07/2008** | | | | |
| JMM | Telephone conference with Dr. Rogal re timing of contributions. | 390.00 | 0.10 | 39.00 |
| **02/08/2008** | | | | |
| JMM | Telephone conference with D. Godet, Sovereign Bank re failure to respond; Review file, outline outstanding issues. | 390.00 | 0.10 | 39.00 |
| **02/18/2008** | | | | |
| JMM | Review correspondence from Smith Barney; Telephone conference with S. Charme. | 390.00 | 0.20 | 78.00 |
| **02/19/2008** | | | | |
| JMM | Telephone conference with S. Charme re response from Smith Barney, other potential costs than fiduciary breach, potential plan disqualification, plan account | | | |

Diagnostic and Clinical Cardiology, P.A.

Page: 2
March 05, 2008
Account No:  167-11M
Statement No:  2390

Re:  Benefits Advice

| | | Rate | Hours | |
|---|---|---|---|---|
| | balance differences on APC reports vs 5500, distributions to Mario, reporting, ERISA reporting requirements, (0.5); Research ERISA disclosure to DOL on litigation, 5500 penalty (0.5); telephone conference with S. Charme re information to S Mints (2 calls) (0.2); Draft correspondence to S. Charme re disclosure to DOL, failure to report penalty (0.3); Draft correspondence to all on Smith Barney response; Review 1999 statement (0.2); Review, respond to correspondence from Dr. Casella (n/c); Review letter from Mints; Draft correspondence to S. Charme on letter from Mints(0.2); Telephone conference with S. Charme re underreporting on Smith Barney (n/c). | 390.00 | 1.90 | 741.00 |
| 02/25/2008 DAR | Prepare correspondence to M. Cobert, S. Charme re Smith Barney documents. | 130.00 | 0.30 | 39.00 |
| | For Current Services Rendered | | 4.50 | 1,677.00 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 4.20 | $390.00 | $1,638.00 |
| Debra A. Russenberger | 0.30 | 130.00 | 39.00 |

Disbursements

| | | |
|---|---|---|
| 02/25/2008 | Federal Express | 23.23 |
| 02/25/2008 | Federal Express | 23.23 |
| 02/29/2008 | Telephone, Copy and Fax | 41.93 |
| | Total Disbursements | 88.39 |
| | Total Current Work | 1,765.39 |
| | Previous Balance | $27,887.15 |

Payments

| | | |
|---|---|---|
| 02/19/2008 | Payment | -12,448.18 |
| 02/25/2008 | Payment (1/2 of 15,438.97 (#2357) | -7,719.48 |
| | Total Payments | -20,167.66 |
| | Balance Due | $9,484.88 |
| | Please Remit | $9,484.88 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Page: 1
April 01, 2008

Diagnostic and Clinical Cardiology, P.A.
769 Northfield Avenue
Auite 220
West Orange  NJ  07052

Account No:      167-11M
Statement No:           2416

Attn: Dr. Gary J. Rogal, M.D.

Re:  Benefits Advice

<u>Fees</u>

| | | Rate | Hours | |
|---|---|---|---|---|
| 03/11/2008<br>JMM | Telephone conference with Dr. Casella re distributions without benefit election forms, letter to brokers. | 390.00 | 0.10 | 39.00 |
| 03/12/2008<br>JMM | Review correspondence. | 390.00 | 0.20 | 78.00 |
| 03/13/2008<br>JMM | Review correspondence; Draft letters to brokers on plan distributions; Draft correspondence to Dr. Casella. | 390.00 | 1.80 | 702.00 |
| 03/14/2008<br>JMM | Review correspondence from Dr. Casella; Revise letters to brokers on plan asset transfers; Review plan on NRD. | 390.00 | 0.70 | 273.00 |
| 03/19/2008<br>DAR | Telephone conference with S. Charme re APC documents (2); Office conference with JMM. | 130.00 | 0.10 | 13.00 |
| 03/20/2008<br>JMM | Telephone conference with L. Lipset re rollover by Dr. Levy; Draft correspondence to Dr. Casella, Dr. Rogal. | 390.00 | 0.40 | 156.00 |
| 03/21/2008<br>JMM | Review complaint from S. Charme; Draft and respond to correspondence from M. Cobert re Morgan Stanley answer. | 390.00 | 1.40 | 546.00 |
| DAR | Review complaint; Office conference with JMM. | 130.00 | 0.90 | 117.00 |
| 03/24/2008<br>JMM | Review complaint; Telephone conference with S. Charme re revised complaint, notice to DOL; Review ERISA; Draft correspondence to S. Charme re notice. | 390.00 | 0.80 | 312.00 |
| DAR | Review Complaint; Office conference with JMM. | 130.00 | 1.00 | 130.00 |

Diagnostic and Clinical Cardiology, P.A.

