## EXHIBIT B

### RIKER DANZIG SCHERER HYLAND PERRETTI LLP

| Tab | Bill Date | Legal Fees | Costs | Total Fees and Costs | Hrs. C. Detrizio |
|---|---|---|---|---|---|
| 1 | 9-18-07 | $4,500.00 | ----------------- | $4,500.00 | 12.0 |
| 2 | 10-31-07 | $861.00 | ----------------- | $861.00 | 2.1 |
| 3 | 12-27-07 | $1,681.00 | ----------------- | $1,681.00 | 4.1 |
| | Totals: | $7,042.00 | ----------------- | **$7,042.00** | 18.2 |



**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

SEPTEMBER 18, 2007  
FILE # 0021961-000004

PAGE          3



08/16/07  C Detrizio    2.00   Phone conferences with M. Brown re Dr. Criscito appointment information; review such information provided by M. Brown; draft related correspondences to M. Brown; review and respond to various correspondences with J. Wells re retirement plan issues, statute of limitations for fraud and impact upon other Dr. Criscito issues; phone conference with J. Mercer; review retirement plan SPDs in connection therewith; draft related correspondences to Dr. Rogal;

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.   SEPTEMBER 18, 2007
769 Northfield Avenue                    FILE # 0021961-000004
Suite 220
West Orange, New Jersey 07052
Attn: Dr. Gary Rogal
PERSONAL & CONFIDENTIAL                  PAGE        4

08/20/07 C Detrizio    3.00 Review and respond to and draft various
                            correspondences;

2.0              NJ

                       draft, review, revise and finalize summary of
                       retirement plan situation for use by J. Mercer;
                       review and attn to forwarding to same limited
                       plan materials provided thus far; review
                       lengthy update correspondence from T. Casella
                       re recent APC meeting and related possible
                       issues with former trustee; phone conferences
                       w/J. Mercer & G. Rogal;

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com



**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

SEPTEMBER 18, 2007  
FILE # 0021961-000004

PAGE        5

08/21/07 C Detrizio    4.00   Prepare for and participate in lengthy call with G. Rogal, T. Casella and J. Mercer re various DCC Plan issues; review certain Plan documentation in connection therewith; working sessions with J. Wells; draft, review, revise and finalize initial proposed draft of letter to APC; review document request list received from J. Mercer in connection therewith; review and respond to various correspondences; attn to various trust/plan-related matters.

08/22/07 C Detrizio    4.00   Review, revise and finalize letter to APC; review comments of J. Mercer to initial draft in connection therewith; attn to distribution of letter; review and respond to and draft numerous correspondences; review notice provision to Plan; attn to dealing with possible notification issue; attn to various other trust/plan issues; phone conference with M. Brown re administrative and logistics aspects of obtaining Plan materials from APC.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com



ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

SEPTEMBER 18, 2007  
FILE # 0021961-000004

PAGE            9

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Detrizio, Charles S. | PARTNER | 12.00 | 375.00 | 4,500 |

FEES  4,500

Photocopying  
Telephone  
Facsimile

DISBURSEMENTS  
TOTAL

Federal    $ 4500

CRISCITO RELATED ATTORNEYS' FEES    $4,500.00

PAYMENT DUE WITHIN 30 DAYS OF INVOICE DATE

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

DIAGNOSTIC AND CLINICAL CARDIOLOGY PA        Oct 31, 2007        PAGE    5
CLIENT NUMBER: 0021961
INVOICE NO.: 1108700




09/16/07 C Detrizio    1.00  Review and respond to question posed by J.
                             Mercer re possible next steps with Dr. Criscito
                             relating to plan document request; review,
                             revise and finalize draft correspondence
                             advising client with respect to Pope letter and
                             deficiencies therewith and possible benefits of
                             proceeding; draft related correspondence to J.
                             Wells.




CONTINUED

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com



**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

DIAGNOSTIC AND CLINICAL CARDIOLOGY PA
CLIENT NUMBER: 0021961                        Oct 31, 2007        PAGE    8
INVOICE NO.: 1108700

09/28/07 C Detrizio    ( 1.10  Discuss litigation strategy with J. Wells re
                               trustee issues; phone conferences with G. Rogal
                               and J. Mercer re same; review related
                               correspondence from J. Mercer; review prior
                               trust document request letter and subsequent
                               correspondences with J. Mercer in connection
                               with foregoing.



| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER Charles S. Detrizio | 2.10 | 410.00 | 861.00 |

FEES                                                                861.00

DISBURSEMENT SUMMARY
Code       Description
12         Photocopying                                              Value
129        Telephone Costs
67         Facsimile

DISBURSEMENTS

CRISCITO RELATED ATTORNEYS' FEES    TOTAL  $861.00
                                                     *total* 861.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com



A T T O R N E Y S   A T   L A W

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

DECEMBER 27, 2007  
FILE # 0021961-000004

PAGE    2



11/05/07  C Detrizio    2.20  Review and respond to correspondence from Dr. Casella; working sessions and exchange related correspondences with J. Wells re Criscito claims; phone conferences with M. Cobert and J. Mercer re same and cost benefit analysis to client to having one law firm handle all claims if M. Cobert not prepared to bring any non-arbitration claims; review and forward to client correspondence from D. Schwartz.



CONTINUED

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com



**RIKER DANZIG SCHERER HYLAND PERRETTI LLP**

ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

DECEMBER 27, 2007  
FILE # 0021961-000004

PAGE 3

| | | | |
|---|---|---|---|
| 11/14/07 | C Detrizio | .50 | Phone conference with J. Mercer; draft memo to file/J. Wells re latest litigation development; review prior correspondences to and from client to confirm Riker waiting for instruction with respect to possible litigation representation in Criscito matter. |
| 11/15/07 | C Detrizio | 1.40 | Phone conferences with Dr. Casella and, per his request, with S. Charme; exchange correspondences with J. Wells re same; draft, review, revise and finalize correspondences to Drs. Rogal and Casella re results of discussion with S. Charme and request regarding next steps and possible future involvement of Riker therewith. |



CONTINUED

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com



**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Diagnostic & Clinical Cardiology, P.A.  
769 Northfield Avenue  
Suite 220  
West Orange, New Jersey 07052  
Attn: Dr. Gary Rogal  
PERSONAL & CONFIDENTIAL

DECEMBER 27, 2007  
FILE # 0021961-000004

PAGE 4

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Detrizio, Charles S. | PARTNER | 4.10 | 410.00 | 1,681 |
| | | | FEES | 1,681.00 |

Legal Research Online  
Telephone Costs  
State of NJ Commercial Code Deposits

DISBURSEMENTS

*CRISCITO RELATED ATTORNEYS' FEES*

TOTAL   $1,681.00

Personal $1681

PAYMENT DUE WITHIN 30 DAYS OF INVOICE DATE

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984  
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578  
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628  
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271  
www.riker.com