## EXHIBIT D

### CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

| Tab | Bill Date | Legal Fees | Costs | Total Fees and Costs | Hrs. JMA | Hrs. MEF | Hrs. EM | Hrs. BHF | Hrs. KB | Hrs. LT | Hrs. EJ | Hrs. SV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6-23-10 | $8,147.50 | $36.78 | $8,184.28 | 10.2 | 6.7 | ---- | ---- | ---- | 3.5 | ---- | ---- |
| 2 | 7-30-10 | $5,884.00 | $29.16 | $5,913.16 | 10.4 | 1.5 | ---- | ---- | ---- | 0.8 | ---- | ---- |
| 3 | 8-26-10 | $13,345.00 | $617.89 | $13,962.89 | 20.2 | 6.3 | 2.9 | ---- | ---- | ---- | ---- | ---- |
| 4 | 9-17-10 | $61,850.00 | $501.79 | $62,351.79 | 101.1 | 14.0 | 12.1 | ---- | ---- | 20.7 | ---- | 0.7 |
| 5 | 10-15-10 | $70,375.00 | $1,258.42 | $71,633.42 | 75.2 | 56.6 | 15.1 | ---- | ---- | 39.7 | 11.5 | ---- |
| 6 | 11-16-10 | $49,980.00 | $1,352.89 | $51,332.89 | 66.2 | 27.7 | 6.9 | ---- | ---- | 29.5 | 3.1 | ---- |
| 7 | 12-10-10 | $2,730.00 | $41.04 | $2,771.04 | 2.7 | 3.2 | ---- | ---- | ---- | 0.8 | ---- | ---- |
| 8 | 1-24-11 | $2,730.00 | $18.00 | $2,748.00 | 3.3 | 2.7 | ---- | ---- | ---- | ---- | ---- | ---- |
| 9 | 2-25-11 | $1,290.00 | $16.14 | $1,306.14 | 2.1 | 0.6 | ---- | ---- | ---- | ---- | ---- | ---- |
| 10 | 3-10-11 | $14,577.50 | ------- | $14,577.50 | 18.2 | 10.1 | 1.0 | ---- | ---- | 9.1 | ---- | ---- |
| 11 | 4-18-11 | $19,702.50 | $117.54 | $19,820.04 | 22.0 | 16.3 | 2.9 | ---- | ---- | 10.5 | ---- | ---- |
| 12 | 4-26-11 | $87,435.00 | $200.11 | $87,635.11 | 62.3 | 16.3 | 149.5 | 8.0 | 1.9 | 11.6 | ---- | ---- |
| **Totals:** | | $338,046.50 | $4,189.76 | $342,236.26 | 393.9 | 162.0 | 190.4 | 8.0 | 1.9 | 126.2 | 14.6 | 0.7 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA June 23, 2010
Client No.               160365                        Page      2
INVOICE NO.              46144
```

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 160365.1 | V. DR. MARIO A. | $8,147.50 | $36.78 | $8,184.28 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND N J 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA June 23, 2010
Client No.            160365                        Page      3
INVOICE NO.           46144
```

For Professional Services Rendered through    05/31/10

Matter #            160365.1       V. DR. MARIO A. CRISCITO

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/10 | JMA | Open new file | .30 | 150.00 |
| 05/07/10 | LT | Phone call with Dr. Gary Rogal; revise fee agreement; prepare letter to Dr. Rogal enclosing executed fee agreement | .60 | 63.00 |
| 05/12/10 | JMA | Conference with LT and MEF re: Notice of Appearance; Review Notice of Appearance; Review Criscitto Motion to File Third Party Complaint; Review plaintiff's opposition to Motion to File Third Party Complaint; Receipt and review Judge Martini's Opinion and Order re: Motion to Dismiss; Conference with MEF; Meeting with A. Casella and MEF | 4.10 | 2050.00 |
| 05/12/10 | MEF | Conference with JMA; review internet research; meeting with JMA and A. Casella | 2.80 | 1120.00 |
| 05/12/10 | LT | Prepare Notice of Appearance for JMA and MEF; electronically file same; phone call with help desk regarding notices; compile documents fro JMA from PACER; prepare files | 2.20 | 231.00 |
| 05/18/10 | MEF | Review Opinion regarding motion to dismiss | .40 | 160.00 |
| 05/19/10 | JMA | Receipt and review Criscitto reply brief re: Third Party Complaint; Emails to/from S. Charme | .90 | 450.00 |
| 05/20/10 | JMA | Phone- S. Charme; Review notes for conference call with S. Charme; Conference call with S. Charme and MEF; Review confidentiality order submission; Phone- Court; Email to S. Charme | 2.40 | 1200.00 |
| 05/20/10 | MEF | Phone with JMA and S. Charme; conference with JMA regarding Discovery Confidentiality Order; review form Discovery Confidentiality Order | .90 | 360.00 |
| 05/20/10 | LT | Prepare files | .40 | 42.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND N J 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA June 23, 2010
Client No.              160365
INVOICE NO.             46144                    Page      4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/10 | JMA | Receipt and review NEF and executed Confidentiality Order | .30 | 150.00 |
| 05/21/10 | MEF | Email from JMA to S. Charme | .20 | 80.00 |
| 05/24/10 | MEF | Receipt and review notice of electronic filing regarding Discovery Confidentiality Order; review filed Discovery Confidentiality Order | .20 | 80.00 |
| 05/25/10 | MEF | Review motion to amend; review proposed 3d party complaint; review complaint; review opposition; review reply brief; review answer and counterclaim; review opinion | 1.40 | 560.00 |
| 05/26/10 | JMA | Email from G. Rogal; Phone- G. Rogal | .40 | 200.00 |
| 05/27/10 | JMA | Receipt and review email from SMC with Plaintiff's expert report; Receipt and review emails re: revised scheduling Order; Receipt and review emails re: new motion date; Receipt and review emails to/from GR and SMC | .60 | 300.00 |
| 05/27/10 | LT | Prepare and organize files | .30 | 31.50 |
| 05/29/10 | JMA | Review of and comments to expert report and supplements by S. Feit; Review notes from meeting with A. Casella | 1.20 | 600.00 |
| 05/31/10 | MEF | Emails from S. Charme; review DCC's expert report and updates; receipt and review notice of electronic filing regarding text order; receipt and review notice of electronic filing regarding order; review order | .80 | 320.00 |

Total Fees:
8,147.50

Disbursements

05/31/10 Photocopies                            23.50
05/31/10 Computer Searches                      13.28

Total Costs
36.78

Total Due this Matter
=============
8,184.28

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  June 23, 2010
Client No.                 160365
INVOICE NO.                46144                              Page      5
```

SUMMARY OF FEES:

```
*----------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS                  FEES
J M AGNELLO                      500.00    10.20              5100.00
M E FLAX                         400.00     6.70              2680.00
L TEMPESTA                       105.00     3.50               367.50
                         TOTALS            20.40              8147.50
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIJuly 30, 2010N
NEW JERSEY CARDIOLOGY ASSOCIATES            Invoice No.  46419
375 MT. PLEASANT AVENUE                     Client No.   160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN

```
BALANCE DUE FROM PREVIOUS STATEMENT                    8,184.28
LESS PAYMENT(S)                                        8,184.28
LESS PAYMENT(S)                                            0.00
LESS ADJUSTMENT(S)                                         0.00
                                                    _____

BALANCE FORWARD                                            0.00


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING     June 30, 2010

PROFESSIONAL SERVICES                              ▮▮▮▮  5,884.00

DISBURSEMENTS                                            29.16

TOTAL THIS PERIOD                                  ▮▮▮▮  5,913.16
                                                    _____

TOTAL AMOUNT DUE                                       6,063.16
TRUST RETAINER                                        (6,063.16)
BALANCE DUE                                                0.00
                                                    ============
```

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA July 30, 2010
Client No.                160365                          Page      2
INVOICE NO.               46419
```

Matter Summary

```
160365.1      V. DR. MARIO A.        Fees              Costs             Total
                                     ▓▓▓▓▓▓           $29.16           ▓▓▓▓▓▓▓
                                     $5,884.00                          $5,913.16
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA July 30, 2010
Client No.                    160365                      Page       3
INVOICE NO.                   46419
```

For Professional Services Rendered through    06/30/10

Matter #            160365.1        V. DR. MARIO A. CRISCITO

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/09/10 | MEF | Continue review of Criscito deposition | .50 | 200.00 |
| 06/15/10 | JMA | Review Motion Papers for 6/16 Oral Argument | 1.60 | 800.00 |
| 06/16/10 | JMA | Phone- Mag. Arleo's Clerk; Phone- S. Charme's office; Phone- L. Cohen; Letter to adversary; Phone- Mag. Arleo's office; Receipt and review defendants' adjournment request; Phone- L. Cohen; Phone- G. Rogal; Receipt and review letter from L. Cohen to Court re: 6/21/10 Oral Argument | 1.40 | 700.00 |
| 06/20/10 | MEF | Email from JMA; letter from JMA to S. Kern | .20 | 80.00 |
| 06/21/10 | JMA | Review motion paper for oral argument; Attend oral argument; Conference with S. Charme; Emails to/from G. Rogal | 4.50 | 2250.00 |
| 06/22/10 | JMA | Receipt and review NEF and Order denying Motion | .30 | 150.00 |
| 06/22/10 | MEF | Email from S. Charme; letter from S. Charme to S. Kern | .20 | 80.00 |
| 06/23/10 | JMA | Review of and comments to Criscitto's expert report; Receipt and review NEF, Order Scheduling Final Pretrial Conference and Judge Brown's Final Pretrial Order; Receipt and review Marblestone CV; Letter from Kern's firm; Receipt and review letter from S. Charme to S. Kern; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.40 | 700.00 |
| 06/24/10 | LT | Review and organize documents and correspondence; Prepare files | .80 | 84.00 |
| 06/28/10 | JMA | Receipt and review emails re: deposition of plaintiffs' expert; Email to/from S. Charme | .50 | 250.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA July 30, 2010
Client No.              160365                        Page     4
INVOICE NO.             46419

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/28/10 | MEF | Review Magistrate Arleo's order. | .30 | 120.00 |
| 06/29/10 | JMA | Emails to/from G. Rogal | .30 | 150.00 |
| 06/29/10 | MEF | Emails from S. Charme; email from JMA | .30 | 120.00 |
| 06/30/10 | JMA | Phone- G. Rogal | .40 | 200.00 |

Total Fees:                                            -------------
                                                       ████████
                                                       *5,884.00*

          Disbursements

06/30/10  Travel Expense (Parking)
06/30/10  Computer Searches                            15.00
                                                       14.16
Total Costs                                            -------------
                                                              29.16
                                                       -------------
Total Due this Matter
=============                                          ████████
                                                       *5,913.16*

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAJuly 30, 2010
Client No.                 160365                        Page     5
INVOICE NO.                46419
```

SUMMARY OF FEES:

```
   *----------------------------TIME AND FEE SUMMARY--------------------*
   *----------TIMEKEEPER---------*   RATE  HOURS                FEES
   J M AGNELLO                      500.00  ███ 10.40           ███ 5,200.00
   M E FLAX                         400.00  1.50                600.00
   L TEMPESTA                       105.00  .80                 84.00
                       TOTALS               ███ 12.70           ███ 5,884.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIAugust 26, 2010
NEW JERSEY CARDIOLOGY ASSOCIATES
375 MT. PLEASANT AVENUE                        Invoice No.  46652
WEST ORANGE, NJ 07052                          Client No.  160365
ATTN:  MARK L. BROWN

BALANCE DUE FROM PREVIOUS STATEMENT
LESS PAYMENT(S)                                         6,063.16
LESS PAYMENT(S)                                         6,063.16
LESS ADJUSTMENT(S)                                          0.00
                                                           0.00
                                                     _____
BALANCE FORWARD
                                                           0.00

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING    July 31, 2010

PROFESSIONAL SERVICES
                                                      13,345.00
DISBURSEMENTS
                                                         617.89
TOTAL THIS PERIOD
                                                      13,962.89
                                                     _____

TOTAL AMOUNT DUE                                      13,962.89
TRUST RETAINER                                       (13,962.89)
BALANCE DUE                                                0.00
                                                     ============

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA August 26, 2010
Client No.              160365                          Page      2
INVOICE NO.             46652
```

