## EXHIBIT E

### ABAR PENSION SERVICES, INC.

| Tab | Billing Period | Fees | Costs | Total Fees and Costs | Hrs., Mins. SF | Hrs., Mins. MRU | Hrs., Mins. JR |
|---|---|---|---|---|---|---|---|
| 1 | 3-2008 | $11,695.00 | -------- | $11,695.00 | 26, 05 | -------------- | 5, 45 |
| 2 | 4-2008 | $5,997.00 | -------- | $5,997.00 | 13, 35 | -------------- | 2, 30 |
| 3 | 5-2009 | $1,853.00 | -------- | $1,853.00 | 3, 48 | 0, 50 | ---------------- |
| 4 | 4-2010 6-2010 7-2010 | $7,966.00 | -------- | $7,966.00 | 19, 55 | -------------- | ---------------- |
| 5 | 2-2011 3-2011 | $467.00 | -------- | $467.00 | 1, 10 | -------------- | ---------------- |
| Totals: | | $27,978.00 | -------- | **$27,978.00** | 61, 33 | 0,50 | 8, 15 |

Soft Fact

Privileledged and Confidential

Diagnostic and Clinical Cardiology, P.A. Money Purchase Plan (Profit Sharing Plan)
Time Sheet

| Date | Name | Start time | End time | Hrs | Min | Rate | Cost | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/19/2008 | SF | 10:00am | 11:30am | 1 | 30 | 400 | $600.00 | Initial meeting with Steve; discussed overview of case |
| 3/19/2008 | SF | 2:05pm | 3:10pm | 1 | 5 | 400 | $433.00 | Reviewed 2 boxes from APC valuations from 84 to 96 |
| 3/24/2008 | SF | 1:10pm | 3:30pm | 2 | 20 | 400 | $933.00 | Reconciled assets for 1995 plan year (segregated and pooled) |
| 3/25/2008 | SF | 8am | 8:30am | | 30 | 400 | $200.00 | Reviewed 1995 reconciliation of assets with Lenny and Steve Discussed how to handle the loan |
| 3/25/2008 | SF | 1:05pm | 4pm | 2 | 55 | 400 | $1,167.00 | Calculated loan balance at 12/31/95 Reallocated contribution and earnings for 1995 |
| 3/25/2008 | SF | 7:30pm | 8:45pm | 1 | 15 | 400 | $500.00 | Reviewed 1996 and 1997 valuations performed by APC |
| 3/26/2008 | SF | 7:40am | 9:35am | 1 | 55 | 400 | $767.00 | Calculated loan balance at 12/31/96 and 12/31/97. Reallocated contribution and earnings for 1996 and 1997 |
| 3/27/2008 | SF | 2:10pm | 4:30pm | 2 | 20 | 400 | $933.00 | Calculated loan balance at 12/31/98. Reviewed 1998 work performed by APC. Reconciled the assets for 1998. |

Attorney Work Product

Priviledged and Confidential

| Date | | Start | End | | | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3/27/2008 | JR | 2:40pm | 5:10pm | 2 | 30 | 225 | $563.00 | Checked all work done by SF for years 1995 to 1997 |
| 3/28/2008 | SF | 8am | 11:45am | 3 | 45 | 400 | $1,500.00 | Calculated loan balance at 12/31/99. Reviewed 1999 work performed by APC. |
| 3/28/2008 | SF | 1:20pm | 4:00pm | 2 | 40 | 400 | $1,067.00 | Reconciled the assets for 1999. |
| 3/28/2008 | JR | 10:10am | 10:55am | 0 | 45 | 225 | $169.00 | Checked all work done by SF for year 1998 |
| 3/28/2008 | JR | 4:30pm | 5:15pm | 0 | 45 | 225 | $169.00 | Checked all work done by SF for year 1999 |
| 3/30/2008 | SF | 7:00am | 9:45am | 2 | 45 | 400 | $1,100.00 | Recreated transfers and distributions that took place during the 2000 plan year |
| 3/31/2008 | SF | 8:00am | 11:00am | 3 | 0 | 400 | $1,200.00 | Meeting with Lenny and Steve to discuss results of valuations. Interest calculation for the period 2000 to present. |
| 3/31/2008 | JR | 9:00am | 10:45am | 1 | 45 | 225 | $394.00 | Review all work done by SF for year 2000. |

