# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

*Attorneys for Plaintiffs*

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>        Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA)<br><br><br>**DECLARATION OF STEPHEN M. CHARME IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br><br>**Return Date:  June 6, 2011** |

I, Stephen M. Charme, of full age and upon my oath, declare as follows:

1.      I am an attorney at law in the State of New Jersey, and a partner of the law firm of Witman Stadtmauer, P.A., attorneys for plaintiffs, Dr. Fadi Chaaban, Dr. Sabino R. Torre, Dr. Constantinos A. Costeas and Dr. Anthony J. Casella, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan ("Plaintiffs").

2.      I submit this Declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs.

3.      Annexed hereto as Exhibit A is a list of bank accounts maintained by Defendant, along with a "Note" regarding certain investment accounts maintained by Defendant, that were supplied to me by a third party investigator, Statewide Security & Investigations, Inc. ("Statewide") on or about October 28, 2009.

4.      Annexed hereto as Exhibits B through D are true and accurate copies of Warranty Deeds for condominium units owned by Defendant in Florida that were supplied to me by Statewide on or about October 28, 2009:

Exhibit B   -   Warranty Deed
                Champlain Towers North Condominium
                Unit No. 110
                Dade County, Florida

Exhibit C   -   Warranty Deed
                Maison Grande Apartment
                6039 Collins Avenue
                Unit No. 706
                Miami Beach, Dade County, Florida

Exhibit D   -   Warranty Deed
                Champlain Towers North Condominium
                Unit No. 210
                Miami-Dade County, Florida

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26 th day of April, 2011.

STEPHEN M. CHARME

-2-

# EXHIBIT A

**\*Wachovia Bank**
**1012 Springfield Ave.**
**Mountainside, NJ 07081**

**Brokerage Account: 7115**
*$2,449.83*

**\*PNC Bank**
**746 Northfield Ave.**
**West Orange, NJ 07052**

**Personal Checking account:**
*$5,800.33*

**\*Suntrust Bank**
**(Branch not specified)**

**Personal Checking account:**
*$4,454.00 (Joint W/Donna)*

**Personal Savings account:**
**$5,066.76** *(Joint W/Donna)*

**\*Sovereign Bank**
**30 W. Mount Pleasant Ave.**
**Livingston, NJ 07039**

**Personal Checking account: 4504**
*$169,349.53 (Joint W/Donna)*

**Personal Money Market account: 5098**
*$139,560.80 (Joint W/Donna)*

**Personal Money Market account: 7031**
*$196,253.90 (Joint W/Donna)*

**CD account: 1535**
*$80,291.71 (Joint W/Donna)*

**CD account: 2764**
*$106,658.79 (Joint W/Marissa Criscito)*

**CD account: 2772**
*$106,658.79 (Mario Only)*

**IRA account: 2325**
*$255,057.66 (Mario Only)*

**Business Checking account: 7007**
*$152,685.01 (Cardiology Center of New Jersey)*

**Business checking account: 5508**
*$19,961.34 (East Cedar Street LLC)*

**Business Checking account: 1727**
*$11,983.04 (Home Cedar Architect)*

**Business Checking account: 2907**
*$1,124.46 (Herbert V. Criscito Scholarship)*

**Business Checking account: 2915**
*$11,154.24 (Criscito Scholarship Fund)*

**Business Checking account: 1335**
*$29,415.44 (Conza Builders)*

**Business Checking account: 1793**
*$263,913.13 (Cardiology Center of New Jersey)*

**Mortgage Loan: 2616**
*$265,000.00- Loan Amount*
*$46,900.00- Balance owed*

**\*Chase Bank**
**(Branch not specified)**

**Chase Freedom Credit Card: 6415**
*$48,000.00- Credit Limit*
*$2,898.01- Balance owed*

**Regular Credit Card: 1891**
*$10,000.00- Credit Limit*
*$748.25- Balance owed*

**\*American Express**
**(Branch not specified)**

**Personal Credit Card (Blue Card):**
*$20,000.00- Credit Limit*
*$659.48- Balance owed*

**Business Credit Card (Gold Card):**
*No preset credit limit.*
*$4,179.68- Balance owed*

**\*Charles Schwab**
**(Branch not specified)**

**Pension Trust/Profit Sharing Plan for: Mario Criscito Diagnostics**
**Account # ending: 6104**
*$0.00 (Mark & Trustee is Mario Criscito)*

**Pension Trust/Profit Sharing Plan: Mario Criscito Diagnostics**
**Account # ending: 6101**
*$0.00 (Mark Criscito only)*

Note: We have confirmed that there are Stock Accounts with Morgan Stanley/Smith Barney. However, subject has his own financial advisor and we are unable to obtain any account details.

