# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN
LINDSEY H. TAYLOR

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

RICHARD K. MATANLE, II
FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER

————
OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
MARC D. MICELI
RAYMOND E. STAUFFER°
STEPHEN R. DANEK
ERIC MAGNELLI
DONALD A. ECKLUND
VINCENZO M. MOGAVERO
AUDRA E. PETROLLE
°MEMBER N.Y. BAR ONLY

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

May 17, 2011

***Via ECF***
Honorable Madeline Cox Arleo, U.S.M.J.
M.L. King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

   RE: ***Chaaban, et al. v. Criscito***
     **Civil Action No.  08-1567 (GEB/MCA)**
     **Our File No.  160365.1**

Dear Judge Arleo:

   In accordance with Your Honor's direction, attached is a proposed form of Post-Judgment Discovery Order embodying Your Honor's rulings during the conference call earlier today.

   If the attached Order meets with Your Honor's approval, I would ask that you execute same and enter it on the Docket.

   Thank you for your continued assistance in this matter.

       Respectfully yours,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO

      JOHN M. AGNELLO

JMA:jas
cc: R. Bruce Crelin, Esq. (w/attachment, via email)
  Robert J. Conroy, Esq. (w/attachment, via ECF and email)
  Bonnie M. Weir, Esq. (w/attachment, via ECF and email)