UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

*Attorneys for Plaintiffs*

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA)<br><br>**POST-JUDGMENT DISCOVERY ORDER** |

THIS MATTER having been opened to the Court by Plaintiffs by letter dated May 11, 2011, and the Court having conducted a telephonic conference on May 17, 2011, and Plaintiffs, through their attorneys, Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (John M. Agnello, Esq. and Melissa E. Flax, Esq. appearing) and Defendant, through his attorneys, Kern, Augustine Conroy & Schoppmann, P.C. (R. Bruce Crelin, Esq. appearing) and The Weir Law

Firm, LLC (Bonnie M. Weir, Esq. appearing) having participated, and the Court having considered the post-judgment discovery issues raised by the parties, and for good cause shown;

IT IS on this 19 day of May, 2011,

**ORDERED** as follows:

1. Defendant shall respond to the Plaintiffs' First Set of Post-Judgment Interrogatories and Plaintiffs' Post-Judgment Request for Production of Documents on or before May 25, 2011.

2. The subpoenaed and noticed post-judgment deposition of Defendant scheduled for Thursday, May 26, 2011 at 10:00 a.m. at the offices of Carella, Byrne, Cecchi, Olstein, Brody & Agnello is adjourned to Friday, May 27, 2011,* as a result of Defendant's counsel, Bonnie M. Weir, Esq. having represented to the Court that she will be engaged in a jury trial in Somerset County on May 26, 2011.

3. Defendant's post-judgment deposition shall be commenced on May 27, 2011 and if it cannot be completed on that date, it shall be continued on a date to be agreed upon by counsel.

4. Ms. Weir shall notify the Court and Plaintiff's counsel immediately if her case in Somerset County that she will be trying during the week of May 23, 2011 settles.

HON. MADELINE COX ARLEO, U.S.M.J.

\* Unless Ms Weir is engaged in trial the entirety of that date, in which event, the deposition will commence ~~however~~ the first non-trial date thereafter.