# Kern Augustine Conroy & Schoppmann, P.C.

"ATTORNEYS TO HEALTH PROFESSIONALS"

Steven I. Kern (1988 – 2011)
Algis K. Augustine (IL, CO & NY Bars)
Robert J. Conroy (NJ, NY, PA, CA, FL & DC Bars)
Michael J. Schoppmann (NJ, NY, PA & DC Bars)
Mathew J. Levy (NY, PA & DC Bars)
R. Bruce Crelin (NJ Bar)
Denise Sanders (NJ & PA Bars)
Donald R. Moy (NY Bar)
David L. Adelson (NY & NJ Bars)
Daniel G. Giaquinto (NJ & PA Bars)
Charles H. Newman (NJ, NY & PA Bars)
Edward R. Hopkins (NY Bar)
Thomas M. Gallo, RPA (NY Bar)
Matthew T. Talty (NY Bar)
Lawrence F. Kobak, DPM (NY Bar)
David N. Vozza (NY Bar)
Matthew R. Streger (NJ Bar)
Svetlana Ros (NJ & NY Bars)
Stacey Lipitz Marder (NJ & NY Bars)
Of Counsel: James S. Wulach, Ph.D. (NJ Bar)

New Jersey:
1120 Route 22 East, Bridgewater, NJ 08807
Tel: (908) 704-8585, Fax: (908) 704-8899

New York:
1325 Franklin Avenue, Suite 255, Garden City, NY 11530
Tel: (516) 294-5432, Fax: (516) 294-5414

Pennsylvania:
1500 Market Street, 12th Fl, Philadelphia, PA 19102
Tel: (215) 665-5790, Fax: (800) 941-8287

Illinois Affiliate:
Augustine, Kern and Levens, Ltd.
218 N. Jefferson Street, Chicago, IL 60661
Tel: (312) 648-1111, Fax: (312) 648-1057

E-mail: kacs@drlaw.com
Website: www.drlaw.com

Please Reply to: New Jersey Office

May 23, 2011

**VIA ELECTRONIC FILING**

Hon. Garrett E. Brown, Jr., U.S.D.J.
Chief Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Dr. Fadi Chaaban, et al. v. Mario A. Criscito, M.D.*
            Case No. 2:08-cv-1567 (GEB-MCA)

Dear Judge Brown:

      As Your Honor is aware, this firm represents the defendant in the above-referenced matter, Dr. Mario A. Criscito ("Dr. Criscito"). I am writing with regard to posting a supersedeas bond to stay execution of the judgment against Dr. Criscito pending appeal. The parties have agreed upon a form of Order accepting the bond and staying execution of the judgment pending appeal. Accordingly, I enclose the following:

      1) Proposed form of Order Approving Supersedeas Bond and Staying Execution Pending Appeal;

      2) Copy of signed supersedeas bond, power of attorney and statement;

      3) Proposed form of Clerk's Acceptance; and



Page 2

    4)  Declaration of filing and service.

We would appreciate if very much if Your Honor would accept these documents for filing and enter the enclosed Order. I will be receiving the original supersedeas bond sometime today, and will forward it to the Clerk of the Court for filing as soon as the Order has been filed.

    I thank you for your attention to this matter. Please do not hesitate to have your Chamber's staff contact me if you require anything further with regard to this submission.

Respectfully submitted,

KERN AUGUSTINE
CONROY & SCHOPPMANN, P.C.

By:_____
    R. Bruce Crelin


enclosures


cc:    John M. Agnello, Esq. (via electronic filing; w/ encls.)
        Stephen M. Charme, Esq. (via electronic filing; w/ encls.)
        Melissa Flax, Esq. (via electronic filing; w/ encls.)
        Bonnie M. Weir, Esq. (via e-mail; w/ encls.)
        Mario A. Criscito, M.D. (via First Class Mail; w/ encls.)