Robert J. Conroy
**KERN AUGUSTINE**
**CONROY & SCHOPPMANN, P.C.**
1120 Route 22 East
Bridgewater, New Jersey 08807
(908) 704-8585

Bonnie M. Weir
**THE WEIR LAW FIRM, LLC**
172 Washington Valley Road
Suite 3
Warren, New Jersey 07059

Attorneys for Defendant

|  |  |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>Case No. 2:08-cv-1567 (GEB - MCA)<br><br>ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION |

**THIS MATTER**, having come before the Court upon application of the Weir Law Firm, LLC (by Bonnie M. Weir, Esq.) and Kern Augustine Conroy & Schoppmann, P.C. (by Robert J. Conroy, Esq.), attorneys for Defendant, Dr. Mario A. Criscito ("Dr. Criscito"), for approval of a Supersedeas Bond to secure a stay of execution upon the Final Judgment (Compensatory Damages) in this action, dated March 31, 2011 and entered on the docket of this Court in the above-captioned action on April 1, 2011, including any attorneys' fees which may subsequently be awarded to the plaintiffs in an amount not exceeding $900,000.00 (the "Final Judgment"), pending Dr. Criscito's

appeal of the Final Judgment, and it appearing that Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (by John M. Agnello, Esq. and Melissa E. Flax, Esq.) and Witman Stadtmauer, P.A. (by Stephen M. Charme, Esq.), attorneys for the Plaintiffs, Dr. Fadi Chaaban, Dr. Sabatino R. Torre, Dr. Constantinos A. Costeas and Dr. Anthony J. Cassella, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan, have no objection to the form and entry of this Order, and it further appearing to the Court that the proposed Supersedeas Bond is in correct form, in a sufficient amount to provide adequate security for those opposing the Appeal, and is backed by a duly-qualified surety; and for good cause shown;

**IT IS**, on this _____ day of _____ , 2011,

**ORDERED**, as follows:

1. The Supersedeas Bond in the form, amount, and with the surety as submitted with this Order is approved by the Court.

2. Any proceedings to enforce the Final Judgment in this action, as defined herin, are stayed pending the determination of the Appeal, provided that Dr. Criscito files the Supersedeas Bond referred to above in the form, in the amount, and with the surety as approved by this Court within ten (10) days of the entry of this Order.

_____
Hon. Garrett E. Brown, Jr., U.S.D.J.