## ACCEPTANCE AND FILING OF BOND

On behalf of the United States District Court for the District of New Jersey, I have accepted and filed this bond on the ____ day of _____ , 2011.

                                  WILLIAM T. WALSH, CLERK

                                By:_____
                                    Deputy Clerk,
                                    United States District Court
                                    District of New Jersey