Robert J. Conroy
**KERN AUGUSTINE**
**CONROY & SCHOPPMANN, P.C.**
1120 Route 22 East
Bridgewater, New Jersey 08807
(908) 704-8585

Bonnie M. Weir
**THE WEIR LAW FIRM, LLC**
172 Washington Valley Road
Suite 3
Warren, New Jersey 07059

Attorneys for Defendant

| | |
|---|---|
| DR. FADI CHAABAN; DR. SABINO R. TORRE; DR. CONSTANTINOS A. COSTEAS and DR. ANTHONY J. CASELLA, as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan, <br><br> Plaintiffs, <br><br> v. <br><br> DR. MARIO A. CRISCITO, <br><br> Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Civil Action <br><br> Case No. 2:08-cv-1567 (GEB - MCA) <br><br> DECLARATION OF FILING AND SERVICE |

**I, R. BRUCE CRELIN,** of full age, do hereby declare:

1) I am an Attorney-at-Law of the State of New Jersey and a member of the Bar of the United States District Court for the District of New Jersey, and a principal of the law firm of Kern Augustine Conroy & Schoppmann, P.C., counsel for the defendant, Dr. Mario A. Criscito ("Dr. Criscito"), in the above-captioned action. I am personally familiar with the facts set forth herein.

2) On May 23, 2011, I caused to be filed with the Court, via electronic filing, a letter to the Honorable Garrett E. Brown, Jr., U.S.D.J., Chief Judge of the United States District Court for the

1

District of New Jersey, enclosing a Proposed form of Order Approving Supersedeas Bond and Staying Execution Pending Appeal, a Copy of the signed supersedeas bond, power of attorney and statement and a Proposed form of Clerk's Acceptance.

3) On May 23, 2011, the above documents were forwarded to all counsel of record in this action via the Court's electronic case filing and management system.

4) I declare under penalty of perjury that the foregoing statements made by me are true and correct.

_____
R. Bruce Crelin

Dated: Bridgewater, New Jersey
       May 23, 2011