## AMERICAN SAFETY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------X
DR. FADI CHAABAN, DR. SABINO R. TORRE, DR.        BOND NO. ASB-528655
CONSTANTINOS A. COSTEAS, and DR. ANTHONY J.
CASELLA as Trustees of Diagnostic & Clinical
Cardiology, P.A. Profit Sharing Plan,

                Plaintiffs,                    SUPERSEDEAS BOND

    -against-                                     2:08-cv-01567 (GEB/MCA)

DR. MARIO A. CRISCITO,
                Defendant.
------------------------------------------X

WHEREAS, **DR. MARIO A. CRISCITO**, Appellant, has prosecuted an appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment (Compensatory Damages) dated the 31st day of March 2011 and entered the 1st day of April 2011, against the said Appellant, and in favor of the Plaintiffs, **DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, and DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan** ("Plaintiffs"), in the sum of FOUR MILLION ONE HUNDRED SEVENTEEN THOUSAND FOUR HUNDRED SIXTY FOUR *AND 65/100* ($4,117,464.65) *DOLLARS* and a Final Judgment (Attorneys' Fees and Costs) based on Plaintiffs' application for legal fees and costs against the said **DR. MARIO A. CRISCITO**, and in favor of the Plaintiffs, **DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, and DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan**, in the sum of NINE HUNDRED THOUSAND AND 00/100 ($900,000.00) DOLLARS when and if granted will be appealed.

NOW, THEREFORE, **AMERICAN SAFETY CASUALTY INSURANCE COMPANY**, duly authorized to transact business in the state of New Jersey and having an office and principal place of business for the State of New Jersey at 106 Apple Street, Suite #101B, Tinton Falls, NJ 07724, as Surety, and **DR. MARIO A. CRISCITO**, as Principal, do hereby undertake and promise to pay Plaintiffs all damages, costs, attorneys' fees and interest that may be awarded to them following any appeal in this matter up to the sum of FIVE MILLION FIVE HUNDRED SIXTY NINE THOUSAND THREE HUNDRED EIGHTY SIX *AND 00/100* ($5,569,386.00) *DOLLARS*, if
    a) The Appeal from any Final Judgment (i.e. the Final Judgment (Compensatory Damages)) and/or the Final Judgment (Attorneys' Fees and Costs) in this matter is affirmed;
    b) The Appeal from any Final Judgment (i.e. the Final Judgment (Compensatory Damages)) and/or the Final Judgment (Attorneys' Fees and Costs) in this matter is dismissed; or
    c) if **DR. MARIO A. CRISCITO** fails to promptly pay all sums awarded against him in or following any Appeal from any Final Judgment (i.e. the Final Judgment (Compensatory Damages)) and/or the Final Judgment (Attorneys' Fees and Costs) in this matter, including any attorneys' fees and costs that the United States Court of Appeals for the Third Circuit may award.

IF **DR. MARIO A. CRISCITO** pays all sums awarded against him on appeal, then this obligation will become void. Otherwise, this obligation will remain in full force and effect.

PROVIDED, HOWEVER, that under no condition shall the liability hereunder exceed the sum of FIVE MILLION FIVE HUNDRED SIXTY NINE THOUSAND THREE HUNDRED EIGHTY SIX *AND 00/100 ($5,569,386.00) DOLLARS.*

DATED, New York, May 20, 2011

AMERICAN SAFETY CASUALTY INSURANCE COMPANY

By: _____
WILLIAM J. PEDERSEN
Attorney-In-Fact

**SURETY ACKNOWLEDGEMENT**

**STATE OF NEW YORK**      | SS:
**COUNTY OF NEW YORK**     |

On this 20TH day of May in the year 2011, before me personally came **WILLIAM J. PEDERSEN**, to me known, who being by me duly sworn, did depose and say that he resides in New York, NY; that he is Attorney-in-Fact of **AMERICAN SAFETY CASUALTY INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he knows the seal affixed to said instrument is such corporate seal; that it was affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

**MICHAEL KEATING**
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 2014

**ASI**
**AMERICAN SAFETY INSURANCE**

NUMBER
ASB-528655

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that American Safety Casualty Insurance Company has made, constituted and appointed, and by these presents does make, constitute and appoints   WILLIAM J. PEDERSEN & CAROLYN OFFENHARTZ OF NEW YORK

its true and lawful attorney-in-fact, for it and its name, place, and stead to execute on behalf of the said Company, as surety, bonds, undertaking and contracts of suretyship to be given to

**ALL OBLIGEES**

provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

**\*\*\*SIX MILLION\*\*\*($6,000,000.00) DOLLARS\*\*\***

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the Company of the 6th day of August, 2009.

**RESOLVED**, that the President in conjunction with the Secretary or any Assistant Secretary may appoint attorneys-in-fact or agents with authority as defined or limited in the instrument evidencing the appointment in each case, for and on behalf of the Company, to execute and deliver and affix the seal of the Company to bonds, undertakings, recognizances, and suretyship obligations of all kinds; and said officers may remove any such attorney-in-fact or agent and revoke any power of attorney previously granted to such persons.

