UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen M. Charme
Tara S. Sinha
WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932-2213
(973) 822-0220

*Attorneys for Plaintiffs*

| | |
|---|---|
| DR. FADI CHAABAN, DR. SABINO R. TORRE, DR. CONSTANTINOS A. COSTEAS, AND DR. ANTHONY J. CASELLA as Trustees of Diagnostic & Clinical Cardiology, P.A. Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MARIO A. CRISCITO,<br><br>Defendant. | Civil Action No. 2:08-cv-01567 (GEB/MCA)<br><br>**REPLY DECLARATION OF ANTHONY J. CASELLA IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>**Return Date: June 6, 2011** |

I, Anthony J. Casella, being of full age, hereby declare as follows:

1. I submit this Reply Declaration in Further Support of Plaintiffs' Motion for An Award of Attorneys' Fees and Costs.

2. On April 28, 2010, Plaintiffs retained John M. Agnello, Esq. and his Firm, Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. to serve as co-counsel for Plaintiffs in

2

this matter. At the time that Mr. Agnello and Carella Byrne were retained, it was agreed that Carella Byrne would be lead counsel for Plaintiffs with respect to all procedural and substantive decisions to be made in the case on behalf of Plaintiffs and that the role of Plaintiffs' co-counsel, Witman Stadtmauer, would be reduced.

3. Carella Byrne continues as Plaintiffs' lead counsel in this matter, not only in the proceedings before this Court but in the proceedings pending in the Court of Appeals for the Third Circuit relating to Defendant's appeal of this Court's Final Judgment (Compensatory Damages).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of May, 2011.

                                                          ANTHONY J. CASELLA