Page: 2
April 01, 2008
Account No:    167-11M
Statement No:      2416

Re: Benefits Advice

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/25/2008 | | | | | |
| | DAR | Review Smith Barney account statements re w/d and deposit of $800,000 distribution incorrectly made; Office conference with JMM; Correspond with S. Charme re Smith Barney account records. | 130.00 | 0.90 | 117.00 |
| | JMM | Draft correspondence to Dr. Rogal re correction of distributions; Review revised complaint; Telephone conference with S. Charme re complaint; Review file; Office conference with DAR; Review Smith Barney account statement. | 390.00 | 1.30 | 507.00 |
| | | For Current Services Rendered | | 9.60 | 2,990.00 |

### Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 6.70 | $390.00 | $2,613.00 |
| Debra A. Russenberger | 2.90 | 130.00 | 377.00 |

### Disbursements

| 03/14/2008 | Federal Express | 18.19 |
|---|---|---|
| 03/14/2008 | Federal Express | 18.19 |
| 03/31/2008 | Telephone, Copy and Fax | 74.75 |
| | Total Disbursements | 111.13 |
| | Total Current Work | 3,101.13 |
| | Previous Balance | $9,484.88 |

### Payments

| 03/10/2008 | Payment | -7,719.49 |
|---|---|---|
| 03/31/2008 | Payment | -1,765.39 |
| | Total Payments | -9,484.88 |
| | Balance Due | $3,101.13 |
| | Please Remit | $3,101.13 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ 07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

|  |  |
|---|---|
| | Page: 1 |
| Diagnostic and Clinical Cardiology, P.A. | May 01, 2008 |
| 769 Northfield Avenue | Account No:    167-11M |
| Auite 220 | Statement No:    2481 |
| West Orange  NJ 07052 | |

Attn: Dr. Gary J. Rogal, M.D.

Re: Benefits Advice

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/02/2008 | | | | | |
| | JMM | Review and respond to correspondence from Dr. Rogal; Telephone conference with M. Cobert re potential settlement. | 390.00 | 0.10 | 39.00 |
| 04/03/2008 | | | | | |
| | JMM | Telephone conference with L. Cohn re DOL/IRS filing of complaint. | 390.00 | 0.10 | 39.00 |
| 04/04/2008 | | | | | |
| | JMM | Review, respond to multiple correspondence from Dr .Rogal; Telephone conference with M. Cobert re potential settlement. | 390.00 | 1.00 | 390.00 |
| 04/07/2008 | | | | | |
| | JMM | Telephone conference with S. Charme re earnings. | 390.00 | 0.30 | 117.00 |
| 04/08/2008 | | | | | |
| | JMM | Telephone conference with S. Charme (2) re earnings calculations; Draft correspondence on alternative assumptions; Review correspondence from S. Charme; Draft reply on counsel. | 390.00 | 0.40 | 156.00 |
| 04/15/2008 | | | | | |
| | JMM | Telephone conference with M. Cobert re settlement offer; Telephone conference with S. Feit re comfort with potential loss. | 390.00 | 0.60 | 234.00 |
| 04/17/2008 | | | | | |
| | JMM | Telephone conference with L. Witman re estimate of costs to fix IRS problems. | 390.00 | 0.30 | 117.00 |
| 04/30/2008 | | | | | |
| | DAR | Telephone conference with S. Charme (2) re request for Sovereign Bank Documents; Review files; Telephone conference with S. Feit; Office conference | | | |

Diagnostic and Clinical Cardiology, P.A.

Page: 2
May 01, 2008
Account No:    167-11M
Statement No:       2481

Re:  Benefits Advice

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| JMM | with JMM. | 130.00 | 1.40 | 182.00 |
|  | Office conference with DAR re documents to S. Feit; |  |  |  |
|  | Review documents. | 390.00 | 0.20 | 78.00 |
|  | For Current Services Rendered |  | 4.40 | 1,352.00 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 3.00 | $390.00 | $1,170.00 |
| Debra A. Russenberger | 1.40 | 130.00 | 182.00 |

Disbursements

| 04/09/2008 | Federal Express | 18.42 |
|---|---|---|
| 04/30/2008 | Telephone, Copy and Fax | 33.80 |
|  | Total Disbursements | 52.22 |
|  | Total Current Work | 1,404.22 |
|  | Previous Balance | $3,101.13 |
|  | Balance Due | $4,505.35 |
|  | Please Remit | $4,505.35 |