Matter Summary

```
160365.1        V. DR. MARIO A.    Fees           Costs          Total
                                   $13,345.00     $617.89      $13,962.89
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAAugust 26, 2010
Client No.              160365                        Page      3
INVOICE NO.             46652

For Professional Services Rendered through   07/31/10

Matter #          160365.1      V. DR. MARIO A. CRISCITO

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/10 | JMA | Receipt and review emails re: Jon Voight interview | .40 | 200.00 |
| 07/06/10 | JMA | Phone- L. Cohen | .10 | 50.00 |
| 07/07/10 | JMA | Phone- G. Rogal | .20 | 100.00 |
| 07/08/10 | JMA | Meeting with A. Cassella and G. Rogal; Email to S. Charme; Conference with EM re: punitive damage issues | 1.90 | 950.00 |
| 07/08/10 | EM | Research re: punitive damages under ERISA, proof of same | 2.90 | 725.00 |
| 07/09/10 | MEF | Email from JMA to S. Charme | .20 | 80.00 |
| 07/12/10 | JMA | Review notes for meeting; Review of and comments to Casella summary; Attend meeting with G. Rogal, A. Casella, S. Charme and MEF | 3.40 | 1700.00 |
| 07/12/10 | MEF | Meeting with JMA, S. Charme, A. Cassella, G. Rogal | 2.30 | 920.00 |
| 07/13/10 | JMA | Phone- G. Rogal; Conference with MEF re: summary judgment strategy | .40 | 200.00 |
| 07/14/10 | JMA | Receipt and review email from S. Charme | .10 | 50.00 |
| 07/15/10 | JMA | Review S. Feit report and C.V.; Meeting with S. Charme and S. Feit re: S. Feit deposition; Receipt and review email from S. Charme to clients | 3.20 | 1600.00 |
| 07/15/10 | JMA | Receipt and review letter from M. McCarter re: McLain deposition; Conference with EM | .30 | 150.00 |
| 07/16/10 | JMA | Receipt and review email from S. Charme | .10 | 50.00 |
| 07/16/10 | JMA | Phone- S. Charme re: S. Feit deposition | .30 | 150.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA August 26, 2010
Client No.                   160365                         Page      4
INVOICE NO.                  46652
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/10 | MEF | Email from JMA regarding summary judgment and expert deposition | .20 | 80.00 |
| 07/19/10 | JMA | Receipt and review email from A. Casella to S. Charme | .10 | 50.00 |
| 07/21/10 | JMA | Prepare for and attend deposition of S. Feit; Conference with S. Charme and L. Cohen re: Summary Judgment, Pretrial Order and trial issues; Conference with MEF re: scope of Judge Brown's Pretrial Order | 8.00 | 4000.00 |
| 07/21/10 | MEF | Phone with JMA regarding summary judgment and final pretrial order; review Judge Brown's form of final pretrial order | 1.00 | 400.00 |
| 07/22/10 | JMA | Review notes from meeting with S. Charme and clients; conference with MEF regarding summary judgment motion and final pretrial order; meeting with clients, S. Charme and MEF | 1.70 | 850.00 |
| 07/22/10 | MEF | Receipt and review notice of electronic filing regarding transcript; conference with JMA; meeting with JMA, S. Charme, G. Rogal and T. Cassella; email from S. Charme; review portions of Criscito deposition transcript | 2.60 | 1040.00 |

```
Total Fees:                                            -------------
                                                         13,345.00

        Disbursements

07/31/10 Computer Searches
                                                 617.89
Total Costs                                            -------------
                                                            617.89
Total Due this Matter                                  -------------
============                                             13,962.89
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA August 26, 2010
Client No.                    160365                        Page      5
INVOICE NO.                   46652
```

SUMMARY OF FEES:

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| J M AGNELLO | 500.00 | 20.20 | 10100.00 |
| M E FLAX | 400.00 | 6.30 | 2520.00 |
| E MAGNELLI | 250.00 | 2.90 | 725.00 |
| TOTALS | | 29.40 | 13345.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFI September 17, 2010
NEW JERSEY CARDIOLOGY ASSOCIATES              Invoice No.  46774
375 MT. PLEASANT AVENUE                        Client No.  160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | |
| LESS PAYMENT(S) | 13,962.89 |
| LESS PAYMENT(S) | 13,962.89 |
| LESS ADJUSTMENT(S) | 0.00 |
| | 0.00 |
| | ———————— |
| BALANCE FORWARD | |
| | 0.00 |

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   August 31, 2010

| | |
|---|---:|
| PROFESSIONAL SERVICES | |
| | 61,850.00 |
| DISBURSEMENTS | |
| | 501.79 |
| TOTAL THIS PERIOD | |
| | 62,351.79 |
| | ———————— |
| TOTAL AMOUNT DUE | 62,351.79 |
| TRUST RETAINER | (10,000.00) |
| BALANCE DUE | 52,351.79 |
| | ============ |

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.                  160365                       Page      2
INVOICE NO.                 46774
```

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 160365.1 | V. DR. MARIO A. | $61,850.00 | $501.79 | $62,351.79 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.                160365                              Page       3
INVOICE NO.               46774

For Professional Services Rendered through    08/31/10

Matter #          160365.1      V. DR. MARIO A. CRISCITO


| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/03/10 | JMA | Review of and comments to memo; Conference with EM; Letter to T. Cohen | .60 | 300.00 |
| 08/07/10 | JMA | Review file; Begin preparation of S.J. Rule 56.1 Statement | 5.10 | 2550.00 |
| 08/07/10 | MEF | Review file regarding 56.1 statement; conference with JMA | 1.00 | 400.00 |
| 08/08/10 | JMA | Continue work on S.J. Rule 56.1 Statement; Begin review of Warnock deposition, exhibits and deposition summary | 5.00 | 2500.00 |
| 08/08/10 | MEF | Conference with JMA regarding Rule 56.1 Statement | .50 | 200.00 |
| 08/09/10 | JMA | Continue and complete review of Warnock deposition, exhibits and summary (1st day 6/16/09) re: SJ motion | 2.70 | 1350.00 |
| 08/09/10 | EM | Research re: organizations in which Criscito is trustee; Research re: Qualcare Inc. and St. Barnabas and Clara Maas; Conference with JMA re: same | 1.80 | 450.00 |
| 08/10/10 | JMA | Continue review and summary of Warnock deposition and exhibits; Work on Rule 56.1 Statement | 4.90 | 2450.00 |
| 08/10/10 | EM | Research entities in which Criscito was involved; Researched Form 5500's for entities in which Criscito was involved; Researched and reviewed Form 990's in which Criscito was trustee or director; Conference with JMA re: same | 1.30 | 325.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.              160365                          Page      4
INVOICE NO.             46774

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/11/10 | JMA | Phone- S. Charme; Phone- G. Rogal; Email to A. Casella; Receipt and review email from A. Casella re: participants; Continue and complete review and summary of Warnock deposition and exhibits | 3.80 | 1900.00 |
| 08/11/10 | LT | Compile documents for JMA; phone call regarding Deeds; prepare files | 1.20 | 150.00 |
| 08/11/10 | SV | Emails with title company regarding deed search | .40 | 50.00 |
| 08/12/10 | JMA | Conference with LF re: deeds to Livingston properties and satellite photos; Begin review of Criscito deposition transcript and exhibits; Preparation of Criscito deposition transcript and exhibits; Preparation of Criscito deposition summary | 4.80 | 2400.00 |
| 08/12/10 | LT | Prepare files; Compile documents for JMA; Internet research | 3.20 | 400.00 |
| 08/12/10 | SV | Follow up with title company | .30 | 37.50 |
| 08/13/10 | JMA | Review of Criscito deposition and exhibits; Work on summary of Criscito deposition | 4.10 | 2050.00 |
| 08/13/10 | MEF | Email to S. Charme regarding Dr. Casella interrogatory answers; email from JMA; email from T. Casella; review answers to defendant's interrogatories | .70 | 280.00 |
| 08/14/10 | JMA | Review of Criscito deposition and exhibits; Work on summary of Criscito deposition | 3.80 | 1900.00 |
| 08/16/10 | JMA | Review Criscito deposition and exhibits; Prepare summary of Criscito deposition; Review Warnock exhibits, Warnock 7/24/09 letter and attachments; Prepare summary of Warnock 7/24/10 letter and attachments; Phone- Mag. Arleo's chambers | 3.90 | 1950.00 |
| 08/17/10 | JMA | Work on S.J. 56.1 Statement; Emails to/from S. Charme; Conference with EM re: evidence issues re: 56.1 Statement | 8.00 | 4000.00 |
| 08/17/10 | EM | Work with JMA re: R. 56.1 Statement | 2.90 | 725.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.              160365                    Page      5
INVOICE NO.             46774
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/17/10 | EM | Researched and reviewed Form 990s for entities Criscito was Trustee | .80 | 200.00 |
| 08/17/10 | LT | Prepare files; Compile documents for JMA | 1.70 | 212.50 |
| 08/18/10 | JMA | Continued preparation of Rule 56.1 Statement; Phone- Judge Arleo's chambers; Phone- S. Charme; Letter to Mag. Arleo | 4.70 | 2350.00 |
| 08/18/10 | MEF | Email from JMA to S. Charme; email from S. Charme; email from JMA; email from S. Charme; email from JMA | .50 | 200.00 |
| 08/18/10 | LT | Compile documents for JMA | .90 | 112.50 |
| 08/19/10 | JMA | Work on 56.1 Statement; Email from S. Charme; Conference with MEF | 1.40 | 700.00 |
| 08/19/10 | MEF | Email from JMA to S. Charme; emails from S. Charme | .20 | 80.00 |
| 08/20/10 | JMA | Work on Rule 56.1 Statement; Receipt and review letter from Kern to Mag. Arleo; Emails to/from G. Rogal | 6.80 | 3400.00 |
| 08/20/10 | MEF | Email from S. Charme; email from JMA; letter from JMA to Judge Arleo | .40 | 160.00 |
| 08/20/10 | EM | Research re: judicial notice of facts contained in internet websites | 2.60 | 650.00 |
| 08/20/10 | LT | Prepare email to clients attaching correspondence | .30 | 37.50 |
| 08/21/10 | JMA | Work on Rule 56.1 Statement; Review and summary of Mark Brown deposition transcript | 5.90 | 2950.00 |
| 08/22/10 | JMA | Work on Rule 56.1 Statement; Begin review and summary of A. Casella deposition transcript | 5.70 | 2850.00 |
| 08/23/10 | JMA | Finish review and summary of Casella deposition; Work on Rule 56.1 Statement | 10.00 | 5000.00 |
| 08/23/10 | MEF | Email from K. Leary; letter from S. Kern to Judge Arleo; email from JMA to G. Rogal; email from G. Rogal | .40 | 160.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.             160365                    Page       6
INVOICE NO.            46774
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/23/10 | LT | Internet search re: "Surf Club"; Compile documents for JMA; Receipt and review documents from S. Charme; Prepare files | 3.20 | 400.00 |
| 08/24/10 | JMA | Work on and revise draft 56.1 Statement; Prepare Casella Declaration; Prepare Preliminary Statement | 8.50 | 4250.00 |
| 08/24/10 | MEF | Conference with JMA regarding 56.1 Statement; email from JMA to G. Rogal; email from JMA to T. Casella | .50 | 200.00 |
| 08/24/10 | EM | Work with JMA on Rule 56.1 Statement | 2.20 | 550.00 |
| 08/24/10 | LT | Compile documents for JMA; Assist in preparation of draft Rule 56.1 Statement | 3.50 | 437.50 |
| 08/25/10 | JMA | Conference with MEF re: revisions to Rule 56.1 Statement; Review, revise and finalize draft Rule 56.1 Statement; Revise email to S. Charme; Phone- S. Charme | 3.40 | 1700.00 |
| 08/25/10 | MEF | Review and comment to draft R. 56.1 Statement; conference with JMA regarding revisions; email from JMA to S. Charme | 2.40 | 960.00 |
| 08/25/10 | LT | Assist in preparation of draft documents re: SJ Motion; Prepare files | 1.80 | 225.00 |
| 08/26/10 | JMA | Conference call with A. Casella and MEF; Review transcripts and exhibits re: revisions to Rule 56.1 Statement; Conference with MEF re: revisions; Email to S. Charme re: revisions | 3.20 | 1600.00 |
| 08/26/10 | MEF | Phone with JMA and T. Casella regarding declaration and R. 56.1 Statement; conference with JMA regarding revisions; revise AJC Declaration; review R. 56.1 Statement | 2.20 | 880.00 |
| 08/26/10 | LT | Organize documents for summary judgment | .90 | 112.50 |
| 08/27/10 | JMA | Receipt and review email from S. Charme with comments to Rule 56.1 Statement; Phone- A. Casella and MEF re: revisions to Rule 56.1 Statement; Phone- S. Charme, L. Cohen and MEF re: revisions to Rule 56.1 Statement; Review | 4.80 | 2400.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND. N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  September 17, 2010
Client No.                 160365                      Page      7
INVOICE NO.                46774
```

|  |  |  |  |  |
|---|---|---|---|---|
| | | deposition transcripts; Conference with MEF re: revisions to Rule 56.1 Statement; Conference with EM re: jury trial issues; Review Brief from L. Cohen re: jury trial issue; Conference with MEF re: preparation of final Pretrial Order | | |
| 08/27/10 | MEF | Email from JMA to S. Charme; phone with JMA and T. Casella; phone with JMA, S. Charme and L. Cohn; conference with JMA regarding revisions to R. 56.1 and Final Pretrial Order; revise R. 56.1; begin preparing Final Pretrial Order; email to S. Charme regarding revised R. 56.1 Statement | 3.00 | 1200.00 |
| 08/27/10 | EM | Research re: right to jury in ERISA action | .20 | 50.00 |
| 08/27/10 | EM | Reviewed memo from Lew Cohen re: same | .30 | 75.00 |
| 08/27/10 | LT | Review 56.1 Statement re: exhibits; Prepare list re: same | 2.20 | 275.00 |
| 08/28/10 | MEF | Email from JMA; letter from JMA to S. Kern; email from S. Kern; email from JMA; email from G. Rogal; work on Final Pretrial Order | 1.60 | 640.00 |
| 08/29/10 | MEF | Email from JMA regarding R. 56.1 Statement | .20 | 80.00 |
| 08/30/10 | LT | Continue list re: exhibits cited in Rule 56.1 Statement; Prepare files | 1.80 | 225.00 |
| 08/31/10 | MEF | Email from S. Charme; revise R. 56.1 Statement; email from S. Charme | .40 | 160.00 |