Amount for March 2008        $11,695.00

Less Retainer:        $5,000.00

Amount Due for March 2008        $6,695.00

Attorney Work Product

Diagnostic and Clinical Cardiology, P.A. Money Purchase Plan (Profit Sharing Plan)
Time Sheet

| Date | Name | Start time | End time | Hrs | Min | Rate | Cost | Notes |
|---|---|---|---|---|---|---|---|---|
| 4/7/2008 | SF | 12:10pm | 1:05pm | 0 | 55 | 400 | $367.00 | Prepare summary of work performed from 1995 to present |
| 4/14/2008 | SF | 1:20pm | 2:10pm | 0 | 50 | 400 | $333.00 | Prepared exhibits for summary letter |
| 4/15/2008 | SF | 10:20am | 10:30am | 0 | 10 | 400 | $67.00 | Prepared exhibits for summary letter |
| 4/15/2008 | SF | 12:40pm | 12:50pm | 0 | 10 | 400 | $67.00 | Discussions with Joy Mercer and Mitch Cobert |
| 4/28/2008 | SF | 1:00pm | 3:45pm | 2 | 45 | 400 | $1,100.00 | Prepared analysis of MS distributions and transfers from the plan for 1995 to 2000 |
| 4/29/2008 | SF | 9:30am | 12:05pm | 2 | 35 | 400 | $1,033.00 | Prepared analysis of MS distributions and transfers from the plan for 2001 to 2003 |
| 4/29/2008 | JR | 1:45pm | 2:50pm | 1 | 5 | 225 | $244.00 | Reviewed distributions and transfers for 1995 to 2003 from MS (Morgan Stanley) |
| 4/29/2008 | SF | 3:00pm | 3:55pm | 0 | 55 | 400 | $367.00 | Prepared analysis of Morgan Stanley distributions and transfers from the plan for 2004 and 2005 |
| 4/30/2008 | SF | 7:40am | 11:40am | 4 | 0 | 400 | $1,600.00 | Prepared anaysis of Morgan Stanley distributions and transfers from the plan for 2006 forward and from 1999 to 2006 for Smith Barney acct |

Attorney Work Product                                                                 Priviledged and Confidential

| 4/30/2008 JR | 12:05pm | 1:30pm | 1 | 25 | 225 | $319.00 | Reviewed distributions and transfers for 2004 to 2007 from MS and Smith Barney acct |
| 4/30/2008 SF | 3:20pm | 4:35pm | 1 | 15 | 400 | $500.00 | Prepared anaysis of Indep. Bank CD distributions and transfers from the plan for 2003 forward |

Amout Due for April 2008   $5,997.00

Attorney Work Product

Priviledged and Confidential

*ASML*

Diagnostic and Clinical Cardiology, P.A. Money Purchase Plan (Profit Sharing Plan)
Time Sheet

| Date | Name | Start time | End time | Hrs | Min | Rate | Cost | Notes |
|------|------|-----------|----------|-----|-----|------|------|-------|
| 5/22/2009 | SF | 3:05pm | 4pm | 0 | 55 | 400 | $367.00 | review of Steve's email and valuations done in past. |
| 5/26/2009 | SF | 12:52pm | 3:10pm | 2 | 18 | 400 | $920.00 | Update 1999 and 2000 valuation using additional asset information; update interest calc. update report |
| 5/26/2009 | MRU | 3:15pm | 3:50pm | 0 | 35 | 400 | $233.00 | Above work was checked |
| 5/28/2009 | SF | 8:00am | 8:35am | 0 | 35 | 400 | $233.00 | revised report using actual value of Latin American Fund |
| 5/28/2009 | MRU | 8:40am | 8:55am | 0 | 15 | 400 | $100.00 | Revised report was checked |