# EXHIBIT B

82R 55491   [illegible] PM 3:40   [illegible] 11377 - 1824

#### WARRANTY DEED

THIS INDENTURE, made this ___11th___ day of ___March___ , 198 2 , be-
tween CHAMPLAIN TOWERS NORTH ASSOCIATES, a Florida general partnership,
as Grantor, of the County of Dade, State of Florida, and
MARIO A. CRISCITO
as Grantee(s), whose Post Office address is 769 Northfield Avenue,
West Orange, New Jersey 07052

#### W I T N E S S E T H:

THAT the Grantor, for and in consideration of the sum of TEN
DOLLARS ($10.00) and other good and valuable considerations, to it in
hand paid by the Grantee(s), the receipt whereof is hereby acknowledged,
has granted, bargained and sold to the Grantee(s), his heirs and assigns
forever, the following described real property, and rights and interest
as set forth below and in real property located and situate in the
County of Dade and State of Florida, to wit:

> Condominium Unit No. 110 , of CHAMPLAIN TOWERS
> NORTH CONDOMINIUM, according to the Declaration of
> Condominium thereof, recorded in Official Records
> Book 11246, at Page 1912, of the Public Records of
> Dade County, Florida, as amended by Amendment thereto,
> recorded under Clerk's File No. 82R-50493, of said
> Public Records, including an undivided interest in the
> common elements of said Condominium as set forth in
> the Declaration.

This conveyance is subject to the following:

1. Taxes and assessments for the year 198 2 and
   subsequent years.
2. Conditions, restrictions, limitations, and ease-
   ments of record, if any; but this provision shall
   not operate to reimpose the same.
3. The Declaration of Condominium and Exhibits
   attached thereto.
4. Zoning and other governmental regulations.

The benefit and obligations hereunder shall inure to and be
binding upon the heirs, executors, administrators, successors, and
assigns of the respective parties hereto.  The Grantor does hereby
fully warrant the title to all the premises hereby conveyed, and
will defend the same against the lawful claims of all persons whom-
soever.

IN WITNESS WHEREOF, the Grantor has caused these presents to
be executed the day and year first above written.

CHAMPLAIN TOWERS NORTH ASSOCIATES,
a Florida general partnership, by
its managing partners, RYECON INVEST-
MENTS, INC., and JADELIST CONSTRUCTION
CO., each Florida corporations

RYECON INVESTMENTS, INC.

By: _____ (Seal)
                    Vice President

JADELIST CONSTRUCTION CO., INC.

By: _____ (Seal)
                    Vice President

WITNESSES:

_Colleen Finn_

_William [illegible]_

This instrument prepared by:   STANLEY JOEL LEVINE, ESQUIRE
420 Lincoln Road, Suite 710
Miami Beach, Florida 33139
(305) 531-0308

1260.00

- 1 -

REC 11377 1825

STATE OF FLORIDA)
COUNTY OF DADE  )        SS:

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared STANLEY JOEL LEVINE _____, as Vice President, of RYECON INVESTMENTS, INC., a Florida corporation, who acknowledged before me that he executed the foregoing under authority duly vested in him by said Corporation and on behalf of said Corporation, as one of the managing partners of Champlain Towers North Associates, a Florida general partnership.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal at Miami Beach , Florida, this 11th day of March 1982.

My Commission Expires:

Notary Public, State of Florida
My Commission Expires March 9, 1985

_____
Notary Public, State of Florida

STATE OF FLORIDA)
COUNTY OF DADE  )        SS:

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared STANLEY JOEL LEVINE _____, as Vice President, of JADELIST CONSTRUCTION CO., a Florida corporation, who acknowledged before me that he executed the foregoing under authority duly vested in him by said Corporation and on behalf of said Corporation, as one of the managing partners of Champlain Towers North Associates, a Florida general partnership.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal at Miami Beach , Florida, this 11th day of March

My Commission Expires:

Notary Public, State of Florida
My Commission Expires March 9, 1985

_____
Notary Public, State of Florida

ACKNOWLEDGMENT AND ACCEPTANCE BY GRANTEE(S)

Grantee(s) acknowledges that he has read the Declaration of Condominium and all of the Exhibits attached thereto, the Prospectus and all of the Exhibits thereto, understands that each and every position of the foregoing documents is made for the benefit of all owners of the Condominium and is essential to the successful operation and management of said Condominium property; covenants for himself, his heirs, successors and assigns forever, to abide and be bound by each and every provision of said documents.