**RESOLVED FURTHER**, that any bond, undertaking, recognizance, or suretyship obligation shall be valid and binding upon the company when:
(i) when signed by the President or any Vice-President and attested and sealed (if a seal is required) by any Secretary or Assistant Secretary or (ii) when signed by the President or any Vice-President or Secretary or Assistant Secretary, and counter-signed and sealed (if a seal is required) by a duly authorized attorney-in-fact or agent; or (iii) when duly executed and sealed (if a seal is required) by one or more attorney-in-fact or agents pursuant to and within the limits of the authority evidenced by the power of attorney issued by the Company to such person or persons.

**RESOLVED FURTHER**, that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company; and such signature and seal when so used shall have the same force and effects as though manually affixed.

**IN WITNESS WHEREOF**, American Safety Casualty Insurance Company has caused its official seal to be hereunto affixed, and these presents to be signed by its President and attested by its Secretary this 6th day of August, 2009

Attest:

_____
Ambuj Jain

_____
Joseph D. Scollo, Jr.

**STATE OF GEORGIA**  )
                       )
**COUNTY OF COBB**     )

On this 6th day of August, 2009, before me personally came Joseph D. Scollo, Jr., to me known, who, being by me duly sworn, did depose and say that he is the President of American Safety Casualty Insurance Company, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; that is was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

JAMI BAILEY
Notary Public, Hall Co., GA
My Commission Expires Aug. 13, 2012

_____
Jami Bailey, Notary Public

I, the undersigned, Secretary of American Safety Casualty Insurance Company, an Oklahoma corporation, DO HEREBY CERTIFY, that the foregoing and attached Power of Attorney remains in full force and has not been revoked; and furthermore that the Resolution of the Board of Directors, set forth in the said Power of Attorney, is now in force.

Signed and sealed in the City of Atlanta, in the State of Georgia    Dated this 20th day of MAY 2011

_____
Ambuj Jain

ORIGINALS OF THIS POWER OF ATTORNEY ARE PRINTED WITH RED NUMERICAL NUMBERS
DUPLICATES SHALL HAVE THE SAME FORCE AND EFFECT AS AN ORIGINAL ONLY WHEN ISSUED IN CONJUNCTION WITH THE ORIGINAL



American Safety Casualty
Insurance Company

100 Galleria Parkway SE
Suite 700
Atlanta, GA 30339

| Toll Free: | 800.388.3647 |
|---|---|
| Tel: | 770.916.1908 |
| Fax: | 770.955.8339 |

www.amsafety.com

## American Safety Casualty Insurance Company
### Statement of December 31, 2010

| Admitted Assets | | Liabilities, Capital and Surplus | | |
|---|---|---|---|---|
| Bonds | $89,117,575 | Unpaid losses and loss expenses | | $59,486,096 |
| Stocks | 55,414,351 | Reinsurance payable | | 3,721,934 |
| Cash | 1,434,368 | Reserve for underwriting expenses | | 616,063 |
| Short-term investments | 1,377,783 | Reserve for unearned premiums | | 19,022,473 |
| Investment income due and accrued | 934,928 | Ceded reinsurance premiums payable | | 13,979,778 |
| Agents and premium balances | 24,521,938 | Provision for reinsurance | | 1,594,762 |
| Reinsurance recoverable | 7,465,453 | Payable to affiliates | | 2,671,820 |
| Current federal and foreign income tax | 814,229 | Other liabilities | | 6,963,235 |
| Net deferred tax asset | 2,322,358 | Total Liabilities | | 108,056,161 |
| Receivable from affiliates | 2,369,931 | Capital Stock | 2,000,000 | |
| Other admitted assets | 1,420,649 | Surplus notes | 2,500,000 | |
| | | Special surplus funds | 47,478,193 | |
| | | Unassigned funds | 27,159,209 | |
| | | Policy holder surplus | | 79,137,402 |
| Total | 187,193,563 | Total | | $187,193,563 |

Securities have been valued on the basis permitted by the National Association of Insurance Commissioners

STATE OF GEORGIA

COUNTY OF COBB

Ambuj Kumar Jain, Secretary and Joseph D. Scollo, President, being duly sworn each himself deposes and says that they are the above described officers of the American Safety Casualty Insurance Company, Oklahoma, that said Company is a corporation duly organized existing and engaged in business as a Surety by virtue of laws of the State of Oklahoma and has duly complied with all the requirements of said state applicable to said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under Public Law 97-258 enacted September 13, 1982 (96 STAT. 1047 as amended: 31 U.S.C. 9304-9308): that to the best of my knowledge and belief the above statement is a full, true and correct Statement of Assets and Liabilities of the said Company as of December 31, 2010.

Subscribed and sworn to before me

This 21 day of March 2011

[Notary Seal: KAREN SINCLAIR, MY COMMISSION EXPIRES APRIL 17, 2014, PAULDING CO., GEORGIA, NOTARY PUBLIC]

Secretary

President

In California d/b/a
ASIG Insurance Services

ASI
NYSE