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ 07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Diagnostic and Clinical Cardiology. P.A.
769 Northfield Avenue - Suite 220
West Orange  NJ 07052

Attn: Dr. Gary Rogal

Page: 1
June 02, 2008
Account No:        183-04M
Statement No:           2499

Re:  ERISA Litigation

<u>Fees</u>

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 05/01/2008 |  |  |  |  |
| DAR | Correspond with M. Cobert, S. Charme re MS e-mail on trustees; Office conference with JMM. | 125.00 | 1.30 | 162.50 |
| 05/13/2008 |  |  |  |  |
| JMM | Telephone conference with S. Charme re motion to dismiss, position with respect to taking plan assets. | 375.00 | 0.40 | 150.00 |
| 05/15/2008 |  |  |  |  |
| JMM | Draft correspondence to S. Charme re need to recover cost of fixing plan administrative errors; Prepare for potential audit; Research; Draft correspondence to S. Charme on legal requirements to take a distribution. | 375.00 | 0.80 | 300.00 |
| 05/16/2008 |  |  |  |  |
| JMM | Prepare response to S. Charme re distribution process, impact of failure to follow, prohibited transaction and impact; Review plan; Research. | 375.00 | 3.60 | 1,350.00 |
| DAR | Review files re NRA, in- service distributions and M. Criscito DOB; Office conference with JMM. | 125.00 | 1.70 | 212.50 |
| 05/19/2008 |  |  |  |  |
| JMM | Office conference with DAR; Review plan documents re in service withdrawals; Review Kern motion; Draft correspondence (2) to S. Charme on M. Criscito's distributions, need for return. | 375.00 | 1.70 | 637.50 |
| DAR | Review plan documents re historical normal retirement age, NRA, in-service distributions; Office conference with JMM. | 125.00 | 2.90 | 362.50 |
|  | For Current Services Rendered |  | 12.40 | 3,175.00 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 6.50 | $375.00 | $2,437.50 |
| Debra A. Russenberger | 5.90 | 125.00 | 737.50 |

Diagnostic and Clinical Cardiology. P.A.

Page: 2
June 02, 2008
Account No:    183-04M
Statement No:    2499

Re:  ERISA Litigation

### Disbursements

05/31/2008     Telephone, Copy and Fax                                          79.38
               Total Disbursements                                              79.38

               Total Current Work                                            3,254.38

               Balance Due                                                  $3,254.38  ⋁

               Please Remit                                                 $3,254.38

**JOY M. MERCER, P.C.**
30 Columbia Turnpike
Florham Park, NJ  07932
973-377-0500
Fax 973-377-5885
Tax ID# 20-0335096

Page: 1
July 01, 2008

Diagnostic and Clinical Cardiology. P.A.
769 Northfield Avenue - Suite 220
West Orange  NJ 07052

Account No:      183-04M
Statement No:            2531

Attn: Dr. Gary Rogal

Re:  ERISA Litigation

<u>Fees</u>

| Date | | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/03/2008 | | | | | |
| | JMM | Telephone conference with M. Cobert re release of documents; Review documents that were obtained, privilege issue. | 375.00 | 0.50 | 187.50 |
| | DAR | Review files; Telephone conference with JMM, M. Cobert re document productions; Office conference with JMM. | 125.00 | 1.00 | 125.00 |
| 06/16/2008 | | | | | |
| | JMM | Telephone conference with L. Witman re VCP submission; Telephone conference with S. Feit re IRS submission on correction, need to revise 5500s; Telephone conference with S. Charme re estimate to correct plan administration. | 375.00 | 0.50 | 187.50 |
| | | For Current Services Rendered | | 2.00 | 500.00 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joy M. Mercer | 1.00 | $375.00 | $375.00 |
| Debra A. Russenberger | 1.00 | 125.00 | 125.00 |

<u>Disbursements</u>

| 06/30/2008 | Telephone, Copy and Fax | 12.50 |
|---|---|---|
| | Total Disbursements | 12.50 |
| | Total Current Work | 512.50 |
| | Previous Balance | $3,254.38 |

<u>Payments</u>

| 06/30/2008 | Payment | -3,254.38 |
|---|---|---|

Diagnostic and Clinical Cardiology. P.A.

Page: 2
July 01, 2008
Account No:     183-04M
Statement No:        2531

Re:  ERISA Litigation

Balance Due                                                   $512.50

Please Remit                                                  $512.50