```
Total Fees:                                      -------------
                                                     61,850.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA September 17, 2010
Client No.                    160365                        Page      8
INVOICE NO.                   46774
```

Disbursements

Professional Fees

```
08/25/10 Professional Fees -  ROYAL REGISTERED PROPERTY        150.00
         REPORTS, INC. 8/17/10

                                    SUBTOTAL:     150.00

08/31/10 Computer Searches                        351.79
                                                  -------------
Total Costs                                              501.79
                                                  -------------
Total Due this Matter
=============                                         62,351.79
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  September 17, 2010
Client No.                160365                        Page       9
INVOICE NO.               46774
```

SUMMARY OF FEES:

```
 *-------------------------TIME AND FEE SUMMARY--------------------*
 *----------TIMEKEEPER---------*   RATE   HOURS              FEES
J M AGNELLO                       500.00  101.10          50550.00
M E FLAX                          400.00   14.00           5600.00
E MAGNELLI                        250.00   12.10           3025.00
L TEMPESTA                        125.00   20.70           2587.50
S VICARISI                        125.00     .70             87.50
                        TOTALS            148.60          61850.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND. N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFI October 15, 2010
NEW JERSEY CARDIOLOGY ASSOCIATES              Invoice No.  47037
375 MT. PLEASANT AVENUE                       Client No.  160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 62,351.79 |
| LESS PAYMENT(S) | 15,000.00 |
| LESS PAYMENT(S) | 0.00 |
| LESS ADJUSTMENT(S) | 0.00 |
| | ———————— |
| BALANCE FORWARD | 47,351.79 |

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING    September 30, 2010

| | |
|---|---:|
| PROFESSIONAL SERVICES | 70,375.00 |
| DISBURSEMENTS | 1,258.42 |
| TOTAL THIS PERIOD | 71,633.42 |
| | ———————— |

| | |
|---|---:|
| TOTAL AMOUNT DUE | 119,535.21 |
| TRUST RETAINER | (10,000.00) |
| BALANCE DUE | 109,535.21 |
| | ============ |

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.              160365                      Page      2
INVOICE NO.             47037
```

Matter Summary

| 160365.1 | V. DR. MARIO A. | Fees | Costs | Total |
|---|---|---|---|---|
| | | ▓▓▓ $70,375.00 | $1,258.42 | ▓▓▓ $71,633.42 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.                   160365                              Page      3
INVOICE NO.                  47037

For Professional Services Rendered through    09/30/10

Matter #              160365.1        V. DR. MARIO A. CRISCITO

| Date | | Description | Hours | Amount |
|------|---|-------------|------|--------|
| 09/01/10 | JMA | Review Criscito exhibits for inclusion in Final Pretrial Order; Review Warnock exhibits for inclusion in Final Pretrial Order; Receipt and review "So Ordered" scheduling letter; Phone- Mag. Arleo's chambers; Phone- S. Charme and MEF re: S.J. Schedule, Final Pretrial Order issues; Conference with MEF re: letter to Mag. Arleo with revised S.J. Briefing schedule | 3.90 | 1950.00 |
| 09/01/10 | MEF | Continue working on Final Pretrial Order; conference with JMA regarding R. 56.1 Statement and Final Pretrial Order; email from S. Charme; emails from JMA; receipt and review notice of electronic filing regarding order; review order; phone with JMA and S. Charme; conference with JMA regarding summary judgment briefing and letter to Judge Arleo | 2.80 | 1120.00 |
| 09/02/10 | JMA | Receipt and review Mag. Arleo's letter Order re: S.J. Briefing Schedule; Conference with MEF re: scheduling | .30 | 150.00 |
| 09/02/10 | MEF | Email from JMA; letter from JMA to Judge Arleo | .20 | 80.00 |
| 09/02/10 | LT | File maintenance; compile documents for JMA | .80 | 100.00 |
| 09/03/10 | JMA | Receipt and review letter from S. Kern to Mag. Arleo; Work on Final Pretrial Order Witness Summaries | 1.10 | 550.00 |
| 09/03/10 | MEF | Email from S. Charme; work on Final Pretrial Order; work on trial exhibit list; phone with S. Kern; email to JMA | 2.10 | 840.00 |
| 09/04/10 | MEF | Email from S. Kern; letter from S. Kern to Judge Arleo; receipt and review notice of electronic filing regarding order; review order | .40 | 160.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  October 15, 2010
Client No.                    160365                    Page        4
INVOICE NO.                   47037
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/10 | JMA | Phone- L. Cohen, MEF; Conference with MEF; Work on Final Pretrial Order; Meeting with S. Kern, B. Crelin, MEF re: Final Pretrial Order; Continued work on Final Pretrial Order and trial exhibit list | 9.00 | 4500.00 |
| 09/07/10 | MEF | Phone with L. Cohn; conference with JMA regarding prepare for meeting; phone with L. Cohn; meeting with JMA, S. Kern, B. Crelin, T. Sinna; email from T. Sinha; email to S. Kern; review and revise defendant's portions of Final Pretrial Order; conference with JMA regarding plaintiffs' trial exhibit list, witness summaries; email to S. Kern and B. Crelin | 9.00 | 3600.00 |
| 09/08/10 | MEF | Conference with JMA regarding Final Pretrial Order and summary judgment | .40 | 160.00 |
| 09/08/10 | EM | Research re: elements for proving amount of punitive damages | 1.30 | 325.00 |
| 09/08/10 | LT | Email to S. Charme; Prepare files; Compile documents for JMA; Conference with JMA and MEF | 1.00 | 125.00 |
| 09/09/10 | JMA | Review exhibits for Final Pretrial Order; Conference with MEF re: work on Final Pretrial Order and trial exhibits | 6.70 | 3350.00 |
| 09/09/10 | MEF | Conference with JMA regarding Final Pretrial Order; continue working on Final Pretrial Order - legal issues, motions in limine, defendant's trial exhibits, miscellaneous matters; draft Joint Trial Exhibit List; email from S. Charme regarding Final Pretrial Order; revise Final Pretrial Order; email to S. Kern regarding revised Final Pretrial Order; revise plaintiff's Trial Exhibit List; proposed Joint Trial Exhibit List | 5.00 | 2000.00 |
| 09/09/10 | EM | Compiling IRS Form 990s for Summary Judgment Declaration | 2.10 | 525.00 |
| 09/09/10 | LT | Assist in preparation of SJ motion | 2.90 | 362.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAOctober 15, 2010
Client No.            160365                      Page    5
INVOICE NO.           47037
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/10 | JMA | Phone- A. Casella and MEF; Receipt and review email from Kern's office with revisions to Final Pretrial Order; Conference call with S. Kern, B. Crelin, MEF re: revisions to Final Pretrial Order; Work on Final Pretrial Order and exhibit list; Email to S. Charme | 6.30 | 3150.00 |
| 09/10/10 | MEF | Emails from/to T. Sinha | .20 | 80.00 |
| 09/10/10 | MEF | Phone with JMA and T. Casella regarding 56.1 statement; email from B. Crelin; phone with JMA, S. Kern and B. Crelin regarding Final Pretrial Order; conference with JMA regarding revisions to Final Pretrial Order; email to S. Charme regarding trial exhibits | 3.60 | 1440.00 |
| 09/10/10 | EM | Work with JMA and MEF on Pretrial Order | 1.20 | 300.00 |
| 09/10/10 | EM | Reviewing 990s for pages to be included in trial exhibit list | 1.30 | 325.00 |
| 09/10/10 | LT | Assist in preparation of summary judgment motion; prepare files | 3.60 | 450.00 |
| 09/11/10 | MEF | Email from JMA to S. Charme; email from S. Charme | .20 | 80.00 |
| 09/12/10 | MEF | Revise Joint Trial Exhibit List; revise Final Pretrial Order; emails to JMA | 2.00 | 800.00 |
| 09/13/10 | JMA | Phone- Mag. Arleo Chambers; Email to S. Kern; Emails to/from S. Charme; Phone- S. Charme; Phone- Mag. Arleo's Chambers; Receipt and review email from G. Rogal; Work on Final Pretrial Order; Conference with MEF re: Final Pretrial Order | 2.30 | 1150.00 |
| 09/13/10 | MEF | Email from JMA; email from G. Rogal; email from JMA; email from B. Crelin; emails from S. Charme; receipt and review notice of electronic filing regarding text order | .50 | 200.00 |
| 09/13/10 | LT | Assist in preparation of summary judgment motion; prepare emails to counsel | 2.80 | 350.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.              160365                    Page       6
INVOICE NO.             47037
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/10 | JMA | Conference with MEF re: Pretrial Order issues; Begin comments/revisions to S.J. Brief; Review Criscito's trial exhibit list; Revisions to Final Pretrial Order | 2.20 | 1100.00 |
| 09/14/10 | MEF | Conference with JMA regarding revisions to summary judgment brief; email from S. Charme regarding trial exhibits; revise plaintiffs' trial exhibit list; revise joint trial exhibits; emails from/to T. Casella; finalize T. Casella declaration; conference with LT regarding R. 56.1 Statement - citations/documents; continue working on Final Pretrial Order; email from B. Crelin; revise Final Pretrial Order; email to B. Crelin; revise Plaintiffs' Trial Exhibit list | 4.30 | 1720.00 |
| 09/14/10 | EM | Work with JMA and MEF on Pretrial Order | 3.60 | 900.00 |
| 09/14/10 | LT | Assist in preparation of summary judgment motion; prepare chart regarding deposition pages included in MEF declaration | 3.40 | 425.00 |
| 09/15/10 | JMA | Review of and comments to Summary Judgment Brief; Conference with MEF and EM re: punitive damages issue; Conference with MEF re: revisions to S.J. Brief; Review and revise Final Pretrial Order and exhibit lists; Emails to/from S. Charme; Email to client re: Criscito contested facts; Conference with MEF re: revisions to Final Pretrial Order; Phone- S. Charme | 7.00 | 3500.00 |
| 09/15/10 | MEF | Conference with JMA regarding revisions to summary judgment brief; revise summary judgment brief; email to S. Charme; conference with JMA and EM regarding punitive damage issue; conference with JMA regarding revisions to Final Pretrial Order and trial exhibit lists; revise Final Pretrial Order; revise trial exhibit lists; email from B. Crelin; email to B. Crelin; review and revise MEF declaration; emails from/to S. Kern; emails from B. Crelin; revise Final Pretrial Order; email to B. Crelin; review and comment to R. 56.1 Statement | 9.80 | 3920.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.                160365                    Page      7
INVOICE NO.               47037
```

| | | | |
|---|---|---|---|
| 09/15/10 EM | Work with JMA and MEF on Pretrial Order | 3.40 | 850.00 |
| 09/15/10 LT | Assist in preparation of summary judgment motion; prepare emails to counsel; conference with MEF regarding MEF Decl. and 56.1 Statement | 4.60 | 575.00 |
| 09/16/10 JMA | Receipt and review emails to/from S. Kern and B. Crelin; Revisions to S.J. Brief and Final Pretrial Order; Conference with MEF re: revision to S.J. Brief and Final Pretrial Order; Conference with EM and MEF re: punitive damages issues; Receipt and review emails to/from S. Charme; Receipt and review emails to/from A. Casella; Review of Final version of Final Pretrial Order; Letter to Judge Arleo; Emails to/from G. Rogal; Prepare Notice of Motion; Prepare Proposed Form of Order; Further revisions to S.J. Brief | 7.50 | 3750.00 |
| 09/16/10 MEF | Email from S. Charme; email to S. Charme; email from S. Charme; emails from/to S. Kern; emails from/to B. Crelin; conference with JMA regarding Final Pretrial Order revisions, additions, Defendant's Trial Exhibit List; prepare objections to Defendant's Trial Exhibit List; phone with B. Crelin; finalize Final Pretrial Order; conference with JMA regarding summary judgment brief; review and revise Final Pretrial Order; conference with JMA regarding summary judgment brief; review and revise summary judgment brief; emails to S. Kern; emails to/from S. Charme; email from G. Rogal; email from JMA; review and revise notice of motion; review and revise proposed order; email to JMA regarding same | 6.60 | 2640.00 |
| 09/16/10 EM | Work with JMA and MEF on Pretrial Order | 2.20 | 550.00 |
| 09/16/10 LT | Assist in preparation of summary judgment motion; phone calls with DTI regarding MEF Decl. copies; prepare email to clients; prepare draft notice of motion and form of order; conference with JMA | 5.90 | 737.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.              160365                        Page      8
INVOICE NO.             47037