$1,853.00

ABAr

Diagnostic and Clinical Cardiology, P.A. Money Purchase Plan (Profit Sharing Plan)
Time Sheet

| Date | Name | Start time | End time | Hrs | Min | Rate | Cost | Notes |
|------|------|-----------|----------|-----|-----|------|------|-------|
| 4/14/2010 | SF | 8am | 8:20am | 0 | 20 | 400 | $133.00 | Update interest calcs through April 30 |
| 6/25/2010 | SF | 6:05am | 9:40am | 3 | 35 | 400 | $1,433.00 | Review defendant expert report and attachments |
| 7/12/2010 | SF | 9:45am | 11:55am | 2 | 5 | 400 | $833.00 | Review reports for deposition next week |
| 7/15/2010 | SF | 1pm | 3:45pm | 2 | 45 | 400 | $1,100.00 | Prepare for deposition with Steve Charme |
| 7/15/2010 | SF | 5:30pm | 9:15pm | 3 | 45 | 400 | $1,500.00 | Review of calculations, lost earnings calculator and IRS regs on interest rates to use |
| 7/16/2010 | SF | 6:20am | 7:50am | 1 | 30 | 400 | $600.00 | Review all work product. Identify correspondence with attorney's name on it. |
| 7/21/2010 | SF | 4am | 8:25am | 4 | 25 | 400 | $1,767.00 | Review work product for deposition |
| 7/21/2010 | SF | 9:00am | 10:30am | 1 | 30 | 400 | $600.00 | Review work product for deposition with Steve Charme |

$7,966.00

Diagnostic and Clinical Cardiology, P.A. Money Purchase Plan (Profit Sharing Plan)
Time Sheet

| Date | Name | Start time | End time | Hrs | Min | Rate | Cost | Notes |
|------|------|-----------|----------|-----|-----|------|------|-------|
| 2/8/2011 | SF | 4pm | 4:45pm | 0 | 45 | 400 | $300.00 | Update interest calcs through January 31 |
| 3/1/2011 | SF | 8:05am | 8:30am | 0 | 25 | 400 | $167.00 | review other experts report |
| | | | | | | Total Due | $467.00 | |

## EXHIBIT F

**LINDABURY, MCCORMICK, ESTABROOK & COPPER, P.C.**

| Billing Period | Mediation Fees | Mediator's Hourly Rate | Costs | Total Fees and Costs | Plaintiffs' Portion (50%) | Hrs. JMB |
|---|---|---|---|---|---|---|
| 2-2010 3-2010 | $3,150.00 | $300.00 | $86.24 | $3,236.24 | **$1,618.12.00** | 10.5 |

LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.

For Professional Services Rendered:

| DATE | DESCRIPTION | INITIALS | HOURS | AMOUNT |
|------|-------------|----------|-------|--------|
| 02/01/10 | Administration, including performance of conflict check, opening of file, preparation of Mediation Agreement, correspondence and telephone calls/emails to arrange for mediation date. | JMB | 1.00 | 300.00 |
| 03/09/10 | Review of position statement dated 3/5/10 received from Stephen Charme, attorney for plaintiffs, together with Appendix containing 8 exhibits. | JMB | 1.00 | 300.00 |
| 03/11/10 | Review of mediation statement dated 3/10/10 received from Steven Kern, attorney for defendant and exhibits (pleadings - both federal and state matters - Bylaws, Shareholders Agreement, Certification of Incorporation and as amended; engagement agreement, license and service agreement, amended pleadings, 3rd party pleadings, etc., deposition). | JMB | 1.00 | 300.00 |
| 03/12/10 | Mediation session. | JMB | 6.50 | 1,950.00 |
| 03/15/10 | Administration including correspondence, post-mediation telephone calls, if any, and where applicable advice to Court that matter has been settled. | JMB | 1.00 | 300.00 |
| | TOTAL FEES | | 10.50 | 3,150.00 |

| | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| John M. Boyle | 10.50 | 300.00 | 3,150.00 |

LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.