WITNESSES:

_____        BY:_____
                                        MARIO A. CRISCITO, ARTHUR J. KLEIN,
_____             as Attorney
Carol S. Sanders

STATE OF  FLORIDA
COUNTY OF  DADE

BEFORE ME, personally appeared  ARTHUR J. KLEIN, an Attorney and _____, to me well known and known to me to be the individual(s) described in and who executed the foregoing instrument, and he  acknowledged before me that  he executed the same freely and voluntarily for the purpose therein expressed.

WITNESS my hand and official seal this  11  day of  March 198 2.

My Commission Expires:

Notary Public, State of Florida
My Commission Expires March 9, 1985

RICHARD P. BRINKER,
CLERK CIRCUIT COURT

_____
Notary Public, State of Florida

- 2 -

# EXHIBIT C

This instrument was prepared by:

OFF
REC **11845** ro **163**

**WARRANTY DEED**
(Statutory Form - Section 689.02 F.S.)

983 JUL 13 AM 10 07

**THIS INDENTURE,** Made this 30th day of June, 1983, **BETWEEN**

MARIO A. CRISCITO and FRANCESCA A. CRISCITO,

of 11 Chadwick Road, Livingston, of the County of Essex, State of New Jersey and Piazza Della Stazione 6, Padova, Italy, respectively,

Grantor, and

8330185926

MARIO A. CRISCITO

of 11 Chadwick Road, Livingston, of the County of Essex, State of New Jersey,

Grantee,

WITNESSETH, that said Grantor, for and in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, the Grantee's heirs and assigns forever, the following described land, situate, lying and being in Dade County, Florida, to-wit:

*0.45*
*Documentary Stamps Collected*
*Dade County*
*Leo P. Brisker*
*Clerk Circuit & County Courts*
*By D. Zennal 7/18/83*

Commonly known as Maison Grande Apartment #706, 6039 Collins Avenue, Miami Beach, Florida

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

The within conveyance is made by Grantor to Grantee pursuant to a Property Settlement Agreement, dated _____, between Francesca A. Criscito and Mario A. Criscito. By execution and delivery of this Deed to Grantee, Grantor relinquishes and conveys to Grantee all of Grantor's right, title and interest in and to the aforesaid premises.

"Grantor" or "Grantee" are used for singular or plural, as context requires.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_Howard D. Cohen_
Howard J. Cohen

_Patricia J. Afons_
Patricia J. Afons

_Mario A. Criscito_
MARIO A. CRISCITO

_Francesca S. Criscito_
FRANCESCA S. CRISCITO

OFF.
REC 11845 PG 1164

STATE OF Essex )
) ss.:
COUNTY OF NEW JERSEY )

I HEREBY CERTIFY that on this day I am truly qualified to take acknowledgements, personally appeared

MARIO A. CRISCITO and FRANCESCA S. CRISCITO

who I am satisfied are the persons named in and who executed the within Instrument, and thereupon have acknowledged that they signed, sealed and delivered the same as their act and deed, for the uses and purposes therein expressed.

WITNESS my hand and offical seal this 30th day of June , 19 3.

_____
NOTARY PUBLIC
My commission expires:

ROSALYN RAIKEN
A Notary Public of New Jersey
My Commission Expires Apr. 25, 1994

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

# EXHIBIT D

Return to (enclose self-addressed stamped envelope)
Name: Manuel Diner, Esq.

Address: 141 N.E. 3rd Avenue, Suite 601
Miami, Florida 33132
This instrument Prepared by: Manuel Diner, Esq.
Address: Manuel Diner, P.A.
141 N.E. 3rd Avenue, Suite 601
Miami, FI 33132

00R478422 2000 OCT 03 13:32

OFF. REC: 19308PG1424

DOCSTPDEE 1,830.00 SURTX 0.00
HARVEY RUVIN: CLERK DADE COUNTY, FL

SPACE ABOVE THIS LINE FOR PROCESSING DATA   SPACE ABOVE THIS LINE FOR RECORDING DATA

# WARRANTY DEED (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture**, made this 29 day of September, 2000 **Between** Salomon Gold and Cila Gold, husband and wife of the County of Miami-Dade, State of Florida, grantor*, and Mario A. Crisolto and Donna Crisolto, husband and wife whose post office address is 8877 Collins Avenue, Apt. 210, Surfside, FI 33143 of the County of Miami-Dade, State of Florida , grantee*.