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/10 | JMA | Emails to/from S. Charme; Revisions to Notice of Motion, Proposed Order, Summary Judgment Brief; Rule 56.1 Statement; Conference with MEF; Attend Pretrial Conference | 6.00 | 3000.00 |
| 09/17/10 | MEF | Emails from S. Charme regarding summary judgment papers; emails from JMA; conference with JMA regarding summary judgment papers; attend Final Pretrial Conference | 3.60 | 1440.00 |
| 09/17/10 | LT | Conference with JMA; prepare revisions to summary judgment motion papers; finalize same; electronically file summary judgment motion; email same to counsel | 5.60 | 700.00 |
| 09/20/10 | MEF | Email from S. Charme regarding PTC; letter to Judge Brown | .40 | 160.00 |
| 09/20/10 | LT | Prepare letter to Judge Brown enclosing courtesy copies of summary judgment motion; prepare email to clients; draft letter to clients; service of summary judgment motion; email to Charme. | 3.40 | 425.00 |
| 09/21/10 | MEF | Letter from B. Crelin to Judge Brown; receipt and review notice of electronic filing regarding motion deadlines; emails from S. Charme; receipt and review notice of electronic filing regarding Final Pretrial Conference; email from JMA; email from G. Rogal; receipt and review notice of electronic filing regarding Final Pretrial Order; review filed Final Pretrial Order; email to S. Kern regarding Morgan Stanley/Smith Barney trial exhibits; email from C. Newman; email to C. Newman | .90 | 360.00 |
| 09/21/10 | LT | Organize documents; prepare files. | .60 | 75.00 |
| 09/22/10 | MEF | Email from S. Charme; phone with S. Charme; review Criscito's motion papers | 1.60 | 640.00 |
| 09/22/10 | EJ | Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibit list | 3.30 | 412.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  October 15, 2010
Client No.                160365
INVOICE NO.              47037                        Page      9

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/23/10 | MEF | Email to S. Charme regarding summary judgment motion; emails from S. Charme; review Martini Opinion; email to S. Charme; email from S. Charme; review transcript of hearing regarding APC; phone with S. Charme; letter from C. Newman regarding Smith Barney and Morgan Stanley statements; conference with EM regarding review of Smith Barney and Morgan Stanley statements | 2.30 | 920.00 |
| 09/23/10 | EJ | Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibit list;  Conference with MEF | 2.10 | 262.50 |
| 09/24/10 | EJ | Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibit list | 1.10 | 137.50 |
| 09/27/10 | LT | Review and organize documents and correspondence; Prepare files | 1.30 | 162.50 |
| 09/27/10 | EJ | Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibits | .90 | 112.50 |
| 09/28/10 | JMA | Phone- S. Charme; Review Criscito S.J. papers and begin outlines for Opposition Brief; Response to Criscito Rule 56.1 Statement, Plaintiffs' Supplemental Rule 56.1 Statement | 5.70 | 2850.00 |
| 09/28/10 | LT | Review and organize documents and correspondence; Prepare files | .90 | 112.50 |
| 09/29/10 | JMA | Review file for preparation of Opposition to Defendant's S.J. Motion; Work on response to Rule 56.1 Statement, Casella Declaration, Plaintiffs' Supplemental 56.1 Statement, Flax Declaration and Opposition Brief; Conference with MEF re: Opposition | 8.50 | 4250.00 |
| 09/29/10 | MEF | Emails from JMA; phone with JMA regarding opposition; phone with JMA and S. Charme | .60 | 240.00 |
| 09/29/10 | LT | Compile documents for JMA; Prepare email to S. Charme | .30 | 37.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.            160365                        Page      10
INVOICE NO.           47037

| | | | | |
|---|---|---|---|---|
| 09/29/10 EJ | Confernce with JMA regarding statements for joint trial exhibit list.   Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibit list | 2.40 | 300.00 |
| 09/30/10 JMA | Review file for preparation of Opposition to S.J. Motion; Work on response to Rule 56.1 Statement, Supplemental Rule 56.1 Statement, Casella Decl., Flax Decl. and Opposition Brief; Emails to/from S. Charme | 8.70 | 4350.00 |
| 09/30/10 LT | Assist in preparation of summary judgment opposition papers; Prepare email to S. Charme; File maintenance | 2.60 | 325.00 |
| 09/30/10 EJ | Review documents for Smith Barney and Morgan Stanley statements for joint trial exhibit list | 1.70 | 212.50 |

Total Fees:                                       -------------
                                                    70,375.00

        Disbursements

09/30/10 Messenger                              37.80
09/30/10 Photocopies                           874.35
09/30/10 Faxes                                   4.00
09/30/10 Computer Searches                     279.27
09/30/10 Federal Express                        63.00

Total Costs                                     -------------
                                                  1,258.42

Total Due this Matter                           -------------
=============                                     71,633.42

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA October 15, 2010
Client No.                160365                        Page    11
INVOICE NO.               47037
```

SUMMARY OF FEES:

```
    *-----------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS                  FEES
    J M AGNELLO                      500.00  75.20           37,600.00
    M E FLAX                         400.00  56.50           22600.00
    E MAGNELLI                       250.00  15.10            3775.00
    L TEMPESTA                       125.00  39.70            4962.50
    E JOSEPHSON                      125.00  11.50            1437.50
                          TOTALS             198.00          70,375.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFI November 16, 2010
NEW JERSEY CARDIOLOGY ASSOCIATES          Invoice No.  47287
375 MT. PLEASANT AVENUE                   Client No.   160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 119,535.21 |
| LESS PAYMENT(S) | 60,000.00 |
| LESS PAYMENT(S) | (25,000.00) |
| LESS ADJUSTMENT(S) | 0.00 |
| BALANCE FORWARD | 34,535.21 |

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   October 31, 2010

| | |
|---|---:|
| PROFESSIONAL SERVICES | 49,980.00 |
| DISBURSEMENTS | 1,352.89 |
| TOTAL THIS PERIOD | 51,332.89 |

| | |
|---|---:|
| TOTAL AMOUNT DUE | 86,068.10 |
| TRUST RETAINER | 0.00 |
| BALANCE DUE | 86,068.10 |
| | ============ |

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.            160365                              Page      2
INVOICE NO.           47287

Matter Summary

| 160365.1 | V. DR. MARIO A. | Fees | Costs | Total |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮ | $1,352.89 | ▮▮▮▮▮▮ |
| | | $ 49,980.00 | | $ 51,332.89 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAN November 16, 2010
Client No.                    160365                        Page      3
INVOICE NO.               47287

For Professional Services Rendered through   10/31/10

Matter #            160365.1       V. DR. MARIO A. CRISCITO

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | JMA | Work on response to Rule 56.1 Statement, Supplemental Rule 56.1, Casella Decl., Flax Decl. and Opposition Brief; Emails to/from S. Charme; Phone- A. Casella; Phone- S. Charme | 8.00 | 4000.00 |
| 10/01/10 | MEF | Emails from JMA; emails from S. Charme | .50 | 200.00 |
| 10/01/10 | LT | Assist in preparation of opposition papers; Prepare email to counsel and clients attaching drafts of same; File maintenance | 5.00 | 625.00 |
| 10/03/10 | MEF | Email from JMA; review draft portions of opposition; email from S. Charme | .70 | 280.00 |
| 10/04/10 | JMA | Receipt and review email from M. Brown re: Smith Barney account; Receipt and review email from S. Charme re: Opposition Brief; Revisions to Opposition Brief; Phone- A. Casella; Emails to/from G. Rogal; Email from A. Casella re: Smith Barney account; Revisions to response to Rule 56.1 Statement, Plaintiffs' Supplemental Rule 56.1 Statement, Casella Decl.; Conference with LT re: Casella Decl.; Email to S. Charme | 6.20 | 3100.00 |
| 10/04/10 | MEF | Email from B. Crelin; letter from B. Crelin to Judge Arleo; emails from S. Charme; email from G. Rogal; email from JMA | .60 | 240.00 |
| 10/04/10 | EM | Proof read brief for citations | .60 | 150.00 |
| 10/04/10 | LT | Assist in preparation of opposition papers; Compile documents for JMA | 2.80 | 350.00 |
| 10/05/10 | JMA | Receipt and review email from G. Rogal; Receipt and review email from S. Charme re: edits to Brief; Phone- A. Casella; Review Warnock transcript; Conference with MEF re: revisions to Brief, Plaintiffs Supplemental R. 56.1 | 3.20 | 1600.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.                160365                              Page      4
INVOICE NO.               47287

|  |  |  |  |  |
|---|---|---|---|---|
|  | Statement and Flax Decl.; Email to S. Charme; Receipt and review letter and Order from Crelin to Magistrate; Phone- Magistrate's Chambers; Letter to Magistrate; Review and revise Scheduling Order; Conference with MEF; Phone- S. Charme |  |  |  |
| 10/05/10 MEF | Email from JMA; review and comment on summary judgment opposition brief; email from S. Charme; email from G. Rogal; conference with JMA regarding revisions to opposition papers; revise opposition papers; email from B. Crelin; fax from B. Crelin to Judge Arleo; draft order; phone with JMA and S. Charme | 3.40 | 1360.00 |
| 10/05/10 LT | Conference with JMA; compile documents for JMA | 1.20 | 150.00 |
| 10/06/10 JMA | Phone- G. Rogal; Conference with LT re: status of order | .40 | 200.00 |
| 10/06/10 MEF | Conference with JMA regarding additional revisions to opposition | .50 | 200.00 |
| 10/06/10 LT | Prepare TOA to Brief | 1.00 | 125.00 |
| 10/07/10 JMA | Receipt and review NEF and executed briefing schedule order; Letter to S. Charme; Conference with MEF | .50 | 250.00 |
| 10/07/10 MEF | Emails from S. Charme; email to S. Charme | .30 | 120.00 |
| 10/07/10 LT | Work on preparation of opposition papers | 1.10 | 137.50 |
| 10/09/10 JMA | Receipt and review emails from S. Charme re: finalizing brief; Receipt and review emails from S. Charme with revisions to opposition papers; Conference with MEF | .70 | 350.00 |
| 10/11/10 MEF | Receipt and review notice of electronic filing regarding order; review order; emails from JMA to S. Charme; email from S. Charme | .50 | 200.00 |
| 10/12/10 JMA | Receipt and review email from S. Charme with suggested revisions to Brief; Review of and comments to revisions; Conference with MEF re: finalizing Opposition Brief | .90 | 450.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAN November 16, 2010
Client No.                    160365                    Page      5
INVOICE NO.                   47287

| | | | | |
|---|---|---|---|---|
| 10/12/10 | MEF | Email from S. Charme regarding additional edits to brief; email to S. Charme; email from S. Charme regarding TOA; email to S. Charme | .40 | 160.00 |
| 10/15/10 | JMA | Conference with MEF re: response to Court re: Smith Barney and Morgan Stanley statements on Criscito trial exhibit list; Conference with MEF and EJ re: same; Letter to Magistrate Arleo per Final Pretrial Order | 1.90 | 950.00 |
| 10/15/10 | MEF | Conference with JMA regarding defendants trial exhibits; review final pretrial order; phone with Kim at Judge Arleo's chambers; phone with B. Crelin; letter to Judge Arleo; prepare order; email from B. Crelin; revise letter to Judge Arleo; conference with JMA and EJ regarding Morgan Stanley and Smith Barney statements; conference with JMA regarding letter to Judge Arleo; email to B. Crelin; email from JMA; review letter to JMA; email to JMA | 2.20 | 880.00 |
| 10/15/10 | LT | Review and organize documents, correspondence and motion papers | 1.70 | 212.50 |
| 10/15/10 | EJ | Conference with MEF and JMA regarding Smith Barney and Morgan Stanley statements for joint trial exhibit list | 1.20 | 150.00 |
| 10/17/10 | MEF | Email from S. Charme regarding brief; email from JMA to S. Charme; review and revise brief; email to LT regarding same | 1.00 | 400.00 |
| 10/18/10 | JMA | Receipt and review emails to/from MEF and S. Charme re: final edits to Brief; Review final exhibits | .60 | 300.00 |
| 10/19/10 | MEF | Review Supplemental Statement of Disputed Facts; review Response to Defendant's R. 56.1 Statement; review and execute Flax Opposition Declaration; review Certificate of Service | .60 | 240.00 |
| 10/19/10 | LT | Conference with MEF regarding opposition papers | .60 | 75.00 |
| 10/20/10 | JMA | Conference with MEF re: filings; Emails to/from G. Rogal | .80 | 400.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAN  November 16, 2010
Client No.                   160365                      Page       6
INVOICE NO.                  47287