<u>EXPENSES</u>

- Lunch mediation on 03/12/10                                    86.24

TOTAL EXPENSES                                                    86.24

TOTAL FOR THIS INVOICE                                         $3,236.24

*Thank you for using the services of Lindabury, McCormick, Estabrook & Cooper, P.C.*

## EXHIBIT G

### ROSENBERG & ASSOCIATES, INC.

| Date of Invoice | Invoice No. | Description | Amount |
|---|---|---|---|
| 6-04-2009 | 145979 | Deposition of S. Feit | $604.50 |
| 8-05-2010 | 171708 | Deposition of Dr. Casella | $449.50 |
| | | **Total:** | **$1,054.00** |

**Rosenberg & Associates**
Certified Court Reporting, Videography & Litigation Support Services

425 Eagle Rock Avenue - Suite 201      575 Madison Avenue - Suite 1006
Roseland, NJ 07068                     New York, NY 10022
973-228-9100 fax: 973-228-2634         212-868-1936 fax: 212-868-1967

TOLL FREE 800-66COURT (662-6878)   ONLINE www.RosenbergandAssociates.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 171708 | 08/05/2010 | 01-184797 |

| JOB DATE | ASSIGNED TO | CASE NUMBER |
|---|---|---|
| 07/21/2010 | TALPGA | |

CASE CAPTION

Chaaban vs Crisito

Stephen M. Charme, Esq.
Witman Stadtmauer
26 Columbia Turnpike
Florham Park, NJ 07932

TERMS

Net 30, After 30, Int. at 1.5% per month

```
Certified Transcript of:
   Scott M. Feit                113 Pages              395.50
          Litigation Support Pckg                       35.00
          Postage & Handling                            19.00


                     TOTAL   DUE   >>>>               449.50

Transcript, Disk & Minuscript under separate cover.
jb
```

TAX ID NO. : 22-2004979                              (973) 822-0220

*Please detach bottom portion and return with payment.*

Stephen M. Charme, Esq.
Witman Stadtmauer
26 Columbia Turnpike
Florham Park, NJ 07932

Job No.    :  01-184797
Case No.   :
Chaaban vs Crisito
Invoice No.:  171708
Date       :  08/05/2010
**TOTAL DUE** :      449.50

PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC/AmExp #:

Amount to Charge:

Remit To:      Rosenberg & Associates, Inc.
               Corporate Headquarters
               425 Eagle Rock Avenue, Suite 201
               Roseland, NJ 07068

Exp. Date:                        Phone #:

Cardholder's Signature:

# INVOICE

425 Eagle Rock Avenue - Suite 201
Roseland, NJ 07068
973-228-9100 fax: 973-228-2834

575 Madison Avenue - Suite 1006
New York, NY 10022
212-868-1936 fax: 212-868-1967

TOLL FREE 800-66COURT (662-6878)   ONLINE www.RosenbergandAssociates.com

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 145979 | 06/04/2009 | 01-158770 |

| JOB DATE | ASSIGNED TO | CASE NUMBER |
|---|---|---|
| 05/21/2009 | WESTLA | 2:08CV1567 |

| CASE CAPTION | | |
|---|---|---|
| Criscito vs. Chaaban, M.D. | | |

| TERMS | | |
|---|---|---|
| Net 30, After 30, Int. at 1.5% per month | | |

Stephen M. Charme, Esq.
Witman Stadtmauer
26 Columbia Turnpike
Florham Park, NJ 07932

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Anthony J. Casella, MD              161 Pages              563.50
              Litigation Support Pckg                          22.00
              Postage & Handling                               19.00