**Witnesseth** that said grantor, for and in consideration of the sum of Ten ................................ Dollars, and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida, to-wit:

Condominium Unit No. 210, OF CHAMPLAIN TOWERS NORTH CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 11246, at Page 1932, of the Public Records of Miami-Dade County, Florida.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

Witness Signature
Manuel Diner
Printed Name
Darlene Alascia
Printed Name

Grantor Signature
Salomon Gold
Printed name
8877 Collins Avenue Apt. 210, Surfside, FI 33143
Post Office Address

Witness Signature
Manuel Diner
Printed Name
Darlene Alascia
Printed Name

Grantor Signature
Cila Gold
Printed name
8877 Collins Avenue Apt. 210, Surfside, FI 33143
Post Office Address

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 29 day of September, 2000, by Salomon Gold and Cila Gold, husband and wife, who are personally known to me or who have produced a N/A as identification and did take an oath.

NOTARY PUBLIC:

Manuel Diner
Print Name: Manuel Diner
State of Florida at Large   (Seal)

My Commission Expires:


Manuel Diner
My Commission CC761400
Expires August 30 2002

OFF. 19308PG1425
REC.





# CHAMPLAIN TOWERS NORTH

### CONSENT TO SALE AND TRANSFER OF TITLE

CHAMPLAIN TOWERS NORTH CONDOMINIUM ASSOCIATION, INC., a Florida
Corporation not-for- Profit, pursuant to the Declaration of Condominium of Champlain Towers
North Condominium Association, Inc., does hereby approve, and does hereby consent to the sale
and transfer of title to.

### MARIO CRISCITO

Unit # 210, of  CHAMPLAIN TOWERS NORTH CONDOMINIUM ASSOCIATION, INC.
according to the Declaration of Condominium thereof, recorded in the Official Book 11246 at page
1932 of the Public Records of Dade County, Florida this SEPTEMBER 26, 2000.

IT WITNESS WHEREOF, the said CHAMPLAIN TOWERS NORTH CONDOMINIUM
ASSOCIATION, INC. has caused this instrument to be executed in it's name and it's corporate
sale to be affixed hereto by it's proper and duly authorized officers.

CHAMPLAIN TOWERS NORTH CONDOMINIUM ASSOCIATION, INC.
(A Florida Corporation not-for-profit)

Attest: _Leon Srebrenik_                By: _Carmen Valls_
_____                  _____
Leon Srebrenik Vice-President          Carmen Valls-Secretary

STATE OF FLORIDA: SS:
COUNTY OF DADE

The foregoing instrument was acknowledged before me this _26_ day of _SEPTEMBER, 2000_
by Solomon Gold, President, and Leon Srebrenik, Vice President of CHAMPLAIN TOWERS NORTH
CONDOMINIUM Association, INC., a Florida Corporation not-for-profit, on behalf of the
Corporation.

NOTARY PUBLIC
STATE OF FLORIDA
MY COMMISION EXPIRES: 8/23/2003

R. ALVAREZ
MY COMMISSION # CC 888888
EXPIRES: August 23, 2003
Bonded Thru Notary Public Underwriters

8877 Collins Avenue, Surfside, Florida 33154.  Telephone (305) 861-7441

OFT. 19306PG1426
REC.



# CHAMPLAIN TOWERS NORTH

CHAMPLAIN TOWERS NORTH, ASSOCIATION OF DADE COUNTY, FLORIDA, DOES HEREBY CERTIFY THE SALE OF UNIT # 210, BY SALOMON AND CILA GOLD , AS GRANTOR, TO MARIO CRISCITO AS GRANTEES, PURSUANT TO CONTRACT AND DATED SEPTEMBER 21, 2000, HAS BEEN APPROVED BY SUCH ASSOCIATION.

DATED THIS SEPTEMBER 25, 2000, CHAMPLAIN TOWERS CONDOMINIUM ASSOCIATION, ATTEST:



LEON SREBRENIK

**LEON SREBRENIK**
Print name:

CARMEN VALLS

**CARMEN VALLS**
Print name:

State of Florida
County of Dade  SS

The foregoing instrument was acknowledged before me this 27th September /2000 before me and has produced Drivers licenses as identification.



Notary Public, State of Florida

My commission expires:





J. ALVAREZ
MY COMMISSION # CC 680048
EXPIRES: August 25, 2003
Bonded Thru Notary Public Underwriters

J. ALVAR...
MY COMMISSION...
EXPIRES: A...

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
**HARVEY RUVIN**
CLERK CIRCUIT COURT

8877 Collins Avenue, Surfside, Florida 33154.  Telephone (305) 861-7441