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/10 | LT | Electronically file opposition papers; Email same;  Prepare emails to clients | 1.40 | 175.00 |
| 10/21/10 | JMA | Phone- G. Rogal; Conference with MEF; Emails to/from S. Charme and G. Rogal; Emails to/from S. Charme | .80 | 400.00 |
| 10/21/10 | MEF | Receipt and review notice of electronic filing regarding opposition; email from LT; email from JMA; receipt and review notices of electronic filing regarding certification; review Criscito opposition papers; email from S. Charme; email from JMA; email from LT; emails from G. Rogal; emails from JMA; email from S. Charme; email from JMA; email from S. Charme | 4.10 | 1640.00 |
| 10/21/10 | LT | Compile documents for JMA; Prepare files | 1.60 | 200.00 |
| 10/22/10 | JMA | Review of and comments to Criscito Opposition to Plaintiffs' S.J. Motion; Conference with MEF re: Plaintiffs' Reply; Meeting with S. Charme and MEF re: Reply; Meeting with A. Casella, G. Royal, S. Charme, MEF re: Reply | 7.80 | 3900.00 |
| 10/22/10 | MEF | Conference with JMA regarding opposition and reply; conference with JMA and S. Charme; conference with JMA, S. Charme and clients | 4.80 | 1920.00 |
| 10/22/10 | LT | Compile documents for JMA; Email to A. Casella attaching defendant's moving papers; File maintenance | 1.00 | 125.00 |
| 10/22/10 | EJ | Preparation of documents for Dr. Casella; Conference with JMA;  Review of Smith Barney statements for joint trial exhibit list | .40 | 50.00 |
| 10/23/10 | JMA | Begin work on outline for Reply Brief; Begin reviewing correspondence cited in Criscito opposition papers | 2.30 | 1150.00 |
| 10/24/10 | MEF | Email from/to T. Casella; email to JMA | .30 | 120.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.            160365                              Page      7
INVOICE NO.           47287

| | | | | |
|---|---|---|---|---|
| 10/25/10 | JMA | Review cases cited in moving and opposition papers; Review moving and opposition papers re: preparation of Reply Brief; Begin preparation of Reply Brief; Conference with MEF and EM re: Reply Brief; Emails and faxes to/from S. Charme and A. Casella | 9.40 | 4700.00 |
| 10/25/10 | MEF | Emails from S. Charme; review case summary by S. Charme | .30 | 120.00 |
| 10/25/10 | LT | Assist in preparation of Reply papers; Compile documents for JMA; Compile cases from Westlaw; Prepare email to S. Charme | 2.60 | 325.00 |
| 10/25/10 | EJ | Review Smith Barney statements for JMA | .60 | 75.00 |
| 10/26/10 | JMA | Review file for Reply Brief; Continue work on Reply Brief | 7.80 | 3900.00 |
| 10/26/10 | MEF | Email from T. Casella; conference with JMA regarding reply brief; research - ERISA preemption of state law claims; conference with JMA | 2.40 | 960.00 |
| 10/26/10 | LT | Assist in preparation of Reply papers; compile documents for JMA | 4.40 | 550.00 |
| 10/26/10 | EJ | Continuation of review Smith Barney statements for joint trial exhibit list | .40 | 50.00 |
| 10/27/10 | JMA | Review cases; Continue work on Reply Brief | 8.90 | 4450.00 |
| 10/27/10 | MEF | Continue review of preemption caselaw; email from S. Charme; email from JMA; email from S. Charme; review and revise reply brief; email to LT | 1.90 | 760.00 |
| 10/27/10 | EM | Work with JMA on Reply Brief | 2.60 | 650.00 |
| 10/27/10 | LT | Assist in preparation of Reply papers | 2.20 | 275.00 |
| 10/27/10 | EJ | Conference with JMA;  Review SB & MS statements for joint trial Exhibit list | .50 | 62.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.                    160365                    Page      8
INVOICE NO.                   47287
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/28/10 | JMA | Work on finalizing Reply Brief; Conferences with MEF and EM re: Reply Brief; Receipt and review letter from S. Charme to Kern re: Feit expenses | 4.40 | 2200.00 |
| 10/28/10 | MEF | Conference with JMA regarding revisions to reply brief; revise reply brief; conference with JMA regarding reply papers; emails from JMA; letter from S. Charme to S. Kern; email from S. Charme; email from JMA | 2.60 | 1040.00 |
| 10/28/10 | EM | Work with JMA on Reply Brief | 2.00 | 500.00 |
| 10/28/10 | LT | Assist in preparation of Reply papers; compile documents for JMA; prepare files | 2.90 | 362.50 |
| 10/29/10 | JMA | Emails to/from S. Charme re: Reply Brief; Phone- A. Casella re: Reply Brief; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Conference with EM re: final revisions and filing Reply Brief; Execute letter to Judge Brown | *1.60* | *800.00* |
| 10/29/10 | MEF | Email from S. Charme; review and revise reply declaration; finalize reply brief; email from JMA | .60 | 240.00 |
| 10/29/10 | EM | Reviewed and finalized Reply Brief for filing; E-Filed Reply papers and served same on Court and adversary | 1.70 | 425.00 |

```
Total Fees:                                              - - - - - - - - - - - - -
                                                         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                         49,980.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.              160365                    Page      9
INVOICE NO.             47287
```

          Disbursements


Photocopies - Outside

```
10/14/10  Photocopies - Outside Document Technologies     914.98
          Inv.#549187, 9/30/10

                                       SUBTOTAL:     914.98

10/31/10  Photocopies                                 127.25
10/31/10  Faxes                                        19.00
10/31/10  Computer Searches                           270.66
10/31/10  Federal Express                              21.00
                                                   -------------
Total Costs                                           1,352.89
                                                   -------------
Total Due this Matter
=============
```

*51,332.89*

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLANovember 16, 2010
Client No.                  160365                    Page     10
INVOICE NO.                 47287
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
 J M AGNELLO                      500.00   ████ 66.20    █████  33,100.00
 M E FLAX                         400.00   27.70         11080.00
 E MAGNELLI                       250.00    6.90          1725.00
 L TEMPESTA                       125.00   29.50          3687.50
 E JOSEPHSON                      125.00    3.10           387.50
                    TOTALS                 ████ 133.40   █████ 49,980.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIDecember 10, 2010
NEW JERSEY CARDIOLOGY ASSOCIATES          Invoice No.  47475
375 MT. PLEASANT AVENUE                   Client No.  160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

```
BALANCE DUE FROM PREVIOUS STATEMENT                111,068.10
LESS PAYMENT(S)                                     35,000.00
LESS PAYMENT(S)                                    (20,000.00)
LESS ADJUSTMENT(S)                                       0.00
                                                   _____

BALANCE FORWARD                                     56,068.10


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   November 30, 2010

PROFESSIONAL SERVICES                                2,730.00

DISBURSEMENTS                                           41.04

TOTAL THIS PERIOD                                    2,771.04
                                                   _____


TOTAL AMOUNT DUE                                    58,839.14
TRUST RETAINER                                           0.00
BALANCE DUE                                         58,839.14
                                                   ============
```

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLADecember 10, 2010
Client No.                 160365                          Page      2
INVOICE NO.                47475
```

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 160365.1 | V. DR. MARIO A. | $2,730.00 | $41.04 | $2,771.04 |

## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  December 10, 2010
Client No.              160365                              Page      3
INVOICE NO.             47475

For Professional Services Rendered through    11/30/10

Matter #          160365.1        V. DR. MARIO A. CRISCITO


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/10 | MEF | Receipt and review notice of electronic filing regarding defendant's reply; review defendant's reply brief | .50 | 200.00 |
| 11/03/10 | JMA | Review of and comments to Criscito S.J. Reply Brief; Conference with MEF re: S. J. issues | .70 | 350.00 |
| 11/03/10 | MEF | Conference with JMA regarding summary judgment issues | .30 | 120.00 |
| 11/05/10 | JMA | Emails to/from G. Rogal | .20 | 100.00 |
| 11/05/10 | LT | File maintenance | .80 | 100.00 |
| 11/08/10 | JMA | Phone- A. Casella; Conference with MEF | .40 | 200.00 |
| 11/08/10 | MEF | Email to T. Casella regarding trial exhibit lists | .20 | 80.00 |
| 11/11/10 | JMA | Receipt and review email from A. Casella; Conference with MEF | .20 | 100.00 |
| 11/11/10 | MEF | Email from T. Casella | .20 | 80.00 |
| 11/18/10 | JMA | Review defendants' joint trial exhibit list; Conference with MEF re: moving documents to joint trial exhibit list, additional objections and letter to Criscito's attorney | 1.00 | 500.00 |
| 11/18/10 | JMA | Receipt and review MEF email to Crelin re: Amended Joint Trial exhibit lists; Review amended lists | .20 | 100.00 |
| 11/18/10 | MEF | Conference with JMA regarding amended trial exhibit lists; prepare First Amended joint Trial Exhibit List; prepare Defendant's First Amended Trial Exhibit List; email to B. Crelin | 1.80 | 720.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLADecember 10, 2010
Client No.           160365                      Page     4
INVOICE NO.          47475

11/30/10 MEF Email to B. Crelin regarding open issues with      .20    80.00
             defendant's trial exhibits

                                                          -------------
Total Fees:                                                   2,730.00


         Disbursements

11/30/10 Computer Searches                             1.04
11/30/10 Federal Express                              40.00
                                                       -------------
Total Costs                                               41.04
                                                       -------------
Total Due this Matter                                     2,771.04
=============
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLADecember 10, 2010
Client No.                160365                            Page     5
INVOICE NO.               47475
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE   HOURS             FEES
J M AGNELLO                      500.00    2.70           1350.00
M E FLAX                         400.00    3.20           1280.00
L TEMPESTA                       125.00     .80            100.00
                    TOTALS                  6.70           2730.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIJanuary 24, 2011
NEW JERSEY CARDIOLOGY ASSOCIATES            Invoice No.  47752
375 MT. PLEASANT AVENUE                     Client No.  160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN


BALANCE DUE FROM PREVIOUS STATEMENT              78,839.14
LESS PAYMENT(S)                                  70,000.00
LESS PAYMENT(S)                                       0.00
LESS ADJUSTMENT(S)                                    0.00
                                            _____

BALANCE FORWARD                                   8,839.14


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   December 31, 2010

PROFESSIONAL SERVICES                      ████████ *2,730.00*

DISBURSEMENTS                                    18.00

TOTAL THIS PERIOD                          ████████ *2,748.00*
                                            _____

TOTAL AMOUNT DUE                                 13,497.14
TRUST RETAINER                                        0.00
BALANCE DUE                                       13,497.14
                                            ============

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAJanuary 24, 2011
Client No.                 160365                          Page      2
INVOICE NO.                47752


Matter Summary

160365.1        V. DR. MARIO A.        Fees            Costs           Total
                                       ▓▓▓▓▓▓           $18.00          ▓▓▓▓▓▓
                                       $2,730.00                       $2,748.00

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  January 24, 2011
Client No.              160365                        Page      3
INVOICE NO.             47752

             For Professional Services Rendered through   12/31/10

Matter #          160365.1         V. DR. MARIO A. CRISCITO


| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/10 | JMA | Review of and comments to letter to Mag. Arleo re: amended exhibit lists and proposed order; Conference with MEF re: revisions to letter and order | 1.00 | 500.00 |
| 12/02/10 | MEF | Email from B. Crelin; finalize First Amended Joint Trial Exhibit List; finalize Defendant's First Amended Trial Exhibit List; draft order; letter to Judge Arleo; conference with JMA; revise letter; revise order; e-file; email to S. Kern | 1.70 | 680.00 |
| 12/06/10 | JMA | Phone- G. Rogal; Email to G. Rogal and A. Casella re: trial exhibits | .30 | 150.00 |
| 12/08/10 | MEF | Email from JMA to G. Rogal and T. Casella | .20 | 80.00 |
| 12/09/10 | JMA | Receipt and review NEF and Order Amending Final Pretrial Order entered by Magistrate Arleo | .30 | 150.00 |
| 12/09/10 | MEF | Receipt and review notice of electronic filing regarding order amending final pretrial order; review filed order | .30 | 120.00 |
| 12/14/10 | JMA | Receipt and review email from G. Rogal; Review file; ███████████████████ Email to G. Rogal | .60 | 300.00 |
| 12/14/10 | MEF | Conference with JMA; ███████████████ | .10 | 40.00 |
| 12/17/10 | JMA | ███████████████████████ Conference with MEF; Email to G. Rogal and T. Casella; Emails to/from clients | .90 | 450.00 |
| 12/17/10 | MEF | ██████████████████ conference with JMA; email from JMA to G. Rogal and A. Casella; email from G. Rogal; email from S. Charme; email to clients regarding conference call | .40 | 160.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA January 24, 2011
Client No.                  160365                      Page      4
INVOICE NO.                 47752
```



```
12/28/10 JMA Phone- S. Charme                        .20   100.00

Total Fees:                                         ──────────────
                                                      2,730.00

        Disbursements

12/31/10 Federal Express                          18.00
                                                    ──────────────
Total Costs                                              18.00
                                                    ──────────────
Total Due this Matter
=============                                          2,748.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAJanuary 24, 2011
Client No.              160365                    Page      5
INVOICE NO.             47752
```