                                  TOTAL   DUE   >>>>           604.50


*US DISTRICT*

Transcript, Disk and Minuscript Previously Delivered.
df
```

TAX ID NO. : 22-2004979                                    (973) 822-0220

## EXHIBIT H

**MIANI COURT REPORTING**

| Date of Invoice | Invoice No. | Description | Amount |
|---|---|---|---|
| 6-22-2009 | 5988 | Deposition of K. Young | $308.25 |
| 7-02-2009 | 5999 | Deposition of B. Warnock | $886.70 |
| 12-07-2009 | 6198 | Deposition of Defendant | $1,063.00 |
| 1-04-2010 | 6224 | Deposition of Defendant | $550.50 |
| 2-02-2010 | 6274 | Deposition of D. Criscito | $223.25 |
| **Total:** | | | **$3,031.70** |

# Miani Court Reporting
**Certified Court Reporters**
**1741 Daniel Court**
**Wall, NJ  07719**

**Invoice**

| Date | Invoice # |
|------|-----------|
| 6/22/2009 | 5988 |

**Bill To**

Stephen M. Charme, Esq.
Witman Stadtmauer, Esqs.
26 Columbia Turnpike
Florham Park, NJ  07932

| Rep | File | File # |
|-----|------|--------|
| NM | Chaaban v. Criscito | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Transcript, Original and One Copy, U. S. District Court Case, testimony of Kenneth A. Young, C.P.A. | 53 | 4.25 | 225.25 |
| Attendance of Certified Court Reporter in Roseland, New Jersey on June 10, 2009 | 1 | 75.00 | 75.00 |
| Postage and Handling | 1 | 8.00 | 8.00 |

| Phone # | Fax # | E-mail | |
|---------|-------|--------|---|
| 732-681-4776 | 732-681-4776 | mianikil@aol.com | |

**Total** $308.25

Thank you for your business.
Tax ID #22-2356317

# Miani Court Reporting
**Certified Court Reporters**
**1741 Daniel Court**
**Wall, NJ  07719**

**Invoice**

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 5999 |

| Bill To |
|---------|
| Stephen M. Charme, Esq.<br>Witman Stadtmauer, Esqs.<br>26 Columbia Turnpike<br>Florham Park, NJ  07932 |

| Rep | File | File # |
|-----|------|--------|
| NM | Chaaban v. Criscito | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Transcript, Original and One Copy, testimony of Brian Warnock, Volume I | 186 | 4.25 | 790.50 |
| Attendance of Certified Court Reporter in Florham Park, New Jersey on June 16, 2009 | 1 | 75.00 | 75.00 |
| Photocopying, regular | 88 | 0.15 | 13.20 |
| Postage and Handling | 1 | 8.00 | 8.00 |

*exid = criscito*

| Phone # | Fax # | E-mail | Total |
|---------|-------|--------|-------|
| 732-681-4776 | 732-681-4776 | mianikil@aol.com | $886.70 |

Thank you for your business.
Tax ID #22-2356317

**Miani Court Reporting**
Certified Court Reporters
1741 Daniel Court
Wall, NJ  07719

*pay directly*

**Invoice**

| Date | Invoice # |
|------|-----------|
| 12/7/2009 | 6198 |

| Bill To |
|---------|
| Witman Stadtmauer, Esqs.<br>Stephen M. Charme, Esq.<br>26 Columbia Turnpike<br>Florham Park, NJ  07932 |

| Rep | File | File # |
|-----|------|--------|
| NM | Chaaban v. Criscito | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Expedited Transcript, Original and Two Copies; testimony of Mario A. Criscito, M.D., Volume I | 152 | 6.50 | 988.00 |
| Attendance of Certified Court Reporter in Florham Park, New Jersey on December 4, 2009 | 1 | 75.00 | 75.00 |

| Phone # | Fax # | E-mail | **Total** | $1,063.00 |
|---------|-------|--------|-----------|-----------|
| 732-681-4776 | 732-681-4776 | mianikil@aol.com | | |

Thank you for your business.
Tax ID #22-2356317

# Miani Court Reporting
**Certified Court Reporters**
**1741 Daniel Court**
**Wall, NJ  07719**

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/4/2010 | 6224 |