SUMMARY OF FEES:

```
    *--------------------------TIME AND FEE SUMMARY--------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS                FEES
    J M AGNELLO                     500.00         3.30              1,650.00
    M E FLAX                        400.00         2.70              1,080.00
                      TOTALS                       6.00              2,730.00
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIFebruary 25, 2011
NEW JERSEY CARDIOLOGY ASSOCIATES          Invoice No.  48012
375 MT. PLEASANT AVENUE                    Client No.  160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 13,497.14 |
| LESS PAYMENT(S) | 5,000.00 |
| LESS PAYMENT(S) | 0.00 |
| LESS ADJUSTMENT(S) | 0.00 |
| BALANCE FORWARD | 8,497.14 |

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING    January 31, 2011

| | |
|---|---:|
| PROFESSIONAL SERVICES | 6,282.50 |
| DISBURSEMENTS | 16.14 |
| TOTAL THIS PERIOD | 6,298.64 |

| | |
|---|---:|
| TOTAL AMOUNT DUE | 14,795.78 |
| TRUST RETAINER | 0.00 |
| BALANCE DUE | 14,795.78 |
| | ============ |

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAFebruary 25, 2011
Client No.              160365                    Page      2
INVOICE NO.             48012
```

Matter Summary

| 160365.1 | V. DR. MARIO A. | Fees | Costs | Total |
|---|---|---|---|---|
| | | $1,290.00 | $16.14 | $1,306.14 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA February 25, 2011
Client No.                 160365                              Page      3
INVOICE NO.                48012

                For Professional Services Rendered through    01/31/11

Matter #            160365.1         V. DR. MARIO A. CRISCITO


01/31/11 JMA Phone conference with MEF re: Opinion and          .50    250.00
             Order; phone- G. Rogal re: Opinion and Order

01/31/11 JMA Review of and comments to Judge Brown's S.J.      1.60    800.00
             Opinion; receipt and review Judge Brown's S.J.
             Order; conference with MEF re: strategy

01/31/11 MEF Receipt and review notice of electronic filing     .60    240.00
             regarding Opinion; review Opinion; receipt and
             review notice of electronic filing regarding
             Order; email from S. Charme


                                                             -------------
Total Fees:                                                     1,290.00


        Disbursements

01/31/11 Telephone                                         8.00
01/31/11 Computer Searches                                 8.14
                                                           -------------
Total Costs                                                      16.14
                                                           -------------
Total Due this Matter                                         1,306.14
=============

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIMarch 10, 2011
NEW JERSEY CARDIOLOGY ASSOCIATES          Invoice No.   48148
375 MT. PLEASANT AVENUE                    Client No.  160365
WEST ORANGE, NJ 07052
ATTN: MARK L. BROWN


BALANCE DUE FROM PREVIOUS STATEMENT                 9,803.28
LESS PAYMENT(S)                                    10,000.00
LESS PAYMENT(S)                                         0.00
LESS ADJUSTMENT(S)                                     0.00
                                          _____

BALANCE FORWARD                                     (196.72)


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   February 28, 2011

PROFESSIONAL SERVICES                             14,577.50

DISBURSEMENTS                                          0.00

TOTAL THIS PERIOD                                 14,577.50
                                          _____


TOTAL AMOUNT DUE                                  14,380.78
TRUST RETAINER                                         0.00
BALANCE DUE                                       14,380.78
                                          ============

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. O7O68-I739
(973) 994-I7OO

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAMarch 10, 2011
Client No.              160365                          Page      2
INVOICE NO.             48148
```

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 160365.1 | V. DR. MARIO A. | $14,577.50 | $0.00 | $14,577.50 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA March 10, 2011
Client No.              160365                        Page      3
INVOICE NO.             48148
```

For Professional Services Rendered through   02/28/11

Matter #            160365.1      V. DR. MARIO A. CRISCITO

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/02/11 | MEF | Receipt and review notice of electronic filing regarding letter order; review letter order; email from JMA; email from G. Rogal | .40 | 160.00 |
| 02/03/11 | MEF | Email from T. Casella; emails from S. Charme; email from G. Rogal | .30 | 120.00 |
| 02/04/11 | JMA | Review expert reports re: interest calculation; conference with G. Rogal, A. Casella, S. Charme and MEF re: Judge Brown's Opinion and Order, interest submission | 2.80 | 1400.00 |
| 02/04/11 | MEF | Conference with JMA regarding payment interest calculation; meeting with JMA, S. Charme, G. Rogal and T. Cassella | 2.40 | 960.00 |
| 02/04/11 | LT | Compile documents for JMA and MEF; file maintenance | 1.00 | 125.00 |
| 02/07/11 | JMA | Conference with EM re: interest submission issues; emails to/from S. Charme | .70 | 350.00 |
| 02/07/11 | EM | Conference with JMA re: submission on interest rate and attorneys fees | .50 | 150.00 |
| 02/08/11 | JMA | Conference call- S. Charme, MEF, EM re: interest submission and strategy; work on Sovereign Bank interest argument for interest submission; email to S. Charme; email to/from G. Rogal | 2.90 | 1450.00 |
| 02/08/11 | MEF | Emails from JMA to S. Charme; email from S. Charme; email from JMA; conference call with JMA, EM and S. Charme regarding prejudgment interest submission; email from T. Casella | .60 | 240.00 |
| 02/08/11 | EM | Telephone conference with JMA, MEF and S. Charme re: interest and attorneys' fees submissions | .50 | 150.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  March 10, 2011
Client No.            160365                    Page      4
INVOICE NO.           48148
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/08/11 | LT | Assist in preparation of Interest Brief | 1.00 | 125.00 |
| 02/09/11 | JMA | Conference with MEF re: strategy, interest submission; emails to/from G. Rogal re: Judge Brown's Opinion; conference with Magistrate | .90 | 450.00 |
| 02/09/11 | MEF | Conference with JMA regarding settlement conference and strategy; emails from G. Rogal; emails from JMA; email from S. Charme; review S. Feit update; email from S. Charme regarding invoices | .60 | 240.00 |
| 02/09/11 | LT | Review and organize pleadings, documents and correspondence | 1.70 | 212.50 |
| 02/11/11 | JMA | Phone- A. Casella re: interest issues and settlement conference issues; meeting with G. Rogal; receipt and review email from G. Rogal | 1.30 | 650.00 |
| 02/12/11 | MEF | Email from S. Charme; email from G. Rogal | .20 | 80.00 |
| 02/14/11 | LT | Review and organize documents and correspondence; prepare files | .60 | 75.00 |
| 02/15/11 | JMA | Receipt and review email from S. Charme with brief; review of and comments to interest brief; review expert reports; conference with MEF re: revisions to interest brief; emails to/from S. Charme re: global settlement; phone- M. Brown; email to S. Charme with revisions to interest brief; emails to/from S. Charme re: settlement | 4.00 | 2000.00 |
| 02/15/11 | MEF | Emails from S. Charme; review draft interest brief; conference with JMA regarding draft brief; revise brief | 3.00 | 1200.00 |
| 02/15/11 | LT | Review and organize documents and correspondence; prepare files | 1.20 | 150.00 |
| 02/17/11 | JMA | Receipt and review emails re: interest brief; revisions to interest brief; draft Point IV; phone- S. Charme; conference with MEF; email to S. Charme; email from G. Rogal; emails to/from S. Charme | 2.80 | 1400.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  March 10, 2011
Client No.              160365                        Page      5
INVOICE NO.             48148
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/17/11 | MEF | Emails from S. Charme; conference with JMA regarding revisions to brief, declarations; review revised papers; email from JMA to S. Charme | 1.30 | 520.00 |
| 02/17/11 | LT | Assist in preparation of interest submission | 2.60 | 325.00 |
| 02/18/11 | JMA | Conference with MEF re: filing date; phone- S. Charme; phone- G. Rogal; review final brief and certification | 1.00 | 500.00 |
| 02/18/11 | MEF | Emails from S. Charme; emails from G. Rogal; email from JMA; emails from S. Charme | .60 | 240.00 |
| 02/18/11 | LT | Proofread Brief; telephone call with S. Charme re: same | 1.00 | 125.00 |
| 02/21/11 | MEF | Receipt and review notice of electronic filing regarding brief; email from S. Charme | .20 | 80.00 |
| 02/22/11 | JMA | Receipt and review email from G. Rogal re: global settlement and state case issues; email to G. Rogal | .50 | 250.00 |
| 02/23/11 | JMA | Email to/from G. Rogal | .30 | 150.00 |
| 02/23/11 | MEF | Email from JMA regarding meeting with clients | .20 | 80.00 |
| 02/24/11 | JMA | Emails to/from G. Rogal re: strategy meeting | .40 | 200.00 |
| 02/28/11 | JMA | Emails to/from client and S. Charme re: meeting | .40 | 200.00 |
| 02/28/11 | JMA | Emails from S. Charme re: Opposition Brief | .20 | 100.00 |
| 02/28/11 | MEF | Emails to S. Charme; email to JMA | .30 | 120.00 |

```
Total Fees:                                         14,577.50


        Disbursements


Total Costs                                              0.00

Total Due this Matter                               14,577.50
==============
```

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  March 10, 2011
Client No.              160365                         Page      6
INVOICE NO.             48148
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY--------------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                        500.00   18.20            9100.00
M E FLAX                           400.00   10.10            4040.00
E MAGNELLI                         300.00    1.00             300.00
L TEMPESTA                         125.00    9.10            1137.50
                        TOTALS             38.40           14577.50
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIApril 18, 2011
NEW JERSEY CARDIOLOGY ASSOCIATES        Invoice No.   48409
375 MT. PLEASANT AVENUE                 Client No.   160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

```
BALANCE DUE FROM PREVIOUS STATEMENT              14,380.78
LESS PAYMENT(S)                                   9,803.28
LESS PAYMENT(S)                                       0.00
LESS ADJUSTMENT(S)                                    0.00
                                          _____

BALANCE FORWARD                                   4,577.50


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   March 31, 2011

PROFESSIONAL SERVICES                            19,702.50

DISBURSEMENTS                                       117.54

TOTAL THIS PERIOD                                19,820.04
                                          _____


TOTAL AMOUNT DUE                                 24,397.54
TRUST RETAINER                                        0.00
BALANCE DUE                                      24,397.54
                                          ================
```