| Bill To |
|---------|
| Witman Stadtmauer, Esqs. |
| Stephen M. Charme, Esq. |
| 26 Columbia Turnpike |
| Florham Park, NJ  07932 |

*PAID AUG 5 2010*

| Rep | File | File # |
|-----|------|--------|
| NM | Chaaban v. Criscito | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Transcript, Original and Two Copies, testimony of Mario A. Criscito, M.D., Volume II, U. S. District Court Case | 110 | 4.25 | 467.50 |
| Attendance of Certified Court Reporter in Florham Park, New Jersey on December 11, 2009 | 1 | 75.00 | 75.00 |
| Postage and Handling | 1 | 8.00 | 8.00 |

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|---|---|
| 732-681-4776 | 732-681-4776 | mianikil@aol.com | **Total** | $550.50 |

Thank you for your business.
Tax ID #22-2356317

# Miani Court Reporting
Certified Court Reporters
1741 Daniel Court
Wall, NJ  07719

Invoice

| Date | Invoice # |
|------|-----------|
| 2/2/2010 | 6274 |

**Bill To**

Witman Stadtmauer, Esqs.
Stephen M. Charme, Esq.
26 Columbia Turnpike
Florham Park, NJ  07932

| Rep | File | File # |
|-----|------|--------|
| NM | Chaaban v. Criscito | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Transcript, Original and One Copy, testimony of Donna Criscito | 33 | 4.25 | 140.25 |
| Attendance of Certified Court Reporter in Florham Park, New Jersey on January 18, 2010 | 1 | 75.00 | 75.00 |
| Postage and Handling | 1 | 8.00 | 8.00 |

PAST DUE

PLEASE REMIT

| Phone # | Fax # | E-mail | Total |
|---------|-------|--------|-------|
| 732-681-4776 | 732-681-4776 | mianikil@aol.com | $223.25 |

## EXHIBIT I

### MORRIS COUNTY DUPLICATING CORP. (MCD SOLUTIONS)

| Date of Invoice | Invoice No. | Description | Amount |
|---|---|---|---|
| 7-19-2010 | 202959 | Laser impression; Digital pagination | **$643.02** |



**Morris County Duplicating Corp.**
**One Lafayette Avenue**
**Morristown, NJ 07960**
**973-993-8484**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/19/2010 | 202959 |
| EIN# 222418081 | |

- Litigation Specialists
- Complete Confidentiality
- Scanning/OCR

- 1-4 Color Offset Printing
- Xerox Copying
- Shipping & Mailing

- Graphics
- Typography
- Assembly & Bindery

SOLD TO          Complete Printing Service          SHIP TO

WITMAN,STADTMAUER & MICHAELS
ACCOUNTS PAYABLE
26 COLUMBIA TPKE
FLORHAM PARK,NJ 07932

STEVE CHARME

| Work Order | Trans | Account No. | Ref Number | Rte No | Ship Via |
|------------|-------|-------------|------------|--------|----------|
| 338122 | Net 30 | H | | | OUR VAN |

| Originals | Copies | Qty | Description | Unit Price | Net Price |
|-----------|--------|-----|-------------|------------|-----------|
| 1717 | 3 | 5,151 | 8X11 LASER IMPRESSION | 0.10 | 515.10T |
| 1717 | 1 | 1,717 | DIGITAL PAGINATION | 0.05 | 85.85T |
| | | | SUMMARY OF PARTICPANT ACCOUNTS | | |

DIAGNOSTIC & CLINICAL CARDIOLOGY, P.A.
NEW JERSEY CARDIOLOGY ASSOCIATES

37683

**MCD Solutions**                                          8/4/2010

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/23/2010 | Bill | 202959 | 643.02 | 643.02 | | 643.02 |
| | | | | **Check Amoun** | | 643.02 |

**Cash - Checking (**                                          **643.02**

SF5001-1
SAFEGUARD
TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 973-783-3003
HRVJ3S0010000   L07SF013981

COMMENTS

| | |
|---|---|
| SALES TAX | $42.07 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $643.02 |

Received By:_____          Date:_____