JMA

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. O7068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 18, 2011
Client No.              160365                          Page      2
INVOICE NO.             48409
```

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 160365.1 | V. DR. MARIO A. | $19,702.50 | $117.54 | $19,820.04 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 18, 2011
Client No.              160365                    Page     3
INVOICE NO.             48409

For Professional Services Rendered through   03/31/11

Matter #          160365.1      V. DR. MARIO A. CRISCITO

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/11 | MEF | Receipt and review notice of electronic filing regarding defendant's supplemental brief on interest; review supplemental brief and declaration; email from S. Charme | .80 | 320.00 |
| 03/02/11 | JMA | Receipt and review email from S. Charme; review of and comments to defendants opposition brief; conference with MEF re: reply brief issues | 2.40 | 1200.00 |
| 03/02/11 | MEF | Email from S. Charme; phone with JMA; phone with S. Charme; email to JMA | .50 | 200.00 |
| 03/02/11 | LT | Internet research re: stock indices; telephone call with JMA | 1.20 | 150.00 |
| 03/03/11 | JMA | Review Smith Barney statement (12/31/10); receipt and review emails from G. Rogal and A. Casella; phone- S. Charme and MEF re: revisions to Reply Brief | 1.80 | 900.00 |
| 03/03/11 | MEF | Emails from S. Charme; email from G. Rogal; conference with JMA; phone with JMA and S. Charme; revise reply brief; email to S. Charme | 2.00 | 800.00 |
| 03/04/11 | JMA | Revisions to Reply Brief; conference with G. Rogal, A. Casella, S. Charme re: settlement strategy; conference with S. Charme re: revisions to Reply Brief; emails to/from S. Charme; comments to Reply Brief | 2.90 | 1450.00 |
| 03/04/11 | LT | Prepare files | .80 | 100.00 |
| 03/07/11 | JMA | Email from G. Rogal; emails to/from S. Charme | .40 | 200.00 |
| 03/07/11 | MEF | Emails from S. Charme; email from JMA to S. Charme; emails from S. Charme; email from JMA to S. Charme; email from G. Rogal | .50 | 200.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  April 18, 2011
Client No.            160365                          Page      4
INVOICE NO.           48409

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/11 | JMA | Conference with MEF re: five page submission to Magistrate | .50 | 250.00 |
| 03/11/11 | MEF | Email from S. Charme; email to T. Casella; prepare for 3/14/11 conference; email from T. Casella; phone with Susan at Judge Arleo's chambers | .80 | 320.00 |
| 03/11/11 | LT | Compile documents for JMA and MEF; email to MEF | .50 | 62.50 |
| 03/12/11 | JMA | Review letter Order re: five page submission; review briefs re: preparation of five page submission; conference with MEF re: preparation of five page submission for conference | 3.60 | 1800.00 |
| 03/12/11 | MEF | Conference with JMA; work on 5 page compensatory damages and interest for court; review plaintiffs and defendant's brief regarding same; email to G. Rogal and T. Casella | 3.00 | 1200.00 |
| 03/14/11 | JMA | Review file for settlement conference; receipt and review Criscito interest submission; attend settlement conference | 3.20 | 1600.00 |
| 03/14/11 | JMA | Receipt and review email from S. Charme | .10 | 50.00 |
| 03/14/11 | MEF | Email from B. Crelin; letter from B. Crelin to Judge Arleo; attend settlement conference | 2.70 | 1080.00 |
| 03/15/11 | MEF | Receipt and review notice of electronic filing regarding conference; email from S. Charme; email from B. Crelin; letter from B. Crelin to Judge Arleo | .40 | 160.00 |
| 03/16/11 | JMA | Phone- S. Charme and MEF re: settlement strategy and interest | .30 | 150.00 |
| 03/16/11 | MEF | Phone with JMA and S. Charme | .20 | 80.00 |
| 03/16/11 | LT | Review and organize documents and correspondence; prepare files | 1.10 | 137.50 |
| 03/18/11 | LT | Internet research re: National Law Journal 2010 billing survey; review documents; prepare files | 1.60 | 200.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 18, 2011
Client No.              160365                        Page      5
INVOICE NO.             48409
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/11 | JMA | Phone- Judge Brown's law clerk; conference with MEF; phone- S. Charme and MEF; phone- G. Rogal; emails to/from G. Rogal | 1.10 | 550.00 |
| 03/22/11 | MEF | Conference with JMA regarding interest and call with court; email to B. Crelin; phone with JMA and S. Charme | .40 | 160.00 |
| 03/23/11 | JMA | Email to/from G. Rogal | .10 | 50.00 |
| 03/23/11 | JMA | Receipt and review emails to/from Crelin re: 3/29 call with Judge Brown | .30 | 150.00 |
| 03/23/11 | MEF | Email from B. Crelin; emails from/to JMA; email to B. Crelin | .40 | 160.00 |
| 03/23/11 | MEF | Email from JMA to G. Rogal and T. Casella; email from R. Rogal | .20 | 80.00 |
| 03/24/11 | JMA | Receipt and review email from G. Rogal; email to G. Rogal | .60 | 300.00 |
| 03/24/11 | MEF | Email to B. Crelin regarding conference call with Court; emails from B. Crelin; email to S. Charme | .40 | 160.00 |
| 03/25/11 | MEF | Email from JMA to G. Rogal | .20 | 80.00 |
| 03/28/11 | MEF | Email from LT; email from G. Rogal; email to G. Rogal | .30 | 120.00 |
| 03/28/11 | LT | Compile documents for JMA and MEF | .40 | 50.00 |
| 03/29/11 | JMA | Review file for call; conference with MEF re: potential issues for conference call; conference call with Judge Brown; phone- S. Charme and MEF; phone- G. Rogal, S. Charme and MEF; conference with MEF re: Rule 58 Judgment | 1.70 | 850.00 |
| 03/29/11 | MEF | Conference with JMA regarding call with Judge Brown; phone with JMA and S. Charme regarding Judge Brown decision; conference with JMA regarding decision and Rule 58 judgment; phone with JMA, S. Charme, G. Rogal; email from JMA to T. Casella | 1.20 | 480.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 18, 2011
Client No.              160365                    Page      6
INVOICE NO.             48409
```

| | | | | |
|---|---|---|---|---|
| 03/29/11 | LT | Compile documents for JMA and MEF re: attorneys' fees; review and organize documents and correspondence | .80 | 100.00 |
| 03/30/11 | JMA | Phone- G. Rogal and MEF; conference with EM re: ERISA research re: attorneys' fees; email to T. Casella; receipt and review Order re: compensatory damages; emails to/from G. Rogal; conference with MEF re: Rule 58 Judgment; phone- G. Rogal; letter to Judge Brown; email to clients; phone- S. Charme | 3.00 | 1500.00 |
| 03/30/11 | MEF | Conference with JMA regarding strategy; conference with JMA and EM regarding research; conference with JMA regarding Rule 58 judgment; email from G. Rogal; receipt and review notice of electronic filing regarding order; review order; conference with JMA regarding revisions to Final Judgment (compensatory damages); email from JMA to S. Charme | 1.70 | 680.00 |
| 03/30/11 | EM | Conference with JMA re: research in connection with attorneys' fees motion | .40 | 120.00 |
| 03/30/11 | EM | Research re: DNJ attorneys' fees applications; research re: allowable attorneys' fees under ERISA | 2.50 | 750.00 |
| 03/30/11 | LT | Review 2010 billing survey; prepare chart re: NJ firm billing rates; prepare emails to clients and co-counsel; telephone call with K. Korchick re: 3/29/11 transcript; receipt and review email from K. Korchick re: same; email to K. Korchick requesting transcript; prepare proposed Rule 58 Final Judgment (compensatory damages); prepare letter to Judge Brown; electronically file same; email to counsel attaching same | 3.70 | 462.50 |
| 03/31/11 | MEF | Review transcript of decision on interest and compensatory damages; receipt and review notice of electronic filing regarding letter; letter from JMA to Judge Brown; email from JMA to B. Crelin; email from JMA to clients; receipt and review notices of electronic filing regarding transcript | .60 | 240.00 |

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. O7O68-I739
(973) 994-I7OO

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 18, 2011
Client No.          160365                    Page      7
INVOICE NO.         48409

03/31/11 LT  Receipt and review email from K. Hartmann with      .40    50.00
             transcript; forward same to MEF; email to K.
             Hartmann

                                                             -------------
Total Fees:                                                      19,702.50


         Disbursements


Court Reporter

03/31/11 Court Reporter -  TRANSCRIPTS PLUS, INC 3/30/11      36.30

                                   SUBTOTAL:     36.30

03/31/11 Faxes                                    8.00
03/31/11 Telephone                               28.80
03/31/11 Travel Expense                          20.00
03/31/11 Computer Searches                        5.44
03/31/11 Federal Express                         19.00
                                                             -------------
Total Costs                                                        117.54
                                                             -------------
Total Due this Matter                                           19,820.04
=============
```

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. O7O68-l739
(973) 994-l7OO

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 18, 2011
Client No.              160365                        Page      8
INVOICE NO.             48409
```

SUMMARY OF FEES:

```
    *-------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS            FEES
J M AGNELLO                          500.00  22.00         11000.00
M E FLAX                             400.00  16.30          6520.00
E MAGNELLI                           300.00   2.90           870.00
L TEMPESTA                           125.00  10.50          1312.50
                        TOTALS               51.70         19702.50
```

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIApril 26, 2011
NEW JERSEY CARDIOLOGY ASSOCIATES              Invoice No.  ******
375 MT. PLEASANT AVENUE                        Client No.   160365
WEST ORANGE, NJ 07052
ATTN:  MARK L. BROWN
```

```
BALANCE DUE FROM PREVIOUS STATEMENT                    24,397.54
LESS PAYMENT(S)                                             0.00
LESS PAYMENT(S)                                             0.00
LESS ADJUSTMENT(S)                                          0.00
                                               _____

BALANCE FORWARD                                        24,397.54


FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   April 26, 2011

PROFESSIONAL SERVICES                                  87,435.00

DISBURSEMENTS                                             200.11

TOTAL THIS PERIOD                                      87,635.11
                                               _____


TOTAL AMOUNT DUE                                      112,032.65
TRUST RETAINER                                              0.00
BALANCE DUE                                           112,032.65
                                               ============
```

JMA

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.                160365                        Page      2
INVOICE NO.               ******
```

Matter Summary

```
                                    Fees          Costs          Total
160365.1        V. DR. MARIO A.    $87,435.00      $200.11      $87,635.11
```

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 26, 2011
Client No.              160365                       Page       3
INVOICE NO.             ******
```

           For Professional Services Rendered through   04/26/11

Matter #              160365.1       V. DR. MARIO A. CRISCITO


| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/11 | JMA | Receipt and review Rule 58 Judgment; email to clients; conference with EM and MEF re: preparation of motion for attorneys' fees; review Rule 54 and Local Rule 54; receipt and review attorneys' fees documents from client | 3.30 | 1650.00 |
| 04/01/11 | MEF | Conference with JMA and EM regarding attorneys' fee application | 1.40 | 560.00 |
| 04/01/11 | EM | Conference with JMA and MEF re: attorneys' fees application; begin drafting JMA Decl. in support of attorneys' fees motion | 7.80 | 2340.00 |
| 04/01/11 | LT | Compile documents for JMA and MEF re: attorneys' fees submission; prepare email to S. Charme; prepare email to clients attaching entered Rule 58 Judgment; meet with A. Casella re: attorney billings; conference with JMA re: same | 1.70 | 212.50 |
| 04/02/11 | EM | Continued drafting JMA Decl. to attorneys' fees application | 2.40 | 720.00 |
| 04/03/11 | MEF | Email from JMA to S. Charme; email from A. Casella; emails from S. Charme; email from JMA | .30 | 120.00 |
| 04/04/11 | JMA | Conference with KB re: lien status of Final Judgment; review 28 USC 1962, NJSA 2A:16-1; emails to/from S. Charme re: Final Judgment | 1.10 | 550.00 |
| 04/04/11 | KB | Research regarding Federal docketing of judgment;  Several telephone conferences with title company regarding docketing; Sent filed order of judgment to title company for search | 1.50 | 525.00 |
| 04/04/11 | EM | Drafting JMA Declaration in support of attorneys' fees and costs | 3.80 | 1140.00 |

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  April 26, 2011
Client No.                 160365                    Page     4
INVOICE NO.              ******

| | | | | |
|---|---|---|---|---|
| 04/04/11 | LT | Compile documents for JMA, MEF and BHF; prepare files | .60 | 75.00 |
| 04/05/11 | JMA | Phone- S. Charme, L. Cohen and MEF re: judgment lien and settlement issues; phone- B. Crelin and MEF re: settlement issues; emails to/from clients re: settlement; email to S. Charme re: judgment lien; work on JMA Declaration for attorneys' fees motion | 2.50 | 1250.00 |
| 04/05/11 | MEF | Email from S. Charme; email from JMA; email from S. Charme; phone with JMA and S. Charme; phone with JMA and B. Crelin; email from JMA to clients; email from G. Rogal; email from JMA | 1.00 | 400.00 |
| 04/05/11 | KB | Several telephone conferences with title company regarding status of docketed judgment | .40 | 140.00 |
| 04/05/11 | EM | Continued drafting JMA Declaration for attorneys' fees; reviewed all invoices and bills from plaintiffs' attorneys and consultants | 4.90 | 1470.00 |
| 04/05/11 | LT | Compile documents regarding attorneys' fees motion; prepare insert to JMA declaration; prepare files | 1.80 | 225.00 |
| 04/06/11 | JMA | Conference with LT re: settlement call with defendant's counsel; email to client; receipt and review email from S. Charme; review Charles Jones search; email to Charme; email to clients; phone- S. Charme | 1.00 | 500.00 |
| 04/06/11 | EM | Begin drafting brief in support of motion for attorneys' fees; research re: conflict between Local Rule 54.2 and Fed. Rule 54 | 3.80 | 1140.00 |
| 04/06/11 | LT | T/c with R. Conroy's assistant regarding conference call; prepare draft insert to JMA declaration regarding attorneys' fees | .70 | 87.50 |

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA  April 26, 2011
Client No.                160365                      Page      5
INVOICE NO.               ******
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/11 | JMA | Phone- Conroy, et al. and MEF re: settlement; conference with MEF regarding settlement; email to client; phone - G. Rogal; receipt and review email from A. Casella with Smith Barney statement; email to Conroy with Smith Barney 3/31/11 balance; email to/from clients regarding Judge Brown "interest" decision | 1.80 | 900.00 |
| 04/07/11 | MEF | Email from JMA to G. Rogal and T. Casella; email from G. Rogal; email from JMA to S. Charme; review judgment search; email from JMA to G. Rogal and T. Casella | .40 | 160.00 |
| 04/07/11 | MEF | Phone with JMA, B. Convoy, B. Crelin and C. Newman | .30 | 120.00 |
| 04/07/11 | MEF | Conference with JMA regarding status of settlement discussions | .40 | 160.00 |
| 04/07/11 | EM | Research re: lodestar calculation; research re: cases in which ERISA fees were awarded; research re: reasonableness of attorneys' fees in ERISA cases | 4.50 | 1350.00 |
| 04/07/11 | LT | Prepare revisions to JMA attorneys' fees declaration insert | .80 | 100.00 |
| 04/08/11 | MEF | Email from JMA to B. Convoy; email from G. Rogal; email from JMA; conference with EM regarding attorneys fees brief | .40 | 160.00 |
| 04/08/11 | EM | Continued drafting attorneys' fees brief and JMA supporting declaration | 8.20 | 2460.00 |
| 04/11/11 | EM | Continue working on attorneys' fees application | 7.90 | 2370.00 |
| 04/12/11 | JMA | Phone- G. Rogal; receipt and review email from G. Rogal; email to S. Charme re: issues for meeting; email to S. Charme re: execution issues; work on attorneys' fees motion; conference with EM re: attorneys' fees motion papers; emails to/from S. Charme | 5.10 | 2550.00 |
| 04/12/11 | MEF | Revise insert into JMA declaration; emails from JMA to S. Charme (4); email from S. Charme; begin drafting insert to attorneys' fees brief | 1.00 | 400.00 |

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.              160365                      Page      6
INVOICE NO.             ******
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 04/12/11 | EM | Continued drafting attorneys' fees application; reviewed invoices and bills | 2.60 | 780.00 |
| 04/12/11 | EM | Conference with JMA re: additions and revisions to attorneys' fees affidavit | 3.80 | 1140.00 |
| 04/12/11 | LT | Compile documents for JMA and BHF; review and organize documents and correspondence; prepare files | 1.30 | 162.50 |
| 04/13/11 | JMA | Conference with EM re: work on attorneys' fees motion; phone- S. Charme, EM re: settlement and attorneys' fees motion | 2.20 | 1100.00 |
| 04/13/11 | MEF | Continue drafting insert regarding preparation of final pretrial order and amendments; review file regarding same | 1.00 | 400.00 |
| 04/13/11 | EM | Telephone conference with Charme re: attorneys' fees application and execution against Criscito; conference with JMA re: revisions to declaration for attorneys' fees application; reviewed and revised declaration | 8.20 | 2460.00 |
| 04/14/11 | JMA | Phone- B. Conroy re: settlement; receipt and review email from B. Conroy; conference with MEF re: strategy; email to clients re: settlement offer; conference with EM re: attorneys' fees motion; receipt and review email from A. Casella; conference with BHF re: post-judgment discovery; phone- Mitch Cobert re: post-judgment discovery issue | 6.50 | 3250.00 |
| 04/14/11 | BHF | Conference with JMA re: post-judgment collection efforts; drafting post-judgment discovery requests | 1.70 | 595.00 |
| 04/14/11 | MEF | Email from B. Conroy; conference with JMA regarding settlement offer; email from JMA to G. Rogal and T. Casella; email from T. Casella; emails from G. Rogal; emails from JMA | .60 | 240.00 |
| 04/14/11 | MEF | Email from S. Charme; review documents regarding Criscito assets; assist in execution issues; email to BHF; email from BHF; assist in revision to portion of attorneys' fees motion | 1.30 | 520.00 |

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLA April 26, 2011
Client No.            160365              Page      7
INVOICE NO.           ******

| | | | | |
|---|---|---|---|---|
| 04/14/11 | EM | Emails to/from Charme in connection with drafting attorneys' fees application; telephone conference with Charme re: information needed for attorneys' fees application; conference with JMA re: attorneys' fees application; continued drafting application papers | 8.00 | 2400.00 |
| 04/14/11 | LT | Compile documents for JMA and BHF; review files; internet research re: Morgan Stanley | 2.60 | 325.00 |
| 04/15/11 | JMA | Phone- Conroy's office; email to Conroy re: settlement proposal; email to clients; emails to/from Conroy; emails to clients; review Rule 62; work on motion for award of attorneys' fees - JMA Declaration | 2.80 | 1400.00 |
| 04/15/11 | MEF | Emails from B. Conroy; emails from JMA regarding settlement (multiple) | .60 | 240.00 |
| 04/15/11 | EM | Continued drafting attorneys' fees application and brief | 4.10 | 1230.00 |
| 04/15/11 | LT | Review and organize documents and correspondence regarding attorneys fee application | 1.10 | 137.50 |
| 04/16/11 | JMA | Review of and comments to JMA Declaration; conference with EM re: revisions to JMA Declaration in support of award of attorneys' fees | 5.60 | 2800.00 |
| 04/16/11 | EM | Work with JMA on attorneys' fees application | 4.50 | 1350.00 |
| 04/18/11 | JMA | Prepare additions to JMA Declaration (attorneys' fees); conference with EM re: revisions to JMA Declaration | 1.30 | 650.00 |
| 04/18/11 | EM | Continue working with JMA on attorneys' fees application; revised same | 4.80 | 1440.00 |
| 04/18/11 | LT | Review CB bills re: attorneys' fees motion | 1.00 | 125.00 |
| 04/19/11 | EM | Continue working on attorneys' fees and costs application | 15.10 | 4530.00 |

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.                160365                    Page      8
INVOICE NO.             * * * * * *

04/20/11 JMA  Review of and comments to JMA Declaration in        6.50  3250.00
              support of attorneys' fees motion; conference
              with EM re: revisions to JMA Declaration in
              support of attorneys' fees motion; review
              exhibits to JMA Declaration; phone- S. Charme;
              email to clients re: attorneys' fees
              application

04/20/11 EM   Continued working on attorneys' fees and costs     11.40  3420.00
              application; conference with JMA regarding
              revisions to attorneys' fee application;
              drafted, reviewed and revised Casella Decl.

04/21/11 JMA  Review of and comments to JMA Decl. and             6.50  3250.00
              exhibits- attorneys' fees; review of and
              comments to brief- attorneys' fees; review case
              law and Rules; conference with EM re:
              preparation of Casella Declaration- attorneys'
              fees; revisions to JMA Decl. and brief-
              attorneys' fees

04/21/11 BHF  Drafting Post-judgment RPD, Interrogatories,        4.80  1680.00
              deposition notices and subpoenas upon Criscito
              and banks

04/21/11 BHF  Conferences with JMA and MEF re: same                .50   175.00

04/21/11 MEF  Conference with JMA regarding attorneys' fee         .70   280.00
              application; email from JMA to G. Rogal and T.
              Casella; email from G. Rogal; emails from JMA;
              emails to/from BHF; conference with BHF
              regarding post-judgment discovery

04/21/11 EM   Work with JMA on attorneys' fees application,      10.60  3180.00
              brief and Casella Decl.; reviewed and revised
              same

04/22/11 JMA  Review of and comments to JMA attorneys' fees       8.30  4150.00
              Declaration and exhibits; review of and
              comments to attorneys' fees brief; conference
              with EM re: revision to JMA Decl. and brief;
              preparation of Charme Decl., revisions to
              Casella Decl.; emails to/from clients

04/22/11 BHF  Drafting Criscito dep. notice and subpoena;         1.00   350.00
              revise RPD and Rogs

DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.                 160365                        Page      9
INVOICE NO.            ******

| | | | | |
|---|---|---|---|---|
| 04/22/11 | MEF | Review and comment to 1st post-judgment request for production and 1st post judgment interrogatories; email to BHF | 1.00 | 400.00 |
| 04/22/11 | EM | Continue working on attorneys' fees application | 10.20 | 3060.00 |
| 04/23/11 | JMA | Work on Preliminary Statement for attorneys' fees brief; review of and comments to brief and Charme Decl. re: attorneys' fees; conference with EM re: revisions to brief and Charme Decl.; email to clients | 4.30 | 2150.00 |
| 04/23/11 | MEF | Email from JMA to G. Rogal and T. Casella; review and comment to JMA declaration; review and comment to T. Casella declaration; conference with JMA and EM regarding attorneys' fees brief; work on attorneys' fees application | 1.90 | 760.00 |
| 04/23/11 | MEF | Email to BHF; conference with JMA and BHF regarding post judgment discovery; conference with BHF regarding post judgment discovery | .40 | 160.00 |
| 04/23/11 | EM | Work with JMA on attorneys' fees submissions; reviewed and revised same | 7.80 | 2340.00 |
| 04/24/11 | EM | Continue reviewing and revising attorneys' fees application | 5.80 | 1740.00 |
| 04/25/11 | JMA | Work on Preliminary Statement for attorneys' fees brief; email to client | 1.00 | 500.00 |
| 04/25/11 | JMA | Receipt and review email from S. Charme with comments to attorneys' fees motion papers; review of and comments to JMA Decl., brief, Charme Decl. and Casella Decl.; conference with EM re: revisions to motion papers; emails to/from client and Charme re: finalizing motion papers | 2.50 | 1250.00 |
| 04/25/11 | MEF | Email from JMA regarding draft attorneys' fees brief; review and comment to draft brief; email from S. Charme; review redlined declarations and brief; email from JMA regarding preliminary approval statement; review and comment to same; email from S. Charme; email from G. Rogal; email from S. Charme | 1.60 | 640.00 |

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.            160365                        Page    10
INVOICE NO.           ******
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 04/25/11 | MEF | Review and comment to post judgment deposition notice to Criscito; conference with JMA regarding post judgment discovery; letter to B. Conroy; finalize request for production of documents; finalize interrogatories; conference with BHF regarding deposition notice and subpoena; email to B. Conroy | 2.00 | 800.00 |
| 04/25/11 | EM | Reviewed and revised attorneys' fees submissions; drafted and reviewed emails to and from Charme and client re: revisions to brief and Declarations; drafted Notice of Motion, proposed Order, Cert. of Service and cover letter to Court | 9.30 | 2790.00 |

```
                                                  -------------
Total Fees:                                          87,435.00


        Disbursements

04/26/11 Photocopies                          194.75
04/26/11 Computer Searches                      5.36
                                             -------------
Total Costs                                      200.11
                                             -------------
Total Due this Matter                            87,635.11
=============
```

```
DIAGNOSTIC & CLINICAL CARDIOLOGY, PA. PROFIT SHARING PLAApril 26, 2011
Client No.                160365                        Page    11
INVOICE NO.               ******
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
J M AGNELLO                     500.00   62.30           31150.00
B H FENLON                      350.00    8.00            2800.00
M E FLAX                        400.00   16.30            6520.00
K BANDAZIAN                     350.00    1.90             665.00
E MAGNELLI                      300.00  149.50           44850.00
L TEMPESTA                      125.00   11.60            1450.00
                   TOTALS               249.60           87435.00
```